Expert
EXHIBIT
Adam Love-3
DZ  06-07-18



# Expert Report
## *of* **Adam H. Love, Ph.D.**

---

United States District Court
Southern District of Indiana
Indianapolis Division

*Prepared for:*
Stoll Keenon Ogden PLLC

*Prepared by:*
**Roux Associates, Inc.**
555 12th Street, Suite 250
Oakland, California 94607

May 21, 2018

*VON DUPRIN LLC,*
*-vs-*
*MORAN ELECTRIC SERVICE, INC.,*
*MAJOR HOLDINGS, LLC,*
*MAJOR TOOL AND MACHINE, INC.,*
*and ZIMMER PAPER PRODUCTS*
*INCORPORATED*

*CAUSE NO. 1:16-CV-01942-TWP-DML*

Adam H. Love, Ph.D.
Vice President/Principal Scientist

Environmental Consulting
& Management
1-415-967-6000
rouxinc.com

2919.0001s.100/c

# Table of Contents

Introduction ........................................................................................................... 1

Qualifications ....................................................................................................... 1

Background ........................................................................................................... 3

    Site Description ................................................................................................ 3

    Site History and Previous Site Investigations ................................................. 3

    Site Geology and Hydrogeology ...................................................................... 6

Opinions and Bases for Opinion .......................................................................... 8

    Opinion 1: .......................................................................................................... 8

    •    There is not a continuous geologic layer that prevents chlorinated solvent releases from the Von Duprin site from reaching deeper groundwater. ............................................. 8

    Opinion 2: ........................................................................................................ 11

    •    The areas of chlorinated solvent contamination can be divided based on geographic and chemical characteristics and then apportioned to appropriate RPs based on those divisions. ........................................................ 11

    Opinion 3: ........................................................................................................ 18

    •    Based on the divisibility of CVOC contamination, the allocation of CVOC contribution from the RPs is Von Duprin 54%, Zimmer 29%, Ertel 14%, and Moran 3%. .................... 18

# Exhibits

A.    Professional Profile of Adam H. Love, Ph.D.

# Introduction

My name is Adam Hamilton Love and I am a Vice President and Principal Scientist at Roux Associates, Inc. (Roux), located at 555 12th Street, Suite 250, Oakland, California 94607. I have been retained as an expert by Stoll Keenon Ogden PLLC of behalf of Moran Electric Service Inc. I was asked to provide opinions with regard to the source and release characteristics of the chlorinated volatile organic compounds (CVOC) observed in the vicinity of former Moran Motor Shop in Indianapolis, Indiana (Site). I was also asked to provide opinions related to the divisibility and relative contributions of the CVOC contamination from the various responsible parties at the Site. In this report I present my qualifications, summarize background information regarding the matter, describe the methods employed in this analysis, and present my opinions and the bases for those opinions. I am compensated at a rate of $300 per hour for this engagement. The documents upon which I relied in the preparation of this report are listed in the footnotes of this report.

The conclusions stated herein represent the application of my education, training, and experience within the disciplines of engineering, geology, hydrogeology, chemistry, fate and transport, and environmental forensics to the facts and conditions associated with the site involved with this litigation. The conclusions set forth in this report are based, in part, upon the facts, information, and data that have been provided to me by Counsel and/or which I obtained during the course of my investigation. To the extent that any of the underlying facts, information, or data change or are amended, I reserve the right to consider modifying my conclusions and opinions, if necessary and appropriate.

# Qualifications

I hold a Bachelor of Arts degree in Geosciences from Franklin & Marshall College (1996), a Master of Science degree from University of California at Berkeley in Material Science and Mineral Engineering (1998), and a Doctor of Philosophy degree from University of California at Berkeley in Civil and Environmental Engineering (2002). I have over 20 years of experience in environmental forensics, site characterization, remediation, and contamination transport analyses.

From 1996 to 2002, I served as a graduate student researcher at University of California at Berkeley, where I participated in contaminant transport and environmental forensic evaluations, including the development of new techniques for environmental pollution reconstruction and allocation. From 2002 to 2009, I served as a scientist at the Forensic Science Center at Lawrence Livermore National Laboratory. My experience working at the Forensic Science Center included:  1) research and development projects – enhancing understanding of pollutant characteristics and development of technology for characterization, remediation, and source reconstruction/contribution analysis, and 2) operations projects – site applications of contaminant transport modeling and source reconstruction/contribution. From 2009 to 2013, I served as Principal Scientist at Johnson Wright, Inc., where I provided consultation services to various private companies and the federal government. I led Johnson Wright's Environmental Forensics practice, where I performed and oversaw corporate best practices for determination of source, timing, and allocation analyses at contaminated sites. Since 2013, I have served as Principal Scientist at Roux, where I am currently the corporate Practice Area Leader for Litigation Services and continue to provide consultation services to various companies, state and local municipalities, and federal agencies regarding site investigations, remediation, exposure assessment, and environmental forensics.

I have been involved in numerous projects across the United States involving the site assessment and remediation of tetrachloroethylene and/or trichloroethylene, other chlorinated solvents, and the degradation products of chlorinated solvents. I have performed site assessments of properties contaminated with chlorinated solvents and have determined the source and nature of release for trichloroethylene site contamination at numerous locations using various environmental forensic approaches. I am currently

involved in projects that involve trichloroethylene site contamination in California, Washington, North Carolina, Alabama, Kansas, and Arizona. More generally, I have evaluated the environmental fate and transport of a variety of pollutants such as organic solvents, toxins, petroleum hydrocarbons, metals, and radionuclides present in soil, sediment, groundwater, biota, and man-made materials. I have previously been retained as a testifying expert witness with regard to a range of issues that include determination of contaminant fate, transport, pollution source, release timing, and allocation. My expert testifying appearances within the last 4 years are listed below.

- *Crown Central, LLC v. Petroleum Marketing Investment Group, LLC, et al.* Circuit Court for Baltimore County, Maryland. Case No. 03-C-16-010774 CN. Deposition December 19,2017. Expert Declaration. Rebuttal Declaration.

- *Sunflower Redevelopment, LLC v. Illinois Union Insurance Company*. United States District Court, Western District of Missouri, Western Division. Case No. 4:15-cv-00577-DGK. Deposition November 10, 2017. Rebuttal Report. Supplemental Report.

- *Insurance Company of the State of Pennsylvania v. County of San Bernardino.* United States District Court, Central District of California. Case No. 5:16-cv-00128-PSG-SS. Deposition June 15, 2017. Expert Report. Rebuttal Report.

- *Lennar Mare Island, LLC v. Steadfast Insurance Company*. United States District Court, Eastern District of California, Sacramento Division. Case No. 2:12-cv-02182-KJM-KJN. Case No.2:16-cv-00291-KJM-CKD860. Deposition May 26, 2017. Expert Report. Supplemental Report.

- *860 Kaiser, LLC v. Green's Cleaners, Inc.,* Napa County Superior Court. Case No: 26-63995. Deposition January 11, 2016, September 12, 2016. September 26, 2016. Expert Declaration.

- *Lewis v. Russell,* United States District Court, Eastern District of California. Case No. CIV. S-03-02646 WBS AC. Deposition July 20, 2016. Expert Report. Rebuttal Report. Supplemental Report.

- *Goldberg v. Goss-Jewett Company, Inc., et al*., United States District Court, Central District of California. Case No. EDCV14-01872 DSF (AFMx). Deposition May 25, 2016. Expert Report. Rebuttal Report.

- *Union Oil Consolidated Coverage Cases*, Los Angeles Superior Court. Case No: BC 271474. Deposition November 20, 2014. Expert Report.

Please also refer to my resume, which is attached as Exhibit A.

# Background

## Site Description

The Site lies within the City of Indianapolis, Indiana, roughly encompassed by Sheldon Street on the east, Interstate 70 on the south, North College Avenue on the west, and East 21st Street on the north (Figure B-1). Groundwater in this area is characterized by a chlorinated volatile organic compound (CVOC) plume that extends in a southwest direction over a distance approaching one mile. The CVOCs encountered groundwater include tetrachloroethene (PCE), trichloroethene (TCE), *cis*-1,2-dichloroethene (*cis*-1,2-DCE), and vinyl chloride. Significantly elevated concentrations of PCE and TCE have been observed in some Site vicinity monitoring wells, exceeding 10,000 µg/L at certain locations.

Source areas associated with these properties include properties characterized by known or suspected historical CVOC chemical usage and by detections of significant CVOC concentrations in shallow soil above the groundwater table.

Four responsible parties (RPs) were identified in the area near the former Moran Motor Shop (area designated as Upgradient Area and shown in Figure B-1) where a variety of past industrial activities occurred over decades of operations:

- The former Ertel building, occupying the western portion of the block delineated by the east side of Dr. Andrew J. Brown Avenue, and East 20th and East 21st Streets;

- The Moran Motor Shop and Moran Dynamometer Building property, located on the east side of Dr. Andrew J. Brown Avenue and south of the former East 20th Street;

- The Zimmer building, located west of Sheldon Street and north of the former East 20th Street;

- The former Zimmer Paper building, located north of former East 20th Street and east of the former Ertel building.

One additional RP was identified immediately down groundwater gradient of the area near the former Moran Motor Shop and Moran Dynamometer Building property (area designated at Von Duprin/Threaded Rod property - referred to as the Von Duprin site - also shown in Figure B-1) located within the block delineated by East 20th Street, Dr. Andrew J. Brown Avenue, East 19th Street, and Columbia Avenue.

