1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
2                       INDIANAPOLIS DIVISION

3                 CASE NO. 1:16-cv-01942-TWP-DML

4    VON DUPRIN LLC,                    )
                                        )
5            Plaintiff,                 )
                                        )
6                 -vs-                  )
                                        )
7    MORAN ELECTRIC SERVICE, INC.,      )
     MAJOR HOLDINGS, LLC, MAJOR TOOL    )
8    AND MACHINE, INC., and ZIMMER      )
     PAPER PRODUCTS INCORPORATED        )
9                                       )
             Defendants.                )
10

11

12        DEPOSITION OF ADAM HAMILTON LOVE, Ph.D.

13

14        The deposition upon oral examination of
     ADAM HAMILTON LOVE, Ph.D., a witness produced and
15   sworn before me, Diane Zeyen, RPR, a Notary Public
     in and for the County of Hamilton, State of Indiana,
16   taken on behalf of the Plaintiff, at the offices of
     Barnes & Thornburg, 11 South Meridian Street,
17   Marion County, Indiana, on the 7th day of June,
     2018, at 8:56 a.m., pursuant to the Federal Rules of
18   Civil Procedure with written notice as to time and
     place thereof.
19

20

21

22

23

24

25



Adam Love, Ph.D.
June 07, 2018

2

                                                                    2

```
 1                    A P P E A R A N C E S

 2

 3     FOR THE PLAINTIFF(S):

 4            E. Sean Griggs
              Alexandra Robinson French
 5            BARNES & THORNBURG
              11 South Meridian Street
 6            Indianapolis, IN  46204
              317.236.1313
 7            afrench@btlaw.com
              sgriggs@btlaw.com
 8

 9
       FOR THE DEFENDANT MORAN ELECTRIC SERVICE, INC.:
10
              Glenn D. Bowman
11            STOLL KEENON OGDEN PLLC
              201 North Illinois Street
12            Suite 1225
              317.464.1591
13            Indianapolis, IN  46204
              glenn.bowman@skofirm.com
14

15

16     FOR THE DEFENDANTS MAJOR HOLDINGS, LLC, AND MAJOR TOOL
         AND MACHINE, INC.:
17
              Samuel Gardner
18            ICE MILLER
              One American Square
19            Suite 2900
              Indianapolis, IN  46282
20            317.236.2234
              samuel.gardner@icemiller.com
21

22     ALSO PRESENT:
23
              Baylie Miller - Exhibeo Specialist
24

25
```



3

1          I N D E X   O F   E X A M I N A T I O N

2                                                    PAGE

3     DIRECT EXAMINATION ...................................7
      Questions by E. Sean Griggs
4     CROSS-EXAMINATION ..................................207
      Questions by Samuel Gardner
5     CROSS-EXAMINATION ..................................216
      Questions by Glenn D. Bowman
6     REDIRECT EXAMINATION ..............................222
      Questions by E. Sean Griggs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Adam Love, Ph.D.
4                              June 07, 2018

                                                                    4
1              I N D E X   O F   E X H I B I T S

2                                                          PAGE

3     Love Deposition Exhibit No.:

4     Exhibit 1  - Aerial Photo . . . . . . . . . . . . .8
      Exhibit 2  - Notice of Deposition of  . . . . . . . 10
5                  Adam Love
      Exhibit 3  - May 21, 2018 Expert Report of   . . . 12
6                  Adam Love, Ph.D.
      Exhibit 4  - May 21, 2018 Expert Report of  . . . . 43
7                  Michael Marsden
      Exhibit 5  - Major Holdings, LLC and Major  . . . . 45
8                  Tool and Machine, Inc.'s Disclosure
                   of Gary E. Hokkanen
9     Exhibit 6  - March 23, 2018 Expert Report of  . . . 44
                   John W. McInnes, L.P.G.
10    Exhibit 7  - Major Holdings, LLC and Major  . . . . 47
                   Tool and Machine, Inc.'s Disclosure
11                 of Robert B. Walker
      Exhibit 8  - March 23, 2018 Expert Report of  . . . 50
12                 Sam Williams, PG, CHG, CEM
      Exhibit 9  - July 2017 Final Investigation  . . . . 90
13                 Report of Geosyntec Consultants
      Exhibit 10 - Appendix A, Long-Term  . . . . . . . .165
14                 Monitoring Network Well Construction
                   Logs
15    Exhibit 11 - Affidavit of Janna   . . . . . . . . .186
                   Stathyelich, P.E., Wilcox
16                 Environmental Engineering, Inc.
      Exhibit 12 - Excel File pdf Output of Data  . . . .204
17                 Compilation

18

19

20

21

22

23

24

25



Adam Love, Ph.D.
June 07, 2018

5

5

```
 1              ADAM HAMILTON LOVE, Ph.D.,

 2        Having been duly sworn to tell the truth,

 3   the whole truth, and nothing but the truth

 4   relating to said matter was examined and

 5   testified as follows:

 6        MR. GRIGGS:  As far as preliminary matters

 7   go, I believe that the parties have agreed that

 8   the person asking questions will pay for the

 9   time of the witness in the chair.  And if there

10   are multiple people who ask questions of the

11   witness, we will divide it appropriately.

12        MR. BOWMAN:  That's right.

13        MR. GRIGGS:  And then the idea is that we

14   would also pay a reasonable amount for you to

15   read the deposition and would divide that the

16   same way we divide the time in the chair.  Is

17   that clear?

18        THE WITNESS:  Understood.

19        MR. BOWMAN:  That is what we agreed to.

20        MR. GRIGGS:  And if it is possible, I guess

21   the question --

22        MR. BOWMAN:  Well, now I am changing my

23   mind from our discussion before.

24        I don't believe there is any way that

25   Mr. Love or Mr. McInnes or anybody after they
```



Adam Love, Ph.D.
6                               June 07, 2018

6

1    leave can figure out what that's going to be.

2    So, yeah, I think there is really no other

3    choice but --

4         MR. GRIGGS:  Let the witness bill the

5    attorney who hired them.

6         MR. BOWMAN:  Right.

7         MR. GRIGGS:  And then the attorney who

8    hired them will receive whatever --

9         MR. BOWMAN:  We will figure out a

10   contribution.  Does that make sense to you, Sam?

11        MR. GARDNER:  It does.

12        MR. GRIGGS:  It will make it easier for

13   you.

14        MR. BOWMAN:  That said, that said, I

15   believe we are under the Federal Rules.

16        MR. GRIGGS:  I was going to mention that.

17        MR. BOWMAN:  And we have tried to respond

18   to discovery under the Federal Rules, which are

19   different from State.

20        I do think what is going to end up

21   happening then is, and I will ask Adam Love to

22   do that, you may ask to see the invoice.  I will

23   tell Adam to create a separate invoice covering

24   just that work, so that I don't have to worry

25   about that there is some -- and I would suggest



Adam Love, Ph.D.
June 07, 2018

7

7

```
 1        that other experts, that we might go that

 2        direction, that if I ask to see your expert's

 3        invoice from John or whomever, that it is

 4        probably going to be just it doesn't make sense

 5        to us.  Yes?

 6             MR. GRIGGS:  Yes.

 7             MR. BOWMAN:  That's what we are going to

 8        do.  I just changed my mind.

 9             THE WITNESS:  Good for me, it is easier.

10             MR. BOWMAN:  Yeah.  Just bill me, yeah.

11        Yeah.

12             MR. GRIGGS:  Anything else preliminarily?

13             MR. BOWMAN:  See, I told you I would

14        forget.  Because that's right, we agreed it was

15        actually going to be time of discussion, so.

16        And we will -- I mean, you will have time on the

17        record; right?  I am looking at the court

18        reporter.  You keep track of time on the record?

19             THE REPORTER:  Yes.

20             (A discussion was held off the record.)

21

22   DIRECT EXAMINATION,

23      QUESTIONS BY E. SEAN GRIGGS:

24   Q    Would you please state your full name for the

25        record.
```



Adam Love, Ph.D.
June 07, 2018

8

```
 1   A   Adam Hamilton Love.

 2   Q   My name is Sean Griggs, and I am counsel for the

 3       plaintiff in this lawsuit.

 4           If I refer to you as Dr. Love, will that be

 5       acceptable?

 6   A   That would be great.

 7           MR. GRIGGS:  Can we put up the aerial photo

 8       and label it as Exhibit 1.

 9           (Love Exhibit 1 was marked for

10       identification.)

11           (A discussion was held off the record.)

12           MR. BOWMAN:  Let the record show that Glenn

13       is able to do it without any assistance from

14       somebody under 50.

15   Q   Dr. Love, on your screen is what's been marked

16       as Exhibit Number 1.  It is an aerial photo of

17       the geographical area of interest in this case.

18           Have you seen this particular picture

19       before?

20   A   I believe so.

21   Q   Are you familiar at least generally with the

22       different areas that are identified with the

23       block lettering on white background over the

24       various structures in this photo?

25   A   Yes.
```



Adam Love, Ph.D.
9                    June 07, 2018

9

1          MR. GRIGGS:  Let's get the deposition

2      notice and mark it as Number 2.

3   Q  While she is working on that and you're still

4      looking at Exhibit Number 1, there are areas

5      marked as former Ertel, former Zimmer Custom

6      Made Packaging, former Zimmer Paper, former

7      Moran Electric Service, and then something

8      called the Columbia Avenue Facility.

9          Do you see all of those on this particular

10     diagram?

11  A  I do.

12  Q  And as part of your expert work, did you make an

13     evaluation of the relative contributions or

14     apportionment of contaminant contribution from

15     each of those areas?

16  A  I did.

17  Q  Okay.  And I see from your curriculum vitae that

18     you have been deposed before; is that correct?

19  A  I have.

20  Q  And so you understand the procedures associated

21     with taking a deposition?

22  A  I believe I do.

23  Q  I am going to dispense with all of the normal

24     rigmarole about answering the questions out

25     loud, waiting until I have completed the



Adam Love, Ph.D.
10                                  June 07, 2018

10

1    question before you answer, nodding is not an

2    acceptable answer, that sort of thing.  Is that

3    okay if I pass over all of that?

4  A  Yes.

5  Q  Is there any reason that you know of that you

6    could not give truthful and accurate testimony

7    today?

8  A  No.

9       (Love Deposition Exhibit 2 was marked for

10    identification.)

11  Q  If you will go on your screen, Exhibit 2 should

12    be available.

13  A  Okay.

14  Q  Have you seen a copy of this Notice of

15    Deposition before right now?

16  A  I have.

17  Q  And the Notice of Deposition scheduled this

18    deposition for June the 7th, which is today; is

19    that correct?

20  A  That's correct.

21  Q  And do you know why June the 7th was selected?

22  A  Not specifically.

23  Q  Were there no dates in the month of June later

24    than June 7th that you could be available?

25  A  I believe there were some dates the last week of



Adam Love, Ph.D.
11                          June 07, 2018

11

1        June that I could have been available.

2    Q   Do you know if those available dates were

3        communicated to counsel for Moran Electric?

4    A   I don't recall what I had communicated at the

5        time that I was asked about dep availability.

6    Q   Okay.

7    A   I do know at some point I had another trial that

8        was tentatively scheduled for that week, but I

9        don't know quite when that came off calendar.

10   Q   The expert report that we will be marking as an

11       exhibit here in a moment, that will be Number 3,

12       has a date of May 21, 2018, which is 18 days

13       ago?

14   A   I haven't done the math, but that's about right.

15   Q   By my calculation, it is 11 business days, not

16       sure if that's right.  But we had a holiday in

17       there for Memorial Day, we had 3 weekends, 18

18       minus 7, so I think 11 business days, we are

19       going to do our best to ask you all the right

20       questions today.  But it has been a bit of a

21       whirlwind from the time we saw your report until

22       this moment.  And that's why I ask about there

23       not being any later dates available.  It would

24       have been nice to have a bit more time.

25            On page 2 of Exhibit 2 there is a list of



Adam Love, Ph.D.
June 07, 2018

12

12

```
 1     requested documents.  Have you seen that list of

 2     requests before?

 3  A  I have.

 4  Q  And have you produced or are you going to be

 5     producing any documents in response to those

 6     requests?

 7  A  So I was directed by counsel to provide all of

 8     the documents that were provided to me and that

 9     I had reviewed and were the basis of my opinions

10     on a USB drive, and I have done that.

11         MR. GRIGGS:  Do we have that?

12         MS. FRENCH:  I am working on it now.

13  Q  We will take a look at that at the break and may

14     have some follow-up questions after we see

15     what's on there.

16  A  Okay.

17         MR. GRIGGS:  Is Number 3 up?

18         MS. FRENCH:  Uh-huh.

19         (Love Deposition Exhibit 3 was marked for

20     identification.)

21  Q  Do you have Exhibit Number 3 on your screen?

22  A  I am there.

23  Q  And is that a copy of the expert report that you

24     wrote for this case?

25  A  If appears to be, yes.
```



Adam Love, Ph.D.
June 07, 2018

13

13

| | | |
|---|---|---|
| 1 | Q | And did you place your name at the bottom of the |
| 2 | | cover page? |
| 3 | A | I did. |
| 4 | Q | And is your curriculum vitae attached to this |
| 5 | | expert report? |
| 6 | | There are some little cheaters at the |
| 7 | | bottom of the screen where you can advance very |
| 8 | | quickly. |
| 9 | | MR. BOWMAN:  Oh, wow. |
| 10 | A | I don't see the cheaters. |
| 11 | Q | Page 31 of 36 I think is where your CV starts. |
| 12 | A | Yes, my CV is attached to this. |
| 13 | Q | Great.  And are all the opinions that you intend |
| 14 | | to offer in this case included in Exhibit 3? |
| 15 | A | Yes. |
| 16 | Q | Have you developed any other opinions about this |
| 17 | | case that are not in the written report? |
| 18 | A | I haven't been asked to develop any other |
| 19 | | opinions, no. |
| 20 | Q | So, as of this date, your expert report is |
| 21 | | complete, nothing has been left out? |
| 22 | A | Yes, as of this date. |
| 23 | Q | Great.  All right.  To kind of give you the big |
| 24 | | picture overview, this is what I need to |
| 25 | | accomplish today.  I need to understand what |



Adam Love, Ph.D.
June 07, 2018

14

14

```
 1        data and information you relied on in developing

 2        your report.  I need to understand if there is

 3        any data that you chose not to use as part of

 4        the basis for your report.  And then I need to

 5        understand how you took that data and what

 6        approach or method you used to turn it into the

 7        three opinions that are in your report.  That's

 8        what I want to accomplish today.  So that's the

 9        big picture.

10            So let's start with, what's the data that

11        you relied upon in forming the opinions that are

12        in your report, Exhibit 3?

13   A    So when you say "data," do you mean the whole

14        body of information?

15   Q    Yes.

16   A    So the whole body of information?

17   Q    Yes.

18   A    So the whole body of information includes having

19        reviewed all the technical reports related to

20        the various sites in this matter, as well as the

21        site investigation data that was performed at

22        various stages at each of those sites.

23   Q    And that would encompass environmental reports

24        by various consultants over the years?

25   A    It did.
```



Adam Love, Ph.D.
June 07, 2018

15

15

```
 1   Q   And was there a particular place where you

 2       obtained the data or did you extract it from the

 3       individual reports as you reviewed them?

 4   A   So I got a Excel file from counsel that included

 5       extracts of all the data from the technical

 6       reports.  I went back and checked and made sure

 7       that that data matched what was in the technical

 8       reports.  And so that the data, the data that

 9       was extracted from each of the site

10       investigations.

11   Q   So did this Excel file represent a comprehensive

12       dataset in your mind?

13   A   It did.

14   Q   And is that included on the flash drive that you

15       produced today?

16   A   It is.  It was comprehensive as of the time it

17       was sent to me, I believe.

18   Q   Do you know who prepared the Excel file?

19   A   It is my understanding a consultant from Wilcox

20       had gathered all the information into an Excel

21       spreadsheet.

22   Q   Do you know through what date that data had been

23       collected?

24   A   I don't have that in memory, but the dates are

25       on the file.
```



Adam Love, Ph.D.
June 07, 2018

16

16

| | | |
|---|---|---|
| 1 | Q | And I haven't seen this file.  By from what |
| 2 | | you're describing, does that mean that each data |
| 3 | | point has the date of collection for that |
| 4 | | sample? |
| 5 | A | I believe almost all of them have the data |
| 6 | | collection on them. |
| 7 | Q | So if I look for the latest one, and the latest |
| 8 | | date was May 2018, I would know that you had |
| 9 | | data up through that point in time? |
| 10 | A | To the degree to which we have those technical |
| 11 | | reports. |
| 12 | Q | But, as far as you know, you did not omit or |
| 13 | | exclude any particular report from your |
| 14 | | comprehensive dataset? |
| 15 | A | Not that I can remember, no. |
| 16 | Q | Did you weigh every data point equally |
| 17 | | regardless of its original source? |
| 18 | A | I don't think I understand that question. |
| 19 | Q | Okay.  I am imaging in your spreadsheet, your |
| 20 | | comprehensive database, that there might be a |
| 21 | | line at the top that was collected by August |
| 22 | | Mack in 2012.  And then farther down there might |
| 23 | | be a data point that was collected by Geosyntec |
| 24 | | in 2016. |
| 25 | | Did you do anything to differentiate |



Adam Love, Ph.D.
17                        June 07, 2018

                                                              17

1        between those two data points or were they

2        considered equal in your mind?

3    A   The degree to which the data was used together,

4        there was no differentiation between who

5        collected the data.

6    Q   So who collected it wasn't significant in your

7        mind; is that correct?

8    A   We didn't make any adjustments for that, no.

9    Q   Did you make any adjustments for when it was

10       collected, the date or time it was collected?

11   A   No.

12   Q   And in reading your report, I can tell that you

13       did make some differentiations based on

14       geography, where the sample was taken and how

15       you used the data in your report to reach

16       certain conclusions; is that fair?

17   A   Part of my analysis was to look at differences

18       in the distribution of chemicals of concern

19       geographically, yes.

20   Q   And just so I am clear, whether the sample came

21       from the Moran property or from the Zimmer

22       property, the Ertel property may have made a

23       difference.  And that's what I mean by

24       geographically differentiating.

25           If I understood correctly, within a single



Adam Love, Ph.D.
June 07, 2018

18

18

1       boring or a single monitoring well location, all

2       of the data for that point was averaged.  Am I

3       getting correct what you did in your report?

4   A   Yes.

5   Q   Can you envision in your mind a groundwater

6       plume?

7   A   I can.

8   Q   And would you agree with me that that is a

9       three-dimensional phenomena, it has width and

10      length and depth, three dimensions?

11  A   Yes.

12  Q   And by taking all the data points at a

13      particular boring location and averaging them

14      together, is the effect that you're compressing

15      a three-dimensional pictures into two

16      dimensions?

17  A   No.

18  Q   Can you explain to me why that's not the case?

19  A   Yeah.  The averaging that we did at each sample

20      location wasn't an attempt to make it two

21      dimension, but instead to create a single

22      concentration value that represents the full

23      extent of contamination in three dimensions at

24      that location.

25          It is an average level of contamination in



Adam Love, Ph.D.
June 07, 2018

19

19

```
 1        the three-dimensional plume.

 2   Q    So let's take an example at a boring location

 3        where I have three data points.  Let's say they

 4        are all groundwater.  So I have got groundwater

 5        at three depths and they have three separate

 6        numbers, three separate values for what was

 7        found there.

 8            Do I understand that you took those three

 9        values and averaged them together?

10   A    Yes.

11   Q    And then you used that average at all points

12        covered by that -- or that groundwater

13        monitoring well?  You said that you didn't two

14        dimensionalize it, you used the average.  And I

15        am asking, so did that average apply at every

16        point within that location?

17   A    So for the calculations that we did, the

18        integrations that we did, that's essentially

19        what that does.  It makes that average

20        concentration the concentration, you know, at

21        all depths at that location.

22   Q    And is it possible to, instead of using an

23        average, as you did, to use the individual

24        concentrations within the same boring location?

25   A    I don't think I understand your question.
```



Adam Love, Ph.D.
June 07, 2018

20

20

1   Q   I am asking if what you did was to simplify the

2       dataset so that the computer software you were

3       using could handle it easier?

4           Does the computer allow you to input three

5       separate values for that same boring or do you

6       have to average them in order to get the program

7       to work?

8   A   No.  I mean, the software I could do three

9       dimensional integration is perfectly capable of

10      doing three-dimensional integration if we wanted

11      to look at discrete points.

12          The reason we did the averaging was to make

13      sure that different locations had comparable

14      datasets when we were comparing at different

15      locations.

16  Q   Okay.  I am not sure I understand that.

17          MR. GRIGGS:  Would you read back that last

18      answer.

19          (The requested text was read by the

20      reporter.)

21  Q   So the last part of that says the reason we did

22      it was to make different locations comparable.

23          How did averaging the values within a

24      particular drilling location accomplish that?

25  A   Not all of the locations have the same sampling



Adam Love, Ph.D.
21                                    June 07, 2018

                                                                        21

```
 1          intervals.  And so in terms of trying to develop

 2          a three-dimensional representation of the

 3          contamination, there were data gaps when you go

 4          from one sample location to the other.  And so

 5          in order to make those comparisons on a more

 6          equitable basis, we use the averaging approach.

 7    Q     Did you find that you had certain locations that

 8          had more data than other locations?

 9    A     In general, yes.

10    Q     So you might have a location that had been

11          monitored for groundwater every quarter over a

12          period of years; is that correct?

13    A     Yes.

14    Q     And you might have a different location that was

15          sampled once, discrete sample and you're done?

16    A     That's right.

17    Q     And by using an average, because you did average

18          both with vertical profile, did you also average

19          over time?

20    A     Yes.

21    Q     So is that what you mean when you say to make

22          them comparable, a boring that has a single

23          groundwater sample becomes equivalent to a

24          boring that has 24 groundwater samples that were

25          taken over a period of six or seven years, each
```



Adam Love, Ph.D.
June 07, 2018

22

22

```
 1        gets assigned a single value for that location?

 2   A    We use the data that's available at each

 3        location in order to develop the extent and

 4        magnitude of the contamination.

 5   Q    Did you conduct any independent tests or collect

 6        any data yourself?

 7             MR. BOWMAN:  Objection.  Compound.

 8   Q    All right.  Let me ask it differently.

 9             MR. BOWMAN:  Yeah.

10   Q    Did you collect any data in the field yourself?

11   A    I did not collect any field data.

12   Q    Did you conduct any independent tests that would

13        have resulted in data that you used as part of

14        forming the opinions in your report?

15             MR. BOWMAN:  I am going to object to vague

16        on tests.  Honestly, Sean, I am a little

17        confused by that.

18   Q    Did you do anything in the laboratory, any

19        tests --

20             MR. BOWMAN:  Okay.

21   Q    -- to produce data that you then used as part of

22        what formed the opinions in this case?

23   A    I didn't do any laboratory testing.

24   Q    Nobody sent you a sample of soil or groundwater

25        and said, here, run a test on this and use that
```



Adam Love, Ph.D.
June 07, 2018

23

                                                                    23

1        as part of your dataset?

2    A   Nobody sent me any samples, no.

3    Q   All right.  How did you become involved in this

4        lawsuit?

5    A   Counsel had contacted me about being retained in

6        this matter in 2017.

7    Q   I'm sorry, there was coughing.  I couldn't hear

8        the answer.

9            MR. BOWMAN:  I'm sorry.  I'm sorry.  I

10       really apologize.

11   Q   Could you repeat that, please?

12   A   Counsel had approached me about being an expert

13       in this matter in 2017.

14   Q   Do you remember what part of 2017 that contact

15       was made?

16   A   I believe in was in late March or early April.

17   Q   Did you at that time begin doing any work for

18       which you would have billed counsel or his

19       client?

20   A   I believe shortly after that I would have begun

21       work.

22   Q   That would have been well in advance of our

23       expert witness deadlines.

24           Did you prepare any kind of a written

25       report in connection with the work you did in

Adam Love, Ph.D.
June 07, 2018

24

24

```
 1        2017?

 2   A    All the work that I did in 2017 was in

 3        anticipation of having to write an expert

 4        report.

 5   Q    Did you give any interim updates or summaries

 6        prior to your expert report that is dated

 7        May 21, 2018?

 8   A    No written documents, no.

 9   Q    Does that imply or mean that you gave oral

10        reports, telephone reports?

11   A    We would have conference calls to discuss what I

12        was reading and some of our preliminary

13        conclusions, yes.

14   Q    Did you have any prior relationship with

15        Mr. Bowman, Mr. Menkveld, or one of their recent

16        law firms?  Which I won't try to list all of

17        them.

18             MR. BOWMAN:   I was wondering how you were

19        going to do that.

20   A    No.

21   Q    So this is the first time that you have worked

22        with Mr. Bowman, Mr. Menkveld, Stoll Keenon &

23        Ogden, Bamberger Forman, Stewart & Irwin?

24   A    It is, yes.

25   Q    Great.  So we have established that you have
```



Adam Love, Ph.D.
25                              June 07, 2018

25

```
 1       been deposed before.

 2           Do you have any idea how many times you

 3       have given a deposition in the past?

 4   A   I could count the appearances in my CV, if I can

 5       do that.

 6   Q   All right.  Let me try and help you with that.

 7       By my count, you testified at a deposition four

 8       times in 2017, three times in 2016, and one time

 9       in 2014.  Does that seem right?

10   A   I want to check.

11   Q   Go ahead, look.  That's why you have a screen.

12   A   Right.

13   Q   And they did seem to be in reverse chronological

14       order, which was a big help.

15   A   Yes.

16   Q   Was this CV up to date as of May 21 when you

17       provided your expert report?

18   A   It doesn't include some of the recent

19       depositions that I have had.

20   Q   Tell me about recent depositions that you have

21       had.  Are these 2018 depositions or were there

22       others in 2017 that are not reflected here?

23   A   These are 2018 depositions.

24   Q   How many?

25   A   Two.
```



Adam Love, Ph.D.
June 07, 2018

26

26

```
 1   Q   Does that include today?

 2   A   It does not.

 3   Q   So three times in 2018 as of today; is that

 4       accurate?

 5   A   I believe that's correct.  My expert report

 6       actually -- let me double-check the front page,

 7       yeah, that's correct.

 8   Q   So by our collective count, that's at least ten

 9       times you have given a deposition in the last

10       three years, last two and a half years, if you

11       only want to count half of 2018.

12   A   Okay.

13   Q   In each of those cases, did you testify as an

14       expert?

15   A   I did.

16   Q   And did I understand in looking at your CV that

17       you have also given some testimony in court as

18       well?

19   A   I have.

20   Q   How much of your total work time is devoted to

21       expert witness work?

22           MR. BOWMAN:  Objection.  Vague as to time.

23   Q   You can answer, if you're able.  If not, I will

24       try and rephrase for you.

25   A   I spend about 60 to 70 percent of my time doing
```

Adam Love, Ph.D.
June 07, 2018

27

27

```
 1        expert witness work.

 2   Q    What do you spend the other 30 to 40 percent of

 3        your time doing?

 4   A    It varies.  I do site investigation remediation

 5        work.  I do work for the Federal Government on

 6        forensics.

 7   Q    I'm sorry.  Go ahead.

 8   A    I do normal administrative work.

 9   Q    Your title, according to your expert report, is

10        vice president and principal scientist; is that

11        correct?

12   A    It is.

13   Q    How long have you been a vice president and

14        principal scientist?

15   A    Well, I have been -- I joined, when I joined

16        Roux I was a principal scientist in -- what is

17        that? -- 2013.  I was given the vice president

18        title in 2016.

19   Q    On your CV there is an additional designation as

20        litigation practice leader.

21             Is that also a title or designation that

22        you hold?

23   A    It is.

24   Q    And what is a litigation practice leader?

25   A    So I help coordinate the efforts for people
```



Adam Love, Ph.D.
28                                    June 07, 2018

28

```
 1        company wide that do litigation work in terms of
 2        both professional development and business
 3        development.
 4    Q   And by litigation work, does that include expert
 5        witness testimony?
 6    A   It would, yes.
 7    Q   What does it include besides expert witness
 8        testimony?
 9    A   It would include underlying expert work for
10        litigation matters.
11    Q   So consulting experts?
12    A   It would.
13    Q   Anything else?
14    A   In terms of the types of projects, those would
15        be the two main types of projects that we would
16        do.
17    Q   So you're providing expert services either as a
18        consulting expert or as a testifying expert?
19    A   Generally, yes.
20    Q   In any of your prior cases that you have served
21        as an expert witness, have you offered opinions
22        on apportionment issues?
23    A   Yes.
24    Q   Which cases would those be?
25    A   So the third bullet from my CV, page 1, under
```



Adam Love, Ph.D.
29                                June 07, 2018

29

```
 1      appearances and expert reports, I discussed

 2      apportionment in the Crown Central versus

 3      Petroleum Marketing Investment Group matter.

 4           MR. BOWMAN:  Crowd?

 5           THE WITNESS:  Crown Central.

 6    A  I have discussed the apportionment issues in the

 7      sixth bullet, Estate of Robert Renzel.

 8           To some degree I discussed apportionment

 9      issues in the next bullet, Insurance Company of

10      the State of Pennsylvania.

11           I discussed apportionment issues on page 2,

12      left column, fourth bullet down, 860 Kaiser.

13           And the next bullet, Lewis v. Russell.

14           And the next bullet, Goldberg v.

15      Goss-Jewett.

16           And the next bullet, 937 York Road.

17           And then two bullets down from that,

18      Union Oil, and then the last bullet,

19      Searles Valley Minerals.

20           And I have done, also done expert work on

21      apportionment on non-litigation matters related

22      to allocation at Superfund sites.

23    Q  Are those Superfund sites in this report

24      somewhere?

25    A  Yes.
```



Adam Love, Ph.D.
June 07, 2018

30

30

1   Q   Which Superfund sites?

2   A   The Fox River Superfund site.

3   Q   Is that in Wisconsin?

4   A   That is in Wisconsin.

5           The Kalamazoo River Superfund site in

6       Michigan.  The Passaic River Superfund site or

7       the Diamond Alkali Superfund site.

8   Q   Are those two different ones?

9   A   No, it is the same one.  It goes by two

10      different names.  Diamond Alkali is the official

11      name, which is in New Jersey.  The Gowanus Canal

12      Superfund site in New York.

13          I did some work for San Diego Harbor, which

14      is a Superfund site as well, although that may

15      not be the official name.

16          There is another one.  The Safety Light

17      Superfund site in Pennsylvania and a number of

18      different sites where I have done allocation on

19      an underlying basis.

20  Q   Allocation on an underlying basis, what does

21      that mean?

22  A   Telling a client what the expected allocation of

23      contribution would be on sites without being

24      designated as a testifying expert.

25  Q   Would you say that providing expert witness



Adam Love, Ph.D.
June 07, 2018

31

31

```
1       advice and testimony on apportionment issues is

2       one of the central topics on which you have

3       testified over the last three years?

4    A  It is.

5    Q  Would you say that you're fairly well known for

6       giving apportionment testimony?

7    A  I don't know what people know and don't know.  I

8       do give talks at conferences and in-house brown

9       bags on the topic.

10   Q  Mr. Bowman found you.  Your marketing must be

11      doing okay.

12   A  I will let our marketing people know.

13   Q  All right.  This is all covered in your CV, so I

14      just wanted to glance at it.  But you have

15      graduate level degrees and additional graduate

16      work in disciplines that are reflected in the

17      CV.

18          And what I want to ask is, is the

19      educational history, I think it is listed under

20      the heading "Credentials" on page 1, accurate?

21   A  Yes.  I have a Ph.D. from Berkeley, a master's

22      from Berkeley, and an undergraduate from

23      Franklin & Marshall College.

24   Q  And the dates on which those were conveyed are

25      accurate in your CV?
```



32

1    A    They are.

2    Q    Is there any educational information that would

3         be important to your opinions in this case

4         that's not reflected in the CV?

5    A    Specific coursework, not that I can think of.

6    Q    You didn't attend or teach some symposium or

7         seminar on apportionment issues last month that

8         isn't reflected here that I should know about?

9    A    I believe the public presentations that I have

10        given on the visibility of contamination are

11        listed in my CV.

12             There are a number of private seminars that

13        I have given on allocation and divisibility of

14        contamination that aren't reflected.

15   Q    And those would presumably be confidential, you

16        have a client relationship with somebody.  But

17        as far as your public persona, the educational

18        information here and the addresses, I guess I

19        would call them, or writings that you have done

20        are all shown in the CV?

21   A    I believe that's true.

22   Q    Great.  Let's talk about your areas of

23        expertise.  And I noticed there was something in

24        your expert report, now I have lost my little --

25        I did that wrong.



Adam Love, Ph.D.
June 07, 2018

33

```
 1    A    You touched it.

 2    Q    The whole thing went ahead.

 3    A    You said you weren't going to touch it.

 4    Q    One of these might be the right button.

 5         MR. BOWMAN:  Keep talking.

 6    Q    I am looking at page 1 of the expert report, not

 7         the cover page, but the page with the number 1

 8         at the bottom.

 9    A    I am there.

10    Q    In the second paragraph it says that you have

11         education, training, experience within the

12         disciplines of and then it gives a list,

13         engineering, geology, hydrogeology, chemistry,

14         freight and transport and environmental

15         forensics.

16         Did I read that correctly?

17    A    You did.

18    Q    And am I to understand from that statement that

19         you have expertise in each of the areas that are

20         listed there?

21    A    Yes.

22    Q    Do you have any certifications or I guess

23         professional titles in those areas -- let me

24         give you an example.

25         I know that you are Dr. Love and you have a
```



Adam Love, Ph.D.
June 07, 2018

34

```
 1        Ph.D.  Are you also a professional geologist?

 2    A   I am not.

 3    Q   Are you a professional hydrogeologist?

 4    A   I am not.

 5    Q   You're aware that those certifications exist;

 6        right?

 7    A   I do.  I just haven't had the need for them in

 8        my line of work.

 9    Q   So that's what I was getting at when I ask about

10        other, you know, certifications or

11        accreditations.

12            Is there anything in any of these areas

13        other than what we have already touched on

14        that's in your CV?

15            I am not sure if some of them even have it.

16        I don't know if environmental forensics has a

17        accreditation or not.  So do you have any?

18    A   I haven't found that I needed any more for the

19        type of work that I do, no.

20    Q   And I see that, according to your report, you're

21        familiar with chlorinated solvents?

22    A   I am.

23    Q   I did have a question about the term

24        "geosciences."

25            MR. BOWMAN:  Where is that?
```



Adam Love, Ph.D.
June 07, 2018

35

35

1    Q    I think it was in the CV.  Let's see.  There is

2         environmental engineering, master's degree in

3         material science, and a bachelor's of arts in

4         geoscience.  I am not familiar with that term.

5              Can you tell me what geoscience

6         encompasses?

7    A    Sure.  At Franklin & Marshall College,

8         geoscience, it is a liberal arts school, and

9         they don't offer B.S.s, even though all the

10        sciences have a full science curriculum.

11             Geoscience is essentially the equivalent of

12        a geology program.  The coursework is directly

13        comparable to what most departments would call

14        geology.

15   Q    So to a layperson, like myself, if I thought of

16        you as having an undergraduate degree in

17        geology, I pretty much get the right picture?

18   A    That's right.

19   Q    Okay.

20   A    I look at the dirt and the rocks.

21   Q    In addition to the areas that you have

22        identified, you specifically mentioned

23        chemistry.

24             Is there any particular branch of chemistry

25        that you would say is within your expertise or



Adam Love, Ph.D.
June 07, 2018

36

36

```
1        are you talking the whole field?

2    A   Most of the work that I performed is led to

3        environmental chemistry.

4    Q   Okay.

5    A   Although I have done work in synthesis

6        chemistry, I have done material science.  But

7        most of the chemistry that I have done is

8        related to environmental chemistry.

9    Q   And when you say you have done work in

10       environmental chemistry, I am not sure I

11       understand what that is.

12            Is this chemistry that's done in a lab?  Is

13       it done in the field?  Is it done at a desk?

14       What do you mean by environmental chemistry?

15   A   I have done all of those things.  I have gone

16       and taken field samples.  I have been taking

17       them to the laboratory and analyze field

18       samples.  I then process data that either I have

19       collected and analyzed or other people have

20       collected and analyzed.  And so it has been all

21       of those things.

22   Q   And what is the goal of environmental chemistry?

23       What are you trying to accomplish when you are

24       using that discipline?

25            I mean, the analytical chemistry, which I'm
```



37

1        familiar with.

2    A   Sure.

3    Q   You go to the lab and you are trying to find out

4        how much of what.  And that's what your goal is.

5            And I am asking, you know, just from a

6        layman's perspective, what is the goal of

7        environmental engineering?  What do you hope to

8        accomplish?

9    A   In a general sense, it is understanding how

10       chemicals in the environment are interacting

11       with each other and interacting with

12       environmental agencies.

13   Q   And would that include the breakdown of

14       chemicals in the environment?

15   A   Yes.

16   Q   And that's of particular importance, I

17       understand, in dealing with chlorinated

18       solvents; is that right?

19   A   At many sites it is.

20   Q   Do you have any expertise in the area of

21       biology?

22   A   What type of biology.

23   Q   You pick your type.  Are you an expert in

24       biology?

25   A   I would say just like chemistry, I wouldn't



Adam Love, Ph.D.
June 07, 2018

38

38

```
 1        claim the whole field of biology either, but I
 2        have certainly done expert work on evaluating
 3        ecotoxicology, on exposure, human health
 4        assessments and exposure.  And so there are some
 5        sub-disciplines of that that, yes, I would
 6        consider myself an expert in.
 7    Q   How about, are you an expert in computer
 8        science?
 9    A   What are you saying is inclusive in computer
10        science?
11    Q   Again, you can pick.  Do you write code?
12    A   I have written code, but I wouldn't consider
13        myself to be an expert in computer science
14        having had written code.  I haven't done much of
15        that.
16    Q   I wrote a few Fortran runs myself, but I am
17        certainly no expert in computer science.
18    A   Right.
19    Q   Are you an expert in toxicology?
20    A   Again, I have had expert opinions in the past on
21        ecotoxicology, but I wouldn't say I am an expert
22        for all things toxicology related.
23    Q   Are you an expert in accounting?
24    A   I am not.
25    Q   Are you an expert in forensic accounting?
```



Adam Love, Ph.D.

1    A    I am not.

2    Q    Do you have any expertise in computer simulation

3         or modeling?

4    A    I am.

5    Q    And at what level is that expertise?  Do you

6         write programs?  Do you use programs?

7    A    I have in the past written.  I certainly am a

8         user.  So both of those I would say I have

9         expertise in.

10   Q    We have covered geology, hydrogeology.  What

11        about, are you an expert in statistics?

12   A    Yes.

13   Q    What about, are you an expert in mathematics?

14   A    I definitely would not say I --

15   Q    I have got a great calculus problem I am hoping

16        to get an answer to today.

17   A    I would not claim the entire field of

18        mathematics, no.

19   Q    But would you put statistics within the field of

20        mathematics and you did say you have an

21        expertise in statistics?

22   A    Yes.

23   Q    And what is the source of your expertise in

24        statistics?  I don't see anything in your

25        degrees that would apply that statistics was of



Adam Love, Ph.D.
June 07, 2018

40

40

```
 1      main focus.

 2   A  So in terms of that, you have to use lots of

 3      statistics when you are doing environmental data

 4      analysis, as well as environmental forensics.

 5      And so those are almost always part of analyses

 6      when you are doing that type of work.

 7   Q  So you're familiar with terms like a data

 8      outlier?

 9   A  Yes.

10   Q  We will come back to that and talk a little more

11      about, you know, this particular dataset that

12      you had available.  Let me go ahead and ask it

13      now.

14          To your knowledge, did you eliminate any

15      data from the comprehensive dataset that we

16      already talked about based on a statistical

17      analysis?

18   A  No.

19   Q  Do you have any expertise in law?

20   A  No.

21   Q  We are doing pretty good.  I am going to ask you

22      about some individuals and see if you know them.

23          And let me ask more generally first.  Have

24      you had occasion to work with any people who

25      have been designated as experts in this case?
```



Adam Love, Ph.D.
June 07, 2018

41

```
 1   A   I have.

 2   Q   Would that be Mr. Marsden?

 3   A   That's one.

 4   Q   Who is the other?

 5   A   Gary Hokkanen.  We haven't worked together, but

 6       we have worked on other matters.

 7   Q   You know of him?

 8   A   And I know Gary.

 9   Q   You're both Californians?

10   A   We are.

11           MR. BOWMAN:  Everybody in California knows

12       everybody.

13   Q   That's my thought, yes, just like here.

14   A   His office is only a few blocks from mine, and

15       we occasionally get a lunch.

16   Q   Other than Mr. Marsden and Mr. Hokkanen, is

17       there anybody else among the experts in this

18       case that you know or know of?

19   A   No.

20   Q   Let me start with Mr. Marsden, since he also

21       works at Roux Associates; correct?

22   A   He does.

23   Q   So you're professional colleagues?

24   A   We are.

25   Q   Did you have any communications, oral or
```



Adam Love, Ph.D.
42                                    June 07, 2018

42

```
 1       written, with Mr. Marsden about your expert
 2       opinions in this case before May 21st, 2018?
 3   A   Yes.
 4   Q   Did you see a copy or have you seen a copy of
 5       Mr. Marsden's expert report?
 6           MR. GRIGGS:  Can we pull that.  Let's make
 7       it an exhibit just so we have it in the queue.
 8   A   I have not.
 9   Q   Neither prior to or subsequent to May 21st?
10   A   Right.
11   Q   How long have you known Mr. Marsden?
12   A   Mr. Marsden was at Johnson Wright when I joined
13       Johnson Wright, so I want to say about in 2009,
14       so about nine years.
15   Q   When you moved to Roux Associates did he move at
16       the same time?
17   A   Mike Marsden went to Roux Associates before I
18       did.  I came a little over a year or so after
19       him.
20   Q   We have established that you have a professional
21       relationship.
22           Do you also have a social relationship with
23       Mr. Marsden?
24   A   I mean, as colleagues, we get together outside
25       of work for, you know, company parties and stuff
```



Adam Love, Ph.D.
June 07, 2018

43

43

```
 1      like that, but we don't generally socialize

 2      outside of work much.

 3          (Love Deposition Exhibit 4 was marked for

 4      identification.)

 5   Q  I'm pulling up what's been marked as

 6      Exhibit Number 4, which is an expert report of

 7      Michael Marsden of Roux Associates.

 8          And just to confirm, you have never seen

 9      this document before?

10   A  I have not.

11   Q  Okay.  We are done with that one.

12          MR. GRIGGS:  Let's pull up Hokkanen.

13   Q  You mentioned that you had had some

14      communications with Mr. Marsden about this case.

15          Can you be more specific about either what

16      you were providing to him or if he was providing

17      anything to you relative to your expert

18      opinions?

19   A  Maybe about a month before expert reports were

20      due, I showed Mike a copy of my expert report in

21      order for him to review I believe the background

22      section and understand the relationship between

23      all the parties.

24   Q  And at that point in time, approximately one

25      month before your report, were you in possession
```



Adam Love, Ph.D.
44                              June 07, 2018

44

 1      by that time of the expert report of John

 2      McInnes and the expert report of Sam Williams?

 3   A  Not at the time that I initially shared my draft

 4      with him.

 5   Q  So you were working on an expert report, not

 6      having seen the expert report that you are going

 7      to offer opinions about?

 8         MR. GRIGGS:  Let's put McInnes up there.  I

 9      want the date for that.

10         (Love Deposition Exhibit 6 was marked for

11      identification.)

12   Q  All right.  We are skipping Number 5 for a

13      moment.  We will come back to it.

14         What's been marked as Exhibit Number 6 is

15      the expert report of John McInnes.  It is dated

16      March 23, 2018, roughly 60 days before your

17      expert report.  Have you seen this report

18      before?

19   A  I have.

20   Q  Is it your testimony today that at the time you

21      had a conversation with Mr. Marsden about your

22      draft expert report, roughly one month before

23      May 21, you had not yet seen this report?

24   A  Now that I see the date, it seems like I must

25      have read the report.



Adam Love, Ph.D.
June 07, 2018

45

45

```
 1            It clearly didn't factor into my
 2       conversation with Mike, but I must have seen the
 3       report by the time I shared it with him.
 4   Q   And presumably you have some correspondence
 5       somewhere to verify the date that you first saw
 6       the McInnes report?
 7   A   I should, yeah.
 8   Q   Let's go to Exhibit 5.
 9            (Love Deposition Exhibit 5 was marked for
10       identification.)
11   Q   And I would like to go back to maybe page 3 of
12       that document, which is the cover page, rebuttal
13       to expert report of Sam Williams, submitted by
14       Gary Hokkanen of Farallon Consulting.
15            Have you ever seen Exhibit Number 5 before?
16   A   I have.
17   Q   And you indicated earlier that you have at least
18       a -- you're aware of and know who Gary Hokkanen
19       is; right?
20   A   I do.
21   Q   How would you describe your relationship with
22       Gary Hokkanen?
23   A   Collegial.
24   Q   Had you worked on the same cases before?
25   A   We have worked on the same cases, yes.
```



Adam Love, Ph.D.
46                          June 07, 2018

                                                                 46

1   Q   Have you ever worked together for the same

2       client in the same case?

3   A   Not that I can recall.

4   Q   Under what circumstances did you see this expert

5       report of Gary Hokkanen, Exhibit 5?

6   A   Under what circumstance, the expert report was

7       forwarded to me by counsel.

8   Q   Did you read it?

9   A   I did.

10  Q   Had you, given the date, this being May 22nd and

11      your expert report being May 21, is it fair to

12      say that your expert report had already been

13      written and submitted prior to reading the

14      report of Mr. Hock?

15  A   Yes.

16  Q   Having read the report of Mr. Hock, did you

17      develop any opinions about it?

18  A   I did not.

19  Q   So it was what it was, all, however many pages

20      it is, fairly short, except for all the

21      attachments, I think, you read it, and then

22      what?  Anything?  Any follow-up?

23  A   With whom?

24  Q   With anybody.  Did you call counsel and say, oh,

25      oh, God, Hokkanen is on the case, I got to get



Adam Love, Ph.D.
June 07, 2018

47

47

```
1        out of here?

2    A   I did call counsel and told him that I had read

3        the report and that, as far as I could tell,

4        there was no direct rebuttal to anything that

5        would impact my report.

6    Q   So his area of testimony, expert testimony was

7        distinct from yours in your mind?

8    A   Based on my reading, yes.

9    Q   You know his CV is longer than yours; right?

10       His is 19 pages.

11   A   Size isn't everything.

12   Q   Well, I have heard that too.  Glenn mentions it

13       often.

14           Let's go to Number -- let's put Number 7 up

15       for, let's do Walker.

16           (Love Deposition Exhibit 7 was marked for

17       identification.)

18           MR. BOWMAN:  This is great.  You're getting

19       all this stuff in.

20           MR. GRIGGS:  I am trying.  No objections

21       yet either.  I like that.

22           MR. BOWMAN:  No objections.  It is so out

23       of character for me, isn't it?

24           MR. GRIGGS:  I know it is.

25   Q   You didn't discuss Mr. Hock's expert opinions
```



Adam Love, Ph.D.
June 07, 2018

48

                                                          48

```
 1      with him, did you?

 2   A  I have not.

 3   Q  I mean, you didn't read his report, picked up

 4      the phone and say, hey, Gary?

 5   A  No.

 6   Q  What about with Marsden, did you see his expert

 7      report after it was done?

 8   A  I did not.

 9   Q  Did you discuss what he had written with him?

10   A  We discussed what he was having to opine on.

11      And he had asked me for some clarifying

12      questions about site, geology, and hydrogeology

13      to make sure that his understanding was

14      consistent with at least what my understanding

15      was, but that was the extent.

16   Q  And accepting that you have not read his expert

17      report, to your knowledge, the things that he

18      was working on, would they have any bearing on

19      your expert opinions at all?

20   A  My understanding is that they would not.

21   Q  Right.  He is working on money stuff; right?

22   A  He is.

23         MR. GRIGGS:  Are you doing okay?  One hour.

24         THE WITNESS:  Yeah.

25   Q  I have gone to what is Exhibit 7.
```

Adam Love, Ph.D.
June 07, 2018

49

49

| | | |
|---|---|---|
| 1 | A | It is seven a.m., West Coast time now. |
| 2 | Q | There you go.  In another hour it will be time |
| 3 | | for breakfast. |
| 4 | | Do you recognize the document that is |
| 5 | | Exhibit 7, expert report of Robert B. Walker, |
| 6 | | LPG? |
| 7 | A | I do. |
| 8 | Q | Have you read that report? |
| 9 | A | I have. |
| 10 | Q | And, again, I assume that your reading occurred |
| 11 | | after your expert report because this is dated |
| 12 | | May 22nd? |
| 13 | A | It did. |
| 14 | Q | And did you take or have you taken any action in |
| 15 | | response to this report after you reviewed it? |
| 16 | A | I had similarly called counsel just to discuss |
| 17 | | my impressions after I read the report. |
| 18 | Q | Am I correct in saying that along with the |
| 19 | | McInnes report, which we are going to talk about |
| 20 | | in more detail, this report is the one that's |
| 21 | | probably closest in terms of the topics to the |
| 22 | | issues that you opine on in this case? |
| 23 | A | You're saying excluding McInnes. |
| 24 | Q | Yes, along with McInnes. |
| 25 | A | Excluding McInnes, this is the only other report |



Adam Love, Ph.D.
June 07, 2018

50

50

```
 1      that appears to have any overlap with my report.

 2  Q   I thought the same way.  Let's put Williams up

 3      just to round out the --

 4          (Love Deposition Exhibit 8 was marked for

 5      identification.)

 6  Q   All right.  Exhibit Number 8 is the expert

 7      report of Sam Williams, who apparently worked

 8      for Geosyntec Consultants out of San Diego,

 9      California.

10          Have you seen this report before?

11  A   I have.

12  Q   Did you read it?

13  A   I did.

14  Q   Did you find that it touched on any issues in

15      which you had expressed expert opinions in this

16      case?

17  A   No.

18  Q   So we have run the gamut.  We have your expert

19      report.  We have expert reports from five other

20      experts, McInnes, Williams, Walker, Hokkanen,

21      and Marsden that are now exhibits.

22          I want to run a few other names by you.

23      Does the name Steve Irvin mean anything to you?

24  A   No.

25  Q   Do you remember seeing any reports written by
```



Adam Love, Ph.D.
June 07, 2018

51

51

```
 1        Steve Irwin or his company Acuity?
 2   A    Acuity sounds familiar, but I don't remember the
 3        specific author.
 4   Q    What about the name Janna Stathyelich?
 5   A    Janna I know.
 6   Q    You know her personally or you know her from
 7        documents that you have seen in this case?
 8   A    I know her from documents that I have seen in
 9        this case and I have spoken with her.
10   Q    The documents that you have seen, will they be
11        on the flash drive that you provided?
12   A    Yes.
13   Q    And when did you have occasion to speak to
14        Janna Stathyelich?
15   A    I have spoken with her on a number of occasions
16        since my initial retention through the
17        completion of the expert report.
18   Q    Are you aware that in prior litigations
19        involving Moran Electric that Janna Stathyelich
20        has acted as an expert witness for Moran
21        Electric?
22   A    That's my understanding.
23   Q    And you're now serving as an expert witness for
24        Moran Electric; correct?
25   A    That's true.
```



Adam Love, Ph.D.
June 07, 2018

52

52

```
 1   Q   So I assume that these discussions with
 2       Janna Stathyelich were not about entertainment
 3       or political topics, they were about the case;
 4       right?
 5   A   Every time.
 6   Q   Did you obtain any information from your
 7       conversation with Janna Stathyelich which formed
 8       any part of the basis of the expert opinions in
 9       your expert report, Exhibit 3?
10   A   Could you repeat that?
11   Q   Yes.  What I am trying to ask is, is there
12       anything from those conversations with
13       Janna Stathyelich which formed a basis for or
14       informed any of the expert opinions that you
15       present in your expert report in this case?
16   A   There is nothing from our conversations that
17       form the basis, no.
18   Q   So was she helpful to you in locating documents
19       or information that you then relied upon?
20   A   That's right.
21   Q   Including her own prior reports, I assume?
22   A   I have seen her Wilcox Technical reports.
23   Q   And you know she has left Wilcox and moved to a
24       new company?
25            I think her last report may have been for
```



Adam Love, Ph.D.
June 07, 2018

                                                                              53

 1        somebody else.

 2   A    That's right.  Yes.

 3   Q    Let's move off of Janna for a minute.

 4             Does the name Dr. Richard Lewis mean

 5        anything to you?

 6   A    The name by itself is not familiar, no.

 7   Q    Your expert report, Number 3, yeah, you provide

 8        somewhere, if I can find it, at the end of the

 9        first paragraph, under the heading

10        "Introduction", you disclose your compensation

11        for this case at $300 per hour; is that correct?

12   A    That's correct.

13   Q    Do you know how much the total compensation, not

14        the hourly rate, but the total compensation from

15        when you started working on the case until your

16        expert report was completed on May 21?

17   A    I haven't specifically done that calculation.

18   Q    Can you give me a rough idea?

19   A    I would say 80- to $90,000.

20   Q    And there are records, I assume, that would

21        verify that number to a certain penny?

22   A    There are.  The invoices would obviously have

23        the total.

24   Q    And as we have discussed at the beginning of

25        this deposition, the costs are still being



Adam Love, Ph.D.
June 07, 2018

54

54

```
 1        incurred, you're being paid to be here today;

 2        correct?

 3    A   I am.

 4    Q   Or you will be paid?

 5    A   Yeah.

 6    Q   That's a promise, we are going to pay you.

 7            MR. GRIGGS:  Let me go off the record for a

 8        second.

 9            (A recess was taken between 10:09 a.m. and

10        10:10 a.m.)

11            MR. GRIGGS:  Back on.

12        BY MR. GRIGGS:

13    Q   Just to close this out, your CV attached to your

14        expert report includes a work history, who you

15        worked for, with the dates; right?

16    A   It does.

17    Q   Are there any private employments that don't

18        show up on your CV?  And by private employments

19        I mean moonlighting, consulting on the side,

20        serve on a board of directors, perhaps.

21    A   Yes.

22    Q   What is not included that is part of your

23        employment history?

24    A   So I was the wine maker and vineyard relations

25        for Two Mile Wines.
```



Adam Love, Ph.D.
June 07, 2018

```
1   Q    What time period?

2   A    That would have been 2005 to 2012 or 2013.

3        MR. BOWMAN:  Can we go off the record?

4        MR. GRIGGS:  Sure.

5        (A recess was taken between 10:10 a.m. and

6        10:11 a.m.)

7        MR. BOWMAN:  Go back on.

8   BY MR. GRIGGS:

9   Q    So that was work that you did independently of

10       your other professional jobs?

11  A    It is.

12  Q    Okay.  Anything other than your work for the

13       vineyard?

14  A    I have a side, like a subcontractor agreement

15       with a company that I am not going to remember

16       the name of that's located in Buffalo, New York,

17       because they hold my security clearance, and so

18       I need the subcontractor agreement for them to

19       hold my security clearance.

20  Q    And the security clearance is in relation to the

21       work you do for the Federal Government?

22  A    It is.

23  Q    And are there particular agencies of the

24       Federal Government that you work with or is it

25       the government as a monolithic hole that you are
```



Adam Love, Ph.D.
June 07, 2018

56

                                                                56

```
 1      employed by?

 2   A  So I don't typically contact directly with the

 3      Federal Government, but via other contractors

 4      for various intelligence community

 5      organizations, Department of Defense,

 6      Department of Homeland Security.  Those are the

 7      primary ones.

 8   Q  What about the EPA?

 9   A  I haven't worked directly for the EPA.  I have

10      worked for the EPA, via the Department of

11      Justice, when I was an allocation expert for the

12      Safety Light Superfund site.

13   Q  Is that the only time that you have given

14      allocation testimony on behalf of the government

15      is that in Safety Light case?

16   A  With regards to environmental contamination?

17   Q  Yes.

18         MR. BOWMAN:  Could you repeat the question?

19      I'm sorry.

20         MR. GRIGGS:  Yeah.

21   Q  I was following up on the answer you have just

22      given.

23         So the question was, is the Safety Light

24      case the only case in which you have offered

25      allocation or apportionment opinions on behalf
```

Adam Love, Ph.D.
June 07, 2018

57

```
 1      of the government?

 2          MR. BOWMAN:   On behalf of the government,

 3      okay, I see.

 4   A  On behalf of the Federal Government, yes.

 5   Q  Have you also offered opinions on behalf of

 6      State Government?

 7   A  I can't think of a State Government where I have

 8      offered allocation.

 9   Q  How about local government?

10   A  I have offered allocation opinions to the

11      County of Los Angeles.

12   Q  Which particular site, do you remember?

13   A  The Exide Technology Site in Vernon, California.

14   Q  Is that beyond the four-year time frame that

15      would be reflected of projects in your CV?

16   A  I didn't testify about it, but I --

17   Q  Just offered?

18   A  -- just offered opinions.

19   Q  Was that one of those situations you described

20      where you were maybe acting as a consulting

21      expert, never got to the testifying stage?

22   A  Right.  There is no active litigation.

23   Q  Okay.  I am about to turn to the expert report

24      of John McInnes.  Do you want to take a break

25      here?
```



Adam Love, Ph.D.
June 07, 2018

58

58

```
 1              MR. BOWMAN:  I need to go to the bathroom.

 2              MR. GRIGGS:  Let's take a break.

 3          (A recess was taken between 10:13 a.m. and

 4      10:25 a.m.)

 5          MR. GRIGGS:  Let's go back on a short

 6      break.

 7      BY MR. GRIGGS:

 8   Q   You remember you're under oath?

 9   A   I do.

10   Q   Let's talk about the expert report of John

11      McInnes.  Do you have that in front of you?

12   A   I do.

13   Q   Do you recall how many opinions are in the

14      McInnes report?

15   A   Not by memory, no.

16   Q   Take a look.

17   A   It looks like four.

18   Q   How many of those four opinions do you disagree

19      with?

20   A   I wouldn't disagree with any of the opinions

21      statements that are numbered.

22   Q   So that's zero?

23   A   That would be zero.

24   Q   Does the scientific community have a way of

25      determining whether there has been a release of
```



Adam Love, Ph.D.
59                           June 07, 2018

                                                              59
 1        contaminants at a particular location?

 2   A    Well, there's a number of different ways you can

 3        determine whether there has been a release.

 4   Q    What do you look for at a given location to

 5        decide if there has been a release of

 6        contaminants?

 7   A    The first thing I would look at would be

 8        operational documents of a facility.

 9   Q    And why would you look at those?

10   A    To see if the facility operations either had

11        reported spills or reported discharges or had

12        processes that were known to release chemicals

13        as part of their process.

14   Q    And what would you use in order to determine

15        what those operations or processes might have

16        been?

17   A    Typically they would be facility -- you know,

18        descriptions of the process that are operating

19        procedures, wastes, discharge, spill reports,

20        those types of documents that a facility would

21        have.

22   Q    Would that include Phase I reports?

23   A    It could.

24   Q    Phase II reports?

25   A    Certainly.



Adam Love, Ph.D.
60                             June 07, 2018

60

```
 1   Q   For a facility that was no longer in operation,

 2       might it include reports by environmental

 3       consultants that included data from the site?

 4   A   Certainly.  I mean, I would consider site

 5       investigation data to be a separate category

 6       from facility operations, but absolutely

 7       environmental data would factor into that as

 8       well, could factor as a separate line of

 9       evidence as well.

10   Q   What about witness testimony?

11   A   Yes.

12   Q   If it was available you would --

13   A   I would factor that in, yes.

14   Q   Once you have that information, whether it is

15       from site investigation reports or from facility

16       documents, particularly facilities in operation

17       still, what are you looking for in those

18       documents?

19            You said -- you mentioned, you know,

20       whether there had been a release or not.  Are

21       you looking for the true smoking gun?  Are you

22       looking for a statement that says, well, on

23       Thursday, we spilled a bunch of X at this point

24       in the facility?

25   A   Well, it depends on the facility and the
```



Adam Love, Ph.D.
61                              June 07, 2018

                                                                    61

1        operations.  I mean, there are some facilities

2        where there are actually documented releases

3        like that.  It says there was a X spill of this

4        amount on this date, here is how we responded.

5        That would be one line of evidence.

6             Or it could be just here is the process

7        that happened.  And based on understanding from

8        an engineering perspective what that process

9        was, you know different points in that process

10       where releases, you know, typically occur.  But

11       that's just the facility operations portion.

12       There is a whole other line of evidence related

13       to environmental data.

14   Q   And maybe for a moment let's separate those two.

15   A   Right.

16   Q   Because the operations data seems to be much

17       more prevalent in an ongoing operation than a

18       historical operation.

19            MR. BOWMAN:  I am going to object.  Lack of

20       foundation.  Calls for speculation.

21   Q   Yeah.  Let me put it this way.  A manufacturing

22       facility that is in operation has certain

23       regulatory requirements that they are supposed

24       to meet; is that correct?

25   A   It depends on what operations you're talking



Adam Love, Ph.D.
62                          June 07, 2018

                                                                    62

```
 1      about, but to some degree, yes.

 2   Q  So they might be subject to spill-reporting

 3      requirements?

 4   A  Almost everybody is.

 5   Q  Yeah.  They might have to provide emission

 6      reports for any air emitting units at the

 7      facility?

 8   A  That's a possibility as well.

 9   Q  But once they close and they don't operate those

10      air emission units anymore, those reports to the

11      air regulators tend to dry out?

12          MR. BOWMAN:  Objection.  Lack of

13      foundation.  Calls for speculation.

14   A  It depends on the situation.  But if they

15      reported to the regulators, then the regulators

16      would have copies.  Whether or not the facility

17      maintains copies is site by site.

18   Q  Let's go to the second area.  And let's take a

19      facility that used to operate and now it doesn't

20      and there is nothing left of it.  Let's think of

21      a facility like maybe Moran.

22   A  Okay.

23   Q  Are there any buildings on the Moran site?

24   A  Any of the original Moran buildings?

25   Q  Yes.
```



Adam Love, Ph.D.
63                          June 07, 2018

63

1    A    Not that I know of, no.

2    Q    So is there any way to come to a determination

3         of whether there has been a release of

4         contaminations at a site like the Moran site?

5    A    It would be similar to what I just described.

6         You look at what set of operations they did at

7         the facility.  You would take testimony of

8         people that were familiar with the facility

9         operations and you would look at environmental

10        data to see if all those things sort of suggest

11        that a release would have occurred.

12   Q    Is it true that within the scientific community

13        that the presence of contaminations in the

14        shallow soil is one of the indications of a

15        release?

16   A    Typically, the presence of contamination in

17        shallow soils suggest a local release.

18   Q    And if we define shallow soil to be what

19        gradient, zero to how many feet?

20   A    I would say five feet.

21   Q    So zero to five feet.  If there is contamination

22        there, the first assumption at least, the most

23        likely scenario is it got there from the surface

24        at that location?

25   A    Yes.  I mean, obviously you would want to look



Adam Love, Ph.D.
64                           June 07, 2018

64

```
1        and make sure that it didn't come over the

2        ground from a different source and infiltrate at

3        a different location.  But, in general, when you

4        see shallow contamination, that's where the

5        contamination at least infiltrated from the

6        surface.

7   Q    So in Exhibit 6, at each of the four facilities

8        which form the basis for the four opinions, is

9        it correct that Mr. McInnes looked for

10       contamination in the shallow soil and found it

11       at each of the four facilities?

12            MR. BOWMAN:  I am going to object and say

13       the report speaks for itself.  And as far as

14       what he did or didn't, it is in the report, so.

15  A    His report documents shallow contamination at

16       each of the four sites.

17  Q    And once you have identified contamination in

18       the shallow soil or sometimes, perhaps, referred

19       to as vadose zone soil, are you done?

20  A    Done with what?

21  Q    Are you done with your analysis?

22  A    What's the objective of the analysis?

23  Q    Well, what should the objective of the analysis

24       be?

25  A    I don't understand what you're trying -- I mean,
```



Adam Love, Ph.D.
June 07, 2018

65                                                                    65

```
 1        depending on what you're trying to achieve, you
 2        may do more analysis or what you just described
 3        may be sufficient.
 4    Q   So having identified a release, is the next step
 5        to try and define or delineate the scope of that
 6        release?
 7            MR. BOWMAN:  Object.  Lack of foundation.
 8        The question was simply before of what could the
 9        shallow impacts indicate release.
10            I think the question is vague and
11        ambiguous, because you're not -- it is an
12        incomplete hypothetical because you haven't
13        established, and I think --
14            MR. GRIGGS:  It is not a hypothetical.
15            MR. BOWMAN:  Well --
16            MR. GRIGGS:  I am asking an expert in
17        geology and hydrogeology what you do when you
18        find contamination in the ground.
19            MR. BOWMAN:  Okay.
20            MR. GRIGGS:  It is a simple question.
21            MR. BOWMAN:  Okay.
22    A   As an environmental consultant in terms of
23        trying to clean it up, what would be the next
24        thing that you do?
25    Q   Well, I don't know if it needs to be cleaned up,
```



Adam Love, Ph.D.
June 07, 2018

66

```
 1       because I don't know how serious it is.  I don't

 2       know how far it goes.  I don't know where it

 3       goes.

 4            What am I going to do after I have the

 5       first indication that this area is polluted?

 6            MR. BOWMAN:  Objection.  Argumentative.

 7       Ambiguous.  Lack of foundation.

 8    A   So, as an expert, if I was asked to identify

 9       whether or not a release occurred at the

10       facility, I could look at facility operations

11       and shallow soil.  And if there was adequate

12       enough information, I could form an opinion

13       about whether or not a release occurred just

14       based on that.

15            If, as a consultant, I was trying to

16       understand what the broader impacts of those

17       releases are, then I would need to look further

18       and understand the extent and magnitude of

19       contamination around the facility.

20    Q   And in the instances of the four facilities that

21       are opined about in Exhibit 6, was there a

22       connection made between the shallow soil, the

23       vadose zone soil, and ultimately the underlying

24       groundwater at each of those facilities?

25    A   Yes.  Mr. McInnes documents that completed
```



67

```
 1      pathway for each of the four facilities.

 2   Q  And you disagree with that opinion?

 3   A  I don't disagree that there is a complete

 4      pathway.

 5   Q  He further states on page 3 that the

 6      contamination having migrated vertically into

 7      groundwater that, in this case he is talking

 8      about the Zimmer facility, that it contributed

 9      to a co-mingled, chlorinated solvent groundwater

10      plume.

11          Do you see that, about in the middle of the

12      page?

13   A  I do.

14   Q  And do you agree with that statement?

15   A  I believe some of the contamination that was

16      released from the former Zimmer facility has

17      co-mingled with other chlorinated solvents.

18   Q  Opinion 2 deals with the Ertel facility and the

19      same conclusion is reached.

20          Do you also concur that some contribution

21      of contaminants from the Ertel facility

22      co-mingled in the groundwater plume?

23   A  Yes.

24   Q  The third opinion deals with Moran, same

25      conclusion, do you also agree that to some
```



Adam Love, Ph.D.
68                          June 07, 2018

                                                                    68

```
 1        degree the Moran site contributed to the

 2        co-mingled groundwater plume?

 3   A    Yes.

 4   Q    And, finally, opinion 4, just to be complete so

 5        Glenn doesn't have to ask it later.

 6            MR. BOWMAN:  Thank you.

 7   Q    -- the same conclusion is reached, that the

 8        Threaded Rod site has contributed to the

 9        co-mingled groundwater plume?

10   A    Yes.

11   Q    You agree with that?

12   A    I do.

13   Q    Just to cover this base, we are going to go to

14        your expert report now.  Is that Number 3?  Yes.

15            You have a figure in here, I think it is

16        B-1, there it is, page 7.

17   A    I am there.

18   Q    What is it we are looking at, the colored

19        portion, what is it that we are seeing there?

20   A    So those are concentration contours for total

21        coordinated VOCs in groundwater.

22   Q    In groundwater.  Is this what people in the

23        scientific community would describe as a plume?

24   A    The groundwater contamination is the plume.

25        This is obviously a depiction of the
```



Adam Love, Ph.D.
June 07, 2018

69

69

```
 1         two-dimensional shape of the plume.

 2    Q    So depiction of the groundwater plume?

 3    A    Yes.

 4    Q    And did each of the four facilities that we have

 5         been talking about, Ertel, Zimmer, Moran,

 6         Threaded Rod, contribute to this groundwater

 7         plume, contribute chlorinated solvent impacts to

 8         this groundwater plume?

 9    A    To some degree, yes.

10    Q    And so if I refer to this as a co-mingled plume,

11         will you understand what I am referring to?

12    A    Yes.  There are parts of this that are

13         co-mingled and parts that are not.

14    Q    Okay.

15    A    As I specified in the report.

16    Q    So do you see more than one plume here?

17    A    I do.

18    Q    There is a little tiny yellow circle up near the

19         top of the box under the words "Upgradient

20         Area."

21              Do you see that?

22    A    I do.

23    Q    Is that part of what you would say is not part

24         of the co-mingled plume?

25    A    Yes.
```



Adam Love, Ph.D.
June 07, 2018

70

1    Q    Other than those kind of isolated little

2         islands, is the rest of this a single co-mingled

3         plume?

4    A    There is one other isolated island related to

5         the former Zimmer building, which doesn't

6         necessarily project as clear in this image, but

7         there is another distinct, very small

8         groundwater plume just under the former Zimmer

9         building, not former Zimmer Paper but the former

10        Zimmer building.

11   Q    And is it a really tiny little yellow island?

12   A    I believe it is the --

13   Q    Maybe right at the tip of the arrow?

14   A    That's right.

15   Q    So barring that, which looks very small on this

16        picture --

17   A    And it is very small in terms of my

18        calculations.

19   Q    Generally, we are talking about a single plume

20        of chlorinated solvent impacted groundwater that

21        several people have contributed contaminants to?

22   A    That's right.

23   Q    And so if I refer to that big thing as the

24        co-mingled plume, will we understand what each

25        other is talking about?



Adam Love, Ph.D.
June 07, 2018

71

71

1   A   Yes.

2   Q   Mr. Walker may not.  Did you read in his expert

3       report he doesn't know what a co-mingled plume

4       is?  Did you find that shocking?

5   A   I did read his report.  I am not sure I would

6       interpret it the same way that you did.

7   Q   What adjective would you use?  I don't know what

8       a co-mingled plume is.  How does that work for

9       you?

10      MR. BOWMAN:  Objection.  Lack of

11      foundation.  Calls for speculation.  Answer it,

12      if you can.

13  Q   Surprised?

14  A   I was interested in what different ways you

15      might interpret it other than I think what's

16      generally accepted.

17  Q   Why don't we leave that.  I am sure Mr. Walker

18      will have a highly entertaining explanation to

19      give when his turn comes in a couple weeks.

20      All right.  Let's go back towards the

21      beginning of the report.  I just want to get to

22      that figure so we know where it is at.

23      We have talked about money.  We have talked

24      about other reports that you have either

25      reviewed or not reviewed, expert reports that



Adam Love, Ph.D.
June 07, 2018

72

1      is.

2            Let's talk about non-expert reports,

3      environmental reports.  And as I understand what

4      you say, is that the reports that you have

5      relied upon are specified in the footnotes of

6      Exhibit 3; is that correct?

7    A  So those are the reports that I use that sort of

8      directly relate to.  But in addition to that, I

9      mean, I reviewed all of the reports that are in

10     the documents that were produced that either

11     support the references that I used to some

12     degree or another.

13           So all of the documents are documents that

14     I reviewed.  The references are really the ones

15     that I used to reflect the fact that there is

16     documentation of those facts.

17   Q  Let's look at the second paragraph on page 1,

18     the second sentence says, "The conclusions set

19     forth in this report are based, in part, upon

20     the facts, information, and data that have been

21     provided to me by Counsel and/or which I

22     obtained during the course of my investigation."

23     It is the "in part" part that I am not sure

24     about.

25           If the facts, information, and data



Adam Love, Ph.D.
73                          June 07, 2018

73

```
 1        provided by counsel in which you obtained during

 2        your investigation are part of what forms the

 3        basis for your conclusions, what's the other

 4        part?

 5    A   My education, training, and experience.

 6    Q   So it is not additional data that you found

 7        somewhere else?

 8    A   No.  If I had additional data, it would either

 9        be because it was provided by counsel or I

10        obtained it during the course of my

11        investigation.

12    Q   What is the data that you obtained during the

13        course of your investigation?

14    A   For this matter, I believe there's a few

15        references that I used from EPA documents, but

16        they were general references on things, not site

17        specific.

18    Q   So you did not go onto, for example, the IDEM

19        Virtual File Cabinet and look for reports that

20        maybe counsel forgot to send you?

21    A   I did not.

22    Q   And no one on your staff did?

23    A   No.

24    Q   Speaking of staff, what kind of staff support

25        did you get or did you have in preparing this
```



Adam Love, Ph.D.

74

```
 1       expert report?

 2    A  Well, I had two staff that worked with me on

 3       this report.

 4    Q  Who are they?

 5    A  Rachelle Maxwell, I believe, and Walt McNabb.

 6    Q  And who is Rachelle Maxwell?

 7    A  Rachelle Maxwell is a project scientist in the

 8       Oakland office, governmental science.

 9    Q  What was her role in the preparation of this

10       expert report?

11    A  I believe she went through and did an initial

12       screen and cataloging of all the facts that were

13       provided.

14    Q  Did that result in some sort of a summary or

15       other document?

16    A  I believe she created an Excel spreadsheet that

17       just listed all the documents and what type of

18       information was it in at the time, at the

19       initial stage of this project.

20    Q  And what role did that play for you as the

21       testifying expert?  What did you do with it?

22    A  I used that to be able to quickly go to the

23       primary documents when I was looking for

24       particular types of information, knowing which

25       file corresponded with which type of
```



Adam Love, Ph.D.
June 07, 2018

75

75

| | | |
|---|---|---|
| 1 | | information. |
| 2 | Q | I don't want to put words in your mouth, but are |
| 3 | | you describing something that worked kind of |
| 4 | | like a table of contents? |
| 5 | A | Or an annotated bibliography. |
| 6 | Q | Okay. |
| 7 | A | Probably it wasn't quite as detailed as a table |
| 8 | | of contents. |
| 9 | Q | So a quick reference guide? |
| 10 | A | I think that's fair. |
| 11 | Q | Is that included on the flash drive you brought |
| 12 | | today? |
| 13 | A | It is not. |
| 14 | Q | Did you have a discussion with anyone about |
| 15 | | whether to bring that or not? |
| 16 | A | I was directed by counsel just to bring the |
| 17 | | documents that were provided to me. |
| 18 | Q | Would you have reached the identical opinions |
| 19 | | that are in Exhibit 3 if you didn't have |
| 20 | | Rachelle Maxwell's catalog of documents? |
| 21 | A | Yes. |
| 22 | Q | We are going to skip over that then. |
| 23 | | Did she do anything else in support of your |
| 24 | | expert report? |
| 25 | A | No. |



Adam Love, Ph.D.
76                               June 07, 2018

1   Q   Let's talk about Walt McNabb.  What was his

2       role?

3   A   Walt McNabb helped with the data analysis and

4       doing some of the integrations of the

5       environmental data.

6   Q   And by integrations, are we talking really about

7       computer simulation runs?  What do you mean by

8       integrations?

9   A   So in my report, the way that we looked at how

10      much contamination that was in different areas

11      was to sum up all the contamination within the

12      specified boundaries.  And so Walt was the one

13      that performed those calculations in the

14      software.

15  Q   And the software, I think we are talking about

16      here is Surfer?

17  A   Yeah, primarily Surfer.

18  Q   So Walt did the Surfer runs?

19  A   He did.

20  Q   Did you do any of the Surfer runs yourself?

21  A   I didn't.  I just directed them as to what I

22      wanted done.

23  Q   Who set the -- let me go back to that later.

24          So you gave instructions to Walt, he

25      performed integrations using Surfer, did he



Adam Love, Ph.D.
June 07, 2018

77

77

```
 1       report the results back to you?

 2   A   Yes.

 3   Q   In what form did you get those results?

 4   A   Typically as figures and as numbers.

 5   Q   Are any of the figures included in your report?

 6   A   Yes.

 7   Q   Is Figure B-1 one of those figures?

 8   A   Yes.

 9   Q   What about Figure 1-1?

10   A   No.

11   Q   That came from somewhere else?

12   A   Yes.

13   Q   Figure 1-2?

14   A   No.

15   Q   I know there are some more here at the back.

16       Figure 2-1?

17   A   Yes.

18   Q   That was part of Walt's work?

19   A   No.  This is all my work that I directed Walt to

20       perform.

21   Q   This is part of the work that Walt performed and

22       gave to you that he performed at your request

23       and this was the work product that was

24       generated?

25   A   Yeah.  I mean, we iterated on this.  And Walt
```



Adam Love, Ph.D.
June 07, 2018

78

78

```
 1        was the one --

 2   Q    That wasn't the very first run that you made?

 3   A    This was not the very first one.

 4   Q    I am shocked.

 5   A    So in our collaboration on this, he was the one

 6        that actually ran the software.  And this is one

 7        of the figures that ultimately came out of us

 8        working together on.

 9   Q    This is the final figure?

10   A    This is.

11   Q    And how about 2- -- well, does that say "2-1,

12        continued"?  Is that what it says?

13            There are a series of four pictures over

14        two pages.

15   A    Yes.

16   Q    And the answers are the same for the third and

17        fourth pictures as the first two; right?

18   A    Yes.

19   Q    How about Figure 2-2?

20   A    Yes.

21   Q    2-3, there are two pictures there?

22   A    Yes.

23   Q    2-4, two pictures there?

24   A    Yes.

25   Q    I think that's the end of it.  Oh, no, they are
```



Adam Love, Ph.D.
June 07, 2018

79

1        going back up.

2              Page 23 has a picture, Figure 3-1?

3    A    Yes.

4    Q    Is that the output of a Surfer run?

5    A    Yes.

6    Q    3-2?

7    A    Yes.

8    Q    There is one on page 27, Figure 3-5?

9    A    Yes.

10   Q    Is that it?  Did I miss any?

11   A    I think you got them all.

12   Q    I am not claiming any level of expertise,

13        frankly, I barely have any knowledge about

14        Surfer.  But it is my understanding that there

15        are certain inputs or variables that the user of

16        Surfer must put into the program; is that

17        accurate?

18   A    Depending on what you're trying to do.

19   Q    Were there any inputs, parameters that had to be

20        established to create the figures that are in

21        your expert report?

22   A    We use the default parameters under all

23        circumstances, so as an not to use the

24        parameters as a way to influence the outcome.

25   Q    So the Surfer default parameters, were they used



Adam Love, Ph.D.
June 07, 2018

80

80

```
 1        for every run?

 2   A    For all of the images in the report are the

 3        default -- the contours are performed from the

 4        parameters.

 5   Q    We were talking about one of the figures, and I

 6        don't think it even matters which one, maybe it

 7        was 2-1.  And we established that this is the

 8        final output, the output of the final run.

 9            What would determine whether a Surfer run

10        was the final one or whether you needed another

11        iteration?

12   A    Making sure -- one, making sure that we all of

13        the data.  Two, making sure that the way we were

14        presenting it was clear as a demonstrative.

15   Q    So you gave instructions to Mr. McNabb using the

16        default parameters and the data from the

17        comprehensive database?  Is that where he got

18        his data?

19   A    That was the data that was used.

20   Q    From that Excel spreadsheet?

21   A    Yes.

22   Q    And then he would make a run and come to you and

23        say here is what I got?

24   A    Right.

25   Q    And then you would look at it and decide whether
```



Adam Love, Ph.D.
81                              June 07, 2018

81

```
 1       it needed to be rerun or done in a different

 2       way?

 3    A  Yeah.  Clarify.

 4    Q  So you added clarity.  Would that include things

 5       like the text I see on the top figure in 2-1,

 6       one says "Upgradient Area Sites," one says

 7       "Von Duprin site."  That didn't come out of

 8       Surfer, did it?

 9    A  It did not.

10    Q  Is that part of the clarification that you are

11       talking about, adding clarity to the final

12       product?

13    A  Those are two examples of things that, yes, that

14       I added.

15    Q  What else?

16    A  Adding the boundary of the integration area.

17    Q  Okay.

18    A  The idea of plotting the data in log-transform

19       to be able to see the changes in concentration

20       with greater specificity.

21    Q  The boundary you're describing, is that the -- I

22       guess is it orange, maybe it is red, orange or

23       red line that surrounds the data points?

24    A  Yes.

25    Q  And what does that line represent?
```



Adam Love, Ph.D.
82                          June 07, 2018

82

1    A    That line represents the area that the data

2         suggests is the total extent of the groundwater

3         contamination.

4    Q    But it doesn't have any relationship to a

5         particular concentration of contamination, or

6         does it?

7    A    It does.  I am trying to remember what it is.  I

8         don't remember what it is off of the top of my

9         head, but it is low.

10   Q    And by low --

11   A    It would be less than 0.1 micrograms per liter.

12   Q    So would it be in the purple range or less in

13        concentration?

14   A    Right.  It would obviously have to be less than

15        the purple.  Less than -- there's purple on the

16        figures, so we know there are some data between

17        0 and 0.1 micrograms per liter.

18   Q    Right.  I see several dots.

19   A    But there are different detection limits for

20        different samples and things like that.  So I

21        don't know exactly where that cutoff is without

22        having to go back and look at it.

23   Q    The purple goes from 0 to 0.1?

24   A    Right.

25   Q    What I want to make sure is, is there a non-zero



Adam Love, Ph.D.
83                                    June 07, 2018

83

```
 1        value that would lie outside of the boundary

 2        that's been drawn here or does this encompass

 3        every bit of data with a detection of PCE or TCE

 4        above zero?

 5   A    Just zooming in on the Figure 2.1-B, if you look

 6        up near the Zimmer building, it looks like there

 7        is a couple dots that fall just outside of the

 8        orange line.

 9   Q    And do you know if those dots were, therefore,

10        excluded or are they merely marking the

11        boundary?

12   A    They are merely marking the boundary.

13   Q    So they would have been part of the dataset?

14   A    They are part of the dataset.

15   Q    And the same is true if you look down at the

16        southwest, at the end of the plume there are

17        several purple dots that kind of looks like the

18        line was drawn directly inside of those dots, if

19        you are doing connect-the-dot picture?

20   A    That's right.

21   Q    But even though the dot appears to fall outside

22        the line, it is part of the dataset?

23   A    It is part of the dataset.

24   Q    Okay.

25   A    And that was used in the contour.
```



Adam Love, Ph.D.
84                                          June 07, 2018

84

1   Q   These various pictures or diagrams in your

2       report, there seems to be at least for many of

3       them a common underlay.  It looks like an aerial

4       picture of some sort.  Do you know where that

5       came from?

6   A   I believe that's a Google Earth image.

7   Q   Is that something that you pulled down off

8       Google Earth or one of your assistants?

9   A   I know at some point I pulled down a Google

10      Earth image.  I don't know if this image is the

11      same one that I pulled down or if somebody

12      pulled down a different one at a later time.

13  Q   Is that the usual way that you set up to display

14      one of the, you know, results of the Surfer

15      program is overlay it on a Google Earth diagram

16      or picture?

17  A   Almost always that's how we display the data.

18  Q   And, as far as you remember, this didn't happen

19      to be an image that was provided to you or sent

20      to you as part of your case file?

21  A   No, I don't believe so.

22  Q   Can you think of any other instances that you

23      went out to a public source, like Google Earth

24      or anything else, and obtained something that

25      became part of your expert opinions?



Adam Love, Ph.D.
June 07, 2018

85

85

```
 1    A    Well, like I said earlier, there's a few

 2         references to general, they're EPA documents,

 3         but not specific to this site.

 4    Q    On Figure B-1, and I think it is repeated over

 5         and over again, but it is the first time I

 6         remember it, there is an area identified as

 7         "Upgradient Area."

 8              Do you see that?

 9    A    I do.

10    Q    And is that the larger of the two white

11         rectangles?

12    A    Yes, that's the larger geographic area.

13    Q    And so of the four facilities that have been the

14         focus of this case, the only one that lies

15         outside of that area is the Von Duprin/Threaded

16         Rod property; is that correct?

17    A    That's right.

18    Q    The area identified as upgradient area, what is

19         it upgradient of?

20    A    It is upgradient of Von Duprin/Threaded Rod.  It

21         is also upgradient of a larger portion of the

22         plume.

23    Q    And why was it necessary to distinguish an

24         upgradient area?  I know that's a setup for

25         something, and I think it comes up later in your
```



Adam Love, Ph.D.
86                                    June 07, 2018

                                                                    86

1       report.  What are the two things you're trying

2       to separate?

3   A   So based on our evaluation of the data, I was

4       able to create geographic divisibility between

5       the Threaded Rod's contribution in the overall

6       chlorinated solvent plume, from the contribution

7       from the facilities that are in that upgradient

8       area.

9   Q   And then at some point, I think that may be --

10      at some point, particularly in opinion 3 of your

11      report, you then subdivided the contributions

12      within that upgradient area?

13  A   Both within the upgradient area and the

14      downgradient, yeah.

15  Q   Well, we will get to those.

16          Two of the areas that are identified within

17      the upgradient area, one is Zimmer building, or

18      former Zimmer building, and another is former

19      Zimmer Paper building.

20          And in your mind, are those two different

21      places?

22  A   Yes.

23  Q   Do you know what the difference is?

24  A   I believe those were different structures at the

25      time of operations.



Adam Love, Ph.D.
87                                    June 07, 2018

87

1    Q    And do you know who told you that?

2    A    I would have to go back and look at the

3         background documents.  But that was my

4         understanding from having looked at -- was that

5         they were different operations in different

6         parts of those buildings.

7    Q    So is that something you picked up from the

8         reports that you read?

9    A    Yes.

10   Q    So the picture we are looking at, B-1, is a

11        representation of the total VOCs in groundwater;

12        is that correct?

13   A    Total VOCs in groundwater.

14   Q    Thank you.  Total VOCs in groundwater?

15   A    Yes.

16   Q    As far as you know, the entire dataset was used

17        in developing this picture?

18   A    Yes.

19   Q    There are -- go ahead.

20   A    The entire dataset of what we have.

21   Q    Okay.

22   A    There may be data that we don't have.  But from

23        the data that we have, the entire dataset.

24   Q    What makes you think there is data that might

25        exist that you don't have?



Adam Love, Ph.D.
88                                    June 07, 2018

88

```
 1   A   I don't know if there has been additional

 2       investigations that haven't been shared or that

 3       would have been performed subsequent to when we

 4       compiled the data.

 5   Q   We are going to come back to this exhibit

 6       obviously, but I want to go to Exhibit -- mine

 7       hasn't come up.

 8           MS. FRENCH:  Do you want this one?

 9           MR. GRIGGS:  Yeah.  Oh, yeah.  Share it.

10   Q   While we are waiting for that to pop up, there

11       are color gradations on B-1, one is a thousand

12       and one is a hundred.

13           Do you know why those two guys were chose?

14   A   They have no particular significance other than

15       them being whole, round numbers that we used for

16       those purposes.

17   Q   You could get another color and choose a value

18       of ten?

19   A   You could go ten and have another layer of color

20       around the hundreds.

21   Q   And the units are micrograms per liter; is that

22       right?

23   A   That's right.

24   Q   And in equivalence, micrograms per liter is the

25       same as what is sometimes referred to as parts
```



89

1       per billion?

2   A   That's right.

3   Q   You say -- and mine is starting to update, I

4       think.  Just when I wanted to go back to the

5       other exhibit.

6           In the description for Figure B-1, it says

7       that this is the CVOCs in groundwater, averaged

8       across all depths and sample dates since 2004.

9           Do you see that?

10  A   I do.

11  Q   When it says "averaged across all depths," is

12      that the concept we spoke about a little bit

13      earlier of taking all of the samples within a

14      single boring and averaging them?

15  A   Yes.

16  Q   And does the averaged also apply to the dates,

17      the sample dates?

18          It seems like it goes with the across all

19      depths.  And I guess I want to make sure the

20      adjective stops with the "and".  Average across

21      all depths is one thing and then sample depths

22      since 2004, is that a separate differentiation

23      or did you do something to average things across

24      time as well?

25  A   They are averaged across time as well.



Adam Love, Ph.D.
90                               June 07, 2018

90

1   Q   Explain that to me.   What does that mean?

2   A   So all of the sample data from a given location

3       at every depth and every date were averaged in

4       order to form a single picture of a single

5       representation of the plume.

6   Q   Within a specific media?

7   A   Within a specific media.

8   Q   So any groundwater samples at a particular

9       location, regardless of time and regardless of

10      depth, it got averaged into a single value?

11  A   That's right.

12  Q   And would the same be true for soil?

13  A   Yes.

14  Q   Let's go take a look at what's been marked as

15      Exhibit 9.

16          (Love Deposition Exhibit 9 was marked for

17      identification.)

18  Q   Do you have that in front of you?

19  A   I do.

20  Q   Can you tell me what that is?

21  A   This is the final investigation report for

22      1929 Columbia Avenue in Indianapolis, Indiana.

23  Q   Are you familiar with this document?   I think

24      this is the most recent one.   It is July 2017 on

25      the cover page.



Adam Love, Ph.D.
June 07, 2018

91

91

| | | |
|---|---|---|
| 1 | A | Some of the figures look familiar, but I don't |
| 2 | | recall if I specifically have seen this before. |
| 3 | Q | Okay.  If it is not on the flash drive that you |
| 4 | | gave us, would that be an indication that you |
| 5 | | have not seen it? |
| 6 | A | I would want to go back and make sure there were |
| 7 | | documents that were sent to me that didn't make |
| 8 | | it into the electronic project folder.  But I |
| 9 | | believe I have provided everything I have got |
| 10 | | that I had as client-provided documents. |
| 11 | Q | Does your screen let you go back to page 75? |
| 12 | A | Mine? |
| 13 | Q | Yes. |
| 14 | | MR. GRIGGS:  We are going without you. |
| 15 | | MR. BOWMAN:  Go ahead.  I will have to look |
| 16 | | over his shoulder. |
| 17 | Q | What I am looking for is a page that says |
| 18 | | "Table 8." |
| 19 | A | I am there. |
| 20 | Q | Okay.  We are looking at Table 8.  And Table 8 |
| 21 | | has 1, 2, 3, 4, 5 sample locations.  They are |
| 22 | | designated Threaded Rod, soil borings 38 to 42. |
| 23 | | And the dates of sampling it looks like are |
| 24 | | between March 18th and March 20th of 2017. |
| 25 | | Do you see that? |

Adam Love, Ph.D.
June 07, 2018

92

```
 1   A   I do.

 2   Q   Can you tell me whether this data was part of

 3       what was used in your expert report?

 4   A   I can't tell you from memory.  I would need to

 5       go back and look at the Excel spreadsheet and

 6       see if it is specifically listed.

 7   Q   And we do have the Excel spreadsheet?

 8   A   We do.

 9   Q   So we can check that later.

10           All right.  I am going back to Exhibit 3.

11       And I am going back to Figure B-1, whatever page

12       that was on, page 7.

13           The labels, the words in white, are those

14       things that you added yourself?

15   A   Yes.

16   Q   One of them says "Former Burgess Plating."

17           Do you see that?

18   A   I do.

19   Q   Do you know what the source of that information

20       was that you translated into the words "Former

21       Burgess Plating"?

22   A   I recall it came from a Geosyntec report that

23       listed some of the other facilities.

24   Q   Okay.

25   A   But I don't specifically remember which one.
```



Adam Love, Ph.D.

93

```
 1   Q   Do you know if it gave that location that you

 2       are pointing to or is that more of a general

 3       area?

 4   A   I think it is meant to be representative, not

 5       necessarily specific as parcel.

 6   Q   So if it is on a different corner but on that

 7       same intersection, that's close enough?

 8   A   For the intent of what we were just trying to

 9       indicate, that was --

10   Q   Right.  Did you have any data from the former

11       Burgess Plating site?

12   A   I wasn't asked to look at any of that.

13   Q   Because it is an impacted site with chlorinated

14       solvents.  But you didn't have the data, so it

15       didn't form any part of the diagram that we are

16       looking at in B-1?

17   A   Other than the location.

18   Q   What about the former Below Cleaners or Below

19       Cleaners.  It looks like it should be Below.

20           Do you see that?

21   A   I do.

22   Q   Do you know where that came from?

23   A   I believe it came from the same report as the

24       previous one.

25   Q   And you think that's one of the Geosyntec
```

Adam Love, Ph.D.
94                                  June 07, 2018

94

```
 1       reports?

 2   A   I believe so.

 3   Q   But you don't recall which one?

 4   A   I haven't put all the documents to memory.

 5   Q   Same question for the Former Wash-Rite

 6       Dry Cleaning.

 7           Do you see that description?

 8   A   I do.

 9   Q   Same answer, it probably came from a Geosyntec

10       report?

11   A   I believe that to be true.  If you give me time,

12       I can go and try to find it, but --

13   Q   I am hoping that won't be necessary.  Let's go

14       to Exhibit 7.  This is the Rob Walker report.

15       And I want to go to page 7.

16           (A discussion was held off the record.)

17   Q   Walker report, page 7, he indicates in the first

18       paragraph under heading B or, I am sorry,

19       heading 5.1 -- what does he say exactly?  "PCE

20       is also a common solvent used by dry cleaners."

21       Would you agree with that statement?

22   A   I would.

23   Q   "And the former Von Duprin facility property was

24       historically occupied by at least two dry

25       cleaning operations and a third was located
```



95

1        nearby."

2            Did you come across any evidence in any of

3        the reports that you had access to that would

4        support that statement, that two dry cleaners'

5        operations were on the Threaded Rod property, or

6        Von Duprin facility property?

7    A   I don't specifically recall that.

8    Q   He lists three addresses here, 1901 Columbia

9        Avenue, 1804 Martindale Avenue, and 1308 East

10       19th Street.

11           Do you know where those addresses are?

12   A   Not strictly from the address, no.

13   Q   Do you know if those addresses correlate with

14       the location shown on your Figure B-1 of either

15       the Below Cleaners or Wash-Rite Dry Cleaning?

16   A   I haven't checked that, no.

17   Q   What purpose did identifying the Below Cleaners

18       and Wash-Rite Cleaning serve as part of your

19       expert work?

20   A   In looking at the extent of magnitude of the

21       chlorinated solvent plume, the idea was to

22       identify those locations to see if there was a

23       portion of the contamination that looked like it

24       originated from those locations.

25   Q   So as they're located on your Figure B-1, they



Adam Love, Ph.D.
96                             June 07, 2018

1         lie outside what we have chosen to refer to as

2         the co-mingled plume; is that correct?

3    A    Based on the data that we have, there doesn't

4         appear to be any contamination from those

5         locations that are directly co-mingled with the

6         larger plume.

7    Q    Do you know if any samples were taken at the

8         location identified as the former Below

9         Cleaners?

10   A    I wasn't asked to look into that.

11   Q    But you had a dataset.  Did you plot it?

12   A    All of the data that we had we plotted.

13   Q    Was any of it as far north as the former

14        Below Cleaner site?  And maybe I should say as

15        far west.

16   A    Right.  It doesn't appear so, no.

17   Q    So did you draw any conclusions about it being

18        outside of the plume area and, if so, on what

19        data did you base that conclusion?

20   A    I didn't draw any conclusions about whether or

21        not former Below Cleaners has made a

22        contribution or not.

23   Q    Did you draw any conclusion about whether the

24        former Wash-Rite Dry Cleaner made a contribution

25        or not?



Adam Love, Ph.D.
97                                    June 07, 2018

97

1   A   I have not.

2   Q   So I am going to turn that around then, so you,

3       as you sit here today, you cannot say to a

4       certainty that these two dry cleaners are not

5       contributing to the co-mingled chlorinated

6       solvent water?

7   A   I cannot say that they are not contributing,

8       true.

9   Q   If, in fact, Mr. Walker is correct and either

10      one or both of these or two unidentified dry

11      cleaners formerly operated on the former

12      Von Duprin facility, is it possible that they

13      contributed chlorinated solvent contamination

14      that you have not allocated or apportioned to

15      them?

16  A   So lots of things are possible.  If there was

17      dry-cleaning operations that occurred on the

18      Von Duprin/Threaded Rod property, they would

19      have been lumped in with contributions made from

20      that property.

21          I didn't try to divide contributions among

22      historical operators.

23  Q   That might be helpful.  In your third opinion

24      you say, "the allocation of CVOC contribution

25      from the RPs."  What does RP mean?



Adam Love, Ph.D.
98                                  June 07, 2018

                                                                        98

1    A    Responsible party.

2    Q    From the responsible parties, Von Duprin,

3         54 percent.  It sure looks like you allocated to

4         Von Duprin, not to the site.

5    A    Yeah.  So the Von Duprin, Zimmer, Ertel, and

6         Moran are P designations, are really meant to be

7         those property locations for which Von Duprin,

8         Zimmer, Ertel and Moran formerly operated.

9    Q    That got by me in reading your report.  Because

10        as soon as you said "RP," I thought you were

11        saying my client should get 54 percent of the

12        apportioned costs.  Is that not what you're

13        saying?

14   A    I am saying that contributions to the co-mingled

15        chlorinated solvent plume, 54 percent of it is

16        attributable to the operations that occurred on

17        the Von Duprin property.

18   Q    But some of that 54 percent could have come from

19        parties that are not from people, from

20        responsible parties who are not parties in this

21        lawsuit?

22        MR. BOWMAN:  Objection.  Calls for

23        speculation.  Lack of foundation.

24   A    I believe there is some legal means to apportion

25        between current and former operators, but my



Adam Love, Ph.D.
99                                 June 07, 2018

                                                                    99

1        distribution doesn't mean to do that.

2    Q   What additional information or data would you

3        need to be able to do that?

4            MR. BOWMAN:  Do what?

5    A   You're asking me what would I need to do in

6        order to apportion among operators?

7    Q   Correct.

8            MR. BOWMAN:  On a particular site?

9            MR. GRIGGS:  On a particular site.

10           MR. BOWMAN:  Thank you.

11   A   So generically, typically you would look at the

12       different operations for the different

13       operators, their COC use, their volume of COC

14       use, their handling practices.  If there is

15       information that you can determine about timing

16       of release, you would use that.  What else?

17           Potentially looking at -- well, this would

18       be related to timing of release, looking at

19       degradation characteristics, freight and

20       transport, parameters being able to reconstruct

21       release timing based on the size of the plume.

22   Q   So it would be complicated?

23   A   It doesn't have to be complicated, but those are

24       all the different factors that could potentially

25       be brought to bear in that type of allocation



Adam Love, Ph.D.
June 07, 2018

100

```
1        amongst operators.  I do that routinely at

2        sites.

3    Q   But not at this site?

4    A   I have not done it at this site.

5    Q   Okay.

6    A   At any of these sites.

7    Q   I am back on page 3 of your report.  Just to

8        make sure we get this clear in the record, the

9        third paragraph on page 3 says, "Four

10       responsible parties (RPS) were identified in the

11       area near the former Moran Motor Shop."  And

12       then I believe the four bullet points

13       underneath -- let's see.  Do the four bullet

14       points relate to the four responsible parties

15       that you are talking about?

16   A   I appreciate you helping me clarify this.  Yeah,

17       I mean, obviously there are four different

18       locations in those bullet points that I am

19       referring to as responsible parties, but they

20       are really locations for which they are

21       responsible parties, because Zimmer is listed

22       both as Zimmer Building, as well as the former

23       Zimmer Paper.

24   Q   Yeah.

25   A   But in the context of this litigation, Zimmer is
```



Adam Love, Ph.D.
June 07, 2018

101

101

```
 1        one of the parties.
 2   Q    So those last two bullets, bullets three and
 3        four, ultimately collapse, if we look back at
 4        your opinion 3, there is 1 percentage for
 5        Zimmer?
 6   A    That's right.  In my analysis I collapsed the
 7        contribution from those two locations into one
 8        share.
 9   Q    That happens to be 29 percent.
10            But you're not saying or haven't said in
11        this report that the Zimmer defendant in this
12        lawsuit is responsible for that 29 percent?
13   A    That to me would require having a legal opinion,
14        which I don't have.
15            What I was asked is what is the chemical
16        contribution from those sites.
17   Q    Let's take an easy example.  If the Zimmer
18        location only ever had one owner-operator, and
19        it was the same entity from 1900 to today, it
20        has always been one, would you feel comfortable
21        then saying the 29 percent for the Zimmer
22        location belongs to that one entity that's been
23        there the whole time?
24   A    Well, that percentage is based on chemical
25        contribution.  There's all sorts of other
```



Adam Love, Ph.D.
June 07, 2018

```
 1          factors ultimately and then allocation that can

 2          be brought to bear that aren't contribution

 3          related.  But in terms of being able to say if

 4          there was one operator, I would be comfortable

 5          saying that was likely the higher contribution,

 6          which could get factored into the overall legal

 7          allocation using additional parameters.

 8     Q    So on a strictly volumetric basis, which is what

 9          I understand this percentage to represent, you

10          have represented how much contribution by volume

11          or mass came from each of these four locations?

12     A    That's right.

13     Q    And you are saying there are other factors, Gore

14          factors, whatever, that could play into a final

15          allocation by a court that is separate from a

16          strict volumetric or mass contribution?

17     A    That's my understanding.

18     Q    I appreciate your distinction in that.

19              So what we are looking at and what you

20          opined about is how much each site contributed

21          to the total plume?

22     A    That's right.

23     Q    Perfect.  Do you have any information about any

24          of the operators at the former Threaded Rod/Von

25          Duprin site that would result in or allow you to
```



Adam Love, Ph.D.
June 07, 2018

```
 1        subdivide the 54 percent for Von Duprin?

 2    A   Well, I mean, there's lots of different

 3        potential strategies of ways that people divide

 4        things up.

 5            I mean, the simplest way is just to do it

 6        based on time of operations.  But, obviously,

 7        there's lots of other ways that it gets divided

 8        up among the former operators as well.

 9    Q   So if everyone's operation through time was the

10        same, perhaps time on the risk or, as you say,

11        time of operation might be a fair way to do

12        that?

13    A   This is one strategy that people take at sites.

14    Q   If the operations were disparate, meaning some

15        people hardly used any CVOCs, some people used a

16        lot, that would provide a separate method to do

17        a division?

18    A   That's right.  Or you could weight the time on

19        risk based on intensity of operations.

20    Q   And that would allow you to incorporate parties

21        or persons who are not part of this lawsuit,

22        what we might otherwise refer to in other

23        context as orphan shares?

24    A   That is one way you could --

25    Q   And unaccounted entity?
```



Adam Love, Ph.D.
June 07, 2018

104

104

```
 1   A   Yes.

 2   Q   And when you're dealing with a chlorinated

 3       solvent plume, would you agree that a pre-mid

 4       1980s dry cleaner is something that should be

 5       taken into account?

 6   A   Well, I mean, dry-cleaning operations,

 7       especially pre-1980, have a high propensity for

 8       having dry cleaner solvent issues.

 9   Q   Just to be clear, I think I said pre-mid 1980.

10       Would you change your answer at all with that

11       distinction?

12   A   Not substantially.

13   Q   And the reason, just so the record is clear, is

14       the prevalent use of PCE as the dry-cleaning

15       solvent in the mid '80s and previous was pretty,

16       pretty heavy?

17   A   For numerous decades.

18   Q   Opinion number 1 --

19   A   Can we take a break?

20   Q   We can.  Absolutely.

21           MR. BOWMAN:  Do you want to do lunch?

22           MR. GRIGGS:  I think I can get through

23       opinion 1 in less than an hour.

24           MR. BOWMAN:  Okay.

25           MR. GRIGGS:  And if I can, I would like to
```

Adam Love, Ph.D.
June 07, 2018

105

105

```
1      have that one out of the way and then we can

2      take a lunch break.

3          MR. BOWMAN:  Yeah.

4          (A recess was taken between 11:37 a.m. and

5      11:46 a.m.)

6          MR. GRIGGS:  All right.  We are back on the

7      record.

8      BY MR. GRIGGS:

9   Q  I am at Exhibit 3, page 8.

10  A  I am there.

11  Q  Great.  This opinion relates to a geologic layer

12     or lack thereof; is that correct?

13  A  That is true.

14  Q  And this geologic layer is occasionally I think

15     in some of the reports referred to as an

16     intermediate clay barrier.  Are you familiar

17     with that term?

18  A  I understand when you say that term what it

19     means.

20  Q  And your opinion as described here on page 8 is

21     that that intermediate clay barrier does not

22     exist over at least part of the Von Duprin site;

23     is that correct?

24  A  That's right.

25  Q  What part of the Von Duprin site does it fail to
```



Adam Love, Ph.D.
June 07, 2018

106

106

1        exist?  And you can use any of the figures that

2        you want from --

3            (A discussion was held off the record.)

4    Q   Do you remember the question?

5    A   I do.

6    Q   Okay.  Can you answer it, please?

7    A   So certainly the locations around well TRM- --

8    Q   You appear to be looking at something on your

9        screen.  Can you tell us what you're looking at?

10   A   I am looking at Figure 2-1 from page 10 of my

11       report.

12   Q   I am there.  Okay.

13   A   And the well locations TRMW-9 and D and DD.

14   Q   Which are conveniently circled in red?

15   A   They are conveniently circled in red.  The wells

16       that are located on the Von Duprin property or

17       right adjacent to it, those show that that

18       intermediate clay layer doesn't exist below the

19       site.

20   Q   All right.  And I am looking at those specific

21       points on Figure 1-2.  And I see at the bottom

22       or near the lower part of the diagram something

23       that is called a silty clay aquitard?

24   A   Yes.

25   Q   And I think that some of the reports may refer



Adam Love, Ph.D.
June 07, 2018

1       to that same geologic feature as the basil clay;

2       is that correct?

3    A   That is my understanding as well.

4    Q   And so if we move over to the right, to TRMW-13.

5    A   I see that.

6    Q   About halfway down, there is a crosshatch area,

7        which is identified as silty clay/clayey silt.

8    A   I see that.

9    Q   Is this the intermediate clay barrier that we

10       are missing underneath TRW- -- or, sorry, MW-9,

11       9D, 9DD?

12   A   Yes.

13   Q   And if we go all the way to the left, there is a

14       little -- it only appears to be present in

15       MW-105D, but it looks like there is a silty clay

16       area shown there as well.

17   A   I see that.

18   Q   Is there any way of telling how thick this silty

19       clay layer is?

20   A   Traditionally you would look at the boring logs

21       from when they constructed the wells to figure

22       out how thick these layers are.

23   Q   And this is a diagram, I believe, Figure 1.2,

24       that had its source in an August Mack report; is

25       that right?



Adam Love, Ph.D.
June 07, 2018

108

108

1   A   That's the reference at least.

2   Q   And it appears that they kindly transferred

3       information from the boring log onto the

4       left-hand side of this picture, up near the

5       surface it looks like it is 723, and then they

6       go down in sequences of ten, 713, 703, 693, 683,

7       673.

8           Is it your understanding that those are the

9       elevations at which the features that we are

10      seeing were found in the boring logs?

11  A   Yes.

12  Q   So somewhere in the 687 to 689 range we have

13      this silty clay showing up in MW-105D?

14  A   That's right.

15  Q   Right.  This was Figure 9 in the August Mack

16      report, 2013.

17          MR. GRIGGS:  Do we have that 2015 August

18      Mack report?

19          MS. FRENCH:  I don't think it is available

20      as an exhibit yet.

21          MR. GRIGGS:  All right.  We will come back

22      to that.

23  Q   Do you know if this diagram was taken complete

24      in this form from the 2013 August Mack report --

25      and I want to make an exception, I believe that



Adam Love, Ph.D.
June 07, 2018

109

109

1        the red circle is new.

2    A   The red circle is new.

3    Q   Is there anything else that you added to this

4        yourself?

5    A   Not that I can recall, no.

6    Q   Well, since we are blaming somebody else, we are

7        going to do it.

8            If you look at the -- I guess they are

9        location identifiers.  How would I describe

10       that?  Up along the top, you said that TRW --

11       TRMW-9 is on the Threaded Rod site; is that

12       correct?

13   A   Or just adjacent to it downgradient.

14   Q   It is close?

15   A   It is close.

16   Q   So it may not be actually on the site, but it is

17       definitely on the west side of Andrew J. Brown?

18   A   Yeah.  I mean, I want to look at a map just to

19       confirm, but that is my understanding.

20   Q   Do you know if that is identified on any of the

21       other figures in your report, the location of

22       TRMW-9 or are you looking at something else?

23   A   So on Figure 1.1.

24   Q   1.1.

25   A   This is from Geosyntec.



Adam Love, Ph.D.
June 07, 2018

110

110

| 1 | Q | Yeah. |
| 2 | A | If you look at the top figure where -- |
| 3 | | underneath 1929 Columbia Avenue, you can see |
| 4 | | TRMW-9/9D/9DD is under the heading above that |
| 5 | | that says 1929 Columbia Avenue. |
| 6 | Q | I see that.  And it looks like that appears |
| 7 | | before the label for 19th Street? |
| 8 | A | It does. |
| 9 | Q | Which is in bold. |
| 10 | A | Yes, it does. |
| 11 | Q | Since we are on Figure 1.1, the facilities that |
| 12 | | you identified as being the upgradient area, |
| 13 | | they're on the right-hand side of that figure; |
| 14 | | is that correct? |
| 15 | A | They are certainly right of 1929 Columbia |
| 16 | | Avenue, yes. |
| 17 | Q | And that puts them also right of Dr. Andrew J. |
| 18 | | Brown Avenue? |
| 19 | A | Yes, it does. |
| 20 | Q | And that area is identified as, with the label |
| 21 | | NE, which I assume means northeast? |
| 22 | A | I assume that as well. |
| 23 | Q | Is that the proper orientation? |
| 24 | A | It is. |
| 25 | Q | Let's go back to Figure 1-2.  If you look in the |



111

1       upper left-hand corner between MW-105 and

2       TRMW-8, that says 8, I think, there's some water

3       and sewer line shown and a box that says

4       "Utility trench, Dr. Andrew J. Brown Avenue."

5           Would it be your understanding that these

6       are the utility lines running underneath Dr. J.

7       Brown Avenue?

8    A  Given the orientation of the figure, no, that

9       seems to be mislabeled.

10   Q  Are there some other sewer lines that you are

11      concerned about or you think August Mack was

12      concerned about?

13   A  I don't understand your question.

14   Q  Withdraw that.

15          Your previous answer said based on the

16      orientation that label would appear to be

17      erroneous.  I think the orientation markers are

18      wrong.  I think where it says SW, it should be

19      northeast.  And where it says NE, it should say

20      southwest.  I think they are backwards.  And I

21      want to know if you think they are backwards.

22   A  Let me see.  They do appear to be inconsistent

23      with the figure that's in Figure 1.1.

24   Q  Is inconsistent expert code for they're wrong?

25   A  Well, one of the two, one of the two figures,



112

```
 1        either Geosyntec or the August Mack has the

 2        orientation backwards.  I would need to sit down

 3        with the actual well map in order to say

 4        conclusively which one it is.

 5   Q    All right.

 6   A    Nonetheless, it doesn't affect my opinion that

 7        there isn't a clay layer underneath TRMW-9 below

 8        that Threaded Rod property.

 9   Q    Got it.  Let's see if we can figure this out.

10        Let's look at Figure 1.1.  And let's look at the

11        middle figure, which is the TCE plume.

12            Knowing what you know about the TCE plume

13        and from the diagrams that you did yourself

14        later on, is it clear to you that the plume

15        starts on the right of this diagram and moves

16        downgradient to the left?

17   A    That is my understanding, yes.

18   Q    And on all of the diagrams throughout your

19        report, the upgradient side of the plume is to

20        the northeast as shown on this diagram?

21   A    That is true.

22   Q    And so that's also true for the PCE above, also

23        still in Figure 1, the northeast is upgradient,

24        it moves to the southwest with the groundwater

25        flow?
```



Adam Love, Ph.D.
113                          June 07, 2018

113

1    A    I see that.

2    Q    Figure 1-2 has all the similar features.  And if

3         you look at the wells, that's the real kicker,

4         MW-106 is way downgradient on your diagram, I

5         forget what number it is, maybe you used --

6         which one did you use?  Where is it?  Yeah.

7         There is one where you showed me where the

8         TRMW-9 is.  Maybe you went back to Figure 1.

9    A    3.1 has that TRMW-9 indicated.

10   Q    3.1.  I was looking for that 106.  On

11        Figure 1.1, which is the one that we found the

12        MW-9 cluster underneath Threaded Rod on, if you

13        look over under the heading "JTV HILL PARK" and

14        then further to the left, just before you get to

15        Yandes Street, there is MW-106.

16   A    I saw that.

17   Q    And so Figure 1.2, instead of showing the

18        groundwater plume from upgradient, being to the

19        right and downgradient to the left, here

20        upgradient is to the left and downgradient is to

21        the right?  There's still a hole in the middle?

22   A    There's still a hole in the middle.

23   Q    The reason it is important to me is that looking

24        at Figure 1.2, this silty clay, clay silt

25        barrier, this intermediate clay barrier, seems



Adam Love, Ph.D.
June 07, 2018

114

114

```
 1      to start below what is described as estimated

 2      utility trench East 19th Street and before you

 3      get to TRMW-13?

 4   A  I see what you're referring to.

 5   Q  And so my question is, while you opine that

 6      there is not an intermediate clay layer

 7      underneath the portion of Threaded Rod that said

 8      MW-9, would you agree that this diagram shows an

 9      intermediate clay layer downgradient of Threaded

10      Rod?

11         MR. BOWMAN:  For the record, I object his

12      opinion is continuous clay layer.

13         MR. GRIGGS:  Okay.

14         MR. BOWMAN:  I believe you misstated his

15      opinion.  That is all.  I didn't support it, so

16      I objected.

17   A  To both Figures 1.1 and Figure 1.2, with the

18      reorientation that we discussed, show that when

19      you go downgradient of the Threaded Rod facility

20      there is an intermediate clay layer.

21   Q  And as it is drawn on Figure 1.2, it is

22      continuous intermediate clay layer, there are no

23      breaks?

24   A  Well, continuous with a starting point being

25      downgradient with Threaded Rod, but it is not
```



Adam Love, Ph.D.
115                              June 07, 2018

```
 1        continuous beneath Threaded Rod.

 2   Q    Yes.  So I'm only talking about downgradient.

 3   A    Now to which there is data to show that it is

 4        continuous, which what they have drawn in that

 5        is continuous.

 6   Q    Right.  Do you have any data between TRMW-13 and

 7        13D and TRMW-106 and 106D that contradicts

 8        what's shown in Figure 1.2?

 9   A    I will be honest, I haven't dug in to see what

10        other data is available, because that wasn't

11        part of this opinion.

12   Q    So you're expressing no opinion about anything

13        downgradient of Threaded Rod/Von Duprin?

14   A    I mean, the figure is that -- the figures show

15        that there is a continuous clay layer.  But I

16        haven't independently looked downgradient in the

17        space that you described to evaluate that

18        myself.

19   Q    I am going to be daring, I am going to try and

20        open Exhibit Number 9.

21            MR. BOWMAN:  Oh, you crossed the stream.  I

22        am not doing it.  It will shut down.

23   Q    What I am looking for is some boring logs.

24            Figure 1-1 and 1-2 both go with opinion 1;

25        am I right?
```



Adam Love, Ph.D.
June 07, 2018

116

116

```
 1   A   I'm sorry, say that again.

 2   Q   Figures 1-1 and 1-2 in your report go with

 3       opinion 1?

 4   A   They do.

 5   Q   In reaching your decision that there was not a

 6       continuous clay layer underneath the Threaded

 7       Rod/Von Duprin site, did you rely upon the

 8       accuracy of the August Mack geological

 9       cross-section shown in Figure 1-2?

10   A   No.  My opinion was primarily just based on the

11       well that -- depiction of the well log for the

12       well that was in the vicinity of the Threaded

13       Rod property.

14   Q   And the well we are talking about is TRMW-9?

15   A   Yes.

16   Q   So are we saying that Figure 1-2 happens to

17       reflect pictorially the opinion that you formed

18       by looking at the boring logs for TRMW-9?

19   A   I don't think I understand that question.

20   Q   We know that Figure 1-2 has mistakes in it.  The

21       orientation of southwest and northeast are

22       wrong.  Let's assume there are other mistakes in

23       this diagram.

24           If you didn't have this diagram, what I am

25       hearing you say is I would have reached exactly
```



Adam Love, Ph.D.
June 07, 2018

117

117

```
 1       the same opinion because my opinion was

 2       primarily based on boring logs and I looked at

 3       those boring logs myself?

 4   A   No.  It was also dependent on the Geosyntec's

 5       report where they reflect the same, lack of

 6       continuity, as well as the distribution of

 7       contaminants from shallow soil through the

 8       vadose zone into groundwater, which reflects the

 9       fact that there wasn't a clay layer that was a

10       barrier to that critical transport.

11   Q   Which Geosyntec report are you referring to

12       specifically?

13   A   So the January 2006 Additional Downgradient

14       Investigation Report.

15   Q   2016?

16   A   '16.  Thank you.

17   Q   So the ones from which the figures in your

18       Figure 1-1 are taken?

19   A   Yes.

20   Q   And if I understood the other part of your

21       answer, what you essentially are saying is I saw

22       contamination in both the shallow groundwater

23       area and the deep groundwater area, and at least

24       as part of the basis for my opinion, I concluded

25       there was nothing separating the shallow and
```



Adam Love, Ph.D.
June 07, 2018

```
 1        deep groundwater areas, there was no barrier?

 2    A   Yeah.  That there was no geologic barrier that

 3        was preventing the vertical spread of

 4        contamination from the shallow soil at 1929

 5        Columbia Avenue down all the way to the bottom

 6        of the groundwater.

 7    Q   Is the lack of a geologic barrier the only

 8        explanation for the distribution of chlorinated

 9        solvent contamination that you have shown here

10        in Figure 1-1?

11    A   Well, I think theoretically you come up with

12        lots of hypotheticals that could cause the same

13        distribution.  But I think the simplest and most

14        common explanation for seeing this pattern of

15        contaminants is the vertical migration from the

16        soil down through the groundwater.

17    Q   If you had this same distribution that is shown

18        here but the boring logs had indicated that

19        there was, in fact, a silty clay layer, would

20        you have then looked to other possible, as you

21        say hypothetical, ways that this distribution

22        could have come about?

23    A   Well, in my experience, boring logs, because

24        they are only one location in space, can't

25        actually confirm that it is continuous.
```



Adam Love, Ph.D.
June 07, 2018

```
 1              All it can do is confirm that it is not
 2       continuous.  And so if all the boring logs you
 3       looked at show that there was a clay layer, but
 4       yet you still saw that the contamination was
 5       migrating vertically from the shallow
 6       groundwater to the deep groundwater, still more
 7       likely than not the degradation of that would
 8       be, well, in fact, it isn't continuous,
 9       otherwise you couldn't get that vertical, you
10       know, that vertical contamination that you see.
11  Q    Do you know what the method, the field method
12       was for boring MW-9?
13  A    I do not.  No, I do not recall.
14  Q    Do you know what sampling technique was used for
15       any of the borings at any of the locations on
16       any of these sites?
17  A    I looked at that at one point, but I couldn't
18       tell you specifically any of the boring
19       techniques for any specific location.
20  Q    Would they be reflected on the boring logs?
21  A    They should be.
22  Q    If I told you that all of the borings by all of
23       the consultants at all of the sites were done by
24       direct push sampling method, would that surprise
25       you?
```



Adam Love, Ph.D.
June 07, 2018

120

120

```
 1    A    Not necessarily.

 2    Q    It is one of the very common methods for boring;

 3         right?

 4    A    Right.

 5    Q    And it is relatively cheap?

 6    A    (Witness nods head up and down.)

 7    Q    But there are other methods?

 8    A    There are.

 9    Q    Do you know what a hypothetical question is?

10    A    Do I?

11    Q    Yes.

12    A    I believe so.

13    Q    I am going to test you.

14              Hypothetical is where I give you something

15         to be a fact, as true, and you have to use that

16         fact.

17    A    Okay.

18    Q    All right.  This is true, two plus two equals

19         five.  The hypothetical is what does two plus

20         two, plus two, plus two equal?

21    A    So given your statement, the answer to that

22         question would likely be ten.

23    Q    Yes.  You're very good at this game.  I think we

24         can play this.

25              Here is my hypothetical.  Let's preface
```



Adam Love, Ph.D.
June 07, 2018

121

121

| | | |
|---|---|---|
| 1 | | that.  What are some of the other drilling |
| 2 | | methods besides direct pushing? |
| 3 | A | There is augering.  There is hydro-punch.  I |
| 4 | | mean, it depends how deep you need to go. |
| 5 | Q | What about ultrasonic drilling, have you ever |
| 6 | | heard of that? |
| 7 | A | I have. |
| 8 | Q | Are there any advantages that you know of to |
| 9 | | ultrasonic drilling over augering or direct |
| 10 | | push? |
| 11 | A | Ultrasonic tends to keep the core intact better. |
| 12 | Q | As it has been described to me, it says that it |
| 13 | | gives a clearer picture of the geologic |
| 14 | | features.  Would you agree with that statement? |
| 15 | A | In some circumstances it can, but not in all. |
| 16 | Q | Have you ever known of the geologic features to |
| 17 | | be masked or confused by using direct push? |
| 18 | A | I mean -- |
| 19 | Q | That's a bad question.  Let me ask a different |
| 20 | | one. |
| 21 | | Can you describe for me how direct push |
| 22 | | drilling happens, physically what happens when |
| 23 | | you do a boring with direct push? |
| 24 | A | Pushing a cylinder into the ground in order to |
| 25 | | get the soil out. |



Adam Love, Ph.D.
June 07, 2018

122

122

```
 1    Q    And this cylinder is sectioned; am I right?

 2    A    Typically.  Depends on how deep you need to go.

 3    Q    And for this type of work where we are doing

 4         samples from the surface down to a, you know,

 5         depth of 40 or 50 feet, do you know how long

 6         those sections typically are?

 7    A    On the order of eight or ten feet.

 8    Q    I think the answer is four feet.  And the

 9         acetate liners are typically four feet.  And

10         every four feet you take it out and you look at

11         it and you describe what you're seeing

12         geographically.  But how do you get that into

13         the hole?

14              I mean, I'm not going to stand up and put

15         my thumb on top of it; right?

16    A    It has got a drill tip.

17    Q    Yeah.  And what drives the drill tip?

18    A    An auger.  Well, the drive of the hydraulics.

19    Q    Yeah.  I think if you watch it in the field, you

20         have got a series of links of pipe being driven

21         into the ground by a hammer.  That's why it is

22         called direct push.

23    A    That's right.

24    Q    Boom, boom, boom.  It is a very noisy operation.

25              And it is my understanding that at least
```



Adam Love, Ph.D.
123                                      June 07, 2018

                                                                    123

1        certain geologic features don't stand up well to

2        being pushed on.  If you are pushing through

3        sand, it doesn't seem to mind that a hammer is

4        driving a pipe down through it and it kind of

5        makes way and let's it through.  But when you

6        run into bedrock, the rock doesn't want to give

7        way to the drill; right?

8   A    That's right.

9   Q    And so you essentially have to put a hole into

10       the rock to get it to go down?

11  A    Right.

12  Q    Let me just go to my hypothetical.  We have some

13       boring logs on which an identifiable

14       intermediate clay layer was not present.  The

15       one you specifically identify here is MW-9, 9D,

16       and 9DD; is that correct?

17  A    That's the one we have been discussing, yes.

18  Q    Are there others?  Did you find any others or

19       are we talking about one single boring?

20  A    You know, I would have to go back.  I don't

21       remember all the boring logs that I looked at.

22       But certainly the images from the Geosyntec

23       report, as well as from the August Mack report

24       reflect that there are other borings that also

25       don't reflect a continuous clay layer.



Adam Love, Ph.D.
June 07, 2018

124

124

```
 1   Q   Other borings at this location or other borings

 2       somewhere else?

 3   A   In the vicinity.

 4   Q   Meaning still within the footprint of Threaded

 5       Rod/Von Duprin?

 6   A   Not necessarily.

 7   Q   By vicinity do you mean Zimmer?

 8   A   No.  I would say in the vicinity being southwest

 9       of Dr. A.J. Brown Avenue and down to 19th

10       Street.

11   Q   Southwest of Andrew J. Brown to 19th Street.

12       That all sounds like Von Duprin/Threaded Rod to

13       me.

14   A   It is mostly Threaded Rod, yes.

15   Q   Because there is really no dispute, we know that

16       further to the northeast, further upgradient we

17       don't see this same intermediate clay layer at

18       all.  It just stops, until we pick it up way,

19       way, way up there in that -- where is it? --

20       Figure 1-2, the one way over there, MW-10- -- I

21       can't tell if that is 105 or 106.  It's not

22       clear enough.  But it is on the far left of your

23       Figure 1-2.  We talked about that earlier.

24           If I sent a crew out to Threaded Rod

25       Von Duprin in the area of MW-9, 9D, 9DD, and I
```

Adam Love, Ph.D.
June 07, 2018

125

125

```
 1        had them use an ultrasonic drill rig to get as

 2        clear a picture of the geologic formations as

 3        possible, and they came back and said we see an

 4        intermediate clay layer, it is at least two and

 5        a half feet thick, and I gave you those results,

 6        what effect, if any, would that have on your

 7        opinion number 1?

 8   A    It would not change my opinion number 1.

 9   Q    Because the data that you like you already have?

10             MR. BOWMAN:  Objection.  Argumentative.

11             MR. GRIGGS:  I am just asking a question.

12             MR. BOWMAN:  No, it is argumentative.

13             MR. GRIGGS:  We noted your objection.  You

14        don't get to do it twice.

15   Q    Why would it not affect your opinion?

16   A    Because that's just one essentially data point,

17        where there are other data points that, one,

18        reflect the absence of a clay layer; and, two,

19        the extent and magnitude of the contamination

20        below the property is consistent with the

21        conceptual site model where there is not a

22        continuous clay layer.

23   Q    And despite there being other hypothetical

24        explanations that could result in the same

25        distribution, you still like the one where it
```



Adam Love, Ph.D.
June 07, 2018

126

126

```
 1      comes from the surface down to the deep

 2      groundwater?

 3  A   It is not about what I like.  It is the most

 4      plausible given my --

 5  Q   And by what you like I meant the most likely.

 6  A   It is the most likely explanation.

 7  Q   Not the only but the most likely?

 8  A   I mean, like I said, we could come up with

 9      hypotheticals where you could place contaminants

10      all different ways.  But this is a conceptual

11      site model of contaminant transport that fits

12      most industrial facilities.

13  Q   Let's switch gears for a second.  I'm about to

14      wrap up on this one and we will take a lunch

15      break.

16          Do you know what DNAPL is?

17  A   I do.

18  Q   And I believe that at least some of the experts

19      who have worked previously for Moran have

20      identified areas that they believe might be

21      impacted by DNAPL.

22          Do you remember seeing that in the reports?

23  A   I have definitely seen people write about that,

24      yes.

25  Q   What would you look for as an indication of the
```



Adam Love, Ph.D.
127                                June 07, 2018

127

1       potential presence for DNAPL?  What are the

2       signs that you're looking for?

3   A   So one of them would be having highest

4       concentrations at the aquitard and lower

5       concentrations as you go vertically upward,

6       assuming you're out of the source area.

7           Another would be what the concentrations

8       are at the aquitard boundary, as to whether or

9       not they reflect they're being a separate phase

10      solvent at that location.

11  Q   You mentioned or you qualified your answer by

12      saying outside of the source area.

13          Is it possible to have DNAPL in the source

14      area or directly beneath the source area?

15  A   It is.  It is just harder to see the vertical

16      concentration change underneath the source area

17      as to what's reflective of DNAPL moving up, you

18      know, dissolving into the groundwater going

19      upward versus contamination that's coming from

20      the surface going down.

21          In either case, though, the highest

22      concentrations are at the bottom.  And at least

23      it would be one indicator that there is a

24      potential for DNAPL, depending on how high the

25      concentrations are.



Adam Love, Ph.D.
June 07, 2018

128

128

1    Q    Is there a specific concentration when you are

2         dealing with chlorinated solvents that would be

3         indicative in your mind if you found a certain

4         concentration of chlorinated solvents in

5         groundwater, that that would indicate DNAPL or

6         the likelihood of DNAPL?

7              I guess I am trying to find out, is there a

8         number we should be looking for?  Should we be

9         going down the tables looking at groundwater

10        concentrations and looking for a number?

11   A    I mean, there is not a magic number that's a

12        smoking gun.  But when you start to see

13        concentrations that are, let's say, 10,000 parts

14        per billion, that for me is a red flag, that at

15        least should be for something that potentially

16        you start looking to see if that's a

17        possibility.

18   Q    And it was -- go ahead.

19   A    It may be true at lower concentrations.  But

20        certainly when you get that high, that starts to

21        be a red flag.

22   Q    And I believe in one of Mr. Irvin's reports he

23        reported concentrations down near the basil clay

24        exceeding 80,000 parts per billion, and that

25        made him suspicious that there might be DNAPL.



Adam Love, Ph.D.
129                              June 07, 2018

```
 1       Would you share that suspicion?
 2   A   Yes.  At those concentrations I would share that
 3       suspicion, yeah.
 4   Q   Did you see any concentrations like that at
 5       other locations within the plume area or were
 6       you looking for that?
 7   A   I wasn't looking for DNAPL at any of the plume
 8       areas as part of my scope.
 9   Q   How does your method -- and I am going beyond
10       opinion 1 now, but I want you to think about
11       this on our lunch break, how does your method of
12       attributing, of dealing with these
13       concentrations, how does it factor in the
14       potential or possibility that there is DNAPL
15       present under one or more of these facilities?
16   A   So the degree to which DNAPL has been sampled,
17       it would obviously get factored indirectly into
18       the average.
19   Q   If you sample DNAPL, what would the
20       concentration be?
21   A   They would be in the hundreds of millions of
22       parts per billion.
23   Q   You never seen numbers like that, have you?
24   A   No, I have not.
25   Q   Because I don't think anybody has actually
```



Adam Love, Ph.D.
June 07, 2018

130

130

```
 1      sampled the DNAPL, but we have tried to sample

 2      the aquifer profile.

 3   A  That is true.

 4   Q  And so if we got a number that was 80,000 parts

 5      per billion, that might represent or indicate

 6      DNAPL is close by, but we are not sampling the

 7      DNAPL, are we, not at those levels?

 8   A  I haven't seen any samples that would reflect

 9      those levels.

10   Q  So if there are no samples, then they are not in

11      your database?

12   A  I don't recall of there being any data in the

13      database that reflects DNAPL concentrations

14      directly.

15   Q  I agree.  And my question that we are going to

16      start with when we get back or get to soon after

17      we get back is your method of averaging

18      concentrations that we do have, how does it take

19      into account the concentration of DNAPL that may

20      well be present but never got sampled.  That's

21      where I want to break.

22          MR. BOWMAN:  Okay.  Great.

23          (A lunch recess was taken between

24      12:30 p.m. and 1:24 p.m.)

25          MR. GRIGGS:  Let's go back on.
```



Adam Love, Ph.D.
131                        June 07, 2018

                                                           131

1      BY MR. GRIGGS:

2   Q   Dr. Love, we are continuing your deposition

3       after a lunch break.

4           And we are going to be looking at your

5       expert report, Exhibit 3, starting at page 11,

6       opinion number 2.

7   A   I am there.

8   Q   Okay.  You opine that it is possible to divide

9       the chlorinated solvent contamination based on

10      geographic and chemical characteristics.

11          Can you tell me the process you used to

12      divide the chlorinated solvent contamination

13      geographically?

14  A   Sure.  So the first step geographically was to

15      look at essentially upgradient of the

16      Threaded Rod property and downgradient of the

17      Threaded Rod property.

18          Knowing that Threaded Rod was -- and when I

19      say "Threaded Rod," I mean by all prior

20      owner-occupants.

21  Q   You mean the site, not the business?

22  A   The site, exactly.  Was unlikely to contribute

23      to contamination upgradient.  And so the first

24      geographic delineation was to separate the sites

25      that are upgradient of the Threaded Rod from the



Adam Love, Ph.D.
June 07, 2018

132

132

```
 1        Threaded Rod site.

 2   Q    If I can stop you one second.  Does that mean

 3        that the Threaded Rod site was included in the

 4        downgradient category?

 5   A    Yes.  All of the sites were included in the

 6        downgradient.

 7   Q    If you weren't upgradient, you were

 8        downgradient?  It would be one or the other;

 9        right?

10   A    Well, no.  Or both.

11   Q    Or both.

12   A    So the upgradient ones are included only in --

13        are included in the upgradient ones.  The

14        downgradient plume includes Threaded Rod, plus

15        all the upgradient sites.

16   Q    So you were describing the process you used to

17        divide the chlorinated solvent contamination

18        geographically?

19   A    So there was that geographic distinction that

20        was made.  The other geographic distinctions was

21        in the areas of soil contamination in the

22        upgradient areas between Ertel, Zimmer, and

23        Moran.

24   Q    And how did that work?

25   A    How did the geographic distinctions work?
```



Adam Love, Ph.D.
June 07, 2018

133

133

1  Q   Yes.

2  A   So looking at the --

3  Q   And are we crossing into opinion 3 territory at

4      that point?

5  A   Yes.

6  Q   Okay.

7  A   This is the methodology to how the numbers got

8      calculated for opinion 3.

9  Q   Let's go ahead and let you describe how you then

10     separated the upgradient, that's what we are

11     talking about, right, upgradient area further

12     geographically into those three facilities?

13  A  Right.  Essentially the upgradient area was

14     divided first to the two small, distinct

15     groundwater plumes that we talked about earlier.

16     The one that's sort of north of Ertel and the

17     teeny, teeny, tiny one that's associated with

18     the Zimmer site.

19         The rest of the contamination, rather than

20     using the groundwater concentrations, which

21     appear to be co-mingled, I went and used

22     essentially the soil concentrations above ten

23     feet to identify geographic impacts on each of

24     those properties separately.

25  Q   Okay.  And were you able to assign some sort of



Adam Love, Ph.D.
June 07, 2018

134

1   a magnitude, volume, or mass to each of those

2   separate areas?

3  A   Yes.

4  Q   And then by comparing those, was it mass or was

5      it volume or something else?

6  A   Well, it had to be mass.

7  Q   So by comparing those relative masses you were

8      able to come up with a numeric value for each

9      site?

10 A   That's right.

11 Q   You also say that you were able to divide based

12     on chemical characteristics, can you describe

13     that process?

14 A   Right.  And that was the distinction that was

15     made between the contributions from the Threaded

16     Rod property and the upgradient sources.

17     Because the chlorinated DOC concentrations in

18     the near surface soils at the Threaded Rod

19     property are chemically distinct from what was

20     coming in from upgradient.  And so based on

21     those differences in the chemical signature, we

22     could distinguish the contribution that was

23     coming from Threaded Rod property and those that

24     were coming from the upgradient that were all

25     continuing downgradient.



Adam Love, Ph.D.
June 07, 2018

135

135

```
 1   Q   And those chemical characteristics, are we

 2       talking about the proportion of PCE or ratio of

 3       PCE to TCE as one of those characteristics?

 4   A   That's the primary one, yes.

 5   Q   And you did identify some levels of PCE in the

 6       upgradient area; correct?

 7   A   There were some PC detections in the

 8       groundwater, in the upgradient area, but there

 9       wasn't any in the samples that were taken

10       immediately upgradient from the Threaded Rod

11       property.

12   Q   And one of the mechanics of a chlorinated

13       solvent plume is dechlorination, at least that's

14       what we hope happens, and do you know what PCE

15       degrades to?

16   A   It will initially degrade to TCE.

17   Q   And then if we are lucky, it is going to go from

18       TCE to 1,2-cis?

19   A   Cis-1,2-DCE.

20   Q   And from that to vinyl chloride, we hope, and

21       from that we only have one step to go; right?

22   A   That's right.

23   Q   How are you able to distinguish degradation

24       products from original source contamination?

25   A   What are you talking about?
```



Adam Love, Ph.D.
June 07, 2018

136

 1   Q   Anywhere.  Did you have some kind of a chemical

 2       marker that you could look at that said that

 3       molecule of TCE was originally PCE and that one

 4       was not?

 5   A   No.  So we looked at the total chlorinated VOC

 6       concentrations and allocated those.

 7   Q   Okay.

 8   A   The only exception to that really is at the

 9       Threaded Rod property where we used the PCE to

10       TCE ratio in the soil in order to -- TCE

11       presumably being a degradation product of the PC

12       that was released as being specifically

13       identified and subtracted out from the

14       groundwater contribution.

15   Q   That was done on the Threaded Rod/Von Duprin

16       site specifically; correct?

17   A   That was done on the entire plume downgradient

18       of the Threaded Rod.

19   Q   Entire downgradient.  Okay.  In this process of

20       dividing the relative mass of total chlorinated

21       solvent, not a specific PCE, TCE, BC, but the

22       total CVOCs, how did you decide where a

23       particular -- which property got a particular

24       boring if it was on or near a property boundary?

25   A   I put a figure that shows where the boundaries



Adam Love, Ph.D.
June 07, 2018

137

137

```
 1        are.  So the Figure 3.1.

 2   Q    3.1, I got it.

 3   A    So that shows the first cut in terms of the

 4        plume that was in Ertel north and also shows the

 5        Zimmer building to the right.  And then the

 6        Figure 3.5 shows the boundaries for the Ertel

 7        building, the Zimmer Paper building, and the

 8        Moran property.

 9              So the Zimmer Paper building in

10        Figure 3.5 is the solid box.

11   Q    Yeah.

12   A    The Ertel building is essentially the dotted

13        line north, all of those north points north.

14        And Moran is all the data points south of that

15        dotted line, you know, east of the street.

16   Q    I don't think I am going to be able to read the

17        street names.  But it looks like it is 19th

18        Street at the bottom.  I can see Andrew J.

19        Brown, because it runs between --

20   A    That's right.

21   Q    -- Threaded Rod and Ertel.  So I am looking at

22        your Figure 3-5, and I am looking at that dotted

23        line that separates Ertel on the north and Moran

24        on the south.

25   A    Right.
```



Adam Love, Ph.D.
June 07, 2018

138

1    Q    That dotted line goes through at least three

2         borings, one yellow, one light blue, and one

3         green.  Where would I go to find out which site

4         got allocated what's represented by those three

5         dots?

6    A    Well, so the contouring would have taken into

7         account all of those borings on either side of

8         those points.  And so what was integrated was

9         the integration of the contours, not assigning

10        individual data points.  And so both sides of

11        that line has that data incorporated with it

12        because the contour lines took those into

13        account.

14   Q    So you put all the data in and created contours?

15   A    Right.

16   Q    How did you then turn the contour into a numeric

17        value, which for Zimmer was 29?

18   A    Right.  So this is something you draw the

19        boundary around the area and Surfer will give

20        you an integration of what that is.

21   Q    And since you're drawing that boundary, assuming

22        you have a common boundary like we do here, what

23        you're saying is it uses that boundary data both

24        times, the box above and the box below, both

25        have what's on the line?



Adam Love, Ph.D.
139                                          June 07, 2018

139

1    A    It is not a double counting.

2    Q    Right.  I understand that.

3    A    Yeah.  But, I mean, in this case, the total soil

4         CVOCs are contoured as one dataset.  And so the

5         data points are shown just to show you the data

6         density.  But the data points themselves weren't

7         specifically used in the calculation that

8         contours are used in the calculation.

9    Q    Contours come from the data?

10   A    Right.

11   Q    And it is kind of circular, isn't it?

12   A    Right.

13   Q    If I took your dataset from your spreadsheet and

14        I put that data into Surfer and I used default

15        settings, can I produce the same figures that

16        you have in your report?

17   A    You should be able to, yes.  With trapezoid old

18        rule integration.  That's specified in there.

19   Q    And am I correct in remembering that you never

20        touched the keyboard attached to Surfer

21        yourself, you supervised it, monitored it, but

22        somebody else actually conducted the runs?

23   A    Somebody else actually did the figures in

24        Surfer, yes.

25             I have used Surfer hundreds of times, I



Adam Love, Ph.D.
June 07, 2018

140

140

```
 1       just didn't do it on this project.

 2    Q  Right.  There was mention particularly in one of

 3       Janna Stathyelich's reports of sewer line

 4       effects?

 5    A  Uh-huh.

 6    Q  Do you recall that?

 7    A  I do.

 8    Q  What, if any, bearing did the sewer line effects

 9       have on your opinion 2 and 3?

10    A  I would say the primary impact it has, sewer

11       lines as well as other subsurface utilities, was

12       that it made the groundwater contributions from

13       Ertel, Zimmer, and Moran, it's less easy to

14       distinguish solely by looking at the groundwater

15       concentrations.

16           Even if you saw hotspots in the groundwater

17       in the subsurface, you wouldn't necessarily be

18       confident that what you were seeing didn't

19       result from some transport first along utility

20       pathways, before then being transported

21       vertically.  So it was one of the motivations to

22       create the divisibility among the upgradient

23       parties on soil data and not on the groundwater

24       data.

25           The other and the only other impact, which
```



Adam Love, Ph.D.
141                              June 07, 2018

                                                                  141

1        I point out in one of the figures, in Figure

2        3.1, looking at total groundwater CVOC

3        concentrations, you can see there is a couple in

4        between, you know, sort of on the Moran property

5        and then on the road in between Moran and

6        Threaded Rod there is a couple sort of hotspots

7        of concentration that, from my understanding,

8        are consistent with some of the sewer pathways

9        from, you know, that area of the upgradient

10       property.  That sort of might reasonably explain

11       why those hotspots are there.

12   Q   So the hotspot shown in Figure 3-1 in the middle

13       of Dr. Andrew J. Brown?

14   A   Yes.

15   Q   This is a groundwater hotspot; correct?

16   A   It is.

17   Q   And by using soil data, this hotspot didn't come

18       into how you determine the numbers for the

19       various facilities?  Is that what I am hearing?

20   A   No.  That concentration of CVOCs in the

21       groundwater would have been attributed to the

22       upgradient parties.

23   Q   So it is only in dividing the upgradient between

24       the various facilities that you relied on the

25       soil data as opposed to groundwater data?



Adam Love, Ph.D.
June 07, 2018

142

1    A    That's right.

2    Q    So first cut it is groundwater, downgradient

3         from upgradient, and then in focusing on the

4         upgradient you turn to the soil data as the best

5         indicator of who contributed how much?

6    A    That's right.  That was the best method for

7         divisibility among the upgradient parts.

8    Q    The soil data, I'm looking for your note, and it

9         may have been back on -- I am looking for a note

10        that says you used data going back to 2004.  Let

11        me find that.

12   A    That's on Figure B-1.

13   Q    That's the one I am looking for.

14             Did you have data back to 2004 for every

15        one of these four facilities?

16   A    No, I don't believe so.

17   Q    Isn't it correct that the dataset for each

18        facility didn't necessarily match up with the

19        others, some started in as early as '04, some

20        didn't come until, you know, '08 or '09, so

21        there is a temporal shift in the various

22        datasets; is that correct?

23   A    I wouldn't describe it as a shift, but there is

24        a number of different data points that were

25        collected over time at different properties.



Adam Love, Ph.D.
June 07, 2018

143

143

```
 1   Q   Does the length of time -- let me ask it a
 2       different way.  Did you find that for some sites
 3       you had a higher density of data points than for
 4       other facilities?
 5   A   I don't think I -- I didn't do a specific data
 6       density analysis to know how much the data
 7       density was different between the different
 8       sites.
 9           I can tell you in general there was lots of
10       data points taken in this area.
11   Q   I am looking at Figure 2-1, pages 13 and 14,
12       various constituents, that almost looks like the
13       data sampling boring locations are maybe the
14       same across all four of those, just in some
15       cases you didn't have a particular constituent,
16       so you had lots and lots of purple for PCE on
17       the top figure of 2-1, but we still got the data
18       points, and then we have the same data points
19       down below, but there's a lot more yellow and
20       orange for TCE.
21           Do you see that?
22   A   I do.
23   Q   But you didn't do any kind of analysis about how
24       many data points were from Ertel versus how many
25       were from Zimmer versus how many were from Moran
```



Adam Love, Ph.D.
June 07, 2018

144

144

1       versus how many from Threaded Rod?

2   A   I didn't specifically do that analysis.

3   Q   Did you feel that you had sufficient data for

4       each of the four sites to reach your

5       conclusions?

6   A   Yes.  I mean, this is more data than we have at

7       more sites that we do site assessments for.

8   Q   So not only do these borings represent at least

9       one sample, in some cases they may represent

10      many samples, vertically and temporally?

11  A   That's right.

12  Q   And did you do anything to distinguish the data

13      points for which you had ten years of data

14      versus those for which you had one moment in

15      time or are those two the same?

16  A   The same in terms of what?

17  Q   I have a data point that has ten samples.  I add

18      them up, I divide by ten to get an average.  I

19      assign that average number to that data point.

20      I go to another data point, I have one sample.

21      So I average it by using it, because it is its

22      own average.

23          Now I want to know if those two points, the

24      one with ten data points or ten sample analyses

25      that have been averaged into one and the one



Adam Love, Ph.D.
145                          June 07, 2018

```
 1        that only has one are now, for purposes of

 2        creating these figures and forming your

 3        opinions, are they treated the same?

 4   A    Yes, the data would all get contoured together.

 5   Q    Right.  Okay.  So whether I have 20 samples out

 6        of that hole or whether I have 2, I take the

 7        average for that hole and that's what I put into

 8        the program, contour from that?

 9   A    Those are the best data we have that represent

10        that location.

11   Q    How did you take into account any changes at

12        these facilities that occurred either prior to

13        or after the samples were taken?

14           For example, excavations of soil, how was

15        that accounted for?

16   A    So all of the samples that were taken, all the

17        investigation samples that were taken over time

18        were a part of the average.

19   Q    Okay.  So if I only have soil samples after I

20        removed a bunch of soil, are those soil samples

21        still representative of the conditions that

22        existed before I excavated the soil?

23   A    I don't believe the database has any of the

24        post-excavation confirmation samples.  They

25        would only have investigation samples.
```



Adam Love, Ph.D.
146                                    June 07, 2018

146

```
 1   Q   So you're talking about things like side wall

 2       and bottom samples?  Is that what you mean by

 3       confirmation samples?

 4   A   Yes.

 5   Q   So you believe those were excluded?

 6   A   To my recollection, yeah.

 7   Q   Okay.

 8   A   The original site investigation data is the data

 9       that's in there, not the post-remediation data.

10   Q   A couple of different consultants, one for Moran

11       and one for Von Duprin, collected samples in

12       the, what's often referred to as the alley,

13       between Zimmer, Ertel on the north and Moran on

14       the south.  Those samples were collected long

15       after, years after Ertel was remediated, Zimmer

16       was remediated, and Moran was remediated.  Are

17       you telling me that because those are

18       post-remediation samples they were not

19       considered in the dataset?

20           MR. BOWMAN:  Objection.  Lack of

21       foundation.

22           MR. GRIGGS:  Hold on.

23           MR. BOWMAN:  It assumes facts not in

24       evidence that those samples were taken within an

25       excavation area.
```



Adam Love, Ph.D.
June 07, 2018

147

147

```
1        MR. GRIGGS:  No, they were not.  I am
2   certainly not suggesting that.  I never said
3   that.
4        MR. BOWMAN:  Okay.
5        MR. GRIGGS:  I am asking if they were taken
6   after the excavations were done.  And if they
7   were, which they were, were they used as part of
8   the dataset.
9   A  I don't have that information memorized.  I
10   would have to spend the time and specifically
11   research that question.
12   Q  Can you identify for me one sample from the
13   Zimmer Paper property that was collected before
14   the UST was removed and the soil excavated
15   around it?  Just one.
16   A  I can't sitting here, but that doesn't mean that
17   the samples that were taken weren't still
18   considered investigation samples, given the lack
19   of understanding where the margins of the
20   excavation went.
21   Q  Maybe this is the problem.  Tell me what you
22   mean by an investigation sample.  Because I may
23   not be thinking what you're saying.
24   A  Samples that are taken in order to delineate the
25   extent and magnitude of contamination at the
```



Adam Love, Ph.D.
148                                June 07, 2018

148

```
 1        site.

 2   Q    And that sample is taken to delineate the

 3        conditions that exist at the time the sample was

 4        taken?

 5   A    That's right.

 6   Q    They don't tell you necessarily what the

 7        conditions were like ten years before that?

 8   A    They cannot.

 9   Q    They cannot.  But we have established that the

10        oldest data in your database is 2004?

11   A    I believe that's true.

12   Q    So if there was remediation done prior to 2004,

13        that would predate all of the data in your

14        database?

15   A    It would.

16   Q    Does that mean that the data in your database is

17        no longer considered investigation -- sorry, is

18        no longer considered site investigation data?

19   A    No, I would still consider it to be site

20        investigation data.

21   Q    Do you know what the density is of data from

22        each of the years between 2004 and 2018?

23   A    I haven't done any analysis.

24   Q    Is it in the database?

25   A    The database has all of the data.
```



Adam Love, Ph.D.
June 07, 2018

149

149

```
1   Q   So if we ran a search for 2004 and we got ten

2       hits, that would mean ten data points in 2004?

3   A   It depends what you mean by hits.  But it could

4       be one data point with ten different chemicals.

5       It could be one location with ten different

6       samples or it could be ten different locations,

7       depending on what you're describing as hits.

8   Q   So, and I don't want to -- we decided it is

9       going to be very cumbersome to deal with the

10      Excel spreadsheet, because the assistant wants

11      it in pdf, and we don't think it is going to be

12      very useful for you if it is in PDF.

13  A   Okay.

14  Q   We are going to upload it.

15          MS. FRENCH:  It is uploaded.

16  Q   And make it an exhibit so that we know it was

17      here.

18  A   Yep.

19  Q   But I don't think it is going to help us too

20      much.

21          But in looking at it, it looked like each

22      data point was separately listed in the

23      database, such that if I sampled groundwater at

24      three different vertical depths, all three of

25      those appear in the database?
```



Adam Love, Ph.D.
150                              June 07, 2018

150

1    A    That's right.

2    Q    And you described earlier that you took those

3         three values, actually all the values for that

4         boring, which include those three and maybe

5         three from three months ago and three from six

6         months ago and you average those, you got a

7         single value for that boring.

8    A    For each location.

9    Q    For each location.  Where are those results?  Is

10        there a separate database that just has the

11        compiled data values?

12            I mean, you would have needed that, right,

13        to input it into Surfer?

14   A    That's right.  That would be the input file for

15        Surfer.  So, yes, there is an Excel file that

16        has those averages.

17            MR. GRIGGS:  Do we have a second Excel

18        file?

19            MS. FRENCH:  No.

20   Q    Well, I don't think we have that.

21   A    That wasn't provided to me.  That was our

22        calculations.

23   Q    And you didn't think that was covered by the

24        description of documents in the subpoena that

25        you got?



Adam Love, Ph.D.
June 07, 2018

151

151

```
 1   A   I was directed by counsel to bring the documents

 2       that were provided to me.

 3           MR. BOWMAN:  Well, we can get that.

 4   Q   There are several other documents we think we

 5       are missing as well, so we will cover those at

 6       the end.

 7           So we have established, I think, the

 8       process that you used to go from individual data

 9       points.  And what we were discussing and trying

10       to get to is at some point in time, and it looks

11       like the date for Zimmer may have been 2007, I

12       will have to confirm that, but at some point

13       they went in and removed a great big underground

14       tank from that property.  It was filled with

15       some sort of sludge.  I am using the terms that

16       were used in the reports.  That sludge was never

17       sampled.  It was disposed of and so was the

18       tank.

19           And my question is, without information

20       about that tank, that sludge, and the thousands

21       of tons of soil surrounding it that were hauled

22       off, how do we know that the analysis in terms

23       of contribution, relative upgradient to

24       downgradient is accurate?

25   A   So that wouldn't affect the contribution to
```



152

```
 1        upgradient to downgradient at all.

 2   Q    Okay.

 3   A    That would only affect the distribution amongst

 4        Zimmer, Ertel, and Moran.

 5   Q    That's when you used the soil data?

 6   A    That's right.

 7   Q    Let me ask a second question.  I agree with

 8        that.

 9             Next question is, when contaminants,

10        particularly chlorinated solvent contaminants,

11        because that's what's at issue here, reach the

12        groundwater, do they move or do they hit the

13        water and stop?

14   A    Typically they will move in the direction of the

15        groundwater flow direction.

16   Q    And that's what we mean by plume migration?

17   A    That is.

18   Q    And as you already mentioned, they move in the

19        direction of the groundwater flow, which is what

20        we call downgradient?

21   A    That is.

22   Q    So if I had contamination at one of the northern

23        properties, let's pick Zimmer, because nobody is

24        here for Zimmer, and it had a release, maybe

25        from this underground tank that is now gone, and
```



Adam Love, Ph.D.
June 07, 2018

```
 1        that stuff went into the groundwater.  And we

 2        know from McInnes' report there is a profile

 3        from the soil to the groundwater.  You said you

 4        saw that same thing and agreed with that.  Once

 5        it got to the groundwater where did it go?

 6    A   It would have moved with the flow of the

 7        groundwater.

 8    Q   Right.  It went downgradient.  How far did it

 9        go?

10    A   Depends on when it entered the water and how

11        much time it was there.

12    Q   Do you know how much entered the water?

13    A   Do I know how much what entered the water?

14    Q   How much of the contamination actually entered

15        the groundwater.

16    A   I haven't done an analysis of the specific mass

17        that went from the soil to the groundwater, no.

18    Q   And it would be kind of hard to do that without

19        knowing what the initial concentration in the

20        soil was?

21    A   If the concentration in the soil was different

22        than what was measured, then we don't know that.

23    Q   Okay.  And I am not sure it was ever measured.

24        We know that some side wall and some bottom

25        samples were taken, but those hardly reflect the
```



Adam Love, Ph.D.
June 07, 2018

154

154

```
 1        conditions of the material that was removed, do

 2        they?

 3    A   Not if you have done a good examination.

 4    Q   Right.  The whole point is to get rid of this

 5        stuff that's contaminated and get clean margins,

 6        which they didn't.  So we don't know how much

 7        went from the soil to the groundwater at Zimmer.

 8            Do we have any more of an idea of how far

 9        it went over some period of time, how far in a

10        year, how far in five years, how far in ten

11        years?

12    A   Well, we know how big the plume is in terms of

13        what the maximum extent could be.  We also have

14        some information on the groundwater flow

15        velocity.  And so there are certainly methods,

16        if you wanted to sort of play out a given

17        release scenario, you could come up with some

18        plausible estimates of how far it would go over

19        a certain amount of time.

20    Q   Did you do any work in that area as part of your

21        efforts?

22    A   I did do some plume calculations.  But

23        ultimately they weren't the basis of any of my

24        opinions.

25    Q   So you're aware of it, but it doesn't have a
```



Adam Love, Ph.D.
155                              June 07, 2018

155

```
 1        bearing on the three opinions you wrote here?
 2    A   That's right.
 3    Q   What I am concerned about is the temporal
 4        compression averaging, is that it doesn't take
 5        into account the movement over time of
 6        contaminants.
 7            Do you understand the concern I have?
 8    A   I understand what you're saying.
 9    Q   There are contaminants and they move.  And what
10        I am trying to figure out is you took all the
11        data from a particular point and averaged it
12        over time and got a single value.  And I am
13        trying to understand whether that value, the
14        averaged value or any of the individual values
15        would represent, would fairly represent that
16        point other than at the time the sample was
17        taken, because things changed in between the
18        time.  Water moved.  Contaminants moved.
19            How can that point represent anything other
20        than the moment that the sample was collected?
21    A   So given the variability of the data that was
22        collected, the plume actually appears to be
23        fairly stable, which means the mass going into
24        the groundwater appears to be sort of leaving at
25        the same rate.
```



Adam Love, Ph.D.
156                    June 07, 2018

156

```
 1              And so the plume itself, when you look at

 2        how the concentrations have varied over time,

 3        don't show a significant change, a significant

 4        movement, as you describe it, downgradient.  And

 5        so because of that, averaging the samples in

 6        time is valid.

 7   Q    So if the plume is stable and the influx of

 8        contamination and the contamination that's being

 9        either degraded or leaving the area is about

10        equal, then the plume is going to look the same

11        over time?

12   A    Within the variability of the sample collection.

13              MR. GRIGGS:  We may need to hire this guy

14        for a plume stability with IDEM, because IDEM

15        ain't buying it.  They're saying this ain't a

16        stable plume.

17              You know why they think it is not?  Because

18        it has got DNAPL under it.  And they say you

19        can't have a stable plume when you are back

20        diffusing contaminants into the groundwater all

21        the time from the DNAPL.

22              MR. BOWMAN:  Well, for the record, I will

23        object that an analysis of whether a regulator,

24        and I am saying this for purposes --

25              MR. GRIGGS:  Sure.
```



Adam Love, Ph.D.
157                          June 07, 2018

157

1          MR. BOWMAN:  The analysis of a regulator

2     whether a plume is stable for purposes of

3     closure is different than is it stable for

4     purposes of the kind of analyses he did.  But

5     let me not testify.

6          MR. GRIGGS:  No.  And I wasn't asking a

7     question either.

8   Q  Let me ask a question.

9          MR. BOWMAN:  I may have something for you.

10  A  Well, mass transport limitation of DNAPL can

11     absolutely create a stable flow.  It is

12     actually, in many cases, the specific phenomena

13     that does create the stable plume.

14  Q  The term used was mass what?

15  A  Mass transport limitation of DNAPL into the

16     groundwater.  Oftentimes is exactly the

17     situation that sets up the stable plume.

18  Q  So you're saying if the mass transfer from DNAPL

19     is slow compared to the degradation rate, for

20     example, so you're losing more chlorinates than

21     you're adding, that's going to be a stable

22     plume?

23  A  Well, that's actually a shrinking plume in that

24     case.

25  Q  Sure.



Adam Love, Ph.D.
June 07, 2018

1   A   A stable plume -- like when they are equal, it

2       would be a stable plume.

3   Q   Did you do any statistical analysis to determine

4       or to -- any statistical analysis to confirm

5       that this is a stable plume?

6   A   I didn't specifically do a test.  I graphed the

7       data and looked at it and the variability

8       overlapped all the different time periods.

9   Q   Are you saying you eyeballed it?

10  A   I am saying that you could tell, based on

11      observations, you could see that there wasn't a

12      shift in the data.

13  Q   You heard of some guys named Mann and Kendall;

14      right?

15  A   I have.

16  Q   And they have this test, statistical test,

17      throws out the outliers, focus on the real data

18      to determine if a plume is stable or not.  Have

19      you used that before?

20  A   I have.

21  Q   You didn't do that here?

22  A   I did not.

23  Q   But you think if you did, it would produce a

24      result that said this is a stable plume?

25  A   The variability in the data is such that I don't



Adam Love, Ph.D.
June 07, 2018

159

```
 1        think you could -- unless there was a huge shift

 2        in the plume, I don't think you could see it.

 3   Q    Has the plume stopped expanding in the

 4        downgradient direction?

 5   A    My recollection is that it has.

 6   Q    At least would you be able to agree that it at

 7        least has been delineated?

 8   A    It has certainly been delineated.

 9   Q    And I'm going to give myself a hypothetical

10        here.  If I accept your premise that the plume

11        has, as of today, achieved some level of

12        stability or near stability, do you have any way

13        of knowing or determining when it reached that

14        state, how long has it been in that state?

15   A    I think there are methods you could do, but I

16        haven't specifically done an analysis to answer

17        that question.

18   Q    Let me ask you this.  Regardless of whether it

19        is stable or not today, would you agree that

20        among and between the various sources that are

21        identified in your report, there was a time when

22        the plume was unstable?

23   A    Yes.

24   Q    And during that time of instability, can you

25        tell me how much chlorinated solvent
```



Adam Love, Ph.D.
June 07, 2018

160

160

```
 1        contamination moved from the upgradient area to

 2        the downgradient area?

 3   A    At some snapshot in time, is that your question?

 4   Q    No.  Over the entire period of time.  How much

 5        mass got across Andrew J. Brown?

 6   A    Yeah.

 7             MR. BOWMAN:  While the plume -- I am trying

 8        to understand the question.  While the plume was

 9        unstable?

10             MR. GRIGGS:  Yeah.  If it is stable, it is

11        essentially stopped.  If it stops, it doesn't

12        get across the road.

13   A    We can't account for stuff that has degraded

14        away.  But for chlorinated VOCs that are there,

15        you can apportion between stuff that came from

16        upgradient of the Threaded Rod property and

17        stuff that came from the Threaded Rod property.

18   Q    How can you make that apportionment between

19        those sources, those location sources?

20   A    So in opinion 3 I explain that the methodology

21        starts by integrating the total mass of the

22        entire plume and then integrating the mass of

23        the plume from the Von Duprin site downgradient.

24        So that divides the mass into Von Duprin to

25        downgradient and upgradient.
```



Adam Love, Ph.D.
161                              June 07, 2018

161

1        From there, you can look at the unique

2    chemical signature of the PCE to TCE that's

3    coming from the Threaded Rod property compared

4    to what's coming in from upgradient.  And you

5    can use the ratio of PC and TC that you see in

6    the source area at the Threaded Rod property.

7    And if you apply that same ratio to the

8    groundwater underneath, you end up essentially

9    apportioning all of the PCE downgradient and

10   some portion of the TCE downgradient to the

11   Threaded Rod property, which what then remains

12   is an unaccounted for portion of the TCE and all

13   of the cis-1,2-DCE, using the approach that I

14   took, that gets attributed to the upgradient

15   parties.

16       Now a couple things to note is that when we

17   do that and we subtract out the PC and TC,

18   that's the same characteristics of the

19   Threaded Rod property, the TCE that remains is

20   nearly identical to what's observed in the TCE

21   concentration that's coming in from upgradient.

22       Another thing to note is because we haven't

23   apportioned any of the cis-1,2-DCE using our

24   approach to the Threaded Rod property, the total

25   mass using this methodology for Threaded Rod is



Adam Love, Ph.D.
162                                    June 07, 2018

162

```
 1        really the minimum, because there is some

 2        component of cis-1,2-DCE that, in reality, is

 3        expected to come from the contamination at

 4        Threaded Rod property also for degradation.

 5   Q    The plume gets divided first between upgradient

 6        and downgradient based solely on groundwater,

 7        the soil has nothing to do with it?  Do you

 8        agree?

 9   A    The contribution to contribution of groundwater,

10        yes.

11   Q    So whatever portion of that, was it 13 percent,

12        got allocated to the upgradient, you got a

13        diagram in here somewhere?  Yeah.

14   A    13 percent --

15   Q    Table 2.

16   A    -- of the total chlorinated VOC mass is

17        upgradient of the Von Duprin property and

18        87 percent is at the Von Duprin property and

19        downgradient.

20   Q    Got it.  And then the second step is to find out

21        how much of the 87 percent came from Threaded

22        Rod, and once we know that we can subtract, and

23        the balance, 87 percent minus whatever the

24        Threaded Rod contribution was, that's how much

25        came from upgradient?
```



Adam Love, Ph.D.
June 07, 2018

163

163

```
 1   A   That's right.  And when you do that, you get

 2       numbers that are consistent with what the

 3       chemical characteristics are of the groundwater

 4       upgradient.

 5   Q   Today?

 6   A   All of our calculations are based on --

 7   Q   Or the average of the day?

 8   A   Right.  Are based on the data that we have

 9       within the last ten years or so.

10   Q   In your experience, does the level of

11       groundwater contamination over time go down

12       after the source material is removed, in this

13       case, the source being soil contamination?

14          MR. BOWMAN:  Object.  And lack of

15       foundation.  Incomplete hypothetical.

16          MR. GRIGGS:  He is an expert.

17          MR. BOWMAN:  I know.  I don't think there

18       is sufficient foundation for the question.  Or

19       it is an incomplete hypothetical.

20          MR. GRIGGS:  All right.

21          MR. BOWMAN:  But if he can answer it,

22       then --

23   A   I think it depends on the situation as to how

24       long it would take for it to drop.

25   Q   But it can't go up, right, and there is one
```



Adam Love, Ph.D.
June 07, 2018

164

1       direction it can go.  It is like gravity.  If I

2       hold this out, this can of Coke and I drop it, I

3       guarantee it is going to go down.  If I have got

4       a big slug of contamination in the soil and I

5       take it away, it seems pretty difficult for the

6       groundwater concentrations to go up.  How is it

7       going to happen?

8    A  Well, there are other variables that impact

9       groundwater concentration that actually could

10      make the groundwater go up if you have done some

11      soil excavation.

12          And so it is possible for the groundwater

13      concentrations to go up, but that would be

14      because there's lots of different variables that

15      impact groundwater.

16   Q  In the short-term?  If I loosened up some, you

17      know, absorbed contamination, is there any way

18      over a significant period of time that my

19      groundwater concentrations can rise if I'm not

20      adding contamination to the groundwater?

21   A  So from a long-term perspective, 100-year

22      perspective, you would expect the groundwater

23      concentration to go down over time.

24          The year-to-year fluctuations in

25      groundwater elevation, I think all of that can



Adam Love, Ph.D.

165

```
 1    cause, on a year-to-year basis, variability

 2    where you wouldn't necessarily see the trend on

 3    a, you know, five-year-time scale.

 4         MR. GRIGGS:  We haven't been at quite an

 5    hour, but I came in here thinking I would have

 6    time to go to the restroom, and I didn't, so if

 7    we take a break now?

 8         MR. BOWMAN:  I came in here thinking we

 9    would be done by 2:30.

10         MR. GRIGGS:  You were wrong.

11         (A recess was taken 2:18 p.m. and between

12    2:24 p.m.)

13         (Love Deposition Exhibit 10 was marked for

14    identification.)

15         MR. GRIGGS:  Back on the record continuing

16    the deposition.

17    BY MR. GRIGGS:

18    Q    This bathroom break was very helpful.

19         As I was looking at the faucets and the

20    sink, I thought that sink could be the area

21    occupied by a co-mingled plume.  If we had three

22    taps, all that put contaminated water into that

23    same sink or same bucket, would that fairly

24    represent a co-mingled plume?  The sink is the

25    area identified as the plume area.  Are you with
```



Adam Love, Ph.D.
June 07, 2018

1      me so far?

2   A  If there were three different water sources

3      going into the sink and the water was all mixing

4      together, then the water in the sink would be

5      co-mingled, yes.

6   Q  And let's say I opened this tap at 12 noon and I

7      opened this tap at 2 p.m. and I opened this tap

8      at 6 p.m., and the rates of water may be varied,

9      maybe not, maybe the flux is identical.  It

10     would be easier mathematically if it was

11     identical; right?  But maybe the concentrations

12     of contamination in each of the three taps is

13     different.  And so what I end up with is some

14     mass with a certain concentration of CVOCs.  Are

15     we together so far?

16  A  I understand what you're saying.

17  Q  At three p.m. I am going to turn this tap off,

18     because what I did is I went and cleaned up the

19     source area.  Now there is still a little bit in

20     the pipe that's going to have to flow down and

21     it is going to take awhile to get down there,

22     but no new stuff is coming in out of tap number

23     one.  Are you still with me?

24  A  I am with you.

25  Q  And I am going to leave tap two on, no cleanup



Adam Love, Ph.D.
June 07, 2018

167

167

```
 1        there, but at ten p.m. I'm going to turn off tap

 2        three, so there is just a trickle that

 3        eventually has to work its way out of the pipe

 4        there.  And then I am going to let several days

 5        go by, still got stuff coming in from two, and

 6        then we are going to say how much did each tap

 7        contribute to the mass that's in there.

 8            Can you apply your process, your method to

 9        show me how you would get this answer and it not

10        result in tap two, which is still open, being

11        the largest contributor by a long shot?

12   A    Obviously, you just laid out a pretty

13        complicated hypothetical.  Are you asking for

14        what's in the sink or what went down the drain?

15   Q    Well, the only thing we can test is what's in

16        the sink.  That's what we have been sampling in

17        all these data points, right, the groundwater

18        that exists in the plume?

19            MR. BOWMAN:  Objection.  Misstates the

20        testimony.  We have sampled soil.  We have

21        sampled groundwater.

22   A    I guess I wouldn't necessarily equate the sink

23        with being the entire groundwater basin.

24   Q    Okay.  Because it doesn't have -- what, are we

25        missing a drain?  Do we need to close off the
```



Adam Love, Ph.D.
168                          June 07, 2018

168

1      drain so it all stays in?

2   A   Got you.  So this is water that is not draining

3      out of the sink.

4   Q   It wasn't originally, but I thought you wanted

5      me to put a drain in, so I did, but I can take

6      it out.  It is a closed drain, how about that?

7      I have valved it off.

8   A   I am sort of a bit at a loss as to how to take

9      the methodology that I applied and try to fit it

10     to the hypothetical that you have set up.

11  Q   Okay.

12  A   So if all three spigots were flowing into the

13     sink and the sink wasn't discharging any water,

14     but we knew or had some measure for the

15     concentration that was historically coming out

16     of the sinks, then the only remaining

17     uncertainty is the timing that the spigots were

18     on, in terms of taking what's in the sink and

19     associating it back with each of the three

20     spigots.

21         And so obviously if there are -- if there's

22     large discrepancies in that timing, then what

23     you see in the groundwater as an average

24     concentration wouldn't reflect those timing

25     discrepancies from each of the sources.  We



Adam Love, Ph.D.
June 07, 2018

169

169

```
 1       don't know that there are the type of dramatic

 2       timing, discrepancies that you described here at

 3       these sites.

 4    Q  Okay.  Would the removal of 7,000 tons of soil

 5       at Zimmer qualify as a significant change?

 6    A  It depends on how long it was actually being

 7       released to the groundwater before that.

 8    Q  Do you know the answer to that?

 9    A  I don't know the answer to that.

10    Q  Nor does anybody else.  What would it mean?  You

11       say it depends on that.  What if it -- well, we

12       don't know a lot.  We do know that that facility

13       had not operated for awhile and the tank was

14       still in the ground.  But you're correct, we

15       don't know how long it had been releasing into

16       the soil and, hence, from there into the

17       groundwater before it was removed.  But you

18       agree that it has an effect, whether it was 1

19       year or 20 years matters to this kind of

20       calculation?

21    A  If you were trying to calculate it down to the

22       specific molecule and get it absolutely precise,

23       you would need to have all that information.

24          The analysis that I have gone through

25       doesn't aspire to that level of specificity,
```



Adam Love, Ph.D.
June 07, 2018

170

170

```
 1        because of the uncertainties inherent at all of

 2        the sites.

 3   Q    So what I am trying to understand is, is the

 4        site that has not yet been remediated in the

 5        soil phase prejudiced by your analysis versus

 6        the sites that have had soil, thousands of tons

 7        of soil removed from that?

 8   A    I don't believe so, no.

 9   Q    So the fact that tap two stayed on for days and

10        days and days and continued to add mass doesn't

11        really matter, it is going to be just as well

12        off as if these taps one and three had never

13        been turned off?

14             MR. BOWMAN:  Objection.  Misstates the

15        record.

16             MR. GRIGGS:  It is a hypothetical.  There

17        is no record.

18   A    The contribution from the other faucets don't

19        change with whether or not the faucet -- the

20        faucet that hasn't been cleaned up is on or off.

21        Their contribution to the sink is the same.

22             And so whether or not faucet two continues

23        to fill up the sink or not, the contribution

24        from the other faucets that have been turned off

25        is unaffected.
```



Adam Love, Ph.D.
June 07, 2018

171

171

```
 1    Q    So if we had all the data, which we don't, like

 2         the concentration, we could calculate a mass

 3         contribution from valve or faucet one and it's

 4         X.  We could do the same thing for three, and

 5         it's Y.  Those you're saying are fixed numbers.

 6         Once we shut these off and no more water is

 7         coming in, X doesn't change with time and Y

 8         doesn't change with time?

 9    A    Unless they degrade in the sink and then they

10         will change with time because of degradation.

11    Q    But that same calculation for faucet two, which

12         we will call Z, keeps getting bigger and bigger

13         and bigger the longer we let that faucet run?

14    A    That's right.

15    Q    And then you say, oh, well, what we are going to

16         do for opinion 2 is we are going to compare

17         masses, let's add an X and Y and Z and see what

18         the total is and then we will assign upgradient

19         and downgradient percentages based on how much

20         came from X, how much came from Y, and how much

21         came from Z.

22    A    That's not what I did.

23    Q    Not what you did.  Okay.  That's what it seemed

24         like you did.  What did you do that was

25         different than that?  Did you calculate X?
```



Adam Love, Ph.D.
June 07, 2018

172

```
 1   A   I calculated essentially the equivalent of X

 2       plus Y.

 3   Q   So we have X plus Y, got that.  Did you

 4       calculate Z?

 5   A   The total is, in this case, going to be equal to

 6       X plus Y, plus X plus Y plus Z.

 7   Q   Total equals X?

 8   A   Actually it's not going to be X plus Y, because

 9       there is going to be -- so the algebra on this

10       gets crazy.  It would be A, X plus B, Y, in

11       parentheses, plus one minus A, in parentheses,

12       X plus 1 minus B, in parentheses, Y, plus Z,

13       where A plus and B equals the fraction of

14       upgradient versus downgradient.

15   Q   That was a complicated way of saying I added X

16       plus Y plus Z to get total?

17   A   No.  Because, I mean, we broke it out into

18       upgradient and identified what is the upgradient

19       contribution and what is the downgradient

20       contribution, and you have total.  And then we

21       are able to separate in the downgradient portion

22       the fraction that is from Z and the fraction

23       that is from everything upgradient of Z.

24   Q   Okay.

25   A   That's different than there being a single sink.
```



Adam Love, Ph.D.
June 07, 2018

173

173

```
1        What we are talking about here is actually two

2        sinks, where the outflow of the first sink flows

3        into the second sink where that Z faucet is

4        flowing into.  And so if you are able to

5        determine X plus Y uniquely, then you're better

6        able to understand what Z's contribution is,

7        because you already know what X plus Y is.

8    Q   I thought two sinks would be too complicated.

9        But you're right, we need two sinks.

10   A   I am amazed that we had that conversation and --

11           MR. BOWMAN:  We got to two sinks.

12   Q   I would like to go back and finish that

13       equation, because I think we can do it.

14   A   As I think about it, I don't think I have got my

15       algebra right in the way I explained it, but the

16       two-sink analogy is the right way to do it.

17   Q   Yeah, it is.  Where does the mass of chlorinated

18       solvents in the groundwater come from?

19   A   Originally from each of the facilities.

20   Q   Right.  And did it come, as far as we -- I guess

21       my question is, did it magically appear in the

22       groundwater or did it migrate there through the

23       soil?

24   A   All indications are that it was released from

25       the facilities, transported vertically through
```



Adam Love, Ph.D.
174                              June 07, 2018

174

```
 1        the soil down to groundwater.
 2   Q    Right.  So when the soil at the facilities was
 3        removed, that dynamic changed in some way?
 4   A    It would at least reduce the driving force of
 5        contamination going vertically.
 6   Q    And, obviously, that depends on a lot of
 7        factors, the quality of how much of the
 8        contaminated or impacted soil mass I got rid of,
 9        how effectively I got clean margins, you know,
10        et cetera, et cetera, et cetera.  But the fact
11        is, when I remove that source material, I have
12        less of a driving force to push contamination
13        into the groundwater?
14   A    That is true.
15   Q    Okay.  We talked a little bit about degradation
16        of chlorinated solvents.  And I think you said
17        something in your report about you thought that
18        there had been sufficient time and maybe you
19        even saw evidence of degradation of chlorinated
20        solvents, both from PCE to TCE and from TCE to
21        cis?
22   A    That's right.
23   Q    Okay.  Did you make any effort to calculate how
24        much mass we were missing or are we missing any
25        mass or is it just changed from one chlorinated
```



Adam Love, Ph.D.
175                              June 07, 2018

                                                                    175

1          state to another chlorinated state?

2    A     So my statements about observing the degradation

3          is just from seeing the sequential degradation

4          products.  We didn't try to calculate

5          degradation half life for PCE to TCE or TCE to

6          DCE.

7    Q     Is there a standard half life for that

8          degradation or does that vary from site to site?

9    A     It varies from site to site.

10   Q     And you say you have not calculated that here?

11   A     I have not calculated that.

12   Q     Did you have any way or any means to measure

13         ethane to find out if we were converting any

14         cis -- or, sorry, any vinyl to ethane?

15   A     I have not seen any ethane data that I can

16         recall.

17   Q     In looking at the overall conditions, is it

18         clear to you that the subsurface area in which

19         the co-mingled plume exists is a area that's

20         conducive to dechlorination, is it an aerobic

21         environment?

22   A     Just the observation of the degradation products

23         would suggest that it is conducive to

24         degradation.

25   Q     Did you see any evidence that that process was



Adam Love, Ph.D.
June 07, 2018

176

176

1      hanging up at the cis-1,2 level and not pushing

2      onto vinyl chloride?

3   A  So if you look at page 14 of my report,

4      Figure 2-1, I have a graph at the top which

5      shows the concentrations in the plume of

6      cis-1,2-DCE.

7   Q  Yep.

8   A  And below it is the vinyl chloride

9      concentrations.  You can see from this there is

10     much higher, cis-1,2-DCE concentrations, there

11     are vinyl chloride.

12         I haven't performed an analysis as to

13     whether or not, as you said, hung up, or it's in

14     the process of getting there.

15  Q  And maybe just hasn't had adequate time?  Is

16     that what you mean by getting there?

17  A  Right.  That conversion from cis to vinyl --

18     cis-1,2-DCE to vinyl chloride could be the rate

19     limiting step in the degradation process.

20  Q  If you would, take a look at Table 1 on page 21

21     of your report.

22  A  Table 1?

23  Q  Table 1.

24  A  I am there.

25  Q  This has got concentrations.  I assume these are



Adam Love, Ph.D.
June 07, 2018

177

177

```
 1        depth average, time and depth average CVOC

 2        concentrations in parts per billion, both

 3        upgradient and downgradient.  We see very, very

 4        little vinyl chloride upgradient, less than one

 5        part per billion, a little over 7 downgradient.

 6        Does this help, this table help at all in terms

 7        of is this the distribution you would expect to

 8        see between the various chlorinated

 9        constituents?

10   A    Well, you would certainly like to see more of it

11        getting to vinyl chloride.  That way it could be

12        taken all the way to ethane.  And so currently

13        the plume has most of its mass not as vinyl

14        chloride.

15   Q    So you are not done?

16            MR. BOWMAN:  Done?

17   A    With what?

18   Q    With getting rid of the contamination.

19   A    The contamination is still in the groundwater,

20        yes.

21   Q    Let's look at Figure 3-3.  I think you referred

22        to this without necessarily citing the figure.

23            Is this what you meant by the ratio between

24        PCE and TCE in a soil at Von Duprin?

25   A    It is.
```



Adam Love, Ph.D.
June 07, 2018

178

178

1    Q    And you used this same ratio from the soil in

2         the groundwater to determine how much of the --

3         was it TCE?  I think you said, you assumed that

4         all of the PCE came from Von Duprin and then a

5         proportional amount to this diagram of TCE was

6         attributed to Von Duprin?

7    A    That's right.

8    Q    I want to talk for a minute about the ten foot

9         depth, and this is a good place to do it here at

10        Figure 3-3.  "Relative proportions of PCE and

11        TCE in soil above 10 feet depth."  And I see

12        this is various places in your report.

13             What is the significance of the above 10

14        feet depth?

15   A    So groundwater elevations have varied from 10 to

16        about 16 feet below the ground surface, where

17        the groundwater has interfaced with the matrix,

18        the soil matrix, there is a chance that some of

19        the groundwater contamination could have

20        contributed contamination to the soil particles.

21        And so we wanted to exclude any soil samples

22        that could have been influenced by having been

23        exposed to contaminated groundwater.

24             So when we looked at soil samples, we just

25        looked at ones that were above ten feet in order



Adam Love, Ph.D.
June 07, 2018

179

```
 1          to exclude ones are potentially impacted by

 2          groundwater.

 3     Q    What happened to the ones that are deeper than

 4          ten feet, did they become part of the

 5          groundwater analysis?

 6     A    No.  They weren't -- it is interesting, because

 7          I guess in that case, those were, quote,

 8          unquote, soil data points that we didn't use in

 9          our analysis.  I didn't really think about them

10          that way, because I didn't actually think of

11          them as being soil samples.

12              I thought of them as being groundwater,

13          sort of the matrix in the groundwater samples.

14          But in terms of soil samples, we did only look

15          at ten feet and above.

16     Q    So if we have got a complete dataset, top 10

17          feet is soil, everything from 15 feet and below

18          is groundwater or everything that's tagged as a

19          groundwater sample is groundwater?

20     A    Well, groundwater is a water sample.

21     Q    Right.

22     A    So whatever elevation they got it at, if it is a

23          water sample, it is groundwater.

24     Q    And we have got some subset of soil samples,

25          maybe call saturated soil samples --
```



Adam Love, Ph.D.
June 07, 2018

180

1   A   Right.

2   Q   -- that didn't get used at all?

3   A   That's right.  Because we wouldn't be able to

4       differentiate between the contamination that's

5       attributable to the groundwater and

6       contamination that was attributable to the

7       source they are at.

8   Q   And because this really just came to your

9       attention, I assume that you did not do any sort

10      of analysis about that middle set of data points

11      and what effect they might have on your opinion?

12  A   No.  Because I never even really considered them

13      to be legitimate soil samples.

14  Q   Do you want to take a wild guess which of the

15      four facilities had extremely, extremely high

16      concentrations of chlorinated solvents in the

17      saturated soils?

18          MR. BOWMAN:  Does it start with an E?

19          MR. GRIGGS:  No.

20  A   I haven't looked at it, so I actually don't

21      know.

22  Q   All right.  So we have come full circle after

23      four hours.  You used all the data points, no

24      you didn't, you missed a few?

25  A   We didn't miss any.  All right.  We used all the



Adam Love, Ph.D.
June 07, 2018
181

181

```
 1        legitimate soil samples for the analysis.

 2    Q   All the legitimate ones?

 3    A   Ones that were unimpacted by contaminated

 4        groundwater.

 5    Q   Are you sure they were impacted by contaminated

 6        groundwater or you were suspicious?

 7    A   They were a suspect.

 8    Q   Okay.

 9    A   And, therefore, if we included them, we couldn't

10        then attribute the chlorinated solvent

11        concentration from those samples to the source,

12        which is what the objective of looking at the

13        soils to begin with.

14    Q   Was it an option to -- I mean, if the reason

15        those soils were impacted is because they were

16        in a smear zone caused by groundwater

17        contamination, could you have included those as

18        part of the dataset for the groundwater?

19    A   Are you talking about the soil samples?

20    Q   Yes.  The concentrations in the soil.

21    A   No.  Because it would have been an apples to

22        oranges comparison in terms of units.

23            And, as a matter of fact, if there was

24        heavy contamination in that area, you would

25        expect it to be reflected in the groundwater
```



Adam Love, Ph.D.
182                              June 07, 2018

                                                                    182

```
 1        that was in contact with the soil at that
 2        concentration.  And so the groundwater should
 3        have reflected if there was contaminated soil
 4        in, you know, that section of the boring.  It
 5        would have been accounted for that way.
 6   Q    And by accounted for, you mean it would be
 7        almost impossible for groundwater in the area
 8        where a soil impact existed not to have -- not
 9        to reflect that contamination to some degree?
10   A    If groundwater was flowing through heavily
11        contaminated soil, you would expect it to
12        reflect a more impacted groundwater.
13   Q    Would you expect that its concentration, the
14        groundwater's concentration would be the same as
15        the contaminated soil?
16   A    Again, you can't make the comparison apples to
17        apples because the units are different.
18   Q    Right.  And there is also a partitioning
19        problem; right?
20   A    There is.
21   Q    It has to get off the soil molecule and get into
22        the water?
23   A    The absorption is a process that doesn't happen
24        instantaneously typically.
25   Q    And can you think of any circumstance in which
```



Adam Love, Ph.D.
June 07, 2018

183

```
 1        groundwater flowing through impacted soil could

 2        come out with a concentration of that

 3        contaminant higher than the concentration that

 4        was on the soil?

 5            MR. BOWMAN:  Objection.  Vague.  Ambiguous.

 6        He has noted it is apples and apples, as far as

 7        how you do concentrations in soil versus

 8        concentrations to groundwater.  But answer, if

 9        you can.

10   A    Yeah.  I mean, you can't make the equivalent

11        between soil concentration and groundwater

12        concentration.  You can end up in a situation

13        where cleaner water, groundwater goes through a

14        matrix and comes out with a higher concentration

15        for having had the contamination that was on

16        that soil desorb into it.

17   Q    You described the method that you used to

18        apportion upgradient versus downgradient and

19        then to apportion between the upgradient

20        facilities.

21            Were there any other methods that you could

22        have used besides the one that you chose?

23   A    I briefly mentioned earlier that I looked at

24        some groundwater modeling.  That was one of the

25        original methodologies that I explored as to
```



Adam Love, Ph.D.
184                                June 07, 2018

184

```
 1        whether or not by using a groundwater model of
 2        the upgradient concentrations, whether you could
 3        project that downgradient.
 4              And ultimately I decided that that
 5        methodology had more uncertainty than this one I
 6        didn't rely on.
 7   Q    Did it work?  I mean, did you produce a result?
 8   A    I mean, I developed a model and then looked to
 9        see what that model suggested the downgradient
10        contribution would be, yes.
11   Q    And when you say that it was less reliable, is
12        that the term you used?
13   A    Uh-huh.
14   Q    What led you to the conclusion that was a less
15        reliable approach than the one you eventually
16        settled on?
17   A    So when you do groundwater modeling, one of the
18        most important steps is to take the model and
19        then validate the model against observed data.
20   Q    Okay.
21   A    And while all of the parameters, the models seem
22        reasonable.  When we actually tried to match the
23        model up against the observed data, the observed
24        data has so much variability that you can draw
25        almost any line that represents the model
```



Adam Love, Ph.D.
June 07, 2018

185

185

```
 1        through it and it would pass through it and use

 2        some of the data points.  And so it wasn't

 3        necessarily a unique solution, the model that we

 4        did wasn't necessarily a unique solution that

 5        represented that this was the answer as opposed

 6        to this is a plausible answer when you compare

 7        it to the data.  And so we look for a

 8        methodology that would be more robust, which is

 9        what we did in the report.

10   Q    In Footnote 39, on page 11, this is where you

11        talk about localized hotspots of TCE.  We looked

12        at a diagram and you reference a Wilcox

13        Environmental report dated July 29, 2014.

14             Do you see that?

15   A    I do.

16   Q    And that is the Janna Stathyelich report; is

17        that right?

18   A    I believe that's true.

19   Q    Let's go ahead and add that in.  Do you remember

20        how many data points Janna Stathyelich used in

21        that report to support her conclusion, suspicion

22        that there might be releases or water

23        infiltrating the sewer lines underground?

24   A    I don't remember specifically the number of

25        points that she used.
```



Adam Love, Ph.D.
186                          June 07, 2018

                                                          186

1            I know that the presence of the old sewer

2       lines, you know, were mentioned in her report

3       but have also been mentioned in other reports as

4       well.  So this was, again, one reference that

5       documents it.  But I know there are other

6       reports that have come to similar conclusions.

7            (Love Deposition Exhibit 11 was marked for

8       identification.)

9   Q   Exhibit 11, just make sure this is the right

10      document that you are referring to in

11      Footnote 39.

12  A   I believe it is.

13  Q   Let's go back to Exhibit 10, while we are here,

14      this is appendices to the final investigation

15      report, July 2017.  I am going to go back -- oh,

16      gosh, this is slow.  I want to go back to C.

17      There is B.  Of course they put the analytical

18      report in as B, that's bad.  Golly, there is

19      2,951 pages.

20           These are the boring logs that were

21      included in the final investigation report from

22      Von Duprin.

23           Do you know if you have ever seen these

24      boring logs before?

25  A   I don't specifically recall.



Adam Love, Ph.D.
June 07, 2018

187

187

```
 1   Q   We talked earlier about Exhibit 9, which was the

 2       final investigation report itself.  And you

 3       seemed uncertain about whether you had seen that

 4       before or not.

 5   A   This is the appendix to that report?

 6   Q   Yes, this is the appendix to that report.

 7   A   Yes, then I would have looked at it, yes.

 8   Q   Do you know where you got a copy of the final

 9       investigation report, July 2017?

10   A   If I would have gotten it, it would have been

11       from counsel.

12   Q   It is not on your flash drive?

13   A   That's right.

14   Q   And you said that you put on the flash drive the

15       documents you got from counsel, because that's

16       what you were told to do.  We think that's

17       missing.

18   A   Okay.

19   Q   Can you check for us?

20   A   I can for sure.

21   Q   Okay.  Thank you.  I am going back to your

22       expert report, Exhibit 3, and back to

23       Figure 2-3.  It is page 16 of your Exhibit 3.

24   A   I am there.

25   Q   In the top figure, we have PCE, and you call it
```

Adam Love, Ph.D.
June 07, 2018

188

188

```
 1        "interpolated groundwater PCE (top)."  What does

 2        it mean interpolated?

 3   A    That's the groundwater concentrations.

 4   Q    So interpolated doesn't mean you made up data?

 5   A    No.

 6   Q    It means that the data you had was used to

 7        contour what we see on this picture?

 8   A    That's right.

 9   Q    The bottom picture, if you read the description

10        further says "TCE (bottom)."

11            What seemed to bother people a lot is that

12        the color bar to the right is the same as the

13        one in the picture above and it is labeled

14        "PCE"?

15   A    I understand.  Because what this figure does is

16        it overlays the PCE concentrations.

17   Q    I tried to tell him that.  I tried to tell him

18        that.

19   A    With the lines that represent the TCE

20        concentrations, because the idea is to compare

21        in one figure the shape of the PC contamination

22        compared to the shape of the TCE concentration.

23   Q    Like in that red box?

24   A    Yes.

25   Q    There are some colors in there?
```



Adam Love, Ph.D.
June 07, 2018

189

```
 1   A   Yes.

 2   Q   Do those colors represent TCE?

 3   A   They do.

 4   Q   And do they match the same color scheme that is

 5       for the PCE?

 6           So if I see yellow or orange, should I be

 7       looking at the 5,000, 5600 range.

 8   A   That should be true, yes, although -- that

 9       should be true.

10   Q   So if the title on the right-hand side instead

11       of just saying PCE, maybe we even had a second

12       bar that looked exactly the same, but it was

13       titled TCE, would that be accurate for what we

14       are seeing here?

15   A   I want to double-check before I said that for

16       sure.

17           The purpose of these is more to make that

18       the shape more so than the magnitude.  And so I

19       would want to double-check and make sure that

20       they are the same color coded scale.

21           But the idea is to show that similarities

22       in shapes between the PCE, TCE, and then on the

23       next figures, the --

24   Q   So let's go to 2-4, Figure 2-4, which is, again,

25       PCE and TCE; right?
```



Connor Reporting          317.236.6022
www.connorreporting.com

Adam Love, Ph.D.
June 07, 2018

190

190

| | | |
|---|---|---|
| 1 | A | Right.  PCE is at the top, and in this case -- |
| 2 | Q | Oh, cis. |
| 3 | A | -- cis-1,2-DCE is at the bottom. |
| 4 | Q | But the same thing applies, the bottom one is an |
| 5 | | overlay? |
| 6 | A | That's right. |
| 7 | Q | So all the information that's in the top picture |
| 8 | | is reflected in the bottom picture? |
| 9 | A | That's right. |
| 10 | Q | But then there are some additional data shown to |
| 11 | | give you a feel for this shape? |
| 12 | A | That's right. |
| 13 | Q | And is that it? |
| 14 | A | Yes. |
| 15 | Q | It seems like there was a 2-5, but I don't see |
| 16 | | it.  Okay. |
| 17 | A | Those are the only two figures in it. |
| 18 | Q | We will go on to something else.  All right. |
| 19 | | Do you have any information that would |
| 20 | | suggest that Von Duprin ever operated in this |
| 21 | | area other than at the Threaded Rod location? |
| 22 | A | I haven't seen any information that would |
| 23 | | reflect that. |
| 24 | Q | Have you seen any information to suggest that |
| 25 | | Von Duprin ever operated a dry-cleaning |



Adam Love, Ph.D.
June 07, 2018

191

191

```
 1      business?

 2   A  I have not.

 3   Q  On page 19, Footnote 45, I am looking for where

 4      that shows up in the text, it is near the top,

 5      talking about numerical integration of the

 6      concentration distributions, there is a big

 7      parenthetical there, for both chemicals

 8      indicates that approximately three-quarters of

 9      the CVOC mass in the shallow soil is

10      attributable to PCE.  And that references

11      Figure 3.3, which is the pie chart?

12   A  Right.

13   Q  Okay.  And in Footnote 45 you have some numbers,

14      76.7 grams per kilogram, square foot, and 28.4

15      grams per kilogram square foot for TCE.  Where

16      did those two numbers come from?

17   A  So the 76.7 grams per kilogram foot squared is

18      the result of the integration when you integrate

19      the plume in its two-dimensional form, which is

20      what happens when we do the averaging.  But it

21      is sort of an abstract number.  And so one of

22      the things I wanted to sort of do was to take

23      that result from the integration and translate

24      it into a number that's easier to understand.

25      What you can do, by taking that value,
```

Adam Love, Ph.D.
192                    June 07, 2018
                                                                     192

1          multiplying it by the bulk density of soil and

2          by a ten foot thick soil column, which is where

3          the data comes from in order to spit out the

4          amount of PCE that that number is sort of

5          equivalent to, which in this case, that would

6          reflect 34.7 kilograms of PCE and 12.9 kilograms

7          of TCE.

8     Q    In what?

9     A    In the soil.

10    Q    Towards the beginning of your answer, you used

11         the word "plume," but I was pretty sure we were

12         talking about soil.

13    A    We are talking about soil.

14    Q    We are not talking about groundwater plume?

15    A    We are not.

16    Q    Okay.

17    A    Different numbers for groundwater.

18    Q    And so once you had achieved these numbers, 34.7

19         and 12.9 kilograms respectively, were those the

20         two numbers that were compared in the pie chart

21         and resulted in the 27 percent and 73 percent?

22         They look like it.

23    A    Yes.  Those actually weren't -- the specific

24         ones that I used was the 76.7 and 28.4, but they

25         are equivalent numbers.



Adam Love, Ph.D.
June 07, 2018

193

193

```
 1   Q   Ratioed are the same?

 2   A   Yes.

 3   Q   On Table 1, on page 21.

 4   A   Yes.

 5   Q   In the downgradient area, the bottom part of

 6       that, TRMW-9D is there and TRMW-9DD is there.

 7       Do you know what happened to TRMW-9?

 8   A   I don't.  I would have to look at the data table

 9       and see what values were in it.

10   Q   Is TRMW-9D a separate boring from TRMW-9DD?

11   A   It is certainly a different screen interval.  I

12       don't know if they have a way to isolate the

13       difference between intervals in a single boring

14       or if they have multiple borings.  I would have

15       to go back to the log and look.

16   Q   I think these are nested wells, and there are

17       three of them, 9, 9D, and 9DD.

18           Is there any reason you can think of why

19       two of them were used but not the third one?

20   A   Again, I would have to go back and look at the

21       data in order to provide you with that.

22   Q   But you don't remember having anything to do

23       with MW-9 having below average concentrations of

24       CVOCs?

25   A   I don't remember that, no.
```



Adam Love, Ph.D.
June 07, 2018

194

194

1   Q   As far as you know, you would have to look at it

2        and see if you had a reason for eliminating

3        that?

4   A   I would.

5   Q   In the upgradient database, on that same page,

6        we have 6, 6D, and 6DD.  They are all three

7        there.  All three of the nested wells on the

8        upgradient side are included, even though MW-6

9        has a very low concentration of PCE, not very

10       high.  About average on TCE.

11           So the question is, why use all three in

12       the nested on the upgradient and only use the

13       two on the downgradient that have high

14       concentrations of chlorinated solvent?

15  A   I don't know that to be true.  I would have to

16       take a look at the data in order to understand.

17  Q   But you can't think of any particular reason to

18       exclude MW-9 off the top of your head.

19  A   Not off the top of my head.

20  Q   I am on page 24, Figure 3-2.

21  A   Okay.

22  Q   And we have two different colors of wells.  Red

23       if PCE is greater than 500 parts per billion and

24       light blue if TCE is greater than 500, and PCE

25       is less than 500.  Is that my reading of the



Adam Love, Ph.D.
June 07, 2018

195

1       legend right there?

2    A   You are.

3    Q   What are we showing or demonstrating here and

4        why is 500 the number?

5    A   Well, what we are showing is that the contrast

6        between upgradient and downgradient water

7        composition, because this ends up being an

8        important geographic point for our separation of

9        upgradient and downgradient location of the CVOC

10       plume.  So the change in groundwater character

11       between the blue points and the red points is

12       the point of this figure.

13   Q   It is kind of hard to see those contour lines,

14       but there is a blue one and a red one, but they

15       are both 500 parts per billion?

16   A   Well, they each have a 500 part per billion

17       contour line.

18   Q   Right.

19   A   And those are soil PCE and TCE concentrations.

20   Q   Got it.

21   A   And so you can see immediately downgradient of

22       those soil PCE and TCE concentrations where you

23       all of a sudden start picking up higher

24       concentrations of PCE in the groundwater.

25   Q   On page 19, you start talking about allocation



196

1       among upgradient area sources.

2            You have already established it looks like

3       46 percent of the plume mass in the site

4       vicinity, and then at some point I thought you

5       said 63 percent of the CVOCs in groundwater are

6       from a local source.

7            I should be looking at the second paragraph

8       on that page.  Yeah.  It is the second sentence

9       from the end of the second paragraph, that's a

10      long sentence.  "As indicated on Figure 3-4, a

11      proportional allotment of TCE in groundwater to

12      the Von Duprin site, based on the groundwater

13      PCE concentration and the TCE-PCE ratio in the

14      overlying shallow soil," example, "indicates

15      approximately 63 percent of the CVOCs in

16      groundwater beneath the Von Duprin site are from

17      a local source."

18           And then it gives 1,821 ppb, TCE plus 4,916

19      ppb of PCE.

20           The 63 percent, where does it actually come

21      from?  It didn't look like it was the 1,821 and

22      4,916.

23   A   So that comes from attributing all of the PCE

24      downgradient and a proportional amount of the

25      TCE to whatever the PCE concentration is to



Adam Love, Ph.D.
June 07, 2018

197

197

```
 1        Von Duprin in the downgradient portion of the

 2        plume.

 3   Q    And the portion of TCE comes from Figure 3-3?

 4   A    That's right.

 5   Q    And the results of what we were just reading in

 6        the text, is that reflected in Figure 3-4?

 7   A    Yes.  Yes.

 8   Q    And I thought you had said earlier, you just

 9        said again that all the PCE was attributed to

10        Von Duprin; right?

11   A    Right.  The lower graph on Figure 3.4 reflects

12        that.

13   Q    And what about the cis?

14   A    So none of the cis, in our allocation, we

15        haven't given any of the cis to Von Duprin, and

16        so all of that ends up being attributed to the

17        upgradient properties.  But --

18   Q    Go ahead.

19   A    But, as you would expect, for PCE and TCE that

20        results from Von Duprin, some of that

21        cis-1,2-DCE would be expected to have also be

22        the result of releases from the Threaded Rod

23        property.

24   Q    So the first statement is the one I am

25        struggling with.  No cis was attributed to
```



Adam Love, Ph.D.
198                          June 07, 2018

198

```
 1        Von Duprin, but then there is 2,743 shown on

 2        Figure 3-4 on the Von Duprin ledger.

 3   A    Ah.  Yeah.  That graph should really be

 4        downgradient instead of upgradient, because it

 5        is not meant to be -- here is what the

 6        upgradient PCE concentration profile looked like

 7        and then here's what it looked like essentially

 8        when you get to Von Duprin, which is the

 9        upgradient-most point of the downgradient

10        portion of the plume.

11   Q    So in the top figure on the left-hand side it

12        says upgradient, you're saying that should say

13        downgradient?

14   A    No.  That's essentially the downgradient-most

15        portion of the upgradient part of the plume.

16   Q    So that's what the concentrations are as they

17        come across from the upgradient area to the

18        downgradient area?

19   A    That's right.

20   Q    And what you're saying is none of the 764 got

21        attributed to Von Duprin?

22   A    None of that got attributed to Von Duprin.

23   Q    And I want to make sure, I want to understand

24        why we have a second figure.

25             The only difference is we split the TCE;
```



Adam Love, Ph.D.
June 07, 2018

199

199

```
 1        correct?

 2   A    Yeah.  So the second bar graph on the top figure

 3        that's labeled Von Duprin, that's the one that

 4        should be more appropriately labeled upgradient

 5        compared to the downgradient.  Well, actually

 6        this is getting -- I know.  This is the

 7        upgradient-most point in the downgradient plume.

 8   Q    Okay.

 9   A    And the composition of it, looking at PCE, TCE,

10        and cis-1,2-DCE, the graph below it is the same

11        numbers that are in that bar graph.  Only in the

12        lower one we have split the TCE between that

13        which is in a consistent ratio with the source

14        on the Von Duprin property and everything else.

15             And when you look at everything else, for

16        example, the TCE labeled upgradient, the 1,276,

17        that number is pretty close to what the TCE

18        looked like before it crossed over the

19        Von Duprin property, which you can see in the

20        upper graph, which is that 1,376, which suggests

21        that there is at least consistency in the TCE

22        concentration across that boundary.

23   Q    I think I have got that.  Now that we looked at

24        all three of your opinions in the report and we

25        have kind of tried to explore what the data was
```



Adam Love, Ph.D.
June 07, 2018

200

200

```
 1        behind them, what the method or process was of

 2        going from data to opinion, I am looking back at

 3        opinion number 1, no continuous geologic layer.

 4        You looked at some reports, particularly borings

 5        related to MW-9 and I believe all three wells in

 6        the well cluster, 9, 9D, and 9DD and did not

 7        find a continuous, actually you didn't find any

 8        clay layer in those wells and concluded from

 9        that and from the distribution of concentrations

10        beneath those wells that there was not a

11        barrier; am I getting that right?

12   A    So there are multiple wells in that area in

13        those boring logs and the concentration

14        distribution beneath the Threaded Rod property

15        all suggested there is not a continuous geologic

16        layer.

17   Q    And opinion 2, we took the overall mass of

18        chlorinated solvents in groundwater and divided

19        it between upgradient and downgradient, and

20        that's what this opinion is about?

21   A    No.

22   Q    No?

23   A    Opinion 2 is stating the fact that the

24        chlorinated solvent contamination in the

25        groundwater is noticeable.  Fundamentally
```



Adam Love, Ph.D.
June 07, 2018

201

201

```
1        divisible based on both geographic, as well as

2        chemical characteristics.

3   Q    So actually doing it comes in opinion 3?

4   A    That's right.

5   Q    Opinion 2 is it is possible and opinion 3 is

6        here is now I am going to do it?

7   A    And what the answer is.

8   Q    And what the answer is.

9            And in opinion 3, despite a little lack of

10       clarity about what RP means, what we are saying

11       is that these four locations contributed in

12       these relative amounts to the co-mingled

13       groundwater plume?

14  A    That's right.  The RP is really the parties in

15       the litigation and the properties that they

16       represent.

17  Q    But your opinion goes to the properties

18       themselves, not to the individual RPs?

19  A    Not to the individual companies.

20  Q    Yes.  Okay.

21  A    Whether or not the companies are RPs is a

22       legal --

23  Q    Got you.

24  A    Yeah.

25  Q    All right.  I gave you an opportunity earlier on
```



Adam Love, Ph.D.
June 07, 2018

202

202

```
 1        in the deposition to say what you wanted to say,

 2        if anything, about the Rob Walker expert report.

 3        You gallantly took a pass at that time.  Is that

 4        still your choice now?

 5   A    It is.

 6   Q    I wanted to go back just briefly to your

 7        documents.  And you gave us a flash drive --

 8   A    I did.

 9   Q    -- which contained documents.  We have looked at

10        that.

11             There are a few things that we didn't see

12        right off, one of which was the final

13        investigation report by Geosyntec, July 2017,

14        which you have identified as Exhibit 9, and its

15        appendices I think were Exhibit 10.  You're

16        aware of that document and you do think you have

17        it, it just didn't make it on the flash drive?

18   A    Yep.

19   Q    Secondly, you reference on Footnote 33 of your

20        report a U.S. EPA publication from January 1992?

21   A    Yep.

22   Q    We didn't see that on the flash drive.

23   A    It is publically available, so I didn't realize

24        that was something that needed to be produced.

25   Q    Do you have it handy?  I mean, is it something
```



Adam Love, Ph.D.
June 07, 2018

203

203

```
 1        that --

 2    A   I can search on the web.  You can do the key

 3        word search on the web and it will pop up.

 4    Q   There was a second document that I think may

 5        have fallen into that same genre.  It is

 6        actually near that place of 33, USGS document,

 7        2006, and it is referenced in your report.

 8    A   Again, that's something that is publicly

 9        available.

10    Q   So if we can't find it easily, you can help us

11        out?

12    A   I am happy to get it to you.  Yes.

13    Q   We went through and talked about several expert

14        reports that you had seen and maybe even

15        reviewed, even if they didn't fundamentally

16        impact on your expert report.  I don't think any

17        of those reports were on your flash drive

18        either.

19    A   I believe they were.

20    Q   Were they?  Okay.

21            MS. FRENCH:  Which ones?

22            MR. GRIGGS:  Any expert reports, all six of

23        them.

24    Q   Well, not your own maybe.

25    A   Mine wasn't.
```



Adam Love, Ph.D.
204                                    June 07, 2018

204

1   Q   The other five?

2   A   All the other ones should have been on there.

3   Q   We see them now.  I missed them earlier.

4           MS. FRENCH:  Yeah, they are here.

5   Q   We also talked about an interim set of

6       calculations where the data points for a certain

7       boring were summed up and averaged and you think

8       there is a spreadsheet that contains that

9       information?

10  A   I believe that's true.

11  Q   That wasn't on there?

12  A   That's correct.

13          MR. GRIGGS:  Is there anything else you

14      need?

15          MR. BOWMAN:  No problem.  I don't have a

16      problem.  Okay.

17          MR. GRIGGS:  Those are the only things I

18      can think of.

19          MR. BOWMAN:  Okay.  We are going to put up

20      the pdf of the spreadsheet, not to ask you a lot

21      of questions about it, but just to make sure it

22      is part of the record.

23          (Love Deposition Exhibit 12 was marked for

24      identification.)

25  Q   So what we have marked as Exhibit 12 is a pdf



Adam Love, Ph.D.
June 07, 2018

205

205

```
 1        output of the data compilation that you provided

 2        this morning on an Excel file.

 3   A    Right.

 4   Q    I had a question about the data compilation.

 5        And if you need to look at it, we think we can

 6        put on the screen an Excel version.  But we went

 7        and looked at the data that's in the dataset and

 8        we found some data for the Moran site from 1996.

 9   A    Huh.  Okay.

10   Q    But your report indicates that you only included

11        data back to 2004.  And so we are wondering

12        whether that '96 data was actually used in any

13        of your calculations.

14   A    I would have to go back and take a look.  I

15        don't know the answer to that off the top of my

16        head.

17   Q    So you didn't happen to notice this older data

18        in the database when you were working with it?

19   A    I did not.

20   Q    Is it possible that the statement in your

21        report, that you used data back to 2004, should

22        actually say back to 1996, if this was in the

23        database?

24   A    If this was in the database, then I would want

25        to amend that to say that.
```



Adam Love, Ph.D.
June 07, 2018

206

1    Q    But if this data happened to fall within the --

2         was soil data between 10 and 15 feet or 10 feet

3         or greater, you wouldn't have needed it anyway?

4         Because you're only looking at soil data 10 feet

5         and up?

6    A    That's right.  For the purposes of allocation of

7         contribution in the upgrading area.

8    Q    In looking at the database, is there any way to

9         tell if you used the data or you didn't use the

10        data?

11   A    Not from this database, no.

12   Q    From the other spreadsheet that we are going to

13        get, will it be obvious to us from that which

14        data got used in calculating the averages?

15   A    Yes.

16   Q    So we can look at that when we get it, and if we

17        don't see the '96 data, we can tell you didn't

18        use it, if it is there, then obviously you did?

19   A    That's right.

20   Q    Before I turn this over to any who would wish to

21        follow, can you think of any answers or

22        testimony you have given that you would like to

23        change, anything you would like to correct or

24        clarify that you thought about later and said,

25        hey, maybe I should add something to that?  I am



Adam Love, Ph.D.
207                              June 07, 2018

207

```
 1        willing to let you have the chance.

 2   A    Not that I can think of.

 3   Q    All right.  He is going to stand on what he has

 4        got and I am going to stand on the questions I

 5        have asked.  Thank you very much.

 6   A    Okay.

 7

 8   CROSS-EXAMINATION,

 9        QUESTIONS BY SAMUEL GARDNER:

10   Q    Dr. Love, I am Sam Gardner, I think I'm next up.

11        We met at the beginning.  But just so you know,

12        I represent two defendants in this matter, Major

13        Tooling and Major Holdings.  And I just have a

14        couple questions for you, especially because

15        Sean is charging me by the question over here,

16        so I will try to keep this as brief as I can.

17        And I don't mean to repeat questions that you

18        have already been asked, but I do have one

19        question that Sean just touched on, and I think

20        you touched on earlier in your deposition that I

21        want to clarify, because I had a similar

22        understanding as to your use of the term

23        "responsible parties" or "RPs" in your report.

24            So just to clarify, are you offering an

25        opinion that a specific percentage of the
```



Adam Love, Ph.D.
June 07, 2018

208

208

```
 1        overall CVOC mass should be allocated to any

 2        particular entity?

 3   A    No.  That allocation I have in opinion 3 is

 4        meant to allocate the CVOC mass to different

 5        source areas.  And those different source areas

 6        represent the properties of the four parties in

 7        this lawsuit.

 8   Q    So if there were multiple entities that owned or

 9        operated the same site over the course of a

10        period of time, you're not testifying about

11        which one of those entities should bear the

12        responsibility for the percentage that you

13        determined should be allocated to that site?

14   A    I didn't do any technical evaluation that would

15        support that.

16   Q    Did you review any information or were you

17        provided any information that would allow you --

18        well, strike that.

19            Are you aware of any information as to the

20        specific activities that each entity conducted

21        on each site?

22   A    I have read all of the technical reports

23        provided to me that in many instances talks

24        about the types of operational activities that

25        happen at the properties where they know.  And
```



Adam Love, Ph.D.
June 07, 2018

209

209

```
 1        so I have read that information, but I haven't

 2        been asked to use that information to apportion

 3        among the parties of a given property.

 4    Q   Just a couple questions about your report, which

 5        is Exhibit 3.

 6            On page 5 of your report you give an

 7        overview of the Zimmer Building.  And you

 8        reference a parts washer located in the

 9        building's maintenance department that was used

10        between approximately 1997 and 2012.  Are you

11        familiar with that?

12    A   I see that.

13    Q   In the following sentence you say, "An unknown

14        solvent was used in the washer."

15            Do you see that?

16    A   I do.

17    Q   Are you aware of any evidence showing that the

18        unknown solvent that you referenced in that

19        sentence was a chlorinated solvent?

20    A   No.

21    Q   You weren't provided with any documents or other

22        information showing that it was a chlorinated

23        solvent?

24    A   No.

25    Q   Did you review any hazardous waste manifests
```



Adam Love, Ph.D.
June 07, 2018

210

210

```
 1         related to the Zimmer Building?

 2    A    Not that I can recall.

 3    Q    If there were hazardous waste manifests for the

 4         Zimmer Building that would show no chlorinated

 5         solvents had been used at the building, how

 6         would that change your opinion?

 7    A    Well, obviously, depending on how complete the

 8         hazardous records are, the history of the

 9         operations, considering that, you know, the

10         building operated for awhile, unless there was a

11         complete set of the hazardous waste manifests,

12         it wouldn't change my opinion at all.

13    Q    But if it were a complete set?

14    A    If it was a complete set of hazardous manifests

15         that showed no CVOCs being used, I would want to

16         take that into account.  But I'm still not sure

17         it would -- well, it wouldn't change my opinion

18         at all that there was contamination from the

19         property, because of the soil contamination, but

20         the source of it would be uncertain.

21    Q    The source could have been from somewhere else?

22    A    Well, if there is near a surface soil

23         contamination, it is unlikely that it is from

24         somewhere else.  It just would be hard to

25         connect it specifically to facility operations.
```



Adam Love, Ph.D.
211                          June 07, 2018

211

```
 1        But if it was released and there is near surface

 2        soil contamination, it is hard for it to

 3        geographically move without it having originated

 4        there.

 5   Q    Earlier you testified that, when possible, you

 6        look at witness, for your review, witness

 7        testimony in determining whether contaminations

 8        occurred at a site.

 9             Did you review any testimony relating to

10        the Zimmer Building before you drafted this

11        report?

12   A    Not that I can think of.

13   Q    You don't recall reviewing any testimony from

14        David Brown about the Zimmer Building?

15   A    I do not.

16   Q    And if Mr. Brown testified that no chlorinated

17        solvents were used at Zimmer Building, would

18        that change your opinion?

19   A    It wouldn't change my opinion that there were

20        contamination on site because you see it on the

21        parcel.

22             Again, I wouldn't be able to attribute it

23        to any facility operations, but it still doesn't

24        change the observations that there is

25        contamination on the property.
```



Adam Love, Ph.D.
June 07, 2018

212

212

```
 1   Q   Let's turn to the Zimmer Paper Building, which

 2       is that paragraph or section right below the

 3       paragraph about the Zimmer Building.

 4           Were you provided with any information

 5       showing that Moran ever owned or operated the

 6       Zimmer Paper Building?

 7   A   I had heard that they had -- and I may not get

 8       this right, they had owned some portion of it or

 9       for some period of time, but I don't know the

10       details of that.

11   Q   So you don't know when they would have owned or

12       operated it?

13   A   I may have been told, but I don't remember

14       specifically.

15   Q   Are you aware of any evidence showing or proving

16       that chlorinated solvents were used at the

17       Zimmer Paper Building?

18   A   I don't believe there was any documentation that

19       specifically shows chlorinated solvents as an

20       operational context.  But as with the Zimmer

21       Building, the observation of contamination on

22       the property reflects that there was at least

23       some release there.

24   Q   So you infer that there was?

25   A   Well, when a release happens and you see it and
```



Adam Love, Ph.D.
213                              June 07, 2018

213

```
 1        it contaminates the near surface soil, unless

 2        you can track that contamination to a different

 3        location, generally it is assumed that their

 4        release is in the same location as the near

 5        surface soil, otherwise you would be able to see

 6        the transport pathway from whatever other source

 7        it might be from.

 8   Q    Do you know all the entities that are owned or

 9        operated at the Zimmer Paper Building?

10   A    Probably not.

11   Q    In this section regarding the Zimmer Paper

12        Building, you reference a underground storage

13        tank.

14             Do you see that?

15   A    I do.

16   Q    Do you know which entity in the chain of title

17        for the Zimmer Paper Building used that storage

18        tank?

19   A    I don't specifically recall.  I am sure I read

20        it, but I can't specifically recall.

21   Q    On Figure B-1, which is page 7 of your report, I

22        know Sean asked you a few questions about it.

23        So, again, just to clarify, what's been marked

24        as Exhibit 12 is a spreadsheet that you were

25        provided that contains a number of data points;
```



Adam Love, Ph.D.
June 07, 2018

214

214

1       is that correct?

2    A   That's right.

3    Q   And were those data points, were all of those

4        data points, at least those after 2004, used to

5        create Figure B-1?

6    A   Yes.

7    Q   So if a spreadsheet that's Exhibit 12, and I

8        won't make you pull it up and make Glenn try to

9        navigate his way through it, but if it includes

10       a location for a vertical aquifer profiling

11       location labeled VAP-3, that 3 data would be

12       reflected in Figure B-1?

13   A   B-1 is only going to reflect groundwater CVOC

14       data, but any of the groundwater CVOC data will

15       be incorporated into B-1.

16   Q   Just a couple more questions.

17           On page 16 of your report, Figure 2-3, you

18       state that the red box indicates an area of

19       suspected TCE sewer releases from up sewer

20       gradient.

21           What does up sewer gradient mean?

22   A   So sewers typically flow by gravity.  And so up

23       sewer gradient means essentially uphill in the

24       sewer direction.

25   Q   Where did you get the information that there was



215

1        suspected TCE sewer releases from up sewer

2        gradient?

3    A   I had initially seen that in one of the Wilcox

4        reports that describe the sewers in that area,

5        so that they cross the area, brick sewer, and

6        another sewer line, and so that was the source

7        originally, yeah.

8    Q   So it was Wilcox who suspected the TCE releases?

9    A   The Wilcox report pointed out that the sewers

10       were prone to leakage.

11   Q   I am not trying to make this more complicated

12       than it is.  I just want to know, you used the

13       term "suspected TCE sewer releases."  I just

14       want to know who suspected there were TCE sewer

15       releases?

16   A   Ah.  Yeah.  The original documentation was in

17       one of the Wilcox's report that talked about

18       there being suspected sewer releases in that

19       area.

20           And looking at the data, that data would

21       reflect those types of releases.

22   Q   One more question here.  On the top figure for

23       Figure 2-3, I am not sure entirely how to

24       identify it, but towards the bottom and the left

25       of the map, you see two circles that are



216

1      connected and then to the right of those you see

2      a separate blue dot at the corner of that

3      building.

4           Do you see where I am referring?

5   A   I do.

6   Q   Do you know how many data points were used or

7      are being depicted in that separate blue circle?

8   A   I don't know off the top of my head.

9   Q   It could be one?

10  A   It could be one.  I would have to go look and

11     see if it was or not.

12  Q   And where would you look, in that spreadsheet

13     that you are going to provide to us?

14  A   That's right.  Well, I mean, the spreadsheet

15     that -- well, I guess you would have to look at

16     the average data together.

17          MR. GARDNER:  I have got nothing else at

18     this time.

19

20  CROSS-EXAMINATION,

21   QUESTIONS BY GLENN D. BOWMAN:

22  Q   I got a few minutes.  Wow, this will be

23     interesting, get it out of the way.

24          Distinct soil CVOC concentrations, distinct

25     shallow soil to CVOC concentrations and



Adam Love, Ph.D.
June 07, 2018

217

```
 1      suspected source areas are an indication of

 2      release in that area; correct?

 3   A  They are.

 4   Q  You were asked that earlier by Mr. Griggs.

 5          As I look at your report, it appears to me

 6      that that is a fundamental fact on which your

 7      entire report is written, i.e., you looked at

 8      distinct soil, shallow, of CVOCs within a

 9      certain area to determine release; correct?

10   A  That's right.

11   Q  You found that at Threaded Rod, in using that

12      simple concept, were able to, and along with

13      groundwater and along with different chemical

14      characteristics, were able to allocate, within

15      freight parameters, a percentage that you felt

16      was the contribution in that source, that area,

17      to the groundwater; correct?

18   A  I was.

19   Q  Is this a radical thing that people in your

20      trade practice have never done before?  Is this

21      something you made up or is this, in your mind,

22      an accepted practice of looking at shallow soil

23      impacts, as a distinct, as a means of

24      determining extent of release?

25   A  No.  I mean, this is a common practice in the
```



Adam Love, Ph.D.
218                                    June 07, 2018

218

```
 1        field.  I mean, I think anybody that does
 2        freight and transport of contaminants in the
 3        environment recognizes that a completed pathway
 4        from source through shallow soil to groundwater
 5        really is one of the most important thresholds
 6        for establishing whether or not there is a
 7        connection between a source and groundwater
 8        impacts.
 9    Q   And I believe I sent to you, because I thought
10        you might be interested in seeing it, an interim
11        remediation plan for Von Duprin to take out some
12        soil at Threaded Rod; right?  You have seen
13        that?
14    A   I saw that.
15    Q   That's not on the flash drive.  But that tells
16        you enough to know, has any soil remediation
17        been conducted on the former Threaded Rod
18        property that you are aware of?
19    A   Not that I am aware of.
20    Q   So then what you do is you go upgradient, and
21        using similar soil data, allocate among
22        upgradient sources the same sort of analysis;
23        right?
24    A   That's right.
25    Q   And the effort was to make sure that the soil
```



219

 1      samples analyzed were not saturated and that you

 2      weren't getting some sort of a soil -- well,

 3      one -- let's not do a compound question.  One,

 4      the effort was to make sure that the soil

 5      samples were, indeed, soil samples and they

 6      weren't saturated?

 7   A  That's right.  And they remain distinct in terms

 8      of the source of their contamination.

 9   Q  And in doing that, you went ten feet and above?

10   A  That's right.

11   Q  Or above ten feet.

12          And then you used what you believe would be

13      soil samples that were indicative of the

14      circumstances at the time of release, not at

15      some post-excavation time?

16   A  That's right.

17   Q  Okay.

18   A  To the degree to which we had data to reflect

19      those properties.

20   Q  Right.  I just think helpful for the record to

21      have in that tranche what, in essence, was done.

22      You then averaged the groundwater.

23          Explain within this process why you did

24      that and why you think it works here.

25   A  Yeah.  Again, the averaging was really just a



Adam Love, Ph.D.
June 07, 2018

220

```
 1        way of creating a single representative number

 2        for a given location that we did averaging for.

 3            People do averaging all the time when you

 4        want to combine data down into a single

 5        representative number.  And in this case, you

 6        know, we did it for every location.

 7   Q    Well, let's take an example.  For a point

 8        downgradient of both Von Duprin and Threaded

 9        Rod, downgradient of Threaded Rod and obviously

10        downgradient from everybody else, an assertion

11        would be made, that in passing that groundwater,

12        could be from all of the four sources.  By

13        averaging, you end up with a number, how is it

14        that you account for, even by using an average,

15        the various contributions of the various

16        properties?

17   A    Right.  So the average can only reflect the

18        total amount of CVOC at any given location.  And

19        so the total then gets split apart in the

20        methodology described.

21            In the downgradient area, the portion that

22        reflects the chemical composition that is

23        consistent with the contamination from the

24        Threaded Rod property is assigned to that.  The

25        remainder of the contamination was then
```



Adam Love, Ph.D.
June 07, 2018

221

221

```
 1        attributed to upgradient sources.

 2   Q    Right.

 3   A    And then all of the contamination in the

 4        upgradient area, plus the contamination from the

 5        downgradient area that wasn't attributable to

 6        Threaded Rod was totaled up and then divided

 7        among the different parties based on the extent

 8        of their soil contamination at the property that

 9        they are responsible for, for lack of a better

10        term.

11   Q    Right.  So I guess the way I would say it is, it

12        appears to me then you're averaging the

13        groundwater, we are averaging groundwater, and

14        through that averaging, it doesn't benefit any

15        particular property owner over the other, it is

16        an average; correct?

17            It doesn't benefit, by averaging it doesn't

18        benefit a particular property owner here, does

19        it?

20   A    I don't believe so.  It is just meant to take

21        all of the variability in time and in distance

22        within the single location, as I said, and

23        create one representative value for it.

24            MR. BOWMAN:  That's all I have.

25
```



Adam Love, Ph.D.
June 07, 2018

222

222

```
 1   REDIRECT EXAMINATION,

 2      QUESTIONS BY E. SEAN GRIGGS:

 3   Q   One redirect.

 4          We talked -- Mr. Bowman asked you about

 5       distinct shallow soil samples ten feet and

 6       above.

 7   A   Uh-huh.

 8   Q   Earlier we made a distinction between what you

 9       called investigation samples and what you called

10       confirmation samples.

11   A   Uh-huh.

12   Q   Does distinct shallow soil samples ten feet and

13       above include confirmation samples?

14   A   I don't believe that the database that we used

15       included confirmation samples.  I would have to

16       go back and check.  I believe it is just

17       investigation samples.

18          Again, I would have to go back and

19       double-check that.

20   Q   You told me earlier that it only included

21       investigation samples.  Are you now being

22       uncertain?

23   A   I believe that to be true.

24   Q   Okay.  You're hedging.

25   A   Well, it is a big database, there are thousands
```

Adam Love, Ph.D.
223                                    June 07, 2018

223

```
 1        of data points.  And I, unfortunately, haven't

 2        put them all to memory.

 3   Q    Is there any way to identify confirmation

 4        samples as opposed to investigation samples in

 5        your database?

 6   A    I would have to go back and look at all the

 7        columns in the database to see whether or not

 8        that's something --

 9   Q    So that's a maybe?

10   A    It is a maybe.

11   Q    To the best of your knowledge, do you have any

12        shallow soil samples from the Ertel site within

13        the area of excavation of 37,000 tons of soil?

14   A    No, I don't believe so.

15   Q    And we are on page 4 of your report where you

16        say 37,000 tons of soil.

17   A    Right.  Yeah.

18   Q    So your, oh, so helpful distinct shallow soil

19        samples ten feet and above completely omit any

20        samples from an area covered by 37,000 tons of

21        soil at Ertel?

22   A    There is no data for the soil that was removed.

23   Q    Correct.  Lower on page 4, in fact, the last

24        paragraph, we are now dealing with Moran Motor

25        Shop, Moran Dynamometer Building.  Apparently
```



Adam Love, Ph.D.
June 07, 2018

224

224

```
 1        there was 4,600 tons of impacted soil from the

 2        depths 15 feet and above, which I think includes

 3        10 feet and above.  How many samples do you have

 4        of that soil?

 5   A    Of the soil that was removed?

 6   Q    Yes.

 7   A    I can't think of any soil characterization of

 8        those soils, of the soil that was removed in the

 9        excavation.

10   Q    Correct.  One page over, on page 5, under

11        Zimmer Paper Building, the last paragraph, here

12        we go from tons to cubic yards.  We have 7,350

13        cubic yards of soil removed, along with a 16,000

14        underground storage tank.  Do you know how many

15        distinct shallow soil samples ten feet and above

16        you have of that soil?

17   A    I don't believe there is data on that soil that

18        was excavated.

19   Q    So you're comparing three sites and dividing

20        responsibility among those three sites when big

21        portions of all three of those sites is missing;

22        is that correct?

23   A    Well, we don't know that the soil that was

24        removed at any of those was, in fact, CVOCs.

25   Q    Let's use your words.  Let's go to Moran.
```



Adam Love, Ph.D.
225                              June 07, 2018

225

```
 1       4600 tons of impacted soil, what did you mean by

 2       impacted soil?

 3   A   I mean, in Moran's case, that soil that was

 4       removed was likely CVOC impacted soils.  But

 5       there was also earlier soil investigation

 6       samples that were taken.  So I don't think it

 7       would change the analysis to have measured that,

 8       given that there were already investigation

 9       samples collected.

10   Q   This says the buildings were demolished in 2009.

11       It isn't clear when the removal of the 4600 tons

12       occurred, but presumably 2009 or after, since

13       the buildings weren't gone until 2009, but you

14       think there might have been samples taken in

15       that area, investigation samples that are

16       included in the database and I would be able to

17       find them if they are in the database?

18   A   There are certainly soil samples from that

19       property.  And presumably those investigation

20       samples were part of what helped them determine

21       the extent of the remedial activity.  So my

22       expectation is, yes, that the investigation

23       samples would have some overlap with the area of

24       excavation.

25   Q   So we need to look at the database for samples
```



Adam Love, Ph.D.
June 07, 2018

226

226

```
 1        at Moran that predated the removal of the soils,
 2        and if they are there, then to that extent that
 3        they are there, that takes into account whatever
 4        was removed in the 4600 tons?
 5   A    The soil investigation data was what was used to
 6        integrate the chlorinated VOC mass for that
 7        property.
 8   Q    Would you say the same is true regarding the
 9        37,000 tons at Ertel, that some investigation
10        must have been done in that area before they
11        started excavating, therefore, those data points
12        are investigation samples that should be in the
13        database?
14   A    Presumably -- you know, I would want to go back
15        and check specifically, but presumably there has
16        been some investigation that drove the extent of
17        the excavation activity.  They didn't just dig
18        blindly.
19   Q    Right.  No question that they were taking
20        samples during the excavation and ultimately
21        took confirmation samples.
22            My question to you is whether you know if
23        they took investigation samples that predated
24        2007 when they took 37,000 tons away, and you're
25        saying you think maybe there were?
```



Adam Love, Ph.D.
227                           June 07, 2018

227

1    A    Well, if they were taking samples on an ongoing

2         basis during the excavation, I would consider

3         those to be investigation samples.

4    Q    Okay.

5    A    Because they were using those in that site

6         investigation matter to determine the extent and

7         magnitude of contamination in terms of directing

8         what soil gets excavated.

9    Q    Would it matter to you if those samples were

10        taken in disturbed or undisturbed areas?

11   A    Disturbed in what way?

12   Q    Meaning they have already taken stuff out of it.

13        They have already removed soil.

14   A    If their samples were being taken from original

15        soil, then they would reflect the site

16        conditions, although it may be scrambled up a

17        little bit if they were mixed.  That's different

18        than sampling clean backfill that they should

19        put on the property after the excavation.

20   Q    And just to close the loop, is your answer the

21        same with respect to the 7,350 cubic yards of

22        soil at the Zimmer Paper Building, we should be

23        looking for samples in the area of excavation of

24        the original soil prior to the excavation work?

25        And if we find those, those should be



Adam Love, Ph.D.
228                          June 07, 2018

                                                                    228

  1       representative of the conditions of the soil

  2       that was removed?

  3   A   The samples that were used to help direct the

  4       extent of the excavation are samples that would

  5       be representative of the site near soil surface

  6       conditions.

  7           MR. GRIGGS:  That's all I have.

  8           MR. BOWMAN:  I think you cleaned it up.

  9           MR. GARDNER:  Nothing.

 10           MR. GRIGGS:  He will want signature.  I

 11       don't represent him, but I am sure he will want

 12       signature.

 13           THE REPORTER:  Do you need a copy of the

 14       transcript?

 15           MR. BOWMAN:  Yes.  E-Tran.

 16           THE REPORTER:  Do you need a copy?

 17           MR. GARDNER:  E-Tran is fine.

 18           (Time Noted:  4:09 p.m.)

 19

 20                  AND FURTHER DEPONENT SAITH NOT.

 21

 22

 23
                      _____
 24                   ADAM HAMILTON LOVE, Ph.D.,

 25



229

```
 1   STATE OF INDIANA        )
                             )  SS:
 2   COUNTY OF HAMILTON      )

 3

 4        I, Diane Zeyen, RPR, a Notary Public in and for

 5   the County of Hamilton, State of Indiana, at large,

 6   do hereby certify that ADAM HAMILTON LOVE, Ph.D.,

 7   the deponent herein, was by me first duly sworn to

 8   tell the truth, the whole truth, and nothing but the

 9   truth in the aforementioned matter;

10        That the foregoing deposition was taken on

11   behalf of the Plaintiff, at the offices of

12   Barnes & Thornburg, 11 South Meridian Street,

13   Indianapolis, Marion County, Indiana, on the 7th

14   day of June, 2018, at 8:56 a.m., pursuant to the

15   Federal Rules of Civil Procedure;

16        That said deposition was taken down in

17   stenograph notes and afterwards reduced to

18   typewriting under my direction, and that the

19   typewritten transcript is a true record of the

20   testimony given by the said deponent; and that the

21   signature by said deponent to his deposition was not

22   waived;

23        That the parties were represented by their

24   counsel as aforementioned.

25        I do further certify that I am a disinterested
```



230

1    person in this cause of action, that I am not a

2    relative or attorney of either party or otherwise

3    interested in the event of this action, and that I

4    am not in the employ of the attorneys for any party.

5        IN WITNESS WHEREOF, I have hereunto set my hand

6    and affixed my notarial seal on this _____ day of

7    June, 2018.

8

9

10                    N O T A R Y   P U B L I C

11

12   My Commission Expires:

13   September 2, 2024

14   County of Residence:

15   Hamilton County

16

17

18

19

20

21

22

23

24

25



Adam Love, Ph.D.
June 07, 2018

1                                                                                Index: $300..4600

**$**

**$300**  53:11

**$90,000**  53:19

**0**

**0**  82:17,23

**0.1**  82:11,17,23

**04**  142:19

**08**  142:20

**09**  142:20

**1**

**1**  8:8,9,16 9:4 28:25 31:20 33:6,7 72:17 91:21 101:4 104:18,23 112:23 113:8 115:24 116:3 125:7,8 129:10 169:18 172:12 176:20,22,23 193:3 200:3

**1,2-cis**  135:18

**1,276**  199:16

**1,376**  199:20

**1,821**  196:18,21

**1-1**  77:9 115:24 116:2 117:18 118:10

**1-2**  77:13 106:21 110:25 113:2 115:24 116:2,9,16, 20 124:20,23

**1.1**  109:23,24 110:11 111:23 112:10 113:11 114:17

**1.2**  107:23 113:17,24 114:17,21 115:8

**10**  106:10 165:13 178:11, 13,15 179:16 186:13 202:15 206:2,4 224:3

**10,000**  128:13

**100-year**  164:21

**105**  124:21

**106**  113:10 124:21

**106D**  115:7

**10:09**  54:9

**10:10**  54:10 55:5

**10:11**  55:6

**10:13**  58:3

**10:25**  58:4

**11**  11:15,18 131:5 185:10 186:7,9

**11:37**  105:4

**11:46**  105:5

**12**  166:6 204:23,25 213:24 214:7

**12.9**  192:6,19

**12:30**  130:24

**13**  143:11 162:11,14

**1308**  95:9

**13D**  115:7

**14**  143:11 176:3

**15**  179:17 206:2 224:2

**16**  117:16 178:16 187:23 214:17

**16,000**  224:13

**18**  11:12,17

**1804**  95:9

**18th**  91:24

**19**  47:10 191:3 195:25

**1900**  101:19

**1901**  95:8

**1929**  90:22 110:3,5,15 118:4

**1980**  104:9

**1980s**  104:4

**1992**  202:20

**1996**  205:8,22

**1997**  209:10

**19th**  95:10 110:7 114:2 124:9,11 137:17

**1:24**  130:24

**2**

**2**  9:2 10:9,11 11:25 29:11 67:18 91:21 131:6 140:9 145:6 162:15 166:7 171:16 200:17,23 201:5

**2,743**  198:1

**2,951**  186:19

**2-**  78:11

**2-1**  77:16 78:11 80:7 81:5 106:10 143:11,17 176:4

**2-2**  78:19

**2-3**  78:21 187:23 214:17 215:23

**2-4**  78:23 189:24

**2-5**  190:15

**2.1-B**  83:5

**20**  145:5 169:19

**2004**  89:8,22 142:10,14 148:10,12,22 149:1,2 205:11,21 214:4

**2005**  55:2

**2006**  117:13 203:7

**2007**  151:11 226:24

**2009**  42:13 225:10,12,13

**2012**  16:22 55:2 209:10

**2013**  27:17 55:2 108:16, 24

**2014**  25:9 185:13

**2015**  108:17

**2016**  16:24 25:8 27:18 117:15

**2017**  23:6,13,14 24:1,2 25:8,22 90:24 91:24 186:15 187:9 202:13

**2018**  11:12 16:8 24:7 25:21,23 26:3,11 42:2 44:16 148:22

**20th**  91:24

**21**  11:12 24:7 25:16 44:23 46:11 53:16 176:20 193:3

**21st**  42:2,9

**22nd**  46:10 49:12

**23**  44:16 79:2

**24**  21:24 194:20

**27**  79:8 192:21

**28.4**  191:14 192:24

**29**  101:9,12,21 138:17 185:13

**2:18**  165:11

**2:24**  165:12

**2:30**  165:9

**3**

**3**  11:11,17 12:17,19,21 13:14 14:12 45:11 52:9 53:7 67:5 68:14 72:6 75:19 86:10 91:21 92:10 100:7,9 101:4 105:9 131:5 133:3,8 140:9 160:20 187:22,23 201:3, 5,9 208:3 209:5 214:11

**3-1**  79:2 141:12

**3-2**  79:6 194:20

**3-3**  177:21 178:10 197:3

**3-4**  196:10 197:6 198:2

**3-5**  79:8 137:22

**3.1**  113:9,10 137:1,2 141:2

**3.3**  191:11

**3.4**  197:11

**3.5**  137:6,10

**30**  27:2

**31**  13:11

**33**  202:19 203:6

**34.7**  192:6,18

**36**  13:11

**37,000**  223:13,16,20 226:9,24

**38**  91:22

**39**  185:10 186:11

**4**

**4**  43:3,6 68:4 91:21 223:15,23

**4,600**  224:1

**4,916**  196:18,22

**40**  27:2 122:5

**42**  91:22

**45**  191:3,13

**46**  196:3

**4600**  225:1,11 226:4



**5**

**5** 44:12 45:8,9,15 46:5 91:21 209:6 224:10

**5,000** 189:7

**5.1** 94:19

**50** 8:14 122:5

**500** 194:23,24,25 195:4, 15,16

**54** 98:3,11,15,18 103:1

**5600** 189:7

**6**

**6** 44:10,14 64:7 66:21 166:8 194:6

**60** 26:25 44:16

**63** 196:5,15,20

**673** 108:7

**683** 108:6

**687** 108:12

**689** 108:12

**693** 108:6

**6D** 194:6

**6DD** 194:6

**7**

**7** 11:18 47:14,16 48:25 49:5 68:16 92:12 94:14, 15,17 177:5 213:21

**7,000** 169:4

**7,350** 224:12 227:21

**70** 26:25

**703** 108:6

**713** 108:6

**723** 108:5

**73** 192:21

**75** 91:11

**76.7** 191:14,17 192:24

**764** 198:20

**7th** 10:18,21,24

**8**

**8** 50:4,6 91:18,20 105:9, 20 111:2

**80,000** 128:24 130:4

**80-** 53:19

**80s** 104:15

**860** 29:12

**87** 162:18,21,23

**9**

**9** 90:15,16 108:15 115:20 187:1 193:17 200:6 202:14

**937** 29:16

**96** 205:12 206:17

**9D** 107:11 123:15 124:25 193:17 200:6

**9DD** 107:11 123:16 124:25 193:17 200:6

**A**

**A.J.** 124:9

**a.m.** 49:1 54:9,10 55:5,6 58:3,4 105:4,5

**absence** 125:18

**absolutely** 60:6 104:20 157:11 169:22

**absorbed** 164:17

**absorption** 182:23

**abstract** 191:21

**accept** 159:10

**acceptable** 8:5 10:2

**accepted** 71:16 217:22

**accepting** 48:16

**access** 95:3

**accomplish** 13:25 14:8 20:24 36:23 37:8

**account** 104:5 130:19 138:7,13 145:11 155:5 160:13 210:16 220:14 226:3

**accounted** 145:15

182:5,6

**accounting** 38:23,25

**accreditation** 34:17

**accreditations** 34:11

**accuracy** 116:8

**accurate** 10:6 26:4 31:20,25 79:17 151:24 189:13

**acetate** 122:9

**achieve** 65:1

**achieved** 159:11 192:18

**acted** 51:20

**acting** 57:20

**action** 49:14

**active** 57:22

**activities** 208:20,24

**activity** 225:21 226:17

**actual** 112:3

**Acuity** 51:1,2

**Adam** 5:1 6:21,23 8:1

**add** 144:17 170:10 171:17 185:19 206:25

**added** 81:4,14 92:14 109:3 172:15

**adding** 81:11,16 157:21 164:20

**addition** 35:21 72:8

**additional** 27:19 31:15 73:6,8 88:1 99:2 102:7 117:13 190:10

**address** 95:12

**addresses** 32:18 95:8, 11,13

**adequate** 66:11 176:15

**adjacent** 106:17 109:13

**adjective** 71:8 89:20

**adjustments** 17:8,9

**administrative** 27:8

**advance** 13:7 23:22

**advantages** 121:8

**advice** 31:1

**aerial** 8:7,16 84:3

**aerobic** 175:20

**affect** 112:6 125:15 151:25 152:3

**agencies** 37:12 55:23

**agree** 18:8 67:14,25 68:11 94:21 104:3 114:8 121:14 130:15 152:7 159:6,19 162:8 169:18

**agreed** 5:7,19 7:14 153:4

**agreement** 55:14,18

**ahead** 25:11 27:7 33:2 40:12 87:19 91:15 128:18 133:9 185:19 197:18

**air** 62:6,10,11

**algebra** 172:9 173:15

**Alkali** 30:7,10

**alley** 146:12

**allocate** 208:4 217:14 218:21

**allocated** 97:14 98:3 136:6 138:4 162:12 208:1,13

**allocation** 29:22 30:18, 20,22 32:13 56:11,14,25 57:8,10 97:24 99:25 102:1,7,15 195:25 197:14 206:6 208:3

**allotment** 196:11

**amazed** 173:10

**ambiguous** 65:11 66:7 183:5

**amend** 205:25

**amount** 5:14 61:4 154:19 178:5 192:4 196:24 220:18

**amounts** 201:12

**analogy** 173:16

**analyses** 40:5 144:24 157:4

**analysis** 17:17 40:4,17 64:21,22,23 65:2 76:3 101:6 143:6,23 144:2 148:23 151:22 153:16 156:23 157:1 158:3,4 159:16 169:24 170:5 176:12 179:5,9 180:10 181:1 218:22 225:7

**analytical** 36:25 186:17



**analyze** 36:17

**analyzed** 36:19,20 219:1

**and/or** 72:21

**Andrew** 109:17 110:17 111:4 124:11 137:18 141:13 160:5

**Angeles** 57:11

**annotated** 75:5

**answering** 9:24

**answers** 78:16 206:21

**anticipation** 24:3

**anymore** 62:10

**apologize** 23:10

**apparently** 50:7 223:25

**appearances** 25:4 29:1

**appears** 12:25 50:1 83:21 107:14 108:2 110:6 155:22,24 217:5 221:12

**appendices** 186:14 202:15

**appendix** 187:5,6

**apples** 181:21 182:16,17 183:6

**applied** 168:9

**applies** 190:4

**apply** 19:15 39:25 89:16 161:7 167:8

**apportion** 98:24 99:6 160:15 183:18,19 209:2

**apportioned** 97:14 98:12 161:23

**apportioning** 161:9

**apportionment** 9:14 28:22 29:2,6,8,11,21 31:1,6 32:7 56:25 160:18

**approach** 14:6 21:6 161:13,24 184:15

**approached** 23:12

**appropriately** 5:11 199:4

**approximately** 43:24 191:8 196:15 209:10

**April** 23:16

**aquifer** 130:2 214:10

**aquitard** 106:23 127:4,8

**area** 8:17 37:20 47:6 62:18 66:5 69:20 81:6,16 82:1 85:6,7,12,15,18,24 86:8,12,13,17 93:3 96:18 100:11 107:6,16 110:12, 20 117:23 124:25 127:6, 12,14,16 129:5 133:11,13 135:6,8 138:19 141:9 143:10 146:25 154:20 156:9 160:1,2 161:6 165:20,25 166:19 175:18, 19 181:24 182:7 190:21 193:5 196:1 198:17,18 200:12 206:7 214:18 215:4,5,19 217:2,9,16 220:21 221:4,5 223:13,20 225:15,23 226:10 227:23

**areas** 8:22 9:4,15 32:22 33:19,23 34:12 35:21 76:10 86:16 118:1 126:20 129:8 132:21,22 134:2 208:5 217:1 227:10

**argumentative** 66:6 125:10,12

**arrow** 70:13

**arts** 35:3,8

**aspire** 169:25

**assertion** 220:10

**assessments** 38:4 144:7

**assign** 133:25 144:19 171:18

**assigned** 22:1 220:24

**assigning** 138:9

**assistance** 8:13

**assistant** 149:10

**assistants** 84:8

**Associates** 41:21 42:15, 17 43:7

**associating** 168:19

**assume** 49:10 52:1,21 53:20 110:21,22 116:22 176:25 180:9

**assumed** 178:3 213:3

**assumes** 146:23

**assuming** 127:6 138:21

**assumption** 63:22

**attached** 13:4,12 54:13 139:20

**attachments** 46:21

**attempt** 18:20

**attend** 32:6

**attention** 180:9

**attorney** 6:5,7

**attributable** 98:16 180:5,6 191:10 221:5

**attribute** 181:10 211:22

**attributed** 141:21 161:14 178:6 197:9,16,25 198:21,22 221:1

**attributing** 129:12 196:23

**auger** 122:18

**augering** 121:3,9

**August** 16:21 107:24 108:15,17,24 111:11 112:1 116:8 123:23

**author** 51:3

**availability** 11:5

**Avenue** 9:8 90:22 95:9 110:3,5,16,18 111:4,7 118:5 124:9

**average** 18:25 19:11,14, 15,19,23 20:6 21:17,18 89:20,23 129:18 144:18, 19,21,22 145:7,18 150:6 163:7 168:23 177:1 193:23 194:10 216:16 220:14,17 221:16

**averaged** 18:2 19:9 89:7, 11,16,25 90:3,10 144:25 155:11,14 204:7 219:22

**averages** 150:16 206:14

**averaging** 18:13,19 20:12,23 21:6 89:14 130:17 155:4 156:5 191:20 219:25 220:2,3,13 221:12,13,14,17

**aware** 34:5 45:18 51:18 154:25 202:16 208:19 209:17 212:15 218:18,19

**awhile** 166:21 169:13 210:10

**B**

**B-1** 68:16 77:7 85:4 87:10 88:11 89:6 92:11 93:16 95:14,25 142:12 213:21 214:5,12,13,15

**B.s.s** 35:9

**bachelor's** 35:3

**back** 15:6 20:17 40:10 44:13 45:11 54:11 55:7 58:5 71:20 76:23 77:1,15 79:1 82:22 87:2 88:5 89:4 91:6,11 92:5,10,11 100:7 101:3 105:6 108:21 110:25 113:8 123:20 125:3 130:16,17,25 142:9,10,14 156:19 165:15 168:19 173:12 186:13,15,16 187:21,22 193:15,20 200:2 202:6 205:11,14,21,22 222:16, 18 223:6 226:14

**backfill** 227:18

**background** 8:23 43:21 87:3

**backwards** 111:20,21 112:2

**bad** 121:19 186:18

**bags** 31:9

**balance** 162:23

**Bamberger** 24:23

**bar** 188:12 189:12 199:2, 11

**barely** 79:13

**barrier** 105:16,21 107:9 113:25 117:10 118:1,2,7 200:11

**barring** 70:15

**base** 68:13 96:19

**based** 17:13 40:16 47:8 61:7 66:14 72:19 86:3 96:3 99:21 101:24 103:6, 19 111:15 116:10 117:2 131:9 134:11,20 158:10 162:6 163:6,8 171:19 196:12 201:1 221:7

**basil** 107:1 128:23

**basin** 167:23

**basis** 12:9 14:4 21:6



30:19,20 52:8,13,17 64:8 73:3 102:8 117:24 154:23 165:1 227:2

**bathroom** 58:1 165:18

**BC** 136:21

**bear** 99:25 102:2 208:11

**bearing** 48:18 140:8 155:1

**bedrock** 123:6

**begin** 23:17 181:13

**beginning** 53:24 71:21 192:10 207:11

**begun** 23:20

**behalf** 56:14,25 57:2,4,5

**belongs** 101:22

**beneath** 115:1 127:14 196:16 200:10,14

**benefit** 221:14,17,18

**Berkeley** 31:21,22

**bibliography** 75:5

**big** 13:23 14:9 25:14 70:23 151:13 154:12 164:4 191:6 222:25 224:20

**bigger** 171:12,13

**bill** 6:4 7:10

**billed** 23:18

**billion** 89:1 128:14,24 129:22 130:5 177:2,5 194:23 195:15,16

**biology** 37:21,22,24 38:1

**bit** 11:20,24 83:3 89:12 166:19 168:8 174:15 227:17

**blaming** 109:6

**blindly** 226:18

**block** 8:23

**blocks** 41:14

**blue** 138:2 194:24 195:11,14 216:2,7

**board** 54:20

**body** 14:14,16,18

**bold** 110:9

**boom** 122:24

**boring** 18:1,13 19:2,24 20:5 21:22,24 89:14 107:20 108:3,10 115:23 116:18 117:2,3 118:18,23 119:2,12,18,20 120:2 121:23 123:13,19,21 136:24 143:13 150:4,7 182:4 186:20,24 193:10, 13 200:13 204:7

**borings** 91:22 119:15,22 123:24 124:1 138:2,7 144:8 193:14 200:4

**bother** 188:11

**bottom** 13:1,7 33:8 106:21 118:5 127:22 137:18 146:2 153:24 188:9,10 190:3,4,8 193:5 215:24

**boundaries** 76:12 136:25 137:6

**boundary** 81:16,21 83:1, 11,12 127:8 136:24 138:19,21,22,23 199:22

**Bowman** 5:12,19,22 6:6, 9,14,17 7:7,10,13 8:12 13:9 22:7,9,15,20 23:9 24:15,18,22 26:22 29:4 31:10 33:5 34:25 41:11 47:18,22 55:3,7 56:18 57:2 58:1 61:19 62:12 64:12 65:7,15,19,21 66:6 68:6 71:10 91:15 98:22 99:4,8,10 104:21,24 105:3 114:11,14 115:21 125:10,12 130:22 146:20, 23 147:4 151:3 156:22 157:1,9 160:7 163:14,17, 21 165:8 167:19 170:14 173:11 177:16 180:18 183:5 204:15,19 216:21 221:24 222:4 228:8,15

**box** 69:19 111:3 137:10 138:24 188:23 214:18

**branch** 35:24

**break** 12:13 57:24 58:2,6 104:19 105:2 126:15 129:11 130:21 131:3 165:7,18

**breakdown** 37:13

**breakfast** 49:3

**breaks** 114:23

**brick** 215:5

**briefly** 183:23 202:6

**bring** 75:15,16 151:1

**broader** 66:16

**broke** 172:17

**brought** 75:11 99:25 102:2

**brown** 31:8 109:17 110:18 111:4,7 124:9,11 137:19 141:13 160:5 211:14,16

**bucket** 165:23

**Buffalo** 55:16

**building** 70:5,9,10 83:6 86:17,18,19 100:22 137:5,7,9,12 209:7 210:1, 4,5,10 211:10,14,17 212:1,3,6,17,21 213:9,12, 17 216:3 223:25 224:11 227:22

**building's** 209:9

**buildings** 62:23,24 87:6 225:10,13

**bulk** 192:1

**bullet** 28:25 29:7,9,12,13, 14,16,18 100:12,13,18

**bullets** 29:17 101:2

**bunch** 60:23 145:20

**Burgess** 92:16,21 93:11

**business** 11:15,18 28:2 131:21 191:1

**button** 33:4

**buying** 156:15

---

**C**

**Cabinet** 73:19

**calculate** 169:21 171:2, 25 172:4 174:23 175:4

**calculated** 133:8 172:1 175:10,11

**calculating** 206:14

**calculation** 11:15 53:17 139:7,8 169:20 171:11

**calculations** 19:17 70:18 76:13 150:22 154:22 163:6 204:6 205:13

**calculus** 39:15

**calendar** 11:9

**California** 41:11 50:9 57:13

**Californians** 41:9

**call** 32:19 35:13 46:24 47:2 152:20 171:12 179:25 187:25

**called** 9:8 49:16 106:23 122:22 222:9

**calls** 24:11 61:20 62:13 71:11 98:22

**Canal** 30:11

**capable** 20:9

**case** 8:17 12:24 13:14,17 18:18 22:22 32:3 40:25 41:18 42:2 43:14 46:2,25 49:22 50:16 51:7,9 52:3, 15 53:11,15 56:15,24 67:7 84:20 85:14 127:21 139:3 157:24 163:13 172:5 179:7 190:1 192:5 220:5 225:3

**cases** 26:13 28:20,24 45:24,25 143:15 144:9 157:12

**catalog** 75:20

**cataloging** 74:12

**category** 60:5 132:4

**caused** 181:16

**central** 29:2,5 31:2

**certainty** 97:4

**certifications** 33:22 34:5,10

**cetera** 174:10

**chain** 213:16

**chair** 5:9,16

**chance** 178:18 207:1

**change** 104:10 125:8 127:16 156:3 169:5 170:19 171:7,8,10 195:10 206:23 210:6,12,17 211:18,19,24 225:7

**changed** 7:8 155:17 174:3,25

**changing** 5:22

**character** 47:23 195:10

**characteristics** 99:19



131:10 134:12 135:1,3
161:18 163:3 201:2
217:14

**characterization** 224:7

**charging** 207:15

**chart** 191:11 192:20

**cheap** 120:5

**cheaters** 13:6,10

**check** 25:10 92:9 187:19
222:16 226:15

**checked** 15:6 95:16

**chemical** 101:15,24
131:10 134:12,21 135:1
136:1 161:2 163:3 201:2
217:13 220:22

**chemically** 134:19

**chemicals** 17:18 37:10,
14 59:12 149:4 191:7

**chemistry** 33:13 35:23,
24 36:3,6,7,8,10,12,14,
22,25 37:25

**chloride** 135:20 176:2,8,
11,18 177:4,11,14

**chlorinated** 34:21 37:17
67:9,17 69:7 70:20 86:6
93:13 95:21 97:5,13
98:15 104:2 118:8 128:2,
4 131:9,12 132:17 134:17
135:12 136:5,20 152:10
159:25 160:14 162:16
173:17 174:16,19,25
175:1 177:8 180:16
181:10 194:14 200:18,24
209:19,22 210:4 211:16
212:16,19 226:6

**chlorinates** 157:20

**choice** 6:3 202:4

**choose** 88:17

**chose** 14:3 88:13 183:22

**chosen** 96:1

**chronological** 25:13

**circle** 69:18 109:1,2
180:22 216:7

**circled** 106:14,15

**circles** 215:25

**circular** 139:11

**circumstance** 46:6
182:25

**circumstances** 46:4
79:23 121:15 219:14

**cis** 174:21 175:14 176:17
190:2 197:13,14,15,25

**cis-1,2** 176:1

**cis-1,2-dce** 135:19
161:13,23 162:2 176:6,
10,18 190:3 197:21
199:10

**citing** 177:22

**claim** 38:1 39:17

**claiming** 79:12

**clarification** 81:10

**clarify** 81:3 100:16
206:24 207:21,24 213:23

**clarifying** 48:11

**clarity** 81:4,11 201:10

**clay** 105:16,21 106:18,23
107:1,9,15,19 108:13
112:7 113:24,25 114:6,9,
12,20,22 115:15 116:6
117:9 118:19 119:3
123:14,25 124:17 125:4,
18,22 128:23 200:8

**clay/clayey** 107:7

**clean** 65:23 154:5 174:9
227:18

**cleaned** 65:25 166:18
170:20 228:8

**cleaner** 96:14,24 104:4,8
183:13

**cleaners** 93:18,19 94:20
95:15,17 96:9,21 97:4,11

**cleaners'** 95:4

**cleaning** 94:6,25 95:15,
18

**cleanup** 166:25

**clear** 5:17 17:20 70:6
80:14 100:8 104:9,13
112:14 124:22 125:2
175:18 225:11

**clearance** 55:17,19,20

**clearer** 121:13

**client** 23:19 30:22 32:16
46:2 98:11

**client-provided** 91:10

**close** 54:13 62:9 93:7

109:14,15 130:6 167:25
199:17 227:20

**closed** 168:6

**closest** 49:21

**closure** 157:3

**cluster** 113:12 200:6

**co-mingled** 67:9,17,22
68:2,9 69:10,13,24 70:2,
24 71:3,8 96:2,5 97:5
98:14 133:21 165:21,24
166:5 175:19 201:12

**Coast** 49:1

**COC** 99:13

**code** 38:11,12,14 111:24

**coded** 189:20

**Coke** 164:2

**collaboration** 78:5

**collapse** 101:3

**collapsed** 101:6

**colleagues** 41:23 42:24

**collect** 22:5,10,11

**collected** 15:23 16:21,23
17:5,6,10 36:19,20
142:25 146:11,14 147:13
155:20,22 225:9

**collection** 16:3,6 156:12

**collective** 26:8

**College** 31:23 35:7

**Collegial** 45:23

**color** 88:11,17,19 188:12
189:4,20

**colored** 68:18

**colors** 188:25 189:2
194:22

**Columbia** 9:8 90:22 95:8
110:3,5,15 118:5

**column** 29:12 192:2

**columns** 223:7

**combine** 220:4

**comfortable** 101:20
102:4

**common** 84:3 94:20
118:14 120:2 138:22
217:25

**communicated** 11:3,4

**communications** 41:25
43:14

**community** 56:4 58:24
63:12 68:23

**companies** 201:19,21

**company** 28:1 29:9
42:25 51:1 52:24 55:15

**comparable** 20:13,22
21:22 35:13

**compare** 171:16 185:6
188:20

**compared** 157:19 161:3
188:22 192:20 199:5

**comparing** 20:14 134:4,
7 224:19

**comparison** 181:22
182:16

**comparisons** 21:5

**compensation** 53:10,
13,14

**compilation** 205:1,4

**compiled** 88:4 150:11

**complete** 13:21 67:3
68:4 108:23 179:16
210:7,11,13,14

**completed** 9:25 53:16
66:25 218:3

**completely** 223:19

**completion** 51:17

**complicated** 99:22,23
167:13 172:15 173:8
215:11

**component** 162:2

**composition** 195:7
199:9 220:22

**compound** 22:7 219:3

**comprehensive** 15:11,
16 16:14,20 40:15 80:17

**compressing** 18:14

**compression** 155:4

**computer** 20:2,4 38:7,9,
13,17 39:2 76:7

**concentration** 18:22
19:20 68:20 81:19 82:5,
13 127:16 128:1,4 129:20
130:19 141:7,20 153:19,



**21** 161:21 164:9,23 166:14 168:15,24 171:2 181:11 182:2,13,14 183:2,3,11,12,14 188:22 191:6 194:9 196:13,25 198:6 199:22 200:13

**concentrations** 19:24 127:4,5,7,22,25 128:10, 13,19,23 129:2,4,13 130:13,18 133:20,22 134:17 136:6 140:15 141:3 156:2 164:6,13,19 166:11 176:5,9,10,25 177:2 180:16 181:20 183:7,8 184:2 188:3,16, 20 193:23 194:14 195:19, 22,24 198:16 200:9 216:24,25

**concept** 89:12 217:12

**conceptual** 125:21 126:10

**concern** 17:18 155:7

**concerned** 111:11,12 155:3

**concluded** 117:24 200:8

**conclusion** 67:19,25 68:7 96:19,23 184:14 185:21

**conclusions** 17:16 24:13 72:18 73:3 96:17, 20 144:5 186:6

**conclusively** 112:4

**concur** 67:20

**conditions** 145:21 148:3,7 154:1 175:17 227:16 228:1,6

**conducive** 175:20,23

**conduct** 22:5,12

**conducted** 139:22 208:20 218:17

**conference** 24:11

**conferences** 31:8

**confident** 140:18

**confidential** 32:15

**confirm** 43:8 109:19 118:25 119:1 151:12 158:4

**confirmation** 145:24 146:3 222:10,13,15 223:3 226:21

**confused** 22:17 121:17

**connect** 210:25

**connect-the-dot** 83:19

**connected** 216:1

**connection** 23:25 66:22 218:7

**considered** 17:2 146:19 147:18 148:17,18 180:12

**consistency** 199:21

**consistent** 48:14 125:20 141:8 163:2 199:13 220:23

**constituent** 143:15

**constituents** 143:12 177:9

**constructed** 107:21

**consultant** 15:19 65:22 66:15

**consultants** 14:24 50:8 60:3 119:23 146:10

**consulting** 28:11,18 45:14 54:19 57:20

**contact** 23:14 56:2 182:1

**contacted** 23:5

**contained** 202:9

**contaminant** 9:14 126:11 183:3

**contaminants** 59:1,6 67:21 70:21 117:7 118:15 126:9 152:9,10 155:6,9, 18 156:20 218:2

**contaminated** 154:5 165:22 174:8 178:23 181:3,5 182:3,11,15

**contaminates** 213:1

**contamination** 18:23,25 21:3 22:4 32:10,14 56:16 63:16,21 64:4,5,10,15,17 65:18 66:19 67:6,15 68:24 76:10,11 82:3,5 95:23 96:4 97:13 117:22 118:4,9 119:4,10 125:19 127:19 131:9,12,23 132:17,21 133:19 135:24 147:25 152:22 153:14 156:8 160:1 162:3 163:11,13 164:4,17,20 166:12 174:5,12 177:18, 19 178:19,20 180:4,6

**181**:17,24 182:9 183:15 188:21 200:24 210:18,19, 23 211:2,20,25 212:21 213:2 219:8 220:23,25 221:3,4,8 227:7

**contaminations** 63:4,13 211:7

**contents** 75:4,8

**context** 100:25 103:23 212:20

**continued** 78:12 170:10

**continues** 170:22

**continuing** 131:2 134:25 165:15

**continuity** 117:6

**continuous** 114:12,22, 24 115:1,4,5,15 116:6 118:25 119:2,8 123:25 125:22 200:3,7,15

**contour** 83:25 138:12,16 145:8 188:7 195:13,17

**contoured** 139:4 145:4

**contouring** 138:6

**contours** 68:20 80:3 138:9,14 139:8,9

**contractors** 56:3

**contradicts** 115:7

**contrast** 195:5

**contribute** 69:6,7 131:22 167:7

**contributed** 67:8 68:1,8 70:21 97:13 102:20 142:5 178:20 201:11

**contributing** 97:5,7

**contribution** 6:10 9:14 30:23 67:20 86:5,6 96:22, 24 97:24 101:7,16,25 102:2,5,10,16 134:22 136:14 151:23,25 162:9, 24 170:18,21,23 171:3 172:19,20 173:6 184:10 206:7 217:16

**contributions** 9:13 86:11 97:19,21 98:14 134:15 140:12 220:15

**contributor** 167:11

**conveniently** 106:14,15

**conversation** 44:21

**45**:2 52:7 173:10

**conversations** 52:12,16

**conversion** 176:17

**converting** 175:13

**conveyed** 31:24

**coordinate** 27:25

**coordinated** 68:21

**copies** 62:16,17

**copy** 10:14 12:23 42:4 43:20 187:8 228:13,16

**core** 121:11

**corner** 93:6 111:1 216:2

**correct** 9:18 10:19,20 17:7 18:3 21:12 26:5,7 27:11 41:21 49:18 51:24 53:11,12 54:2 61:24 64:9 72:6 85:16 87:12 96:2 97:9 99:7 105:12,23 107:2 109:12 110:14 123:16 135:6 136:16 139:19 141:15 142:17,22 169:14 199:1 204:12 206:23 214:1 217:2,9,17 221:16 223:23 224:10,22

**correctly** 17:25 33:16

**correlate** 95:13

**corresponded** 74:25

**correspondence** 45:4

**costs** 53:25 98:12

**coughing** 23:7

**counsel** 8:2 11:3 12:7 15:4 23:5,12,18 46:7,24 47:2 49:16 72:21 73:1,9, 20 75:16 151:1 187:11,15

**count** 25:4,7 26:8,11

**counting** 139:1

**County** 57:11

**couple** 71:19 83:7 141:3, 6 146:10 161:16 207:14 209:4 214:16

**coursework** 32:5 35:12

**court** 7:17 26:17 102:15

**cover** 13:2 33:7 45:12 68:13 90:25 151:5

**covered** 19:12 31:13 39:10 150:23 223:20



**covering** 6:23

**crazy** 172:10

**create** 6:23 18:21 79:20 86:4 140:22 157:11,13 214:5 221:23

**created** 74:16 138:14

**creating** 145:2 220:1

**Credentials** 31:20

**crew** 124:24

**critical** 117:10

**cross** 215:5

**CROSS-EXAMINATION** 207:8 216:20

**cross-section** 116:9

**crossed** 115:21 199:18

**crosshatch** 107:6

**crossing** 133:3

**Crowd** 29:4

**Crown** 29:2,5

**cubic** 224:12,13 227:21

**cumbersome** 149:9

**current** 98:25

**curriculum** 9:17 13:4 35:10

**Custom** 9:5

**cut** 137:3 142:2

**cutoff** 82:21

**CV** 13:11,12 25:4,16 26:16 27:19 28:25 31:13, 17,25 32:4,11,20 34:14 35:1 47:9 54:13,18 57:15

**CVOC** 97:24 141:2 177:1 191:9 195:9 208:1,4 214:13,14 216:24,25 220:18 225:4

**CVOCS** 89:7 103:15 136:22 139:4 141:20 166:14 193:24 196:5,15 210:15 217:8 224:24

**cylinder** 121:24 122:1

---

**D**

**daring** 115:19

**data** 14:1,3,5,10,13,21

15:2,5,7,8,22 16:2,5,9,16, 23 17:1,3,5,15 18:2,12 19:3 21:3,8 22:2,6,10,11, 13,21 36:18 40:3,7,15 60:3,5,7 61:13,16 63:10 72:20,25 73:6,8,12 76:3,5 80:13,16,18,19 81:18,23 82:1,16 83:3 84:17 86:3 87:22,23,24 88:4 90:2 92:2 93:10,14 96:3,12,19 99:2 115:3,6,10 125:9,16, 17 130:12 137:14 138:10, 11,14,23 139:5,6,9,14 140:23,24 141:17,25 142:4,8,10,14,24 143:3,5, 6,10,13,17,18,24 144:3,6, 12,13,17,19,20,24 145:4, 9 146:8,9 148:10,13,16, 18,20,21,25 149:2,4,22 150:11 151:8 152:5 155:11,21 158:7,12,17,25 163:8 167:17 171:1 175:15 179:8 180:10,23 184:19,23,24 185:2,7,20 188:4,6 190:10 192:3 193:8,21 194:16 199:25 200:2 204:6 205:1,4,7,8, 11,12,17,21 206:1,2,4,9, 10,14,17 213:25 214:3,4, 11,14 215:20 216:6,16 218:21 219:18 220:4 223:1,22 224:17 226:5,11

**database** 16:20 80:17 130:11,13 145:23 148:10, 14,16,24,25 149:23,25 150:10 194:5 205:18,23, 24 206:8,11 222:14,25 223:5,7 225:16,17,25 226:13

**dataset** 15:12 16:14 20:2 23:1 40:11,15 83:13,14, 22,23 87:16,20,23 96:11 139:4,13 142:17 146:19 147:8 179:16 181:18 205:7

**datasets** 20:14 142:22

**date** 11:12 13:20,22 15:22 16:3,8 17:10 25:16 44:9,24 45:5 46:10 61:4 90:3 151:11

**dated** 24:6 44:15 49:11 185:13

**dates** 10:23,25 11:2,23 15:24 31:24 54:15 89:8, 16,17 91:23

**David** 211:14

**day** 11:17 163:7

**days** 11:12,15,18 44:16 167:4 170:9,10

**DCE** 175:6

**DD** 106:13

**deadlines** 23:23

**deal** 149:9

**dealing** 37:17 104:2 128:2 129:12 223:24

**deals** 67:18,24

**decades** 104:17

**dechlorination** 135:13 175:20

**decide** 59:5 80:25 136:22

**decided** 149:8 184:4

**decision** 116:5

**deep** 117:23 118:1 119:6 121:4 122:2 126:1

**deeper** 179:3

**default** 79:22,25 80:3,16 139:14

**defendant** 101:11

**defendants** 207:12

**Defense** 56:5

**define** 63:18 65:5

**degradation** 99:19 119:7 135:23 136:11 157:19 162:4 171:10 174:15,19 175:2,3,5,8,22, 24 176:19

**degrade** 135:16 171:9

**degraded** 156:9 160:13

**degrades** 135:15

**degree** 16:10 17:3 29:8 35:2,16 62:1 68:1 69:9 72:12 129:16 182:9 219:18

**degrees** 31:15 39:25

**delineate** 65:5 147:24 148:2

**delineated** 159:7,8

**delineation** 131:24

**demolished** 225:10

**demonstrating** 195:3

**demonstrative** 80:14

**density** 139:6 143:3,6,7 148:21 192:1

**dep** 11:5

**department** 56:5,6,10 209:9

**departments** 35:13

**dependent** 117:4

**depending** 65:1 79:18 127:24 149:7 210:7

**depends** 60:25 61:25 62:14 121:4 122:2 149:3 153:10 163:23 169:6,11 174:6

**depicted** 216:7

**depiction** 68:25 69:2 116:11

**deposed** 9:18 25:1

**deposition** 5:15 9:1,21 10:9,15,17,18 12:19 25:3, 7 26:9 43:3 44:10 45:9 47:16 50:4 53:25 90:16 131:2 165:13,16 186:7 202:1 204:23 207:20

**depositions** 25:19,20, 21,23

**depth** 18:10 90:3,10 122:5 177:1 178:9,11,14

**depths** 19:5,21 89:8,11, 19,21 149:24 224:2

**describe** 45:21 68:23 109:9 121:21 122:11 133:9 134:12 142:23 156:4 215:4

**describing** 16:2 75:3 81:21 132:16 149:7

**description** 89:6 94:7 150:24 188:9

**descriptions** 59:18

**designated** 30:24 40:25 91:22

**designation** 27:19,21

**designations** 98:6

**desk** 36:13

**desorb** 183:16

**detail** 49:20

**detailed** 75:7



**details** 212:10

**detection** 82:19 83:3

**detections** 135:7

**determination** 63:2

**determine** 59:3,14 80:9 99:15 141:18 158:3,18 173:5 178:2 217:9 225:20 227:6

**determined** 208:13

**determining** 58:25 159:13 211:7 217:24

**develop** 13:18 21:1 22:3 46:17

**developed** 13:16 184:8

**developing** 14:1 87:17

**development** 28:2,3

**devoted** 26:20

**diagram** 9:10 84:15 93:15 106:22 107:23 108:23 112:15,20 113:4 114:8 116:23,24 162:13 178:5 185:12

**diagrams** 84:1 112:13, 18

**Diamond** 30:7,10

**Diego** 30:13 50:8

**difference** 17:23 86:23 193:13 198:25

**differences** 17:17 134:21

**differentiate** 16:25 180:4

**differentiating** 17:24

**differentiation** 17:4 89:22

**differentiations** 17:13

**differently** 22:8

**difficult** 164:5

**diffusing** 156:20

**dig** 226:17

**dimension** 18:21

**dimensional** 20:9

**dimensionalize** 19:14

**dimensions** 18:10,16,23

**direct** 7:22 47:4 119:24 121:2,9,17,21,23 122:22 228:3

**directed** 12:7 75:16 76:21 77:19 151:1

**directing** 227:7

**direction** 7:2 152:14,15, 19 159:4 164:1 214:24

**directly** 35:12 56:2,9 72:8 83:18 96:5 127:14 130:14

**directors** 54:20

**dirt** 35:20

**disagree** 58:18,20 67:2,3

**discharge** 59:19

**discharges** 59:11

**discharging** 168:13

**discipline** 36:24

**disciplines** 31:16 33:12

**disclose** 53:10

**discovery** 6:18

**discrepancies** 168:22, 25 169:2

**discrete** 20:11 21:15

**discuss** 24:11 47:25 48:9 49:16

**discussed** 29:1,6,8,11 48:10 53:24 114:18

**discussing** 123:17 151:9

**discussion** 5:23 7:15,20 8:11 75:14 94:16 106:3

**discussions** 52:1

**disparate** 103:14

**dispense** 9:23

**display** 84:13,17

**disposed** 151:17

**dispute** 124:15

**dissolving** 127:18

**distance** 221:21

**distinct** 47:7 70:7 133:14 134:19 216:24 217:8,23 219:7 222:5,12 223:18 224:15

**distinction** 102:18 104:11 132:19 134:14 222:8

**distinctions** 132:20,25

**distinguish** 85:23 134:22 135:23 140:14 144:12

**distribution** 17:18 99:1 117:6 118:8,13,17,21 125:25 152:3 177:7 200:9,14

**distributions** 191:6

**disturbed** 227:10,11

**divide** 5:11,15,16 97:21 103:3 131:8,12 132:17 134:11 144:18

**divided** 103:7 133:14 162:5 200:18 221:6

**divides** 160:24

**dividing** 136:20 141:23 224:19

**divisibility** 32:13 86:4 140:22 142:7

**divisible** 201:1

**division** 103:17

**DNAPL** 126:16,21 127:1, 13,17,24 128:5,6,25 129:7,14,16,19 130:1,6,7, 13,19 156:18,21 157:10, 15,18

**DOC** 134:17

**document** 43:9 45:12 49:4 74:15 90:23 186:10 202:16 203:4,6

**documentation** 72:16 212:18 215:16

**documented** 61:2

**documents** 12:1,5,8 24:8 51:7,8,10 52:18 59:8,20 60:16,18 64:15 66:25 72:10,13 73:15 74:17,23 75:17,20 85:2 87:3 91:7,10 94:4 150:24 151:1,4 186:5 187:15 202:7,9 209:21

**dot** 83:21 216:2

**dots** 82:18 83:7,9,17,18 138:5

**dotted** 137:12,15,22

**138:1**

**double** 139:1

**double-check** 26:6 189:15,19 222:19

**downgradient** 86:14 109:13 112:16 113:4,19, 20 114:9,19,25 115:2,13, 16 117:13 131:16 132:4, 6,8,14 134:25 136:17,19 142:2 151:24 152:1,20 153:8 156:4 159:4 160:2, 23,25 161:9,10 162:6,19 171:19 172:14,19,21 177:3,5 183:18 184:3,9 193:5 194:13 195:6,9,21 196:24 197:1 198:4,9,13, 18 199:5,7 200:19 220:8, 9,10,21 221:5

**downgradient-most** 198:14

**draft** 44:3,22

**drafted** 211:10

**drain** 167:14,25 168:1,5,6

**draining** 168:2

**dramatic** 169:1

**draw** 96:17,20,23 138:18 184:24

**drawing** 138:21

**drawn** 83:2,18 114:21 115:4

**drill** 122:16,17 123:7 125:1

**drilling** 20:24 121:1,5,9, 22

**drive** 12:10 15:14 51:11 75:11 91:3 122:18 187:12,14 202:7,17,22 203:17 218:15

**driven** 122:20

**drives** 122:17

**driving** 123:4 174:4,12

**drop** 163:24 164:2

**drove** 226:16

**dry** 62:11 94:6,20,24 95:4,15 96:24 97:4,10 104:4,8

**dry-cleaning** 97:17 104:6,14 190:25



**due** 43:20

**dug** 115:9

**duly** 5:2

**Duprin** 81:7 94:23 95:6 97:12 98:2,4,5,7,17 102:25 103:1 105:22,25 106:16 115:13 116:7 124:5,25 136:15 146:11 160:23,24 162:17,18 177:24 178:4,6 186:22 190:20,25 196:12,16 197:1,10,15,20 198:1,2,8, 21,22 199:3,14,19 218:11 220:8

**Duprin/threaded** 85:15, 20 97:18 124:12

**dynamic** 174:3

**Dynamometer** 223:25

**E**

**E-tran** 228:15,17

**earlier** 45:17 85:1 89:13 124:23 133:15 150:2 183:23 187:1 197:8 201:25 204:3 207:20 211:5 217:4 222:8,20 225:5

**early** 23:16 142:19

**Earth** 84:6,8,10,15,23

**easier** 6:12 7:9 20:3 166:10 191:24

**easily** 203:10

**east** 95:9 114:2 137:15

**easy** 101:17 140:13

**ecotoxicology** 38:3,21

**education** 33:11 73:5

**educational** 31:19 32:2, 17

**effect** 18:14 125:6 169:18 180:11

**effectively** 174:9

**effects** 140:4,8

**effort** 174:23 218:25 219:4

**efforts** 27:25 154:21

**Electric** 9:7 11:3 51:19, 21,24

**electronic** 91:8

**elevation** 164:25 179:22

**elevations** 108:9 178:15

**eliminate** 40:14

**eliminating** 194:2

**emission** 62:5,10

**emitting** 62:6

**employed** 56:1

**employment** 54:23

**employments** 54:17,18

**encompass** 14:23 83:2

**encompasses** 35:6

**end** 6:20 53:8 78:25 83:16 151:6 161:8 166:13 183:12 196:9 220:13

**ends** 195:7 197:16

**engineering** 33:13 35:2 37:7 61:8

**entered** 153:10,12,13,14

**entertaining** 71:18

**entertainment** 52:2

**entire** 39:17 87:16,20,23 136:17,19 160:4,22 167:23 217:7

**entities** 208:8,11 213:8

**entity** 101:19,22 103:25 208:2,20 213:16

**environment** 37:10,14 175:21 218:3

**environmental** 14:23 33:14 34:16 35:2 36:3,8, 10,14,22 37:7,12 40:3,4 56:16 60:2,7 61:13 63:9 65:22 72:3 76:5 185:13

**envision** 18:5

**EPA** 56:8,9,10 73:15 85:2 202:20

**equal** 17:2 120:20 156:10 158:1 172:5

**equally** 16:16

**equals** 120:18 172:7,13

**equate** 167:22

**equation** 173:13

**equitable** 21:6

**equivalence** 88:24

**equivalent** 21:23 35:11 172:1 183:10 192:5,25

**erroneous** 111:17

**Ertel** 9:5 17:22 67:18,21 69:5 98:5,8 132:22 133:16 137:4,6,12,21,23 140:13 143:24 146:13,15 152:4 223:12,21 226:9

**essence** 219:21

**essentially** 19:18 35:11 117:21 123:9 125:16 131:15 133:13,22 137:12 160:11 161:8 172:1 198:7,14 214:23

**established** 24:25 42:20 65:13 79:20 80:7 148:9 151:7 196:2

**establishing** 218:6

**Estate** 29:7

**estimated** 114:1

**estimates** 154:18

**ethane** 175:13,14,15 177:12

**evaluate** 115:17

**evaluating** 38:2

**evaluation** 9:13 86:3 208:14

**eventually** 167:3 184:15

**everyone's** 103:9

**evidence** 60:9 61:5,12 95:2 146:24 174:19 175:25 209:17 212:15

**examination** 7:22 154:3 222:1

**examined** 5:4

**examples** 81:13

**excavated** 145:22 147:14 224:18 227:8

**excavating** 226:11

**excavation** 146:25 147:20 164:11 223:13 224:9 225:24 226:17,20 227:2,19,23,24 228:4

**excavations** 145:14 147:6

**exceeding** 128:24

**Excel** 15:4,11,18,20 74:16 80:20 92:5,7 149:10 150:15,17 205:2,6

**exception** 108:25 136:8

**exclude** 16:13 178:21 179:1 194:18

**excluded** 83:10 146:5

**excluding** 49:23,25

**exhibit** 8:8,9,16 9:4 10:9, 11 11:11,25 12:19,21 13:14 14:12 42:7 43:3,6 44:10,14 45:8,9,15 46:5 47:16 48:25 49:5 50:4,6 52:9 64:7 66:21 72:6 75:19 88:5,6 89:5 90:15, 16 92:10 94:14 105:9 108:20 115:20 131:5 149:16 165:13 186:7,9,13 187:1,22,23 202:14,15 204:23,25 209:5 213:24 214:7

**exhibits** 50:21

**Exide** 57:13

**exist** 34:5 87:25 105:22 106:1,18 148:3

**existed** 145:22 182:8

**exists** 167:18 175:19

**expanding** 159:3

**expect** 164:22 177:7 181:25 182:11,13 197:19

**expectation** 225:22

**expected** 30:22 162:3 197:21

**experience** 33:11 73:5 118:23 163:10

**expert** 9:12 11:10 12:23 13:5,20 23:12,23 24:3,6 25:17 26:5,14,21 27:1,9 28:4,7,9,17,18,21 29:1,20 30:24,25 32:24 33:6 37:23 38:2,6,7,13,17,19, 20,21,23,25 39:11,13 42:1,5 43:6,17,19,20 44:1,2,5,6,15,17,22 45:13 46:4,6,11,12 47:6,25 48:6,16,19 49:5,11 50:6, 15,18,19 51:17,20,23 52:8,9,14,15 53:7,16 54:14 56:11 57:21,23 58:10 65:16 66:8 68:14 71:2,25 74:1,10,21 75:24 79:21 84:25 92:3 95:19



111:24 131:5 163:16 187:22 202:2 203:13,16, 22

**expert's** 7:2

**expertise** 32:23 33:19 35:25 37:20 39:2,5,9,21, 23 40:19 79:12

**experts** 7:1 28:11 40:25 41:17 50:20 126:18

**explain** 18:18 90:1 141:10 160:20 219:23

**explained** 173:15

**explanation** 71:18 118:8,14 126:6

**explanations** 125:24

**explore** 199:23

**explored** 183:25

**exposed** 178:23

**exposure** 38:3,4

**expressed** 50:15

**expressing** 115:12

**extent** 18:23 22:3 48:15 66:18 82:2 95:20 125:19 147:25 154:13 217:24 221:7 225:21 226:2,16 227:6 228:4

**extract** 15:2

**extracted** 15:9

**extracts** 15:5

**extremely** 180:15

**eyeballed** 158:9

**F**

**facilities** 60:16 61:1 64:7,11 66:20,24 67:1 69:4 85:13 86:7 92:23 110:11 126:12 129:15 133:12 141:19,24 142:15 143:4 145:12 173:19,25 174:2 180:15 183:20

**facility** 9:8 59:8,10,17,20 60:1,6,15,24,25 61:11,22 62:7,16,19,21 63:7,8 66:10,19 67:8,16,18,21 94:23 95:6 97:12 114:19 142:18 169:12 210:25 211:23

**fact** 72:15 97:9 117:9 118:19 119:8 120:15,16 170:9 174:10 181:23 200:23 217:6 223:23 224:24

**factor** 45:1 60:7,8,13 129:13

**factored** 102:6 129:17

**factors** 99:24 102:1,13, 14 174:7

**facts** 72:16,20,25 74:12 146:23

**fail** 105:25

**fair** 17:16 46:11 75:10 103:11

**fairly** 31:5 46:20 155:15, 23 165:23

**fall** 83:7,21 206:1

**fallen** 203:5

**familiar** 8:21 34:21 35:4 37:1 40:7 51:2 53:6 63:8 90:23 91:1 105:16 209:11

**Farallon** 45:14

**farther** 16:22

**faucet** 170:19,20,22 171:3,11,13 173:3

**faucets** 165:19 170:18, 24

**feature** 107:1

**features** 108:9 113:2 121:14,16 123:1

**Federal** 6:15,18 27:5 55:21,24 56:3 57:4

**feel** 101:20 144:3 190:11

**feet** 63:19,20,21 122:5,7, 8,9,10 125:5 133:23 178:11,14,16,25 179:4, 15,17 206:2,4 219:9,11 222:5,12 223:19 224:2,3, 15

**felt** 217:15

**field** 22:10,11 36:1,13,16, 17 38:1 39:17,19 119:11 122:19 218:1

**figure** 6:1,9 68:15 71:22 77:7,9,13,16 78:9,19 79:2,8 81:5 83:5 85:4 89:6 92:11 95:14,25 106:10,21 107:21,23

108:15 109:23 110:2,11, 13,25 111:8,23 112:9,10, 11,23 113:2,8,11,17,24 114:17,21 115:8,14,24 116:9,16,20 117:18 118:10 124:20,23 136:25 137:1,6,10,22 141:1,12 142:12 143:11,17 155:10 176:4 177:21,22 178:10 187:23,25 188:15,21 189:24 191:11 194:20 195:12 196:10 197:3,6,11 198:2,11,24 199:2 213:21 214:5,12,17 215:22,23

**figures** 77:4,5,7 78:7 79:20 80:5 82:16 91:1 106:1 109:21 111:25 114:17 115:14 116:2 117:17 139:15,23 141:1 145:2 189:23 190:17

**file** 15:4,11,18,25 16:1 73:19 74:25 84:20 150:14,15,18 205:2

**fill** 170:23

**filled** 151:14

**final** 78:9 80:8,10 81:11 90:21 102:14 186:14,21 187:2,8 202:12

**finally** 68:4

**find** 21:7 37:3 50:14 53:8 65:18 71:4 94:12 123:18 128:7 138:3 142:11 143:2 162:20 175:13 200:7 203:10 225:17 227:25

**fine** 228:17

**finish** 173:12

**firms** 24:16

**fit** 168:9

**fits** 126:11

**five-year-time** 165:3

**fixed** 171:5

**flag** 128:14,21

**flash** 15:14 51:11 75:11 91:3 187:12,14 202:7,17, 22 203:17 218:15

**flow** 112:25 152:15,19 153:6 154:14 157:11 166:20 214:22

**flowing** 168:12 173:4 182:10 183:1

**flows** 173:2

**fluctuations** 164:24

**flux** 166:9

**focus** 40:1 85:14 158:17

**focusing** 142:3

**folder** 91:8

**follow** 206:21

**follow-up** 12:14 46:22

**foot** 178:8 191:14,15,17 192:2

**Footnote** 185:10 186:11 191:3,13 202:19

**footnotes** 72:5

**footprint** 124:4

**force** 174:4,12

**forensic** 38:25

**forensics** 27:6 33:15 34:16 40:4

**forget** 7:14 113:5

**forgot** 73:20

**form** 52:17 64:8 66:12 77:3 90:4 93:15 108:24 191:19

**Forman** 24:23

**formations** 125:2

**formed** 22:22 52:7,13 116:17

**forming** 14:11 22:14 145:2

**forms** 73:2

**Fortran** 38:16

**forwarded** 46:7

**found** 19:7 31:10 34:18 64:10 73:6 108:10 113:11 128:3 205:8 217:11

**foundation** 61:20 62:13 65:7 66:7 71:11 98:23 146:21 163:15,18

**four-year** 57:14

**fourth** 29:12 78:17

**Fox** 30:2

**fraction** 172:13,22

**frame** 57:14



**Franklin** 31:23 35:7

**frankly** 79:13

**freight** 33:14 99:19 217:15 218:2

**FRENCH** 12:12,18 88:8 108:19 149:15 150:19 203:21 204:4

**front** 26:6 58:11 90:18

**full** 7:24 18:22 35:10 180:22

**fundamental** 217:6

**fundamentally** 200:25 203:15

**G**

**gallantly** 202:3

**game** 120:23

**gamut** 50:18

**gaps** 21:3

**Gardner** 6:11 207:9,10 216:17 228:9,17

**Gary** 41:5,8 45:14,18,22 46:5 48:4

**gathered** 15:20

**gave** 24:9 76:24 77:22 80:15 91:4 93:1 125:5 201:25 202:7

**gears** 126:13

**general** 21:9 37:9 64:3 73:16 85:2 93:2 143:9

**generally** 8:21 28:19 40:23 43:1 70:19 71:16 213:3

**generated** 77:24

**generically** 99:11

**genre** 203:5

**geographic** 85:12 86:4 131:10,24 132:19,20,25 133:23 195:8 201:1

**geographical** 8:17

**geographically** 17:19, 24 122:12 131:13,14 132:18 133:12 211:3

**geography** 17:14

**geologic** 105:11,14

107:1 118:2,7 121:13,16 123:1 125:2 200:3,15

**geological** 116:8

**geologist** 34:1

**geology** 33:13 35:12,14, 17 39:10 48:12 65:17

**geoscience** 35:4,5,8,11

**geosciences** 34:24

**Geosyntec** 16:23 50:8 92:22 93:25 94:9 109:25 112:1 117:11 123:22 202:13

**Geosyntec's** 117:4

**give** 10:6 13:23 24:5 31:8 33:24 53:18 71:19 94:11 120:14 123:6 138:19 159:9 190:11 209:6

**giving** 31:6

**glance** 31:14

**Glenn** 8:12 47:12 68:5 214:8 216:21

**goal** 36:22 37:4,6

**God** 46:25

**Goldberg** 29:14

**Golly** 186:18

**good** 7:9 40:21 120:23 154:3 178:9

**Google** 84:6,8,9,15,23

**Gore** 102:13

**gosh** 186:16

**Goss-jewett** 29:15

**government** 27:5 55:21, 24,25 56:3,14 57:1,2,4,6, 7,9

**governmental** 74:8

**Gowanus** 30:11

**gradations** 88:11

**gradient** 63:19 214:20, 21,23 215:2

**graduate** 31:15

**grams** 191:14,15,17

**graph** 176:4 197:11 198:3 199:2,10,11,20

**graphed** 158:6

**gravity** 164:1 214:22

**great** 8:6 13:13,23 24:25 32:22 39:15 47:18 105:11 130:22 151:13

**greater** 81:20 194:23,24 206:3

**green** 138:3

**Griggs** 5:6,13,20 6:4,7, 12,16 7:6,12,23 8:2,7 9:1 12:11,17 20:17 42:6 43:12 44:8 47:20,24 48:23 54:7,11,12 55:4,8 56:20 58:2,5,7 65:14,16, 20 88:9 91:14 99:9 104:22,25 105:6,8 108:17,21 114:13 125:11, 13 130:25 131:1 146:22 147:1,5 150:17 156:13,25 157:6 160:10 163:16,20 165:4,10,15,17 170:16 180:19 203:22 204:13,17 217:4 222:2 228:7,10

**ground** 64:2 65:18 121:24 122:21 169:14 178:16

**groundwater** 18:5 19:4, 12 21:11,23,24 22:24 66:24 67:7,9,22 68:2,9, 21,22,24 69:2,6,8 70:8,20 82:2 87:11,13,14 89:7 90:8 112:24 113:18 117:8,22,23 118:1,6,16 119:6 126:2 127:18 128:5,9 133:15,20 135:8 136:14 140:12,14,16,23 141:2,15,21,25 142:2 149:23 152:12,15,19 153:1,3,5,7,15,17 154:7, 14 155:24 156:20 157:16 161:8 162:6,9 163:3,11 164:6,9,10,12,15,19,20, 22,25 167:17,21,23 168:23 169:7,17 173:18, 22 174:1,13 177:19 178:2,15,17,19,23 179:2, 5,12,13,18,19,20,23 180:5 181:4,6,16,18,25 182:2,7,10,12 183:1,8,11, 13,24 184:1,17 188:1,3 192:14,17 195:10,24 196:5,11,12,16 200:18,25 201:13 214:13,14 217:13, 17 218:4,7 219:22 220:11 221:13

**groundwater's** 182:14

**Group** 29:3

**guarantee** 164:3

**guess** 5:20 32:18 33:22 81:22 89:19 109:8 128:7 167:22 173:20 179:7 180:14 216:15 221:11

**guide** 75:9

**gun** 60:21 128:12

**guy** 156:13

**guys** 88:13 158:13

**H**

**half** 26:10,11 125:5 175:5,7

**halfway** 107:6

**Hamilton** 5:1 8:1

**hammer** 122:21 123:3

**handle** 20:3

**handling** 99:14

**handy** 202:25

**hanging** 176:1

**happen** 84:18 164:7 182:23 205:17 208:25

**happened** 61:7 179:3 193:7 206:1

**happening** 6:21

**happy** 203:12

**Harbor** 30:13

**hard** 153:18 195:13 210:24 211:2

**harder** 127:15

**hauled** 151:21

**hazardous** 209:25 210:3,8,11,14

**head** 82:9 120:6 194:18, 19 205:16 216:8

**heading** 31:20 53:9 94:18,19 110:4 113:13

**health** 38:3

**hear** 23:7

**heard** 47:12 121:6 158:13 212:7

**hearing** 116:25 141:19

**heavily** 182:10



Adam Love, Ph.D.
June 07, 2018

12                                                        Index: heavy..Insurance

**heavy** 104:16 181:24

**hedging** 222:24

**held** 7:20 8:11 94:16 106:3

**helped** 76:3 225:20

**helpful** 52:18 97:23 165:18 219:20 223:18

**helping** 100:16

**hey** 48:4 206:25

**high** 104:7 127:24 128:20 180:15 194:10,13

**higher** 102:5 143:3 176:10 183:3,14 195:23

**highest** 127:3,21

**highly** 71:18

**HILL** 113:13

**hire** 156:13

**hired** 6:5,8

**historical** 61:18 97:22

**historically** 94:24 168:15

**history** 31:19 54:14,23 210:8

**hit** 152:12

**hits** 149:2,3,7

**Hock** 46:14,16

**Hock's** 47:25

**Hokkanen** 41:5,16 43:12 45:14,18,22 46:5,25 50:20

**hold** 27:22 55:17,19 146:22 164:2

**Holdings** 207:13

**hole** 55:25 113:21,22 122:13 123:9 145:6,7

**holiday** 11:16

**Homeland** 56:6

**honest** 115:9

**Honestly** 22:16

**hope** 37:7 135:14,20

**hoping** 39:15 94:13

**hotspot** 141:12,15,17

**hotspots** 140:16 141:6,

**11** 185:11

**hour** 48:23 49:2 53:11 104:23 165:5

**hourly** 53:14

**hours** 180:23

**huge** 159:1

**human** 38:3

**hundred** 88:12

**hundreds** 88:20 129:21 139:25

**hung** 176:13

**hydraulics** 122:18

**hydro-punch** 121:3

**hydrogeologist** 34:3

**hydrogeology** 33:13 39:10 48:12 65:17

**hypothetical** 65:12,14 118:21 120:9,14,19,25 123:12 125:23 159:9 163:15,19 167:13 168:10 170:16

**hypotheticals** 118:12 126:9

---

**I**

**i.e.** 217:7

**idea** 5:13 25:2 53:18 81:18 95:21 154:8 188:20 189:21

**IDEM** 73:18 156:14

**identical** 75:18 161:20 166:9,11

**identifiable** 123:13

**identification** 8:10 10:10 12:20 43:4 44:11 45:10 47:17 50:5 90:17 165:14 186:8 204:24

**identified** 8:22 35:22 64:17 65:4 85:6,18 86:16 96:8 100:10 107:7 109:20 110:12,20 126:20 136:13 159:21 165:25 172:18 202:14

**identifiers** 109:9

**identify** 66:8 95:22 123:15 133:23 135:5 147:12 215:24 223:3

**identifying** 95:17

**II** 59:24

**image** 70:6 84:6,10,19

**images** 80:2 123:22

**imaging** 16:19

**immediately** 135:10 195:21

**impact** 47:5 140:10,25 164:8,15 182:8 203:16

**impacted** 70:20 93:13 126:21 174:8 179:1 181:5,15 182:12 183:1 224:1 225:1,2,4

**impacts** 65:9 66:16 69:7 133:23 217:23 218:8

**imply** 24:9

**importance** 37:16

**important** 32:3 113:23 184:18 195:8 218:5

**impossible** 182:7

**impressions** 49:17

**in-house** 31:8

**include** 25:18 26:1 28:4, 7,9 37:13 59:22 60:2 81:4 150:4 222:13

**included** 13:14 15:4,14 54:22 60:3 75:11 77:5 132:3,5,12,13 181:9,17 186:21 194:8 205:10 222:15,20 225:16

**includes** 14:18 54:14 132:14 214:9 224:2

**Including** 52:21

**inclusive** 38:9

**incomplete** 65:12 163:15,19

**inconsistent** 111:22,24

**incorporate** 103:20

**incorporated** 138:11 214:15

**incurred** 54:1

**independent** 22:5,12

**independently** 55:9 115:16

**Indiana** 90:22

**Indianapolis** 90:22

**indication** 66:5 91:4 126:25 217:1

**indications** 63:14 173:24

**indicative** 128:3 219:13

**indicator** 127:23 142:5

**indirectly** 129:17

**individual** 15:3 19:23 138:10 151:8 155:14 201:18,19

**individuals** 40:22

**industrial** 126:12

**infer** 212:24

**infiltrate** 64:2

**infiltrated** 64:5

**infiltrating** 185:23

**influence** 79:24

**influenced** 178:22

**influx** 156:7

**information** 14:1,14,16, 18 15:20 32:2,18 52:6,19 60:14 66:12 72:20,25 74:18,24 75:1 92:19 99:2, 15 102:23 108:3 147:9 151:19 154:14 169:23 190:7,19,22,24 204:9 208:16,17,19 209:1,2,22 212:4 214:25

**informed** 52:14

**inherent** 170:1

**initial** 51:16 74:11,19 153:19

**initially** 44:3 135:16 215:3

**input** 20:4 150:13,14

**inputs** 79:15,19

**inside** 83:18

**instability** 159:24

**instances** 66:20 84:22 208:23

**instantaneously** 182:24

**instructions** 76:24 80:15

**Insurance** 29:9



intact 121:11

integrate 191:18 226:6

integrated 138:8

integrating 160:21,22

integration 20:9,10 81:16 138:9,20 139:18 191:5,18,23

integrations 19:18 76:4, 6,8,25

intelligence 56:4

intend 13:13

intensity 103:19

intent 93:8

interacting 37:10,11

interest 8:17

interested 71:14 218:10

interesting 179:6 216:23

interfaced 178:17

interim 24:5 204:5 218:10

intermediate 105:16,21 106:18 107:9 113:25 114:6,9,20,22 123:14 124:17 125:4

interpolated 188:1,2,4

interpret 71:6,15

intersection 93:7

interval 193:11

intervals 21:1 193:13

Introduction 53:10

investigation 14:21 27:4 60:5,15 72:22 73:2,11,13 90:21 117:14 145:17,25 146:8 147:18,22 148:17, 18,20 186:14,21 187:2,9 202:13 222:9,17,21 223:4 225:5,8,15,19,22 226:5,9, 12,16,23 227:3,6

investigations 15:10 88:2

Investment 29:3

invoice 6:22,23 7:3

invoices 53:22

involved 23:3

involving 51:19

Irvin 50:23

Irvin's 128:22

Irwin 24:23 51:1

island 70:4,11

islands 70:2

isolate 193:12

isolated 70:1,4

issue 152:11

issues 28:22 29:6,9,11 31:1 32:7 49:22 50:14 104:8

iterated 77:25

iteration 80:11

**J**

Janna 51:4,5,14,19 52:2, 7,13 53:3 140:3 185:16, 20

January 117:13 202:20

Jersey 30:11

jobs 55:10

John 7:3 44:1,15 57:24 58:10

Johnson 42:12,13

joined 27:15 42:12

JTV 113:13

July 90:24 185:13 186:15 187:9 202:13

June 10:18,21,23,24 11:1

Justice 56:11

**K**

Kaiser 29:12

Kalamazoo 30:5

Keenon 24:22

Kendall 158:13

key 203:2

keyboard 139:20

kicker 113:3

kilogram 191:14,15,17

kilograms 192:6,19

kind 13:23 23:24 70:1 73:24 75:3 83:17 123:4 136:1 139:11 143:23 153:18 157:4 169:19 195:13 199:25

kindly 108:2

knew 168:14

knowing 74:24 112:12 131:18 153:19 159:13

knowledge 40:14 48:17 79:13 223:11

**L**

lab 36:12 37:3

label 8:8 110:7,20 111:16

labeled 188:13 199:3,4, 16 214:11

labels 92:13

laboratory 22:18,23 36:17

lack 61:19 62:12 65:7 66:7 71:10 98:23 105:12 117:5 118:7 146:20 147:18 163:14 201:9 221:9

laid 167:12

large 168:22

larger 85:10,12,21 96:6

largest 167:11

late 23:16

latest 16:7

law 24:16 40:19

lawsuit 8:3 23:4 98:21 101:12 103:21 208:7

layer 88:19 105:11,14 106:18 107:19 112:7 114:6,9,12,20,22 115:15 116:6 117:9 118:19 119:3 123:14,25 124:17 125:4, 18,22 200:3,8,16

layers 107:22

layman's 37:6

layperson 35:15

leader 27:20,24

leakage 215:10

leave 6:1 71:17 166:25

leaving 155:24 156:9

led 36:2 184:14

ledger 198:2

left 13:21 29:12 52:23 62:20 107:13 112:16 113:14,19,20 124:22 215:24

left-hand 108:4 111:1 198:11

legal 98:24 101:13 102:6 201:22

legend 195:1

legitimate 180:13 181:1, 2

length 18:10 143:1

lettering 8:23

level 18:25 31:15 39:5 79:12 159:11 163:10 169:25 176:1

levels 130:7,9 135:5

Lewis 29:13 53:4

liberal 35:8

lie 83:1 96:1

lies 85:14

life 175:5,7

light 30:16 56:12,15,23 138:2 194:24

likelihood 128:6

limitation 157:10,15

limiting 176:19

limits 82:19

liners 122:9

lines 111:6,10 138:12 140:11 185:23 186:2 188:19 195:13

links 122:20

list 11:25 12:1 24:16 33:12

listed 31:19 32:11 33:20 74:17 92:6,23 100:21 149:22

lists 95:8



liter 82:11,17 88:21,24

litigation 27:20,24 28:1, 4,10 57:22 100:25 201:15

litigations 51:18

local 57:9 63:17 196:6,17

localized 185:11

located 55:16 94:25 95:25 106:16 209:8

locating 52:18

location 18:1,13,20,24 19:2,16,21,24 20:24 21:4, 10,14 22:1,3 59:1,4 63:24 64:3 90:2,9 93:1,17 95:14 96:8 101:18,22 109:9,21 118:24 119:19 124:1 127:10 145:10 149:5 150:8,9 160:19 190:21 195:9 213:3,4 214:10,11 220:2,6,18 221:22

locations 20:13,15,22,25 21:7,8 91:21 95:22,24 96:5 98:7 100:18,20 101:7 102:11 106:7,13 119:15 129:5 143:13 149:6 201:11

log 108:3 116:11 193:15

log-transform 81:18

logs 107:20 108:10 115:23 116:18 117:2,3 118:18,23 119:2,20 123:13,21 186:20,24 200:13

long 27:13 42:11 122:5 146:14 159:14 163:24 167:11 169:6,15 196:10

long-term 164:21

longer 47:9 60:1 148:17, 18 171:13

looked 64:9 76:9 87:4 95:23 115:16 117:2 118:20 119:3,17 123:21 136:5 149:21 158:7 178:24,25 180:20 183:23 184:8 185:11 187:7 189:12 198:6,7 199:18,23 200:4 202:9 205:7 217:7

loop 227:20

loosened 164:16

Los 57:11

losing 157:20

loss 168:8

lost 32:24

lot 103:16 143:19 169:12 174:6 188:11 204:20

lots 40:2 97:16 103:2,7 118:12 143:9,16 164:14

loud 9:25

love 5:1,25 6:21 8:1,4,9, 15 10:9 12:19 33:25 43:3 44:10 45:9 47:16 50:4 90:16 131:2 165:13 186:7 204:23 207:10

low 82:9,10 194:9

lower 106:22 127:4 128:19 197:11 199:12 223:23

LPG 49:6

lucky 135:17

lumped 97:19

lunch 41:15 104:21 105:2 126:14 129:11 130:23 131:3

___

**M**

Mack 16:22 107:24 108:15,18,24 111:11 112:1 116:8 123:23

made 9:6 15:6 17:22 23:15 66:22 78:2 96:21, 24 97:19 128:25 132:20 134:15 140:12 188:4 217:21 220:11 222:8

magic 128:11

magically 173:21

magnitude 22:4 66:18 95:20 125:19 134:1 147:25 189:18 227:7

main 28:15 40:1

maintains 62:17

maintenance 209:9

Major 207:12,13

make 6:10,12 7:4 9:12 17:8,9,13 18:20 20:12,22 21:5,21 42:6 48:13 64:1 80:22 82:25 89:19 91:6,7 100:8 108:25 149:16 160:18 164:10 174:23 182:16 183:10 186:9

189:17,19 198:23 202:17 204:21 214:8 215:11 218:25 219:4

maker 54:24

makes 19:19 87:24 123:5

making 80:12,13

manifests 209:25 210:3, 11,14

Mann 158:13

manufacturing 61:21

map 109:18 112:3 215:25

March 23:16 44:16 91:24

margins 147:19 154:5 174:9

mark 9:2

marked 8:9,15 9:5 10:9 12:19 43:3,5 44:10,14 45:9 47:16 50:4 90:14,16 165:13 186:7 204:23,25 213:23

marker 136:2

markers 111:17

marketing 29:3 31:10,12

marking 11:10 83:10,12

Marsden 41:2,16,20 42:1,11,12,17,23 43:7,14 44:21 48:6 50:21

Marsden's 42:5

Marshall 31:23 35:7

Martindale 95:9

masked 121:17

mass 102:11,16 134:1,4, 6 136:20 153:16 155:23 157:10,14,15,18 160:5, 21,22,24 161:25 162:16 166:14 167:7 170:10 171:2 173:17 174:8,24,25 177:13 191:9 196:3 200:17 208:1,4 226:6

masses 134:7 171:17

master's 31:21 35:2

match 142:18 184:22 189:4

matched 15:7

material 35:3 36:6 154:1 163:12 174:11

math 11:14

mathematically 166:10

mathematics 39:13,18, 20

matrix 178:17,18 179:13 183:14

matter 5:4 14:20 23:6,13 29:3 73:14 170:11 181:23 207:12 227:6,9

matters 5:6 28:10 29:21 41:6 80:6 169:19

maximum 154:13

Maxwell 74:5,6,7

Maxwell's 75:20

Mcinnes 5:25 44:2,8,15 45:6 49:19,23,24,25 50:20 57:24 58:11,14 64:9 66:25

Mcinnes' 153:2

Mcnabb 74:5 76:1,3 80:15

meaning 103:14 124:4 227:12

means 98:24 105:19 110:21 155:23 175:12 188:6 201:10 214:23 217:23

meant 93:4 98:6 126:5 177:23 198:5 208:4 221:20

measure 168:14 175:12

measured 153:22,23 225:7

mechanics 135:12

media 90:6,7

meet 61:24

Memorial 11:17

memorized 147:9

memory 15:24 58:15 92:4 94:4 223:2

Menkveld 24:15,22

mention 6:16 140:2

mentioned 35:22 43:13 60:19 127:11 152:18 183:23 186:2,3

mentions 47:12



**met** 207:11

**method** 14:6 103:16 119:11,24 129:9,11 130:17 142:6 167:8 183:17 200:1

**methodologies** 183:25

**methodology** 133:7 160:20 161:25 168:9 184:5 185:8 220:20

**methods** 120:2,7 121:2 154:15 159:15 183:21

**Michael** 43:7

**Michigan** 30:6

**micrograms** 82:11,17 88:21,24

**mid** 104:15

**middle** 67:11 112:11 113:21,22 141:12 180:10

**migrate** 173:22

**migrated** 67:6

**migrating** 119:5

**migration** 118:15 152:16

**Mike** 42:17 43:20 45:2

**Mile** 54:25

**millions** 129:21

**mind** 5:23 7:8 15:12 17:2, 7 18:5 47:7 86:20 123:3 128:3 217:21

**mine** 41:14 88:6 89:3 91:12 203:25

**Minerals** 29:19

**minimum** 162:1

**minus** 11:18 162:23 172:11,12

**minute** 53:3 178:8

**minutes** 216:22

**mislabeled** 111:9

**missed** 180:24 204:3

**missing** 107:10 151:5 167:25 174:24 187:17 224:21

**misstated** 114:14

**Misstates** 167:19 170:14

**mistakes** 116:20,22

**mixed** 227:17

**mixing** 166:3

**model** 125:21 126:11 184:1,8,9,18,19,23,25 185:3

**modeling** 39:3 183:24 184:17

**models** 184:21

**molecule** 136:3 169:22 182:21

**moment** 11:11,22 44:13 61:14 144:14 155:20

**money** 48:21 71:23

**monitored** 21:11 139:21

**monitoring** 18:1 19:13

**monolithic** 55:25

**month** 10:23 32:7 43:19, 25 44:22

**months** 150:5,6

**moonlighting** 54:19

**Moran** 9:7 11:3 17:21 51:19,20,24 62:21,23,24 63:4 67:24 68:1 69:5 98:6,8 100:11 126:19 132:23 137:8,14,23 140:13 141:4,5 143:25 146:10,13,16 152:4 205:8 212:5 223:24,25 224:25 226:1

**Moran's** 225:3

**morning** 205:2

**motivations** 140:21

**Motor** 100:11 223:24

**mouth** 75:2

**move** 42:15 53:3 107:4 152:12,14,18 155:9 211:3

**moved** 42:15 52:23 153:6 155:18 160:1

**movement** 155:5 156:4

**moves** 112:15,24

**moving** 127:17

**multiple** 5:10 193:14 200:12 208:8

**multiplying** 192:1

**MW-10-** 124:20

**MW-105** 111:1

**MW-105D** 107:15 108:13

**MW-106** 113:4,15

**MW-6** 194:8

**MW-9** 107:10 113:12 114:8 119:12 123:15 124:25 193:23 194:18 200:5

**N**

**named** 158:13

**names** 30:10 50:22 137:17

**navigate** 214:9

**NE** 110:21 111:19

**nearby** 95:1

**necessarily** 70:6 93:5 120:1 124:6 140:17 142:18 148:6 165:2 167:22 177:22 185:3,4

**needed** 34:18 80:10 81:1 150:12 202:24 206:3

**nested** 193:16 194:7,12

**nice** 11:24

**nodding** 10:1

**nods** 120:6

**noisy** 122:24

**non-expert** 72:2

**non-litigation** 29:21

**non-zero** 82:25

**Nonetheless** 112:6

**noon** 166:6

**normal** 9:23 27:8

**north** 96:13 133:16 137:4,13,23 146:13

**northeast** 110:21 111:19 112:20,23 116:21 124:16

**northern** 152:22

**note** 142:8,9 161:16,22

**noted** 125:13 183:6

**notice** 9:2 10:14,17 205:17

**noticeable** 200:25

**noticed** 32:23

**number** 8:16 9:2,4 11:11 12:17,21 30:17 32:12 33:7 43:6 44:12,14 45:15 47:14 50:6 51:15 53:7,21 59:2 68:14 104:18 113:5 115:20 125:7,8 128:8,10, 11 130:4 131:6 142:24 144:19 166:22 185:24 191:21,24 192:4 195:4 199:17 200:3 213:25 220:1,5,13

**numbered** 58:21

**numbers** 19:6 77:4 88:15 129:23 133:7 141:18 163:2 171:5 191:13,16 192:17,18,20, 25 199:11

**numeric** 134:8 138:16

**numerical** 191:5

**numerous** 104:17

**O**

**Oakland** 74:8

**oath** 58:8

**object** 22:15 61:19 64:12 65:7 114:11 156:23 163:14

**objected** 114:16

**objection** 22:7 26:22 62:12 66:6 71:10 98:22 125:10,13 146:20 167:19 170:14 183:5

**objections** 47:20,22

**objective** 64:22,23 181:12

**observation** 175:22 212:21

**observations** 158:11 211:24

**observed** 161:20 184:19,23

**observing** 175:2

**obtain** 52:6

**obtained** 15:2 72:22 73:1,10,12 84:24

**obvious** 206:13

**occasion** 40:24 51:13



**occasionally** 41:15 105:14

**occasions** 51:15

**occupied** 94:24 165:21

**occur** 61:10

**occurred** 49:10 63:11 66:9,13 97:17 98:16 145:12 211:8 225:12

**offer** 13:14 35:9 44:7

**offered** 28:21 56:24 57:5, 8,10,17,18

**offering** 207:24

**office** 41:14 74:8

**official** 30:10,15

**Oftentimes** 157:16

**Ogden** 24:23

**Oil** 29:18

**older** 205:17

**oldest** 148:10

**omit** 16:12 223:19

**ongoing** 61:17 227:1

**open** 115:20 167:10

**opened** 166:6,7

**operate** 62:9,19

**operated** 97:11 98:8 169:13 190:20,25 208:9 210:10 212:5,12 213:9

**operating** 59:18

**operation** 60:1,16 61:17, 18,22 103:9,11 122:24

**operational** 59:8 208:24 212:20

**operations** 59:10,15 60:6 61:1,11,16,25 63:6,9 66:10 86:25 87:5 94:25 95:5 97:17 98:16 99:12 103:6,14,19 104:6 210:9, 25 211:23

**operator** 102:4

**operators** 97:22 98:25 99:6,13 100:1 102:24 103:8

**opine** 48:10 49:22 114:5 131:8

**opined** 66:21 102:20

**opinion** 66:12 67:2,18,24 68:4 86:10 97:23 101:4, 13 104:18,23 105:11,20 112:6 114:12,15 115:11, 12,24 116:3,10,17 117:1, 24 125:7,8,15 129:10 131:6 133:3,8 140:9 160:20 171:16 180:11 200:2,3,17,20,23 201:3,5, 9,17 207:25 208:3 210:6, 12,17 211:18,19

**opinions** 12:9 13:13,16, 19 14:7,11 22:14,22 28:21 32:3 38:20 42:2 43:18 44:7 46:17 47:25 48:19 50:15 52:8,14 56:25 57:5,10,18 58:13, 18,20 64:8 75:18 84:25 145:3 154:24 155:1 199:24

**opportunity** 201:25

**opposed** 141:25 185:5 223:4

**option** 181:14

**oral** 24:9 41:25

**orange** 81:22 83:8 143:20 189:6

**oranges** 181:22

**order** 20:6 21:5 22:3 25:14 43:21 59:14 90:4 99:6 112:3 121:24 122:7 136:10 147:24 178:25 192:3 193:21 194:16

**organizations** 56:5

**orientation** 110:23 111:8,16,17 112:2 116:21

**original** 16:17 62:24 135:24 146:8 183:25 215:16 227:14,24

**originally** 136:3 168:4 173:19 215:7

**originated** 95:24 211:3

**orphan** 103:23

**outcome** 79:24

**outflow** 173:2

**outlier** 40:8

**outliers** 158:17

**output** 79:4 80:8 205:1

**overlap** 50:1 225:23

**overlapped** 158:8

**overlay** 84:15 190:5

**overlays** 188:16

**overlying** 196:14

**overview** 13:24 209:7

**owned** 208:8 212:5,8,11 213:8

**owner** 221:15,18

**owner-occupants** 131:20

**owner-operator** 101:18

---

**P**

**p.m.** 130:24 165:11,12 166:7,8,17 167:1

**Packaging** 9:6

**pages** 46:19 47:10 78:14 143:11 186:19

**paid** 54:1,4

**Paper** 9:6 70:9 86:19 100:23 137:7,9 147:13 212:1,6,17 213:9,11,17 224:11 227:22

**paragraph** 33:10 53:9 72:17 94:18 100:9 196:7, 9 212:2,3 223:24 224:11

**parameters** 79:19,22,24, 25 80:4,16 99:20 102:7 184:21 217:15

**parcel** 93:5 211:21

**parentheses** 172:11,12

**parenthetical** 191:7

**PARK** 113:13

**part** 9:12 14:3 17:17 20:21 22:13,21 23:1,14 40:5 52:8 54:22 59:13 69:23 72:19,23 73:2,4 77:18,21 81:10 83:13,14, 22,23 84:20,25 92:2 93:15 95:18 103:21 105:22,25 106:22 115:11 117:20,24 129:8 145:18 147:7 154:20 177:5 179:4 181:18 193:5 195:16 198:15 204:22 225:20

**particles** 178:20

**parties** 5:7 42:25 43:23 98:2,19,20 100:10,14,19,

21 101:1 103:20 140:23 141:22 161:15 201:14 207:23 208:6 209:3 221:7

**partitioning** 182:18

**parts** 69:12,13 87:6 88:25 128:13,24 129:22 130:4 142:7 177:2 194:23 195:15 209:8

**party** 98:1

**pass** 10:3 185:1 202:3

**Passaic** 30:6

**passing** 220:11

**past** 25:3 38:20 39:7

**pathway** 67:1,4 213:6 218:3

**pathways** 140:20 141:8

**pattern** 118:14

**pay** 5:8,14 54:6

**PC** 135:7 136:11 161:5,17 188:21

**PCE** 83:3 94:19 104:14 112:22 135:2,3,5,14 136:3,9,21 143:16 161:2, 9 174:20 175:5 177:24 178:4,10 187:25 188:1, 14,16 189:5,11,22,25 190:1 191:10 192:4,6 194:9,23,24 195:19,22,24 196:13,19,23,25 197:9,19 198:6 199:9

**pdf** 149:11,12 204:20,25

**Pennsylvania** 29:10 30:17

**penny** 53:21

**people** 5:10 27:25 31:7, 12 36:19 40:24 63:8 68:22 70:21 98:19 103:3, 13,15 126:23 188:11 217:19 220:3

**percent** 26:25 27:2 98:3, 11,15,18 101:9,12,21 103:1 162:11,14,18,21,23 192:21 196:3,5,15,20

**percentage** 101:4,24 102:9 207:25 208:12 217:15

**percentages** 171:19

**Perfect** 102:23



**perfectly** 20:9

**perform** 77:20

**performed** 14:21 36:2 76:13,25 77:21,22 80:3 88:3 176:12

**period** 21:12,25 55:1 154:9 160:4 164:18 208:10 212:9

**periods** 158:8

**person** 5:8

**persona** 32:17

**personally** 51:6

**persons** 103:21

**perspective** 37:6 61:8 164:21,22

**Petroleum** 29:3

**Ph.d.** 5:1 31:21 34:1

**phase** 59:22,24 127:9 170:5

**phenomena** 18:9 157:12

**phone** 48:4

**photo** 8:7,16,24

**physically** 121:22

**pick** 37:23 38:11 124:18 152:23

**picked** 48:3 87:7

**picking** 195:23

**pictorially** 116:17

**picture** 8:18 13:24 14:9 35:17 70:16 79:2 83:19 84:4,16 87:10,17 90:4 108:4 121:13 125:2 188:7,9,13 190:7,8

**pictures** 18:15 78:13,17, 21,23 84:1

**pie** 191:11 192:20

**pipe** 122:20 123:4 166:20 167:3

**place** 13:1 15:1 126:9 178:9 203:6

**places** 86:21 178:12

**plaintiff** 8:3

**plan** 218:11

**Plating** 92:16,21 93:11

**plausible** 126:4 154:18 185:6

**play** 74:20 102:14 120:24 154:16

**plot** 96:11

**plotted** 96:12

**plotting** 81:18

**plume** 18:6 19:1 67:10,22 68:2,9,23,24 69:1,2,7,8, 10,16,24 70:3,8,19,24 71:3,8 83:16 85:22 86:6 90:5 95:21 96:2,6,18 98:15 99:21 102:21 104:3 112:11,12,14,19 113:18 129:5,7 132:14 135:13 136:17 137:4 152:16 154:12,22 155:22 156:1, 7,10,14,16,19 157:2,13, 17,22,23 158:1,2,5,18,24 159:2,3,10,22 160:7,8,22, 23 162:5 165:21,24,25 167:18 175:19 176:5 177:13 191:19 192:11,14 195:10 196:3 197:2 198:10,15 199:7 201:13

**plumes** 133:15

**point** 11:7 16:3,9,16,23 18:2 19:16 43:24 60:23 84:9 86:9,10 114:24 119:17 125:16 133:4 141:1 144:17,19,20 149:4,22 151:10,12 154:4 155:11,16,19 195:8,12 196:4 198:9 199:7 220:7

**pointed** 215:9

**pointing** 93:2

**points** 17:1 18:12 19:3, 11 20:11 61:9 81:23 100:12,14,18 106:21 125:17 137:13,14 138:8, 10 139:5,6 142:24 143:3, 10,18,24 144:13,23,24 149:2 151:9 167:17 179:8 180:10,23 185:2,20,25 195:11 204:6 213:25 214:3,4 216:6 223:1 226:11

**political** 52:3

**polluted** 66:5

**pop** 88:10 203:3

**portion** 61:11 68:19 85:21 95:23 114:7 161:10,12 162:11 172:21

**plausible** 197:1,3 198:10,15 212:8 220:21

**portions** 224:21

**possession** 43:25

**possibility** 62:8 128:17 129:14

**post-excavation** 145:24 219:15

**post-remediation** 146:9,18

**potential** 103:3 127:1,24 129:14

**potentially** 99:17,24 128:15 179:1

**ppb** 196:18,19

**practice** 27:20,24 217:20,22,25

**practices** 99:14

**pre-1980** 104:7

**pre-mid** 104:3,9

**precise** 169:22

**predate** 148:13

**predated** 226:1,23

**preface** 120:25

**prejudiced** 170:5

**preliminarily** 7:12

**preliminary** 5:6 24:12

**premise** 159:10

**preparation** 74:9

**prepare** 23:24

**prepared** 15:18

**preparing** 73:25

**presence** 63:13,16 127:1 186:1

**present** 52:15 107:14 123:14 129:15 130:20

**presentations** 32:9

**presenting** 80:14

**president** 27:10,13,17

**pretty** 35:17 40:21 104:15,16 164:5 167:12 192:11 199:17

**prevalent** 61:17 104:14

**preventing** 118:3

**previous** 93:24 104:15 111:15

**previously** 126:19

**primarily** 76:17 116:10 117:2

**primary** 56:7 74:23 135:4 140:10

**principal** 27:10,14,16

**prior** 24:6,14 28:20 42:9 46:13 51:18 52:21 131:19 145:12 148:12 227:24

**private** 32:12 54:17,18

**problem** 39:15 147:21 182:19 204:15,16

**procedures** 9:20 59:19

**process** 36:18 59:13,18 61:6,8,9 131:11 132:16 134:13 136:19 151:8 167:8 175:25 176:14,19 182:23 200:1 219:23

**processes** 59:12,15

**produce** 22:21 139:15 158:23 184:7

**produced** 12:4 15:15 72:10 202:24

**producing** 12:5

**product** 77:23 81:12 136:11

**products** 135:24 175:4, 22

**professional** 28:2 33:23 34:1,3 41:23 42:20 55:10

**profile** 21:18 130:2 153:2 198:6

**profiling** 214:10

**program** 20:6 35:12 79:16 84:15 145:8

**programs** 39:6

**project** 70:6 74:7,19 91:8 140:1 184:3

**projects** 28:14,15 57:15

**promise** 54:6

**prone** 215:10

**propensity** 104:7



Adam Love, Ph.D.
June 07, 2018

**proper** 110:23

**properties** 133:24 142:25 152:23 197:17 201:15,17 208:6,25 219:19 220:16

**property** 17:21,22 85:16 94:23 95:5,6 97:18,20 98:7,17 106:16 112:8 116:13 125:20 131:16,17 134:16,19,23 135:11 136:9,23,24 137:8 141:4, 10 147:13 151:14 160:16, 17 161:3,6,11,19,24 162:4,17,18 197:23 199:14,19 200:14 209:3 210:19 211:25 212:22 218:18 220:24 221:8,15, 18 225:19 226:7 227:19

**proportion** 135:2

**proportional** 178:5 196:11,24

**proportions** 178:10

**provide** 12:7 53:7 62:5 103:16 193:2 216:13

**provided** 12:8 25:17 51:11 72:21 73:1,9 74:13 75:17 84:19 91:9 150:21 151:2 205:1 208:17,23 209:21 212:4 213:25

**providing** 28:17 30:25 43:16

**proving** 212:15

**public** 32:9,17 84:23

**publically** 202:23

**publication** 202:20

**publicly** 203:8

**pull** 42:6 43:12 214:8

**pulled** 84:7,9,11,12

**pulling** 43:5

**purple** 82:12,15,23 83:17 143:16

**purpose** 95:17 189:17

**purposes** 88:16 145:1 156:24 157:2,4 206:6

**push** 119:24 121:10,17, 21,23 122:22 174:12

**pushed** 123:2

**pushing** 121:2,24 123:2 176:1

**put** 8:7 39:19 44:8 47:14 50:2 61:21 75:2 79:16 94:4 122:14 123:9 136:25 138:14 139:14 145:7 165:22 168:5 186:17 187:14 204:19 205:6 223:2 227:19

**puts** 110:17

---

## Q

**qualified** 127:11

**qualify** 169:5

**quality** 174:7

**quarter** 21:11

**question** 5:21 10:1 16:18 19:25 34:23 56:18,23 65:8,10,20 94:5 106:4 111:13 114:5 116:19 120:9,22 121:19 125:11 130:15 147:11 151:19 152:7,9 157:7,8 159:17 160:3,8 163:18 173:21 194:11 205:4 207:15,19 215:22 219:3 226:19,22

**questions** 5:8,10 7:23 9:24 11:20 12:14 48:12 204:21 207:4,9,14,17 209:4 213:22 214:16 216:21 222:2

**queue** 42:7

**quick** 75:9

**quickly** 13:8 74:22

**quote** 179:7

---

## R

**Rachelle** 74:5,6,7 75:20

**radical** 217:19

**ran** 78:6 149:1

**range** 82:12 108:12 189:7

**rate** 53:14 155:25 157:19 176:18

**rates** 166:8

**ratio** 135:2 136:10 161:5, 7 177:23 178:1 196:13 199:13

**Ratioed** 193:1

**reach** 17:15 144:4 152:11

**reached** 67:19 68:7 75:18 116:25 159:13

**reaching** 116:5

**read** 5:15 20:17,19 33:16 44:25 46:8,16,21 47:2 48:3,16 49:8,17 50:12 71:2,5 87:8 137:16 188:9 208:22 209:1 213:19

**reading** 17:12 24:12 46:13 47:8 49:10 98:9 194:25 197:5

**real** 113:3 158:17

**reality** 162:2

**realize** 202:23

**reason** 10:5 20:12,21 104:13 113:23 181:14 193:18 194:2,17

**reasonable** 5:14 184:22

**rebuttal** 45:12 47:4

**recall** 11:4 46:3 58:13 91:2 92:22 94:3 95:7 109:5 119:13 130:12 140:6 175:16 186:25 210:2 211:13 213:19,20

**receive** 6:8

**recent** 24:15 25:18,20 90:24

**recess** 54:9 55:5 58:3 105:4 130:23 165:11

**recognize** 49:4

**recognizes** 218:3

**recollection** 146:6 159:5

**reconstruct** 99:20

**record** 7:17,18,20,25 8:11,12 54:7 55:3 94:16 100:8 104:13 105:7 106:3 114:11 156:22 165:15 170:15,17 204:22 219:20

**records** 53:20 210:8

**rectangles** 85:11

**red** 81:22,23 106:14,15 109:1,2 128:14,21 188:23 194:22 195:11,14 214:18

**redirect** 222:1,3

**reduce** 174:4

**refer** 8:4 69:10 70:23

96:1 103:22 106:25

**reference** 75:9 108:1 185:12 186:4 202:19 209:8 213:12

**referenced** 203:7 209:18

**references** 72:11,14 73:15,16 85:2 191:10

**referred** 64:18 88:25 105:15 146:12 177:21

**referring** 69:11 100:19 114:4 117:11 186:10 216:4

**reflect** 72:15 116:17 117:5 123:24,25 125:18 127:9 130:8 153:25 168:24 182:9,12 190:23 192:6 214:13 215:21 219:18 220:17 227:15

**reflected** 25:22 31:16 32:4,8,14 57:15 119:20 181:25 182:3 190:8 197:6 214:12

**reflective** 127:17

**reflects** 117:8 130:13 197:11 212:22 220:22

**regulator** 156:23 157:1

**regulators** 62:11,15

**regulatory** 61:23

**relate** 72:8 100:14

**related** 14:19 29:21 36:8 38:22 61:12 70:4 99:18 102:3 200:5 210:1

**relates** 105:11

**relating** 5:4 211:9

**relation** 55:20

**relations** 54:24

**relationship** 24:14 32:16 42:21,22 43:22 45:21 82:4

**relative** 9:13 43:17 134:7 136:20 151:23 178:10 201:12

**release** 58:25 59:3,5,12 60:20 63:3,11,15,17 65:4, 6,9 66:9,13 99:16,18,21 152:24 154:17 212:23,25 213:4 217:2,9,24 219:14

**released** 67:16 136:12 169:7 173:24 211:1



**releases** 61:2,10 66:17 185:22 197:22 214:19 215:1,8,13,15,18,21

**releasing** 169:15

**reliable** 184:11,15

**relied** 14:1,11 52:19 72:5 141:24

**rely** 116:7 184:6

**remain** 219:7

**remainder** 220:25

**remaining** 168:16

**remains** 161:11,19

**remedial** 225:21

**remediated** 146:15,16 170:4

**remediation** 27:4 148:12 218:11,16

**remember** 16:15 23:14 50:25 51:2 55:15 57:12 58:8 82:7,8 84:18 85:6 92:25 106:4 123:21 126:22 185:19,24 193:22, 25 212:13

**remembering** 139:19

**removal** 169:4 225:11 226:1

**remove** 174:11

**removed** 145:20 147:14 151:13 154:1 163:12 169:17 170:7 174:3 223:22 224:5,8,13,24 225:4 226:4 227:13 228:2

**Renzel** 29:7

**reorientation** 114:18

**repeat** 23:11 52:10 56:18 207:17

**repeated** 85:4

**rephrase** 26:24

**report** 11:10,21 12:23 13:5,17,20 14:2,4,7,12 16:13 17:12,15 18:3 22:14 23:25 24:4,6 25:17 26:5 27:9 29:23 32:24 33:6 34:20 42:5 43:6,20, 25 44:1,2,5,6,15,17,22, 23,25 45:3,6,13 46:5,6, 11,12,14,16 47:3,5 48:3, 7,17 49:5,8,11,15,17,19, 20,25 50:1,7,10,19 51:17

52:9,15,25 53:7,16 54:14 57:23 58:10,14 64:13,14, 15 68:14 69:15 71:3,5,21 72:19 74:1,3,10 75:24 76:9 77:1,5 79:21 80:2 84:2 86:1,11 90:21 92:3, 22 93:23 94:10,14,17 98:9 100:7 101:11 106:11 107:24 108:16,18,24 109:21 112:19 116:2 117:5,11,14 123:23 131:5 139:16 153:2 159:21 174:17 176:3,21 178:12 185:9,13,16,21 186:2,15, 18,21 187:2,5,6,9,22 199:24 202:2,13,20 203:7,16 205:10,21 207:23 209:4,6 211:11 213:21 214:17 215:9,17 217:5,7 223:15

**reported** 59:11 62:15 128:23

**reporter** 7:18,19 20:20 228:13,16

**reports** 14:19,23 15:3,6,8 16:11 24:10 29:1 43:19 50:19,25 52:21,22 59:19, 22,24 60:2,15 62:6,10 71:24,25 72:2,3,4,7,9 73:19 87:8 94:1 95:3 105:15 106:25 126:22 128:22 140:3 151:16 186:3,6 200:4 203:14,17, 22 208:22 215:4

**represent** 15:11 81:25 102:9 130:5 144:8,9 145:9 155:15,19 165:24 188:19 189:2 201:16 207:12 208:6 228:11

**representation** 21:2 87:11 90:5

**representative** 93:4 145:21 220:1,5 221:23 228:1,5

**represented** 102:10 138:4 185:5

**represents** 18:22 82:1 184:25

**request** 77:22

**requested** 12:1 20:19

**requests** 12:2,6

**require** 101:13

**requirements** 61:23 62:3

**rerun** 81:1

**research** 147:11

**respect** 227:21

**respond** 6:17

**responded** 61:4

**response** 12:5 49:15

**responsibility** 208:12 224:20

**responsible** 98:1,2,20 100:10,14,19,21 101:12 207:23 221:9

**rest** 70:2 133:19

**restroom** 165:6

**result** 74:14 102:25 125:24 140:19 158:24 167:10 184:7 191:18,23 197:22

**resulted** 22:13 192:21

**results** 77:1,3 84:14 125:5 150:9 197:5,20

**retained** 23:5

**retention** 51:16

**reverse** 25:13

**review** 43:21 208:16 209:25 211:6,9

**reviewed** 12:9 14:19 15:3 49:15 71:25 72:9,14 203:15

**reviewing** 211:13

**Richard** 53:4

**rid** 154:4 174:8 177:18

**rig** 125:1

**right-hand** 110:13 189:10

**rigmarole** 9:24

**rise** 164:19

**risk** 103:10,19

**River** 30:2,5,6

**road** 29:16 141:5 160:12

**Rob** 94:14 202:2

**Robert** 29:7 49:5

**robust** 185:8

**rock** 123:6,10

**rocks** 35:20

**Rod** 68:8 69:6 85:16,20 91:22 95:5 97:18 109:11 112:8 113:12 114:7,10, 19,25 115:1 116:13 124:12,14,24 131:16,17, 18,19,25 132:1,3,14 134:16,18,23 135:10 136:9,18 137:21 141:6 144:1 160:16,17 161:3,6, 11,19,24,25 162:4,22,24 190:21 197:22 200:14 217:11 218:12,17 220:9, 24 221:6

**Rod's** 86:5

**Rod/von** 102:24 115:13 116:7 124:5 136:15

**role** 74:9,20 76:2

**rough** 53:18

**roughly** 44:16,22

**round** 50:3 88:15

**routinely** 100:1

**Roux** 27:16 41:21 42:15, 17 43:7

**RP** 97:25 98:10 201:10,14

**RPS** 97:25 100:10 201:18,21 207:23

**rule** 139:18

**Rules** 6:15,18

**run** 22:25 50:18,22 78:2 79:4 80:1,8,9,22 123:6 171:13

**running** 111:6

**runs** 38:16 76:7,18,20 137:19 139:22

**Russell** 29:13

**S**

**Safety** 30:16 56:12,15,23

**Sam** 6:10 44:2 45:13 50:7 207:10

**sample** 16:4 17:14,20 18:19 21:4,15,23 22:24 89:8,17,21 90:2 91:21 129:19 130:1 144:9,20,24 147:12,22 148:2,3 155:16,20 156:12 179:19, 20,23



**sampled** 21:15 129:16 130:1,20 149:23 151:17 167:20,21

**samples** 21:24 23:2 36:16,18 82:20 89:13 90:8 96:7 122:4 130:8,10 135:9 144:10,17 145:5, 13,16,17,19,20,24,25 146:2,3,11,14,18,24 147:17,18,24 149:6 153:25 156:5 178:21,24 179:11,13,14,24,25 180:13 181:1,11,19 219:1,5,13 222:5,9,10,12, 13,15,17,21 223:4,12,19, 20 224:3,15 225:6,9,14, 15,18,20,23,25 226:12, 20,21,23 227:1,3,9,14,23 228:3,4

**sampling** 20:25 91:23 119:14,24 130:6 143:13 167:16 227:18

**SAMUEL** 207:9

**San** 30:13 50:8

**sand** 123:3

**saturated** 179:25 180:17 219:1,6

**scale** 165:3 189:20

**scenario** 63:23 154:17

**scheduled** 10:17 11:8

**scheme** 189:4

**school** 35:8

**science** 35:3,10 36:6 38:8,10,13,17 74:8

**sciences** 35:10

**scientific** 58:24 63:12 68:23

**scientist** 27:10,14,16 74:7

**scope** 65:5 129:8

**scrambled** 227:16

**screen** 8:15 10:11 12:21 13:7 25:11 74:12 91:11 106:9 193:11 205:6

**Sean** 7:23 8:2 22:16 207:15,19 213:22 222:2

**search** 149:1 203:2,3

**Searles** 29:19

**section** 43:22 182:4 212:2 213:11

**sectioned** 122:1

**sections** 122:6

**security** 55:17,19,20 56:6

**selected** 10:21

**seminar** 32:7

**seminars** 32:12

**send** 73:20

**sense** 6:10 7:4 37:9

**sentence** 72:18 196:8,10 209:13,19

**separate** 6:23 19:5,6 20:5 60:5,8 61:14 86:2 89:22 102:15 103:16 127:9 131:24 134:2 150:10 172:21 193:10 216:2,7

**separated** 133:10

**separately** 133:24 149:22

**separates** 137:23

**separating** 117:25

**separation** 195:8

**sequences** 108:6

**sequential** 175:3

**series** 78:13 122:20

**serve** 54:20 95:18

**served** 28:20

**Service** 9:7

**services** 28:17

**serving** 51:23

**set** 63:6 72:18 76:23 84:13 168:10 180:10 204:5 210:11,13,14

**sets** 157:17

**settings** 139:15

**settled** 184:16

**setup** 85:24

**sewer** 111:3,10 140:3,8, 10 141:8 185:23 186:1 214:19,21,23,24 215:1,5, 6,13,14,18

**sewers** 214:22 215:4,9

**shallow** 63:14,17,18 64:4,10,15,18 65:9 66:11, 22 117:7,22,25 118:4 119:5 191:9 196:14 216:25 217:8,22 218:4 222:5,12 223:12,18 224:15

**shape** 69:1 188:21,22 189:18 190:11

**shapes** 189:22

**share** 88:9 101:8 129:1,2

**shared** 44:3 45:3 88:2

**shares** 103:23

**shift** 142:21,23 158:12 159:1

**shocked** 78:4

**shocking** 71:4

**Shop** 100:11 223:25

**short** 46:20 58:5

**short-term** 164:16

**shortly** 23:20

**shot** 167:11

**shoulder** 91:16

**show** 8:12 54:18 106:17 114:18 115:3,14 119:3 139:5 156:3 167:9 189:21 210:4

**showed** 43:20 113:7 210:15

**showing** 108:13 113:17 195:3,5 209:17,22 212:5, 15

**shown** 32:20 95:14 107:16 111:3 112:20 115:8 116:9 118:9,17 139:5 141:12 190:10 198:1

**shows** 114:8 136:25 137:3,4,6 176:5 191:4 212:19

**shrinking** 157:23

**shut** 115:22 171:6

**side** 54:19 55:14 108:4 109:17 110:13 112:19 138:7 146:1 153:24 189:10 194:8 198:11

**sides** 138:10

**signature** 134:21 161:2 228:10,12

**significance** 88:14 178:13

**significant** 17:6 156:3 164:18 169:5

**signs** 127:2

**silt** 107:7 113:24

**silty** 106:23 107:7,15,18 108:13 113:24 118:19

**similar** 63:5 113:2 186:6 207:21 218:21

**similarities** 189:21

**similarly** 49:16

**simple** 65:20 217:12

**simplest** 103:5 118:13

**simplify** 20:1

**simply** 65:8

**simulation** 39:2 76:7

**single** 17:25 18:1,21 21:22 22:1 70:2,19 89:14 90:4,10 123:19 150:7 155:12 172:25 193:13 220:1,4 221:22

**sink** 165:20,23,24 166:3, 4 167:14,16,22 168:3,13, 18 170:21,23 171:9 172:25 173:2,3

**sinks** 168:16 173:2,8,9, 11

**sit** 97:3 112:2

**site** 14:21 15:9 27:4 30:2, 5,6,7,12,14,17 48:12 56:12 57:12,13 60:3,4,15 62:17,23 63:4 68:1,8 73:16 81:7 85:3 93:11,13 96:14 98:4 99:8,9 100:3,4 102:20,25 105:22,25 106:19 109:11,16 116:7 125:21 126:11 131:21,22 132:1,3 133:18 134:9 136:16 138:3 144:7 146:8 148:1,18,19 160:23 170:4 175:8,9 196:3,12,16 205:8 208:9,13,21 211:8, 20 223:12 227:5,15 228:5

**sites** 14:20,22 29:22,23 30:1,18,23 37:19 64:16 81:6 100:2,6 101:16



103:13 119:16,23 131:24 132:5,15 143:2,8 144:4,7 169:3 170:2,6 224:19,20, 21

**sitting** 147:16

**situation** 62:14 157:17 163:23 183:12

**situations** 57:19

**sixth** 29:7

**size** 47:11 99:21

**skip** 75:22

**skipping** 44:12

**slow** 157:19 186:16

**sludge** 151:15,16,20

**slug** 164:4

**small** 70:7,15,17 133:14

**smear** 181:16

**smoking** 60:21 128:12

**snapshot** 160:3

**social** 42:22

**socialize** 43:1

**software** 20:2,8 76:14,15 78:6

**soil** 22:24 63:14,18 64:10, 18,19 66:11,22,23 90:12 91:22 117:7 118:4,16 121:25 132:21 133:22 136:10 139:3 140:23 141:17,25 142:4,8 145:14,19,20,22 147:14 151:21 152:5 153:3,17, 20,21 154:7 162:7 163:13 164:4,11 167:20 169:4,16 170:5,6,7 173:23 174:1,2, 8 177:24 178:1,11,18,20, 21,24 179:8,11,14,17,24, 25 180:13 181:1,19,20 182:1,3,8,11,15,21 183:1, 4,7,11,16 191:9 192:1,2, 9,12,13 195:19,22 196:14 206:2,4 210:19,22 211:2 213:1,5 216:24,25 217:8, 22 218:4,12,16,21,25 219:2,4,5,13 221:8 222:5, 12 223:12,13,16,18,21,22 224:1,4,5,7,8,13,15,16, 17,23 225:1,2,3,5,18 226:5 227:8,13,15,22,24 228:1,5

**soils** 63:17 134:18 180:17 181:13,15 224:8

225:4 226:1

**solely** 140:14 162:6

**solid** 137:10

**solution** 185:3,4

**solvent** 67:9 69:7 70:20 86:6 94:20 95:21 97:6,13 98:15 104:3,8,15 118:9 127:10 131:9,12 132:17 135:13 136:21 152:10 159:25 181:10 194:14 200:24 209:14,18,19,23

**solvents** 34:21 37:18 67:17 93:14 128:2,4 173:18 174:16,20 180:16 200:18 210:5 211:17 212:16,19

**sort** 10:2 63:10 72:7 74:14 84:4 133:16,25 141:4,6,10 151:15 154:16 155:24 168:8 179:13 180:9 191:21,22 192:4 218:22 219:2

**sorts** 101:25

**sounds** 51:2 124:12

**source** 16:17 39:23 64:2 84:23 92:19 107:24 127:6,12,13,14,16 135:24 161:6 163:12,13 166:19 174:11 180:7 181:11 196:6,17 199:13 208:5 210:20,21 213:6 215:6 217:1,16 218:4,7 219:8

**sources** 134:16 159:20 160:19 166:2 168:25 196:1 218:22 220:12 221:1

**south** 137:14,24 146:14

**southwest** 83:16 111:20 112:24 116:21 124:8,11

**space** 115:17 118:24

**speak** 51:13

**Speaking** 73:24

**speaks** 64:13

**specific** 32:5 43:15 51:3 73:17 85:3 90:6,7 93:5 106:20 119:19 128:1 136:21 143:5 153:16 157:12 169:22 192:23 207:25 208:20

**specifically** 10:22 35:22 53:17 91:2 92:6,25 95:7

117:12 119:18 123:15 136:12,16 139:7 144:2 147:10 158:6 159:16 185:24 186:25 210:25 212:14,19 213:19,20 226:15

**specificity** 81:20 169:25

**speculation** 61:20 62:13 71:11 98:23

**spend** 26:25 27:2 147:10

**spigots** 168:12,17,20

**spill** 59:19 61:3

**spill-reporting** 62:2

**spilled** 60:23

**spills** 59:11

**spit** 192:3

**split** 198:25 199:12 220:19

**spoke** 89:12

**spoken** 51:9,15

**spread** 118:3

**spreadsheet** 15:21 16:19 74:16 80:20 92:5,7 139:13 149:10 204:8,20 206:12 213:24 214:7 216:12,14

**square** 191:14,15

**squared** 191:17

**stability** 156:14 159:12

**stable** 155:23 156:7,16, 19 157:2,3,11,13,17,21 158:1,2,5,18,24 159:19 160:10

**staff** 73:22,24 74:2

**stage** 57:21 74:19

**stages** 14:22

**stand** 122:14 123:1 207:3,4

**standard** 175:7

**start** 14:10 41:20 114:1 128:12,16 130:16 180:18 195:23,25

**started** 53:15 142:19 226:11

**starting** 89:3 114:24 131:5

**starts** 13:11 112:15 128:20 160:21

**state** 6:19 7:24 29:10 57:6,7 159:14 175:1 214:18

**statement** 33:18 60:22 67:14 94:21 95:4 120:21 121:14 197:24 205:20

**statements** 58:21 175:2

**states** 67:5

**Stathyelich** 51:4,14,19 52:2,7,13 185:16,20

**Stathyelich's** 140:3

**stating** 200:23

**statistical** 40:16 158:3,4, 16

**statistics** 39:11,19,21, 24,25 40:3

**stayed** 170:9

**stays** 168:1

**step** 65:4 131:14 135:21 162:20 176:19

**steps** 184:18

**Steve** 50:23 51:1

**Stewart** 24:23

**Stoll** 24:22

**stop** 132:2 152:13

**stopped** 159:3 160:11

**stops** 89:20 124:18 160:11

**storage** 213:12,17 224:14

**strategies** 103:3

**strategy** 103:13

**stream** 115:21

**street** 95:10 110:7 113:15 114:2 124:10,11 137:15,17,18

**strict** 102:16

**strictly** 95:12 102:8

**strike** 208:18

**structures** 8:24 86:24

**struggling** 197:25

**stuff** 42:25 47:19 48:21



153:1 154:5 160:13,15,17 166:22 167:5 227:12

**sub-disciplines** 38:5

**subcontractor** 55:14,18

**subdivide** 103:1

**subdivided** 86:11

**subject** 62:2

**submitted** 45:13 46:13

**subpoena** 150:24

**subsequent** 42:9 88:3

**subset** 179:24

**substantially** 104:12

**subsurface** 140:11,17 175:18

**subtract** 161:17 162:22

**subtracted** 136:13

**sudden** 195:23

**sufficient** 65:3 144:3 163:18 174:18

**suggest** 6:25 63:10,17 175:23 190:20,24

**suggested** 184:9 200:15

**suggesting** 147:2

**suggests** 82:2 199:20

**sum** 76:11

**summaries** 24:5

**summary** 74:14

**summed** 204:7

**Superfund** 29:22,23 30:1,2,5,6,7,12,14,17 56:12

**supervised** 139:21

**support** 72:11 73:24 75:23 95:4 114:15 185:21 208:15

**supposed** 61:23

**surface** 63:23 64:6 108:5 122:4 126:1 127:20 134:18 178:16 210:22 211:1 213:1,5 228:5

**Surfer** 76:16,17,18,20,25 79:4,14,16,25 80:9 81:8 84:14 138:19 139:14,20, 24,25 150:13,15

**surprise** 119:24

**Surprised** 71:13

**surrounding** 151:21

**surrounds** 81:23

**suspect** 181:7

**suspected** 214:19 215:1,8,13,14,18 217:1

**suspicion** 129:1,3 185:21

**suspicious** 128:25 181:6

**SW** 111:18

**switch** 126:13

**sworn** 5:2

**symposium** 32:6

**synthesis** 36:5

---

**T**

**table** 75:4,7 91:18,20 162:15 176:20,22,23 177:6 193:3,8

**tables** 128:9

**tagged** 179:18

**takes** 226:3

**taking** 9:21 18:12 36:16 89:13 168:18 191:25 226:19 227:1

**talk** 32:22 40:10 49:19 58:10 72:2 76:1 178:8 185:11

**talked** 40:16 71:23 124:23 133:15 174:15 187:1 203:13 204:5 215:17 222:4

**talking** 33:5 36:1 61:25 67:7 69:5 70:19,25 76:6, 15 80:5 81:11 100:15 115:2 116:14 123:19 133:11 135:2,25 146:1 173:1 181:19 191:5 192:12,13,14 195:25

**talks** 31:8 208:23

**tank** 151:14,18,20 152:25 169:13 213:13,18 224:14

**tap** 166:6,7,17,22,25 167:1,6,10 170:9

**taps** 165:22 166:12 170:12

**TC** 161:5,17

**TCE** 83:3 112:11,12 135:3,16,18 136:3,10,21 143:20 161:2,10,12,19,20 174:20 175:5 177:24 178:3,5,11 185:11 188:10,19,22 189:2,13, 22,25 191:15 192:7 194:10,24 195:19,22 196:11,18,25 197:3,19 198:25 199:9,12,16,17,21 214:19 215:1,8,13,14

**TCE-PCE** 196:13

**teach** 32:6

**technical** 14:19 15:5,7 16:10 52:22 208:14,22

**technique** 119:14

**techniques** 119:19

**Technology** 57:13

**teeny** 133:17

**telephone** 24:10

**telling** 30:22 107:18 146:17

**tells** 218:15

**temporal** 142:21 155:3

**temporally** 144:10

**ten** 26:8 88:18,19 108:6 120:22 122:7 133:22 144:13,17,18,24 148:7 149:1,2,4,5,6 154:10 163:9 167:1 178:8,25 179:4,15 192:2 219:9,11 222:5,12 223:19 224:15

**tend** 62:11

**tentatively** 11:8

**term** 34:23 35:4 105:17, 18 157:14 184:12 207:22 215:13 221:10

**terms** 21:1 28:1,14 40:2, 7 49:21 65:22 70:17 102:3 137:3 144:16 151:15,22 154:12 168:18 177:6 179:14 181:22 219:7 227:7

**territory** 133:3

**test** 22:25 120:13 158:6, 16 167:15

**testified** 5:5 25:7 31:3 211:5,16

**testify** 26:13 57:16 157:5

**testifying** 28:18 30:24 57:21 74:21 208:10

**testimony** 10:6 26:17 28:5,8 31:1,6 44:20 47:6 56:14 60:10 63:7 167:20 206:22 211:7,9,13

**testing** 22:23

**tests** 22:5,12,16,19

**text** 20:19 81:5 191:4 197:6

**theoretically** 118:11

**thereof** 105:12

**thick** 107:18,22 125:5 192:2

**thing** 10:2 33:2 59:7 65:24 70:23 89:21 153:4 161:22 167:15 171:4 190:4 217:19

**things** 36:15,21 38:22 48:17 63:10 73:16 81:4, 13 82:20 86:1 89:23 92:14 97:16 103:4 146:1 155:17 161:16 191:22 202:11 204:17

**thinking** 147:23 165:5,8

**thought** 35:15 41:13 50:2 98:10 165:20 168:4 173:8 174:17 179:12 196:4 197:8 206:24 218:9

**thousand** 88:11

**thousands** 151:20 170:6 222:25

**Threaded** 68:8 69:6 86:5 91:22 95:5 102:24 109:11 112:8 113:12 114:7,9,19, 25 115:1,13 116:6,12 124:4,14,24 131:16,17, 18,19,25 132:1,3,14 134:15,18,23 135:10 136:9,15,18 137:21 141:6 144:1 160:16,17 161:3,6, 11,19,24,25 162:4,21,24 190:21 197:22 200:14 217:11 218:12,17 220:8, 9,24 221:6

**three-dimensional** 18:9,15 19:1 20:10 21:2

**three-quarters** 191:8



**thresholds** 218:5

**throws** 158:17

**thumb** 122:15

**Thursday** 60:23

**time** 5:9,16 7:15,16,18 11:5,21,24 15:16 16:9 17:10 21:19 23:17 24:21 25:8 26:20,22,25 27:3 42:16 43:24 44:1,3,20 45:3 49:1,2 52:5 55:1 56:13 57:14 74:18 84:12 85:5 86:25 89:24,25 90:9 94:11 101:23 103:6,9,10, 11,18 142:25 143:1 144:15 145:17 147:10 148:3 151:10 153:11 154:9,19 155:5,12,16,18 156:2,6,11,21 158:8 159:21,24 163:2,4 163:11 164:18,23 165:6 171:7,8, 10 174:18 176:15 177:1 202:3 208:10 212:9 216:18 219:14,15 220:3 221:21

**times** 25:2,8 26:3,9 138:24 139:25

**timing** 99:15,18,21 168:17,22,24 169:2

**tiny** 69:18 70:11 133:17

**tip** 70:13 122:16,17

**title** 27:9,18,21 189:10 213:16

**titled** 189:13

**titles** 33:23

**today** 10:7,18 11:20 13:25 14:8 15:15 26:1,3 39:16 44:20 54:1 75:12 97:3 101:19 159:11,19 163:5

**told** 7:13 47:2 87:1 119:22 187:16 212:13 222:20

**tons** 151:21 169:4 170:6 223:13,16,20 224:1,12 225:1,11 226:4,9,24

**Tooling** 207:13

**top** 16:21 69:19 81:5 82:8 109:10 110:2 122:15 143:17 176:4 179:16 187:25 188:1 190:1,7 191:4 194:18,19 198:11 199:2 205:15 215:22

216:8

**topic** 31:9

**topics** 31:2 49:21 52:3

**total** 26:20 53:13,14,23 68:20 82:2 87:11,13,14 102:21 136:5,20,22 139:3 141:2 160:21 161:24 162:16 171:18 172:5,7, 16,20 220:18,19

**totaled** 221:6

**touch** 33:3

**touched** 33:1 34:13 50:14 139:20 207:19,20

**toxicology** 38:19,22

**track** 7:18 213:2

**trade** 217:20

**Traditionally** 107:20

**training** 33:11 73:5

**tranche** 219:21

**transcript** 228:14

**transfer** 157:18

**transferred** 108:2

**translate** 191:23

**translated** 92:20

**transport** 33:14 99:20 117:10 126:11 140:19 157:10,15 213:6 218:2

**transported** 140:20 173:25

**trapezoid** 139:17

**treated** 145:3

**trench** 111:4 114:2

**trend** 165:2

**trial** 11:7

**trickle** 167:2

**TRM-** 106:7

**TRMW-106** 115:7

**TRMW-13** 107:4 114:3 115:6

**TRMW-8** 111:2

**TRMW-9** 106:13 109:11, 22 112:7 113:8,9 116:14, 18 193:7

**TRMW-9/9D/9DD** 110:4

**TRMW-9D** 193:6,10

**TRMW-9DD** 193:6,10

**true** 32:21 51:25 60:21 63:12 83:15 90:12 94:11 97:8 105:13 112:21,22 120:15,18 128:19 130:3 148:11 174:14 185:18 189:8,9 194:15 204:10 222:23 226:8

**truth** 5:2,3

**truthful** 10:6

**TRW** 109:10

**TRW-** 107:10

**turn** 14:6 57:23 71:19 97:2 138:16 142:4 166:17 167:1 206:20 212:1

**turned** 170:13,24

**two-dimensional** 69:1 191:19

**two-sink** 173:16

**type** 34:19 37:22,23 40:6 74:17,25 99:25 122:3 169:1

**types** 28:14,15 59:20 74:24 208:24 215:21

**typically** 56:2 59:17 61:10 63:16 77:4 99:11 122:2,6,9 152:14 182:24 214:22

---

**U**

**U.S.** 202:20

**Uh-huh** 12:18 140:5 184:13 222:7,11

**ultimately** 66:23 78:7 101:3 102:1 154:23 184:4 226:20

**ultrasonic** 121:5,9,11 125:1

**unaccounted** 103:25 161:12

**unaffected** 170:25

**uncertain** 187:3 210:20 222:22

**uncertainties** 170:1

**uncertainty** 168:17 184:5

**undergraduate** 31:22 35:16

**underground** 151:13 152:25 185:23 213:12 224:14

**underlay** 84:3

**underlying** 28:9 30:19, 20 66:23

**underneath** 100:13 107:10 110:3 111:6 112:7 113:12 114:7 116:6 127:16 161:8

**understand** 9:20 13:25 14:2,5 16:18 19:8,25 20:16 26:16 33:18 36:11 37:17 43:22 64:25 66:16, 18 69:11 70:24 72:3 102:9 105:18 111:13 116:19 139:2 155:7,8,13 160:8 166:16 170:3 173:6 188:15 191:24 194:16 198:23

**understanding** 15:19 37:9 48:13,14,20 51:22 61:7 79:14 87:4 102:17 107:3 108:8 109:19 111:5 112:17 122:25 141:7 147:19 207:22

**understood** 5:18 17:25 117:20

**undisturbed** 227:10

**unidentified** 97:10

**unimpacted** 181:3

**Union** 29:18

**unique** 161:1 185:3,4

**uniquely** 173:5

**units** 62:6,10 88:21 181:22 182:17

**unknown** 209:13,18

**unquote** 179:8

**unstable** 159:22 160:9

**update** 89:3

**updates** 24:5

**upgradient** 69:19 81:6 85:7,18,19,20,21,24 86:7, 12,13,17 110:12 112:19, 23 113:18,20 124:16



131:15,23,25 132:7,12, 13,15,22 133:10,11,13 134:16,20,24 135:6,8,10 140:22 141:9,22,23 142:3,4,7 151:23 152:1 160:1,16,25 161:4,14,21 162:5,12,17,25 163:4 171:18 172:14,18,23 177:3,4 183:18,19 184:2 194:5,8,12 195:6,9 196:1 197:17 198:4,6,12,15,17 199:4,16 200:19 218:20, 22 221:1,4

**upgradient-most** 198:9 199:7

**upgrading** 206:7

**uphill** 214:23

**upload** 149:14

**uploaded** 149:15

**upper** 111:1 199:20

**upward** 127:5,19

**USB** 12:10

**user** 39:8 79:15

**USGS** 203:6

**UST** 147:14

**usual** 84:13

**utilities** 140:11

**utility** 111:4,6 114:2 140:19

V

**vadose** 64:19 66:23 117:8

**vague** 22:15 26:22 65:10 183:5

**valid** 156:6

**validate** 184:19

**Valley** 29:19

**values** 19:6,9 20:5,23 150:3,11 155:14 193:9

**valve** 171:3

**valved** 168:7

**VAP-3** 214:11

**variability** 155:21 156:12 158:7,25 165:1 184:24 221:21

**variables** 79:15 164:8,14

**varied** 156:2 166:8 178:15

**varies** 27:4 175:9

**vary** 175:8

**velocity** 154:15

**verify** 45:5 53:21

**Vernon** 57:13

**version** 205:6

**versus** 29:2 127:19 143:24,25 144:1,14 170:5 172:14 183:7,18

**vertical** 21:18 118:3,15 119:9,10 127:15 149:24 214:10

**vertically** 67:6 119:5 127:5 140:21 144:10 173:25 174:5

**vice** 27:10,13,17

**vicinity** 116:12 124:3,7,8 196:4

**vineyard** 54:24 55:13

**vinyl** 135:20 175:14 176:2,8,11,17,18 177:4, 11,13

**Virtual** 73:19

**visibility** 32:10

**vitae** 9:17 13:4

**VOC** 136:5 162:16 226:6

**VOCS** 68:21 87:11,13,14 160:14

**volume** 99:13 102:10 134:1,5

**volumetric** 102:8,16

**Von** 81:7 85:15,20 94:23 95:6 97:12,18 98:2,4,5,7, 17 103:1 105:22,25 106:16 124:12,25 146:11 160:23,24 162:17,18 177:24 178:4,6 186:22 190:20,25 196:12,16 197:1,10,15,20 198:1,2,8, 21,22 199:3,14,19 218:11 220:8

W

**waiting** 9:25 88:10

**Walker** 47:15 49:5 50:20 71:2,17 94:14,17 97:9 202:2

**wall** 146:1 153:24

**Walt** 74:5 76:1,3,12,18,24 77:19,21,25

**Walt's** 77:18

**wanted** 20:10 31:14 76:22 89:4 154:16 168:4 178:21 191:22 202:1,6

**Wash-rite** 94:5 95:15,18 96:24

**washer** 209:8,14

**waste** 209:25 210:3,11

**wastes** 59:19

**watch** 122:19

**water** 97:6 111:2 152:13 153:10,12,13 155:18 165:22 166:2,3,4,8 168:2, 13 171:6 179:20,23 182:22 183:13 185:22 195:6

**ways** 59:2 71:14 103:3,7 118:21 126:10

**web** 203:2,3

**week** 10:25 11:8

**weekends** 11:17

**weeks** 71:19

**weigh** 16:16

**weight** 103:18

**wells** 106:15 107:21 113:3 193:16 194:7,22 200:5,8,10,12

**west** 49:1 96:15 109:17

**whirlwind** 11:21

**white** 8:23 85:10 92:13

**whomever** 7:3

**wide** 28:1

**width** 18:9

**Wilcox** 15:19 52:22,23 185:12 215:3,8,9

**Wilcox's** 215:17

**wild** 180:14

**Williams** 44:2 45:13 50:2,7,20

**wine** 54:24

**Wines** 54:25

**Wisconsin** 30:3,4

**Withdraw** 111:14

**wondering** 24:18 205:11

**word** 192:11 203:3

**words** 69:19 75:2 92:13, 20 224:25

**work** 6:24 9:12 20:7 23:17,21,25 24:2 26:20, 21 27:1,5,8 28:1,4,9 29:20 30:13 31:16 34:8, 19 36:2,5,9 38:2 40:6,24 42:25 43:2 54:14 55:9,12, 21,24 71:8 77:18,19,21, 23 95:19 122:3 132:24,25 154:20 167:3 184:7 227:24

**worked** 24:21 41:5,6 45:24,25 46:1 50:7 54:15 56:9,10 74:2 75:3 126:19

**working** 9:3 12:12 44:5 48:18,21 53:15 78:8 205:18

**works** 41:21 219:24

**worry** 6:24

**wow** 13:9 216:22

**wrap** 126:14

**Wright** 42:12,13

**write** 24:3 38:11 39:6 126:23

**writings** 32:19

**written** 13:17 23:24 24:8 38:12,14 39:7 42:1 46:13 48:9 50:25 217:7

**wrong** 32:25 111:18,24 116:22 165:10

**wrote** 12:24 38:16 155:1

Y

**Yandes** 113:15

**yards** 224:12,13 227:21

**year** 42:18 154:10 169:19

**year-to-year** 164:24 165:1

**years** 14:24 21:12,25



26:10 31:3 42:14 144:13
146:15 148:7,22 154:10,
11 163:9 169:19

**yellow**  69:18 70:11 138:2
143:19 189:6

**York**  29:16 30:12 55:16

---

**Z**

**Z's**  173:6

**Zimmer**  9:5,6 17:21 67:8,
16 69:5 70:5,8,9,10 83:6
86:17,18,19 98:5,8
100:21,22,23,25 101:5,
11,17,21 124:7 132:22
133:18 137:5,7,9 138:17
140:13 143:25 146:13,15
147:13 151:11 152:4,23,
24 154:7 169:5 209:7
210:1,4 211:10,14,17
212:1,3,6,17,20 213:9,11,
17 224:11 227:22

**zone**  64:19 66:23 117:8
181:16

**zooming**  83:5