## Site History and Previous Site Investigations

### Ertel Building

The former Ertel manufacturing facility operated from the 1890s through 2001 and contained a machine shop and aluminum and iron foundries.[1] The building was subject to a number of expansions during its operating history. A variety of potential CVOCs have been documented at the Ertel site, both during operations and after abandonment. Industrial activities at the site included automotive parts manufacturing which are reasonably expected to have included the use of CVOC degreasers. Ertel filed biennial hazardous waste reports for the periods of 1984-1985 and 1986-1987, reporting disposal of over 770 pounds of PCE during each period.[2]

---

[1] Heartland Environmental Associates, Inc., Site Status Update submitted to Indiana Department of Environmental Management, May 30, 2012; p. 1.

[2] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p 6-8.

The U.S. Environmental Protection Agency (USEPA), the Indiana Department of Environmental Management (IDEM), and the City of Indianapolis began investigating the site in 2005.[3] The USEPA reported that,

> *The interior of the Ertel facility contains hundreds of drums, vats, tanks, and containers with unknown contents, and the entire floor is covered with a sludge-like material. Numerous tanks are also present on the exterior of the Ertel building".[4]*

A number of utility corridors – potential conduits for released CVOCs – serviced the site near the southern boundary along the former East 20th Street as well as to the west along Dr. Andrew J. Brown Avenue.[5]

The site was subject to a USEPA-mandated Immediate Removal Action in 2006. As part of the property redevelopment 2007, the removal of approximately 37,000 tons of soil occurred in order to remove soil with contaminants above IDEM default closure levels.[6] It has since been redeveloped by Major Tool and Machine, Inc., with a new building constructed on the premises.[7]

*Moran Motor Shop and Moran Dynamometer Building*

The site of the former Moran Motor Shop is located to the south of the Ertel building site, on the opposite side of the former East 20th Street. The Moran facility was established in 1927 at the site of a former gas station. The building was subsequently expanded several times, including assimilation of the former Karpex Rubber Products facility to the south. The resulting operation was designated as the Moran Dynamometer Building.[8]

TCE was used historically for degreasing operations at the Moran Motor Shop facility;[9] degreasing operations were reported to have occurred in the 1960s and 1970s. There are conflicting reports of degreasing using TCE in the Moran Dynamometer building.[10] [11] Two degreaser units were operated by Moran and consisted of stainless steel containers placed within below-grade, concrete-lined pits. Purported instances of spillage during operations or cleaning, as well as overspray, may have contributed to releases of CVOCs at the facility.[12]

Site buildings were demolished in 2009. Remedial activities included the removal of approximately 4,600 tons of impacted soil from depths above 15 feet from the site in 2011.[13]

---

[3] Indiana Department of Environmental Management (IDEM), Agreed order in the Matter of Ertel Manufacturing Corporation, July 8, 2011; p. 5.

[4] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 6.

[5] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 4-5.

[6] Quality Environmental Professionals, Inc. Soil Remediation Completion Report. Former Ertel Manufacturing Facility 2045 Dr. Andrew J. Brown Avenue, Indianapolis, Indiana. May 29, 2008.

[7] Heartland Environmental Associates, Inc., Site Status Update submitted to Indiana Department of Environmental Management, May 30, 2012; p. 1.

[8] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 13.

[9] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p 13-16.

[10] Deposition of Michael Sharkey. Major Tool and Machine, Inc. v. Moran Electric Service, Inc. et al. August 12, 2016. p. 117, 121, 239, 241, 247-248.

[11] Wilcox Environmental Engineering. Evaluation of Chlorinated Solvent Contamination. Vicinity of 1931 Dr. Andrew J. Brown Avenue Indianapolis, IN. July 29, 2014. p. 13-14.

[12] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 13.

[13] Heartland Environmental Associates, Inc., Soil Remediation Completion Report, January 20, 2012; p. 1.

*Zimmer Building*

The Zimmer building is located east (upgradient) from the Ertel building and northeast of the Moran Motor Shop. Zimmer occupied the building beginning in 1936.[14] A parts washer, located in the building's maintenance department, was in use from approximately 1997 through at least early 2012. An unknown solvent was used in the washer, which was serviced by Cintas and subsequently by Safety Kleen.

Transamerican Freight Lines was located between the Zimmer building and Sheldon Street between 1950 and 1969. Motor Truck Storage operated in the southern portion of this location by 1969. Specific use of CVOCs at this location is undocumented.[15]

*Zimmer Paper Building*

The former Zimmer Paper building was located north of former East 20th Street, adjacent to the Ertel building. Past operations are believed to have been related to automotive machining operations at the Ertel building and for chemical storage.[16] The building was modified multiple times before final demolition in 2007.[17] Zimmer Paper Products operated the building from 1986 through 2006. According to one account, "Dozens of 55 gallon drum and 5 gallon buckets of unknown substances were observed throughout the building".[18] A separate assessment observed:

> *Based on data showing an extensive release of COCs from the Zimmer Paper UST and the corresponding absence of post-remediation confirmation data, the Zimmer Paper UST area [has been identified as] as potentially the most significant remaining upgradient COC source."*[19]

A former 16,000-gallon underground storage tank containing residual sludge material was removed from the site in 2007, along with approximately 7,350 cubic yards of soil. The former building at the site had been demolished sometime prior to the removal activity.[20]

*Threaded Rod/Von Duprin Site*

The Threaded Rod site, 1929 Columbia Avenue, is located southwest, or hydraulically downgradient in groundwater, of the Upgradient Area sites (Figure B-1). Portions of the property were first developed for industrial use in 1910, with the Atlas Engine Company conducting heat treating operations at the site from 1912 until its bankruptcy in 1914. Subsequently, Owens Heat Treating operated at the site until at least 1950. Paramount Hardware also conducted foundry and finishing operations at the site from at least 1937 until 1969. In the mid-1950s, Von Duprin began electroplating operations at the site and acquired the nearby Paramount property in 1975. Threaded Rod acquired the site in 1986 and TRC, Inc. began leasing the site in 2008.[21,22]

---

[14] IDEM, Comfort Letter: Former Zimmer Custom-Made Packaging Facility, May 16, 2013; p. 2.

[15] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 11.

[16] Quality Environmental Professionals, Inc. (QEPI), Underground Storage Tank Closure Report, Former Zimmer Paper Parcel, December 12, 2007; p.1.

[17] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p 9-10.

[18] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 9.

[19] Geosyntec Consultants, Upgradient Delineation Investigation Report, November 2015; p. 16.

[20] Quality Environmental Professionals, Inc. (QEPI), Underground Storage Tank Closure Report, Former Zimmer Paper Parcel, December 12, 2007; p.3-6.

[21] August Mack Environmental, Further Site Investigation Report, Threaded Rod Site, October 18, 2013; p. 2.

[22] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 16.

While any CVOC use by Threaded Rod in its processes is undocumented, chlorinated solvents were historically used at the site by Von Duprin.[23] A former employee reported that Von Duprin utilized chlorinated solvent in a Detrex vapor degreaser as part of its operations,[24] and its Director of Global EHS Compliance acknowledged that operations of such a degreaser would have the potential for releases both as drips on an ongoing basis and as spills during solvent transfer.[25] The Director of Global EHS Compliance also acknowledged that the observed PCE and TCE soil impacts 2 to 4 feet below the facility indicate a release occurred in that area.[26]

## Site Geology and Hydrogeology

The Site vicinity is located proximal to the White River Valley outwash basin. The IGS Geologic Atlas of Marion County describes the hydrogeologic setting as consisting of: "variable thicknesses of sand and gravel overlying complexly interbedded sand and gravel and till". Exploratory boring logs advanced in the area are consistent with this general description, with the uppermost sedimentary materials containing a large proportion of coarse-grained sands. Fill material (typically coarse-grained sand with also occasional brick and wood fragments) is also encountered.[27] A basal clay layer is also reported at a depth of approximately 40 to 50 feet throughout the Site vicinity.[28]

Groundwater is typically encountered at a depth of approximately 10-15 feet.[29,30]. Groundwater flow is toward the southwest.[31]

---

[23] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 16-17.
[24] Deposition of Michael Fye. February 25, 2015. Threaded Rod vs. American Fire and Casualty. Marion County Superior Court, Environmental Division. Cause No.· 49F12-1005-MI-022669. Page 41, 51-52, 61-62.
[25] Deposition of Russell Eiler. October 18, 2017.Von Duprin LLC vs. Moran Electric Services, Inc, et al. United States District Court, Southern District of Indiana, Cause No. 1:16-CV-01942-TWP-DML. Page 43, 46, 48.
[26] Deposition of Russell Eiler. October 18, 2017.Von Duprin LLC vs. Moran Electric Services, Inc, et al. United States District Court, Southern District of Indiana, Cause No. 1:16-CV-01942-TWP-DML. Page 54.
[27] Enviroforensics, CVOC Distribution and Source Area Evaluation, 1929 Columbia Avenue Site and Vicinity, May 2012; p. 2.
[28] Geosyntec Consultants, Upgradient Delineation Investigation Report, Former Threaded Rod Facility, November 2015; p. 8.
[29] Enviroforensics, CVOC Distribution and Source Area Evaluation, 1929 Columbia Avenue Site and Vicinity, May 2012; p. 2.
[30] Geosyntec Consultants, Upgradient Delineation Investigation Report, Former Threaded Rod Facility, November 2015; p. 8.
[31] Enviroforensics, CVOC Distribution and Source Area Evaluation, 1929 Columbia Avenue Site and Vicinity, May 2012; p. 3.



Scale = feet

Figure B-1:  The Site vicinity, with Upgradient Area and individual PRPs indicated. Properties indicated with italicized font, north of the plume, are included for reference and are not considered as RPs. Contours depicted interpolated total CVOCs in groundwater, averaged across all depths and sample dates since 2004,

# Opinions and Bases for Opinion

## Opinion 1:

- There is not a continuous geologic layer that prevents chlorinated solvent releases from the Von Duprin site from reaching deeper groundwater.

Both soil and groundwater beneath the Von Duprin site are characterized by elevated concentrations of PCE that are appreciably higher than those observed elsewhere in the Site vicinity. Moreover, two lines of evidence support the notion that PCE was introduced into the subsurface at the Von Duprin site as a dense, non-aqueous phase liquid (DNAPL), and that the lack of a contiguous low-permeability zone facilitated its downward migration and mixing with CVOCs migrating through groundwater beneath the site from upgradient. These lines of evidence include:

1. The vertical distribution of high dissolved concentrations of PCE in groundwater beneath the Von Duprin site (Figure 1-1) is consistent with percolation of DNAPL from the ground surface to the base of the aquifer, a transport mechanism suggested for CVOCs in portions of the Site vicinity. One Site vicinity site investigation report states[32]: "Although precise subsurface conditions across the entire study area are not illustrated in these figures …, cross section A-A' shows clearly two conditions: 1) Discontinuous layers of low-permeability clay are present within the primary sand unit or materials; and 2) CVOC concentrations in groundwater increase with depth across the study area," the latter a potential indicator of DNAPL per EPA guidance.[33]

2. A geologic cross section based on boring logs indicates a contiguous expanse of sandy (i.e., relatively permeable) material from near the ground surface to a clayey aquitard at a depth of approximately 683 to 687 feet in an area characterized by high groundwater PCE concentrations (Figure 1-2). One of the depth-discrete well locations indicated on this cross section as being placed within this contiguous sandy zone – TRMW-9D and TRMW-9DD – is characterized by high maximum historical observed concentrations of PCE (14,500 µg/L and 5,300 µg/L, respectively).

Taken together, the presence of a vertically-contiguous sand and evidence supporting DNAPL migration to the base of the aquifer strongly indicate that an extensive geologic impediment to vertical CVOC transport does not exist at the Von Duprin location.

---

[32] Enviroforensics, CVOC Distribution and Source Area Evaluation, 1929 Columbia Avenue Site and Vicinity, May 2012; p. 6.
[33] USEPA, Estimating Potential for Occurrence of DNAPL at Superfund Sites, Publication 9355.4-07FS, January 1992.



Figure 1-1. Top: depictions of PCE and TCE groundwater concentrations in cross-sectional view (orientation given in inset) along plume axis;[34] bottom: distributions of PCE in soil, as contoured zones on ground surface, and groundwater (symbols) across the Site vicinity, as viewed from southeast. Soil concentrations reflect time-averaged data collected above a depth of 10 feet (i.e., unsaturated zone above the water table). Time-averaged groundwater log PCE concentrations are interpolated in the bottom figure using three-dimensional inverse distance weighting and are plotted using Voxler (Golden Software, LLC).

---

[34] Geosyntec Consultants, Additional Downgradient Investigation Report, Former Threaded Rod Facility, January 2016; Figures 12a and 12b.

Expert Report of Adam H. Love, Ph.D. | **ROUX** | 9



Figure 1-2: Geologic Cross Section B-B';[35] elevated concentrations of PCE ranging between 5,300 µg/L and 14,500 µg/L have been detected in the deeper screened intervals of the TRMW-9 nested well structure (indicated by red circle).

---

[35] August Mack Environmental, Further Site Investigation Report, Threaded Rod Site, October 18, 2013; Figure 9.

## Opinion 2:

- **The areas of chlorinated solvent contamination can be divided based on geographic and chemical characteristics and then apportioned to appropriate RPs based on those divisions.**

Industrial operations across the Site vicinity RPs extend over many decades, with few if any records available with which to calculate specific CVOC handling or disposal quantities. Soil and groundwater monitoring data at the locations where RPs operated are available only from relatively recent years. Moreover, the resulting CVOC plumes stemming from different sources across the Site vicinity are co-mingled (Figure 2-1 panels). Therefore, integrated historical CVOC quantities based on distinct groundwater plumes also cannot be discerned.

In addition, the widespread presence of the reductive dehalogenation transformation products *cis*-1,2-DCE and vinyl chloride and the shift downgradient in the general concentration distributions of these two chemicals relative to those of PCE and TCE indicates widespread CVOC degradation has occurred in the groundwater. Decades of research on reductive dehalogenation of CVOCs indicates reaction rate half-lives that are typically on the order of a few years.[36] Consequently, given the relevant period of operations when CVOC releases are suspected to have occurred within the Site vicinity, the CVOC plumes are reasonably expected to have stabilized, with much of the historical CVOC mass in groundwater already degraded away.

As a result, the divisibility of the applicable groundwater impacts are most accurately apportioned through calculations of the source area intensity based on the relevant environmental concentrations of CVOCs indicated in monitoring data.[37] The apportionment methodology was as follows:

1. *Distinct geographic delineation.* For CVOC groundwater plumes in the Site vicinity, geographic delineation pertains to those source areas that are positioned upgradient in the groundwater compared to source areas downgradient in the CVOC groundwater plumes, as distinct downgradient source areas did not contribute CVOCs to upgradient locations in groundwater. The mass of CVOCs in groundwater can therefore be reliably apportioned to the relevant upgradient RPs.

2. *Distinct soil CVOC concentrations in suspected source areas.* Soil CVOC concentrations at each location of RP operations are less subject to co-mingling and reductive dehalogenation[38] than CVOCs in underlying groundwater. Since the spatial and extent and magnitude of CVOC impacts at each site of RP operations is reasonably expected to remain distinct, and the groundwater impacts are expected to be a direct result of infiltration of CVOCs from the soil to the groundwater (the initial point of release from surface spills, leaking storage tanks, utility lines, etc.), the amount of soil contamination at the location of each RP operations is a reliable method for apportioning CVOC contribution to the underlying groundwater. [39] Integration of CVOC concentrations in the unsaturated zone provide a distinct measure of the source area intensity of the CVOC for each RP. CVOC source area intensity enables the Upgradient Area CVOC groundwater impacts to be apportioned where CVOCs are co-mingled in the groundwater underneath multiple, juxtaposed distinct source locations.

---

[36] U.S. Department of Interior. U.S. Geologic Survey. Description, Properties, and Degradation of Selected Volatile Organic Compounds Detected in Ground Water—A Review of Selected Literature. Open File Report 2006-1338. 2006. p. 17.23.

[37] Apportionment calculations described in this document derive from groundwater and soil CVOC monitoring data collected in the Study Area since 2004.

[38] Reductive dehalogenation is theoretically less likely in unsaturated soil because access to atmospheric oxygen via diffusion may suppress the development of the prerequisite anaerobic conditions.

[39] The apparent localized hotspots of TCE upgradient of the Von Duprin property (east of Dr. Andrew J. Brown Avenue) evident in the contour plot shown on Figure 2-3 are likely attributable to releases from old sewer lines, as discussed by Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 4-5.

3. *Identification of distinct CVOC chemical composition and intensity in groundwater.* For CVOC groundwater plumes in the Site vicinity, the CVOC chemical composition from the Von Duprin site is distinct from upgradient CVOC source locations because it consists largely of PCE, whereas the CVOCs from upgradient direction is characterized primarily by TCE. Moreover, because of reductive dehalogenation of CVOCs, the concentrations of both TCE and *cis*-1,2-DCE are also distinctly elevated beneath the Von Duprin site (Figures 2-2 through 2-4) because of PCE degradation in groundwater. Thus, the groundwater CVOC plume shows a distinct increase in total CVOC concentrations beneath the Von Duprin site compared to the CVOC concentration in groundwater from upgradient sources. This distinct change in chemical composition and intensity in groundwater beneath the Von Duprin site provides a reliable basis distinguish CVOC contributions between the Von Duprin site and upgradient sources[40] (see Opinion 3).

---

[40] The alternative explanation for the individual plumes shown on Figures 2-3 through 2-4 would be a coincidental juxtaposition of a detached, predominantly-TCE plume from upgradient with a local PCE source, extraordinarily aligned in space and time to seemingly overlap. This represents a far less likely explanation because of the very high element of chance alignment required.

---





Figure 2-1: (a) Time- and depth-averaged PCE concentrations in groundwater across the Site vicinity, interpolated and displayed using logarithmic scaling; top, and (b) time- and depth-averaged log-transformed TCE groundwater concentrations across the Site vicinity; bottom.



Figure 2-1, continued: (c) time- and depth-averaged log-transformed *cis*-1,2-DCE groundwater concentrations across the Site vicinity; top, and (d) time- and depth-averaged log-transformed vinyl chloride groundwater concentrations across the Site vicinity; bottom.



*Scale = feet*

Figure 2-2: Time- and depth-averaged groundwater PCE concentrations in a subset of the Site vicinity near the upgradient area and extending downgradient past the Von Duprin site. Concentrations were interpolated on log-transformed data using a kriging algorithm provided by Surfer (Golden Software, LLC) using default parameter values; the contour map was generated by transforming the resultant interpolation grid back to linear space.





Figure 2-3 Comparison of interpolated groundwater PCE (top) and TCE (bottom) concentrations that is indicative of overlap between areas of elevated values near the Von Duprin site. TCE concentrations, superimposed upon the corresponding PCE distribution, were interpolated using the identical methodology to PCE (Figure 2-2). Colored contour lines are scaled to increasing concentration, from cool to warm colors. Red box indicates area of suspected TCE sewer releases from up sewer gradient.





Figure 2-4: Comparison of interpolated groundwater PCE (top) and *cis*-1,2-DCE (bottom) concentrations that is indicative of overlap between areas of elevated values near the Von Duprin site. *cis*-1,2-DCE concentrations, superimposed upon the corresponding PCE distribution, were interpolated using the identical methodology to PCE (Figure 2-2). Colored contour lines are scaled to increasing concentration, from cool to warm colors.

## Opinion 3:

- **Based on the divisibility of CVOC contamination, the allocation of CVOC contribution from the RPs is Von Duprin 54%, Zimmer 29%, Ertel 14%, and Moran 3%.**

As described under Opinion 2, reductive dehalogenation has significantly altered the composition of the CVOC plume in portions of the Site vicinity. Reductive dehalogenation effects are reasonably expected to degrade PCE into TCE, and TCE to other degradation products at locations across the Site vicinity. Thus, the most reliable method for apportioning overall CVOC contributions it to base the apportionment calculations on the sums of contributed concentration of individual CVOCs.

### Contribution from Von Duprin Site

Because of the unique chemical composition of the CVOC plume in the vicinity of the Von Duprin site and its position downgradient of the Upgradient Area sources, separation of the Von Duprin site's potential contribution to the overall CVOC mass represents the initial step in the apportionment process. As first introduced under Opinions 1 and 2, a substantial CVOC mass input occurs under the Von Duprin property, adding to the increase in concentrations of CVOCs migrating beneath the site from upgradient (Figure 3-1). The chemical composition of the CVOC groundwater plume is also locally modified as it passes beneath the property.

Monitoring well TRMW-9DD represents the most upgradient location on the Von Duprin property where this change in the CVOC plume is observed. Therefore, this location represents a logical delineation point at which the upgradient and downgradient portions of the overall Site vicinity CVOC plume are readily divisible. Locations north and east of TRMW-9DD are upgradient of impacts from the unique chemical composition from the Von Duprin site and, consequently, are presumably free of any significant CVOC mass input from the Von Duprin site. Locations to the south and west are effectively downgradient of the Von Duprin site and thus potentially subject to CVOCs introduced into groundwater from the property. Numerical integration of the interpolated total CVOC groundwater concentrations[41] across the entirety of the Site[42] vicinity plume, as well as downgradient portion of the CVOC plume[43] as defined above, indicate that approximately 87 percent of the time- and depth-averaged groundwater CVOC mass, using data collected since 2004, resides within the downgradient plume.

The second step in apportioning the mass input from the Von Duprin site to the downgradient plume as defined above is to apportion the site's contribution to the CVOC plume as it migrates underneath the property. Two sets of groundwater monitoring locations, both monitoring wells and direct sample points, are shown on Figure 3-2. As indicated in the figure caption, one set represents downgradient locations on the Von Duprin site characterized by time- and depth-averaged groundwater PCE concentrations that exceed 500 µg/L. A second set, located upgradient of the first, represents wells with TCE concentrations that exceed 500 µg/L. Total CVOC concentrations, and notably the PCE concentrations, are lower in the second set (upgradient of the Von Duprin site) with respect to the first, as discussed below.

---

[41] Concentration distributions were log-transformed and interpolated using a kriging algorithm using Surfer (Golden Software, LLC) employing default parameters. Contour were generated by transforming back to linear space. Numerical integration was conducted using Surfer by the trapezoidal rule.

[42] Approximately 47.2 kg/ft, for all locations above 10 µg/L total CVOCs. As an illustrative example, this would correspond to a total of approximately 472 kg of CVOCs, assuming a 30-ft-thick impacted aquifer portion, with a porosity of 30 percent.

[43] Approximately 40.9 kg/ft, for all locations above 10 µg/L total CVOCs. As an illustrative example, this would correspond to a total of approximately 409 kg of CVOCs, assuming a 30-ft-thick impacted aquifer portion, with a porosity of 30 percent.

Interpolated soil PCE and TCE concentrations measured at depths less than 10 feet are also illustrated on Figure 3-2. Numerical integration[44] of the concentration distributions (above 500 µg/kg to avoid contouring artifact effects at lower concentrations) for both chemicals[45] indicates that approximately three-quarters of the CVOC mass in the shallow soil at the site is attributable to PCE (Figure 3-3). Soil concentrations of the reductive dehalogenation daughter products *cis*-1,2-DCE and vinyl chloride are minimal, indicating the measured soil concentrations are not simply reflecting groundwater off-gassing of CVOCs into the overlying soil.

Averaged total CVOC concentration distributions (listed on Table 1) are summarized on Figure 3-4 (top graph) across the two sets of wells sampling the plume passing beneath Von Duprin site (i.e., Figure 3-2). A comparison of the two sets indicates the following observations: (1) total concentrations of CVOCs in the downgradient well set are approximately five times larger than those of the upgradient wells, and (2) PCE represents a significant fraction of the CVOC groundwater inventory underneath the Von Duprin site but not in the incoming, upgradient plume. The latter observation provides the chemical signature indicative that the Von Duprin site is a CVOC source and places a lower limit on its apportionment, since the upgradient CVOC groundwater plume does not contribute PCE when it reaches the Von Duprin site. Moreover, because some TCE is present with PCE in shallow soils at the Von Duprin site (Figure 3-3), an equivalent proportion of the TCE in the underlying groundwater must also attributable to a Von Duprin site provenance. As indicated on Figure 3-4 (bottom graph), a proportional allotment of TCE in groundwater to the Von Duprin site, based on the groundwater PCE concentration and the TCE-to-PCE ratio in the overlying shallow soil (i.e., 1,821 µg/L), indicates approximately 63 percent of the CVOCs in groundwater beneath the Von Duprin site are from a local source (i.e., 1,821 µg/L TCE + 4,916 µg/L PCE). It must be emphasized that this fraction represents a *minimum* contribution, because some of the PCE and TCE introduced into groundwater at the Von Duprin site would have been converted into additional TCE and *cis*-1,2-DCE via reductive dehalogenation, but are not accounted for in this apportionment calculation.

The posited minimum 63 percent apportionment of the CVOC mass in the *downgradient* portion of the Site vicinity CVOC plume corresponds to approximately 54 percent overall contribution to the plume (i.e. the product of 63 percent and 87 percent).

*Allocation Among Upgradient Area Sources*
The remaining 46 percent of the CVOC plume mass in the Site vicinity (i.e., the total CVOC plume mass, minus the contribution from Von Duprin), is attributable to the four upgradient RPs: the Ertel building, the Moran Motor Shop property, the former Zimmer building, and the Zimmer Paper building. Among these, groundwater CVOCs associated with the former Zimmer building, and the north of the Ertel building, are geographically separate and effectively upgradient, such that those portions of the Upgradient groundwater CVOC mass are divisible. In addition, the CVOC plume located north of the Ertel Building is characterized by a different chemical composition than other groundwater in the upgradient source area as it is unique in its PCE-enriched chemical composition. Numerical integration[46] of these plume areas indicates very small mass contributions to the overall Site vicinity CVOC plume, with approximately 0.67 percent for the portion of the plume north of the Ertel Building (approximately 0.32 kg/ft) and 0.04 percent for groundwater underlying the Zimmer Building (approximately 0.02 kg/ft).

The remaining approximately 45 percent of the Site vicinity CVOC impacts is associated with three adjacent potential sources. However, CVOCs present in groundwater beneath and downgradient of these areas are

---

[44] Numerical integration was conducted using Surfer by the trapezoidal rule.
[45] Approximately 76.7 gm/kg ft$^2$ for PCE and 28.4 gm/kg ft$^2$ for TCE. As an illustrative example, assuming a soil bulk density of 1.6 gm/cm$^3$ and a 10-ft-thick impacted soil zone, these values would correspond to concentrations of 34.7 kg and 12.9 kg, respectively.
[46] Numerical integration was conducted using Surfer by the trapezoidal rule.

difficult to apportion based on the geographic extent of groundwater concentrations or small difference in CVOC chemical characteristics for multiple reasons, including:

1. The presence of underground sewer lines as well as utility line trenches, much of which is uncharacterized, that could have provided preferential transport pathways for CVOCs;[47]

2. The local geology underlying each suspected source area, specifically including discontinuous lenses of fine-grained sediments that could serve as an impediment to strictly vertical downward transport of CVOCs to groundwater;[48]

3. Localized reductive dehalogenation, driven in part by petroleum hydrocarbon compounds from leaking underground storage tanks and other sources could serve as potential carbon sources and result in differential CVOC degradation in the CVOC plume.

Instead, CVOC soil concentrations measured above the water table, as described in Opinion 2 are a reliable method for apportioning CVOC contribution to groundwater based on source area CVOC intensity. As indicated on Figure 3-5, total CVOC concentrations across the Upgradient Area are characterized by a distinct zone of elevated concentrations near the Zimmer Paper building location. Lower soil total CVOC concentrations are distributed elsewhere, but over a larger area. Numerical integration[49] was again used to estimate the soil CVOC mass within the approximate footprint of the Zimmer Paper building (approximately 152 gm/kg·ft$^2$), as indicated on Figure 3-5, as well as the soil CVOS mass south of the building (i.e., approximately south former 19th Avenue) and east of Dr. Andrew J. Brown for the Moran Motor Shop site (approximately 16 gm/kg·ft$^2$). The remainder of the soil total CVOC mass east of Dr. Andrew J. Brown Avenue and south of the north end of the Ertel building was apportioned to the Ertel building (approximately 69 gm/kg·ft$^2$). The resulting ratios imply that approximately two-thirds of the 45 percent of the Site vicinity CVOC impacts in the Upgradient area can be attributed to the Zimmer Paper building, with the Ertel building and the Moran Motor Shop property contributing lesser amounts.

A summary of the quantitative apportionment for the CVOC groundwater contribution based on the methodology described above are summarized on Table 2 (applied separately to the upgradient and downgradient portions of the plume with respect to the Von Duprin site, and as a whole): These total allocation results are also summarized on Figure 3-6.

---

[47] Wilcox Environmental Engineering, Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr. Andrew J. Brown Avenue, Indianapolis, IN, July 29, 2014; p. 4-5.
[48] Geosynetic Consultants, Upgradient Delineation Investigation Report, Former Threaded Rod Facility, November 2015; p. 8.
[49] Numerical integration was conducted using Surfer by the trapezoidal rule.

**Table 1. Time- and Depth-averaged CVOC Concentrations (µg/L) Among Upgradient and Downgradient Groundwater Monitoring Locations Near the Von Duprin Property.**

| Group | Location | Screen Interval Midpoint Depth (ft) | PCE | TCE | *Cis*-1,2-DCE | Vinyl Chloride |
|---|---|---|---|---|---|---|
| Upgradient | TRMW-3 | 17.5 | 19 | 600 | 121 | 0.0 |
| | TRMW-6 | 17.5 | 4 | 1,481 | 93 | 0.4 |
| | TRSB-6/SB-6A | 19.5 | 87 | 948 | 212 | 0.0 |
| | TRSB-7-7A | 19.5 | 42 | 1,350 | 62 | 0.0 |
| | TRSB-22A | 19.5 | 149 | 1,880 | 12 | 0.0 |
| | TRSB-16 | 19.5 | 0 | 1,450 | 118 | 0.0 |
| | TRMW-6D | 27.5 | 0 | 1,120 | 545 | 3.3 |
| | HPT-05 | 31.5 | 8 | 2,188 | 5,485 | 3.5 |
| | TRMW-6DD | 39.3 | 22 | 1,370 | 223 | 0.8 |
| | **Average** | | **37** | **1,376** | **764** | **0.9** |
| Downgradient | TRSB-25 | 19.5 | 870 | 2,700 | 144 | 0.0 |
| | TRSB-24 | 19.5 | 696 | 2,820 | 122 | 0.0 |
| | TRMW-9D | 28.5 | 4,054 | 2,008 | 677 | 1.7 |
| | VAP-21/SB-JTV-1 | 39.3 | 8,420 | 3,555 | 1,423 | 8.1 |
| | B-332 | 40.4 | 10,119 | 3,625 | 1,777 | 13.3 |
| | TRSB-32 | 43.0 | 1,111 | 4,395 | 6,835 | 14.4 |
| | TRMW-9DD | 44.6 | 9,141 | 2,579 | 8,223 | 12.8 |
| | **Average** | | **4,916** | **3,097** | **2,743** | **7.2** |

**Table 2**. Plume Allocation by Area.

| Plume Section | Overall CVOC Mass Distribution | Source Areas | CVOC Apportionment by Source Area | Overall CVOC Apportionment |
|---|---|---|---|---|
| Upgradient | 13% | Von Duprin | 0.00% | 0.00% |
| | | Ertel (main portion) | 28.58% | 3.85% |
| | | Ertel (N. plume) | 1.47% | 0.20% |
| | | Zimmer Paper | 63.08% | 8.50% |
| | | Zimmer Bldg | 0.08% | 0.01% |
| | | Moran Motor | 6.79% | 0.91% |
| Downgradient | 87% | Von Duprin | 62.64% | 54.20% |
| | | Ertel (main portion) | 10.68% | 9.24% |
| | | Ertel (N. plume) | 0.55% | 0.48% |
| | | Zimmer Paper | 23.57% | 20.40% |
| | | Zimmer Bldg | 0.03% | 0.03% |
| | | Moran Motor | 2.54% | 2.20% |



Figure 3-1: Total groundwater CVOC concentration distribution, interpolated using Surfer (Golden Software, LLC) employing a kriging algorithm with default assumptions. Concentrations were interpolated on log-transformed data; the contour map was generated by transforming the resultant interpolation grid back to linear space. The plume extending south and west of well TRMW-9DD at the Von Duprin site is assumed to have been influenced mass CVOCs entering groundwater near that location. Dashed white lines represent delineations used to integrate interpolated contour lines to derive area-specific mass estimates, as indicated by labels.



*Scale = feet*

Figure 3-2: Shallow soil and groundwater CVOC data near the Von Durpin site. Red symbols depict wells with time- and depth-averaged PCE groundwater concentrations exceeding 500 µg/L, whereas blue symbols indicate those wells, upgradient of the PCE set, with time- and depth-averaged TCE concentrations exceeding 500 µg/L. Red and blue contour lines represent interpolated soil PCE and TCE concentrations collected above a depth of 10 feet.



Figure 3-3: Relative proportions of PCE and TCE in soil above 10 feet depth near the Von Duprin site, inferred by numerical integration of soil CVOC concentration contours. Cis-1,2-DCE and vinyl chloride components in the sample data set are negligible.





Figure 3-4: Top: composited average CVOC concentrations in groundwater among (a) upgradient, primarily TCE-impacted wells, and (b) primarily PCE-impacted wells across the Von Duprin site, as indicated on Figure 3-2, and, bottom: distributions and provenance of CVOCs in Von Duprin groundwater, as constrained by the average soil CVOC makeup as indicated on Figure 3-3. Note: subtracting out TCE attributable to the Von Duprin source area results in the remaining TCE concentration attributable to the Upgradient source area (1,276) being consistent with the observed being comparable to the average measured TCE in groundwater Upgradient (1,376), as shown in Table 1.



Figure 3-5: Soil total CVOC concentrations proximal to the upgradient source locations. Concentrations were interpolated on log-transformed data; the contour map was generated by transforming the resultant interpolation grid back to linear space. Color-coded symbols denote sample locations. The black rectangle indicates the spatial extent of contour integration used to quantify the extent of soil impact for the Zimmer Paper Building property. The dashed black line indicates the delineation of the Ertel Building contribution (north of the line and east of Dr. Andrew J. Brown Avenue, exclusive of the Zimmer paper Building property) and the Moran Motor Shop, south of the dashed black line and east of Dr. Andrew J. Brown Avenue.



Figure 3-6: Apportionment of total CVOC mass in groundwater across the entire Site vicinity, based on the approach discussed under Opinion 3.



PROFESSIONAL PROFILE

# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

**TECHNICAL SPECIALTIES:**

Dr. Love leads Roux's Litigation Practice Group and provides forensic litigation support and expert witness services to clients throughout the United States on both environmental litigation and environmental insurance coverage related matters. Dr. Love's experience includes strategic and technical analysis and guidance regarding numerous complex groundwater, soil, sediment, soil vapor and air contaminated sites. He has also provided expert technical guidance for state legislative actions and federal advisory panels on a range of traditional and non-traditional environmental hazards. Dr. Love's expertise has been developed through a unique variety of University, Federal and post-academia work, including developing leading-edge methods for addressing forensic questions related to weapons of mass destruction for the Federal Government.

Dr. Love's areas of expertise include:

- Environmental forensics (identifying sources and timing of chemical releases);
- Chemical/isotopic fingerprinting;
- Contaminant transport/fate in sediments, soils, water, groundwater, and air;
- Divisibility and apportionment of contamination among PRPs;
- Assessments of petroleum (crude oil, diesel, and gasoline), chlorinated and other solvents (PCE, TCE, TCA, 1,4-dioxane), pesticides, PCBs, PAHs, radionuclides, explosives and heavy metals;
- Environmental site characterization and remediation;
- Human (i.e. Toxic tort claims and Prop 65) and ecological exposure assessment; and,
- Environmental data analysis.

Dr. Love's capabilities include the use of advanced models and analytic methods to understand and interpret contaminant characterization, transport, and fate for a range of applications. By employing multiple lines of scientific evidence through analyses that couple field measurements, fate and transport calculations, and historical operations/documents, he provides internally consistent opinions and results. Dr. Love is experienced at creating and evaluating Site Conceptual Models based on an understanding of environmental and engineered systems that involve a wide range of matrices (i.e. soils, sorbents, air, natural waters, constructed materials, and biological tissue).

**CREDENTIALS:**

Post Doctorate, Forensic Science Center, Lawrence Livermore National Laboratory, 2004;
Ph.D., Environmental Engineering, University of California at Berkeley, Berkeley, CA, 2002;

M.S., Material Science and Mineral Engineering - Hydrogeology, University of California at Berkeley, Berkeley, CA, 1998; and,
B.A., Geoscience, Franklin & Marshall College, Lancaster, PA, 1996.

**EXPERIENCE SUMMARY:**

20+ years of experience in environmental science/engineering, use of forensic signatures to determine source and timing of contamination, and contaminant assessment, transport and remediation.

- Roux Associates, Inc., Vice President, Litigation Practice Group Leader 2016-Present; Principal Scientist, 2013-Present.
- Johnson Wright Inc., Principal Scientist, Environmental Forensics Practice Leader 2009-2013.
- Lawrence Livermore National Laboratory, Principal Investigator/Scientist, Forensic Science Center, 2002-2009.
- California Department of Health Services – Drinking Water Program/Technical Programs Branch, Standards and Technology Unit Staff, 2000-2002.
- University of California, Berkeley, Graduate Student Researcher/Instructor, 1996-2002.
- Franklin & Marshall College, Undergraduate Researcher/Laboratory Teaching Assistant, 1994-1996.

**APPEARANCES AND EXPERT REPORTS:**

- Arrow Electronics, Inc. v. Aetna Casualty & Surety Co., et al. United States District Court, Central District of California. Case No. 2:17-cv-05247-JFW-JEM. Expert Report. Rebuttal Report.
- Power Authority of the State of New York v. The tug M/V Ellen S. Bouchard, et al. United States District Court, Southern District of New York. Case No. 14-cv-4462 (PAC). Expert Report.
- Crown Central, LLC v. Petroleum Marketing Investment Group, LLC, et al. Circuit Court for Baltimore County, Maryland. Case No. 03-C-16-010774 CN. Deposition December 19, 2017. Expert Declaration. Rebuttal Declaration.
- Sunflower Redevelopment, LLC v. Illinois Union Insurance Company. United States District Court, Western District of Missouri, Western Division. Case No. 4:15-cv-00577-DGK. Deposition November 10, 2017. Rebuttal Report. Supplemental Report.
- Gary Puhr v. PQ Corporation. United States District Court, Northern District of Illinois, Eastern Division. Case No. 16-CV-00728. Expert Report.
- Estate of Robert Renzel, Deceased et al. v. estate of Lupe Ventura, Deceased, et al. United States District Court, Northern District of California. Case No. 4:15-cv-1648-HSG. Expert Declaration.
- Insurance Company of the State of Pennsylvania v. County of San Bernardino. United States District Court,

555 12th Street Suite 250 | Oakland CA 94607
Main: 415.967.6000 | Direct: 415.967.6023
E-mail: alove@rouxinc.com | Website: http://www.rouxinc.com



**ROUX**

PROFESSIONAL PROFILE

# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

Central District of California. Case No. 5:16-cv-00128-PSG-SS. Deposition June 15, 2017. Expert Report. Rebuttal Report.

- Lennar Mare Island, LLC v. Steadfast Insurance Company. United States District Court, Eastern District of California, Sacramento Division. Case No. 2:12-cv-02182-KJM-KJN. Case No.2:16-cv-00291-KJM-CKD860. Deposition May 26, 2017. Expert Report. Supplemental Report.

- Hanford Challenge, et al., v. Ernest Moniz, et al. United States District Court, Eastern District of Washington. Case No. 4:15-CV-05086-TOR. Expert Declaration. Supplemental Expert Declaration.

- K.C. Jones Plating Company, et al., v. Admiral Insurance Company. United States District Court, Eastern District of Michigan, Southern Division. Case No. 2:16-cv-10790-DML-MKM. Expert Report.

- 860 Kaiser, LLC v. Greene's Cleaners, Inc., Napa County Superior Court. Case No: 26-63995. Deposition January 11, 2016, September 12, 2016. September 26, 2016. Expert Declaration.

- Lewis v. Russell, United States District Court, Eastern District of California. Case No. CIV. S-03-02646 WBS AC. Deposition July 20, 2016. Expert Report. Rebuttal Report. Supplemental Report.

- Goldberg v. Goss-Jewett Company, Inc., et al., United States District Court, Central District of California. Case No. EDCV14-01872 DSF (AFMx). Deposition May 25, 2016. Expert Report. Rebuttal Report.

- 937 York Road, LLC, et al. v. Petroleum Marketing Group, Inc., et al., Circuit Court for Baltimore County, Maryland. Case No. 03-C-14-005988. Expert Declaration.

- State of Colorado, et al., v. Valero Energy Corporation, et al., District Court, City and County of Denver, Colorado. Expert Report. Rebuttal Report.

- Union Oil Consolidated Coverage Cases, Los Angeles Superior Court. Case No: BC 271474. Deposition November 20, 2014. Expert Report.

- Donegan v. Stubblefield, Rene C. Davidson Alameda County Courthouse. RG12628426. Deposition July 26, 2013. Trial August 8, 2013.

- Searles Valley Minerals Operations Inc. v. Advanced Steel Recovery Inc., et al., California Ninth District. Central District Court. 5:2010cv01403. Deposition January 25, 2012. Expert Report. Rebuttal Report.

## EXAMPLE PROJECTS:
### Sediment Contamination Reconstruction
*Fox River Superfund Site, WI – Expert Witness.* Prepared an Expert Report evaluating the technical bases for a range of methodologies used to allocate contribution of polychlorinated biphenyls (PCB) to contaminated sediments. Performed fate and transport analyses as the basis for allocation to estimate mass contributions from various PRPs.

*Kalamazoo River Superfund Site, MI* – Evaluated the annual total suspended solid (TSS) discharges from 14 facilities to the Kalamazoo River sediments over the 25+ year relevant period of applicable discharges. Allocated TSS discharges to generator facility when secondary facility was used for wastewater treatment. Evaluated changes in facility TSS treatment efficiency and relative TSS contributions throughout the relevant period.

*Passaic River (Diamond Alkali) Superfund Site, NJ – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support the facility designation of *de minimis* status.

*Gowanus Canal Superfund Site, NY – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support the facility designation of *de minimis* status.

*San Diego Harbor, CA – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations to support an Expert Report that evaluated potential metals, PCBs, and petroleum releases from the Silvergate Power Plant.

*San Francisco Bay, CA* – Collected sediment cores from Naval Air Station Alameda and performed isotopic and chemical analyses that enabled reconstruction of historical sediment contamination.

### Petroleum
*Petroleum Transfer Facility, CA – Expert Witness.* Prepared an Expert Report assessing the release of gasoline, diesel fuel, and crude oil over 50+ years into the soil and sediment of Avila Beach, CA. Identified the source and timing of the historical contamination and the nature of the releases using multiple lines of scientific forensic techniques. Performed fate, transport and degradation analysis of gasoline, diesel fuel, and crude oil to determine the divisibility of "sudden and accidental" releases from frequent releases related to facility operations.

*Retail Gasoline Stations, CO – Expert Witness.* Performed fate, transport and degradation analysis of gasoline to determine the timing of gasoline releases. Prepared an Expert Report regarding the release of gasoline from 80+ fueling facilities throughout the state.

*Crude Oil Refinery, CA – Expert Witness.* Performed evaluation of timing of release and source of contamination related to historical refinery operations.

*Used Oil System Collection and Recycling, CA – Expert Witness.* Developed a report for the State of California on how to improve the state's used oil recycling program. Provided testimony to CA State legislature on proposed used oil recycling incentive bills. Key technical contributor to stakeholder discussion on ongoing CalRecycle efforts for additional used oil recycling improvement.

*Retail Gasoline Station, MD – Expert Witness.* Performed evaluation of timing of release and source of contamination impacting nearby groundwater. Evaluated contaminant contributions from adjacent property and both current and former owner/operator.

*Underground Fuel Oil Tank, NY – Expert Witness.* Performed evaluation of timing of release and source of contamination for fuel oil impacting groundwater.

*Timing of Petroleum Release, Numerous States* – Performed fate, transport and degradation analysis of gasoline and fuel oil to



**Adam H. Love, Ph.D.**
**Vice President/Principal Scientist, Litigation Practice Leader**

determine the timing of releases at 200+ gasoline station and fuel oil sites related to environmental insurance claims.

## Industrial

*Manufacturing Facilities, CA* – Provided litigation support based on fate and transport analysis related to timing of groundwater contamination resulting from multiple potential PCE, TCE, TCA and 1,4-dioxane releases to groundwater managed by Orange County Water District. Additional chemical fingerprinting analysis was performed to distinguish on-site versus off-site contributions of chlorinated solvents and their degradation products to the associated groundwater plumes.

*Industrial Facility, AZ – Expert Witness.* Provided litigation support based on fate and transport analysis related to source and timing of groundwater contamination resulting from potential PCE, TCE, and TCA sources.

*Former Military Facility, CA. – Expert Witness.* Evaluated claimed cleanup actions and costs related to site investigation and remediation of a former military site.

*Former Military Facility, KS. – Expert Witness.* Evaluated claimed cleanup actions and costs related to site investigation and remediation of a former military site.

*Aerospace Facility, CA. – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations that provide the technical basis for assessing contribution of PCE, TCE, and TCA from various operations.

*Transportation Spill, CA. – Expert Witness.* Prepared an Expert Report evaluating the potential ecological impact of an ink spill into a local river.

*Former Military Facility, CA. –* Performed site investigation of soil and groundwater at a former military site to determine the extent and magnitude of historical solvents and petroleum releases in order to inform remedial strategy.

## Drycleaners

*Santa Barbara, CA – Expert Witness.* Prepared an Expert Report assessing sources of PCE contamination to soil and groundwater contamination, including drycleaner discharges into sewer system and releases at adjacent sites. Rebuttal Expert Report also assessed the expected remedial costs for PCE contamination at and emanating from the site.

*San Jose, CA– Expert Witness.* Prepared an Expert Declaration regarding the potential sources of PCE contamination to soil and groundwater contamination and the divisibility of the contamination from the potential sources.

*Napa, CA – Expert Witness.* Prepared an Expert Declaration regarding the potential sources of PCE contamination to soil and groundwater contamination.

*Davis, CA – Expert Witness.* Prepared an Expert Report regarding the potential sources of PCE contamination to groundwater.

*Numerous Sites, USA –* Evaluation of the source, timing, and/or contribution from multiple PRPs to comingled PCE plumes from drycleaner sites related to environmental insurance claims.

## Landfills

*Groundwater solvent plume, CA – Expert Witness.* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the source, timing, and number of release events at landfill operating for over 50 years.

*Multi-COC Contamination, NJ –* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the divisibility of the COC contamination among PRPs.

*Multi-COC Contamination, WA –* Evaluated the available operation information, site investigation data, and performed fate and transport analysis to determine the divisibility of the COC contamination among PRPs.

## Heavy Metals

*Battery Recycling Facility, CA – Expert Witness.* Evaluated available historical emissions/capacity data, performed fate and transport analyses, and assessed the extent and magnitude of lead and other heavy metals contamination in soils surrounding the Exide Technologies lead battery recycling facility. Worked together with lead regulatory agency to develop interior/exterior assessment and remediation protocols. Analyzed reported results of community blood lead data.

*Steel Manufacturing Facility, CA – Expert Witness.* Evaluated available historical operations, soil lead and arsenic data, and chemical signatures of steel manufacturing from soils within and adjacent to the historic steel manufacturing facility.

*Metal Recycling Facility, CA –* Assessed facility compliance with DTSC hazardous waste regulations. Negotiated with DTSC on behalf of client. Developed plan for hazardous waste treatment/disposal that meets DTSC requirements.

*Mixed Industrial Region, IN –* Evaluated historical operations, soil lead and arsenic data, and chemical signatures of potential industrial sources with locations on and adjacent to the historic industrial manufacturing facilities.

*Metal Plating Facility, IN – Expert Witness.* Prepared an Expert Report regarding the evaluation of a claimed environmental release and associated costs that occurred during an electrical fire at a metal plating facility.

*Mineral Processing Facility, CA – Expert Witness.* Prepared an Expert Report regarding the contribution of an accidental elemental mercury spill at the Searles Valley Minerals Operations Inc. site to the overall historic site contamination. Analyzed invoices and categorized cleanup costs into emergency spill costs vs. soil remediation activities.

## Radionuclides

*Radionuclide-containing Products Manufacturing, PA – Expert Witness.* Evaluated available historical data, performed fate and transport analyses, and developed a detailed understanding of facility operations at the Safety Light Superfund Site that provided the technical basis for recommendations to DOJ on a feasible strategy for and potential allocation of arranger liability. Site contaminated with numerous radionuclides (tritium [H-3], strontium [Sr-90], cesium [Cs-137], and radium [Ra-226]).

*Release of Radionuclides from Testing Equipment, OK –* Evaluated whether the response actions taken were reasonable and necessary related to the investigation and remediation of a cesium [Cs-137] release.

*Radionuclide Labeling Facility, CA –* Sampled tree rings in the vicinity of a Lawrence Berkeley National Laboratory stack that emitted tritium [H-3] and analyzed tree rings in order to reconstruct facility emission for >50 years.

## Pesticides

*Atrazine, Numerous locations in USA –* Provided expert litigation support regarding the fate and transport of atrazine, timing of release, and potential impacts to drinking water sources.

555 12th Street Suite 250 | Oakland CA 94607
Main: 415.967.6000 | Direct: 415.967.6023
E-mail: alove@rouxinc.com | Website: http://www.rouxinc.com

**Adam H. Love, Ph.D.**
**Vice President/Principal Scientist, Litigation Practice Leader**

*Glyphosate, Oakland, CA* – Provided deposition and trial testimony regarding the source of glyphosate contamination causing property damage on an adjacent parcel of land based on atmospheric transport, technology dispersal capability, site conditions, and impact patterns on parcel.

*Trichloropropane (1,2,3-TCP), CA* – Evaluated potential sources of trichloropropane groundwater contamination in drinking water wells.

### Human Exposure Assessment

*Chemical Vapor Exposure, WA – Expert Witness.* Evaluated the source of chemical vapors and the potential for downwind vapor exposure to workers.

*School District Astroturf, CA* – Collected astroturf samples and conducted consumer product testing to provide data which supported the assessment of potential exposure pathways and human health risk assessment for children, workers, and recreational users.

*Caustic Liquid Exposure, MI* – Evaluated potential sources of caustic chemical liquids that resulted in worker skin burns.

*Proposition 65 Phthalates, CA* – Collected consumer product samples and conducted consumer product testing to determine potential consumer exposure pathways and magnitude.

*Proposition 65 Heavy Metals, CA* – Evaluated lead data and developed a testing and evaluation plan to determine levels of naturally occurring metals in identified food products.

### Explosive and Fire Assessment

*Forensic Explosive Evaluation, CA – Expert Witness.* Collected field samples and evaluated chemical and operational information to determine the likely cause of an explosion event at an industrial facility.

*Forensic Deflagration Evaluation, CA – Expert Witness.* Evaluated field reports, inventory, and operational information to determine the likely contributing causes of a deflagration event that occurred in a transportation vehicle.

### ADDITIONAL AREAS OF EXPERTISE AND EXPERIENCE: Weapons of Mass Destruction Preparation and Response

Provide technical guidance and operational plan reviews for responding to WMD events. Technical guidance includes emergency response, site characterization, WMD forensics, site remediation, fate and transport, site closure. Co-led team in development of DHS/EPA Federal facility restoration guidance document for critical infrastructure.

### Development of Chemical/Isotopic Signatures/ Fingerprints

Develop and validate new chemical/isotopic fingerprint strategies as well-as utilize peer-reviewed techniques. Experienced with numerous approaches: intended chemical markers and additives, chemical component ratios, degradation analysis, isotope analysis, biomarkers, isomers/congener analysis.

### Chemical Fate and Transport Modeling

Conducts analyses using a variety of industry-accepted approaches, including analytic solutions and numerical models MODFLOW, MT3D, HYDRUS, BIOCHLOR, CAMEO/ALOHA, CALPUFF, HPAC. Determines aqueous and/or atmospheric plume migration exposure duration and magnitude.

### JOURNAL PUBLICATIONS:

#### Environmental Forensics

Zdon, A.; Davisson, M.L.; Love, A.H. (2018) Understanding the source of water for selected springs within Mojave Trails National Monument, California. Environmental Forensics. 19(2), 99-111.

Dorrance, L.R.; Kellogg, S.; Love, A.H. (2017) What You Should Know About Per- and Polyfluoroalkyl Substances (PFAS) for Environmental Claims. *Environmental Claims Journal*, 29:4, 290-304.

Shelley, T.M.; Love, A.H. (2015) A Question of Proof: Using Isotope Analysis and Chemical Fingerprinting to Identify the Source of Contamination. *Environmental Claims Journal*, 27:3, 264-275.

Zdon, A.; Davisson, M.L.; Love, A.H. (2015) Testing the Established Hydrogeologic Model of Source Water to the Amargosa River Basin, Inyo and San Bernardino Counties, California. *Environmental Forensics*. 16(4).

Love, A.H., J.R. Hunt, J.P. Knezovich. (2004) Improving Tritium Exposure Reconstructions Using Accelerator Mass Spectrometry. *Analytical and Bioanalytical Chemistry*. 379(2): 198-203.

Love, A.H., B.K. Esser, J.R. Hunt. (2003) Reconstructing Contaminant Deposition in a San Francisco Bay Marina. *Journal of Environmental Engineering*. 129 (7):659.

Love, A.H., J.R. Hunt, J.P. Knezovich. (2003) Use of Carbon-14 and Tritium in Tree Rings to Reconstruct Tritium Exposure at Lawrence Berkeley National Laboratory. *Environmental Science and Technology*. 37 (19): 4330.

#### Contaminant Fate and Transport

Kuo, I-Feng; Grant, C.; Gee, R.; Chinn, S.; Love, A.H. (2012) Determination of the Surface Effects on Sarin Degradation *The Journal of Physical Chemistry C*. 116 (17), 9631–9635.

Love, A.H. (2008) Determining Important Parameters Related to Cyanobacterial Alkaloid Toxin Exposure. *Advances in Experimental Medicine and Biology*. Hudnell, H. Kenneth (Ed.). 619:453-464.

Loui, A., Ratto, T.V., Wilson, T.S., McCall, S.K., Mukerjee, E.V., Love, A.H., Hart, B.R. (2008) Chemical vapor discrimination using a compact and low-power array of piezoresistive microcantilevers. *The Analyst*. 133(5): 608 – 615.

Love, A.H., M.L. Hanna, P.R. Coronado, J.G. Reynolds (2005) Engineering surface functions groups on silica aerogel for enhanced cleanup of organics from produced water. *Separation Science*. 40:311-320.

Love, A.H., Vance, A.L., Reynolds, J.G., Davisson, M.L. (2004) Investigating the affinities and persistence of VX nerve agent in environmental matrices. *Chemosphere*. 57: 1257-1264.

#### Weapons of Mass Destruction Preparation and Response

Campell, C.G.; Kirvel, R.D.; Love, A.H.; Raber, E. (2012) Decontamination After a Release of B. anthracis Spores. *Biosecurity and bioterrorism: biodefense strategy, practice, and science* 10(1):108-22.

Love, A.H.; Bailey, C.G.; Hanna, M.L.; Hok, S; Vu, A.K.; Reutter, D.J.; Raber, E. (2011) Efficacy of Liquid and Foam Decontamination Techniques for Chemical Warfare



# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

Agents on Indoor Surfaces. *J. Hazardous Materials.* 196; 115–122.

Watson, A; Hall, I; Raber, E; Hauschild, V.D.; Dolislagerd, F.; Love, A.H; Hanna, M.L. (2011) Developing Health-Based Pre-Planning Clearance Goals for Airport Remediation Following Chemical Terrorist Attack: Introduction and Key Assessment Considerations. *Human and Ecological Risk Assessment: An International Journal,* 17(1) : 2 – 56.

Watson, A; Dolislagerd, F.; Raber, E; Hall, L; Hauschild, V.D.; Love, A.H. (2011) Developing Health-Based Pre-Planning Clearance Goals for Airport Remediation Following a Chemical Terrorist Attack: Decision Criteria for Multipathway Exposure Routes. *Human and Ecological Risk Assessment: An International Journal,* 17(1) : 57 – 121.

Campbell C.J., Love A.H. (2008) Monitoring Water Resources for Threats to Water Security. *New Topics in Water Resources Research and Management.* Henrik M. Andreassen (Ed.). Nova Science Publishers, Inc. pp. 195-235.

Ramkumar, S.; Love, A.H; Sata, U.R.; Kendall, R.J. (2008) Next-Generation Nonparticulate Dry Nonwoven Pad for Chemical Warfare Agent Decontamination. *Ind. Eng. Chem. Res.* 47: 9889-9895.

### Other Publications

Baumann, J.; Oliver, D.H.; Dorrance, L.R; Love, A.H. (2018): Approaches to Reduce Conflict when Insuring the Environmental Cleanup of Closed Military Bases Intended for Redevelopment, Environmental Claims Journal

M.R. Johnson, J.G. Reynolds, Love, A.H. (2008) Improving Used Oil Recycling in California. *Contractor Report to the California Integrated Waste Management Board.* California Environmental Protection Agency. May 2008. Publication #610-08-008.

Vogel, J.; Love, A.H. (2005) Quantitating Isotopic Molecular Labels with Accelerator Mass Spectrometry. *Methods in Enzymology* 402:402-22.

Chiarappa-Zucca, M.L.; Dingley, K.H.; Roberts, M.L.; Love, A.H. (2002) Sample Preparation for Quantitation of Tritium by Accelerator Mass Spectrometry. *Analytical Chemistry* 74(24):6285-90.

Roberts, M.L.; Hamm, R.W.; Dingley, K.H.; Love, A.H. (2000) A compact tritium AMS system. *Nuclear Instruments and Methods in Physics Research Section B Beam Interactions with Materials and Atoms* 172(1-4):262-267.

### SELECTED CONFERENCE PRESENTATIONS:
### Environmental Forensics

Dorrance, L.; Love, A.H.; (2018) Outlook of Environmental Forensics in Distinguishing Sources of Perfluoroalkyl and Polyfluoroalkyl Substances. Emerging Contaminants Summit 2018. March 2018

Dorrance, L.; Love, A.H.; (2018) Metals Forensics at Ghost Factories. AEHS 28th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2018

Love, A.H.; Dorrance, L. (2017) Current Limitations and Outlook of Environmental Forensics for PFOS, PFOA and Related Perfluoroalkyl and Polyfluoroalkyl Substances. AEHS 27th Annual International Conference

on Soil, Water, Energy, and Air, Forensics Section. March 2017.

Love, A.H.; Dorrance, L. (2016) Lessons in Applying Forensic Techniques to Sediment Sites Throughout the US. AEHS 26th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2016.

Love, A.H.; Zdon, A. (2015) Assessing Limited Water Resources Forensics. AEHS 25th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2015.

Love, A.H., Brown, C. (2014) Robust Data Analysis for Utilizing Chemical Data for Forensic Applications. AEHS 24th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2014.

Love, A.H. (2014) Incorporating Environmental Lines of Evidence into Nuclear & Criminal Forensics. Conference on Application of Accelerators in Research and Industry (CAARI). May 2014

Shelley, T.M., Love, A.H. (2014) Prove it! – Using Isotope Analysis to Prove Contamination Source. FETTI Conference. October 2014.

Love, A.H. (2013) Using 1,4 Dioxane as a Forensic Tool at Solvent Sites. AEHS 23th Annual International Conference on Soil, Water, Energy, and Air, Forensics Section. March 2013.

Love, A.H. (2013) Testing the Established Regional Hydrologic Conceptual Model in the Amargosa River Basin, California and Nevada. National and International Conference on Groundwater. April 2013.

### Contaminant Fate and Transport

Love, A.H.; Smith, S.E.; Slaughter, J.B.; Connor, P.; Scarcella, M. (2017) Defending Lead Cases: Strategies and Tactics for a Trending Toxic Tort. DRI Webinar. October 28, 2017.

Love, A.H.; Hunter, C.; London, M.A.; Swetman, M. (2017) Perfluorinated Chemicals - The Science and Law Behind PFOA. Environmental Risk & Litigation Conference. June 20, 2017.

Love, A.H.; Smith, S.E.; Connor, P.; Scarcella, M.; Kelso, P. Get the Lead out! Proactive Risk Measures in Response to America's Environmental Crisis. 2017 EECMA Conference. April 2017.

Edlin, N.; Love, A.H. (2016) Did Law Kill Science? Understanding the Impact of Davis v. Honeywell and the "One Fiber Theory" on Asbestos and Environmental Cases. FETTI Conference. September 2016.

Love, A.H., (2010) Understanding Agent Fate Systems: Is the perfect the enemy of the good? The 2010 Chemical and Biological Defense Science and Technology Conference. Orlando, Florida. 15-19 November 2010.

Love, A.H., Koester, C.J., Alcaraz, A., Hanna, M.L., Ho, P., Reynolds, J.G., Raber, E. (2007) "Determining CWA Environmental Fate to Optimize Remediation for Indoor Facilities." 2007 EPA Decontamination Workshop. Durham, North Carolina, June 20-22, 2007.



# Adam H. Love, Ph.D.
## Vice President/Principal Scientist, Litigation Practice Leader

Love, A.H., Koester, C.J., Alcaraz, A., Hanna, M.L., Ho, P., Reynolds, J.G., Raber, E. (2007) "Determining CWA Environmental Fate to Optimize Remediation for Indoor Facilities." 6th DHS Conference on Chemical and Biological Technologies: Food Protection, Restoration, and Architecture Studies. Madison Wisconsin, June 5-8, 2007.

Love, A.H. (2006) "Radiologic Dispersal Devices: Enhancing Response Capability" LLNL Educational Outreach to DTRA CB Defense. August 31, 2006. Fort Belvoir, Virginia.

Love, A.H. (2005) Determining Important Parameters Related to Cyanobacterial Alkaloid Toxin Exposure. International Symposium on Cyanobacterial Harmful Algal Blooms (ISOC-HAB). U.S. Environmental Protection Agency. Durham, North Carolina. Sept 6-8, 2005.

Love, A.H., Davisson, M.L., Vance, A.L., Reynolds, J.G. (2005) Understanding the Interaction of Chemical Agents with Environmental Matrices at Low Levels. Working Together: R&D Partnerships in Homeland Security. April 2005. Boston, Massachusetts.

### Weapons of Mass Destruction Preparation and Response

Love, A.H., Hanna, M.L., Hok, S., Smith, W.J., Vu, A.K., Reutter, D., Raber, E. (2010) Evaluating Strategies for CWA Decontamination of Indoor Facilities. 2010 US EPA Decontamination Research and Development Conference. Research Triangle Park, North Carolina. April 13-15, 2010.

Glascoe, L., Alai, M., Love, A.H., Johnson, M., Einfeld, W. (2005) A Technology Acquisition Strategy for the Security of Water Distribution Networks. AWWA Water Security Congress. Oklahoma City, OK. April 2005.

### Site Investigation and Remediation

Love, A.H.; Sullivan, C.N.; Alviggi, C. (2018) What, me worry? Environmental Reopeners. DRI Toxic Tort and Environmental Seminar. March 2018.

Nuti, P., Love, A.H. (2010) Navigating the Complexities of Sediment Site Cleanup. 2010 EECMA Conference. May 2010.

Love, A.H.; Stevens, M.A.; Silver, L. (2012) The Anatomy of an Environmental Standard. 2012 EECMA Conference. May 2012.

Wozniak, A.A., Love, A.H. (2011) Optimizing Environmental Costs: Are Insureds Paying Too Much?. 2011 EECMA Conference. May 2011.

### PROFESSIONAL AFFILIATIONS AND ACTIVITIES:

- Editorial Board - Journal of Environmental Forensics
- ABA Section of Litigation – Expert Witness Committee
- International Society of Environmental Forensics
- American Chemical Society (ACS), Member # 2301067
- Forensic Expert Witness Association
- Bar Association of San Francisco
- DRI
- Organization for the Prohibition of Chemical Weapons (2013 Nobel Peace Prize Recipient), US Analysis Team

at Lawrence Livermore National Laboratory, 2004-2009.

### PATENTS:

Systems and methods for generation of hydrogen peroxide vapor. United States Patent 08899556

Stabilizing Griess reagent for explosives detection. United States Application 20070065944