Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/17/18   Page 1 of 255 PageID #:
5403
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 1 of 255 PageID #:
5403

Adam Love, Ph.D.
June 07, 2018

```
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION

 3               CASE NO. 1:16-cv-01942-TWP-DML

 4   VON DUPRIN LLC,                    )
                                        )
 5          Plaintiff,                  )
                                        )
 6              -vs-                     )
                                        )
 7   MORAN ELECTRIC SERVICE, INC.,      )
     MAJOR HOLDINGS, LLC, MAJOR TOOL    )
 8   AND MACHINE, INC., and ZIMMER      )
     PAPER PRODUCTS INCORPORATED        )
 9                                      )
            Defendants.                 )
10

11

12        DEPOSITION OF ADAM HAMILTON LOVE, Ph.D.

13

14        The deposition upon oral examination of
     ADAM HAMILTON LOVE, Ph.D., a witness produced and
15   sworn before me, Diane Zeyen, RPR, a Notary Public
     in and for the County of Hamilton, State of Indiana,
16   taken on behalf of the Plaintiff, at the offices of
     Barnes & Thornburg, 11 South Meridian Street,
17   Marion County, Indiana, on the 7th day of June,
     2018, at 8:56 a.m., pursuant to the Federal Rules of
18   Civil Procedure with written notice as to time and
     place thereof.
19

20

21

22

23

24

25
```



Connor Reporting
www.connorreporting.com

317.236.6022

Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/17/18   Page 2 of 255 PageID #:
5461
Case 1:16-cv-01942-TWP-DML   Document 107-2   Filed 07/27/18   Page 2 of 255 PageID #:
4464

Adam Love, Ph.D.

2

1                    A P P E A R A N C E S

2

3     FOR THE PLAINTIFF(S):

4              E. Sean Griggs
               Alexandra Robinson French
5              BARNES & THORNBURG
               11 South Meridian Street
6              Indianapolis, IN  46204
               317.236.1313
7              afrench@btlaw.com
               sgriggs@btlaw.com
8

9
      FOR THE DEFENDANT MORAN ELECTRIC SERVICE, INC.:
10
               Glenn D. Bowman
11             STOLL KEENON OGDEN PLLC
               201 North Illinois Street
12             Suite 1225
               317.464.1591
13             Indianapolis, IN  46204
               glenn.bowman@skofirm.com
14

15

16    FOR THE DEFENDANTS MAJOR HOLDINGS, LLC, AND MAJOR TOOL
        AND MACHINE, INC.:
17
               Samuel Gardner
18             ICE MILLER
               One American Square
19             Suite 2900
               Indianapolis, IN  46282
20             317.236.2234
               samuel.gardner@icemiller.com
21

22    ALSO PRESENT:

23             Baylie Miller - Exhibeo Specialist

24

25



Case 1:16-cv-01942-TWP-DML   Document 140-2   Filed 07/27/18   Page 3 of 255 PageID #:
4442

Adam Love, Ph.D.
3                       June 07, 2018

3

1          I N D E X   O F   E X A M I N A T I O N

2                                                   PAGE

3    DIRECT EXAMINATION ...................................7
     Questions by E. Sean Griggs
4    CROSS-EXAMINATION ..................................207
     Questions by Samuel Gardner
5    CROSS-EXAMINATION ..................................216
     Questions by Glenn D. Bowman
6    REDIRECT EXAMINATION ..............................222
     Questions by E. Sean Griggs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Adam Love, Ph.D.
June 07, 2018

4

4

1            I N D E X   O F   E X H I B I T S

2                                                    PAGE

3    Love Deposition Exhibit No.:

4    Exhibit 1  - Aerial Photo . . . . . . . . . . . . .8
     Exhibit 2  - Notice of Deposition of  . . . . . . . 10
5                 Adam Love
     Exhibit 3  - May 21, 2018 Expert Report of   . . . 12
6                 Adam Love, Ph.D.
     Exhibit 4  - May 21, 2018 Expert Report of  . . . . 43
7                 Michael Marsden
     Exhibit 5  - Major Holdings, LLC and Major  . . . . 45
8                 Tool and Machine, Inc.'s Disclosure
                  of Gary E. Hokkanen
9    Exhibit 6  - March 23, 2018 Expert Report of  . . . 44
                  John W. McInnes, L.P.G.
10   Exhibit 7  - Major Holdings, LLC and Major  . . . . 47
                  Tool and Machine, Inc.'s Disclosure
11                of Robert B. Walker
     Exhibit 8  - March 23, 2018 Expert Report of  . . . 50
12                Sam Williams, PG, CHG, CEM
     Exhibit 9  - July 2017 Final Investigation  . . . . 90
13                Report of Geosyntec Consultants
     Exhibit 10 - Appendix A, Long-Term  . . . . . . . .165
14                Monitoring Network Well Construction
                  Logs
15   Exhibit 11 - Affidavit of Janna   . . . . . . . .186
                  Stathyelich, P.E., Wilcox
16                Environmental Engineering, Inc.
     Exhibit 12 - Excel File pdf Output of Data  . . . .204
17                Compilation

18

19

20

21

22

23

24

25



Adam Love, Ph.D.
June 07, 2018

5

5

```
1              ADAM HAMILTON LOVE, Ph.D.,

2         Having been duly sworn to tell the truth,

3    the whole truth, and nothing but the truth

4    relating to said matter was examined and

5    testified as follows:

6         MR. GRIGGS:  As far as preliminary matters

7    go, I believe that the parties have agreed that

8    the person asking questions will pay for the

9    time of the witness in the chair.  And if there

10   are multiple people who ask questions of the

11   witness, we will divide it appropriately.

12        MR. BOWMAN:  That's right.

13        MR. GRIGGS:  And then the idea is that we

14   would also pay a reasonable amount for you to

15   read the deposition and would divide that the

16   same way we divide the time in the chair.  Is

17   that clear?

18        THE WITNESS:  Understood.

19        MR. BOWMAN:  That is what we agreed to.

20        MR. GRIGGS:  And if it is possible, I guess

21   the question --

22        MR. BOWMAN:  Well, now I am changing my

23   mind from our discussion before.

24        I don't believe there is any way that

25   Mr. Love or Mr. McInnes or anybody after they
```



Case 1:16-cv-01942-TWP-DML Document 149-10 Filed 09/17/18 Page 6 of 255 PageID #:
Case 1:16-cv-01942-TWP-DML Document 157-2 Filed 07/27/18 Page 6 of 255 PageID #:
5468

Adam Love, Ph.D.
6           June 07, 2018

6

1  leave can figure out what that's going to be.

2  So, yeah, I think there is really no other

3  choice but --

4      MR. GRIGGS:  Let the witness bill the

5  attorney who hired them.

6      MR. BOWMAN:  Right.

7      MR. GRIGGS:  And then the attorney who

8  hired them will receive whatever --

9      MR. BOWMAN:  We will figure out a

10  contribution.  Does that make sense to you, Sam?

11      MR. GARDNER:  It does.

12      MR. GRIGGS:  It will make it easier for

13  you.

14      MR. BOWMAN:  That said, that said, I

15  believe we are under the Federal Rules.

16      MR. GRIGGS:  I was going to mention that.

17      MR. BOWMAN:  And we have tried to respond

18  to discovery under the Federal Rules, which are

19  different from State.

20      I do think what is going to end up

21  happening then is, and I will ask Adam Love to

22  do that, you may ask to see the invoice.  I will

23  tell Adam to create a separate invoice covering

24  just that work, so that I don't have to worry

25  about that there is some -- and I would suggest



Case 1:16-cv-01942-TWP-DML   Document 187-2   Filed 09/27/18   Page 7 of 255 PageID #:
5466

Adam Love, Ph.D.
June 07, 2018

7

7

```
 1        that other experts, that we might go that

 2        direction, that if I ask to see your expert's

 3        invoice from John or whomever, that it is

 4        probably going to be just it doesn't make sense

 5        to us.  Yes?

 6             MR. GRIGGS:  Yes.

 7             MR. BOWMAN:  That's what we are going to

 8        do.  I just changed my mind.

 9             THE WITNESS:  Good for me, it is easier.

10             MR. BOWMAN:  Yeah.  Just bill me, yeah.

11        Yeah.

12             MR. GRIGGS:  Anything else preliminarily?

13             MR. BOWMAN:  See, I told you I would

14        forget.  Because that's right, we agreed it was

15        actually going to be time of discussion, so.

16        And we will -- I mean, you will have time on the

17        record; right?  I am looking at the court

18        reporter.  You keep track of time on the record?

19             THE REPORTER:  Yes.

20             (A discussion was held off the record.)

21

22   DIRECT EXAMINATION,

23      QUESTIONS BY E. SEAN GRIGGS:

24   Q   Would you please state your full name for the

25        record.
```



Case 1:16-cv-01942-TWP-DML Document 197-2 Filed 09/27/18 Page 8 of 255 PageID #:

Adam Love, Ph.D.

8

```
 1   A   Adam Hamilton Love.

 2   Q   My name is Sean Griggs, and I am counsel for the

 3       plaintiff in this lawsuit.

 4           If I refer to you as Dr. Love, will that be

 5       acceptable?

 6   A   That would be great.

 7           MR. GRIGGS:  Can we put up the aerial photo

 8       and label it as Exhibit 1.

 9           (Love Exhibit 1 was marked for

10       identification.)

11           (A discussion was held off the record.)

12           MR. BOWMAN:  Let the record show that Glenn

13       is able to do it without any assistance from

14       somebody under 50.

15   Q   Dr. Love, on your screen is what's been marked

16       as Exhibit Number 1.  It is an aerial photo of

17       the geographical area of interest in this case.

18           Have you seen this particular picture

19       before?

20   A   I believe so.

21   Q   Are you familiar at least generally with the

22       different areas that are identified with the

23       block lettering on white background over the

24       various structures in this photo?

25   A   Yes.
```



Case 1:16-cv-01942-TWP-DML  Document 140-10  Filed 09/17/18  Page 9 of 255 PageID #:
5476
Case 1:16-cv-01942-TWP-DML  Document 107-2  Filed 07/27/18  Page 9 of 255 PageID #:
5476

Adam Love, Ph.D.
9                              June 07, 2018

9

```
 1        MR. GRIGGS:  Let's get the deposition

 2        notice and mark it as Number 2.

 3   Q    While she is working on that and you're still

 4        looking at Exhibit Number 1, there are areas

 5        marked as former Ertel, former Zimmer Custom

 6        Made Packaging, former Zimmer Paper, former

 7        Moran Electric Service, and then something

 8        called the Columbia Avenue Facility.

 9             Do you see all of those on this particular

10        diagram?

11   A    I do.

12   Q    And as part of your expert work, did you make an

13        evaluation of the relative contributions or

14        apportionment of contaminant contribution from

15        each of those areas?

16   A    I did.

17   Q    Okay.  And I see from your curriculum vitae that

18        you have been deposed before; is that correct?

19   A    I have.

20   Q    And so you understand the procedures associated

21        with taking a deposition?

22   A    I believe I do.

23   Q    I am going to dispense with all of the normal

24        rigmarole about answering the questions out

25        loud, waiting until I have completed the
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 10 of 255 PageID #: 5872

Adam Love, Ph.D.
June 07, 2018

10

10

```
 1      question before you answer, nodding is not an

 2      acceptable answer, that sort of thing.  Is that

 3      okay if I pass over all of that?

 4   A  Yes.

 5   Q  Is there any reason that you know of that you

 6      could not give truthful and accurate testimony

 7      today?

 8   A  No.

 9          (Love Deposition Exhibit 2 was marked for

10      identification.)

11   Q  If you will go on your screen, Exhibit 2 should

12      be available.

13   A  Okay.

14   Q  Have you seen a copy of this Notice of

15      Deposition before right now?

16   A  I have.

17   Q  And the Notice of Deposition scheduled this

18      deposition for June the 7th, which is today; is

19      that correct?

20   A  That's correct.

21   Q  And do you know why June the 7th was selected?

22   A  Not specifically.

23   Q  Were there no dates in the month of June later

24      than June 7th that you could be available?

25   A  I believe there were some dates the last week of
```



Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 11 of 255 PageID #:
5673

Adam Love, Ph.D.
June 07, 2018

11                                                                          11

```
 1        June that I could have been available.

 2   Q    Do you know if those available dates were

 3        communicated to counsel for Moran Electric?

 4   A    I don't recall what I had communicated at the

 5        time that I was asked about dep availability.

 6   Q    Okay.

 7   A    I do know at some point I had another trial that

 8        was tentatively scheduled for that week, but I

 9        don't know quite when that came off calendar.

10   Q    The expert report that we will be marking as an

11        exhibit here in a moment, that will be Number 3,

12        has a date of May 21, 2018, which is 18 days

13        ago?

14   A    I haven't done the math, but that's about right.

15   Q    By my calculation, it is 11 business days, not

16        sure if that's right.  But we had a holiday in

17        there for Memorial Day, we had 3 weekends, 18

18        minus 7, so I think 11 business days, we are

19        going to do our best to ask you all the right

20        questions today.  But it has been a bit of a

21        whirlwind from the time we saw your report until

22        this moment.  And that's why I ask about there

23        not being any later dates available.  It would

24        have been nice to have a bit more time.

25             On page 2 of Exhibit 2 there is a list of
```



Adam Love, Ph.D.
June 07, 2018

12

12

```
 1        requested documents.  Have you seen that list of
 2        requests before?
 3   A    I have.
 4   Q    And have you produced or are you going to be
 5        producing any documents in response to those
 6        requests?
 7   A    So I was directed by counsel to provide all of
 8        the documents that were provided to me and that
 9        I had reviewed and were the basis of my opinions
10        on a USB drive, and I have done that.
11            MR. GRIGGS:  Do we have that?
12            MS. FRENCH:  I am working on it now.
13   Q    We will take a look at that at the break and may
14        have some follow-up questions after we see
15        what's on there.
16   A    Okay.
17            MR. GRIGGS:  Is Number 3 up?
18            MS. FRENCH:  Uh-huh.
19            (Love Deposition Exhibit 3 was marked for
20        identification.)
21   Q    Do you have Exhibit Number 3 on your screen?
22   A    I am there.
23   Q    And is that a copy of the expert report that you
24        wrote for this case?
25   A    If appears to be, yes.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 08/17/18   Page 13 of 255 PageID #:
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 13 of 255 PageID #:
4875

Adam Love, Ph.D.
June 07, 2018

13

13

```
 1   Q   And did you place your name at the bottom of the

 2       cover page?

 3   A   I did.

 4   Q   And is your curriculum vitae attached to this

 5       expert report?

 6           There are some little cheaters at the

 7       bottom of the screen where you can advance very

 8       quickly.

 9           MR. BOWMAN:  Oh, wow.

10   A   I don't see the cheaters.

11   Q   Page 31 of 36 I think is where your CV starts.

12   A   Yes, my CV is attached to this.

13   Q   Great.  And are all the opinions that you intend

14       to offer in this case included in Exhibit 3?

15   A   Yes.

16   Q   Have you developed any other opinions about this

17       case that are not in the written report?

18   A   I haven't been asked to develop any other

19       opinions, no.

20   Q   So, as of this date, your expert report is

21       complete, nothing has been left out?

22   A   Yes, as of this date.

23   Q   Great.  All right.  To kind of give you the big

24       picture overview, this is what I need to

25       accomplish today.  I need to understand what
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 14 of 255 PageID #:
5476
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 09/27/18   Page 14 of 255 PageID #:
5476

Adam Love, Ph.D.
June 07, 2018

14

14

1     data and information you relied on in developing

2     your report.  I need to understand if there is

3     any data that you chose not to use as part of

4     the basis for your report.  And then I need to

5     understand how you took that data and what

6     approach or method you used to turn it into the

7     three opinions that are in your report.  That's

8     what I want to accomplish today.  So that's the

9     big picture.

10          So let's start with, what's the data that

11    you relied upon in forming the opinions that are

12    in your report, Exhibit 3?

13   A   So when you say "data," do you mean the whole

14    body of information?

15   Q   Yes.

16   A   So the whole body of information?

17   Q   Yes.

18   A   So the whole body of information includes having

19    reviewed all the technical reports related to

20    the various sites in this matter, as well as the

21    site investigation data that was performed at

22    various stages at each of those sites.

23   Q   And that would encompass environmental reports

24    by various consultants over the years?

25   A   It did.



Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 15 of 255 PageID #: 5457

Adam Love, Ph.D.
June 07, 2018

15

15

```
 1   Q   And was there a particular place where you
 2       obtained the data or did you extract it from the
 3       individual reports as you reviewed them?
 4   A   So I got a Excel file from counsel that included
 5       extracts of all the data from the technical
 6       reports.  I went back and checked and made sure
 7       that that data matched what was in the technical
 8       reports.  And so that the data, the data that
 9       was extracted from each of the site
10       investigations.
11   Q   So did this Excel file represent a comprehensive
12       dataset in your mind?
13   A   It did.
14   Q   And is that included on the flash drive that you
15       produced today?
16   A   It is.  It was comprehensive as of the time it
17       was sent to me, I believe.
18   Q   Do you know who prepared the Excel file?
19   A   It is my understanding a consultant from Wilcox
20       had gathered all the information into an Excel
21       spreadsheet.
22   Q   Do you know through what date that data had been
23       collected?
24   A   I don't have that in memory, but the dates are
25       on the file.
```



Case 1:16-cv-01942-TWP-DML  Document 137-2  Filed 07/27/18  Page 16 of 255 PageID #:
4573

Adam Love, Ph.D.
June 07, 2018

16

16

```
 1   Q   And I haven't seen this file.  By from what

 2       you're describing, does that mean that each data

 3       point has the date of collection for that

 4       sample?

 5   A   I believe almost all of them have the data

 6       collection on them.

 7   Q   So if I look for the latest one, and the latest

 8       date was May 2018, I would know that you had

 9       data up through that point in time?

10   A   To the degree to which we have those technical

11       reports.

12   Q   But, as far as you know, you did not omit or

13       exclude any particular report from your

14       comprehensive dataset?

15   A   Not that I can remember, no.

16   Q   Did you weigh every data point equally

17       regardless of its original source?

18   A   I don't think I understand that question.

19   Q   Okay.  I am imaging in your spreadsheet, your

20       comprehensive database, that there might be a

21       line at the top that was collected by August

22       Mack in 2012.  And then farther down there might

23       be a data point that was collected by Geosyntec

24       in 2016.

25           Did you do anything to differentiate
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 17 of 255 PageID #:
4870

17

```
 1        between those two data points or were they

 2        considered equal in your mind?

 3   A    The degree to which the data was used together,

 4        there was no differentiation between who

 5        collected the data.

 6   Q    So who collected it wasn't significant in your

 7        mind; is that correct?

 8   A    We didn't make any adjustments for that, no.

 9   Q    Did you make any adjustments for when it was

10        collected, the date or time it was collected?

11   A    No.

12   Q    And in reading your report, I can tell that you

13        did make some differentiations based on

14        geography, where the sample was taken and how

15        you used the data in your report to reach

16        certain conclusions; is that fair?

17   A    Part of my analysis was to look at differences

18        in the distribution of chemicals of concern

19        geographically, yes.

20   Q    And just so I am clear, whether the sample came

21        from the Moran property or from the Zimmer

22        property, the Ertel property may have made a

23        difference.  And that's what I mean by

24        geographically differentiating.

25             If I understood correctly, within a single
```



Adam Love, Ph.D.
June 07, 2018

18

18

```
 1      boring or a single monitoring well location, all

 2      of the data for that point was averaged.  Am I

 3      getting correct what you did in your report?

 4   A  Yes.

 5   Q  Can you envision in your mind a groundwater

 6      plume?

 7   A  I can.

 8   Q  And would you agree with me that that is a

 9      three-dimensional phenomena, it has width and

10      length and depth, three dimensions?

11   A  Yes.

12   Q  And by taking all the data points at a

13      particular boring location and averaging them

14      together, is the effect that you're compressing

15      a three-dimensional pictures into two

16      dimensions?

17   A  No.

18   Q  Can you explain to me why that's not the case?

19   A  Yeah.  The averaging that we did at each sample

20      location wasn't an attempt to make it two

21      dimension, but instead to create a single

22      concentration value that represents the full

23      extent of contamination in three dimensions at

24      that location.

25         It is an average level of contamination in
```



Adam Love, Ph.D.
June 07, 2018

19

19

```
 1        the three-dimensional plume.
 2   Q    So let's take an example at a boring location
 3        where I have three data points.  Let's say they
 4        are all groundwater.  So I have got groundwater
 5        at three depths and they have three separate
 6        numbers, three separate values for what was
 7        found there.
 8            Do I understand that you took those three
 9        values and averaged them together?
10   A    Yes.
11   Q    And then you used that average at all points
12        covered by that -- or that groundwater
13        monitoring well?  You said that you didn't two
14        dimensionalize it, you used the average.  And I
15        am asking, so did that average apply at every
16        point within that location?
17   A    So for the calculations that we did, the
18        integrations that we did, that's essentially
19        what that does.  It makes that average
20        concentration the concentration, you know, at
21        all depths at that location.
22   Q    And is it possible to, instead of using an
23        average, as you did, to use the individual
24        concentrations within the same boring location?
25   A    I don't think I understand your question.
```



Adam Love, Ph.D.
June 07, 2018

20

20

```
 1   Q   I am asking if what you did was to simplify the
 2       dataset so that the computer software you were
 3       using could handle it easier?
 4           Does the computer allow you to input three
 5       separate values for that same boring or do you
 6       have to average them in order to get the program
 7       to work?
 8   A   No.  I mean, the software I could do three
 9       dimensional integration is perfectly capable of
10       doing three-dimensional integration if we wanted
11       to look at discrete points.
12           The reason we did the averaging was to make
13       sure that different locations had comparable
14       datasets when we were comparing at different
15       locations.
16   Q   Okay.  I am not sure I understand that.
17           MR. GRIGGS:  Would you read back that last
18       answer.
19           (The requested text was read by the
20       reporter.)
21   Q   So the last part of that says the reason we did
22       it was to make different locations comparable.
23           How did averaging the values within a
24       particular drilling location accomplish that?
25   A   Not all of the locations have the same sampling
```



Case 1:16-cv-01942-TWP-DML Document 157-2 Filed 09/27/18 Page 21 of 255 PageID #: 5493

Adam Love, Ph.D.
June 07, 2018

21

21

```
 1        intervals.  And so in terms of trying to develop

 2        a three-dimensional representation of the

 3        contamination, there were data gaps when you go

 4        from one sample location to the other.  And so

 5        in order to make those comparisons on a more

 6        equitable basis, we use the averaging approach.

 7   Q    Did you find that you had certain locations that

 8        had more data than other locations?

 9   A    In general, yes.

10   Q    So you might have a location that had been

11        monitored for groundwater every quarter over a

12        period of years; is that correct?

13   A    Yes.

14   Q    And you might have a different location that was

15        sampled once, discrete sample and you're done?

16   A    That's right.

17   Q    And by using an average, because you did average

18        both with vertical profile, did you also average

19        over time?

20   A    Yes.

21   Q    So is that what you mean when you say to make

22        them comparable, a boring that has a single

23        groundwater sample becomes equivalent to a

24        boring that has 24 groundwater samples that were

25        taken over a period of six or seven years, each
```



Adam Love, Ph.D.
June 07, 2018

22

22

```
 1        gets assigned a single value for that location?

 2  A     We use the data that's available at each

 3        location in order to develop the extent and

 4        magnitude of the contamination.

 5  Q     Did you conduct any independent tests or collect

 6        any data yourself?

 7            MR. BOWMAN:  Objection.  Compound.

 8  Q     All right.  Let me ask it differently.

 9            MR. BOWMAN:  Yeah.

10  Q     Did you collect any data in the field yourself?

11  A     I did not collect any field data.

12  Q     Did you conduct any independent tests that would

13        have resulted in data that you used as part of

14        forming the opinions in your report?

15            MR. BOWMAN:  I am going to object to vague

16        on tests.  Honestly, Sean, I am a little

17        confused by that.

18  Q     Did you do anything in the laboratory, any

19        tests --

20            MR. BOWMAN:  Okay.

21  Q     -- to produce data that you then used as part of

22        what formed the opinions in this case?

23  A     I didn't do any laboratory testing.

24  Q     Nobody sent you a sample of soil or groundwater

25        and said, here, run a test on this and use that
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 23 of 255 PageID #: 5405

Adam Love, Ph.D.
June 07, 2018

23

23

```
 1      as part of your dataset?

 2   A  Nobody sent me any samples, no.

 3   Q  All right.  How did you become involved in this

 4      lawsuit?

 5   A  Counsel had contacted me about being retained in

 6      this matter in 2017.

 7   Q  I'm sorry, there was coughing.  I couldn't hear

 8      the answer.

 9          MR. BOWMAN:  I'm sorry.  I'm sorry.  I

10      really apologize.

11   Q  Could you repeat that, please?

12   A  Counsel had approached me about being an expert

13      in this matter in 2017.

14   Q  Do you remember what part of 2017 that contact

15      was made?

16   A  I believe in was in late March or early April.

17   Q  Did you at that time begin doing any work for

18      which you would have billed counsel or his

19      client?

20   A  I believe shortly after that I would have begun

21      work.

22   Q  That would have been well in advance of our

23      expert witness deadlines.

24          Did you prepare any kind of a written

25      report in connection with the work you did in
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 24 of 255 PageID #: 4888

Adam Love, Ph.D.
June 07, 2018

24

24

```
 1      2017?

 2  A   All the work that I did in 2017 was in

 3      anticipation of having to write an expert

 4      report.

 5  Q   Did you give any interim updates or summaries

 6      prior to your expert report that is dated

 7      May 21, 2018?

 8  A   No written documents, no.

 9  Q   Does that imply or mean that you gave oral

10      reports, telephone reports?

11  A   We would have conference calls to discuss what I

12      was reading and some of our preliminary

13      conclusions, yes.

14  Q   Did you have any prior relationship with

15      Mr. Bowman, Mr. Menkveld, or one of their recent

16      law firms?  Which I won't try to list all of

17      them.

18          MR. BOWMAN:  I was wondering how you were

19      going to do that.

20  A   No.

21  Q   So this is the first time that you have worked

22      with Mr. Bowman, Mr. Menkveld, Stoll Keenon &

23      Ogden, Bamberger Forman, Stewart & Irwin?

24  A   It is, yes.

25  Q   Great.  So we have established that you have
```



Case 1:16-cv-01942-TWP-DML Document 15-12 Filed 07/27/18 Page 25 of 255 PageID #: 5467

Adam Love, Ph.D.
June 07, 2018

25

25

```
 1        been deposed before.

 2             Do you have any idea how many times you

 3        have given a deposition in the past?

 4    A   I could count the appearances in my CV, if I can

 5        do that.

 6    Q   All right.  Let me try and help you with that.

 7        By my count, you testified at a deposition four

 8        times in 2017, three times in 2016, and one time

 9        in 2014.  Does that seem right?

10    A   I want to check.

11    Q   Go ahead, look.  That's why you have a screen.

12    A   Right.

13    Q   And they did seem to be in reverse chronological

14        order, which was a big help.

15    A   Yes.

16    Q   Was this CV up to date as of May 21 when you

17        provided your expert report?

18    A   It doesn't include some of the recent

19        depositions that I have had.

20    Q   Tell me about recent depositions that you have

21        had.  Are these 2018 depositions or were there

22        others in 2017 that are not reflected here?

23    A   These are 2018 depositions.

24    Q   How many?

25    A   Two.
```



Adam Love, Ph.D.
26                                    June 07, 2018

26

```
 1   Q   Does that include today?

 2   A   It does not.

 3   Q   So three times in 2018 as of today; is that

 4       accurate?

 5   A   I believe that's correct.  My expert report

 6       actually -- let me double-check the front page,

 7       yeah, that's correct.

 8   Q   So by our collective count, that's at least ten

 9       times you have given a deposition in the last

10       three years, last two and a half years, if you

11       only want to count half of 2018.

12   A   Okay.

13   Q   In each of those cases, did you testify as an

14       expert?

15   A   I did.

16   Q   And did I understand in looking at your CV that

17       you have also given some testimony in court as

18       well?

19   A   I have.

20   Q   How much of your total work time is devoted to

21       expert witness work?

22       MR. BOWMAN:  Objection.  Vague as to time.

23   Q   You can answer, if you're able.  If not, I will

24       try and rephrase for you.

25   A   I spend about 60 to 70 percent of my time doing
```

Adam Love, Ph.D.
27                                   June 07, 2018

27

```
 1        expert witness work.

 2   Q    What do you spend the other 30 to 40 percent of

 3        your time doing?

 4   A    It varies.  I do site investigation remediation

 5        work.  I do work for the Federal Government on

 6        forensics.

 7   Q    I'm sorry.  Go ahead.

 8   A    I do normal administrative work.

 9   Q    Your title, according to your expert report, is

10        vice president and principal scientist; is that

11        correct?

12   A    It is.

13   Q    How long have you been a vice president and

14        principal scientist?

15   A    Well, I have been -- I joined, when I joined

16        Roux I was a principal scientist in -- what is

17        that? -- 2013.  I was given the vice president

18        title in 2016.

19   Q    On your CV there is an additional designation as

20        litigation practice leader.

21             Is that also a title or designation that

22        you hold?

23   A    It is.

24   Q    And what is a litigation practice leader?

25   A    So I help coordinate the efforts for people
```



Case 1:16-cv-01942-TWP-DML  Document 137-2  Filed 07/27/18  Page 28 of 255 PageID #:
4690

Adam Love, Ph.D.
June 07, 2018

28

28

```
 1        company wide that do litigation work in terms of

 2        both professional development and business

 3        development.

 4    Q   And by litigation work, does that include expert

 5        witness testimony?

 6    A   It would, yes.

 7    Q   What does it include besides expert witness

 8        testimony?

 9    A   It would include underlying expert work for

10        litigation matters.

11    Q   So consulting experts?

12    A   It would.

13    Q   Anything else?

14    A   In terms of the types of projects, those would

15        be the two main types of projects that we would

16        do.

17    Q   So you're providing expert services either as a

18        consulting expert or as a testifying expert?

19    A   Generally, yes.

20    Q   In any of your prior cases that you have served

21        as an expert witness, have you offered opinions

22        on apportionment issues?

23    A   Yes.

24    Q   Which cases would those be?

25    A   So the third bullet from my CV, page 1, under
```



Adam Love, Ph.D.
June 07, 2018

29

29

```
 1        appearances and expert reports, I discussed
 2        apportionment in the Crown Central versus
 3        Petroleum Marketing Investment Group matter.
 4             MR. BOWMAN:  Crowd?
 5             THE WITNESS:  Crown Central.
 6    A   I have discussed the apportionment issues in the
 7        sixth bullet, Estate of Robert Renzel.
 8             To some degree I discussed apportionment
 9        issues in the next bullet, Insurance Company of
10        the State of Pennsylvania.
11             I discussed apportionment issues on page 2,
12        left column, fourth bullet down, 860 Kaiser.
13             And the next bullet, Lewis v. Russell.
14             And the next bullet, Goldberg v.
15        Goss-Jewett.
16             And the next bullet, 937 York Road.
17             And then two bullets down from that,
18        Union Oil, and then the last bullet,
19        Searles Valley Minerals.
20             And I have done, also done expert work on
21        apportionment on non-litigation matters related
22        to allocation at Superfund sites.
23    Q   Are those Superfund sites in this report
24        somewhere?
25    A   Yes.
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 09/27/18 Page 30 of 255 PageID #:
4892

Adam Love, Ph.D.
June 07, 2018

30

                                                                    30

 1    Q    Which Superfund sites?

 2    A    The Fox River Superfund site.

 3    Q    Is that in Wisconsin?

 4    A    That is in Wisconsin.

 5         The Kalamazoo River Superfund site in

 6         Michigan.  The Passaic River Superfund site or

 7         the Diamond Alkali Superfund site.

 8    Q    Are those two different ones?

 9    A    No, it is the same one.  It goes by two

10         different names.  Diamond Alkali is the official

11         name, which is in New Jersey.  The Gowanus Canal

12         Superfund site in New York.

13         I did some work for San Diego Harbor, which

14         is a Superfund site as well, although that may

15         not be the official name.

16         There is another one.  The Safety Light

17         Superfund site in Pennsylvania and a number of

18         different sites where I have done allocation on

19         an underlying basis.

20    Q    Allocation on an underlying basis, what does

21         that mean?

22    A    Telling a client what the expected allocation of

23         contribution would be on sites without being

24         designated as a testifying expert.

25    Q    Would you say that providing expert witness



Adam Love, Ph.D.
31                          June 07, 2018

31

 1      advice and testimony on apportionment issues is

 2      one of the central topics on which you have

 3      testified over the last three years?

 4   A  It is.

 5   Q  Would you say that you're fairly well known for

 6      giving apportionment testimony?

 7   A  I don't know what people know and don't know.  I

 8      do give talks at conferences and in-house brown

 9      bags on the topic.

10   Q  Mr. Bowman found you.  Your marketing must be

11      doing okay.

12   A  I will let our marketing people know.

13   Q  All right.  This is all covered in your CV, so I

14      just wanted to glance at it.  But you have

15      graduate level degrees and additional graduate

16      work in disciplines that are reflected in the

17      CV.

18          And what I want to ask is, is the

19      educational history, I think it is listed under

20      the heading "Credentials" on page 1, accurate?

21   A  Yes.  I have a Ph.D. from Berkeley, a master's

22      from Berkeley, and an undergraduate from

23      Franklin & Marshall College.

24   Q  And the dates on which those were conveyed are

25      accurate in your CV?



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 32 of 255 PageID #: 5491

Adam Love, Ph.D.
June 07, 2018

32

| | | |
|---|---|---|
| 1 | A | They are. |
| 2 | Q | Is there any educational information that would |
| 3 | | be important to your opinions in this case |
| 4 | | that's not reflected in the CV? |
| 5 | A | Specific coursework, not that I can think of. |
| 6 | Q | You didn't attend or teach some symposium or |
| 7 | | seminar on apportionment issues last month that |
| 8 | | isn't reflected here that I should know about? |
| 9 | A | I believe the public presentations that I have |
| 10 | | given on the visibility of contamination are |
| 11 | | listed in my CV. |
| 12 | | There are a number of private seminars that |
| 13 | | I have given on allocation and divisibility of |
| 14 | | contamination that aren't reflected. |
| 15 | Q | And those would presumably be confidential, you |
| 16 | | have a client relationship with somebody.  But |
| 17 | | as far as your public persona, the educational |
| 18 | | information here and the addresses, I guess I |
| 19 | | would call them, or writings that you have done |
| 20 | | are all shown in the CV? |
| 21 | A | I believe that's true. |
| 22 | Q | Great.  Let's talk about your areas of |
| 23 | | expertise.  And I noticed there was something in |
| 24 | | your expert report, now I have lost my little -- |
| 25 | | I did that wrong. |



Adam Love, Ph.D.
June 07, 2018

33

33

| 1 | A | You touched it. |
|---|---|---|
| 2 | Q | The whole thing went ahead. |
| 3 | A | You said you weren't going to touch it. |
| 4 | Q | One of these might be the right button. |
| 5 | | MR. BOWMAN:  Keep talking. |
| 6 | Q | I am looking at page 1 of the expert report, not |
| 7 | | the cover page, but the page with the number 1 |
| 8 | | at the bottom. |
| 9 | A | I am there. |
| 10 | Q | In the second paragraph it says that you have |
| 11 | | education, training, experience within the |
| 12 | | disciplines of and then it gives a list, |
| 13 | | engineering, geology, hydrogeology, chemistry, |
| 14 | | freight and transport and environmental |
| 15 | | forensics. |
| 16 | | Did I read that correctly? |
| 17 | A | You did. |
| 18 | Q | And am I to understand from that statement that |
| 19 | | you have expertise in each of the areas that are |
| 20 | | listed there? |
| 21 | A | Yes. |
| 22 | Q | Do you have any certifications or I guess |
| 23 | | professional titles in those areas -- let me |
| 24 | | give you an example. |
| 25 | | I know that you are Dr. Love and you have a |



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/17/18   Page 34 of 255 PageID #:
5896
Case 1:16-cv-01942-TWP-DML   Document 197-2   Filed 09/27/18   Page 34 of 255 PageID #:
5896

Adam Love, Ph.D.
June 07, 2018
34

34

| | | |
|---|---|---|
| 1 | | Ph.D.  Are you also a professional geologist? |
| 2 | A | I am not. |
| 3 | Q | Are you a professional hydrogeologist? |
| 4 | A | I am not. |
| 5 | Q | You're aware that those certifications exist; |
| 6 | | right? |
| 7 | A | I do.  I just haven't had the need for them in |
| 8 | | my line of work. |
| 9 | Q | So that's what I was getting at when I ask about |
| 10 | | other, you know, certifications or |
| 11 | | accreditations. |
| 12 | | Is there anything in any of these areas |
| 13 | | other than what we have already touched on |
| 14 | | that's in your CV? |
| 15 | | I am not sure if some of them even have it. |
| 16 | | I don't know if environmental forensics has a |
| 17 | | accreditation or not.  So do you have any? |
| 18 | A | I haven't found that I needed any more for the |
| 19 | | type of work that I do, no. |
| 20 | Q | And I see that, according to your report, you're |
| 21 | | familiar with chlorinated solvents? |
| 22 | A | I am. |
| 23 | Q | I did have a question about the term |
| 24 | | "geosciences." |
| 25 | | MR. BOWMAN:  Where is that? |



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 08/27/18 Page 35 of 255 PageID #: 5497
Case 1:16-cv-01942-TWP-DML Document 197-2 Filed 09/27/18 Page 35 of 255 PageID #: 5497

Adam Love, Ph.D.
June 07, 2018
35

35

1   Q   I think it was in the CV.  Let's see.  There is

2       environmental engineering, master's degree in

3       material science, and a bachelor's of arts in

4       geoscience.  I am not familiar with that term.

5            Can you tell me what geoscience

6       encompasses?

7   A   Sure.  At Franklin & Marshall College,

8       geoscience, it is a liberal arts school, and

9       they don't offer B.S.s, even though all the

10      sciences have a full science curriculum.

11          Geoscience is essentially the equivalent of

12      a geology program.  The coursework is directly

13      comparable to what most departments would call

14      geology.

15   Q   So to a layperson, like myself, if I thought of

16      you as having an undergraduate degree in

17      geology, I pretty much get the right picture?

18   A   That's right.

19   Q   Okay.

20   A   I look at the dirt and the rocks.

21   Q   In addition to the areas that you have

22      identified, you specifically mentioned

23      chemistry.

24          Is there any particular branch of chemistry

25      that you would say is within your expertise or



Adam Love, Ph.D.
June 07, 2018

36

36

```
 1        are you talking the whole field?
 2   A    Most of the work that I performed is led to
 3        environmental chemistry.
 4   Q    Okay.
 5   A    Although I have done work in synthesis
 6        chemistry, I have done material science.  But
 7        most of the chemistry that I have done is
 8        related to environmental chemistry.
 9   Q    And when you say you have done work in
10        environmental chemistry, I am not sure I
11        understand what that is.
12             Is this chemistry that's done in a lab?  Is
13        it done in the field?  Is it done at a desk?
14        What do you mean by environmental chemistry?
15   A    I have done all of those things.  I have gone
16        and taken field samples.  I have been taking
17        them to the laboratory and analyze field
18        samples.  I then process data that either I have
19        collected and analyzed or other people have
20        collected and analyzed.  And so it has been all
21        of those things.
22   Q    And what is the goal of environmental chemistry?
23        What are you trying to accomplish when you are
24        using that discipline?
25             I mean, the analytical chemistry, which I'm
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 09/27/18   Page 37 of 255 PageID #: 5490

Adam Love, Ph.D.
June 07, 2018

37

37

```
 1        familiar with.

 2    A   Sure.

 3    Q   You go to the lab and you are trying to find out

 4        how much of what.  And that's what your goal is.

 5             And I am asking, you know, just from a

 6        layman's perspective, what is the goal of

 7        environmental engineering?  What do you hope to

 8        accomplish?

 9    A   In a general sense, it is understanding how

10        chemicals in the environment are interacting

11        with each other and interacting with

12        environmental agencies.

13    Q   And would that include the breakdown of

14        chemicals in the environment?

15    A   Yes.

16    Q   And that's of particular importance, I

17        understand, in dealing with chlorinated

18        solvents; is that right?

19    A   At many sites it is.

20    Q   Do you have any expertise in the area of

21        biology?

22    A   What type of biology.

23    Q   You pick your type.  Are you an expert in

24        biology?

25    A   I would say just like chemistry, I wouldn't
```



Connor Reporting
www.connorreporting.com

317.236.6022

Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/17/18 Page 38 of 255 PageID #:
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 09/27/18 Page 38 of 255 PageID #:
5400

Adam Love, Ph.D.

38

```
 1         claim the whole field of biology either, but I

 2         have certainly done expert work on evaluating

 3         ecotoxicology, on exposure, human health

 4         assessments and exposure.  And so there are some

 5         sub-disciplines of that that, yes, I would

 6         consider myself an expert in.

 7    Q    How about, are you an expert in computer

 8         science?

 9    A    What are you saying is inclusive in computer

10         science?

11    Q    Again, you can pick.  Do you write code?

12    A    I have written code, but I wouldn't consider

13         myself to be an expert in computer science

14         having had written code.  I haven't done much of

15         that.

16    Q    I wrote a few Fortran runs myself, but I am

17         certainly no expert in computer science.

18    A    Right.

19    Q    Are you an expert in toxicology?

20    A    Again, I have had expert opinions in the past on

21         ecotoxicology, but I wouldn't say I am an expert

22         for all things toxicology related.

23    Q    Are you an expert in accounting?

24    A    I am not.

25    Q    Are you an expert in forensic accounting?
```

Adam Love, Ph.D.
June 07, 2018

39

39

1   A    I am not.

2   Q    Do you have any expertise in computer simulation

3        or modeling?

4   A    I am.

5   Q    And at what level is that expertise?  Do you

6        write programs?  Do you use programs?

7   A    I have in the past written.  I certainly am a

8        user.  So both of those I would say I have

9        expertise in.

10  Q    We have covered geology, hydrogeology.  What

11       about, are you an expert in statistics?

12  A    Yes.

13  Q    What about, are you an expert in mathematics?

14  A    I definitely would not say I --

15  Q    I have got a great calculus problem I am hoping

16       to get an answer to today.

17  A    I would not claim the entire field of

18       mathematics, no.

19  Q    But would you put statistics within the field of

20       mathematics and you did say you have an

21       expertise in statistics?

22  A    Yes.

23  Q    And what is the source of your expertise in

24       statistics?  I don't see anything in your

25       degrees that would apply that statistics was of



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 09/27/18   Page 40 of 255 PageID #:
Adam Love, Ph.D.
June 07, 2018

40

40

```
 1      main focus.

 2   A  So in terms of that, you have to use lots of

 3      statistics when you are doing environmental data

 4      analysis, as well as environmental forensics.

 5      And so those are almost always part of analyses

 6      when you are doing that type of work.

 7   Q  So you're familiar with terms like a data

 8      outlier?

 9   A  Yes.

10   Q  We will come back to that and talk a little more

11      about, you know, this particular dataset that

12      you had available.  Let me go ahead and ask it

13      now.

14          To your knowledge, did you eliminate any

15      data from the comprehensive dataset that we

16      already talked about based on a statistical

17      analysis?

18   A  No.

19   Q  Do you have any expertise in law?

20   A  No.

21   Q  We are doing pretty good.  I am going to ask you

22      about some individuals and see if you know them.

23          And let me ask more generally first.  Have

24      you had occasion to work with any people who

25      have been designated as experts in this case?
```



Case 1:16-cv-01942-TWP-DML Document 157-2 Filed 09/27/18 Page 41 of 255 PageID #: 5403

Adam Love, Ph.D.
June 07, 2018

41

41

```
 1    A    I have.

 2    Q    Would that be Mr. Marsden?

 3    A    That's one.

 4    Q    Who is the other?

 5    A    Gary Hokkanen.  We haven't worked together, but

 6         we have worked on other matters.

 7    Q    You know of him?

 8    A    And I know Gary.

 9    Q    You're both Californians?

10    A    We are.

11         MR. BOWMAN:  Everybody in California knows

12         everybody.

13    Q    That's my thought, yes, just like here.

14    A    His office is only a few blocks from mine, and

15         we occasionally get a lunch.

16    Q    Other than Mr. Marsden and Mr. Hokkanen, is

17         there anybody else among the experts in this

18         case that you know or know of?

19    A    No.

20    Q    Let me start with Mr. Marsden, since he also

21         works at Roux Associates; correct?

22    A    He does.

23    Q    So you're professional colleagues?

24    A    We are.

25    Q    Did you have any communications, oral or
```



Adam Love, Ph.D.
42                               June 07, 2018

42

```
 1        written, with Mr. Marsden about your expert

 2        opinions in this case before May 21st, 2018?

 3   A    Yes.

 4   Q    Did you see a copy or have you seen a copy of

 5        Mr. Marsden's expert report?

 6            MR. GRIGGS:  Can we pull that.  Let's make

 7        it an exhibit just so we have it in the queue.

 8   A    I have not.

 9   Q    Neither prior to or subsequent to May 21st?

10   A    Right.

11   Q    How long have you known Mr. Marsden?

12   A    Mr. Marsden was at Johnson Wright when I joined

13        Johnson Wright, so I want to say about in 2009,

14        so about nine years.

15   Q    When you moved to Roux Associates did he move at

16        the same time?

17   A    Mike Marsden went to Roux Associates before I

18        did.  I came a little over a year or so after

19        him.

20   Q    We have established that you have a professional

21        relationship.

22            Do you also have a social relationship with

23        Mr. Marsden?

24   A    I mean, as colleagues, we get together outside

25        of work for, you know, company parties and stuff
```

Adam Love, Ph.D.
June 07, 2018

43

43

```
 1      like that, but we don't generally socialize

 2      outside of work much.

 3          (Love Deposition Exhibit 4 was marked for

 4      identification.)

 5   Q  I'm pulling up what's been marked as

 6      Exhibit Number 4, which is an expert report of

 7      Michael Marsden of Roux Associates.

 8          And just to confirm, you have never seen

 9      this document before?

10   A  I have not.

11   Q  Okay.  We are done with that one.

12          MR. GRIGGS:  Let's pull up Hokkanen.

13   Q  You mentioned that you had had some

14      communications with Mr. Marsden about this case.

15          Can you be more specific about either what

16      you were providing to him or if he was providing

17      anything to you relative to your expert

18      opinions?

19   A  Maybe about a month before expert reports were

20      due, I showed Mike a copy of my expert report in

21      order for him to review I believe the background

22      section and understand the relationship between

23      all the parties.

24   Q  And at that point in time, approximately one

25      month before your report, were you in possession
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 44 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

44

44

```
 1       by that time of the expert report of John

 2       McInnes and the expert report of Sam Williams?

 3   A   Not at the time that I initially shared my draft

 4       with him.

 5   Q   So you were working on an expert report, not

 6       having seen the expert report that you are going

 7       to offer opinions about?

 8           MR. GRIGGS:  Let's put McInnes up there.  I

 9       want the date for that.

10           (Love Deposition Exhibit 6 was marked for

11       identification.)

12   Q   All right.  We are skipping Number 5 for a

13       moment.  We will come back to it.

14           What's been marked as Exhibit Number 6 is

15       the expert report of John McInnes.  It is dated

16       March 23, 2018, roughly 60 days before your

17       expert report.  Have you seen this report

18       before?

19   A   I have.

20   Q   Is it your testimony today that at the time you

21       had a conversation with Mr. Marsden about your

22       draft expert report, roughly one month before

23       May 21, you had not yet seen this report?

24   A   Now that I see the date, it seems like I must

25       have read the report.
```



Case 1:16-cv-01942-TWP-DML   Document 15-12   Filed 07/27/18   Page 45 of 255 PageID #:
5407

Adam Love, Ph.D.
June 07, 2018

45

45

```
1         It clearly didn't factor into my

2    conversation with Mike, but I must have seen the

3    report by the time I shared it with him.

4  Q  And presumably you have some correspondence

5    somewhere to verify the date that you first saw

6    the McInnes report?

7  A  I should, yeah.

8  Q  Let's go to Exhibit 5.

9         (Love Deposition Exhibit 5 was marked for

10    identification.)

11  Q  And I would like to go back to maybe page 3 of

12    that document, which is the cover page, rebuttal

13    to expert report of Sam Williams, submitted by

14    Gary Hokkanen of Farallon Consulting.

15         Have you ever seen Exhibit Number 5 before?

16  A  I have.

17  Q  And you indicated earlier that you have at least

18    a -- you're aware of and know who Gary Hokkanen

19    is; right?

20  A  I do.

21  Q  How would you describe your relationship with

22    Gary Hokkanen?

23  A  Collegial.

24  Q  Had you worked on the same cases before?

25  A  We have worked on the same cases, yes.
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 46 of 255 PageID #: 5408

Adam Love, Ph.D.
June 07, 2018

46

46

```
 1   Q   Have you ever worked together for the same

 2       client in the same case?

 3   A   Not that I can recall.

 4   Q   Under what circumstances did you see this expert

 5       report of Gary Hokkanen, Exhibit 5?

 6   A   Under what circumstance, the expert report was

 7       forwarded to me by counsel.

 8   Q   Did you read it?

 9   A   I did.

10   Q   Had you, given the date, this being May 22nd and

11       your expert report being May 21, is it fair to

12       say that your expert report had already been

13       written and submitted prior to reading the

14       report of Mr. Hock?

15   A   Yes.

16   Q   Having read the report of Mr. Hock, did you

17       develop any opinions about it?

18   A   I did not.

19   Q   So it was what it was, all, however many pages

20       it is, fairly short, except for all the

21       attachments, I think, you read it, and then

22       what?  Anything?  Any follow-up?

23   A   With whom?

24   Q   With anybody.  Did you call counsel and say, oh,

25       oh, God, Hokkanen is on the case, I got to get
```



Adam Love, Ph.D.
47                                                                June 07, 2018

47

 1        out of here?

 2   A    I did call counsel and told him that I had read

 3        the report and that, as far as I could tell,

 4        there was no direct rebuttal to anything that

 5        would impact my report.

 6   Q    So his area of testimony, expert testimony was

 7        distinct from yours in your mind?

 8   A    Based on my reading, yes.

 9   Q    You know his CV is longer than yours; right?

10        His is 19 pages.

11   A    Size isn't everything.

12   Q    Well, I have heard that too.  Glenn mentions it

13        often.

14            Let's go to Number -- let's put Number 7 up

15        for, let's do Walker.

16            (Love Deposition Exhibit 7 was marked for

17        identification.)

18            MR. BOWMAN:  This is great.  You're getting

19        all this stuff in.

20            MR. GRIGGS:  I am trying.  No objections

21        yet either.  I like that.

22            MR. BOWMAN:  No objections.  It is so out

23        of character for me, isn't it?

24            MR. GRIGGS:  I know it is.

25   Q    You didn't discuss Mr. Hock's expert opinions



Adam Love, Ph.D.
June 07, 2018

48

48

1       with him, did you?

2   A   I have not.

3   Q   I mean, you didn't read his report, picked up

4       the phone and say, hey, Gary?

5   A   No.

6   Q   What about with Marsden, did you see his expert

7       report after it was done?

8   A   I did not.

9   Q   Did you discuss what he had written with him?

10  A   We discussed what he was having to opine on.

11      And he had asked me for some clarifying

12      questions about site, geology, and hydrogeology

13      to make sure that his understanding was

14      consistent with at least what my understanding

15      was, but that was the extent.

16  Q   And accepting that you have not read his expert

17      report, to your knowledge, the things that he

18      was working on, would they have any bearing on

19      your expert opinions at all?

20  A   My understanding is that they would not.

21  Q   Right.  He is working on money stuff; right?

22  A   He is.

23          MR. GRIGGS:  Are you doing okay?  One hour.

24          THE WITNESS:  Yeah.

25  Q   I have gone to what is Exhibit 7.

Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 49 of 255 PageID #:
5499

Adam Love, Ph.D.
June 07, 2018

49

49

| | | |
|---|---|---|
| 1 | A | It is seven a.m., West Coast time now. |
| 2 | Q | There you go.  In another hour it will be time |
| 3 | | for breakfast. |
| 4 | | Do you recognize the document that is |
| 5 | | Exhibit 7, expert report of Robert B. Walker, |
| 6 | | LPG? |
| 7 | A | I do. |
| 8 | Q | Have you read that report? |
| 9 | A | I have. |
| 10 | Q | And, again, I assume that your reading occurred |
| 11 | | after your expert report because this is dated |
| 12 | | May 22nd? |
| 13 | A | It did. |
| 14 | Q | And did you take or have you taken any action in |
| 15 | | response to this report after you reviewed it? |
| 16 | A | I had similarly called counsel just to discuss |
| 17 | | my impressions after I read the report. |
| 18 | Q | Am I correct in saying that along with the |
| 19 | | McInnes report, which we are going to talk about |
| 20 | | in more detail, this report is the one that's |
| 21 | | probably closest in terms of the topics to the |
| 22 | | issues that you opine on in this case? |
| 23 | A | You're saying excluding McInnes. |
| 24 | Q | Yes, along with McInnes. |
| 25 | A | Excluding McInnes, this is the only other report |



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 50 of 255 PageID #:
4912

Adam Love, Ph.D.
June 07, 2018

50

                                                                    50

    1          that appears to have any overlap with my report.

    2     Q    I thought the same way.  Let's put Williams up

    3          just to round out the --

    4               (Love Deposition Exhibit 8 was marked for

    5          identification.)

    6     Q    All right.  Exhibit Number 8 is the expert

    7          report of Sam Williams, who apparently worked

    8          for Geosyntec Consultants out of San Diego,

    9          California.

   10               Have you seen this report before?

   11     A    I have.

   12     Q    Did you read it?

   13     A    I did.

   14     Q    Did you find that it touched on any issues in

   15          which you had expressed expert opinions in this

   16          case?

   17     A    No.

   18     Q    So we have run the gamut.  We have your expert

   19          report.  We have expert reports from five other

   20          experts, McInnes, Williams, Walker, Hokkanen,

   21          and Marsden that are now exhibits.

   22               I want to run a few other names by you.

   23          Does the name Steve Irvin mean anything to you?

   24     A    No.

   25     Q    Do you remember seeing any reports written by



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 09/27/18 Page 51 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

51

```
 1        Steve Irwin or his company Acuity?

 2   A    Acuity sounds familiar, but I don't remember the

 3        specific author.

 4   Q    What about the name Janna Stathyelich?

 5   A    Janna I know.

 6   Q    You know her personally or you know her from

 7        documents that you have seen in this case?

 8   A    I know her from documents that I have seen in

 9        this case and I have spoken with her.

10   Q    The documents that you have seen, will they be

11        on the flash drive that you provided?

12   A    Yes.

13   Q    And when did you have occasion to speak to

14        Janna Stathyelich?

15   A    I have spoken with her on a number of occasions

16        since my initial retention through the

17        completion of the expert report.

18   Q    Are you aware that in prior litigations

19        involving Moran Electric that Janna Stathyelich

20        has acted as an expert witness for Moran

21        Electric?

22   A    That's my understanding.

23   Q    And you're now serving as an expert witness for

24        Moran Electric; correct?

25   A    That's true.
```



Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 52 of 255 PageID #: 5491

Adam Love, Ph.D.
52                    June 07, 2018

                                                                    52
1    Q    So I assume that these discussions with

2         Janna Stathyelich were not about entertainment

3         or political topics, they were about the case;

4         right?

5    A    Every time.

6    Q    Did you obtain any information from your

7         conversation with Janna Stathyelich which formed

8         any part of the basis of the expert opinions in

9         your expert report, Exhibit 3?

10   A    Could you repeat that?

11   Q    Yes.  What I am trying to ask is, is there

12        anything from those conversations with

13        Janna Stathyelich which formed a basis for or

14        informed any of the expert opinions that you

15        present in your expert report in this case?

16   A    There is nothing from our conversations that

17        form the basis, no.

18   Q    So was she helpful to you in locating documents

19        or information that you then relied upon?

20   A    That's right.

21   Q    Including her own prior reports, I assume?

22   A    I have seen her Wilcox Technical reports.

23   Q    And you know she has left Wilcox and moved to a

24        new company?

25             I think her last report may have been for



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 53 of 255 PageID #: 5491

Adam Love, Ph.D.
June 07, 2018

53

53

1        somebody else.

2    A   That's right.  Yes.

3    Q   Let's move off of Janna for a minute.

4            Does the name Dr. Richard Lewis mean

5        anything to you?

6    A   The name by itself is not familiar, no.

7    Q   Your expert report, Number 3, yeah, you provide

8        somewhere, if I can find it, at the end of the

9        first paragraph, under the heading

10       "Introduction", you disclose your compensation

11       for this case at $300 per hour; is that correct?

12   A   That's correct.

13   Q   Do you know how much the total compensation, not

14       the hourly rate, but the total compensation from

15       when you started working on the case until your

16       expert report was completed on May 21?

17   A   I haven't specifically done that calculation.

18   Q   Can you give me a rough idea?

19   A   I would say 80- to $90,000.

20   Q   And there are records, I assume, that would

21       verify that number to a certain penny?

22   A   There are.  The invoices would obviously have

23       the total.

24   Q   And as we have discussed at the beginning of

25       this deposition, the costs are still being



Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 54 of 255 PageID #: 4918

Adam Love, Ph.D.
June 07, 2018
54

54

1    incurred, you're being paid to be here today;

2    correct?

3  A  I am.

4  Q  Or you will be paid?

5  A  Yeah.

6  Q  That's a promise, we are going to pay you.

7       MR. GRIGGS:  Let me go off the record for a

8    second.

9       (A recess was taken between 10:09 a.m. and

10   10:10 a.m.)

11      MR. GRIGGS:  Back on.

12   BY MR. GRIGGS:

13  Q  Just to close this out, your CV attached to your

14   expert report includes a work history, who you

15   worked for, with the dates; right?

16  A  It does.

17  Q  Are there any private employments that don't

18   show up on your CV?  And by private employments

19   I mean moonlighting, consulting on the side,

20   serve on a board of directors, perhaps.

21  A  Yes.

22  Q  What is not included that is part of your

23   employment history?

24  A  So I was the wine maker and vineyard relations

25   for Two Mile Wines.



Adam Love, Ph.D.
55                                   June 07, 2018

                                                                    55

 1    Q    What time period?

 2    A    That would have been 2005 to 2012 or 2013.

 3             MR. BOWMAN:  Can we go off the record?

 4             MR. GRIGGS:  Sure.

 5             (A recess was taken between 10:10 a.m. and

 6         10:11 a.m.)

 7             MR. BOWMAN:  Go back on.

 8    BY MR. GRIGGS:

 9    Q    So that was work that you did independently of

10         your other professional jobs?

11    A    It is.

12    Q    Okay.  Anything other than your work for the

13         vineyard?

14    A    I have a side, like a subcontractor agreement

15         with a company that I am not going to remember

16         the name of that's located in Buffalo, New York,

17         because they hold my security clearance, and so

18         I need the subcontractor agreement for them to

19         hold my security clearance.

20    Q    And the security clearance is in relation to the

21         work you do for the Federal Government?

22    A    It is.

23    Q    And are there particular agencies of the

24         Federal Government that you work with or is it

25         the government as a monolithic hole that you are



Case 1:16-cv-01942-TWP-DML Document 157-2 Filed 09/27/18 Page 56 of 255 PageID #: 5493

Adam Love, Ph.D.
June 07, 2018

56

```
 1        employed by?

 2    A   So I don't typically contact directly with the

 3        Federal Government, but via other contractors

 4        for various intelligence community

 5        organizations, Department of Defense,

 6        Department of Homeland Security.  Those are the

 7        primary ones.

 8    Q   What about the EPA?

 9    A   I haven't worked directly for the EPA.  I have

10        worked for the EPA, via the Department of

11        Justice, when I was an allocation expert for the

12        Safety Light Superfund site.

13    Q   Is that the only time that you have given

14        allocation testimony on behalf of the government

15        is that in Safety Light case?

16    A   With regards to environmental contamination?

17    Q   Yes.

18            MR. BOWMAN:  Could you repeat the question?

19        I'm sorry.

20            MR. GRIGGS:  Yeah.

21    Q   I was following up on the answer you have just

22        given.

23            So the question was, is the Safety Light

24        case the only case in which you have offered

25        allocation or apportionment opinions on behalf
```



Adam Love, Ph.D.
June 07, 2018

1      of the government?

2           MR. BOWMAN:  On behalf of the government,

3      okay, I see.

4   A   On behalf of the Federal Government, yes.

5   Q   Have you also offered opinions on behalf of

6      State Government?

7   A   I can't think of a State Government where I have

8      offered allocation.

9   Q   How about local government?

10  A   I have offered allocation opinions to the

11     County of Los Angeles.

12  Q   Which particular site, do you remember?

13  A   The Exide Technology Site in Vernon, California.

14  Q   Is that beyond the four-year time frame that

15     would be reflected of projects in your CV?

16  A   I didn't testify about it, but I --

17  Q   Just offered?

18  A   -- just offered opinions.

19  Q   Was that one of those situations you described

20     where you were maybe acting as a consulting

21     expert, never got to the testifying stage?

22  A   Right.  There is no active litigation.

23  Q   Okay.  I am about to turn to the expert report

24     of John McInnes.  Do you want to take a break

25     here?



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 58 of 255 PageID #: 5420

Adam Love, Ph.D.
June 07, 2018

58

58

```
 1              MR. BOWMAN:  I need to go to the bathroom.

 2              MR. GRIGGS:  Let's take a break.

 3          (A recess was taken between 10:13 a.m. and

 4       10:25 a.m.)

 5              MR. GRIGGS:  Let's go back on a short

 6       break.

 7       BY MR. GRIGGS:

 8   Q   You remember you're under oath?

 9   A   I do.

10   Q   Let's talk about the expert report of John

11       McInnes.  Do you have that in front of you?

12   A   I do.

13   Q   Do you recall how many opinions are in the

14       McInnes report?

15   A   Not by memory, no.

16   Q   Take a look.

17   A   It looks like four.

18   Q   How many of those four opinions do you disagree

19       with?

20   A   I wouldn't disagree with any of the opinions

21       statements that are numbered.

22   Q   So that's zero?

23   A   That would be zero.

24   Q   Does the scientific community have a way of

25       determining whether there has been a release of
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 59 of 255 PageID #:
5493

Adam Love, Ph.D.
59                           June 07, 2018

                                                              59

 1       contaminants at a particular location?

 2   A   Well, there's a number of different ways you can

 3       determine whether there has been a release.

 4   Q   What do you look for at a given location to

 5       decide if there has been a release of

 6       contaminants?

 7   A   The first thing I would look at would be

 8       operational documents of a facility.

 9   Q   And why would you look at those?

10   A   To see if the facility operations either had

11       reported spills or reported discharges or had

12       processes that were known to release chemicals

13       as part of their process.

14   Q   And what would you use in order to determine

15       what those operations or processes might have

16       been?

17   A   Typically they would be facility -- you know,

18       descriptions of the process that are operating

19       procedures, wastes, discharge, spill reports,

20       those types of documents that a facility would

21       have.

22   Q   Would that include Phase I reports?

23   A   It could.

24   Q   Phase II reports?

25   A   Certainly.



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 60 of 255 PageID #:
5499

Adam Love, Ph.D.
June 07, 2018

60

60

```
 1    Q    For a facility that was no longer in operation,

 2         might it include reports by environmental

 3         consultants that included data from the site?

 4    A    Certainly.  I mean, I would consider site

 5         investigation data to be a separate category

 6         from facility operations, but absolutely

 7         environmental data would factor into that as

 8         well, could factor as a separate line of

 9         evidence as well.

10    Q    What about witness testimony?

11    A    Yes.

12    Q    If it was available you would --

13    A    I would factor that in, yes.

14    Q    Once you have that information, whether it is

15         from site investigation reports or from facility

16         documents, particularly facilities in operation

17         still, what are you looking for in those

18         documents?

19              You said -- you mentioned, you know,

20         whether there had been a release or not.  Are

21         you looking for the true smoking gun?  Are you

22         looking for a statement that says, well, on

23         Thursday, we spilled a bunch of X at this point

24         in the facility?

25    A    Well, it depends on the facility and the
```



Adam Love, Ph.D.

June 07, 2018

61

```
 1        operations.  I mean, there are some facilities

 2        where there are actually documented releases

 3        like that.  It says there was a X spill of this

 4        amount on this date, here is how we responded.

 5        That would be one line of evidence.

 6             Or it could be just here is the process

 7        that happened.  And based on understanding from

 8        an engineering perspective what that process

 9        was, you know different points in that process

10        where releases, you know, typically occur.  But

11        that's just the facility operations portion.

12        There is a whole other line of evidence related

13        to environmental data.

14   Q    And maybe for a moment let's separate those two.

15   A    Right.

16   Q    Because the operations data seems to be much

17        more prevalent in an ongoing operation than a

18        historical operation.

19             MR. BOWMAN:  I am going to object.  Lack of

20        foundation.  Calls for speculation.

21   Q    Yeah.  Let me put it this way.  A manufacturing

22        facility that is in operation has certain

23        regulatory requirements that they are supposed

24        to meet; is that correct?

25   A    It depends on what operations you're talking
```



                                                                62

1        about, but to some degree, yes.

2    Q   So they might be subject to spill-reporting

3        requirements?

4    A   Almost everybody is.

5    Q   Yeah.  They might have to provide emission

6        reports for any air emitting units at the

7        facility?

8    A   That's a possibility as well.

9    Q   But once they close and they don't operate those

10       air emission units anymore, those reports to the

11       air regulators tend to dry out?

12           MR. BOWMAN:  Objection.  Lack of

13       foundation.  Calls for speculation.

14   A   It depends on the situation.  But if they

15       reported to the regulators, then the regulators

16       would have copies.  Whether or not the facility

17       maintains copies is site by site.

18   Q   Let's go to the second area.  And let's take a

19       facility that used to operate and now it doesn't

20       and there is nothing left of it.  Let's think of

21       a facility like maybe Moran.

22   A   Okay.

23   Q   Are there any buildings on the Moran site?

24   A   Any of the original Moran buildings?

25   Q   Yes.



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 63 of 255 PageID #: 5925

Adam Love, Ph.D.
63                                                    June 07, 2018

                                                                    63

1    A    Not that I know of, no.

2    Q    So is there any way to come to a determination

3         of whether there has been a release of

4         contaminations at a site like the Moran site?

5    A    It would be similar to what I just described.

6         You look at what set of operations they did at

7         the facility.  You would take testimony of

8         people that were familiar with the facility

9         operations and you would look at environmental

10        data to see if all those things sort of suggest

11        that a release would have occurred.

12   Q    Is it true that within the scientific community

13        that the presence of contaminations in the

14        shallow soil is one of the indications of a

15        release?

16   A    Typically, the presence of contamination in

17        shallow soils suggest a local release.

18   Q    And if we define shallow soil to be what

19        gradient, zero to how many feet?

20   A    I would say five feet.

21   Q    So zero to five feet.  If there is contamination

22        there, the first assumption at least, the most

23        likely scenario is it got there from the surface

24        at that location?

25   A    Yes.  I mean, obviously you would want to look



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 64 of 255 PageID #:
5926

Adam Love, Ph.D.
June 07, 2018

64

64

 1       and make sure that it didn't come over the

 2       ground from a different source and infiltrate at

 3       a different location.  But, in general, when you

 4       see shallow contamination, that's where the

 5       contamination at least infiltrated from the

 6       surface.

 7   Q   So in Exhibit 6, at each of the four facilities

 8       which form the basis for the four opinions, is

 9       it correct that Mr. McInnes looked for

10       contamination in the shallow soil and found it

11       at each of the four facilities?

12            MR. BOWMAN:  I am going to object and say

13       the report speaks for itself.  And as far as

14       what he did or didn't, it is in the report, so.

15   A   His report documents shallow contamination at

16       each of the four sites.

17   Q   And once you have identified contamination in

18       the shallow soil or sometimes, perhaps, referred

19       to as vadose zone soil, are you done?

20   A   Done with what?

21   Q   Are you done with your analysis?

22   A   What's the objective of the analysis?

23   Q   Well, what should the objective of the analysis

24       be?

25   A   I don't understand what you're trying -- I mean,



Adam Love, Ph.D.
June 07, 2018

65

```
 1        depending on what you're trying to achieve, you

 2        may do more analysis or what you just described

 3        may be sufficient.

 4   Q    So having identified a release, is the next step

 5        to try and define or delineate the scope of that

 6        release?

 7             MR. BOWMAN:  Object.  Lack of foundation.

 8        The question was simply before of what could the

 9        shallow impacts indicate release.

10             I think the question is vague and

11        ambiguous, because you're not -- it is an

12        incomplete hypothetical because you haven't

13        established, and I think --

14             MR. GRIGGS:  It is not a hypothetical.

15             MR. BOWMAN:  Well --

16             MR. GRIGGS:  I am asking an expert in

17        geology and hydrogeology what you do when you

18        find contamination in the ground.

19             MR. BOWMAN:  Okay.

20             MR. GRIGGS:  It is a simple question.

21             MR. BOWMAN:  Okay.

22   A    As an environmental consultant in terms of

23        trying to clean it up, what would be the next

24        thing that you do?

25   Q    Well, I don't know if it needs to be cleaned up,
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 66 of 255 PageID #:
4925

66

 1     because I don't know how serious it is.  I don't

 2     know how far it goes.  I don't know where it

 3     goes.

 4          What am I going to do after I have the

 5     first indication that this area is polluted?

 6          MR. BOWMAN:  Objection.  Argumentative.

 7     Ambiguous.  Lack of foundation.

 8   A  So, as an expert, if I was asked to identify

 9     whether or not a release occurred at the

10     facility, I could look at facility operations

11     and shallow soil.  And if there was adequate

12     enough information, I could form an opinion

13     about whether or not a release occurred just

14     based on that.

15          If, as a consultant, I was trying to

16     understand what the broader impacts of those

17     releases are, then I would need to look further

18     and understand the extent and magnitude of

19     contamination around the facility.

20   Q  And in the instances of the four facilities that

21     are opined about in Exhibit 6, was there a

22     connection made between the shallow soil, the

23     vadose zone soil, and ultimately the underlying

24     groundwater at each of those facilities?

25   A  Yes.  Mr. McInnes documents that completed



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 67 of 255 PageID #: 5926

Adam Love, Ph.D.
June 07, 2018

67

67

```
 1      pathway for each of the four facilities.

 2   Q  And you disagree with that opinion?

 3   A  I don't disagree that there is a complete

 4      pathway.

 5   Q  He further states on page 3 that the

 6      contamination having migrated vertically into

 7      groundwater that, in this case he is talking

 8      about the Zimmer facility, that it contributed

 9      to a co-mingled, chlorinated solvent groundwater

10      plume.

11          Do you see that, about in the middle of the

12      page?

13   A  I do.

14   Q  And do you agree with that statement?

15   A  I believe some of the contamination that was

16      released from the former Zimmer facility has

17      co-mingled with other chlorinated solvents.

18   Q  Opinion 2 deals with the Ertel facility and the

19      same conclusion is reached.

20          Do you also concur that some contribution

21      of contaminants from the Ertel facility

22      co-mingled in the groundwater plume?

23   A  Yes.

24   Q  The third opinion deals with Moran, same

25      conclusion, do you also agree that to some
```



Adam Love, Ph.D.
68                          June 07, 2018

68

```
 1        degree the Moran site contributed to the

 2        co-mingled groundwater plume?

 3   A    Yes.

 4   Q    And, finally, opinion 4, just to be complete so

 5        Glenn doesn't have to ask it later.

 6             MR. BOWMAN:  Thank you.

 7   Q    -- the same conclusion is reached, that the

 8        Threaded Rod site has contributed to the

 9        co-mingled groundwater plume?

10   A    Yes.

11   Q    You agree with that?

12   A    I do.

13   Q    Just to cover this base, we are going to go to

14        your expert report now.  Is that Number 3?  Yes.

15             You have a figure in here, I think it is

16        B-1, there it is, page 7.

17   A    I am there.

18   Q    What is it we are looking at, the colored

19        portion, what is it that we are seeing there?

20   A    So those are concentration contours for total

21        coordinated VOCs in groundwater.

22   Q    In groundwater.  Is this what people in the

23        scientific community would describe as a plume?

24   A    The groundwater contamination is the plume.

25        This is obviously a depiction of the
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 69 of 255 PageID #: 5908

Adam Love, Ph.D.
June 07, 2018

69

```
 1        two-dimensional shape of the plume.

 2   Q    So depiction of the groundwater plume?

 3   A    Yes.

 4   Q    And did each of the four facilities that we have

 5        been talking about, Ertel, Zimmer, Moran,

 6        Threaded Rod, contribute to this groundwater

 7        plume, contribute chlorinated solvent impacts to

 8        this groundwater plume?

 9   A    To some degree, yes.

10   Q    And so if I refer to this as a co-mingled plume,

11        will you understand what I am referring to?

12   A    Yes.  There are parts of this that are

13        co-mingled and parts that are not.

14   Q    Okay.

15   A    As I specified in the report.

16   Q    So do you see more than one plume here?

17   A    I do.

18   Q    There is a little tiny yellow circle up near the

19        top of the box under the words "Upgradient

20        Area."

21            Do you see that?

22   A    I do.

23   Q    Is that part of what you would say is not part

24        of the co-mingled plume?

25   A    Yes.
```



70

1   Q   Other than those kind of isolated little

2       islands, is the rest of this a single co-mingled

3       plume?

4   A   There is one other isolated island related to

5       the former Zimmer building, which doesn't

6       necessarily project as clear in this image, but

7       there is another distinct, very small

8       groundwater plume just under the former Zimmer

9       building, not former Zimmer Paper but the former

10      Zimmer building.

11  Q   And is it a really tiny little yellow island?

12  A   I believe it is the --

13  Q   Maybe right at the tip of the arrow?

14  A   That's right.

15  Q   So barring that, which looks very small on this

16      picture --

17  A   And it is very small in terms of my

18      calculations.

19  Q   Generally, we are talking about a single plume

20      of chlorinated solvent impacted groundwater that

21      several people have contributed contaminants to?

22  A   That's right.

23  Q   And so if I refer to that big thing as the

24      co-mingled plume, will we understand what each

25      other is talking about?



Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 71 of 255 PageID #: 5593

Adam Love, Ph.D.
June 07, 2018

71                                                                    71

```
 1    A   Yes.

 2    Q   Mr. Walker may not.  Did you read in his expert

 3        report he doesn't know what a co-mingled plume

 4        is?  Did you find that shocking?

 5    A   I did read his report.  I am not sure I would

 6        interpret it the same way that you did.

 7    Q   What adjective would you use?  I don't know what

 8        a co-mingled plume is.  How does that work for

 9        you?

10            MR. BOWMAN:  Objection.  Lack of

11        foundation.  Calls for speculation.  Answer it,

12        if you can.

13    Q   Surprised?

14    A   I was interested in what different ways you

15        might interpret it other than I think what's

16        generally accepted.

17    Q   Why don't we leave that.  I am sure Mr. Walker

18        will have a highly entertaining explanation to

19        give when his turn comes in a couple weeks.

20            All right.  Let's go back towards the

21        beginning of the report.  I just want to get to

22        that figure so we know where it is at.

23            We have talked about money.  We have talked

24        about other reports that you have either

25        reviewed or not reviewed, expert reports that
```



Adam Love, Ph.D.
72                    June 07, 2018

72

```
 1      is.

 2            Let's talk about non-expert reports,

 3      environmental reports.  And as I understand what

 4      you say, is that the reports that you have

 5      relied upon are specified in the footnotes of

 6      Exhibit 3; is that correct?

 7   A  So those are the reports that I use that sort of

 8      directly relate to.  But in addition to that, I

 9      mean, I reviewed all of the reports that are in

10      the documents that were produced that either

11      support the references that I used to some

12      degree or another.

13            So all of the documents are documents that

14      I reviewed.  The references are really the ones

15      that I used to reflect the fact that there is

16      documentation of those facts.

17   Q  Let's look at the second paragraph on page 1,

18      the second sentence says, "The conclusions set

19      forth in this report are based, in part, upon

20      the facts, information, and data that have been

21      provided to me by Counsel and/or which I

22      obtained during the course of my investigation."

23      It is the "in part" part that I am not sure

24      about.

25            If the facts, information, and data
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 73 of 255 PageID #: 5595

Adam Love, Ph.D.
73                           June 07, 2018

                                                              73

 1        provided by counsel in which you obtained during

 2        your investigation are part of what forms the

 3        basis for your conclusions, what's the other

 4        part?

 5    A   My education, training, and experience.

 6    Q   So it is not additional data that you found

 7        somewhere else?

 8    A   No.  If I had additional data, it would either

 9        be because it was provided by counsel or I

10        obtained it during the course of my

11        investigation.

12    Q   What is the data that you obtained during the

13        course of your investigation?

14    A   For this matter, I believe there's a few

15        references that I used from EPA documents, but

16        they were general references on things, not site

17        specific.

18    Q   So you did not go onto, for example, the IDEM

19        Virtual File Cabinet and look for reports that

20        maybe counsel forgot to send you?

21    A   I did not.

22    Q   And no one on your staff did?

23    A   No.

24    Q   Speaking of staff, what kind of staff support

25        did you get or did you have in preparing this



Adam Love, Ph.D.
74                                    June 07, 2018

                                                                                  74

1        expert report?

2    A   Well, I had two staff that worked with me on

3        this report.

4    Q   Who are they?

5    A   Rachelle Maxwell, I believe, and Walt McNabb.

6    Q   And who is Rachelle Maxwell?

7    A   Rachelle Maxwell is a project scientist in the

8        Oakland office, governmental science.

9    Q   What was her role in the preparation of this

10       expert report?

11   A   I believe she went through and did an initial

12       screen and cataloging of all the facts that were

13       provided.

14   Q   Did that result in some sort of a summary or

15       other document?

16   A   I believe she created an Excel spreadsheet that

17       just listed all the documents and what type of

18       information was it in at the time, at the

19       initial stage of this project.

20   Q   And what role did that play for you as the

21       testifying expert?  What did you do with it?

22   A   I used that to be able to quickly go to the

23       primary documents when I was looking for

24       particular types of information, knowing which

25       file corresponded with which type of



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 09/17/18   Page 75 of 255 PageID #:
5587

Adam Love, Ph.D.
June 07, 2018

75

75

```
 1        information.

 2   Q    I don't want to put words in your mouth, but are

 3        you describing something that worked kind of

 4        like a table of contents?

 5   A    Or an annotated bibliography.

 6   Q    Okay.

 7   A    Probably it wasn't quite as detailed as a table

 8        of contents.

 9   Q    So a quick reference guide?

10   A    I think that's fair.

11   Q    Is that included on the flash drive you brought

12        today?

13   A    It is not.

14   Q    Did you have a discussion with anyone about

15        whether to bring that or not?

16   A    I was directed by counsel just to bring the

17        documents that were provided to me.

18   Q    Would you have reached the identical opinions

19        that are in Exhibit 3 if you didn't have

20        Rachelle Maxwell's catalog of documents?

21   A    Yes.

22   Q    We are going to skip over that then.

23            Did she do anything else in support of your

24        expert report?

25   A    No.
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 76 of 255 PageID #:
4958

Adam Love, Ph.D.
June 07, 2018

76

76

```
 1   Q   Let's talk about Walt McNabb.  What was his

 2       role?

 3   A   Walt McNabb helped with the data analysis and

 4       doing some of the integrations of the

 5       environmental data.

 6   Q   And by integrations, are we talking really about

 7       computer simulation runs?  What do you mean by

 8       integrations?

 9   A   So in my report, the way that we looked at how

10       much contamination that was in different areas

11       was to sum up all the contamination within the

12       specified boundaries.  And so Walt was the one

13       that performed those calculations in the

14       software.

15   Q   And the software, I think we are talking about

16       here is Surfer?

17   A   Yeah, primarily Surfer.

18   Q   So Walt did the Surfer runs?

19   A   He did.

20   Q   Did you do any of the Surfer runs yourself?

21   A   I didn't.  I just directed them as to what I

22       wanted done.

23   Q   Who set the -- let me go back to that later.

24           So you gave instructions to Walt, he

25       performed integrations using Surfer, did he
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 77 of 255 PageID #: 5516

Adam Love, Ph.D.
June 07, 2018

77

77

```
 1        report the results back to you?

 2    A   Yes.

 3    Q   In what form did you get those results?

 4    A   Typically as figures and as numbers.

 5    Q   Are any of the figures included in your report?

 6    A   Yes.

 7    Q   Is Figure B-1 one of those figures?

 8    A   Yes.

 9    Q   What about Figure 1-1?

10    A   No.

11    Q   That came from somewhere else?

12    A   Yes.

13    Q   Figure 1-2?

14    A   No.

15    Q   I know there are some more here at the back.

16        Figure 2-1?

17    A   Yes.

18    Q   That was part of Walt's work?

19    A   No.  This is all my work that I directed Walt to

20        perform.

21    Q   This is part of the work that Walt performed and

22        gave to you that he performed at your request

23        and this was the work product that was

24        generated?

25    A   Yeah.  I mean, we iterated on this.  And Walt
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 78 of 255 PageID #: 5940

Adam Love, Ph.D.
June 07, 2018

78

78

1        was the one --

2   Q    That wasn't the very first run that you made?

3   A    This was not the very first one.

4   Q    I am shocked.

5   A    So in our collaboration on this, he was the one

6        that actually ran the software.  And this is one

7        of the figures that ultimately came out of us

8        working together on.

9   Q    This is the final figure?

10  A    This is.

11  Q    And how about 2- -- well, does that say "2-1,

12       continued"?  Is that what it says?

13            There are a series of four pictures over

14       two pages.

15  A    Yes.

16  Q    And the answers are the same for the third and

17       fourth pictures as the first two; right?

18  A    Yes.

19  Q    How about Figure 2-2?

20  A    Yes.

21  Q    2-3, there are two pictures there?

22  A    Yes.

23  Q    2-4, two pictures there?

24  A    Yes.

25  Q    I think that's the end of it.  Oh, no, they are



Adam Love, Ph.D.
June 07, 2018

79                                                                        79

```
 1        going back up.

 2              Page 23 has a picture, Figure 3-1?

 3    A   Yes.

 4    Q   Is that the output of a Surfer run?

 5    A   Yes.

 6    Q   3-2?

 7    A   Yes.

 8    Q   There is one on page 27, Figure 3-5?

 9    A   Yes.

10    Q   Is that it?  Did I miss any?

11    A   I think you got them all.

12    Q   I am not claiming any level of expertise,

13        frankly, I barely have any knowledge about

14        Surfer.  But it is my understanding that there

15        are certain inputs or variables that the user of

16        Surfer must put into the program; is that

17        accurate?

18    A   Depending on what you're trying to do.

19    Q   Were there any inputs, parameters that had to be

20        established to create the figures that are in

21        your expert report?

22    A   We use the default parameters under all

23        circumstances, so as an not to use the

24        parameters as a way to influence the outcome.

25    Q   So the Surfer default parameters, were they used
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 08/27/18   Page 80 of 255 PageID #:
5549
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 80 of 255 PageID #:
5512

Adam Love, Ph.D.
June 07, 2018

80

```
 1        for every run?

 2    A   For all of the images in the report are the

 3        default -- the contours are performed from the

 4        parameters.

 5    Q   We were talking about one of the figures, and I

 6        don't think it even matters which one, maybe it

 7        was 2-1.  And we established that this is the

 8        final output, the output of the final run.

 9            What would determine whether a Surfer run

10        was the final one or whether you needed another

11        iteration?

12    A   Making sure -- one, making sure that we all of

13        the data.  Two, making sure that the way we were

14        presenting it was clear as a demonstrative.

15    Q   So you gave instructions to Mr. McNabb using the

16        default parameters and the data from the

17        comprehensive database?  Is that where he got

18        his data?

19    A   That was the data that was used.

20    Q   From that Excel spreadsheet?

21    A   Yes.

22    Q   And then he would make a run and come to you and

23        say here is what I got?

24    A   Right.

25    Q   And then you would look at it and decide whether
```

81

```
 1        it needed to be rerun or done in a different

 2        way?

 3   A    Yeah.  Clarify.

 4   Q    So you added clarity.  Would that include things

 5        like the text I see on the top figure in 2-1,

 6        one says "Upgradient Area Sites," one says

 7        "Von Duprin site."  That didn't come out of

 8        Surfer, did it?

 9   A    It did not.

10   Q    Is that part of the clarification that you are

11        talking about, adding clarity to the final

12        product?

13   A    Those are two examples of things that, yes, that

14        I added.

15   Q    What else?

16   A    Adding the boundary of the integration area.

17   Q    Okay.

18   A    The idea of plotting the data in log-transform

19        to be able to see the changes in concentration

20        with greater specificity.

21   Q    The boundary you're describing, is that the -- I

22        guess is it orange, maybe it is red, orange or

23        red line that surrounds the data points?

24   A    Yes.

25   Q    And what does that line represent?
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 08/27/18 Page 82 of 255 PageID #: 5511

Adam Love, Ph.D.
June 07, 2018

82

82

```
 1   A   That line represents the area that the data

 2       suggests is the total extent of the groundwater

 3       contamination.

 4   Q   But it doesn't have any relationship to a

 5       particular concentration of contamination, or

 6       does it?

 7   A   It does.  I am trying to remember what it is.  I

 8       don't remember what it is off of the top of my

 9       head, but it is low.

10   Q   And by low --

11   A   It would be less than 0.1 micrograms per liter.

12   Q   So would it be in the purple range or less in

13       concentration?

14   A   Right.  It would obviously have to be less than

15       the purple.  Less than -- there's purple on the

16       figures, so we know there are some data between

17       0 and 0.1 micrograms per liter.

18   Q   Right.  I see several dots.

19   A   But there are different detection limits for

20       different samples and things like that.  So I

21       don't know exactly where that cutoff is without

22       having to go back and look at it.

23   Q   The purple goes from 0 to 0.1?

24   A   Right.

25   Q   What I want to make sure is, is there a non-zero
```

Adam Love, Ph.D.
83                        June 07, 2018

83

```
 1        value that would lie outside of the boundary
 2        that's been drawn here or does this encompass
 3        every bit of data with a detection of PCE or TCE
 4        above zero?
 5   A    Just zooming in on the Figure 2.1-B, if you look
 6        up near the Zimmer building, it looks like there
 7        is a couple dots that fall just outside of the
 8        orange line.
 9   Q    And do you know if those dots were, therefore,
10        excluded or are they merely marking the
11        boundary?
12   A    They are merely marking the boundary.
13   Q    So they would have been part of the dataset?
14   A    They are part of the dataset.
15   Q    And the same is true if you look down at the
16        southwest, at the end of the plume there are
17        several purple dots that kind of looks like the
18        line was drawn directly inside of those dots, if
19        you are doing connect-the-dot picture?
20   A    That's right.
21   Q    But even though the dot appears to fall outside
22        the line, it is part of the dataset?
23   A    It is part of the dataset.
24   Q    Okay.
25   A    And that was used in the contour.
```

Case 1:16-cv-01942-TWP-DML Document 157-2 Filed 09/27/18 Page 84 of 255 PageID #: 5946

Adam Love, Ph.D.
June 07, 2018

84

84

```
 1    Q    These various pictures or diagrams in your

 2         report, there seems to be at least for many of

 3         them a common underlay.  It looks like an aerial

 4         picture of some sort.  Do you know where that

 5         came from?

 6    A    I believe that's a Google Earth image.

 7    Q    Is that something that you pulled down off

 8         Google Earth or one of your assistants?

 9    A    I know at some point I pulled down a Google

10         Earth image.  I don't know if this image is the

11         same one that I pulled down or if somebody

12         pulled down a different one at a later time.

13    Q    Is that the usual way that you set up to display

14         one of the, you know, results of the Surfer

15         program is overlay it on a Google Earth diagram

16         or picture?

17    A    Almost always that's how we display the data.

18    Q    And, as far as you remember, this didn't happen

19         to be an image that was provided to you or sent

20         to you as part of your case file?

21    A    No, I don't believe so.

22    Q    Can you think of any other instances that you

23         went out to a public source, like Google Earth

24         or anything else, and obtained something that

25         became part of your expert opinions?
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 85 of 255 PageID #:
5547
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 09/27/18   Page 85 of 255 PageID #:
5547

Adam Love, Ph.D.
June 07, 2018

85

85

```
 1   A   Well, like I said earlier, there's a few

 2       references to general, they're EPA documents,

 3       but not specific to this site.

 4   Q   On Figure B-1, and I think it is repeated over

 5       and over again, but it is the first time I

 6       remember it, there is an area identified as

 7       "Upgradient Area."

 8           Do you see that?

 9   A   I do.

10   Q   And is that the larger of the two white

11       rectangles?

12   A   Yes, that's the larger geographic area.

13   Q   And so of the four facilities that have been the

14       focus of this case, the only one that lies

15       outside of that area is the Von Duprin/Threaded

16       Rod property; is that correct?

17   A   That's right.

18   Q   The area identified as upgradient area, what is

19       it upgradient of?

20   A   It is upgradient of Von Duprin/Threaded Rod.  It

21       is also upgradient of a larger portion of the

22       plume.

23   Q   And why was it necessary to distinguish an

24       upgradient area?  I know that's a setup for

25       something, and I think it comes up later in your
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/17/18   Page 86 of 255 PageID #:
5548
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 86 of 255 PageID #:
5548

Adam Love, Ph.D.
86                              June 07, 2018

                                                                              86

1        report.  What are the two things you're trying

2        to separate?

3   A    So based on our evaluation of the data, I was

4        able to create geographic divisibility between

5        the Threaded Rod's contribution in the overall

6        chlorinated solvent plume, from the contribution

7        from the facilities that are in that upgradient

8        area.

9   Q    And then at some point, I think that may be --

10       at some point, particularly in opinion 3 of your

11       report, you then subdivided the contributions

12       within that upgradient area?

13  A    Both within the upgradient area and the

14       downgradient, yeah.

15  Q    Well, we will get to those.

16            Two of the areas that are identified within

17       the upgradient area, one is Zimmer building, or

18       former Zimmer building, and another is former

19       Zimmer Paper building.

20            And in your mind, are those two different

21       places?

22  A    Yes.

23  Q    Do you know what the difference is?

24  A    I believe those were different structures at the

25       time of operations.



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 87 of 255 PageID #: 5540

87

```
 1   Q    And do you know who told you that?

 2   A    I would have to go back and look at the

 3        background documents.  But that was my

 4        understanding from having looked at -- was that

 5        they were different operations in different

 6        parts of those buildings.

 7   Q    So is that something you picked up from the

 8        reports that you read?

 9   A    Yes.

10   Q    So the picture we are looking at, B-1, is a

11        representation of the total VOCs in groundwater;

12        is that correct?

13   A    Total VOCs in groundwater.

14   Q    Thank you.  Total VOCs in groundwater?

15   A    Yes.

16   Q    As far as you know, the entire dataset was used

17        in developing this picture?

18   A    Yes.

19   Q    There are -- go ahead.

20   A    The entire dataset of what we have.

21   Q    Okay.

22   A    There may be data that we don't have.  But from

23        the data that we have, the entire dataset.

24   Q    What makes you think there is data that might

25        exist that you don't have?
```

Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 88 of 255 PageID #:
4527

Adam Love, Ph.D.
June 07, 2018

88

88

```
 1   A   I don't know if there has been additional

 2       investigations that haven't been shared or that

 3       would have been performed subsequent to when we

 4       compiled the data.

 5   Q   We are going to come back to this exhibit

 6       obviously, but I want to go to Exhibit -- mine

 7       hasn't come up.

 8           MS. FRENCH:  Do you want this one?

 9           MR. GRIGGS:  Yeah.  Oh, yeah.  Share it.

10   Q   While we are waiting for that to pop up, there

11       are color gradations on B-1, one is a thousand

12       and one is a hundred.

13           Do you know why those two guys were chose?

14   A   They have no particular significance other than

15       them being whole, round numbers that we used for

16       those purposes.

17   Q   You could get another color and choose a value

18       of ten?

19   A   You could go ten and have another layer of color

20       around the hundreds.

21   Q   And the units are micrograms per liter; is that

22       right?

23   A   That's right.

24   Q   And in equivalence, micrograms per liter is the

25       same as what is sometimes referred to as parts
```



Adam Love, Ph.D.
June 07, 2018

89

89

```
 1        per billion?

 2   A    That's right.

 3   Q    You say -- and mine is starting to update, I

 4        think.  Just when I wanted to go back to the

 5        other exhibit.

 6             In the description for Figure B-1, it says

 7        that this is the CVOCs in groundwater, averaged

 8        across all depths and sample dates since 2004.

 9             Do you see that?

10   A    I do.

11   Q    When it says "averaged across all depths," is

12        that the concept we spoke about a little bit

13        earlier of taking all of the samples within a

14        single boring and averaging them?

15   A    Yes.

16   Q    And does the averaged also apply to the dates,

17        the sample dates?

18             It seems like it goes with the across all

19        depths.  And I guess I want to make sure the

20        adjective stops with the "and".  Average across

21        all depths is one thing and then sample depths

22        since 2004, is that a separate differentiation

23        or did you do something to average things across

24        time as well?

25   A    They are averaged across time as well.
```



Case 1:16-cv-01942-TWP-DML Document 157-2 Filed 09/27/18 Page 90 of 255 PageID #: 5932

Adam Love, Ph.D.
June 07, 2018

90

90

1   Q   Explain that to me.  What does that mean?

2   A   So all of the sample data from a given location

3       at every depth and every date were averaged in

4       order to form a single picture of a single

5       representation of the plume.

6   Q   Within a specific media?

7   A   Within a specific media.

8   Q   So any groundwater samples at a particular

9       location, regardless of time and regardless of

10      depth, it got averaged into a single value?

11  A   That's right.

12  Q   And would the same be true for soil?

13  A   Yes.

14  Q   Let's go take a look at what's been marked as

15      Exhibit 9.

16          (Love Deposition Exhibit 9 was marked for

17      identification.)

18  Q   Do you have that in front of you?

19  A   I do.

20  Q   Can you tell me what that is?

21  A   This is the final investigation report for

22      1929 Columbia Avenue in Indianapolis, Indiana.

23  Q   Are you familiar with this document?  I think

24      this is the most recent one.  It is July 2017 on

25      the cover page.



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 09/27/18   Page 91 of 255 PageID #:
5593

Adam Love, Ph.D.
June 07, 2018

91

91

| | | |
|---|---|---|
| 1 | A | Some of the figures look familiar, but I don't |
| 2 | | recall if I specifically have seen this before. |
| 3 | Q | Okay.  If it is not on the flash drive that you |
| 4 | | gave us, would that be an indication that you |
| 5 | | have not seen it? |
| 6 | A | I would want to go back and make sure there were |
| 7 | | documents that were sent to me that didn't make |
| 8 | | it into the electronic project folder.  But I |
| 9 | | believe I have provided everything I have got |
| 10 | | that I had as client-provided documents. |
| 11 | Q | Does your screen let you go back to page 75? |
| 12 | A | Mine? |
| 13 | Q | Yes. |
| 14 | | MR. GRIGGS:  We are going without you. |
| 15 | | MR. BOWMAN:  Go ahead.  I will have to look |
| 16 | | over his shoulder. |
| 17 | Q | What I am looking for is a page that says |
| 18 | | "Table 8." |
| 19 | A | I am there. |
| 20 | Q | Okay.  We are looking at Table 8.  And Table 8 |
| 21 | | has 1, 2, 3, 4, 5 sample locations.  They are |
| 22 | | designated Threaded Rod, soil borings 38 to 42. |
| 23 | | And the dates of sampling it looks like are |
| 24 | | between March 18th and March 20th of 2017. |
| 25 | | Do you see that? |



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 92 of 255 PageID #:
5954

Adam Love, Ph.D.
June 07, 2018

92

                                                                          92

1    A    I do.

2    Q    Can you tell me whether this data was part of

3         what was used in your expert report?

4    A    I can't tell you from memory.  I would need to

5         go back and look at the Excel spreadsheet and

6         see if it is specifically listed.

7    Q    And we do have the Excel spreadsheet?

8    A    We do.

9    Q    So we can check that later.

10             All right.  I am going back to Exhibit 3.

11        And I am going back to Figure B-1, whatever page

12        that was on, page 7.

13             The labels, the words in white, are those

14        things that you added yourself?

15   A    Yes.

16   Q    One of them says "Former Burgess Plating."

17             Do you see that?

18   A    I do.

19   Q    Do you know what the source of that information

20        was that you translated into the words "Former

21        Burgess Plating"?

22   A    I recall it came from a Geosyntec report that

23        listed some of the other facilities.

24   Q    Okay.

25   A    But I don't specifically remember which one.



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 08/27/18 Page 93 of 255 PageID #: 5983

Adam Love, Ph.D.
June 07, 2018

93

93

```
 1   Q   Do you know if it gave that location that you

 2       are pointing to or is that more of a general

 3       area?

 4   A   I think it is meant to be representative, not

 5       necessarily specific as parcel.

 6   Q   So if it is on a different corner but on that

 7       same intersection, that's close enough?

 8   A   For the intent of what we were just trying to

 9       indicate, that was --

10   Q   Right.  Did you have any data from the former

11       Burgess Plating site?

12   A   I wasn't asked to look at any of that.

13   Q   Because it is an impacted site with chlorinated

14       solvents.  But you didn't have the data, so it

15       didn't form any part of the diagram that we are

16       looking at in B-1?

17   A   Other than the location.

18   Q   What about the former Below Cleaners or Below

19       Cleaners.  It looks like it should be Below.

20           Do you see that?

21   A   I do.

22   Q   Do you know where that came from?

23   A   I believe it came from the same report as the

24       previous one.

25   Q   And you think that's one of the Geosyntec
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 09/27/18   Page 94 of 255 PageID #: 4956

Adam Love, Ph.D.
June 07, 2018

94

94

```
 1      reports?

 2   A  I believe so.

 3   Q  But you don't recall which one?

 4   A  I haven't put all the documents to memory.

 5   Q  Same question for the Former Wash-Rite

 6      Dry Cleaning.

 7         Do you see that description?

 8   A  I do.

 9   Q  Same answer, it probably came from a Geosyntec

10      report?

11   A  I believe that to be true.  If you give me time,

12      I can go and try to find it, but --

13   Q  I am hoping that won't be necessary.  Let's go

14      to Exhibit 7.  This is the Rob Walker report.

15      And I want to go to page 7.

16         (A discussion was held off the record.)

17   Q  Walker report, page 7, he indicates in the first

18      paragraph under heading B or, I am sorry,

19      heading 5.1 -- what does he say exactly?  "PCE

20      is also a common solvent used by dry cleaners."

21      Would you agree with that statement?

22   A  I would.

23   Q  "And the former Von Duprin facility property was

24      historically occupied by at least two dry

25      cleaning operations and a third was located
```



Case 1:16-cv-01942-TWP-DML   Document 13-2   Filed 07/27/18   Page 95 of 255 PageID #: 5597

Adam Love, Ph.D.
June 07, 2018

95

95

```
 1        nearby."

 2             Did you come across any evidence in any of

 3        the reports that you had access to that would

 4        support that statement, that two dry cleaners'

 5        operations were on the Threaded Rod property, or

 6        Von Duprin facility property?

 7   A    I don't specifically recall that.

 8   Q    He lists three addresses here, 1901 Columbia

 9        Avenue, 1804 Martindale Avenue, and 1308 East

10        19th Street.

11             Do you know where those addresses are?

12   A    Not strictly from the address, no.

13   Q    Do you know if those addresses correlate with

14        the location shown on your Figure B-1 of either

15        the Below Cleaners or Wash-Rite Dry Cleaning?

16   A    I haven't checked that, no.

17   Q    What purpose did identifying the Below Cleaners

18        and Wash-Rite Cleaning serve as part of your

19        expert work?

20   A    In looking at the extent of magnitude of the

21        chlorinated solvent plume, the idea was to

22        identify those locations to see if there was a

23        portion of the contamination that looked like it

24        originated from those locations.

25   Q    So as they're located on your Figure B-1, they
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 09/27/18 Page 96 of 255 PageID #: 4983

Adam Love, Ph.D.
96                           June 07, 2018

                                                          96

     1        lie outside what we have chosen to refer to as

     2        the co-mingled plume; is that correct?

     3   A    Based on the data that we have, there doesn't

     4        appear to be any contamination from those

     5        locations that are directly co-mingled with the

     6        larger plume.

     7   Q    Do you know if any samples were taken at the

     8        location identified as the former Below

     9        Cleaners?

    10   A    I wasn't asked to look into that.

    11   Q    But you had a dataset.  Did you plot it?

    12   A    All of the data that we had we plotted.

    13   Q    Was any of it as far north as the former

    14        Below Cleaner site?  And maybe I should say as

    15        far west.

    16   A    Right.  It doesn't appear so, no.

    17   Q    So did you draw any conclusions about it being

    18        outside of the plume area and, if so, on what

    19        data did you base that conclusion?

    20   A    I didn't draw any conclusions about whether or

    21        not former Below Cleaners has made a

    22        contribution or not.

    23   Q    Did you draw any conclusion about whether the

    24        former Wash-Rite Dry Cleaner made a contribution

    25        or not?



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 97 of 255 PageID #: 4990

Adam Love, Ph.D.
June 07, 2018

97

97

| | | |
|---|---|---|
| 1 | A | I have not. |
| 2 | Q | So I am going to turn that around then, so you, |
| 3 | | as you sit here today, you cannot say to a |
| 4 | | certainty that these two dry cleaners are not |
| 5 | | contributing to the co-mingled chlorinated |
| 6 | | solvent water? |
| 7 | A | I cannot say that they are not contributing, |
| 8 | | true. |
| 9 | Q | If, in fact, Mr. Walker is correct and either |
| 10 | | one or both of these or two unidentified dry |
| 11 | | cleaners formerly operated on the former |
| 12 | | Von Duprin facility, is it possible that they |
| 13 | | contributed chlorinated solvent contamination |
| 14 | | that you have not allocated or apportioned to |
| 15 | | them? |
| 16 | A | So lots of things are possible.  If there was |
| 17 | | dry-cleaning operations that occurred on the |
| 18 | | Von Duprin/Threaded Rod property, they would |
| 19 | | have been lumped in with contributions made from |
| 20 | | that property. |
| 21 | | I didn't try to divide contributions among |
| 22 | | historical operators. |
| 23 | Q | That might be helpful.  In your third opinion |
| 24 | | you say, "the allocation of CVOC contribution |
| 25 | | from the RPs."  What does RP mean? |



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 98 of 255 PageID #:

Adam Love, Ph.D.

98

1    A    Responsible party.

2    Q    From the responsible parties, Von Duprin,

3         54 percent.  It sure looks like you allocated to

4         Von Duprin, not to the site.

5    A    Yeah.  So the Von Duprin, Zimmer, Ertel, and

6         Moran are P designations, are really meant to be

7         those property locations for which Von Duprin,

8         Zimmer, Ertel and Moran formerly operated.

9    Q    That got by me in reading your report.  Because

10        as soon as you said "RP," I thought you were

11        saying my client should get 54 percent of the

12        apportioned costs.  Is that not what you're

13        saying?

14   A    I am saying that contributions to the co-mingled

15        chlorinated solvent plume, 54 percent of it is

16        attributable to the operations that occurred on

17        the Von Duprin property.

18   Q    But some of that 54 percent could have come from

19        parties that are not from people, from

20        responsible parties who are not parties in this

21        lawsuit?

22            MR. BOWMAN:  Objection.  Calls for

23        speculation.  Lack of foundation.

24   A    I believe there is some legal means to apportion

25        between current and former operators, but my



Adam Love, Ph.D.
June 07, 2018

99

99

```
 1        distribution doesn't mean to do that.

 2    Q   What additional information or data would you

 3        need to be able to do that?

 4            MR. BOWMAN:  Do what?

 5    A   You're asking me what would I need to do in

 6        order to apportion among operators?

 7    Q   Correct.

 8            MR. BOWMAN:  On a particular site?

 9            MR. GRIGGS:  On a particular site.

10            MR. BOWMAN:  Thank you.

11    A   So generically, typically you would look at the

12        different operations for the different

13        operators, their COC use, their volume of COC

14        use, their handling practices.  If there is

15        information that you can determine about timing

16        of release, you would use that.  What else?

17            Potentially looking at -- well, this would

18        be related to timing of release, looking at

19        degradation characteristics, freight and

20        transport, parameters being able to reconstruct

21        release timing based on the size of the plume.

22    Q   So it would be complicated?

23    A   It doesn't have to be complicated, but those are

24        all the different factors that could potentially

25        be brought to bear in that type of allocation
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 100 of 255 PageID #:
5582
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 100 of 255 PageID #:
5582

Adam Love, Ph.D.
June 07, 2018

100

100

| | | |
|---|---|---|
| 1 | | amongst operators.  I do that routinely at |
| 2 | | sites. |
| 3 | Q | But not at this site? |
| 4 | A | I have not done it at this site. |
| 5 | Q | Okay. |
| 6 | A | At any of these sites. |
| 7 | Q | I am back on page 3 of your report.  Just to |
| 8 | | make sure we get this clear in the record, the |
| 9 | | third paragraph on page 3 says, "Four |
| 10 | | responsible parties (RPS) were identified in the |
| 11 | | area near the former Moran Motor Shop."  And |
| 12 | | then I believe the four bullet points |
| 13 | | underneath -- let's see.  Do the four bullet |
| 14 | | points relate to the four responsible parties |
| 15 | | that you are talking about? |
| 16 | A | I appreciate you helping me clarify this.  Yeah, |
| 17 | | I mean, obviously there are four different |
| 18 | | locations in those bullet points that I am |
| 19 | | referring to as responsible parties, but they |
| 20 | | are really locations for which they are |
| 21 | | responsible parties, because Zimmer is listed |
| 22 | | both as Zimmer Building, as well as the former |
| 23 | | Zimmer Paper. |
| 24 | Q | Yeah. |
| 25 | A | But in the context of this litigation, Zimmer is |



Connor Reporting
www.connorreporting.com

317.236.6022

Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 101 of 255 PageID #:
5563

Adam Love, Ph.D.
June 07, 2018

101

101

```
 1      one of the parties.

 2  Q   So those last two bullets, bullets three and

 3      four, ultimately collapse, if we look back at

 4      your opinion 3, there is 1 percentage for

 5      Zimmer?

 6  A   That's right.  In my analysis I collapsed the

 7      contribution from those two locations into one

 8      share.

 9  Q   That happens to be 29 percent.

10      But you're not saying or haven't said in

11      this report that the Zimmer defendant in this

12      lawsuit is responsible for that 29 percent?

13  A   That to me would require having a legal opinion,

14      which I don't have.

15      What I was asked is what is the chemical

16      contribution from those sites.

17  Q   Let's take an easy example.  If the Zimmer

18      location only ever had one owner-operator, and

19      it was the same entity from 1900 to today, it

20      has always been one, would you feel comfortable

21      then saying the 29 percent for the Zimmer

22      location belongs to that one entity that's been

23      there the whole time?

24  A   Well, that percentage is based on chemical

25      contribution.  There's all sorts of other
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 102 of 255 PageID #:
5964
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 102 of 255 PageID #:
5964

Adam Love, Ph.D.
June 07, 2018

102

102

```
 1        factors ultimately and then allocation that can

 2        be brought to bear that aren't contribution

 3        related.  But in terms of being able to say if

 4        there was one operator, I would be comfortable

 5        saying that was likely the higher contribution,

 6        which could get factored into the overall legal

 7        allocation using additional parameters.

 8   Q    So on a strictly volumetric basis, which is what

 9        I understand this percentage to represent, you

10        have represented how much contribution by volume

11        or mass came from each of these four locations?

12   A    That's right.

13   Q    And you are saying there are other factors, Gore

14        factors, whatever, that could play into a final

15        allocation by a court that is separate from a

16        strict volumetric or mass contribution?

17   A    That's my understanding.

18   Q    I appreciate your distinction in that.

19            So what we are looking at and what you

20        opined about is how much each site contributed

21        to the total plume?

22   A    That's right.

23   Q    Perfect.  Do you have any information about any

24        of the operators at the former Threaded Rod/Von

25        Duprin site that would result in or allow you to
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 103 of 255 PageID #:
5965
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 103 of 255 PageID #:
5965

Adam Love, Ph.D.
June 07, 2018

```
 1        subdivide the 54 percent for Von Duprin?

 2    A   Well, I mean, there's lots of different

 3        potential strategies of ways that people divide

 4        things up.

 5            I mean, the simplest way is just to do it

 6        based on time of operations.  But, obviously,

 7        there's lots of other ways that it gets divided

 8        up among the former operators as well.

 9    Q   So if everyone's operation through time was the

10        same, perhaps time on the risk or, as you say,

11        time of operation might be a fair way to do

12        that?

13    A   This is one strategy that people take at sites.

14    Q   If the operations were disparate, meaning some

15        people hardly used any CVOCs, some people used a

16        lot, that would provide a separate method to do

17        a division?

18    A   That's right.  Or you could weight the time on

19        risk based on intensity of operations.

20    Q   And that would allow you to incorporate parties

21        or persons who are not part of this lawsuit,

22        what we might otherwise refer to in other

23        context as orphan shares?

24    A   That is one way you could --

25    Q   And unaccounted entity?
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 104 of 255 PageID #:
5968
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 104 of 255 PageID #:
5975

Adam Love, Ph.D.
June 07, 2018

1    A    Yes.

2    Q    And when you're dealing with a chlorinated

3         solvent plume, would you agree that a pre-mid

4         1980s dry cleaner is something that should be

5         taken into account?

6    A    Well, I mean, dry-cleaning operations,

7         especially pre-1980, have a high propensity for

8         having dry cleaner solvent issues.

9    Q    Just to be clear, I think I said pre-mid 1980.

10        Would you change your answer at all with that

11        distinction?

12   A    Not substantially.

13   Q    And the reason, just so the record is clear, is

14        the prevalent use of PCE as the dry-cleaning

15        solvent in the mid '80s and previous was pretty,

16        pretty heavy?

17   A    For numerous decades.

18   Q    Opinion number 1 --

19   A    Can we take a break?

20   Q    We can.  Absolutely.

21        MR. BOWMAN:  Do you want to do lunch?

22        MR. GRIGGS:  I think I can get through

23        opinion 1 in less than an hour.

24        MR. BOWMAN:  Okay.

25        MR. GRIGGS:  And if I can, I would like to



Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 105 of 255 PageID #:
5967

Adam Love, Ph.D.
June 07, 2018

105

```
 1      have that one out of the way and then we can

 2      take a lunch break.

 3           MR. BOWMAN:  Yeah.

 4           (A recess was taken between 11:37 a.m. and

 5      11:46 a.m.)

 6           MR. GRIGGS:  All right.  We are back on the

 7      record.

 8      BY MR. GRIGGS:

 9   Q  I am at Exhibit 3, page 8.

10   A  I am there.

11   Q  Great.  This opinion relates to a geologic layer

12      or lack thereof; is that correct?

13   A  That is true.

14   Q  And this geologic layer is occasionally I think

15      in some of the reports referred to as an

16      intermediate clay barrier.  Are you familiar

17      with that term?

18   A  I understand when you say that term what it

19      means.

20   Q  And your opinion as described here on page 8 is

21      that that intermediate clay barrier does not

22      exist over at least part of the Von Duprin site;

23      is that correct?

24   A  That's right.

25   Q  What part of the Von Duprin site does it fail to
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 106 of 255 PageID #:
5968
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 106 of 255 PageID #:
5968

Adam Love, Ph.D.
106                         June 07, 2018

                                                              106

1        exist?  And you can use any of the figures that

2        you want from --

3             (A discussion was held off the record.)

4   Q    Do you remember the question?

5   A    I do.

6   Q    Okay.  Can you answer it, please?

7   A    So certainly the locations around well TRM- --

8   Q    You appear to be looking at something on your

9        screen.  Can you tell us what you're looking at?

10  A    I am looking at Figure 2-1 from page 10 of my

11       report.

12  Q    I am there.  Okay.

13  A    And the well locations TRMW-9 and D and DD.

14  Q    Which are conveniently circled in red?

15  A    They are conveniently circled in red.  The wells

16       that are located on the Von Duprin property or

17       right adjacent to it, those show that that

18       intermediate clay layer doesn't exist below the

19       site.

20  Q    All right.  And I am looking at those specific

21       points on Figure 1-2.  And I see at the bottom

22       or near the lower part of the diagram something

23       that is called a silty clay aquitard?

24  A    Yes.

25  Q    And I think that some of the reports may refer



Adam Love, Ph.D.
June 07, 2018

```
 1         to that same geologic feature as the basil clay;

 2         is that correct?

 3   A     That is my understanding as well.

 4   Q     And so if we move over to the right, to TRMW-13.

 5   A     I see that.

 6   Q     About halfway down, there is a crosshatch area,

 7         which is identified as silty clay/clayey silt.

 8   A     I see that.

 9   Q     Is this the intermediate clay barrier that we

10         are missing underneath TRW- -- or, sorry, MW-9,

11         9D, 9DD?

12   A     Yes.

13   Q     And if we go all the way to the left, there is a

14         little -- it only appears to be present in

15         MW-105D, but it looks like there is a silty clay

16         area shown there as well.

17   A     I see that.

18   Q     Is there any way of telling how thick this silty

19         clay layer is?

20   A     Traditionally you would look at the boring logs

21         from when they constructed the wells to figure

22         out how thick these layers are.

23   Q     And this is a diagram, I believe, Figure 1.2,

24         that had its source in an August Mack report; is

25         that right?
```



Adam Love, Ph.D.
June 07, 2018

108

108

1    A    That's the reference at least.

2    Q    And it appears that they kindly transferred

3         information from the boring log onto the

4         left-hand side of this picture, up near the

5         surface it looks like it is 723, and then they

6         go down in sequences of ten, 713, 703, 693, 683,

7         673.

8              Is it your understanding that those are the

9         elevations at which the features that we are

10        seeing were found in the boring logs?

11   A    Yes.

12   Q    So somewhere in the 687 to 689 range we have

13        this silty clay showing up in MW-105D?

14   A    That's right.

15   Q    Right.  This was Figure 9 in the August Mack

16        report, 2013.

17             MR. GRIGGS:  Do we have that 2015 August

18        Mack report?

19             MS. FRENCH:  I don't think it is available

20        as an exhibit yet.

21             MR. GRIGGS:  All right.  We will come back

22        to that.

23   Q    Do you know if this diagram was taken complete

24        in this form from the 2013 August Mack report --

25        and I want to make an exception, I believe that



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 109 of 255 PageID #:
5979
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 109 of 255 PageID #:
5976

Adam Love, Ph.D.
June 07, 2018

109

```
 1        the red circle is new.

 2   A    The red circle is new.

 3   Q    Is there anything else that you added to this

 4        yourself?

 5   A    Not that I can recall, no.

 6   Q    Well, since we are blaming somebody else, we are

 7        going to do it.

 8            If you look at the -- I guess they are

 9        location identifiers.  How would I describe

10        that?  Up along the top, you said that TRW --

11        TRMW-9 is on the Threaded Rod site; is that

12        correct?

13   A    Or just adjacent to it downgradient.

14   Q    It is close?

15   A    It is close.

16   Q    So it may not be actually on the site, but it is

17        definitely on the west side of Andrew J. Brown?

18   A    Yeah.  I mean, I want to look at a map just to

19        confirm, but that is my understanding.

20   Q    Do you know if that is identified on any of the

21        other figures in your report, the location of

22        TRMW-9 or are you looking at something else?

23   A    So on Figure 1.1.

24   Q    1.1.

25   A    This is from Geosyntec.
```



Case 1:16-cv-01942-TWP-DML   Document 149-10   Filed 09/27/18   Page 110 of 255 PageID #:
5972
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 110 of 255 PageID #:
5972

Adam Love, Ph.D.
June 07, 2018

110

110

1    Q    Yeah.

2    A    If you look at the top figure where --

3         underneath 1929 Columbia Avenue, you can see

4         TRMW-9/9D/9DD is under the heading above that

5         that says 1929 Columbia Avenue.

6    Q    I see that.  And it looks like that appears

7         before the label for 19th Street?

8    A    It does.

9    Q    Which is in bold.

10   A    Yes, it does.

11   Q    Since we are on Figure 1.1, the facilities that

12        you identified as being the upgradient area,

13        they're on the right-hand side of that figure;

14        is that correct?

15   A    They are certainly right of 1929 Columbia

16        Avenue, yes.

17   Q    And that puts them also right of Dr. Andrew J.

18        Brown Avenue?

19   A    Yes, it does.

20   Q    And that area is identified as, with the label

21        NE, which I assume means northeast?

22   A    I assume that as well.

23   Q    Is that the proper orientation?

24   A    It is.

25   Q    Let's go back to Figure 1-2.  If you look in the



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 08/27/18   Page 111 of 255 PageID #:
5973
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 111 of 255 PageID #:
5973

Adam Love, Ph.D.
111                              June 07, 2018

1   upper left-hand corner between MW-105 and

2   TRMW-8, that says 8, I think, there's some water

3   and sewer line shown and a box that says

4   "Utility trench, Dr. Andrew J. Brown Avenue."

5        Would it be your understanding that these

6   are the utility lines running underneath Dr. J.

7   Brown Avenue?

8  A   Given the orientation of the figure, no, that

9   seems to be mislabeled.

10  Q   Are there some other sewer lines that you are

11   concerned about or you think August Mack was

12   concerned about?

13  A   I don't understand your question.

14  Q   Withdraw that.

15        Your previous answer said based on the

16   orientation that label would appear to be

17   erroneous.  I think the orientation markers are

18   wrong.  I think where it says SW, it should be

19   northeast.  And where it says NE, it should say

20   southwest.  I think they are backwards.  And I

21   want to know if you think they are backwards.

22  A   Let me see.  They do appear to be inconsistent

23   with the figure that's in Figure 1.1.

24  Q   Is inconsistent expert code for they're wrong?

25  A   Well, one of the two, one of the two figures,



Adam Love, Ph.D.
June 07, 2018

112

112

1      either Geosyntec or the August Mack has the

2      orientation backwards.  I would need to sit down

3      with the actual well map in order to say

4      conclusively which one it is.

5  Q   All right.

6  A   Nonetheless, it doesn't affect my opinion that

7      there isn't a clay layer underneath TRMW-9 below

8      that Threaded Rod property.

9  Q   Got it.  Let's see if we can figure this out.

10     Let's look at Figure 1.1.  And let's look at the

11     middle figure, which is the TCE plume.

12         Knowing what you know about the TCE plume

13     and from the diagrams that you did yourself

14     later on, is it clear to you that the plume

15     starts on the right of this diagram and moves

16     downgradient to the left?

17 A   That is my understanding, yes.

18 Q   And on all of the diagrams throughout your

19     report, the upgradient side of the plume is to

20     the northeast as shown on this diagram?

21 A   That is true.

22 Q   And so that's also true for the PCE above, also

23     still in Figure 1, the northeast is upgradient,

24     it moves to the southwest with the groundwater

25     flow?



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 113 of 255 PageID #: 5975
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 113 of 255 PageID #: 5975

Adam Love, Ph.D.
113                                      June 07, 2018

                                                                113

1    A   I see that.

2    Q   Figure 1-2 has all the similar features.  And if

3        you look at the wells, that's the real kicker,

4        MW-106 is way downgradient on your diagram, I

5        forget what number it is, maybe you used --

6        which one did you use?  Where is it?  Yeah.

7        There is one where you showed me where the

8        TRMW-9 is.  Maybe you went back to Figure 1.

9    A   3.1 has that TRMW-9 indicated.

10   Q   3.1.  I was looking for that 106.  On

11       Figure 1.1, which is the one that we found the

12       MW-9 cluster underneath Threaded Rod on, if you

13       look over under the heading "JTV HILL PARK" and

14       then further to the left, just before you get to

15       Yandes Street, there is MW-106.

16   A   I saw that.

17   Q   And so Figure 1.2, instead of showing the

18       groundwater plume from upgradient, being to the

19       right and downgradient to the left, here

20       upgradient is to the left and downgradient is to

21       the right?  There's still a hole in the middle?

22   A   There's still a hole in the middle.

23   Q   The reason it is important to me is that looking

24       at Figure 1.2, this silty clay, clay silt

25       barrier, this intermediate clay barrier, seems



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 114 of 255 PageID #: 5976

Adam Love, Ph.D.
114                                  June 07, 2018

                                                                    114

 1        to start below what is described as estimated

 2        utility trench East 19th Street and before you

 3        get to TRMW-13?

 4   A    I see what you're referring to.

 5   Q    And so my question is, while you opine that

 6        there is not an intermediate clay layer

 7        underneath the portion of Threaded Rod that said

 8        MW-9, would you agree that this diagram shows an

 9        intermediate clay layer downgradient of Threaded

10        Rod?

11            MR. BOWMAN:  For the record, I object his

12        opinion is continuous clay layer.

13            MR. GRIGGS:  Okay.

14            MR. BOWMAN:  I believe you misstated his

15        opinion.  That is all.  I didn't support it, so

16        I objected.

17   A    To both Figures 1.1 and Figure 1.2, with the

18        reorientation that we discussed, show that when

19        you go downgradient of the Threaded Rod facility

20        there is an intermediate clay layer.

21   Q    And as it is drawn on Figure 1.2, it is

22        continuous intermediate clay layer, there are no

23        breaks?

24   A    Well, continuous with a starting point being

25        downgradient with Threaded Rod, but it is not



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 115 of 255 PageID #: 5957

Adam Love, Ph.D.
115                                    June 07, 2018

                                                                    115

```
 1        continuous beneath Threaded Rod.

 2   Q    Yes.  So I'm only talking about downgradient.

 3   A    Now to which there is data to show that it is

 4        continuous, which what they have drawn in that

 5        is continuous.

 6   Q    Right.  Do you have any data between TRMW-13 and

 7        13D and TRMW-106 and 106D that contradicts

 8        what's shown in Figure 1.2?

 9   A    I will be honest, I haven't dug in to see what

10        other data is available, because that wasn't

11        part of this opinion.

12   Q    So you're expressing no opinion about anything

13        downgradient of Threaded Rod/Von Duprin?

14   A    I mean, the figure is that -- the figures show

15        that there is a continuous clay layer.  But I

16        haven't independently looked downgradient in the

17        space that you described to evaluate that

18        myself.

19   Q    I am going to be daring, I am going to try and

20        open Exhibit Number 9.

21            MR. BOWMAN:  Oh, you crossed the stream.  I

22        am not doing it.  It will shut down.

23   Q    What I am looking for is some boring logs.

24            Figure 1-1 and 1-2 both go with opinion 1;

25        am I right?
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 116 of 255 PageID #: 4978

Adam Love, Ph.D.
June 07, 2018

116

116

```
 1    A    I'm sorry, say that again.

 2    Q    Figures 1-1 and 1-2 in your report go with

 3         opinion 1?

 4    A    They do.

 5    Q    In reaching your decision that there was not a

 6         continuous clay layer underneath the Threaded

 7         Rod/Von Duprin site, did you rely upon the

 8         accuracy of the August Mack geological

 9         cross-section shown in Figure 1-2?

10    A    No.  My opinion was primarily just based on the

11         well that -- depiction of the well log for the

12         well that was in the vicinity of the Threaded

13         Rod property.

14    Q    And the well we are talking about is TRMW-9?

15    A    Yes.

16    Q    So are we saying that Figure 1-2 happens to

17         reflect pictorially the opinion that you formed

18         by looking at the boring logs for TRMW-9?

19    A    I don't think I understand that question.

20    Q    We know that Figure 1-2 has mistakes in it.  The

21         orientation of southwest and northeast are

22         wrong.  Let's assume there are other mistakes in

23         this diagram.

24              If you didn't have this diagram, what I am

25         hearing you say is I would have reached exactly
```



Case 1:16-cv-01942-TWP-DML  Document 149-10  Filed 09/27/18  Page 117 of 255 PageID #:
5570
Case 1:16-cv-01942-TWP-DML  Document 157-2  Filed 07/27/18  Page 117 of 255 PageID #:
5570

Adam Love, Ph.D.
117                                    June 07, 2018

```
 1         the same opinion because my opinion was

 2         primarily based on boring logs and I looked at

 3         those boring logs myself?

 4    A    No.  It was also dependent on the Geosyntec's

 5         report where they reflect the same, lack of

 6         continuity, as well as the distribution of

 7         contaminants from shallow soil through the

 8         vadose zone into groundwater, which reflects the

 9         fact that there wasn't a clay layer that was a

10         barrier to that critical transport.

11    Q    Which Geosyntec report are you referring to

12         specifically?

13    A    So the January 2006 Additional Downgradient

14         Investigation Report.

15    Q    2016?

16    A    '16.  Thank you.

17    Q    So the ones from which the figures in your

18         Figure 1-1 are taken?

19    A    Yes.

20    Q    And if I understood the other part of your

21         answer, what you essentially are saying is I saw

22         contamination in both the shallow groundwater

23         area and the deep groundwater area, and at least

24         as part of the basis for my opinion, I concluded

25         there was nothing separating the shallow and
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 118 of 255 PageID #: 5580

Adam Love, Ph.D.
June 07, 2018

118

118

```
 1      deep groundwater areas, there was no barrier?

 2   A  Yeah.  That there was no geologic barrier that

 3      was preventing the vertical spread of

 4      contamination from the shallow soil at 1929

 5      Columbia Avenue down all the way to the bottom

 6      of the groundwater.

 7   Q  Is the lack of a geologic barrier the only

 8      explanation for the distribution of chlorinated

 9      solvent contamination that you have shown here

10      in Figure 1-1?

11   A  Well, I think theoretically you come up with

12      lots of hypotheticals that could cause the same

13      distribution.  But I think the simplest and most

14      common explanation for seeing this pattern of

15      contaminants is the vertical migration from the

16      soil down through the groundwater.

17   Q  If you had this same distribution that is shown

18      here but the boring logs had indicated that

19      there was, in fact, a silty clay layer, would

20      you have then looked to other possible, as you

21      say hypothetical, ways that this distribution

22      could have come about?

23   A  Well, in my experience, boring logs, because

24      they are only one location in space, can't

25      actually confirm that it is continuous.
```



Case 1:16-cv-01942-TWP-DML   Document 149-10   Filed 08/27/18   Page 119 of 255 PageID #:
5593
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 119 of 255 PageID #:
5593

Adam Love, Ph.D.
119                              June 07, 2018

                                                                    119

```
 1              All it can do is confirm that it is not

 2       continuous.  And so if all the boring logs you

 3       looked at show that there was a clay layer, but

 4       yet you still saw that the contamination was

 5       migrating vertically from the shallow

 6       groundwater to the deep groundwater, still more

 7       likely than not the degradation of that would

 8       be, well, in fact, it isn't continuous,

 9       otherwise you couldn't get that vertical, you

10       know, that vertical contamination that you see.

11  Q    Do you know what the method, the field method

12       was for boring MW-9?

13  A    I do not.  No, I do not recall.

14  Q    Do you know what sampling technique was used for

15       any of the borings at any of the locations on

16       any of these sites?

17  A    I looked at that at one point, but I couldn't

18       tell you specifically any of the boring

19       techniques for any specific location.

20  Q    Would they be reflected on the boring logs?

21  A    They should be.

22  Q    If I told you that all of the borings by all of

23       the consultants at all of the sites were done by

24       direct push sampling method, would that surprise

25       you?
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 120 of 255 PageID #:
5582
Case 1:16-cv-01942-TWP-DML   Document 107-2   Filed 07/27/18   Page 120 of 255 PageID #:
5552

Adam Love, Ph.D.
June 07, 2018

120

| 1  | A | Not necessarily. |
| 2  | Q | It is one of the very common methods for boring; |
| 3  |   | right? |
| 4  | A | Right. |
| 5  | Q | And it is relatively cheap? |
| 6  | A | (Witness nods head up and down.) |
| 7  | Q | But there are other methods? |
| 8  | A | There are. |
| 9  | Q | Do you know what a hypothetical question is? |
| 10 | A | Do I? |
| 11 | Q | Yes. |
| 12 | A | I believe so. |
| 13 | Q | I am going to test you. |
| 14 |   | Hypothetical is where I give you something |
| 15 |   | to be a fact, as true, and you have to use that |
| 16 |   | fact. |
| 17 | A | Okay. |
| 18 | Q | All right.  This is true, two plus two equals |
| 19 |   | five.  The hypothetical is what does two plus |
| 20 |   | two, plus two, plus two equal? |
| 21 | A | So given your statement, the answer to that |
| 22 |   | question would likely be ten. |
| 23 | Q | Yes.  You're very good at this game.  I think we |
| 24 |   | can play this. |
| 25 |   | Here is my hypothetical.  Let's preface |



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 121 of 255 PageID #:
5988
Case 1:16-cv-01942-TWP-DML   Document 137-5   Filed 07/27/18   Page 121 of 255 PageID #:
5988

Adam Love, Ph.D.
June 07, 2018

121

121

```
 1        that.   What are some of the other drilling

 2        methods besides direct pushing?

 3   A    There is augering.   There is hydro-punch.   I

 4        mean, it depends how deep you need to go.

 5   Q    What about ultrasonic drilling, have you ever

 6        heard of that?

 7   A    I have.

 8   Q    Are there any advantages that you know of to

 9        ultrasonic drilling over augering or direct

10        push?

11   A    Ultrasonic tends to keep the core intact better.

12   Q    As it has been described to me, it says that it

13        gives a clearer picture of the geologic

14        features.   Would you agree with that statement?

15   A    In some circumstances it can, but not in all.

16   Q    Have you ever known of the geologic features to

17        be masked or confused by using direct push?

18   A    I mean --

19   Q    That's a bad question.   Let me ask a different

20        one.

21           Can you describe for me how direct push

22        drilling happens, physically what happens when

23        you do a boring with direct push?

24   A    Pushing a cylinder into the ground in order to

25        get the soil out.
```



Case 1:16-cv-01942-TWP-DML  Document 140-10  Filed 09/27/18  Page 122 of 255 PageID #:
5964
Case 1:16-cv-01942-TWP-DML  Document 137-12  Filed 07/27/18  Page 122 of 255 PageID #:
5964

Adam Love, Ph.D.
June 07, 2018

```
 1    Q    And this cylinder is sectioned; am I right?

 2    A    Typically.  Depends on how deep you need to go.

 3    Q    And for this type of work where we are doing

 4         samples from the surface down to a, you know,

 5         depth of 40 or 50 feet, do you know how long

 6         those sections typically are?

 7    A    On the order of eight or ten feet.

 8    Q    I think the answer is four feet.  And the

 9         acetate liners are typically four feet.  And

10         every four feet you take it out and you look at

11         it and you describe what you're seeing

12         geographically.  But how do you get that into

13         the hole?

14              I mean, I'm not going to stand up and put

15         my thumb on top of it; right?

16    A    It has got a drill tip.

17    Q    Yeah.  And what drives the drill tip?

18    A    An auger.  Well, the drive of the hydraulics.

19    Q    Yeah.  I think if you watch it in the field, you

20         have got a series of links of pipe being driven

21         into the ground by a hammer.  That's why it is

22         called direct push.

23    A    That's right.

24    Q    Boom, boom, boom.  It is a very noisy operation.

25              And it is my understanding that at least
```



Adam Love, Ph.D.
June 07, 2018

123

123

```
1      certain geologic features don't stand up well to

2      being pushed on.  If you are pushing through

3      sand, it doesn't seem to mind that a hammer is

4      driving a pipe down through it and it kind of

5      makes way and let's it through.  But when you

6      run into bedrock, the rock doesn't want to give

7      way to the drill; right?

8   A  That's right.

9   Q  And so you essentially have to put a hole into

10     the rock to get it to go down?

11  A  Right.

12  Q  Let me just go to my hypothetical.  We have some

13     boring logs on which an identifiable

14     intermediate clay layer was not present.  The

15     one you specifically identify here is MW-9, 9D,

16     and 9DD; is that correct?

17  A  That's the one we have been discussing, yes.

18  Q  Are there others?  Did you find any others or

19     are we talking about one single boring?

20  A  You know, I would have to go back.  I don't

21     remember all the boring logs that I looked at.

22     But certainly the images from the Geosyntec

23     report, as well as from the August Mack report

24     reflect that there are other borings that also

25     don't reflect a continuous clay layer.
```



Adam Love, Ph.D.
June 07, 2018

124

124

```
 1   Q   Other borings at this location or other borings

 2       somewhere else?

 3   A   In the vicinity.

 4   Q   Meaning still within the footprint of Threaded

 5       Rod/Von Duprin?

 6   A   Not necessarily.

 7   Q   By vicinity do you mean Zimmer?

 8   A   No.  I would say in the vicinity being southwest

 9       of Dr. A.J. Brown Avenue and down to 19th

10       Street.

11   Q   Southwest of Andrew J. Brown to 19th Street.

12       That all sounds like Von Duprin/Threaded Rod to

13       me.

14   A   It is mostly Threaded Rod, yes.

15   Q   Because there is really no dispute, we know that

16       further to the northeast, further upgradient we

17       don't see this same intermediate clay layer at

18       all.  It just stops, until we pick it up way,

19       way, way up there in that -- where is it? --

20       Figure 1-2, the one way over there, MW-10- -- I

21       can't tell if that is 105 or 106.  It's not

22       clear enough.  But it is on the far left of your

23       Figure 1-2.  We talked about that earlier.

24           If I sent a crew out to Threaded Rod

25       Von Duprin in the area of MW-9, 9D, 9DD, and I
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 125 of 255 PageID #:
5587
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 125 of 255 PageID #:
5967

Adam Love, Ph.D.
June 07, 2018

125

```
 1       had them use an ultrasonic drill rig to get as

 2       clear a picture of the geologic formations as

 3       possible, and they came back and said we see an

 4       intermediate clay layer, it is at least two and

 5       a half feet thick, and I gave you those results,

 6       what effect, if any, would that have on your

 7       opinion number 1?

 8   A   It would not change my opinion number 1.

 9   Q   Because the data that you like you already have?

10           MR. BOWMAN:  Objection.  Argumentative.

11           MR. GRIGGS:  I am just asking a question.

12           MR. BOWMAN:  No, it is argumentative.

13           MR. GRIGGS:  We noted your objection.  You

14       don't get to do it twice.

15   Q   Why would it not affect your opinion?

16   A   Because that's just one essentially data point,

17       where there are other data points that, one,

18       reflect the absence of a clay layer; and, two,

19       the extent and magnitude of the contamination

20       below the property is consistent with the

21       conceptual site model where there is not a

22       continuous clay layer.

23   Q   And despite there being other hypothetical

24       explanations that could result in the same

25       distribution, you still like the one where it
```



Adam Love, Ph.D.
June 07, 2018

126

126

```
 1      comes from the surface down to the deep

 2      groundwater?

 3   A  It is not about what I like.  It is the most

 4      plausible given my --

 5   Q  And by what you like I meant the most likely.

 6   A  It is the most likely explanation.

 7   Q  Not the only but the most likely?

 8   A  I mean, like I said, we could come up with

 9      hypotheticals where you could place contaminants

10      all different ways.  But this is a conceptual

11      site model of contaminant transport that fits

12      most industrial facilities.

13   Q  Let's switch gears for a second.  I'm about to

14      wrap up on this one and we will take a lunch

15      break.

16         Do you know what DNAPL is?

17   A  I do.

18   Q  And I believe that at least some of the experts

19      who have worked previously for Moran have

20      identified areas that they believe might be

21      impacted by DNAPL.

22         Do you remember seeing that in the reports?

23   A  I have definitely seen people write about that,

24      yes.

25   Q  What would you look for as an indication of the
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 127 of 255 PageID #:
5566
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 127 of 255 PageID #:
5566

Adam Love, Ph.D.
June 07, 2018

127

```
 1        potential presence for DNAPL?  What are the

 2        signs that you're looking for?

 3   A    So one of them would be having highest

 4        concentrations at the aquitard and lower

 5        concentrations as you go vertically upward,

 6        assuming you're out of the source area.

 7            Another would be what the concentrations

 8        are at the aquitard boundary, as to whether or

 9        not they reflect they're being a separate phase

10        solvent at that location.

11   Q    You mentioned or you qualified your answer by

12        saying outside of the source area.

13            Is it possible to have DNAPL in the source

14        area or directly beneath the source area?

15   A    It is.  It is just harder to see the vertical

16        concentration change underneath the source area

17        as to what's reflective of DNAPL moving up, you

18        know, dissolving into the groundwater going

19        upward versus contamination that's coming from

20        the surface going down.

21            In either case, though, the highest

22        concentrations are at the bottom.  And at least

23        it would be one indicator that there is a

24        potential for DNAPL, depending on how high the

25        concentrations are.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 128 of 255 PageID #:
5590
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 128 of 255 PageID #:
5590

128

Adam Love, Ph.D.
June 07, 2018

128

1    Q    Is there a specific concentration when you are

2         dealing with chlorinated solvents that would be

3         indicative in your mind if you found a certain

4         concentration of chlorinated solvents in

5         groundwater, that that would indicate DNAPL or

6         the likelihood of DNAPL?

7              I guess I am trying to find out, is there a

8         number we should be looking for?  Should we be

9         going down the tables looking at groundwater

10        concentrations and looking for a number?

11   A    I mean, there is not a magic number that's a

12        smoking gun.  But when you start to see

13        concentrations that are, let's say, 10,000 parts

14        per billion, that for me is a red flag, that at

15        least should be for something that potentially

16        you start looking to see if that's a

17        possibility.

18   Q    And it was -- go ahead.

19   A    It may be true at lower concentrations.  But

20        certainly when you get that high, that starts to

21        be a red flag.

22   Q    And I believe in one of Mr. Irvin's reports he

23        reported concentrations down near the basil clay

24        exceeding 80,000 parts per billion, and that

25        made him suspicious that there might be DNAPL.



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 129 of 255 PageID #:
5508

Adam Love, Ph.D.
June 07, 2018

129

129

```
 1       Would you share that suspicion?

 2   A   Yes.  At those concentrations I would share that

 3       suspicion, yeah.

 4   Q   Did you see any concentrations like that at

 5       other locations within the plume area or were

 6       you looking for that?

 7   A   I wasn't looking for DNAPL at any of the plume

 8       areas as part of my scope.

 9   Q   How does your method -- and I am going beyond

10       opinion 1 now, but I want you to think about

11       this on our lunch break, how does your method of

12       attributing, of dealing with these

13       concentrations, how does it factor in the

14       potential or possibility that there is DNAPL

15       present under one or more of these facilities?

16   A   So the degree to which DNAPL has been sampled,

17       it would obviously get factored indirectly into

18       the average.

19   Q   If you sample DNAPL, what would the

20       concentration be?

21   A   They would be in the hundreds of millions of

22       parts per billion.

23   Q   You never seen numbers like that, have you?

24   A   No, I have not.

25   Q   Because I don't think anybody has actually
```



Adam Love, Ph.D.
June 07, 2018

130

```
 1        sampled the DNAPL, but we have tried to sample

 2        the aquifer profile.

 3   A    That is true.

 4   Q    And so if we got a number that was 80,000 parts

 5        per billion, that might represent or indicate

 6        DNAPL is close by, but we are not sampling the

 7        DNAPL, are we, not at those levels?

 8   A    I haven't seen any samples that would reflect

 9        those levels.

10   Q    So if there are no samples, then they are not in

11        your database?

12   A    I don't recall of there being any data in the

13        database that reflects DNAPL concentrations

14        directly.

15   Q    I agree.  And my question that we are going to

16        start with when we get back or get to soon after

17        we get back is your method of averaging

18        concentrations that we do have, how does it take

19        into account the concentration of DNAPL that may

20        well be present but never got sampled.  That's

21        where I want to break.

22            MR. BOWMAN:  Okay.  Great.

23            (A lunch recess was taken between

24        12:30 p.m. and 1:24 p.m.)

25            MR. GRIGGS:  Let's go back on.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 131 of 255 PageID #:
5593
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 131 of 255 PageID #:
5593

Adam Love, Ph.D.
131                               June 07, 2018

                                                      131

1      BY MR. GRIGGS:

2   Q  Dr. Love, we are continuing your deposition

3      after a lunch break.

4          And we are going to be looking at your

5      expert report, Exhibit 3, starting at page 11,

6      opinion number 2.

7   A  I am there.

8   Q  Okay.  You opine that it is possible to divide

9      the chlorinated solvent contamination based on

10     geographic and chemical characteristics.

11         Can you tell me the process you used to

12     divide the chlorinated solvent contamination

13     geographically?

14  A  Sure.  So the first step geographically was to

15     look at essentially upgradient of the

16     Threaded Rod property and downgradient of the

17     Threaded Rod property.

18         Knowing that Threaded Rod was -- and when I

19     say "Threaded Rod," I mean by all prior

20     owner-occupants.

21  Q  You mean the site, not the business?

22  A  The site, exactly.  Was unlikely to contribute

23     to contamination upgradient.  And so the first

24     geographic delineation was to separate the sites

25     that are upgradient of the Threaded Rod from the



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 132 of 255 PageID #:
5994
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 132 of 255 PageID #:
5994

Adam Love, Ph.D.
June 07, 2018

132

132

1        Threaded Rod site.

2   Q    If I can stop you one second.  Does that mean

3        that the Threaded Rod site was included in the

4        downgradient category?

5   A    Yes.  All of the sites were included in the

6        downgradient.

7   Q    If you weren't upgradient, you were

8        downgradient?  It would be one or the other;

9        right?

10  A    Well, no.  Or both.

11  Q    Or both.

12  A    So the upgradient ones are included only in --

13       are included in the upgradient ones.  The

14       downgradient plume includes Threaded Rod, plus

15       all the upgradient sites.

16  Q    So you were describing the process you used to

17       divide the chlorinated solvent contamination

18       geographically?

19  A    So there was that geographic distinction that

20       was made.  The other geographic distinctions was

21       in the areas of soil contamination in the

22       upgradient areas between Ertel, Zimmer, and

23       Moran.

24  Q    And how did that work?

25  A    How did the geographic distinctions work?



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 133 of 255 PageID #:
5595
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 133 of 255 PageID #:
5595

Adam Love, Ph.D.
June 07, 2018

133

133

| | | |
|---|---|---|
| 1 | Q | Yes. |
| 2 | A | So looking at the -- |
| 3 | Q | And are we crossing into opinion 3 territory at |
| 4 | | that point? |
| 5 | A | Yes. |
| 6 | Q | Okay. |
| 7 | A | This is the methodology to how the numbers got |
| 8 | | calculated for opinion 3. |
| 9 | Q | Let's go ahead and let you describe how you then |
| 10 | | separated the upgradient, that's what we are |
| 11 | | talking about, right, upgradient area further |
| 12 | | geographically into those three facilities? |
| 13 | A | Right.  Essentially the upgradient area was |
| 14 | | divided first to the two small, distinct |
| 15 | | groundwater plumes that we talked about earlier. |
| 16 | | The one that's sort of north of Ertel and the |
| 17 | | teeny, teeny, tiny one that's associated with |
| 18 | | the Zimmer site. |
| 19 | | The rest of the contamination, rather than |
| 20 | | using the groundwater concentrations, which |
| 21 | | appear to be co-mingled, I went and used |
| 22 | | essentially the soil concentrations above ten |
| 23 | | feet to identify geographic impacts on each of |
| 24 | | those properties separately. |
| 25 | Q | Okay.  And were you able to assign some sort of |



Connor Reporting
www.connorreporting.com

317.236.6022

Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 134 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

134

134

```
 1       a magnitude, volume, or mass to each of those

 2       separate areas?

 3   A   Yes.

 4   Q   And then by comparing those, was it mass or was

 5       it volume or something else?

 6   A   Well, it had to be mass.

 7   Q   So by comparing those relative masses you were

 8       able to come up with a numeric value for each

 9       site?

10   A   That's right.

11   Q   You also say that you were able to divide based

12       on chemical characteristics, can you describe

13       that process?

14   A   Right.  And that was the distinction that was

15       made between the contributions from the Threaded

16       Rod property and the upgradient sources.

17       Because the chlorinated DOC concentrations in

18       the near surface soils at the Threaded Rod

19       property are chemically distinct from what was

20       coming in from upgradient.  And so based on

21       those differences in the chemical signature, we

22       could distinguish the contribution that was

23       coming from Threaded Rod property and those that

24       were coming from the upgradient that were all

25       continuing downgradient.
```



Adam Love, Ph.D.
June 07, 2018

135

1    Q    And those chemical characteristics, are we

2         talking about the proportion of PCE or ratio of

3         PCE to TCE as one of those characteristics?

4    A    That's the primary one, yes.

5    Q    And you did identify some levels of PCE in the

6         upgradient area; correct?

7    A    There were some PC detections in the

8         groundwater, in the upgradient area, but there

9         wasn't any in the samples that were taken

10        immediately upgradient from the Threaded Rod

11        property.

12   Q    And one of the mechanics of a chlorinated

13        solvent plume is dechlorination, at least that's

14        what we hope happens, and do you know what PCE

15        degrades to?

16   A    It will initially degrade to TCE.

17   Q    And then if we are lucky, it is going to go from

18        TCE to 1,2-cis?

19   A    Cis-1,2-DCE.

20   Q    And from that to vinyl chloride, we hope, and

21        from that we only have one step to go; right?

22   A    That's right.

23   Q    How are you able to distinguish degradation

24        products from original source contamination?

25   A    What are you talking about?



Adam Love, Ph.D.
June 07, 2018

136                                                                         136

```
 1   Q   Anywhere.  Did you have some kind of a chemical

 2       marker that you could look at that said that

 3       molecule of TCE was originally PCE and that one

 4       was not?

 5   A   No.  So we looked at the total chlorinated VOC

 6       concentrations and allocated those.

 7   Q   Okay.

 8   A   The only exception to that really is at the

 9       Threaded Rod property where we used the PCE to

10       TCE ratio in the soil in order to -- TCE

11       presumably being a degradation product of the PC

12       that was released as being specifically

13       identified and subtracted out from the

14       groundwater contribution.

15   Q   That was done on the Threaded Rod/Von Duprin

16       site specifically; correct?

17   A   That was done on the entire plume downgradient

18       of the Threaded Rod.

19   Q   Entire downgradient.  Okay.  In this process of

20       dividing the relative mass of total chlorinated

21       solvent, not a specific PCE, TCE, BC, but the

22       total CVOCs, how did you decide where a

23       particular -- which property got a particular

24       boring if it was on or near a property boundary?

25   A   I put a figure that shows where the boundaries
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 137 of 255 PageID #:
5596

Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 137 of 255 PageID #:
4599

Adam Love, Ph.D.
June 07, 2018

137

137

```
 1        are.  So the Figure 3.1.

 2   Q    3.1, I got it.

 3   A    So that shows the first cut in terms of the

 4        plume that was in Ertel north and also shows the

 5        Zimmer building to the right.  And then the

 6        Figure 3.5 shows the boundaries for the Ertel

 7        building, the Zimmer Paper building, and the

 8        Moran property.

 9            So the Zimmer Paper building in

10        Figure 3.5 is the solid box.

11   Q    Yeah.

12   A    The Ertel building is essentially the dotted

13        line north, all of those north points north.

14        And Moran is all the data points south of that

15        dotted line, you know, east of the street.

16   Q    I don't think I am going to be able to read the

17        street names.  But it looks like it is 19th

18        Street at the bottom.  I can see Andrew J.

19        Brown, because it runs between --

20   A    That's right.

21   Q    -- Threaded Rod and Ertel.  So I am looking at

22        your Figure 3-5, and I am looking at that dotted

23        line that separates Ertel on the north and Moran

24        on the south.

25   A    Right.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/17/18   Page 138 of 255 PageID #:
5000
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 138 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

138                                                                              138

```
 1    Q    That dotted line goes through at least three

 2         borings, one yellow, one light blue, and one

 3         green.  Where would I go to find out which site

 4         got allocated what's represented by those three

 5         dots?

 6    A    Well, so the contouring would have taken into

 7         account all of those borings on either side of

 8         those points.  And so what was integrated was

 9         the integration of the contours, not assigning

10         individual data points.  And so both sides of

11         that line has that data incorporated with it

12         because the contour lines took those into

13         account.

14    Q    So you put all the data in and created contours?

15    A    Right.

16    Q    How did you then turn the contour into a numeric

17         value, which for Zimmer was 29?

18    A    Right.  So this is something you draw the

19         boundary around the area and Surfer will give

20         you an integration of what that is.

21    Q    And since you're drawing that boundary, assuming

22         you have a common boundary like we do here, what

23         you're saying is it uses that boundary data both

24         times, the box above and the box below, both

25         have what's on the line?
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 139 of 255 PageID #: 5001
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 139 of 255 PageID #: 5001

Adam Love, Ph.D.
June 07, 2018

139

139

1    A    It is not a double counting.

2    Q    Right.  I understand that.

3    A    Yeah.  But, I mean, in this case, the total soil

4         CVOCs are contoured as one dataset.  And so the

5         data points are shown just to show you the data

6         density.  But the data points themselves weren't

7         specifically used in the calculation that

8         contours are used in the calculation.

9    Q    Contours come from the data?

10   A    Right.

11   Q    And it is kind of circular, isn't it?

12   A    Right.

13   Q    If I took your dataset from your spreadsheet and

14        I put that data into Surfer and I used default

15        settings, can I produce the same figures that

16        you have in your report?

17   A    You should be able to, yes.  With trapezoid old

18        rule integration.  That's specified in there.

19   Q    And am I correct in remembering that you never

20        touched the keyboard attached to Surfer

21        yourself, you supervised it, monitored it, but

22        somebody else actually conducted the runs?

23   A    Somebody else actually did the figures in

24        Surfer, yes.

25             I have used Surfer hundreds of times, I



CONNOR REPORTING

Connor Reporting
www.connorreporting.com

317.236.6022

Adam Love, Ph.D.
June 07, 2018

140

140

1       just didn't do it on this project.

2   Q   Right.  There was mention particularly in one of

3       Janna Stathyelich's reports of sewer line

4       effects?

5   A   Uh-huh.

6   Q   Do you recall that?

7   A   I do.

8   Q   What, if any, bearing did the sewer line effects

9       have on your opinion 2 and 3?

10  A   I would say the primary impact it has, sewer

11      lines as well as other subsurface utilities, was

12      that it made the groundwater contributions from

13      Ertel, Zimmer, and Moran, it's less easy to

14      distinguish solely by looking at the groundwater

15      concentrations.

16          Even if you saw hotspots in the groundwater

17      in the subsurface, you wouldn't necessarily be

18      confident that what you were seeing didn't

19      result from some transport first along utility

20      pathways, before then being transported

21      vertically.  So it was one of the motivations to

22      create the divisibility among the upgradient

23      parties on soil data and not on the groundwater

24      data.

25          The other and the only other impact, which



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 141 of 255 PageID #:
5003
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 141 of 255 PageID #:
5003

Adam Love, Ph.D.
June 07, 2018

141

141

```
 1        I point out in one of the figures, in Figure

 2        3.1, looking at total groundwater CVOC

 3        concentrations, you can see there is a couple in

 4        between, you know, sort of on the Moran property

 5        and then on the road in between Moran and

 6        Threaded Rod there is a couple sort of hotspots

 7        of concentration that, from my understanding,

 8        are consistent with some of the sewer pathways

 9        from, you know, that area of the upgradient

10        property.  That sort of might reasonably explain

11        why those hotspots are there.

12    Q   So the hotspot shown in Figure 3-1 in the middle

13        of Dr. Andrew J. Brown?

14    A   Yes.

15    Q   This is a groundwater hotspot; correct?

16    A   It is.

17    Q   And by using soil data, this hotspot didn't come

18        into how you determine the numbers for the

19        various facilities?  Is that what I am hearing?

20    A   No.  That concentration of CVOCs in the

21        groundwater would have been attributed to the

22        upgradient parties.

23    Q   So it is only in dividing the upgradient between

24        the various facilities that you relied on the

25        soil data as opposed to groundwater data?
```



Case 1:16-cv-01942-TWP-DML   Document 137-12   Filed 07/27/18   Page 142 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

142

142

 1   A   That's right.

 2   Q   So first cut it is groundwater, downgradient

 3       from upgradient, and then in focusing on the

 4       upgradient you turn to the soil data as the best

 5       indicator of who contributed how much?

 6   A   That's right.  That was the best method for

 7       divisibility among the upgradient parts.

 8   Q   The soil data, I'm looking for your note, and it

 9       may have been back on -- I am looking for a note

10       that says you used data going back to 2004.  Let

11       me find that.

12   A   That's on Figure B-1.

13   Q   That's the one I am looking for.

14           Did you have data back to 2004 for every

15       one of these four facilities?

16   A   No, I don't believe so.

17   Q   Isn't it correct that the dataset for each

18       facility didn't necessarily match up with the

19       others, some started in as early as '04, some

20       didn't come until, you know, '08 or '09, so

21       there is a temporal shift in the various

22       datasets; is that correct?

23   A   I wouldn't describe it as a shift, but there is

24       a number of different data points that were

25       collected over time at different properties.



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 143 of 255 PageID #:
5005
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 143 of 255 PageID #:
5005

143

```
 1   Q   Does the length of time -- let me ask it a

 2       different way.  Did you find that for some sites

 3       you had a higher density of data points than for

 4       other facilities?

 5   A   I don't think I -- I didn't do a specific data

 6       density analysis to know how much the data

 7       density was different between the different

 8       sites.

 9           I can tell you in general there was lots of

10       data points taken in this area.

11   Q   I am looking at Figure 2-1, pages 13 and 14,

12       various constituents, that almost looks like the

13       data sampling boring locations are maybe the

14       same across all four of those, just in some

15       cases you didn't have a particular constituent,

16       so you had lots and lots of purple for PCE on

17       the top figure of 2-1, but we still got the data

18       points, and then we have the same data points

19       down below, but there's a lot more yellow and

20       orange for TCE.

21           Do you see that?

22   A   I do.

23   Q   But you didn't do any kind of analysis about how

24       many data points were from Ertel versus how many

25       were from Zimmer versus how many were from Moran
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 144 of 255 PageID #:
5006
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 144 of 255 PageID #:
5006

Adam Love, Ph.D.
June 07, 2018
144                                                                              144

 1         versus how many from Threaded Rod?

 2    A    I didn't specifically do that analysis.

 3    Q    Did you feel that you had sufficient data for

 4         each of the four sites to reach your

 5         conclusions?

 6    A    Yes.  I mean, this is more data than we have at

 7         more sites that we do site assessments for.

 8    Q    So not only do these borings represent at least

 9         one sample, in some cases they may represent

10         many samples, vertically and temporally?

11    A    That's right.

12    Q    And did you do anything to distinguish the data

13         points for which you had ten years of data

14         versus those for which you had one moment in

15         time or are those two the same?

16    A    The same in terms of what?

17    Q    I have a data point that has ten samples.  I add

18         them up, I divide by ten to get an average.  I

19         assign that average number to that data point.

20         I go to another data point, I have one sample.

21         So I average it by using it, because it is its

22         own average.

23             Now I want to know if those two points, the

24         one with ten data points or ten sample analyses

25         that have been averaged into one and the one



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 145 of 255 PageID #:
5007
Case 1:16-cv-01942-TWP-DML Document 157-2 Filed 07/27/18 Page 145 of 255 PageID #:
5007

| 1  |   | that only has one are now, for purposes of |
|----|---|---|
| 2  |   | creating these figures and forming your |
| 3  |   | opinions, are they treated the same? |
| 4  | A | Yes, the data would all get contoured together. |
| 5  | Q | Right.  Okay.  So whether I have 20 samples out |
| 6  |   | of that hole or whether I have 2, I take the |
| 7  |   | average for that hole and that's what I put into |
| 8  |   | the program, contour from that? |
| 9  | A | Those are the best data we have that represent |
| 10 |   | that location. |
| 11 | Q | How did you take into account any changes at |
| 12 |   | these facilities that occurred either prior to |
| 13 |   | or after the samples were taken? |
| 14 |   | For example, excavations of soil, how was |
| 15 |   | that accounted for? |
| 16 | A | So all of the samples that were taken, all the |
| 17 |   | investigation samples that were taken over time |
| 18 |   | were a part of the average. |
| 19 | Q | Okay.  So if I only have soil samples after I |
| 20 |   | removed a bunch of soil, are those soil samples |
| 21 |   | still representative of the conditions that |
| 22 |   | existed before I excavated the soil? |
| 23 | A | I don't believe the database has any of the |
| 24 |   | post-excavation confirmation samples.  They |
| 25 |   | would only have investigation samples. |



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 146 of 255 PageID #:
5008

Adam Love, Ph.D.
June 07, 2018

146

146

| | | |
|---|---|---|
| 1 | Q | So you're talking about things like side wall |
| 2 | | and bottom samples?  Is that what you mean by |
| 3 | | confirmation samples? |
| 4 | A | Yes. |
| 5 | Q | So you believe those were excluded? |
| 6 | A | To my recollection, yeah. |
| 7 | Q | Okay. |
| 8 | A | The original site investigation data is the data |
| 9 | | that's in there, not the post-remediation data. |
| 10 | Q | A couple of different consultants, one for Moran |
| 11 | | and one for Von Duprin, collected samples in |
| 12 | | the, what's often referred to as the alley, |
| 13 | | between Zimmer, Ertel on the north and Moran on |
| 14 | | the south.  Those samples were collected long |
| 15 | | after, years after Ertel was remediated, Zimmer |
| 16 | | was remediated, and Moran was remediated.  Are |
| 17 | | you telling me that because those are |
| 18 | | post-remediation samples they were not |
| 19 | | considered in the dataset? |
| 20 | | MR. BOWMAN:  Objection.  Lack of |
| 21 | | foundation. |
| 22 | | MR. GRIGGS:  Hold on. |
| 23 | | MR. BOWMAN:  It assumes facts not in |
| 24 | | evidence that those samples were taken within an |
| 25 | | excavation area. |



Adam Love, Ph.D.
June 07, 2018

147

147

```
 1          MR. GRIGGS:  No, they were not.  I am
 2     certainly not suggesting that.  I never said
 3     that.
 4          MR. BOWMAN:  Okay.
 5          MR. GRIGGS:  I am asking if they were taken
 6     after the excavations were done.  And if they
 7     were, which they were, were they used as part of
 8     the dataset.
 9   A   I don't have that information memorized.  I
10     would have to spend the time and specifically
11     research that question.
12   Q   Can you identify for me one sample from the
13     Zimmer Paper property that was collected before
14     the UST was removed and the soil excavated
15     around it?  Just one.
16   A   I can't sitting here, but that doesn't mean that
17     the samples that were taken weren't still
18     considered investigation samples, given the lack
19     of understanding where the margins of the
20     excavation went.
21   Q   Maybe this is the problem.  Tell me what you
22     mean by an investigation sample.  Because I may
23     not be thinking what you're saying.
24   A   Samples that are taken in order to delineate the
25     extent and magnitude of contamination at the
```



Connor Reporting
www.connorreporting.com

317.236.6022

Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 148 of 255 PageID #:
5910
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 148 of 255 PageID #:
5910

Adam Love, Ph.D.
June 07, 2018

148

```
 1      site.
 2   Q  And that sample is taken to delineate the
 3      conditions that exist at the time the sample was
 4      taken?
 5   A  That's right.
 6   Q  They don't tell you necessarily what the
 7      conditions were like ten years before that?
 8   A  They cannot.
 9   Q  They cannot.  But we have established that the
10      oldest data in your database is 2004?
11   A  I believe that's true.
12   Q  So if there was remediation done prior to 2004,
13      that would predate all of the data in your
14      database?
15   A  It would.
16   Q  Does that mean that the data in your database is
17      no longer considered investigation -- sorry, is
18      no longer considered site investigation data?
19   A  No, I would still consider it to be site
20      investigation data.
21   Q  Do you know what the density is of data from
22      each of the years between 2004 and 2018?
23   A  I haven't done any analysis.
24   Q  Is it in the database?
25   A  The database has all of the data.
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 149 of 255 PageID #: 5088

Adam Love, Ph.D.
June 07, 2018

149

149

```
 1   Q   So if we ran a search for 2004 and we got ten

 2       hits, that would mean ten data points in 2004?

 3   A   It depends what you mean by hits.  But it could

 4       be one data point with ten different chemicals.

 5       It could be one location with ten different

 6       samples or it could be ten different locations,

 7       depending on what you're describing as hits.

 8   Q   So, and I don't want to -- we decided it is

 9       going to be very cumbersome to deal with the

10       Excel spreadsheet, because the assistant wants

11       it in pdf, and we don't think it is going to be

12       very useful for you if it is in PDF.

13   A   Okay.

14   Q   We are going to upload it.

15           MS. FRENCH:  It is uploaded.

16   Q   And make it an exhibit so that we know it was

17       here.

18   A   Yep.

19   Q   But I don't think it is going to help us too

20       much.

21           But in looking at it, it looked like each

22       data point was separately listed in the

23       database, such that if I sampled groundwater at

24       three different vertical depths, all three of

25       those appear in the database?
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 150 of 255 PageID #:
5099
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 150 of 255 PageID #:
5099

Adam Love, Ph.D.
June 07, 2018

150

1    A    That's right.

2    Q    And you described earlier that you took those

3         three values, actually all the values for that

4         boring, which include those three and maybe

5         three from three months ago and three from six

6         months ago and you average those, you got a

7         single value for that boring.

8    A    For each location.

9    Q    For each location.  Where are those results?  Is

10        there a separate database that just has the

11        compiled data values?

12            I mean, you would have needed that, right,

13        to input it into Surfer?

14   A    That's right.  That would be the input file for

15        Surfer.  So, yes, there is an Excel file that

16        has those averages.

17            MR. GRIGGS:  Do we have a second Excel

18        file?

19            MS. FRENCH:  No.

20   Q    Well, I don't think we have that.

21   A    That wasn't provided to me.  That was our

22        calculations.

23   Q    And you didn't think that was covered by the

24        description of documents in the subpoena that

25        you got?



Connor Reporting
www.connorreporting.com

317.236.6022

Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 151 of 255 PageID #:
5590
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 151 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

151

151

```
 1   A   I was directed by counsel to bring the documents

 2       that were provided to me.

 3           MR. BOWMAN:  Well, we can get that.

 4   Q   There are several other documents we think we

 5       are missing as well, so we will cover those at

 6       the end.

 7           So we have established, I think, the

 8       process that you used to go from individual data

 9       points.  And what we were discussing and trying

10       to get to is at some point in time, and it looks

11       like the date for Zimmer may have been 2007, I

12       will have to confirm that, but at some point

13       they went in and removed a great big underground

14       tank from that property.  It was filled with

15       some sort of sludge.  I am using the terms that

16       were used in the reports.  That sludge was never

17       sampled.  It was disposed of and so was the

18       tank.

19           And my question is, without information

20       about that tank, that sludge, and the thousands

21       of tons of soil surrounding it that were hauled

22       off, how do we know that the analysis in terms

23       of contribution, relative upgradient to

24       downgradient is accurate?

25   A   So that wouldn't affect the contribution to
```



Adam Love, Ph.D.
June 07, 2018

152

152

```
 1        upgradient to downgradient at all.

 2   Q    Okay.

 3   A    That would only affect the distribution amongst

 4        Zimmer, Ertel, and Moran.

 5   Q    That's when you used the soil data?

 6   A    That's right.

 7   Q    Let me ask a second question.  I agree with

 8        that.

 9            Next question is, when contaminants,

10        particularly chlorinated solvent contaminants,

11        because that's what's at issue here, reach the

12        groundwater, do they move or do they hit the

13        water and stop?

14   A    Typically they will move in the direction of the

15        groundwater flow direction.

16   Q    And that's what we mean by plume migration?

17   A    That is.

18   Q    And as you already mentioned, they move in the

19        direction of the groundwater flow, which is what

20        we call downgradient?

21   A    That is.

22   Q    So if I had contamination at one of the northern

23        properties, let's pick Zimmer, because nobody is

24        here for Zimmer, and it had a release, maybe

25        from this underground tank that is now gone, and
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 153 of 255 PageID #: 5091

Adam Love, Ph.D.
June 07, 2018

153

153

```
 1        that stuff went into the groundwater.  And we

 2        know from McInnes' report there is a profile

 3        from the soil to the groundwater.  You said you

 4        saw that same thing and agreed with that.  Once

 5        it got to the groundwater where did it go?

 6   A    It would have moved with the flow of the

 7        groundwater.

 8   Q    Right.  It went downgradient.  How far did it

 9        go?

10   A    Depends on when it entered the water and how

11        much time it was there.

12   Q    Do you know how much entered the water?

13   A    Do I know how much what entered the water?

14   Q    How much of the contamination actually entered

15        the groundwater.

16   A    I haven't done an analysis of the specific mass

17        that went from the soil to the groundwater, no.

18   Q    And it would be kind of hard to do that without

19        knowing what the initial concentration in the

20        soil was?

21   A    If the concentration in the soil was different

22        than what was measured, then we don't know that.

23   Q    Okay.  And I am not sure it was ever measured.

24        We know that some side wall and some bottom

25        samples were taken, but those hardly reflect the
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 154 of 255 PageID #:
5016

Adam Love, Ph.D.
154                                    June 07, 2018

154

```
 1        conditions of the material that was removed, do

 2        they?

 3   A    Not if you have done a good examination.

 4   Q    Right.  The whole point is to get rid of this

 5        stuff that's contaminated and get clean margins,

 6        which they didn't.  So we don't know how much

 7        went from the soil to the groundwater at Zimmer.

 8             Do we have any more of an idea of how far

 9        it went over some period of time, how far in a

10        year, how far in five years, how far in ten

11        years?

12   A    Well, we know how big the plume is in terms of

13        what the maximum extent could be.  We also have

14        some information on the groundwater flow

15        velocity.  And so there are certainly methods,

16        if you wanted to sort of play out a given

17        release scenario, you could come up with some

18        plausible estimates of how far it would go over

19        a certain amount of time.

20   Q    Did you do any work in that area as part of your

21        efforts?

22   A    I did do some plume calculations.  But

23        ultimately they weren't the basis of any of my

24        opinions.

25   Q    So you're aware of it, but it doesn't have a
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 155 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

155

155

```
 1        bearing on the three opinions you wrote here?

 2   A    That's right.

 3   Q    What I am concerned about is the temporal

 4        compression averaging, is that it doesn't take

 5        into account the movement over time of

 6        contaminants.

 7            Do you understand the concern I have?

 8   A    I understand what you're saying.

 9   Q    There are contaminants and they move.  And what

10        I am trying to figure out is you took all the

11        data from a particular point and averaged it

12        over time and got a single value.  And I am

13        trying to understand whether that value, the

14        averaged value or any of the individual values

15        would represent, would fairly represent that

16        point other than at the time the sample was

17        taken, because things changed in between the

18        time.  Water moved.  Contaminants moved.

19            How can that point represent anything other

20        than the moment that the sample was collected?

21   A    So given the variability of the data that was

22        collected, the plume actually appears to be

23        fairly stable, which means the mass going into

24        the groundwater appears to be sort of leaving at

25        the same rate.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 156 of 255 PageID #:
5093
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 156 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

156

```
 1              And so the plume itself, when you look at

 2         how the concentrations have varied over time,

 3         don't show a significant change, a significant

 4         movement, as you describe it, downgradient.  And

 5         so because of that, averaging the samples in

 6         time is valid.

 7    Q    So if the plume is stable and the influx of

 8         contamination and the contamination that's being

 9         either degraded or leaving the area is about

10         equal, then the plume is going to look the same

11         over time?

12    A    Within the variability of the sample collection.

13              MR. GRIGGS:  We may need to hire this guy

14         for a plume stability with IDEM, because IDEM

15         ain't buying it.  They're saying this ain't a

16         stable plume.

17              You know why they think it is not?  Because

18         it has got DNAPL under it.  And they say you

19         can't have a stable plume when you are back

20         diffusing contaminants into the groundwater all

21         the time from the DNAPL.

22              MR. BOWMAN:  Well, for the record, I will

23         object that an analysis of whether a regulator,

24         and I am saying this for purposes --

25              MR. GRIGGS:  Sure.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 157 of 255 PageID #: 5090
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 157 of 255 PageID #:
5090

Adam Love, Ph.D.
June 07, 2018

157

157

| | | |
|---|---|---|
| 1 | | MR. BOWMAN:  The analysis of a regulator |
| 2 | | whether a plume is stable for purposes of |
| 3 | | closure is different than is it stable for |
| 4 | | purposes of the kind of analyses he did.  But |
| 5 | | let me not testify. |
| 6 | | MR. GRIGGS:  No.  And I wasn't asking a |
| 7 | | question either. |
| 8 | Q | Let me ask a question. |
| 9 | | MR. BOWMAN:  I may have something for you. |
| 10 | A | Well, mass transport limitation of DNAPL can |
| 11 | | absolutely create a stable flow.  It is |
| 12 | | actually, in many cases, the specific phenomena |
| 13 | | that does create the stable plume. |
| 14 | Q | The term used was mass what? |
| 15 | A | Mass transport limitation of DNAPL into the |
| 16 | | groundwater.  Oftentimes is exactly the |
| 17 | | situation that sets up the stable plume. |
| 18 | Q | So you're saying if the mass transfer from DNAPL |
| 19 | | is slow compared to the degradation rate, for |
| 20 | | example, so you're losing more chlorinates than |
| 21 | | you're adding, that's going to be a stable |
| 22 | | plume? |
| 23 | A | Well, that's actually a shrinking plume in that |
| 24 | | case. |
| 25 | Q | Sure. |



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 158 of 255 PageID #:
5920
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 158 of 255 PageID #:
5920

Adam Love, Ph.D.
June 07, 2018

158

```
 1    A    A stable plume -- like when they are equal, it
 2         would be a stable plume.
 3    Q    Did you do any statistical analysis to determine
 4         or to -- any statistical analysis to confirm
 5         that this is a stable plume?
 6    A    I didn't specifically do a test.  I graphed the
 7         data and looked at it and the variability
 8         overlapped all the different time periods.
 9    Q    Are you saying you eyeballed it?
10    A    I am saying that you could tell, based on
11         observations, you could see that there wasn't a
12         shift in the data.
13    Q    You heard of some guys named Mann and Kendall;
14         right?
15    A    I have.
16    Q    And they have this test, statistical test,
17         throws out the outliers, focus on the real data
18         to determine if a plume is stable or not.  Have
19         you used that before?
20    A    I have.
21    Q    You didn't do that here?
22    A    I did not.
23    Q    But you think if you did, it would produce a
24         result that said this is a stable plume?
25    A    The variability in the data is such that I don't
```



Adam Love, Ph.D.
June 07, 2018

```
 1        think you could -- unless there was a huge shift

 2        in the plume, I don't think you could see it.

 3   Q    Has the plume stopped expanding in the

 4        downgradient direction?

 5   A    My recollection is that it has.

 6   Q    At least would you be able to agree that it at

 7        least has been delineated?

 8   A    It has certainly been delineated.

 9   Q    And I'm going to give myself a hypothetical

10        here.  If I accept your premise that the plume

11        has, as of today, achieved some level of

12        stability or near stability, do you have any way

13        of knowing or determining when it reached that

14        state, how long has it been in that state?

15   A    I think there are methods you could do, but I

16        haven't specifically done an analysis to answer

17        that question.

18   Q    Let me ask you this.  Regardless of whether it

19        is stable or not today, would you agree that

20        among and between the various sources that are

21        identified in your report, there was a time when

22        the plume was unstable?

23   A    Yes.

24   Q    And during that time of instability, can you

25        tell me how much chlorinated solvent
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 08/27/18   Page 160 of 255 PageID #:
5502
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 160 of 255 PageID #:
5502

Adam Love, Ph.D.
June 07, 2018
160
160

 1        contamination moved from the upgradient area to

 2        the downgradient area?

 3   A    At some snapshot in time, is that your question?

 4   Q    No.  Over the entire period of time.  How much

 5        mass got across Andrew J. Brown?

 6   A    Yeah.

 7             MR. BOWMAN:  While the plume -- I am trying

 8        to understand the question.  While the plume was

 9        unstable?

10             MR. GRIGGS:  Yeah.  If it is stable, it is

11        essentially stopped.  If it stops, it doesn't

12        get across the road.

13   A    We can't account for stuff that has degraded

14        away.  But for chlorinated VOCs that are there,

15        you can apportion between stuff that came from

16        upgradient of the Threaded Rod property and

17        stuff that came from the Threaded Rod property.

18   Q    How can you make that apportionment between

19        those sources, those location sources?

20   A    So in opinion 3 I explain that the methodology

21        starts by integrating the total mass of the

22        entire plume and then integrating the mass of

23        the plume from the Von Duprin site downgradient.

24        So that divides the mass into Von Duprin to

25        downgradient and upgradient.



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 161 of 255 PageID #:
5022
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 161 of 255 PageID #:
5003

Adam Love, Ph.D.
June 07, 2018
161

161

1        From there, you can look at the unique

2    chemical signature of the PCE to TCE that's

3    coming from the Threaded Rod property compared

4    to what's coming in from upgradient.  And you

5    can use the ratio of PC and TC that you see in

6    the source area at the Threaded Rod property.

7    And if you apply that same ratio to the

8    groundwater underneath, you end up essentially

9    apportioning all of the PCE downgradient and

10   some portion of the TCE downgradient to the

11   Threaded Rod property, which what then remains

12   is an unaccounted for portion of the TCE and all

13   of the cis-1,2-DCE, using the approach that I

14   took, that gets attributed to the upgradient

15   parties.

16        Now a couple things to note is that when we

17   do that and we subtract out the PC and TC,

18   that's the same characteristics of the

19   Threaded Rod property, the TCE that remains is

20   nearly identical to what's observed in the TCE

21   concentration that's coming in from upgradient.

22        Another thing to note is because we haven't

23   apportioned any of the cis-1,2-DCE using our

24   approach to the Threaded Rod property, the total

25   mass using this methodology for Threaded Rod is



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 162 of 255 PageID #:
5021
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 162 of 255 PageID #:
5021

Adam Love, Ph.D.
June 07, 2018

162

162

```
 1        really the minimum, because there is some

 2        component of cis-1,2-DCE that, in reality, is

 3        expected to come from the contamination at

 4        Threaded Rod property also for degradation.

 5   Q    The plume gets divided first between upgradient

 6        and downgradient based solely on groundwater,

 7        the soil has nothing to do with it?  Do you

 8        agree?

 9   A    The contribution to contribution of groundwater,

10        yes.

11   Q    So whatever portion of that, was it 13 percent,

12        got allocated to the upgradient, you got a

13        diagram in here somewhere?  Yeah.

14   A    13 percent --

15   Q    Table 2.

16   A    -- of the total chlorinated VOC mass is

17        upgradient of the Von Duprin property and

18        87 percent is at the Von Duprin property and

19        downgradient.

20   Q    Got it.  And then the second step is to find out

21        how much of the 87 percent came from Threaded

22        Rod, and once we know that we can subtract, and

23        the balance, 87 percent minus whatever the

24        Threaded Rod contribution was, that's how much

25        came from upgradient?
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 163 of 255 PageID #:
5025
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 163 of 255 PageID #:
5025

Adam Love, Ph.D.
June 07, 2018

163

163

```
 1   A   That's right.  And when you do that, you get

 2       numbers that are consistent with what the

 3       chemical characteristics are of the groundwater

 4       upgradient.

 5   Q   Today?

 6   A   All of our calculations are based on --

 7   Q   Or the average of the day?

 8   A   Right.  Are based on the data that we have

 9       within the last ten years or so.

10   Q   In your experience, does the level of

11       groundwater contamination over time go down

12       after the source material is removed, in this

13       case, the source being soil contamination?

14           MR. BOWMAN:  Object.  And lack of

15       foundation.  Incomplete hypothetical.

16           MR. GRIGGS:  He is an expert.

17           MR. BOWMAN:  I know.  I don't think there

18       is sufficient foundation for the question.  Or

19       it is an incomplete hypothetical.

20           MR. GRIGGS:  All right.

21           MR. BOWMAN:  But if he can answer it,

22       then --

23   A   I think it depends on the situation as to how

24       long it would take for it to drop.

25   Q   But it can't go up, right, and there is one
```



Adam Love, Ph.D.
June 07, 2018

164

164

```
 1        direction it can go.  It is like gravity.  If I
 2        hold this out, this can of Coke and I drop it, I
 3        guarantee it is going to go down.  If I have got
 4        a big slug of contamination in the soil and I
 5        take it away, it seems pretty difficult for the
 6        groundwater concentrations to go up.  How is it
 7        going to happen?
 8    A   Well, there are other variables that impact
 9        groundwater concentration that actually could
10        make the groundwater go up if you have done some
11        soil excavation.
12             And so it is possible for the groundwater
13        concentrations to go up, but that would be
14        because there's lots of different variables that
15        impact groundwater.
16    Q   In the short-term?  If I loosened up some, you
17        know, absorbed contamination, is there any way
18        over a significant period of time that my
19        groundwater concentrations can rise if I'm not
20        adding contamination to the groundwater?
21    A   So from a long-term perspective, 100-year
22        perspective, you would expect the groundwater
23        concentration to go down over time.
24             The year-to-year fluctuations in
25        groundwater elevation, I think all of that can
```



Case 1:16-cv-01942-TWP-DML Document 137-12 Filed 07/27/18 Page 165 of 255 PageID #: 5024

Adam Love, Ph.D.
June 07, 2018

165

```
 1    cause, on a year-to-year basis, variability

 2    where you wouldn't necessarily see the trend on

 3    a, you know, five-year-time scale.

 4         MR. GRIGGS:  We haven't been at quite an

 5    hour, but I came in here thinking I would have

 6    time to go to the restroom, and I didn't, so if

 7    we take a break now?

 8         MR. BOWMAN:  I came in here thinking we

 9    would be done by 2:30.

10         MR. GRIGGS:  You were wrong.

11         (A recess was taken 2:18 p.m. and between

12    2:24 p.m.)

13         (Love Deposition Exhibit 10 was marked for

14    identification.)

15         MR. GRIGGS:  Back on the record continuing

16    the deposition.

17    BY MR. GRIGGS:

18    Q   This bathroom break was very helpful.

19         As I was looking at the faucets and the

20    sink, I thought that sink could be the area

21    occupied by a co-mingled plume.  If we had three

22    taps, all that put contaminated water into that

23    same sink or same bucket, would that fairly

24    represent a co-mingled plume?  The sink is the

25    area identified as the plume area.  Are you with
```



Adam Love, Ph.D.
166                                          June 07, 2018

1       me so far?

2   A   If there were three different water sources

3       going into the sink and the water was all mixing

4       together, then the water in the sink would be

5       co-mingled, yes.

6   Q   And let's say I opened this tap at 12 noon and I

7       opened this tap at 2 p.m. and I opened this tap

8       at 6 p.m., and the rates of water may be varied,

9       maybe not, maybe the flux is identical.  It

10      would be easier mathematically if it was

11      identical; right?  But maybe the concentrations

12      of contamination in each of the three taps is

13      different.  And so what I end up with is some

14      mass with a certain concentration of CVOCs.  Are

15      we together so far?

16  A   I understand what you're saying.

17  Q   At three p.m. I am going to turn this tap off,

18      because what I did is I went and cleaned up the

19      source area.  Now there is still a little bit in

20      the pipe that's going to have to flow down and

21      it is going to take awhile to get down there,

22      but no new stuff is coming in out of tap number

23      one.  Are you still with me?

24  A   I am with you.

25  Q   And I am going to leave tap two on, no cleanup



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 167 of 255 PageID #:
5020
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 167 of 255 PageID #:
5020

Adam Love, Ph.D.
167                                    June 07, 2018
                                                                                     167

 1        there, but at ten p.m. I'm going to turn off tap

 2        three, so there is just a trickle that

 3        eventually has to work its way out of the pipe

 4        there.  And then I am going to let several days

 5        go by, still got stuff coming in from two, and

 6        then we are going to say how much did each tap

 7        contribute to the mass that's in there.

 8            Can you apply your process, your method to

 9        show me how you would get this answer and it not

10        result in tap two, which is still open, being

11        the largest contributor by a long shot?

12   A    Obviously, you just laid out a pretty

13        complicated hypothetical.  Are you asking for

14        what's in the sink or what went down the drain?

15   Q    Well, the only thing we can test is what's in

16        the sink.  That's what we have been sampling in

17        all these data points, right, the groundwater

18        that exists in the plume?

19            MR. BOWMAN:  Objection.  Misstates the

20        testimony.  We have sampled soil.  We have

21        sampled groundwater.

22   A    I guess I wouldn't necessarily equate the sink

23        with being the entire groundwater basin.

24   Q    Okay.  Because it doesn't have -- what, are we

25        missing a drain?  Do we need to close off the



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 168 of 255 PageID #:
5030
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 168 of 255 PageID #:
5030

168

Adam Love, Ph.D.
June 07, 2018

```
 1         drain so it all stays in?

 2    A    Got you.  So this is water that is not draining

 3         out of the sink.

 4    Q    It wasn't originally, but I thought you wanted

 5         me to put a drain in, so I did, but I can take

 6         it out.  It is a closed drain, how about that?

 7         I have valved it off.

 8    A    I am sort of a bit at a loss as to how to take

 9         the methodology that I applied and try to fit it

10         to the hypothetical that you have set up.

11    Q    Okay.

12    A    So if all three spigots were flowing into the

13         sink and the sink wasn't discharging any water,

14         but we knew or had some measure for the

15         concentration that was historically coming out

16         of the sinks, then the only remaining

17         uncertainty is the timing that the spigots were

18         on, in terms of taking what's in the sink and

19         associating it back with each of the three

20         spigots.

21              And so obviously if there are -- if there's

22         large discrepancies in that timing, then what

23         you see in the groundwater as an average

24         concentration wouldn't reflect those timing

25         discrepancies from each of the sources.  We
```



Case 1:16-cv-01942-TWP-DML   Document 137-12   Filed 07/27/18   Page 169 of 255 PageID #:
5008

Adam Love, Ph.D.
169                          June 07, 2018
                                                                       169

1        don't know that there are the type of dramatic

2        timing, discrepancies that you described here at

3        these sites.

4    Q   Okay.  Would the removal of 7,000 tons of soil

5        at Zimmer qualify as a significant change?

6    A   It depends on how long it was actually being

7        released to the groundwater before that.

8    Q   Do you know the answer to that?

9    A   I don't know the answer to that.

10   Q   Nor does anybody else.  What would it mean?  You

11       say it depends on that.  What if it -- well, we

12       don't know a lot.  We do know that that facility

13       had not operated for awhile and the tank was

14       still in the ground.  But you're correct, we

15       don't know how long it had been releasing into

16       the soil and, hence, from there into the

17       groundwater before it was removed.  But you

18       agree that it has an effect, whether it was 1

19       year or 20 years matters to this kind of

20       calculation?

21   A   If you were trying to calculate it down to the

22       specific molecule and get it absolutely precise,

23       you would need to have all that information.

24           The analysis that I have gone through

25       doesn't aspire to that level of specificity,



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 170 of 255 PageID #:
5092

Adam Love, Ph.D.
June 07, 2018

170

170

```
 1         because of the uncertainties inherent at all of

 2         the sites.

 3    Q    So what I am trying to understand is, is the

 4         site that has not yet been remediated in the

 5         soil phase prejudiced by your analysis versus

 6         the sites that have had soil, thousands of tons

 7         of soil removed from that?

 8    A    I don't believe so, no.

 9    Q    So the fact that tap two stayed on for days and

10         days and days and continued to add mass doesn't

11         really matter, it is going to be just as well

12         off as if these taps one and three had never

13         been turned off?

14            MR. BOWMAN:  Objection.  Misstates the

15         record.

16            MR. GRIGGS:  It is a hypothetical.  There

17         is no record.

18    A    The contribution from the other faucets don't

19         change with whether or not the faucet -- the

20         faucet that hasn't been cleaned up is on or off.

21         Their contribution to the sink is the same.

22            And so whether or not faucet two continues

23         to fill up the sink or not, the contribution

24         from the other faucets that have been turned off

25         is unaffected.
```



Case 1:16-cv-01942-TWP-DML   Document 149-10   Filed 09/27/18   Page 171 of 255 PageID #:
5093
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 171 of 255 PageID #:
5093

Adam Love, Ph.D.
June 07, 2018
171

171

1  Q  So if we had all the data, which we don't, like

2     the concentration, we could calculate a mass

3     contribution from valve or faucet one and it's

4     X.  We could do the same thing for three, and

5     it's Y.  Those you're saying are fixed numbers.

6     Once we shut these off and no more water is

7     coming in, X doesn't change with time and Y

8     doesn't change with time?

9  A  Unless they degrade in the sink and then they

10    will change with time because of degradation.

11 Q  But that same calculation for faucet two, which

12    we will call Z, keeps getting bigger and bigger

13    and bigger the longer we let that faucet run?

14 A  That's right.

15 Q  And then you say, oh, well, what we are going to

16    do for opinion 2 is we are going to compare

17    masses, let's add an X and Y and Z and see what

18    the total is and then we will assign upgradient

19    and downgradient percentages based on how much

20    came from X, how much came from Y, and how much

21    came from Z.

22 A  That's not what I did.

23 Q  Not what you did.  Okay.  That's what it seemed

24    like you did.  What did you do that was

25    different than that?  Did you calculate X?



Adam Love, Ph.D.
June 07, 2018

172

172

1  A   I calculated essentially the equivalent of X

2      plus Y.

3  Q   So we have X plus Y, got that.  Did you

4      calculate Z?

5  A   The total is, in this case, going to be equal to

6      X plus Y, plus X plus Y plus Z.

7  Q   Total equals X?

8  A   Actually it's not going to be X plus Y, because

9      there is going to be -- so the algebra on this

10     gets crazy.  It would be A, X plus B, Y, in

11     parentheses, plus one minus A, in parentheses,

12     X plus 1 minus B, in parentheses, Y, plus Z,

13     where A plus and B equals the fraction of

14     upgradient versus downgradient.

15 Q   That was a complicated way of saying I added X

16     plus Y plus Z to get total?

17 A   No.  Because, I mean, we broke it out into

18     upgradient and identified what is the upgradient

19     contribution and what is the downgradient

20     contribution, and you have total.  And then we

21     are able to separate in the downgradient portion

22     the fraction that is from Z and the fraction

23     that is from everything upgradient of Z.

24 Q   Okay.

25 A   That's different than there being a single sink.



Connor Reporting                          317.236.6022
www.connorreporting.com

Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 173 of 255 PageID #:
5095
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 173 of 255 PageID #:
5095

Adam Love, Ph.D.
June 07, 2018

173

```
 1         What we are talking about here is actually two

 2         sinks, where the outflow of the first sink flows

 3         into the second sink where that Z faucet is

 4         flowing into.  And so if you are able to

 5         determine X plus Y uniquely, then you're better

 6         able to understand what Z's contribution is,

 7         because you already know what X plus Y is.

 8    Q    I thought two sinks would be too complicated.

 9         But you're right, we need two sinks.

10    A    I am amazed that we had that conversation and --

11         MR. BOWMAN:  We got to two sinks.

12    Q    I would like to go back and finish that

13         equation, because I think we can do it.

14    A    As I think about it, I don't think I have got my

15         algebra right in the way I explained it, but the

16         two-sink analogy is the right way to do it.

17    Q    Yeah, it is.  Where does the mass of chlorinated

18         solvents in the groundwater come from?

19    A    Originally from each of the facilities.

20    Q    Right.  And did it come, as far as we -- I guess

21         my question is, did it magically appear in the

22         groundwater or did it migrate there through the

23         soil?

24    A    All indications are that it was released from

25         the facilities, transported vertically through
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 174 of 255 PageID #: 5058

Adam Love, Ph.D.
June 07, 2018

174

174

```
 1        the soil down to groundwater.
 2   Q    Right.  So when the soil at the facilities was
 3        removed, that dynamic changed in some way?
 4   A    It would at least reduce the driving force of
 5        contamination going vertically.
 6   Q    And, obviously, that depends on a lot of
 7        factors, the quality of how much of the
 8        contaminated or impacted soil mass I got rid of,
 9        how effectively I got clean margins, you know,
10        et cetera, et cetera, et cetera.  But the fact
11        is, when I remove that source material, I have
12        less of a driving force to push contamination
13        into the groundwater?
14   A    That is true.
15   Q    Okay.  We talked a little bit about degradation
16        of chlorinated solvents.  And I think you said
17        something in your report about you thought that
18        there had been sufficient time and maybe you
19        even saw evidence of degradation of chlorinated
20        solvents, both from PCE to TCE and from TCE to
21        cis?
22   A    That's right.
23   Q    Okay.  Did you make any effort to calculate how
24        much mass we were missing or are we missing any
25        mass or is it just changed from one chlorinated
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 175 of 255 PageID #:
5037
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 175 of 255 PageID #:
5037

Adam Love, Ph.D.
June 07, 2018

175

```
 1        state to another chlorinated state?
 2    A   So my statements about observing the degradation
 3        is just from seeing the sequential degradation
 4        products.  We didn't try to calculate
 5        degradation half life for PCE to TCE or TCE to
 6        DCE.
 7    Q   Is there a standard half life for that
 8        degradation or does that vary from site to site?
 9    A   It varies from site to site.
10    Q   And you say you have not calculated that here?
11    A   I have not calculated that.
12    Q   Did you have any way or any means to measure
13        ethane to find out if we were converting any
14        cis -- or, sorry, any vinyl to ethane?
15    A   I have not seen any ethane data that I can
16        recall.
17    Q   In looking at the overall conditions, is it
18        clear to you that the subsurface area in which
19        the co-mingled plume exists is a area that's
20        conducive to dechlorination, is it an aerobic
21        environment?
22    A   Just the observation of the degradation products
23        would suggest that it is conducive to
24        degradation.
25    Q   Did you see any evidence that that process was
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 176 of 255 PageID #:
5058
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 176 of 255 PageID #:
5055

Adam Love, Ph.D.
June 07, 2018

176

176

```
 1        hanging up at the cis-1,2 level and not pushing

 2        onto vinyl chloride?

 3    A   So if you look at page 14 of my report,

 4        Figure 2-1, I have a graph at the top which

 5        shows the concentrations in the plume of

 6        cis-1,2-DCE.

 7    Q   Yep.

 8    A   And below it is the vinyl chloride

 9        concentrations.  You can see from this there is

10        much higher, cis-1,2-DCE concentrations, there

11        are vinyl chloride.

12            I haven't performed an analysis as to

13        whether or not, as you said, hung up, or it's in

14        the process of getting there.

15    Q   And maybe just hasn't had adequate time?  Is

16        that what you mean by getting there?

17    A   Right.  That conversion from cis to vinyl --

18        cis-1,2-DCE to vinyl chloride could be the rate

19        limiting step in the degradation process.

20    Q   If you would, take a look at Table 1 on page 21

21        of your report.

22    A   Table 1?

23    Q   Table 1.

24    A   I am there.

25    Q   This has got concentrations.  I assume these are
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 177 of 255 PageID #:
5080

Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 177 of 255 PageID #:
5050

Adam Love, Ph.D.
June 07, 2018

177

177

```
 1       depth average, time and depth average CVOC

 2       concentrations in parts per billion, both

 3       upgradient and downgradient.  We see very, very

 4       little vinyl chloride upgradient, less than one

 5       part per billion, a little over 7 downgradient.

 6       Does this help, this table help at all in terms

 7       of is this the distribution you would expect to

 8       see between the various chlorinated

 9       constituents?

10   A   Well, you would certainly like to see more of it

11       getting to vinyl chloride.  That way it could be

12       taken all the way to ethane.  And so currently

13       the plume has most of its mass not as vinyl

14       chloride.

15   Q   So you are not done?

16           MR. BOWMAN:  Done?

17   A   With what?

18   Q   With getting rid of the contamination.

19   A   The contamination is still in the groundwater,

20       yes.

21   Q   Let's look at Figure 3-3.  I think you referred

22       to this without necessarily citing the figure.

23           Is this what you meant by the ratio between

24       PCE and TCE in a soil at Von Duprin?

25   A   It is.
```



Adam Love, Ph.D.
June 07, 2018

1   Q   And you used this same ratio from the soil in

2       the groundwater to determine how much of the --

3       was it TCE?  I think you said, you assumed that

4       all of the PCE came from Von Duprin and then a

5       proportional amount to this diagram of TCE was

6       attributed to Von Duprin?

7   A   That's right.

8   Q   I want to talk for a minute about the ten foot

9       depth, and this is a good place to do it here at

10      Figure 3-3.  "Relative proportions of PCE and

11      TCE in soil above 10 feet depth."  And I see

12      this is various places in your report.

13          What is the significance of the above 10

14      feet depth?

15  A   So groundwater elevations have varied from 10 to

16      about 16 feet below the ground surface, where

17      the groundwater has interfaced with the matrix,

18      the soil matrix, there is a chance that some of

19      the groundwater contamination could have

20      contributed contamination to the soil particles.

21      And so we wanted to exclude any soil samples

22      that could have been influenced by having been

23      exposed to contaminated groundwater.

24          So when we looked at soil samples, we just

25      looked at ones that were above ten feet in order



Adam Love, Ph.D.
June 07, 2018

                                                              179

1          to exclude ones are potentially impacted by

2          groundwater.

3    Q     What happened to the ones that are deeper than

4          ten feet, did they become part of the

5          groundwater analysis?

6    A     No.  They weren't -- it is interesting, because

7          I guess in that case, those were, quote,

8          unquote, soil data points that we didn't use in

9          our analysis.  I didn't really think about them

10         that way, because I didn't actually think of

11         them as being soil samples.

12              I thought of them as being groundwater,

13         sort of the matrix in the groundwater samples.

14         But in terms of soil samples, we did only look

15         at ten feet and above.

16   Q     So if we have got a complete dataset, top 10

17         feet is soil, everything from 15 feet and below

18         is groundwater or everything that's tagged as a

19         groundwater sample is groundwater?

20   A     Well, groundwater is a water sample.

21   Q     Right.

22   A     So whatever elevation they got it at, if it is a

23         water sample, it is groundwater.

24   Q     And we have got some subset of soil samples,

25         maybe call saturated soil samples --



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 180 of 255 PageID #:
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 180 of 255 PageID #:
5049
5042

Adam Love, Ph.D.
June 07, 2018

180

180

```
 1   A   Right.

 2   Q   -- that didn't get used at all?

 3   A   That's right.  Because we wouldn't be able to

 4       differentiate between the contamination that's

 5       attributable to the groundwater and

 6       contamination that was attributable to the

 7       source they are at.

 8   Q   And because this really just came to your

 9       attention, I assume that you did not do any sort

10       of analysis about that middle set of data points

11       and what effect they might have on your opinion?

12   A   No.  Because I never even really considered them

13       to be legitimate soil samples.

14   Q   Do you want to take a wild guess which of the

15       four facilities had extremely, extremely high

16       concentrations of chlorinated solvents in the

17       saturated soils?

18           MR. BOWMAN:  Does it start with an E?

19           MR. GRIGGS:  No.

20   A   I haven't looked at it, so I actually don't

21       know.

22   Q   All right.  So we have come full circle after

23       four hours.  You used all the data points, no

24       you didn't, you missed a few?

25   A   We didn't miss any.  All right.  We used all the
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 181 of 255 PageID #:
5040
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 181 of 255 PageID #:
5048

Adam Love, Ph.D.
June 07, 2018
181

181

1        legitimate soil samples for the analysis.

2    Q    All the legitimate ones?

3    A    Ones that were unimpacted by contaminated

4        groundwater.

5    Q    Are you sure they were impacted by contaminated

6        groundwater or you were suspicious?

7    A    They were a suspect.

8    Q    Okay.

9    A    And, therefore, if we included them, we couldn't

10       then attribute the chlorinated solvent

11       concentration from those samples to the source,

12       which is what the objective of looking at the

13       soils to begin with.

14   Q    Was it an option to -- I mean, if the reason

15       those soils were impacted is because they were

16       in a smear zone caused by groundwater

17       contamination, could you have included those as

18       part of the dataset for the groundwater?

19   A    Are you talking about the soil samples?

20   Q    Yes.  The concentrations in the soil.

21   A    No.  Because it would have been an apples to

22       oranges comparison in terms of units.

23           And, as a matter of fact, if there was

24       heavy contamination in that area, you would

25       expect it to be reflected in the groundwater



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 182 of 255 PageID #:
5041

Adam Love, Ph.D.
June 07, 2018

182

182

```
 1        that was in contact with the soil at that

 2        concentration.  And so the groundwater should

 3        have reflected if there was contaminated soil

 4        in, you know, that section of the boring.  It

 5        would have been accounted for that way.

 6    Q   And by accounted for, you mean it would be

 7        almost impossible for groundwater in the area

 8        where a soil impact existed not to have -- not

 9        to reflect that contamination to some degree?

10    A   If groundwater was flowing through heavily

11        contaminated soil, you would expect it to

12        reflect a more impacted groundwater.

13    Q   Would you expect that its concentration, the

14        groundwater's concentration would be the same as

15        the contaminated soil?

16    A   Again, you can't make the comparison apples to

17        apples because the units are different.

18    Q   Right.  And there is also a partitioning

19        problem; right?

20    A   There is.

21    Q   It has to get off the soil molecule and get into

22        the water?

23    A   The absorption is a process that doesn't happen

24        instantaneously typically.

25    Q   And can you think of any circumstance in which
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/17/18   Page 183 of 255 PageID #:
5045
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 183 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018
183

183

         1      groundwater flowing through impacted soil could

         2      come out with a concentration of that

         3      contaminant higher than the concentration that

         4      was on the soil?

         5          MR. BOWMAN:  Objection.  Vague.  Ambiguous.

         6      He has noted it is apples and apples, as far as

         7      how you do concentrations in soil versus

         8      concentrations to groundwater.  But answer, if

         9      you can.

        10   A  Yeah.  I mean, you can't make the equivalent

        11      between soil concentration and groundwater

        12      concentration.  You can end up in a situation

        13      where cleaner water, groundwater goes through a

        14      matrix and comes out with a higher concentration

        15      for having had the contamination that was on

        16      that soil desorb into it.

        17   Q  You described the method that you used to

        18      apportion upgradient versus downgradient and

        19      then to apportion between the upgradient

        20      facilities.

        21          Were there any other methods that you could

        22      have used besides the one that you chose?

        23   A  I briefly mentioned earlier that I looked at

        24      some groundwater modeling.  That was one of the

        25      original methodologies that I explored as to



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 184 of 255 PageID #:
5046
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 184 of 255 PageID #:
5046

Adam Love, Ph.D.

June 07, 2018

184

```
1        whether or not by using a groundwater model of

2        the upgradient concentrations, whether you could

3        project that downgradient.

4             And ultimately I decided that that

5        methodology had more uncertainty than this one I

6        didn't rely on.

7   Q    Did it work?  I mean, did you produce a result?

8   A    I mean, I developed a model and then looked to

9        see what that model suggested the downgradient

10       contribution would be, yes.

11  Q    And when you say that it was less reliable, is

12       that the term you used?

13  A    Uh-huh.

14  Q    What led you to the conclusion that was a less

15       reliable approach than the one you eventually

16       settled on?

17  A    So when you do groundwater modeling, one of the

18       most important steps is to take the model and

19       then validate the model against observed data.

20  Q    Okay.

21  A    And while all of the parameters, the models seem

22       reasonable.  When we actually tried to match the

23       model up against the observed data, the observed

24       data has so much variability that you can draw

25       almost any line that represents the model
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 185 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

185

```
 1        through it and it would pass through it and use

 2        some of the data points.  And so it wasn't

 3        necessarily a unique solution, the model that we

 4        did wasn't necessarily a unique solution that

 5        represented that this was the answer as opposed

 6        to this is a plausible answer when you compare

 7        it to the data.  And so we look for a

 8        methodology that would be more robust, which is

 9        what we did in the report.

10    Q   In Footnote 39, on page 11, this is where you

11        talk about localized hotspots of TCE.  We looked

12        at a diagram and you reference a Wilcox

13        Environmental report dated July 29, 2014.

14            Do you see that?

15    A   I do.

16    Q   And that is the Janna Stathyelich report; is

17        that right?

18    A   I believe that's true.

19    Q   Let's go ahead and add that in.  Do you remember

20        how many data points Janna Stathyelich used in

21        that report to support her conclusion, suspicion

22        that there might be releases or water

23        infiltrating the sewer lines underground?

24    A   I don't remember specifically the number of

25        points that she used.
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 186 of 255 PageID #:
5043
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 186 of 255 PageID #:
5043

Adam Love, Ph.D.
June 07, 2018

```
 1              I know that the presence of the old sewer

 2         lines, you know, were mentioned in her report

 3         but have also been mentioned in other reports as

 4         well.  So this was, again, one reference that

 5         documents it.  But I know there are other

 6         reports that have come to similar conclusions.

 7              (Love Deposition Exhibit 11 was marked for

 8         identification.)

 9    Q    Exhibit 11, just make sure this is the right

10         document that you are referring to in

11         Footnote 39.

12    A    I believe it is.

13    Q    Let's go back to Exhibit 10, while we are here,

14         this is appendices to the final investigation

15         report, July 2017.  I am going to go back -- oh,

16         gosh, this is slow.  I want to go back to C.

17         There is B.  Of course they put the analytical

18         report in as B, that's bad.  Golly, there is

19         2,951 pages.

20              These are the boring logs that were

21         included in the final investigation report from

22         Von Duprin.

23              Do you know if you have ever seen these

24         boring logs before?

25    A    I don't specifically recall.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 187 of 255 PageID #:
5040
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 187 of 255 PageID #:
5040

Adam Love, Ph.D.
June 07, 2018
187

187

1   Q   We talked earlier about Exhibit 9, which was the

2       final investigation report itself.  And you

3       seemed uncertain about whether you had seen that

4       before or not.

5   A   This is the appendix to that report?

6   Q   Yes, this is the appendix to that report.

7   A   Yes, then I would have looked at it, yes.

8   Q   Do you know where you got a copy of the final

9       investigation report, July 2017?

10  A   If I would have gotten it, it would have been

11      from counsel.

12  Q   It is not on your flash drive?

13  A   That's right.

14  Q   And you said that you put on the flash drive the

15      documents you got from counsel, because that's

16      what you were told to do.  We think that's

17      missing.

18  A   Okay.

19  Q   Can you check for us?

20  A   I can for sure.

21  Q   Okay.  Thank you.  I am going back to your

22      expert report, Exhibit 3, and back to

23      Figure 2-3.  It is page 16 of your Exhibit 3.

24  A   I am there.

25  Q   In the top figure, we have PCE, and you call it



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 188 of 255 PageID #:
5050
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 188 of 255 PageID #:
5050

Adam Love, Ph.D.
June 07, 2018

188

```
 1        "interpolated groundwater PCE (top)."  What does

 2        it mean interpolated?

 3   A    That's the groundwater concentrations.

 4   Q    So interpolated doesn't mean you made up data?

 5   A    No.

 6   Q    It means that the data you had was used to

 7        contour what we see on this picture?

 8   A    That's right.

 9   Q    The bottom picture, if you read the description

10        further says "TCE (bottom)."

11            What seemed to bother people a lot is that

12        the color bar to the right is the same as the

13        one in the picture above and it is labeled

14        "PCE"?

15   A    I understand.  Because what this figure does is

16        it overlays the PCE concentrations.

17   Q    I tried to tell him that.  I tried to tell him

18        that.

19   A    With the lines that represent the TCE

20        concentrations, because the idea is to compare

21        in one figure the shape of the PC contamination

22        compared to the shape of the TCE concentration.

23   Q    Like in that red box?

24   A    Yes.

25   Q    There are some colors in there?
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 189 of 255 PageID #:
5051
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 189 of 255 PageID #:
5033

Adam Love, Ph.D.
June 07, 2018

189

```
1    A    Yes.

2    Q    Do those colors represent TCE?

3    A    They do.

4    Q    And do they match the same color scheme that is

5         for the PCE?

6              So if I see yellow or orange, should I be

7         looking at the 5,000, 5600 range.

8    A    That should be true, yes, although -- that

9         should be true.

10   Q    So if the title on the right-hand side instead

11        of just saying PCE, maybe we even had a second

12        bar that looked exactly the same, but it was

13        titled TCE, would that be accurate for what we

14        are seeing here?

15   A    I want to double-check before I said that for

16        sure.

17             The purpose of these is more to make that

18        the shape more so than the magnitude.  And so I

19        would want to double-check and make sure that

20        they are the same color coded scale.

21             But the idea is to show that similarities

22        in shapes between the PCE, TCE, and then on the

23        next figures, the --

24   Q    So let's go to 2-4, Figure 2-4, which is, again,

25        PCE and TCE; right?
```

Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 190 of 255 PageID #:
5052

Adam Love, Ph.D.
June 07, 2018

190

190

| | | |
|---|---|---|
| 1 | A | Right. PCE is at the top, and in this case -- |
| 2 | Q | Oh, cis. |
| 3 | A | -- cis-1,2-DCE is at the bottom. |
| 4 | Q | But the same thing applies, the bottom one is an |
| 5 | | overlay? |
| 6 | A | That's right. |
| 7 | Q | So all the information that's in the top picture |
| 8 | | is reflected in the bottom picture? |
| 9 | A | That's right. |
| 10 | Q | But then there are some additional data shown to |
| 11 | | give you a feel for this shape? |
| 12 | A | That's right. |
| 13 | Q | And is that it? |
| 14 | A | Yes. |
| 15 | Q | It seems like there was a 2-5, but I don't see |
| 16 | | it. Okay. |
| 17 | A | Those are the only two figures in it. |
| 18 | Q | We will go on to something else. All right. |
| 19 | | Do you have any information that would |
| 20 | | suggest that Von Duprin ever operated in this |
| 21 | | area other than at the Threaded Rod location? |
| 22 | A | I haven't seen any information that would |
| 23 | | reflect that. |
| 24 | Q | Have you seen any information to suggest that |
| 25 | | Von Duprin ever operated a dry-cleaning |



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 191 of 255 PageID #:
5093
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 191 of 255 PageID #:
5093
Adam Love, Ph.D.

 1      business?

 2   A  I have not.

 3   Q  On page 19, Footnote 45, I am looking for where

 4      that shows up in the text, it is near the top,

 5      talking about numerical integration of the

 6      concentration distributions, there is a big

 7      parenthetical there, for both chemicals

 8      indicates that approximately three-quarters of

 9      the CVOC mass in the shallow soil is

10      attributable to PCE.  And that references

11      Figure 3.3, which is the pie chart?

12   A  Right.

13   Q  Okay.  And in Footnote 45 you have some numbers,

14      76.7 grams per kilogram, square foot, and 28.4

15      grams per kilogram square foot for TCE.  Where

16      did those two numbers come from?

17   A  So the 76.7 grams per kilogram foot squared is

18      the result of the integration when you integrate

19      the plume in its two-dimensional form, which is

20      what happens when we do the averaging.  But it

21      is sort of an abstract number.  And so one of

22      the things I wanted to sort of do was to take

23      that result from the integration and translate

24      it into a number that's easier to understand.

25      What you can do, by taking that value,



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 192 of 255 PageID #:
5051
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 192 of 255 PageID #:
5051

192

Adam Love, Ph.D.
June 07, 2018

192

```
 1        multiplying it by the bulk density of soil and

 2        by a ten foot thick soil column, which is where

 3        the data comes from in order to spit out the

 4        amount of PCE that that number is sort of

 5        equivalent to, which in this case, that would

 6        reflect 34.7 kilograms of PCE and 12.9 kilograms

 7        of TCE.

 8   Q    In what?

 9   A    In the soil.

10   Q    Towards the beginning of your answer, you used

11        the word "plume," but I was pretty sure we were

12        talking about soil.

13   A    We are talking about soil.

14   Q    We are not talking about groundwater plume?

15   A    We are not.

16   Q    Okay.

17   A    Different numbers for groundwater.

18   Q    And so once you had achieved these numbers, 34.7

19        and 12.9 kilograms respectively, were those the

20        two numbers that were compared in the pie chart

21        and resulted in the 27 percent and 73 percent?

22        They look like it.

23   A    Yes.  Those actually weren't -- the specific

24        ones that I used was the 76.7 and 28.4, but they

25        are equivalent numbers.
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 193 of 255 PageID #:
5055

Adam Love, Ph.D.
June 07, 2018

193

193

```
 1    Q    Ratioed are the same?

 2    A    Yes.

 3    Q    On Table 1, on page 21.

 4    A    Yes.

 5    Q    In the downgradient area, the bottom part of

 6         that, TRMW-9D is there and TRMW-9DD is there.

 7         Do you know what happened to TRMW-9?

 8    A    I don't.  I would have to look at the data table

 9         and see what values were in it.

10    Q    Is TRMW-9D a separate boring from TRMW-9DD?

11    A    It is certainly a different screen interval.  I

12         don't know if they have a way to isolate the

13         difference between intervals in a single boring

14         or if they have multiple borings.  I would have

15         to go back to the log and look.

16    Q    I think these are nested wells, and there are

17         three of them, 9, 9D, and 9DD.

18         Is there any reason you can think of why

19         two of them were used but not the third one?

20    A    Again, I would have to go back and look at the

21         data in order to provide you with that.

22    Q    But you don't remember having anything to do

23         with MW-9 having below average concentrations of

24         CVOCs?

25    A    I don't remember that, no.
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 194 of 255 PageID #:
5058
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 194 of 255 PageID #:
5058

Adam Love, Ph.D.
June 07, 2018

194

194

```
 1    Q    As far as you know, you would have to look at it

 2         and see if you had a reason for eliminating

 3         that?

 4    A    I would.

 5    Q    In the upgradient database, on that same page,

 6         we have 6, 6D, and 6DD.  They are all three

 7         there.  All three of the nested wells on the

 8         upgradient side are included, even though MW-6

 9         has a very low concentration of PCE, not very

10         high.  About average on TCE.

11              So the question is, why use all three in

12         the nested on the upgradient and only use the

13         two on the downgradient that have high

14         concentrations of chlorinated solvent?

15    A    I don't know that to be true.  I would have to

16         take a look at the data in order to understand.

17    Q    But you can't think of any particular reason to

18         exclude MW-9 off the top of your head.

19    A    Not off the top of my head.

20    Q    I am on page 24, Figure 3-2.

21    A    Okay.

22    Q    And we have two different colors of wells.  Red

23         if PCE is greater than 500 parts per billion and

24         light blue if TCE is greater than 500, and PCE

25         is less than 500.  Is that my reading of the
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 195 of 255 PageID #:
5087
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 195 of 255 PageID #:
5087

Adam Love, Ph.D.
June 07, 2018

195

195

 1      legend right there?

 2   A  You are.

 3   Q  What are we showing or demonstrating here and

 4      why is 500 the number?

 5   A  Well, what we are showing is that the contrast

 6      between upgradient and downgradient water

 7      composition, because this ends up being an

 8      important geographic point for our separation of

 9      upgradient and downgradient location of the CVOC

10      plume.  So the change in groundwater character

11      between the blue points and the red points is

12      the point of this figure.

13   Q  It is kind of hard to see those contour lines,

14      but there is a blue one and a red one, but they

15      are both 500 parts per billion?

16   A  Well, they each have a 500 part per billion

17      contour line.

18   Q  Right.

19   A  And those are soil PCE and TCE concentrations.

20   Q  Got it.

21   A  And so you can see immediately downgradient of

22      those soil PCE and TCE concentrations where you

23      all of a sudden start picking up higher

24      concentrations of PCE in the groundwater.

25   Q  On page 19, you start talking about allocation



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 196 of 255 PageID #:
5053
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 196 of 255 PageID #:
5053

Adam Love, Ph.D.
June 07, 2018

196

```
 1      among upgradient area sources.

 2           You have already established it looks like

 3      46 percent of the plume mass in the site

 4      vicinity, and then at some point I thought you

 5      said 63 percent of the CVOCs in groundwater are

 6      from a local source.

 7           I should be looking at the second paragraph

 8      on that page.  Yeah.  It is the second sentence

 9      from the end of the second paragraph, that's a

10      long sentence.  "As indicated on Figure 3-4, a

11      proportional allotment of TCE in groundwater to

12      the Von Duprin site, based on the groundwater

13      PCE concentration and the TCE-PCE ratio in the

14      overlying shallow soil," example, "indicates

15      approximately 63 percent of the CVOCs in

16      groundwater beneath the Von Duprin site are from

17      a local source."

18           And then it gives 1,821 ppb, TCE plus 4,916

19      ppb of PCE.

20           The 63 percent, where does it actually come

21      from?  It didn't look like it was the 1,821 and

22      4,916.

23   A  So that comes from attributing all of the PCE

24      downgradient and a proportional amount of the

25      TCE to whatever the PCE concentration is to
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 197 of 255 PageID #:
5080
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 197 of 255 PageID #:
5080

Adam Love, Ph.D.
June 07, 2018

197

197

1      Von Duprin in the downgradient portion of the

2      plume.

3   Q   And the portion of TCE comes from Figure 3-3?

4   A   That's right.

5   Q   And the results of what we were just reading in

6      the text, is that reflected in Figure 3-4?

7   A   Yes.  Yes.

8   Q   And I thought you had said earlier, you just

9      said again that all the PCE was attributed to

10      Von Duprin; right?

11  A   Right.  The lower graph on Figure 3.4 reflects

12      that.

13  Q   And what about the cis?

14  A   So none of the cis, in our allocation, we

15      haven't given any of the cis to Von Duprin, and

16      so all of that ends up being attributed to the

17      upgradient properties.  But --

18  Q   Go ahead.

19  A   But, as you would expect, for PCE and TCE that

20      results from Von Duprin, some of that

21      cis-1,2-DCE would be expected to have also be

22      the result of releases from the Threaded Rod

23      property.

24  Q   So the first statement is the one I am

25      struggling with.  No cis was attributed to



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 198 of 255 PageID #:
5080
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 198 of 255 PageID #:
5080

Adam Love, Ph.D.
June 07, 2018

198

198

```
 1        Von Duprin, but then there is 2,743 shown on

 2        Figure 3-4 on the Von Duprin ledger.

 3   A    Ah.  Yeah.  That graph should really be

 4        downgradient instead of upgradient, because it

 5        is not meant to be -- here is what the

 6        upgradient PCE concentration profile looked like

 7        and then here's what it looked like essentially

 8        when you get to Von Duprin, which is the

 9        upgradient-most point of the downgradient

10        portion of the plume.

11   Q    So in the top figure on the left-hand side it

12        says upgradient, you're saying that should say

13        downgradient?

14   A    No.  That's essentially the downgradient-most

15        portion of the upgradient part of the plume.

16   Q    So that's what the concentrations are as they

17        come across from the upgradient area to the

18        downgradient area?

19   A    That's right.

20   Q    And what you're saying is none of the 764 got

21        attributed to Von Duprin?

22   A    None of that got attributed to Von Duprin.

23   Q    And I want to make sure, I want to understand

24        why we have a second figure.

25            The only difference is we split the TCE;
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 199 of 255 PageID #:
5081

Adam Love, Ph.D.
June 07, 2018

199

199

```
 1       correct?

 2   A   Yeah.  So the second bar graph on the top figure

 3       that's labeled Von Duprin, that's the one that

 4       should be more appropriately labeled upgradient

 5       compared to the downgradient.  Well, actually

 6       this is getting -- I know.  This is the

 7       upgradient-most point in the downgradient plume.

 8   Q   Okay.

 9   A   And the composition of it, looking at PCE, TCE,

10       and cis-1,2-DCE, the graph below it is the same

11       numbers that are in that bar graph.  Only in the

12       lower one we have split the TCE between that

13       which is in a consistent ratio with the source

14       on the Von Duprin property and everything else.

15           And when you look at everything else, for

16       example, the TCE labeled upgradient, the 1,276,

17       that number is pretty close to what the TCE

18       looked like before it crossed over the

19       Von Duprin property, which you can see in the

20       upper graph, which is that 1,376, which suggests

21       that there is at least consistency in the TCE

22       concentration across that boundary.

23   Q   I think I have got that.  Now that we looked at

24       all three of your opinions in the report and we

25       have kind of tried to explore what the data was
```



Adam Love, Ph.D.
June 07, 2018

200

200

```
 1         behind them, what the method or process was of

 2         going from data to opinion, I am looking back at

 3         opinion number 1, no continuous geologic layer.

 4         You looked at some reports, particularly borings

 5         related to MW-9 and I believe all three wells in

 6         the well cluster, 9, 9D, and 9DD and did not

 7         find a continuous, actually you didn't find any

 8         clay layer in those wells and concluded from

 9         that and from the distribution of concentrations

10         beneath those wells that there was not a

11         barrier; am I getting that right?

12    A    So there are multiple wells in that area in

13         those boring logs and the concentration

14         distribution beneath the Threaded Rod property

15         all suggested there is not a continuous geologic

16         layer.

17    Q    And opinion 2, we took the overall mass of

18         chlorinated solvents in groundwater and divided

19         it between upgradient and downgradient, and

20         that's what this opinion is about?

21    A    No.

22    Q    No?

23    A    Opinion 2 is stating the fact that the

24         chlorinated solvent contamination in the

25         groundwater is noticeable.  Fundamentally
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 201 of 255 PageID #:
5063
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 201 of 255 PageID #:

Adam Love, Ph.D.
201                              June 07, 2018

201

```
 1        divisible based on both geographic, as well as

 2        chemical characteristics.

 3   Q    So actually doing it comes in opinion 3?

 4   A    That's right.

 5   Q    Opinion 2 is it is possible and opinion 3 is

 6        here is now I am going to do it?

 7   A    And what the answer is.

 8   Q    And what the answer is.

 9             And in opinion 3, despite a little lack of

10        clarity about what RP means, what we are saying

11        is that these four locations contributed in

12        these relative amounts to the co-mingled

13        groundwater plume?

14   A    That's right.  The RP is really the parties in

15        the litigation and the properties that they

16        represent.

17   Q    But your opinion goes to the properties

18        themselves, not to the individual RPs?

19   A    Not to the individual companies.

20   Q    Yes.  Okay.

21   A    Whether or not the companies are RPs is a

22        legal --

23   Q    Got you.

24   A    Yeah.

25   Q    All right.  I gave you an opportunity earlier on
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 202 of 255 PageID #: 5064
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 202 of 255 PageID #: 5064

Adam Love, Ph.D.
June 07, 2018

202

                                                                    202

1        in the deposition to say what you wanted to say,

2        if anything, about the Rob Walker expert report.

3        You gallantly took a pass at that time.  Is that

4        still your choice now?

5    A   It is.

6    Q   I wanted to go back just briefly to your

7        documents.  And you gave us a flash drive --

8    A   I did.

9    Q   -- which contained documents.  We have looked at

10       that.

11           There are a few things that we didn't see

12       right off, one of which was the final

13       investigation report by Geosyntec, July 2017,

14       which you have identified as Exhibit 9, and its

15       appendices I think were Exhibit 10.  You're

16       aware of that document and you do think you have

17       it, it just didn't make it on the flash drive?

18   A   Yep.

19   Q   Secondly, you reference on Footnote 33 of your

20       report a U.S. EPA publication from January 1992?

21   A   Yep.

22   Q   We didn't see that on the flash drive.

23   A   It is publically available, so I didn't realize

24       that was something that needed to be produced.

25   Q   Do you have it handy?  I mean, is it something



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 203 of 255 PageID #:
5065
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 203 of 255 PageID #:
5065

Adam Love, Ph.D.
June 07, 2018

203

```
 1       that --

 2   A   I can search on the web.  You can do the key

 3       word search on the web and it will pop up.

 4   Q   There was a second document that I think may

 5       have fallen into that same genre.  It is

 6       actually near that place of 33, USGS document,

 7       2006, and it is referenced in your report.

 8   A   Again, that's something that is publicly

 9       available.

10   Q   So if we can't find it easily, you can help us

11       out?

12   A   I am happy to get it to you.  Yes.

13   Q   We went through and talked about several expert

14       reports that you had seen and maybe even

15       reviewed, even if they didn't fundamentally

16       impact on your expert report.  I don't think any

17       of those reports were on your flash drive

18       either.

19   A   I believe they were.

20   Q   Were they?  Okay.

21           MS. FRENCH:  Which ones?

22           MR. GRIGGS:  Any expert reports, all six of

23       them.

24   Q   Well, not your own maybe.

25   A   Mine wasn't.
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 204 of 255 PageID #:
5068

Adam Love, Ph.D.
June 07, 2018

204

204

```
 1   Q   The other five?

 2   A   All the other ones should have been on there.

 3   Q   We see them now.  I missed them earlier.

 4       MS. FRENCH:  Yeah, they are here.

 5   Q   We also talked about an interim set of

 6       calculations where the data points for a certain

 7       boring were summed up and averaged and you think

 8       there is a spreadsheet that contains that

 9       information?

10   A   I believe that's true.

11   Q   That wasn't on there?

12   A   That's correct.

13       MR. GRIGGS:  Is there anything else you

14       need?

15       MR. BOWMAN:  No problem.  I don't have a

16       problem.  Okay.

17       MR. GRIGGS:  Those are the only things I

18       can think of.

19       MR. BOWMAN:  Okay.  We are going to put up

20       the pdf of the spreadsheet, not to ask you a lot

21       of questions about it, but just to make sure it

22       is part of the record.

23       (Love Deposition Exhibit 12 was marked for

24       identification.)

25   Q   So what we have marked as Exhibit 12 is a pdf
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 08/27/18   Page 205 of 255 PageID #:
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 205 of 255 PageID #:
5067
5064

Adam Love, Ph.D.
June 07, 2018

205

```
 1          output of the data compilation that you provided

 2          this morning on an Excel file.

 3    A     Right.

 4    Q     I had a question about the data compilation.

 5          And if you need to look at it, we think we can

 6          put on the screen an Excel version.  But we went

 7          and looked at the data that's in the dataset and

 8          we found some data for the Moran site from 1996.

 9    A     Huh.  Okay.

10    Q     But your report indicates that you only included

11          data back to 2004.  And so we are wondering

12          whether that '96 data was actually used in any

13          of your calculations.

14    A     I would have to go back and take a look.  I

15          don't know the answer to that off the top of my

16          head.

17    Q     So you didn't happen to notice this older data

18          in the database when you were working with it?

19    A     I did not.

20    Q     Is it possible that the statement in your

21          report, that you used data back to 2004, should

22          actually say back to 1996, if this was in the

23          database?

24    A     If this was in the database, then I would want

25          to amend that to say that.
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 206 of 255 PageID #:
5063
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 206 of 255 PageID #:
5063

Adam Love, Ph.D.
June 07, 2018

206

1    Q    But if this data happened to fall within the --

2         was soil data between 10 and 15 feet or 10 feet

3         or greater, you wouldn't have needed it anyway?

4         Because you're only looking at soil data 10 feet

5         and up?

6    A    That's right.  For the purposes of allocation of

7         contribution in the upgrading area.

8    Q    In looking at the database, is there any way to

9         tell if you used the data or you didn't use the

10        data?

11   A    Not from this database, no.

12   Q    From the other spreadsheet that we are going to

13        get, will it be obvious to us from that which

14        data got used in calculating the averages?

15   A    Yes.

16   Q    So we can look at that when we get it, and if we

17        don't see the '96 data, we can tell you didn't

18        use it, if it is there, then obviously you did?

19   A    That's right.

20   Q    Before I turn this over to any who would wish to

21        follow, can you think of any answers or

22        testimony you have given that you would like to

23        change, anything you would like to correct or

24        clarify that you thought about later and said,

25        hey, maybe I should add something to that?  I am



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 207 of 255 PageID #:
5060
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 207 of 255 PageID #:
5060

Adam Love, Ph.D.
June 07, 2018

207

207

1      willing to let you have the chance.

2   A   Not that I can think of.

3   Q   All right.  He is going to stand on what he has

4       got and I am going to stand on the questions I

5       have asked.  Thank you very much.

6   A   Okay.

7

8   CROSS-EXAMINATION,

9     QUESTIONS BY SAMUEL GARDNER:

10  Q   Dr. Love, I am Sam Gardner, I think I'm next up.

11      We met at the beginning.  But just so you know,

12      I represent two defendants in this matter, Major

13      Tooling and Major Holdings.  And I just have a

14      couple questions for you, especially because

15      Sean is charging me by the question over here,

16      so I will try to keep this as brief as I can.

17      And I don't mean to repeat questions that you

18      have already been asked, but I do have one

19      question that Sean just touched on, and I think

20      you touched on earlier in your deposition that I

21      want to clarify, because I had a similar

22      understanding as to your use of the term

23      "responsible parties" or "RPs" in your report.

24          So just to clarify, are you offering an

25      opinion that a specific percentage of the



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 208 of 255 PageID #:
5070
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 208 of 255 PageID #:

Adam Love, Ph.D.
208                     June 07, 2018

208

```
 1        overall CVOC mass should be allocated to any

 2        particular entity?

 3   A    No.  That allocation I have in opinion 3 is

 4        meant to allocate the CVOC mass to different

 5        source areas.  And those different source areas

 6        represent the properties of the four parties in

 7        this lawsuit.

 8   Q    So if there were multiple entities that owned or

 9        operated the same site over the course of a

10        period of time, you're not testifying about

11        which one of those entities should bear the

12        responsibility for the percentage that you

13        determined should be allocated to that site?

14   A    I didn't do any technical evaluation that would

15        support that.

16   Q    Did you review any information or were you

17        provided any information that would allow you --

18        well, strike that.

19             Are you aware of any information as to the

20        specific activities that each entity conducted

21        on each site?

22   A    I have read all of the technical reports

23        provided to me that in many instances talks

24        about the types of operational activities that

25        happen at the properties where they know.  And
```



Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 209 of 255 PageID #:
5076

Adam Love, Ph.D.
June 07, 2018

209

209

```
 1          so I have read that information, but I haven't

 2          been asked to use that information to apportion

 3          among the parties of a given property.

 4    Q     Just a couple questions about your report, which

 5          is Exhibit 3.

 6               On page 5 of your report you give an

 7          overview of the Zimmer Building.  And you

 8          reference a parts washer located in the

 9          building's maintenance department that was used

10          between approximately 1997 and 2012.  Are you

11          familiar with that?

12    A     I see that.

13    Q     In the following sentence you say, "An unknown

14          solvent was used in the washer."

15               Do you see that?

16    A     I do.

17    Q     Are you aware of any evidence showing that the

18          unknown solvent that you referenced in that

19          sentence was a chlorinated solvent?

20    A     No.

21    Q     You weren't provided with any documents or other

22          information showing that it was a chlorinated

23          solvent?

24    A     No.

25    Q     Did you review any hazardous waste manifests
```



Case 1:16-cv-01942-TWP-DML  Document 140-10  Filed 09/27/18  Page 210 of 255 PageID #:
5079
Case 1:16-cv-01942-TWP-DML  Document 137-2  Filed 07/27/18  Page 210 of 255 PageID #:
5079

Adam Love, Ph.D.
June 07, 2018

210

210

```
 1        related to the Zimmer Building?

 2   A    Not that I can recall.

 3   Q    If there were hazardous waste manifests for the

 4        Zimmer Building that would show no chlorinated

 5        solvents had been used at the building, how

 6        would that change your opinion?

 7   A    Well, obviously, depending on how complete the

 8        hazardous records are, the history of the

 9        operations, considering that, you know, the

10        building operated for awhile, unless there was a

11        complete set of the hazardous waste manifests,

12        it wouldn't change my opinion at all.

13   Q    But if it were a complete set?

14   A    If it was a complete set of hazardous manifests

15        that showed no CVOCs being used, I would want to

16        take that into account.  But I'm still not sure

17        it would -- well, it wouldn't change my opinion

18        at all that there was contamination from the

19        property, because of the soil contamination, but

20        the source of it would be uncertain.

21   Q    The source could have been from somewhere else?

22   A    Well, if there is near a surface soil

23        contamination, it is unlikely that it is from

24        somewhere else.  It just would be hard to

25        connect it specifically to facility operations.
```



Adam Love, Ph.D.
211                          June 07, 2018

```
 1        But if it was released and there is near surface

 2        soil contamination, it is hard for it to

 3        geographically move without it having originated

 4        there.

 5   Q    Earlier you testified that, when possible, you

 6        look at witness, for your review, witness

 7        testimony in determining whether contaminations

 8        occurred at a site.

 9            Did you review any testimony relating to

10        the Zimmer Building before you drafted this

11        report?

12   A    Not that I can think of.

13   Q    You don't recall reviewing any testimony from

14        David Brown about the Zimmer Building?

15   A    I do not.

16   Q    And if Mr. Brown testified that no chlorinated

17        solvents were used at Zimmer Building, would

18        that change your opinion?

19   A    It wouldn't change my opinion that there were

20        contamination on site because you see it on the

21        parcel.

22            Again, I wouldn't be able to attribute it

23        to any facility operations, but it still doesn't

24        change the observations that there is

25        contamination on the property.
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 212 of 255 PageID #:
5074
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 212 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

212

212

```
 1    Q   Let's turn to the Zimmer Paper Building, which

 2        is that paragraph or section right below the

 3        paragraph about the Zimmer Building.

 4            Were you provided with any information

 5        showing that Moran ever owned or operated the

 6        Zimmer Paper Building?

 7    A   I had heard that they had -- and I may not get

 8        this right, they had owned some portion of it or

 9        for some period of time, but I don't know the

10        details of that.

11    Q   So you don't know when they would have owned or

12        operated it?

13    A   I may have been told, but I don't remember

14        specifically.

15    Q   Are you aware of any evidence showing or proving

16        that chlorinated solvents were used at the

17        Zimmer Paper Building?

18    A   I don't believe there was any documentation that

19        specifically shows chlorinated solvents as an

20        operational context.  But as with the Zimmer

21        Building, the observation of contamination on

22        the property reflects that there was at least

23        some release there.

24    Q   So you infer that there was?

25    A   Well, when a release happens and you see it and
```



Case 1:16-cv-01942-TWP-DML Document 140-10 Filed 09/27/18 Page 213 of 255 PageID #:
5075
Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 213 of 255 PageID #:
5075

Adam Love, Ph.D.
June 07, 2018

213

213

```
 1        it contaminates the near surface soil, unless

 2        you can track that contamination to a different

 3        location, generally it is assumed that their

 4        release is in the same location as the near

 5        surface soil, otherwise you would be able to see

 6        the transport pathway from whatever other source

 7        it might be from.

 8    Q   Do you know all the entities that are owned or

 9        operated at the Zimmer Paper Building?

10    A   Probably not.

11    Q   In this section regarding the Zimmer Paper

12        Building, you reference a underground storage

13        tank.

14            Do you see that?

15    A   I do.

16    Q   Do you know which entity in the chain of title

17        for the Zimmer Paper Building used that storage

18        tank?

19    A   I don't specifically recall.  I am sure I read

20        it, but I can't specifically recall.

21    Q   On Figure B-1, which is page 7 of your report, I

22        know Sean asked you a few questions about it.

23        So, again, just to clarify, what's been marked

24        as Exhibit 12 is a spreadsheet that you were

25        provided that contains a number of data points;
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 214 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

214

| 1 | | is that correct? |
|---|---|---|
| 2 | A | That's right. |
| 3 | Q | And were those data points, were all of those |
| 4 | | data points, at least those after 2004, used to |
| 5 | | create Figure B-1? |
| 6 | A | Yes. |
| 7 | Q | So if a spreadsheet that's Exhibit 12, and I |
| 8 | | won't make you pull it up and make Glenn try to |
| 9 | | navigate his way through it, but if it includes |
| 10 | | a location for a vertical aquifer profiling |
| 11 | | location labeled VAP-3, that 3 data would be |
| 12 | | reflected in Figure B-1? |
| 13 | A | B-1 is only going to reflect groundwater CVOC |
| 14 | | data, but any of the groundwater CVOC data will |
| 15 | | be incorporated into B-1. |
| 16 | Q | Just a couple more questions. |
| 17 | | On page 16 of your report, Figure 2-3, you |
| 18 | | state that the red box indicates an area of |
| 19 | | suspected TCE sewer releases from up sewer |
| 20 | | gradient. |
| 21 | | What does up sewer gradient mean? |
| 22 | A | So sewers typically flow by gravity.  And so up |
| 23 | | sewer gradient means essentially uphill in the |
| 24 | | sewer direction. |
| 25 | Q | Where did you get the information that there was |



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 215 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

215

215

```
 1        suspected TCE sewer releases from up sewer

 2        gradient?

 3   A    I had initially seen that in one of the Wilcox

 4        reports that describe the sewers in that area,

 5        so that they cross the area, brick sewer, and

 6        another sewer line, and so that was the source

 7        originally, yeah.

 8   Q    So it was Wilcox who suspected the TCE releases?

 9   A    The Wilcox report pointed out that the sewers

10        were prone to leakage.

11   Q    I am not trying to make this more complicated

12        than it is.  I just want to know, you used the

13        term "suspected TCE sewer releases."  I just

14        want to know who suspected there were TCE sewer

15        releases?

16   A    Ah.  Yeah.  The original documentation was in

17        one of the Wilcox's report that talked about

18        there being suspected sewer releases in that

19        area.

20             And looking at the data, that data would

21        reflect those types of releases.

22   Q    One more question here.  On the top figure for

23        Figure 2-3, I am not sure entirely how to

24        identify it, but towards the bottom and the left

25        of the map, you see two circles that are
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 216 of 255 PageID #:
5073
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 216 of 255 PageID #:
5073

Adam Love, Ph.D.
216                                    June 07, 2018

                                                                216

 1        connected and then to the right of those you see

 2        a separate blue dot at the corner of that

 3        building.

 4             Do you see where I am referring?

 5   A    I do.

 6   Q    Do you know how many data points were used or

 7        are being depicted in that separate blue circle?

 8   A    I don't know off the top of my head.

 9   Q    It could be one?

10   A    It could be one.  I would have to go look and

11        see if it was or not.

12   Q    And where would you look, in that spreadsheet

13        that you are going to provide to us?

14   A    That's right.  Well, I mean, the spreadsheet

15        that -- well, I guess you would have to look at

16        the average data together.

17             MR. GARDNER:  I have got nothing else at

18        this time.

19

20   CROSS-EXAMINATION,

21     QUESTIONS BY GLENN D. BOWMAN:

22   Q    I got a few minutes.  Wow, this will be

23        interesting, get it out of the way.

24             Distinct soil CVOC concentrations, distinct

25        shallow soil to CVOC concentrations and



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 217 of 255 PageID #:
5070
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 217 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018
217

217

 1     suspected source areas are an indication of

 2     release in that area; correct?

 3   A   They are.

 4   Q   You were asked that earlier by Mr. Griggs.

 5        As I look at your report, it appears to me

 6     that that is a fundamental fact on which your

 7     entire report is written, i.e., you looked at

 8     distinct soil, shallow, of CVOCs within a

 9     certain area to determine release; correct?

10   A   That's right.

11   Q   You found that at Threaded Rod, in using that

12     simple concept, were able to, and along with

13     groundwater and along with different chemical

14     characteristics, were able to allocate, within

15     freight parameters, a percentage that you felt

16     was the contribution in that source, that area,

17     to the groundwater; correct?

18   A   I was.

19   Q   Is this a radical thing that people in your

20     trade practice have never done before?  Is this

21     something you made up or is this, in your mind,

22     an accepted practice of looking at shallow soil

23     impacts, as a distinct, as a means of

24     determining extent of release?

25   A   No.  I mean, this is a common practice in the



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 218 of 255 PageID #:

Adam Love, Ph.D.
218                                June 07, 2018

                                                                      218

1        field.  I mean, I think anybody that does

2        freight and transport of contaminants in the

3        environment recognizes that a completed pathway

4        from source through shallow soil to groundwater

5        really is one of the most important thresholds

6        for establishing whether or not there is a

7        connection between a source and groundwater

8        impacts.

9    Q   And I believe I sent to you, because I thought

10       you might be interested in seeing it, an interim

11       remediation plan for Von Duprin to take out some

12       soil at Threaded Rod; right?  You have seen

13       that?

14   A   I saw that.

15   Q   That's not on the flash drive.  But that tells

16       you enough to know, has any soil remediation

17       been conducted on the former Threaded Rod

18       property that you are aware of?

19   A   Not that I am aware of.

20   Q   So then what you do is you go upgradient, and

21       using similar soil data, allocate among

22       upgradient sources the same sort of analysis;

23       right?

24   A   That's right.

25   Q   And the effort was to make sure that the soil



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 219 of 255 PageID #:
5058

Adam Love, Ph.D.
June 07, 2018

219

219

```
 1         samples analyzed were not saturated and that you

 2         weren't getting some sort of a soil -- well,

 3         one -- let's not do a compound question.  One,

 4         the effort was to make sure that the soil

 5         samples were, indeed, soil samples and they

 6         weren't saturated?

 7    A    That's right.  And they remain distinct in terms

 8         of the source of their contamination.

 9    Q    And in doing that, you went ten feet and above?

10    A    That's right.

11    Q    Or above ten feet.

12              And then you used what you believe would be

13         soil samples that were indicative of the

14         circumstances at the time of release, not at

15         some post-excavation time?

16    A    That's right.

17    Q    Okay.

18    A    To the degree to which we had data to reflect

19         those properties.

20    Q    Right.  I just think helpful for the record to

21         have in that tranche what, in essence, was done.

22         You then averaged the groundwater.

23              Explain within this process why you did

24         that and why you think it works here.

25    A    Yeah.  Again, the averaging was really just a
```



Adam Love, Ph.D.
220                                    June 07, 2018

```
 1          way of creating a single representative number

 2          for a given location that we did averaging for.

 3              People do averaging all the time when you

 4          want to combine data down into a single

 5          representative number.  And in this case, you

 6          know, we did it for every location.

 7     Q    Well, let's take an example.  For a point

 8          downgradient of both Von Duprin and Threaded

 9          Rod, downgradient of Threaded Rod and obviously

10          downgradient from everybody else, an assertion

11          would be made, that in passing that groundwater,

12          could be from all of the four sources.  By

13          averaging, you end up with a number, how is it

14          that you account for, even by using an average,

15          the various contributions of the various

16          properties?

17     A    Right.  So the average can only reflect the

18          total amount of CVOC at any given location.  And

19          so the total then gets split apart in the

20          methodology described.

21              In the downgradient area, the portion that

22          reflects the chemical composition that is

23          consistent with the contamination from the

24          Threaded Rod property is assigned to that.  The

25          remainder of the contamination was then
```



Adam Love, Ph.D.
221                                June 07, 2018

                                                                        221

 1        attributed to upgradient sources.

 2   Q    Right.

 3   A    And then all of the contamination in the

 4        upgradient area, plus the contamination from the

 5        downgradient area that wasn't attributable to

 6        Threaded Rod was totaled up and then divided

 7        among the different parties based on the extent

 8        of their soil contamination at the property that

 9        they are responsible for, for lack of a better

10        term.

11   Q    Right.  So I guess the way I would say it is, it

12        appears to me then you're averaging the

13        groundwater, we are averaging groundwater, and

14        through that averaging, it doesn't benefit any

15        particular property owner over the other, it is

16        an average; correct?

17            It doesn't benefit, by averaging it doesn't

18        benefit a particular property owner here, does

19        it?

20   A    I don't believe so.  It is just meant to take

21        all of the variability in time and in distance

22        within the single location, as I said, and

23        create one representative value for it.

24            MR. BOWMAN:  That's all I have.

25



Connor Reporting
www.connorreporting.com            317.236.6022

Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 222 of 255 PageID #:
5084
Case 1:16-cv-01942-TWP-DML   Document 157-2   Filed 07/27/18   Page 222 of 255 PageID #:
5084

Adam Love, Ph.D.
June 07, 2018

222

222

1    REDIRECT EXAMINATION,

2        QUESTIONS BY E. SEAN GRIGGS:

3    Q   One redirect.

4            We talked -- Mr. Bowman asked you about

5        distinct shallow soil samples ten feet and

6        above.

7    A   Uh-huh.

8    Q   Earlier we made a distinction between what you

9        called investigation samples and what you called

10       confirmation samples.

11   A   Uh-huh.

12   Q   Does distinct shallow soil samples ten feet and

13       above include confirmation samples?

14   A   I don't believe that the database that we used

15       included confirmation samples.  I would have to

16       go back and check.  I believe it is just

17       investigation samples.

18           Again, I would have to go back and

19       double-check that.

20   Q   You told me earlier that it only included

21       investigation samples.  Are you now being

22       uncertain?

23   A   I believe that to be true.

24   Q   Okay.  You're hedging.

25   A   Well, it is a big database, there are thousands



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 223 of 255 PageID #:
5085
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 223 of 255 PageID #:
5083

Adam Love, Ph.D.
June 07, 2018

223

223

```
 1      of data points.  And I, unfortunately, haven't

 2      put them all to memory.

 3   Q  Is there any way to identify confirmation

 4      samples as opposed to investigation samples in

 5      your database?

 6   A  I would have to go back and look at all the

 7      columns in the database to see whether or not

 8      that's something --

 9   Q  So that's a maybe?

10   A  It is a maybe.

11   Q  To the best of your knowledge, do you have any

12      shallow soil samples from the Ertel site within

13      the area of excavation of 37,000 tons of soil?

14   A  No, I don't believe so.

15   Q  And we are on page 4 of your report where you

16      say 37,000 tons of soil.

17   A  Right.  Yeah.

18   Q  So your, oh, so helpful distinct shallow soil

19      samples ten feet and above completely omit any

20      samples from an area covered by 37,000 tons of

21      soil at Ertel?

22   A  There is no data for the soil that was removed.

23   Q  Correct.  Lower on page 4, in fact, the last

24      paragraph, we are now dealing with Moran Motor

25      Shop, Moran Dynamometer Building.  Apparently
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 224 of 255 PageID #: 5088

Adam Love, Ph.D.
224                                          June 07, 2018

224

```
 1        there was 4,600 tons of impacted soil from the

 2        depths 15 feet and above, which I think includes

 3        10 feet and above.  How many samples do you have

 4        of that soil?

 5   A    Of the soil that was removed?

 6   Q    Yes.

 7   A    I can't think of any soil characterization of

 8        those soils, of the soil that was removed in the

 9        excavation.

10   Q    Correct.  One page over, on page 5, under

11        Zimmer Paper Building, the last paragraph, here

12        we go from tons to cubic yards.  We have 7,350

13        cubic yards of soil removed, along with a 16,000

14        underground storage tank.  Do you know how many

15        distinct shallow soil samples ten feet and above

16        you have of that soil?

17   A    I don't believe there is data on that soil that

18        was excavated.

19   Q    So you're comparing three sites and dividing

20        responsibility among those three sites when big

21        portions of all three of those sites is missing;

22        is that correct?

23   A    Well, we don't know that the soil that was

24        removed at any of those was, in fact, CVOCs.

25   Q    Let's use your words.  Let's go to Moran.
```



Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 225 of 255 PageID #:
5087

Adam Love, Ph.D.
225                          June 07, 2018

                                                                 225

     1        4600 tons of impacted soil, what did you mean by

     2        impacted soil?

     3   A    I mean, in Moran's case, that soil that was

     4        removed was likely CVOC impacted soils.  But

     5        there was also earlier soil investigation

     6        samples that were taken.  So I don't think it

     7        would change the analysis to have measured that,

     8        given that there were already investigation

     9        samples collected.

    10   Q    This says the buildings were demolished in 2009.

    11        It isn't clear when the removal of the 4600 tons

    12        occurred, but presumably 2009 or after, since

    13        the buildings weren't gone until 2009, but you

    14        think there might have been samples taken in

    15        that area, investigation samples that are

    16        included in the database and I would be able to

    17        find them if they are in the database?

    18   A    There are certainly soil samples from that

    19        property.  And presumably those investigation

    20        samples were part of what helped them determine

    21        the extent of the remedial activity.  So my

    22        expectation is, yes, that the investigation

    23        samples would have some overlap with the area of

    24        excavation.

    25   Q    So we need to look at the database for samples



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 226 of 255 PageID #:
5063
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 226 of 255 PageID #:
5068

Adam Love, Ph.D.
June 07, 2018

```
 1        at Moran that predated the removal of the soils,

 2        and if they are there, then to that extent that

 3        they are there, that takes into account whatever

 4        was removed in the 4600 tons?

 5   A    The soil investigation data was what was used to

 6        integrate the chlorinated VOC mass for that

 7        property.

 8   Q    Would you say the same is true regarding the

 9        37,000 tons at Ertel, that some investigation

10        must have been done in that area before they

11        started excavating, therefore, those data points

12        are investigation samples that should be in the

13        database?

14   A    Presumably -- you know, I would want to go back

15        and check specifically, but presumably there has

16        been some investigation that drove the extent of

17        the excavation activity.  They didn't just dig

18        blindly.

19   Q    Right.  No question that they were taking

20        samples during the excavation and ultimately

21        took confirmation samples.

22            My question to you is whether you know if

23        they took investigation samples that predated

24        2007 when they took 37,000 tons away, and you're

25        saying you think maybe there were?
```



Connor Reporting
www.connorreporting.com

317.236.6022

```
 1    A    Well, if they were taking samples on an ongoing

 2         basis during the excavation, I would consider

 3         those to be investigation samples.

 4    Q    Okay.

 5    A    Because they were using those in that site

 6         investigation matter to determine the extent and

 7         magnitude of contamination in terms of directing

 8         what soil gets excavated.

 9    Q    Would it matter to you if those samples were

10         taken in disturbed or undisturbed areas?

11    A    Disturbed in what way?

12    Q    Meaning they have already taken stuff out of it.

13         They have already removed soil.

14    A    If their samples were being taken from original

15         soil, then they would reflect the site

16         conditions, although it may be scrambled up a

17         little bit if they were mixed.  That's different

18         than sampling clean backfill that they should

19         put on the property after the excavation.

20    Q    And just to close the loop, is your answer the

21         same with respect to the 7,350 cubic yards of

22         soil at the Zimmer Paper Building, we should be

23         looking for samples in the area of excavation of

24         the original soil prior to the excavation work?

25         And if we find those, those should be
```



Case 1:16-cv-01942-TWP-DML Document 137-2 Filed 07/27/18 Page 228 of 255 PageID #: 5090

Adam Love, Ph.D.
June 07, 2018

228

228

```
 1        representative of the conditions of the soil

 2        that was removed?

 3   A    The samples that were used to help direct the

 4        extent of the excavation are samples that would

 5        be representative of the site near soil surface

 6        conditions.

 7             MR. GRIGGS:  That's all I have.

 8             MR. BOWMAN:  I think you cleaned it up.

 9             MR. GARDNER:  Nothing.

10             MR. GRIGGS:  He will want signature.  I

11        don't represent him, but I am sure he will want

12        signature.

13             THE REPORTER:  Do you need a copy of the

14        transcript?

15             MR. BOWMAN:  Yes.  E-Tran.

16             THE REPORTER:  Do you need a copy?

17             MR. GARDNER:  E-Tran is fine.

18             (Time Noted:  4:09 p.m.)

19

20                  AND FURTHER DEPONENT SAITH NOT.

21

22

23

24             _____
                    ADAM HAMILTON LOVE, Ph.D.,

25
```



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 229 of 255 PageID #:
Case 1:16-cv-01942-TWP-DML   Document 137-2   Filed 07/27/18   Page 229 of 255 PageID #:
5009
5008

Adam Love, Ph.D.
June 07, 2018
229

229

```
 1    STATE OF INDIANA          )
                                )  SS:
 2    COUNTY OF HAMILTON        )

 3

 4         I, Diane Zeyen, RPR, a Notary Public in and for

 5    the County of Hamilton, State of Indiana, at large,

 6    do hereby certify that ADAM HAMILTON LOVE, Ph.D.,

 7    the deponent herein, was by me first duly sworn to

 8    tell the truth, the whole truth, and nothing but the

 9    truth in the aforementioned matter;

10         That the foregoing deposition was taken on

11    behalf of the Plaintiff, at the offices of

12    Barnes & Thornburg, 11 South Meridian Street,

13    Indianapolis, Marion County, Indiana, on the 7th

14    day of June, 2018, at 8:56 a.m., pursuant to the

15    Federal Rules of Civil Procedure;

16         That said deposition was taken down in

17    stenograph notes and afterwards reduced to

18    typewriting under my direction, and that the

19    typewritten transcript is a true record of the

20    testimony given by the said deponent; and that the

21    signature by said deponent to his deposition was not

22    waived;

23         That the parties were represented by their

24    counsel as aforementioned.

25         I do further certify that I am a disinterested
```



Case 1:16-cv-01942-TWP-DML   Document 197-2   Filed 07/27/18   Page 230 of 255 PageID #:
5002

Adam Love, Ph.D.
June 07, 2018

230

230

1   person in this cause of action, that I am not a

2   relative or attorney of either party or otherwise

3   interested in the event of this action, and that I

4   am not in the employ of the attorneys for any party.

5        IN WITNESS WHEREOF, I have hereunto set my hand

6   and affixed my notarial seal on this _____ day of

7   June, 2018.

8

9

10                    N O T A R Y   P U B L I C

11

12   My Commission Expires:

13   September 2, 2024

14   County of Residence:

15   Hamilton County

16

17

18

19

20

21

22

23

24

25



Adam Love, Ph.D.
June 07, 2018

1                                                                                 Index: $300..4600

**$**

$300  53:11

$90,000  53:19

**0**

0  82:17,23

0.1  82:11,17,23

04  142:19

08  142:20

09  142:20

**1**

1  8:8,9,16 9:4 28:25 31:20 33:6,7 72:17 91:21 101:4 104:18,23 112:23 113:8 115:24 116:3 125:7,8 129:10 169:18 172:12 176:20,22,23 193:3 200:3

1,2-cis  135:18

1,276  199:16

1,376  199:20

1,821  196:18,21

1-1  77:9 115:24 116:2 117:18 118:10

1-2  77:13 106:21 110:25 113:2 115:24 116:2,9,16, 20 124:20,23

1.1  109:23,24 110:11 111:23 112:10 113:11 114:17

1.2  107:23 113:17,24 114:17,21 115:8

10  106:10 165:13 178:11, 13,15 179:16 186:13 202:15 206:2,4 224:3

10,000  128:13

100-year  164:21

105  124:21

106  113:10 124:21

106D  115:7

10:09  54:9

10:10  54:10 55:5

10:11  55:6

10:13  58:3

10:25  58:4

11  11:15,18 131:5 185:10 186:7,9

11:37  105:4

11:46  105:5

12  166:6 204:23,25 213:24 214:7

12.9  192:6,19

12:30  130:24

13  143:11 162:11,14

1308  95:9

13D  115:7

14  143:11 176:3

15  179:17 206:2 224:2

16  117:16 178:16 187:23 214:17

16,000  224:13

18  11:12,17

1804  95:9

18th  91:24

19  47:10 191:3 195:25

1900  101:19

1901  95:8

1929  90:22 110:3,5,15 118:4

1980  104:9

1980s  104:4

1992  202:20

1996  205:8,22

1997  209:10

19th  95:10 110:7 114:2 124:9,11 137:17

1:24  130:24

**2**

2  9:2 10:9,11 11:25 29:11 67:18 91:21 131:6 140:9 145:6 162:15 166:7 171:16 200:17,23 201:5

2,743  198:1

2,951  186:19

2-  78:11

2-1  77:16 78:11 80:7 81:5 106:10 143:11,17 176:4

2-2  78:19

2-3  78:21 187:23 214:17 215:23

2-4  78:23 189:24

2-5  190:15

2.1-B  83:5

20  145:5 169:19

2004  89:8,22 142:10,14 148:10,12,22 149:1,2 205:11,21 214:4

2005  55:2

2006  117:13 203:7

2007  151:11 226:24

2009  42:13 225:10,12,13

2012  16:22 55:2 209:10

2013  27:17 55:2 108:16, 24

2014  25:9 185:13

2015  108:17

2016  16:24 25:8 27:18 117:15

2017  23:6,13,14 24:1,2 25:8,22 90:24 91:24 186:15 187:9 202:13

2018  11:12 16:8 24:7 25:21,23 26:3,11 42:2 44:16 148:22

20th  91:24

21  11:12 24:7 25:16 44:23 46:11 53:16 176:20 193:3

21st  42:2,9

22nd  46:10 49:12

23  44:16 79:2

24  21:24 194:20

27  79:8 192:21

28.4  191:14 192:24

29  101:9,12,21 138:17 185:13

2:18  165:11

2:24  165:12

2:30  165:9

**3**

3  11:11,17 12:17,19,21 13:14 14:12 45:11 52:9 53:7 67:5 68:14 72:6 75:19 86:10 91:21 92:10 100:7,9 101:4 105:9 131:5 133:3,8 140:9 160:20 187:22,23 201:3, 5,9 208:3 209:5 214:11

3-1  79:2 141:12

3-2  79:6 194:20

3-3  177:21 178:10 197:3

3-4  196:10 197:6 198:2

3-5  79:8 137:22

3.1  113:9,10 137:1,2 141:2

3.3  191:11

3.4  197:11

3.5  137:6,10

30  27:2

31  13:11

33  202:19 203:6

34.7  192:6,18

36  13:11

37,000  223:13,16,20 226:9,24

38  91:22

39  185:10 186:11

**4**

4  43:3,6 68:4 91:21 223:15,23

4,600  224:1

4,916  196:18,22

40  27:2 122:5

42  91:22

45  191:3,13

46  196:3

4600  225:1,11 226:4



**5**

**5** 44:12 45:8,9,15 46:5 91:21 209:6 224:10

**5,000** 189:7

**5.1** 94:19

**50** 8:14 122:5

**500** 194:23,24,25 195:4, 15,16

**54** 98:3,11,15,18 103:1

**5600** 189:7

**6**

**6** 44:10,14 64:7 66:21 166:8 194:6

**60** 26:25 44:16

**63** 196:5,15,20

**673** 108:7

**683** 108:6

**687** 108:12

**689** 108:12

**693** 108:6

**6D** 194:6

**6DD** 194:6

**7**

**7** 11:18 47:14,16 48:25 49:5 68:16 92:12 94:14, 15,17 177:5 213:21

**7,000** 169:4

**7,350** 224:12 227:21

**70** 26:25

**703** 108:6

**713** 108:6

**723** 108:5

**73** 192:21

**75** 91:11

**76.7** 191:14,17 192:24

**764** 198:20

**7th** 10:18,21,24

**8**

**8** 50:4,6 91:18,20 105:9, 20 111:2

**80,000** 128:24 130:4

**80-** 53:19

**80s** 104:15

**860** 29:12

**87** 162:18,21,23

**9**

**9** 90:15,16 108:15 115:20 187:1 193:17 200:6 202:14

**937** 29:16

**96** 205:12 206:17

**9D** 107:11 123:15 124:25 193:17 200:6

**9DD** 107:11 123:16 124:25 193:17 200:6

**A**

**A.J.** 124:9

**a.m.** 49:1 54:9,10 55:5,6 58:3,4 105:4,5

**absence** 125:18

**absolutely** 60:6 104:20 157:11 169:22

**absorbed** 164:17

**absorption** 182:23

**abstract** 191:21

**accept** 159:10

**acceptable** 8:5 10:2

**accepted** 71:16 217:22

**accepting** 48:16

**access** 95:3

**accomplish** 13:25 14:8 20:24 36:23 37:8

**account** 104:5 130:19 138:7,13 145:11 155:5 160:13 210:16 220:14 226:3

**accounted** 145:15

182:5,6

**accounting** 38:23,25

**accreditation** 34:17

**accreditations** 34:11

**accuracy** 116:8

**accurate** 10:6 26:4 31:20,25 79:17 151:24 189:13

**acetate** 122:9

**achieve** 65:1

**achieved** 159:11 192:18

**acted** 51:20

**acting** 57:20

**action** 49:14

**active** 57:22

**activities** 208:20,24

**activity** 225:21 226:17

**actual** 112:3

**Acuity** 51:1,2

**Adam** 5:1 6:21,23 8:1

**add** 144:17 170:10 171:17 185:19 206:25

**added** 81:4,14 92:14 109:3 172:15

**adding** 81:11,16 157:21 164:20

**addition** 35:21 72:8

**additional** 27:19 31:15 73:6,8 88:1 99:2 102:7 117:13 190:10

**address** 95:12

**addresses** 32:18 95:8, 11,13

**adequate** 66:11 176:15

**adjacent** 106:17 109:13

**adjective** 71:7 89:20

**adjustments** 17:8,9

**administrative** 27:8

**advance** 13:7 23:22

**advantages** 121:8

**advice** 31:1

**aerial** 8:7,16 84:3

**aerobic** 175:20

**affect** 112:6 125:15 151:25 152:3

**agencies** 37:12 55:23

**agree** 18:8 67:14,25 68:11 94:21 104:3 114:8 121:14 130:15 152:7 159:6,19 162:8 169:18

**agreed** 5:7,19 7:14 153:4

**agreement** 55:14,18

**ahead** 25:11 27:7 33:2 40:12 87:19 91:15 128:18 133:9 185:19 197:18

**air** 62:6,10,11

**algebra** 172:9 173:15

**Alkali** 30:7,10

**alley** 146:12

**allocate** 208:4 217:14 218:21

**allocated** 97:14 98:3 136:6 138:4 162:12 208:1,13

**allocation** 29:22 30:18, 20,22 32:13 56:11,14,25 57:8,10 97:24 99:25 102:1,7,15 195:25 197:14 206:6 208:3

**allotment** 196:11

**amazed** 173:10

**ambiguous** 65:11 66:7 183:5

**amend** 205:25

**amount** 5:14 61:4 154:19 178:5 192:4 196:24 220:18

**amounts** 201:12

**analogy** 173:16

**analyses** 40:5 144:24 157:4

**analysis** 17:17 40:4,17 64:21,22,23 65:2 76:3 101:6 143:6,23 144:2 148:23 151:22 153:16 156:23 157:1 158:3,4 159:16 169:24 170:5 176:12 179:5,9 180:10 181:1 218:22 225:7

**analytical** 36:25 186:17



Adam Love, Ph.D.
June 07, 2018

3                                                                 Index: analyze..basis

analyze 36:17

analyzed 36:19,20 219:1

and/or 72:21

Andrew 109:17 110:17 111:4 124:11 137:18 141:13 160:5

Angeles 57:11

annotated 75:5

answering 9:24

answers 78:16 206:21

anticipation 24:3

anymore 62:10

apologize 23:10

apparently 50:7 223:25

appearances 25:4 29:1

appears 12:25 50:1 83:21 107:14 108:2 110:6 155:22,24 217:5 221:12

appendices 186:14 202:15

appendix 187:5,6

apples 181:21 182:16,17 183:6

applied 168:9

applies 190:4

apply 19:15 39:25 89:16 161:7 167:8

apportion 98:24 99:6 160:15 183:18,19 209:2

apportioned 97:14 98:12 161:23

apportioning 161:9

apportionment 9:14 28:22 29:2,6,8,11,21 31:1,6 32:7 56:25 160:18

approach 14:6 21:6 161:13,24 184:15

approached 23:12

appropriately 5:11 199:4

approximately 43:24 191:8 196:15 209:10

April 23:16

aquifer 130:2 214:10

aquitard 106:23 127:4,8

area 8:17 37:20 47:6 62:18 66:5 69:20 81:6,16 82:1 85:6,7,12,15,18,24 86:8,12,13,17 93:3 96:18 100:11 107:6,16 110:12, 20 117:23 124:25 127:6, 12,14,16 129:5 133:11,13 135:6,8 138:19 141:9 143:10 146:25 154:20 156:9 160:1,2 161:6 165:20,25 166:19 175:18, 19 181:24 182:7 190:21 193:5 196:1 198:17,18 200:12 206:7 214:18 215:4,5,19 217:2,9,16 220:21 221:4,5 223:13,20 225:15,23 226:10 227:23

areas 8:22 9:4,15 32:22 33:19,23 34:12 35:21 76:10 86:16 118:1 126:20 129:8 132:21,22 134:2 208:5 217:1 227:10

argumentative 66:6 125:10,12

arrow 70:13

arts 35:3,8

aspire 169:25

assertion 220:10

assessments 38:4 144:7

assign 133:25 144:19 171:18

assigned 22:1 220:24

assigning 138:9

assistance 8:13

assistant 149:10

assistants 84:8

Associates 41:21 42:15, 17 43:7

associating 168:19

assume 49:10 52:1,21 53:20 110:21,22 116:22 176:25 180:9

assumed 178:3 213:3

assumes 146:23

assuming 127:6 138:21

assumption 63:22

attached 13:4,12 54:13 139:20

attachments 46:21

attempt 18:20

attend 32:6

attention 180:9

attorney 6:5,7

attributable 98:16 180:5,6 191:10 221:5

attribute 181:10 211:22

attributed 141:21 161:14 178:6 197:9,16,25 198:21,22 221:1

attributing 129:12 196:23

auger 122:18

augering 121:3,9

August 16:21 107:24 108:15,17,24 111:11 112:1 116:8 123:23

author 51:3

availability 11:5

Avenue 9:8 90:22 95:9 110:3,5,16,18 111:4,7 118:5 124:9

average 18:25 19:11,14, 15,19,23 20:6 21:17,18 89:20,23 129:18 144:18, 19,21,22 145:7,18 150:6 163:7 168:23 177:1 193:23 194:10 216:16 220:14,17 221:16

averaged 18:2 19:9 89:7, 11,16,25 90:3,10 144:25 155:11,14 204:7 219:22

averages 150:16 206:14

averaging 18:13,19 20:12,23 21:6 89:14 130:17 155:4 156:5 191:20 219:25 220:2,3,13 221:12,13,14,17

aware 34:5 45:18 51:18 154:25 202:16 208:19 209:17 212:15 218:18,19

awhile 166:21 169:13 210:10

B

B-1 68:16 77:7 85:4 87:10 88:11 89:6 92:11 93:16 95:14,25 142:12 213:21 214:5,12,13,15

B.s.s 35:9

bachelor's 35:3

back 15:6 20:17 40:10 44:13 45:11 54:11 55:7 58:5 71:20 76:23 77:1,15 79:1 82:22 87:2 88:5 89:4 91:6,11 92:5,10,11 100:7 101:3 105:6 108:21 110:25 113:8 123:20 125:3 130:16,17,25 142:9,10,14 156:19 165:15 168:19 173:12 186:13,15,16 187:21,22 193:15,20 200:2 202:6 205:11,14,21,22 222:16, 18 223:6 226:14

backfill 227:18

background 8:23 43:21 87:3

backwards 111:20,21 112:2

bad 121:19 186:18

bags 31:9

balance 162:23

Bamberger 24:23

bar 188:12 189:12 199:2, 11

barely 79:13

barrier 105:16,21 107:9 113:25 117:10 118:1,2,7 200:11

barring 70:15

base 68:13 96:19

based 17:13 40:16 47:8 61:7 66:14 72:19 86:3 96:3 99:21 101:24 103:6, 19 111:15 116:10 117:2 131:9 134:11,20 158:10 162:6 163:6,8 171:19 196:12 201:1 221:7

basil 107:1 128:23

basin 167:23

basis 12:9 14:4 21:6



30:19,20 52:8,13,17 64:8
73:3 102:8 117:24 154:23
165:1 227:2

**bathroom** 58:1 165:18

**BC** 136:21

**bear** 99:25 102:2 208:11

**bearing** 48:18 140:8
155:1

**bedrock** 123:6

**begin** 23:17 181:13

**beginning** 53:24 71:21
192:10 207:11

**begun** 23:20

**behalf** 56:14,25 57:2,4,5

**belongs** 101:22

**beneath** 115:1 127:14
196:16 200:10,14

**benefit** 221:14,17,18

**Berkeley** 31:21,22

**bibliography** 75:5

**big** 13:23 14:9 25:14
70:23 151:13 154:12
164:4 191:6 222:25
224:20

**bigger** 171:12,13

**bill** 6:4 7:10

**billed** 23:18

**billion** 89:1 128:14,24
129:22 130:5 177:2,5
194:23 195:15,16

**biology** 37:21,22,24 38:1

**bit** 11:20,24 83:3 89:12
166:19 168:8 174:15
227:17

**blaming** 109:6

**blindly** 226:18

**block** 8:23

**blocks** 41:14

**blue** 138:2 194:24
195:11,14 216:2,7

**board** 54:20

**body** 14:14,16,18

**bold** 110:9

**boom** 122:24

**boring** 18:1,13 19:2,24
20:5 21:22,24 89:14
107:20 108:3,10 115:23
116:18 117:2,3 118:18,23
119:2,12,18,20 120:2
121:23 123:13,19,21
136:24 143:13 150:4,7
182:4 186:20,24 193:10,
13 200:13 204:7

**borings** 91:22 119:15,22
123:24 124:1 138:2,7
144:8 193:14 200:4

**bother** 188:11

**bottom** 13:1,7 33:8
106:21 118:5 127:22
137:18 146:2 153:24
188:9,10 190:3,4,8 193:5
215:24

**boundaries** 76:12
136:25 137:6

**boundary** 81:16,21 83:1,
11,12 127:8 136:24
138:19,21,22,23 199:22

**Bowman** 5:12,19,22 6:6,
9,14,17 7:7,10,13 8:12
13:9 22:7,9,15,20 23:9
24:15,18,22 26:22 29:4
31:10 33:5 34:25 41:11
47:18,22 55:3,7 56:18
57:2 58:1 61:19 62:12
64:12 65:7,15,19,21 66:6
68:6 71:10 91:15 98:22
99:4,8,10 104:21,24
105:3 114:11,14 115:21
125:10,12 130:22 146:20,
23 147:4 151:3 156:22
157:1,9 160:7 163:14,17,
21 165:8 167:19 170:14
173:11 177:16 180:18
183:5 204:15,19 216:21
221:24 222:4 228:8,15

**box** 69:19 111:3 137:10
138:24 188:23 214:18

**branch** 35:24

**break** 12:13 57:24 58:2,6
104:19 105:2 126:15
129:11 130:21 131:3
165:7,18

**breakdown** 37:13

**breakfast** 49:3

**breaks** 114:23

**brick** 215:5

**briefly** 183:23 202:6

**bring** 75:15,16 151:1

**broader** 66:16

**broke** 172:17

**brought** 75:11 99:25
102:2

**brown** 31:8 109:17
110:18 111:4,7 124:9,11
137:19 141:13 160:5
211:14,16

**bucket** 165:23

**Buffalo** 55:16

**building** 70:5,9,10 83:6
86:17,18,19 100:22
137:5,7,9,12 209:7 210:1,
4,5,10 211:10,14,17
212:1,3,6,17,21 213:9,12,
17 216:3 223:25 224:11
227:22

**building's** 209:9

**buildings** 62:23,24 87:6
225:10,13

**bulk** 192:1

**bullet** 28:25 29:7,9,12,13,
14,16,18 100:12,13,18

**bullets** 29:17 101:2

**bunch** 60:23 145:20

**Burgess** 92:16,21 93:11

**business** 11:15,18 28:2
131:21 191:1

**button** 33:4

**buying** 156:15

---

**C**

**Cabinet** 73:19

**calculate** 169:21 171:2,
25 172:4 174:23 175:4

**calculated** 133:8 172:1
175:10,11

**calculating** 206:14

**calculation** 11:15 53:17
139:7,8 169:20 171:11

**calculations** 19:17
70:18 76:13 150:22
154:22 163:6 204:6
205:13

**calculus** 39:15

**calendar** 11:9

**California** 41:11 50:9
57:13

**Californians** 41:9

**call** 32:19 35:13 46:24
47:2 152:20 171:12
179:25 187:25

**called** 9:8 49:16 106:23
122:22 222:9

**calls** 24:11 61:20 62:13
71:11 98:22

**Canal** 30:11

**capable** 20:9

**case** 8:17 12:24 13:14,17
18:18 22:22 32:3 40:25
41:18 42:2 43:14 46:2,25
49:22 50:16 51:7,9 52:3,
15 53:11,15 56:15,24
67:7 84:20 85:14 127:21
139:3 157:24 163:13
172:5 179:7 190:1 192:5
220:5 225:3

**cases** 26:13 28:20,24
45:24,25 143:15 144:9
157:12

**catalog** 75:20

**cataloging** 74:12

**category** 60:5 132:4

**caused** 181:16

**central** 29:2,5 31:2

**certainty** 97:4

**certifications** 33:22
34:5,10

**cetera** 174:10

**chain** 213:16

**chair** 5:9,16

**chance** 178:18 207:1

**change** 104:10 125:8
127:16 156:3 169:5
170:19 171:7,8,10 195:10
206:23 210:6,12,17
211:18,19,24 225:7

**changed** 7:8 155:17
174:3,25

**changing** 5:22

**character** 47:23 195:10

**characteristics** 99:19



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 235 of 255 PageID #:
5097
Case 1:16-cv-01942-TWP-DML   Document 137-10   Filed 07/27/18   Page 235 of 255 PageID #:

Adam Love, Ph.D.
June 07, 2018

5                                                      Index: characterization..concentration

131:10 134:12 135:1,3
161:18 163:3 201:2
217:14

**characterization** 224:7

**charging** 207:15

**chart** 191:11 192:20

**cheap** 120:5

**cheaters** 13:6,10

**check** 25:10 92:9 187:19
222:16 226:15

**checked** 15:6 95:16

**chemical** 101:15,24
131:10 134:12,21 135:1
136:1 161:2 163:3 201:2
217:13 220:22

**chemically** 134:19

**chemicals** 17:18 37:10,
14 59:12 149:4 191:7

**chemistry** 33:13 35:23,
24 36:3,6,7,8,10,12,14,
22,25 37:25

**chloride** 135:20 176:2,8,
11,18 177:4,11,14

**chlorinated** 34:21 37:17
67:9,17 69:7 70:20 86:6
93:13 95:21 97:5,13
98:15 104:2 118:8 128:2,
4 131:9,12 132:17 134:17
135:12 136:5,20 152:10
159:25 160:14 162:16
173:17 174:16,19,25
175:1 177:8 180:16
181:10 194:14 200:18,24
209:19,22 210:4 211:16
212:16,19 226:6

**chlorinates** 157:20

**choice** 6:3 202:4

**choose** 88:17

**chose** 14:3 88:13 183:22

**chosen** 96:1

**chronological** 25:13

**circle** 69:18 109:1,2
180:22 216:7

**circled** 106:14,15

**circles** 215:25

**circular** 139:11

**circumstance** 46:6
182:25

**circumstances** 46:4
79:23 121:15 219:14

**cis** 174:21 175:14 176:17
190:2 197:13,14,15,25

**cis-1,2** 176:1

**cis-1,2-dce** 135:19
161:13,23 162:2 176:6,
10,18 190:3 197:21
199:10

**citing** 177:22

**claim** 38:1 39:17

**claiming** 79:12

**clarification** 81:10

**clarify** 81:3 100:16
206:24 207:21,24 213:23

**clarifying** 48:11

**clarity** 81:4,11 201:10

**clay** 105:16,21 106:18,23
107:1,9,15,19 108:13
112:7 113:24,25 114:6,9,
12,20,22 115:15 116:6
117:9 118:19 119:3
123:14,25 124:17 125:4,
18,22 128:23 200:8

**clay/clayey** 107:7

**clean** 65:23 154:5 174:9
227:18

**cleaned** 65:25 166:18
170:20 228:3

**cleaner** 96:14,24 104:4,8
183:13

**cleaners** 93:18,19 94:20
95:15,17 96:9,21 97:4,11

**cleaners'** 95:4

**cleaning** 94:6,25 95:15,
18

**cleanup** 166:25

**clear** 5:17 17:20 70:6
80:14 100:8 104:9,13
112:14 124:22 125:2
175:18 225:11

**clearance** 55:17,19,20

**clearer** 121:13

**client** 23:19 30:22 32:16
46:2 98:11

**client-provided** 91:10

**close** 54:13 62:9 93:7

109:14,15 130:6 167:25
199:17 227:20

**closed** 168:6

**closest** 49:21

**closure** 157:3

**cluster** 113:12 200:6

**co-mingled** 67:9,17,22
68:2,9 69:10,13,24 70:2,
24 71:3,8 96:2,5 97:5
98:14 133:21 165:21,24
166:5 175:19 201:12

**Coast** 49:1

**COC** 99:13

**code** 38:11,12,14 111:24

**coded** 189:20

**Coke** 164:2

**collaboration** 78:5

**collapse** 101:3

**collapsed** 101:6

**colleagues** 41:23 42:24

**collect** 22:5,10,11

**collected** 15:23 16:21,23
17:5,6,10 36:19,20
142:25 146:11,14 147:13
155:20,22 225:9

**collection** 16:3,6 156:12

**collective** 26:8

**College** 31:23 35:7

**Collegial** 45:23

**color** 88:11,17,19 188:12
189:4,20

**colored** 68:18

**colors** 188:25 189:2
194:22

**Columbia** 9:8 90:22 95:8
110:3,5,15 118:5

**column** 29:12 192:2

**columns** 223:7

**combine** 220:4

**comfortable** 101:20
102:4

**common** 84:3 94:20
118:14 120:2 138:22
217:25

**communicated** 11:3,4

**communications** 41:25
43:14

**community** 56:4 58:24
63:12 68:23

**companies** 201:19,21

**company** 28:1 29:9
42:25 51:1 52:24 55:15

**comparable** 20:13,22
21:22 35:13

**compare** 171:16 185:6
188:20

**compared** 157:19 161:3
188:22 192:20 199:5

**comparing** 20:14 134:4,
7 224:19

**comparison** 181:22
182:16

**comparisons** 21:5

**compensation** 53:10,
13,14

**compilation** 205:1,4

**compiled** 88:4 150:11

**complete** 13:21 67:3
68:4 108:23 179:16
210:7,11,13,14

**completed** 9:25 53:16
66:25 218:3

**completely** 223:19

**completion** 51:17

**complicated** 99:22,23
167:13 172:15 173:8
215:11

**component** 162:2

**composition** 195:7
199:9 220:22

**compound** 22:7 219:3

**comprehensive** 15:11,
16 16:14,20 40:15 80:17

**compressing** 18:14

**compression** 155:4

**computer** 20:2,4 38:7,9,
13,17 39:2 76:7

**concentration** 18:22
19:20 68:20 81:19 82:5,
13 127:16 128:1,4 129:20
130:19 141:7,20 153:19,



21 161:21 164:9,23 166:14 168:15,24 171:2 181:11 182:2,13,14 183:2,3,11,12,14 188:22 191:6 194:9 196:13,25 198:6 199:22 200:13

**concentrations** 19:24 127:4,5,7,22,25 128:10, 13,19,23 129:2,4,13 130:13,18 133:20,22 134:17 136:6 140:15 141:3 156:2 164:6,13,19 166:11 176:5,9,10,25 177:2 180:16 181:20 183:7,8 184:2 188:3,16, 20 193:23 194:14 195:19, 22,24 198:16 200:9 216:24,25

**concept** 89:12 217:12

**conceptual** 125:21 126:10

**concern** 17:18 155:7

**concerned** 111:11,12 155:3

**concluded** 117:24 200:8

**conclusion** 67:19,25 68:7 96:19,23 184:14 185:21

**conclusions** 17:16 24:13 72:18 73:3 96:17, 20 144:5 186:6

**conclusively** 112:4

**concur** 67:20

**conditions** 145:21 148:3,7 154:1 175:17 227:16 228:1,6

**conducive** 175:20,23

**conduct** 22:5,12

**conducted** 139:22 208:20 218:17

**conference** 24:11

**conferences** 31:8

**confident** 140:18

**confidential** 32:15

**confirm** 43:8 109:19 118:25 119:1 151:12 158:4

**confirmation** 145:24 146:3 222:10,13,15 223:3 226:21

**confused** 22:17 121:17

**connect** 210:25

**connect-the-dot** 83:19

**connected** 216:1

**connection** 23:25 66:22 218:7

**considered** 17:2 146:19 147:18 148:17,18 180:12

**consistency** 199:21

**consistent** 48:14 125:20 141:8 163:2 199:13 220:23

**constituent** 143:15

**constituents** 143:12 177:9

**constructed** 107:21

**consultant** 15:19 65:22 66:15

**consultants** 14:24 50:8 60:3 119:23 146:10

**consulting** 28:11,18 45:14 54:19 57:20

**contact** 23:14 56:2 182:1

**contacted** 23:5

**contained** 202:9

**contaminant** 9:14 126:11 183:3

**contaminants** 59:1,6 67:21 70:21 117:7 118:15 126:9 152:9,10 155:6,9, 18 156:20 218:2

**contaminated** 154:5 165:22 174:8 178:23 181:3,5 182:3,11,15

**contaminates** 213:1

**contamination** 18:23,25 21:3 22:4 32:10,14 56:16 63:16,21 64:4,5,10,15,17 65:18 66:19 67:6,15 68:24 76:10,11 82:3,5 95:23 96:4 97:13 117:22 118:4,9 119:4,10 125:19 127:19 131:9,12,23 132:17,21 133:19 135:24 147:25 152:22 153:14 156:8 160:1 162:3 163:11,13 164:4,17,20 166:12 174:5,12 177:18, 19 178:19,20 180:4,6

181:17,24 182:9 183:15 188:21 200:24 210:18,19, 23 211:2,20,25 212:21 213:2 219:8 220:23,25 221:3,4,8 227:7

**contaminations** 63:4,13 211:7

**contents** 75:4,8

**context** 100:25 103:23 212:20

**continued** 78:12 170:10

**continues** 170:22

**continuing** 131:2 134:25 165:15

**continuity** 117:6

**continuous** 114:12,22, 24 115:1,4,5,15 116:6 118:25 119:2,8 123:25 125:22 200:3,7,15

**contour** 83:25 138:12,16 145:8 188:7 195:13,17

**contoured** 139:4 145:4

**contouring** 138:6

**contours** 68:20 80:3 138:9,14 139:8,9

**contractors** 56:3

**contradicts** 115:7

**contrast** 195:5

**contribute** 69:6,7 131:22 167:7

**contributed** 67:8 68:1,8 70:21 97:13 102:20 142:5 178:20 201:11

**contributing** 97:5,7

**contribution** 6:10 9:14 30:23 67:20 86:5,6 96:22, 24 97:24 101:7,16,25 102:2,5,10,16 134:22 136:14 151:23,25 162:9, 24 170:18,21,23 171:3 172:19,20 173:6 184:10 206:7 217:16

**contributions** 9:13 86:11 97:19,21 98:14 134:15 140:12 220:15

**contributor** 167:11

**conveniently** 106:14,15

**conversation** 44:21

45:2 52:7 173:10

**conversations** 52:12,16

**conversion** 176:17

**converting** 175:13

**conveyed** 31:24

**coordinate** 27:25

**coordinated** 68:21

**copies** 62:16,17

**copy** 10:14 12:23 42:4 43:20 187:8 228:13,16

**core** 121:11

**corner** 93:6 111:1 216:2

**correct** 9:18 10:19,20 17:7 18:3 21:12 26:5,7 27:11 41:21 49:18 51:24 53:11,12 54:2 61:24 64:9 72:6 85:16 87:12 96:2 97:9 99:7 105:12,23 107:2 109:12 110:14 123:16 135:6 136:16 139:19 141:15 142:17,22 169:14 199:1 204:12 206:23 214:1 217:2,9,17 221:16 223:23 224:10,22

**correctly** 17:25 33:16

**correlate** 95:13

**corresponded** 74:25

**correspondence** 45:4

**costs** 53:25 98:12

**coughing** 23:7

**counsel** 8:2 11:3 12:7 15:4 23:5,12,18 46:7,24 47:2 49:16 72:21 73:1,9, 20 75:16 151:1 187:11,15

**count** 25:4,7 26:8,11

**counting** 139:1

**County** 57:11

**couple** 71:19 83:7 141:3, 6 146:10 161:16 207:14 209:4 214:16

**coursework** 32:5 35:12

**court** 7:17 26:17 102:15

**cover** 13:2 33:7 45:12 68:13 90:25 151:5

**covered** 19:12 31:13 39:10 150:23 223:20



**covering** 6:23

**crazy** 172:10

**create** 6:23 18:21 79:20 86:4 140:22 157:11,13 214:5 221:23

**created** 74:16 138:14

**creating** 145:2 220:1

**Credentials** 31:20

**crew** 124:24

**critical** 117:10

**cross** 215:5

**CROSS-EXAMINATION** 207:8 216:20

**cross-section** 116:9

**crossed** 115:21 199:18

**crosshatch** 107:6

**crossing** 133:3

**Crowd** 29:4

**Crown** 29:2,5

**cubic** 224:12,13 227:21

**cumbersome** 149:9

**current** 98:25

**curriculum** 9:17 13:4 35:10

**Custom** 9:5

**cut** 137:3 142:2

**cutoff** 82:21

**CV** 13:11,12 25:4,16 26:16 27:19 28:25 31:13, 17,25 32:4,11,20 34:14 35:1 47:9 54:13,18 57:15

**CVOC** 97:24 141:2 177:1 191:9 195:9 208:1,4 214:13,14 216:24,25 220:18 225:4

**CVOCS** 89:7 103:15 136:22 139:4 141:20 166:14 193:24 196:5,15 210:15 217:8 224:24

**cylinder** 121:24 122:1

_____

**D**

_____

**daring** 115:19

**data** 14:1,3,5,10,13,21

15:2,5,7,8,22 16:2,5,9,16, 23 17:1,3,5,15 18:2,12 19:3 21:3,8 22:2,6,10,11, 13,21 36:18 40:3,7,15 60:3,5,7 61:13,16 63:10 72:20,25 73:6,8,12 76:3,5 80:13,16,18,19 81:18,23 82:1,16 83:3 84:17 86:3 87:22,23,24 88:4 90:2 92:2 93:10,14 96:3,12,19 99:2 115:3,6,10 125:9,16, 17 130:12 137:14 138:10, 11,14,23 139:5,6,9,14 140:23,24 141:17,25 142:4,8,10,14,24 143:3,5, 6,10,13,17,18,24 144:3,6, 12,13,17,19,20,24 145:4, 9 146:8,9 148:10,13,16, 18,20,21,25 149:2,4,22 150:11 151:8 152:5 155:11,21 158:7,12,17,25 163:8 167:17 171:1 175:15 179:8 180:10,23 184:19,23,24 185:2,7,20 188:4,6 190:10 192:3 193:8,21 194:16 199:25 200:2 204:6 205:1,4,7,8, 11,12,17,21 206:1,2,4,9, 10,14,17 213:25 214:3,4, 11,14 215:20 216:6,16 218:21 219:18 220:4 223:1,22 224:17 226:5,11

**database** 16:20 80:17 130:11,13 145:23 148:10, 14,16,24,25 149:23,25 150:10 194:5 205:18,23, 24 206:8,11 222:14,25 223:5,7 225:16,17,25 226:13

**dataset** 15:12 16:14 20:2 23:1 40:11,15 83:13,14, 22,23 87:16,20,23 96:11 139:4,13 142:17 146:19 147:8 179:16 181:18 205:7

**datasets** 20:14 142:22

**date** 11:12 13:20,22 15:22 16:3,8 17:10 25:16 44:9,24 45:5 46:10 61:4 90:3 151:11

**dated** 24:6 44:15 49:11 185:13

**dates** 10:23,25 11:2,23 15:24 31:24 54:15 89:8, 16,17 91:23

**David** 211:14

**day** 11:17 163:7

**days** 11:12,15,18 44:16 167:4 170:9,10

**DCE** 175:6

**DD** 106:13

**deadlines** 23:23

**deal** 149:9

**dealing** 37:17 104:2 128:2 129:12 223:24

**deals** 67:18,24

**decades** 104:17

**dechlorination** 135:13 175:20

**decide** 59:5 80:25 136:22

**decided** 149:8 184:4

**decision** 116:5

**deep** 117:23 118:1 119:6 121:4 122:2 126:1

**deeper** 179:3

**default** 79:22,25 80:3,16 139:14

**defendant** 101:11

**defendants** 207:12

**Defense** 56:5

**define** 63:18 65:5

**degradation** 99:19 119:7 135:23 136:11 157:19 162:4 171:10 174:15,19 175:2,3,5,8,22, 24 176:19

**degrade** 135:16 171:9

**degraded** 156:9 160:13

**degrades** 135:15

**degree** 16:10 17:3 29:8 35:2,16 62:1 68:1 69:9 72:12 129:16 182:9 219:18

**degrees** 31:15 39:25

**delineate** 65:5 147:24 148:2

**delineated** 159:7,8

**delineation** 131:24

**demolished** 225:10

**demonstrating** 195:3

**demonstrative** 80:14

**density** 139:6 143:3,6,7 148:21 192:1

**dep** 11:5

**department** 56:5,6,10 209:9

**departments** 35:13

**dependent** 117:4

**depending** 65:1 79:18 127:24 149:7 210:7

**depends** 60:25 61:25 62:14 121:4 122:2 149:3 153:10 163:23 169:6,11 174:6

**depicted** 216:7

**depiction** 68:25 69:2 116:11

**deposed** 9:18 25:1

**deposition** 5:15 9:1,21 10:9,15,17,18 12:19 25:3, 7 26:9 43:3 44:10 45:9 47:16 50:4 53:25 90:16 131:2 165:13,16 186:7 202:1 204:23 207:20

**depositions** 25:19,20, 21,23

**depth** 18:10 90:3,10 122:5 177:1 178:9,11,14

**depths** 19:5,21 89:8,11, 19,21 149:24 224:2

**describe** 45:21 68:23 109:9 121:21 122:11 133:9 134:12 142:23 156:4 215:4

**describing** 16:2 75:3 81:21 132:16 149:7

**description** 89:6 94:7 150:24 188:9

**descriptions** 59:18

**designated** 30:24 40:25 91:22

**designation** 27:19,21

**designations** 98:6

**desk** 36:13

**desorb** 183:16

**detail** 49:20

**detailed** 75:7



**details** 212:10

**detection** 82:19 83:3

**detections** 135:7

**determination** 63:2

**determine** 59:3,14 80:9 99:15 141:18 158:3,18 173:5 178:2 217:9 225:20 227:6

**determined** 208:13

**determining** 58:25 159:13 211:7 217:24

**develop** 13:18 21:1 22:3 46:17

**developed** 13:16 184:8

**developing** 14:1 87:17

**development** 28:2,3

**devoted** 26:20

**diagram** 9:10 84:15 93:15 106:22 107:23 108:23 112:15,20 113:4 114:8 116:23,24 162:13 178:5 185:12

**diagrams** 84:1 112:13, 18

**Diamond** 30:7,10

**Diego** 30:13 50:8

**difference** 17:23 86:23 193:13 198:25

**differences** 17:17 134:21

**differentiate** 16:25 180:4

**differentiating** 17:24

**differentiation** 17:4 89:22

**differentiations** 17:13

**differently** 22:8

**difficult** 164:5

**diffusing** 156:20

**dig** 226:17

**dimension** 18:21

**dimensional** 20:9

**dimensionalize** 19:14

**dimensions** 18:10,16,23

**direct** 7:22 47:4 119:24 121:2,9,17,21,23 122:22 228:3

**directed** 12:7 75:16 76:21 77:19 151:1

**directing** 227:7

**direction** 7:2 152:14,15, 19 159:4 164:1 214:24

**directly** 35:12 56:2,9 72:8 83:18 96:5 127:14 130:14

**directors** 54:20

**dirt** 35:20

**disagree** 58:18,20 67:2,3

**discharge** 59:19

**discharges** 59:11

**discharging** 168:13

**discipline** 36:24

**disciplines** 31:16 33:12

**disclose** 53:10

**discovery** 6:18

**discrepancies** 168:22, 25 169:2

**discrete** 20:11 21:15

**discuss** 24:11 47:25 48:9 49:16

**discussed** 29:1,6,8,11 48:10 53:24 114:18

**discussing** 123:17 151:9

**discussion** 5:23 7:15,20 8:11 75:14 94:16 106:3

**discussions** 52:1

**disparate** 103:14

**dispense** 9:23

**display** 84:13,17

**disposed** 151:17

**dispute** 124:15

**dissolving** 127:18

**distance** 221:21

**distinct** 47:7 70:7 133:14 134:19 216:24 217:8,23 219:7 222:5,12 223:18 224:15

**distinction** 102:18 104:11 132:19 134:14 222:8

**distinctions** 132:20,25

**distinguish** 85:23 134:22 135:23 140:14 144:12

**distribution** 17:18 99:1 117:6 118:8,13,17,21 125:25 152:3 177:7 200:9,14

**distributions** 191:6

**disturbed** 227:10,11

**divide** 5:11,15,16 97:21 103:3 131:8,12 132:17 134:11 144:18

**divided** 103:7 133:14 162:5 200:18 221:6

**divides** 160:24

**dividing** 136:20 141:23 224:19

**divisibility** 32:13 86:4 140:22 142:7

**divisible** 201:1

**division** 103:17

**DNAPL** 126:16,21 127:1, 13,17,24 128:5,6,25 129:7,14,16,19 130:1,6,7, 13,19 156:18,21 157:10, 15,18

**DOC** 134:17

**document** 43:9 45:12 49:4 74:15 90:23 186:10 202:16 203:4,6

**documentation** 72:16 212:18 215:16

**documented** 61:2

**documents** 12:1,5,8 24:8 51:7,8,10 52:18 59:8,20 60:16,18 64:15 66:25 72:10,13 73:15 74:17,23 75:17,20 85:2 87:3 91:7,10 94:4 150:24 151:1,4 186:5 187:15 202:7,9 209:21

**dot** 83:21 216:2

**dots** 82:18 83:7,9,17,18 138:5

**dotted** 137:12,15,22

**138:1

**double** 139:1

**double-check** 26:6 189:15,19 222:19

**downgradient** 86:14 109:13 112:16 113:4,19, 20 114:9,19,25 115:2,13, 16 117:13 131:16 132:4, 6,8,14 134:25 136:17,19 142:2 151:24 152:1,20 153:8 156:4 159:4 160:2, 23,25 161:9,10 162:6,19 171:19 172:14,19,21 177:3,5 183:18 184:3,9 193:5 194:13 195:6,9,21 196:24 197:1 198:4,9,13, 18 199:5,7 200:19 220:8, 9,10,21 221:5

**downgradient-most** 198:14

**draft** 44:3,22

**drafted** 211:10

**drain** 167:14,25 168:1,5,6

**draining** 168:2

**dramatic** 169:1

**draw** 96:17,20,23 138:18 184:24

**drawing** 138:21

**drawn** 83:2,18 114:21 115:4

**drill** 122:16,17 123:7 125:1

**drilling** 20:24 121:1,5,9, 22

**drive** 12:10 15:14 51:11 75:11 91:3 122:18 187:12,14 202:7,17,22 203:17 218:15

**driven** 122:20

**drives** 122:17

**driving** 123:4 174:4,12

**drop** 163:24 164:2

**drove** 226:16

**dry** 62:11 94:6,20,24 95:4,15 96:24 97:4,10 104:4,8

**dry-cleaning** 97:17 104:6,14 190:25



Adam Love, Ph.D.
June 07, 2018

9

**due** 43:20

**dug** 115:9

**duly** 5:2

**Duprin** 81:7 94:23 95:6 97:12 98:2,4,5,7,17 102:25 103:1 105:22,25 106:16 115:13 116:7 124:5,25 136:15 146:11 160:23,24 162:17,18 177:24 178:4,6 186:22 190:20,25 196:12,16 197:1,10,15,20 198:1,2,8, 21,22 199:3,14,19 218:11 220:8

**Duprin/threaded** 85:15, 20 97:18 124:12

**dynamic** 174:3

**Dynamometer** 223:25

——— **E** ———

**E-tran** 228:15,17

**earlier** 45:1 85:1 89:13 124:23 133:15 150:2 183:23 187:1 197:8 201:25 204:3 207:20 211:5 217:4 222:8,20 225:5

**early** 23:16 142:19

**Earth** 84:6,8,10,15,23

**easier** 6:12 7:9 20:3 166:10 191:24

**easily** 203:10

**east** 95:9 114:2 137:15

**easy** 101:17 140:13

**ecotoxicology** 38:3,21

**education** 33:11 73:5

**educational** 31:19 32:2, 17

**effect** 18:14 125:6 169:18 180:11

**effectively** 174:9

**effects** 140:4,8

**effort** 174:23 218:25 219:4

**efforts** 27:25 154:21

**Electric** 9:7 11:3 51:19, 21,24

**electronic** 91:8

**elevation** 164:25 179:22

**elevations** 108:9 178:15

**eliminate** 40:14

**eliminating** 194:2

**emission** 62:5,10

**emitting** 62:6

**employed** 56:1

**employment** 54:23

**employments** 54:17,18

**encompass** 14:23 83:2

**encompasses** 35:6

**end** 6:20 53:8 78:25 83:16 151:6 161:8 166:13 183:12 196:9 220:13

**ends** 195:7 197:16

**engineering** 33:13 35:2 37:7 61:8

**entered** 153:10,12,13,14

**entertaining** 71:18

**entertainment** 52:2

**entire** 39:17 87:16,20,23 136:17,19 160:4,22 167:23 217:7

**entities** 208:8,11 213:8

**entity** 101:19,22 103:25 208:2,20 213:16

**environment** 37:10,14 175:21 218:3

**environmental** 14:23 33:14 34:16 35:2 36:3,8, 10,14,22 37:7,12 40:3,4 56:16 60:2,7 61:13 63:9 65:22 72:3 76:5 185:13

**envision** 18:5

**EPA** 56:8,9,10 73:15 85:2 202:20

**equal** 17:2 120:20 156:10 158:1 172:5

**equally** 16:16

**equals** 120:18 172:7,13

**equate** 167:22

**equation** 173:13

**equitable** 21:6

**equivalence** 88:24

**equivalent** 21:23 35:11 172:1 183:10 192:5,25

**erroneous** 111:17

**Ertel** 9:5 17:22 67:18,21 69:5 98:5,8 132:22 133:16 137:4,6,12,21,23 140:13 143:24 146:13,15 152:4 223:12,21 226:9

**essence** 219:21

**essentially** 19:18 35:11 117:21 123:9 125:16 131:15 133:13,22 137:12 160:11 161:8 172:1 198:7,14 214:23

**established** 24:25 42:20 65:13 79:20 80:7 148:9 151:7 196:2

**establishing** 218:6

**Estate** 29:7

**estimated** 114:1

**estimates** 154:18

**ethane** 175:13,14,15 177:12

**evaluate** 115:17

**evaluating** 38:2

**evaluation** 9:13 86:3 208:14

**eventually** 167:3 184:15

**everyone's** 103:9

**evidence** 60:9 61:5,12 95:2 146:24 174:19 175:25 209:17 212:15

**examination** 7:22 154:3 222:1

**examined** 5:4

**examples** 81:13

**excavated** 145:22 147:14 224:18 227:8

**excavating** 226:11

**excavation** 146:25 147:20 164:11 223:13 224:9 225:24 226:17,20 227:2,19,23,24 228:4

**excavations** 145:14 147:6

**exceeding** 128:24

**Excel** 15:4,11,18,20 74:16 80:20 92:5,7 149:10 150:15,17 205:2,6

**exception** 108:25 136:8

**exclude** 16:13 178:21 179:1 194:18

**excluded** 83:10 146:5

**excluding** 49:23,25

**exhibit** 8:8,9,16 9:4 10:9, 11 11:11,25 12:19,21 13:14 14:12 42:7 43:3,6 44:10,14 45:8,9,15 46:5 47:16 48:25 49:5 50:4,6 52:9 64:7 66:21 72:6 75:19 88:5,6 89:5 90:15, 16 92:10 94:14 105:9 108:20 115:20 131:5 149:16 165:13 186:7,9,13 187:1,22,23 202:14,15 204:23,25 209:5 213:24 214:7

**exhibits** 50:21

**Exide** 57:13

**exist** 34:5 87:25 105:22 106:1,18 148:3

**existed** 145:22 182:8

**exists** 167:18 175:19

**expanding** 159:3

**expect** 164:22 177:7 181:25 182:11,13 197:19

**expectation** 225:22

**expected** 30:22 162:3 197:21

**experience** 33:11 73:5 118:23 163:10

**expert** 9:12 11:10 12:23 13:5,20 23:12,23 24:3,6 25:17 26:5,14,21 27:1,9 28:4,7,9,17,18,21 29:1,20 30:24,25 32:24 33:6 37:23 38:2,6,7,13,17,19, 20,21,23,25 39:11,13 42:1,5 43:6,17,19,20 44:1,2,5,6,15,17,22 45:13 46:4,6,11,12 47:6,25 48:6,16,19 49:5,11 50:6, 15,18,19 51:17,20,23 52:8,9,14,15 53:7,16 54:14 56:11 57:21,23 58:10 65:16 66:8 68:14 71:2,25 74:1,10,21 75:24 79:21 84:25 92:3 95:19



111:24 131:5 163:16
187:22 202:2 203:13,16,
22

**expert's** 7:2

**expertise** 32:23 33:19
35:25 37:20 39:2,5,9,21,
23 40:19 79:12

**experts** 7:1 28:11 40:25
41:17 50:20 126:18

**explain** 18:18 90:1
141:10 160:20 219:23

**explained** 173:15

**explanation** 71:18
118:8,14 126:6

**explanations** 125:24

**explore** 199:25

**explored** 183:25

**exposed** 178:23

**exposure** 38:3,4

**expressed** 50:15

**expressing** 115:12

**extent** 18:23 22:3 48:15
66:18 82:2 95:20 125:19
147:25 154:13 217:24
221:7 225:21 226:2,16
227:6 228:4

**extract** 15:2

**extracted** 15:9

**extracts** 15:5

**extremely** 180:15

**eyeballed** 158:9

**F**

**facilities** 60:16 61:1
64:7,11 66:20,24 67:1
69:4 85:13 86:7 92:23
110:11 126:12 129:15
133:12 141:19,24 142:15
143:4 145:12 173:19,25
174:2 180:15 183:20

**facility** 9:8 59:8,10,17,20
60:1,6,15,24,25 61:11,22
62:7,16,19,21 63:7,8
66:10,19 67:8,16,18,21
94:23 95:6 97:12 114:19
142:18 169:12 210:25
211:23

**fact** 72:15 97:9 117:9
118:19 119:8 120:15,16
170:9 174:10 181:23
200:23 217:6 223:23
224:24

**factor** 45:1 60:7,8,13
129:13

**factored** 102:6 129:17

**factors** 99:24 102:1,13,
14 174:7

**facts** 72:16,20,25 74:12
146:23

**fail** 105:25

**fair** 17:16 46:11 75:10
103:11

**fairly** 31:5 46:20 155:15,
23 165:23

**fall** 83:7,21 206:1

**fallen** 203:5

**familiar** 8:21 34:21 35:4
37:1 40:7 51:2 53:6 63:8
90:23 91:1 105:16 209:11

**Farallon** 45:14

**farther** 16:22

**faucet** 170:19,20,22
171:3,11,13 173:3

**faucets** 165:19 170:18,
24

**feature** 107:1

**features** 108:9 113:2
121:14,16 123:1

**Federal** 6:15,18 27:5
55:21,24 56:3 57:4

**feel** 101:20 144:3 190:11

**feet** 63:19,20,21 122:5,7,
8,9,10 125:5 133:23
178:11,14,16,25 179:4,
15,17 206:2,4 219:9,11
222:5,12 223:19 224:2,3,
15

**felt** 217:15

**field** 22:10,11 36:1,13,16,
17 38:1 39:17,19 119:11
122:19 218:1

**figure** 6:1,9 68:15 71:22
77:7,9,13,16 78:9,19
79:2,8 81:5 83:5 85:4
89:6 92:11 95:14,25
106:10,21 107:21,23

108:15 109:23 110:2,11,
13,25 111:8,23 112:9,10,
11,23 113:2,8,11,17,24
114:17,21 115:8,14,24
116:9,16,20 117:18
118:10 124:20,23 136:25
137:1,6,10,22 141:1,12
142:12 143:11,17 155:10
176:4 177:21,22 178:10
187:23,25 188:15,21
189:24 191:11 194:20
195:12 196:10 197:3,6,11
198:2,11,24 199:2 213:21
214:5,12,17 215:22,23

**figures** 77:4,5,7 78:7
79:20 80:5 82:16 91:1
106:1 109:21 111:25
114:17 115:14 116:2
117:17 139:15,23 141:1
145:2 189:23 190:17

**file** 15:4,11,18,25 16:1
73:19 74:25 84:20
150:14,15,18 205:2

**fill** 170:23

**filled** 151:14

**final** 78:9 80:8,10 81:11
90:21 102:14 186:14,21
187:2,8 202:12

**finally** 68:4

**find** 21:7 37:3 50:14 53:8
65:18 71:4 94:12 123:18
128:7 138:3 142:11 143:2
162:20 175:13 200:7
203:10 225:17 227:25

**fine** 228:17

**finish** 173:12

**firms** 24:16

**fit** 168:9

**fits** 126:11

**five-year-time** 165:3

**fixed** 171:5

**flag** 128:14,21

**flash** 15:14 51:11 75:11
91:3 187:12,14 202:7,17,
22 203:17 218:15

**flow** 112:25 152:15,19
153:6 154:14 157:11
166:20 214:22

**flowing** 168:12 173:4
182:10 183:1

**flows** 173:2

**fluctuations** 164:24

**flux** 166:9

**focus** 40:1 85:14 158:17

**focusing** 142:3

**folder** 91:8

**follow** 206:21

**follow-up** 12:14 46:22

**foot** 178:8 191:14,15,17
192:2

**Footnote** 185:10 186:11
191:3,13 202:19

**footnotes** 72:5

**footprint** 124:4

**force** 174:4,12

**forensic** 38:25

**forensics** 27:6 33:15
34:16 40:4

**forget** 7:14 113:5

**forgot** 73:20

**form** 52:17 64:8 66:12
77:3 90:4 93:15 108:24
191:19

**Forman** 24:23

**formations** 125:2

**formed** 22:22 52:7,13
116:17

**forming** 14:11 22:12
145:2

**forms** 73:2

**Fortran** 38:16

**forwarded** 46:7

**found** 19:7 31:10 34:18
64:10 73:6 108:10 113:11
128:3 205:8 217:11

**foundation** 61:20 62:13
65:7 66:7 71:11 98:23
146:21 163:15,18

**four-year** 57:14

**fourth** 29:12 78:17

**Fox** 30:2

**fraction** 172:13,22

**frame** 57:14



Adam Love, Ph.D.
June 07, 2018

**Franklin** 31:23 35:7

**frankly** 79:13

**freight** 33:14 99:19 217:15 218:2

**FRENCH** 12:12,18 88:8 108:19 149:15 150:19 203:21 204:4

**front** 26:6 58:11 90:18

**full** 7:24 18:22 35:10 180:22

**fundamental** 217:6

**fundamentally** 200:25 203:15

---

**G**

**gallantly** 202:3

**game** 120:23

**gamut** 50:18

**gaps** 21:3

**Gardner** 6:11 207:9,10 216:17 228:9,17

**Gary** 41:5,8 45:14,18,22 46:5 48:4

**gathered** 15:20

**gave** 24:9 76:24 77:22 80:15 91:4 93:1 125:5 201:25 202:7

**gears** 126:13

**general** 21:9 37:9 64:3 73:16 85:2 93:2 143:9

**generally** 8:21 28:19 40:23 43:1 70:19 71:16 213:3

**generated** 77:24

**generically** 99:11

**genre** 203:5

**geographic** 85:12 86:4 131:10,24 132:19,20,25 133:23 195:8 201:1

**geographical** 8:17

**geographically** 17:19, 24 122:12 131:13,14 132:18 133:12 211:3

**geography** 17:14

**geologic** 105:11,14

107:1 118:2,7 121:13,16 123:1 125:2 200:3,15

**geological** 116:8

**geologist** 34:1

**geology** 33:13 35:12,14, 17 39:10 48:12 65:17

**geoscience** 35:4,5,8,11

**geosciences** 34:24

**Geosyntec** 16:23 50:8 92:22 93:25 94:9 109:25 112:1 117:11 123:22 202:13

**Geosyntec's** 117:4

**give** 10:6 13:23 24:5 31:8 33:24 53:18 71:19 94:11 120:14 123:6 138:19 159:9 190:11 209:6

**giving** 31:6

**glance** 31:14

**Glenn** 8:12 47:12 68:5 214:8 216:21

**goal** 36:22 37:4,6

**God** 46:25

**Goldberg** 29:14

**Golly** 186:18

**good** 7:9 40:21 120:23 154:3 178:9

**Google** 84:6,8,9,15,23

**Gore** 102:13

**gosh** 186:16

**Goss-jewett** 29:15

**government** 27:5 55:21, 24,25 56:3,14 57:1,2,4,6, 7,9

**governmental** 74:8

**Gowanus** 30:11

**gradations** 88:11

**gradient** 63:19 214:20, 21,23 215:2

**graduate** 31:15

**grams** 191:14,15,17

**graph** 176:4 197:11 198:3 199:2,10,11,20

**graphed** 158:6

**gravity** 164:1 214:22

**great** 8:6 13:13,23 24:25 32:22 39:15 47:18 105:11 130:22 151:13

**greater** 81:20 194:23,24

**green** 138:3

**Griggs** 5:6,13,20 6:4,7, 12,16 7:6,12,23 8:2,7 9:1 12:11,17 20:17 42:6 43:12 44:8 47:20,24 48:23 54:7,11,12 55:4,8 56:20 58:2,5,7 65:14,16, 20 88:9 91:14 99:9 104:22,25 105:6,8 108:17,21 114:13 125:11, 13 130:25 131:1 146:22 147:1,5 150:17 156:13,25 157:6 160:10 163:16,20 165:4,10,15,17 170:16 180:19 203:22 204:13,17 217:4 222:2 228:7,10

**ground** 64:2 65:18 121:24 122:21 169:14 178:16

**groundwater** 18:5 19:4, 12 21:11,23,24 22:24 66:24 67:7,9,22 68:2,9, 21,22,24 69:2,6,8 70:8,20 82:2 87:11,13,14 89:7 90:8 112:24 113:18 117:8,22,23 118:1,6,16 119:6 126:2 127:18 128:5,9 133:15,20 135:8 136:14 140:12,14,16,23 141:2,15,21,25 142:2 149:23 152:12,15,19 153:1,3,5,7,15,17 154:7, 14 155:24 156:20 157:16 161:8 162:6,9 163:3,11 164:6,9,10,12,15,19,20, 22,25 167:17,21,23 168:23 169:7,17 173:18, 22 174:1,13 177:19 178:2,15,17,19,23 179:2, 5,12,13,18,19,20,23 180:5 181:4,6,16,18,25 182:2,7,10,12 183:1,8,11, 13,24 184:1,17 188:1,3 192:14,17 195:10,24 196:5,11,12,16 200:18,25 201:13 214:13,14 217:13, 17 218:4,7 219:22 220:11 221:13

**groundwater's** 182:14

**Group** 29:3

**guarantee** 164:3

**guess** 5:20 32:18 33:22 81:22 89:19 109:8 128:7 167:22 173:20 179:7 180:14 216:15 221:11

**guide** 75:9

**gun** 60:21 128:12

**guy** 156:13

**guys** 88:13 158:13

---

**H**

**half** 26:10,11 125:5 175:5,7

**halfway** 107:6

**Hamilton** 5:1 8:1

**hammer** 122:21 123:3

**handle** 20:3

**handling** 99:14

**handy** 202:25

**hanging** 176:1

**happen** 84:18 164:7 182:23 205:17 208:25

**happened** 61:7 179:3 193:7 206:1

**happening** 6:21

**happy** 203:12

**Harbor** 30:13

**hard** 153:18 195:13 210:24 211:2

**harder** 127:15

**hauled** 151:21

**hazardous** 209:25 210:3,8,11,14

**head** 82:9 120:6 194:18, 19 205:16 216:8

**heading** 31:20 53:9 94:18,19 110:4 113:13

**health** 38:3

**hear** 23:7

**heard** 47:12 121:6 158:13 212:7

**hearing** 116:25 141:19

**heavily** 182:10



heavy 104:16 181:24

hedging 222:24

held 7:20 8:11 94:16 106:3

helped 76:3 225:20

helpful 52:18 97:23 165:18 219:20 223:18

helping 100:16

hey 48:4 206:25

high 104:7 127:24 128:20 180:15 194:10,13

higher 102:5 143:3 176:10 183:3,14 195:23

highest 127:3,21

highly 71:18

HILL 113:13

hire 156:13

hired 6:5,8

historical 61:18 97:22

historically 94:24 168:15

history 31:19 54:14,23 210:8

hit 152:12

hits 149:2,3,7

Hock 46:14,16

Hock's 47:25

Hokkanen 41:5,16 43:12 45:14,18,22 46:5,25 50:20

hold 27:22 55:17,19 146:22 164:2

Holdings 207:13

hole 55:25 113:21,22 122:13 123:9 145:6,7

holiday 11:16

Homeland 56:6

honest 115:9

Honestly 22:16

hope 37:7 135:14,20

hoping 39:15 94:13

hotspot 141:12,15,17

hotspots 140:16 141:6,

11 185:11

hour 48:23 49:2 53:11 104:23 165:5

hourly 53:14

hours 180:23

huge 159:1

human 38:3

hundred 88:12

hundreds 88:20 129:21 139:25

hung 176:13

hydraulics 122:18

hydro-punch 121:3

hydrogeologist 34:3

hydrogeology 33:13 39:10 48:12 65:17

hypothetical 65:12,14 118:21 120:9,14,19,25 123:12 125:23 159:9 163:15,19 167:13 168:10 170:16

hypotheticals 118:12 126:9

---

**I**

i.e. 217:7

idea 5:13 25:2 53:18 81:18 95:21 154:8 188:20 189:21

IDEM 73:18 156:14

identical 75:18 161:20 166:9,11

identifiable 123:13

identification 8:10 10:10 12:20 43:4 44:11 45:10 47:17 50:5 90:17 165:14 186:8 204:24

identified 8:22 35:22 64:17 65:4 85:6,18 86:16 96:8 100:10 107:7 109:20 110:12,20 126:20 136:13 159:21 165:25 172:18 202:14

identifiers 109:9

identify 66:8 95:22 123:15 133:23 135:5 147:12 215:24 223:3

identifying 95:17

II 59:24

image 70:6 84:6,10,19

images 80:2 123:22

imaging 16:19

immediately 135:10 195:21

impact 47:5 140:10,25 164:8,15 182:8 203:16

impacted 70:20 93:13 126:21 174:8 179:1 181:5,15 182:12 183:1 224:1 225:1,2,4

impacts 65:9 66:16 69:7 133:23 217:23 218:8

imply 24:9

importance 37:16

important 32:3 113:23 184:18 195:8 218:5

impossible 182:7

impressions 49:17

in-house 31:8

include 25:18 26:1 28:4, 7,9 37:13 59:22 60:2 81:4 150:4 222:13

included 13:14 15:4,14 54:22 60:3 75:11 77:5 132:3,5,12,13 181:9,17 186:21 194:8 205:10 222:15,20 225:16

includes 14:18 54:14 132:14 214:9 224:2

Including 52:21

inclusive 38:9

incomplete 65:12 163:15,19

inconsistent 111:22,24

incorporate 103:20

incorporated 138:11 214:15

incurred 54:1

independent 22:5,12

independently 55:9 115:16

Indiana 90:22

Indianapolis 90:22

indication 66:5 91:4 126:25 217:1

indications 63:14 173:24

indicative 128:3 219:13

indicator 127:23 142:5

indirectly 129:17

individual 15:3 19:23 138:10 151:8 155:14 201:18,19

individuals 40:22

industrial 126:12

infer 212:24

infiltrate 64:2

infiltrated 64:5

infiltrating 185:23

influence 79:24

influenced 178:22

influx 156:7

information 14:1,14,16, 18 15:20 32:2,18 52:6,19 60:14 66:12 72:20,25 74:18,24 75:1 92:19 99:2, 15 102:23 108:3 147:9 151:19 154:14 169:23 190:7,19,22,24 204:9 208:16,17,19 209:1,2,22 212:4 214:25

informed 52:14

inherent 170:1

initial 51:16 74:11,19 153:19

initially 44:3 135:10 215:3

input 20:4 150:13,14

inputs 79:15,19

inside 83:18

instability 159:24

instances 66:20 84:22 208:23

instantaneously 182:24

instructions 76:24 80:15

Insurance 29:9



**intact** 121:11

**integrate** 191:18 226:6

**integrated** 138:8

**integrating** 160:21,22

**integration** 20:9,10 81:16 138:9,20 139:18 191:5,18,23

**integrations** 19:18 76:4, 6,8,25

**intelligence** 56:4

**intend** 13:13

**intensity** 103:19

**intent** 93:8

**interacting** 37:10,11

**interest** 8:17

**interested** 71:14 218:10

**interesting** 179:6 216:23

**interfaced** 178:17

**interim** 24:5 204:5 218:10

**intermediate** 105:16,21 106:18 107:9 113:25 114:6,9,20,22 123:14 124:17 125:4

**interpolated** 188:1,2,4

**interpret** 71:6,15

**intersection** 93:7

**interval** 193:11

**intervals** 21:1 193:13

**Introduction** 53:10

**investigation** 14:21 27:4 60:5,15 72:22 73:2,11,13 90:21 117:14 145:17,25 146:8 147:18,22 148:17, 18,20 186:14,21 187:2,9 202:13 222:9,17,21 223:4 225:5,8,15,19,22 226:5,9, 12,16,23 227:3,6

**investigations** 15:10 88:2

**Investment** 29:3

**invoice** 6:22,23 7:3

**invoices** 53:22

**involved** 23:3

**involving** 51:19

**Irvin** 50:23

**Irvin's** 128:22

**Irwin** 24:23 51:1

**island** 70:4,11

**islands** 70:2

**isolate** 193:12

**isolated** 70:1,4

**issue** 152:11

**issues** 28:22 29:6,9,11 31:1 32:7 49:22 50:14 104:8

**iterated** 77:25

**iteration** 80:11

**J**

**Janna** 51:4,5,14,19 52:2, 7,13 53:3 140:3 185:16, 20

**January** 117:13 202:20

**Jersey** 30:11

**jobs** 55:10

**John** 7:3 44:1,15 57:24 58:10

**Johnson** 42:12,13

**joined** 27:15 42:12

**JTV** 113:13

**July** 90:24 185:13 186:15 187:9 202:13

**June** 10:18,21,23,24 11:1

**Justice** 56:11

**K**

**Kaiser** 29:12

**Kalamazoo** 30:5

**Keenon** 24:22

**Kendall** 158:13

**key** 203:2

**keyboard** 139:20

**kicker** 113:3

**kilogram** 191:14,15,17

**kilograms** 192:6,19

**kind** 13:23 23:24 70:1 73:24 75:3 83:17 123:4 136:1 139:11 143:23 153:18 157:4 169:19 195:13 199:25

**kindly** 108:2

**knew** 168:14

**knowing** 74:24 112:12 131:18 153:19 159:13

**knowledge** 40:14 48:17 79:13 223:11

**L**

**lab** 36:12 37:3

**label** 8:8 110:7,20 111:16

**labeled** 188:13 199:3,4, 16 214:11

**labels** 92:13

**laboratory** 22:18,23 36:17

**lack** 61:19 62:12 65:7 66:7 71:10 98:23 105:12 117:5 118:7 146:20 147:18 163:14 201:9 221:9

**laid** 167:12

**large** 168:22

**larger** 85:10,12,21 96:6

**largest** 167:11

**late** 23:16

**latest** 16:7

**law** 24:16 40:19

**lawsuit** 8:3 23:4 98:21 101:12 103:21 208:7

**layer** 88:19 105:11,14 106:18 107:19 112:7 114:6,9,12,20,22 115:15 116:6 117:9 118:19 119:3 123:14,25 124:17 125:4, 18,22 200:3,8,16

**layers** 107:22

**layman's** 37:6

**layperson** 35:15

**leader** 27:20,24

**leakage** 215:10

**leave** 6:1 71:17 166:25

**leaving** 155:24 156:9

**led** 36:2 184:14

**ledger** 198:2

**left** 13:21 29:12 52:23 62:20 107:13 112:16 113:14,19,20 124:22 215:24

**left-hand** 108:4 111:1 198:11

**legal** 98:24 101:13 102:6 201:22

**legend** 195:1

**legitimate** 180:13 181:1, 2

**length** 18:10 143:1

**lettering** 8:23

**level** 18:25 31:15 39:5 79:12 159:11 163:10 169:25 176:1

**levels** 130:7,9 135:5

**Lewis** 29:13 53:4

**liberal** 35:8

**lie** 83:1 96:1

**lies** 85:14

**life** 175:5,7

**light** 30:16 56:12,15,23 138:2 194:24

**likelihood** 128:6

**limitation** 157:10,15

**limiting** 176:19

**limits** 82:19

**liners** 122:9

**lines** 111:6,10 138:12 140:11 185:23 186:2 188:19 195:13

**links** 122:20

**list** 11:25 12:1 24:16 33:12

**listed** 31:19 32:11 33:20 74:17 92:6,23 100:21 149:22

**lists** 95:8



liter 82:11,17 88:21,24

litigation 27:20,24 28:1,
4,10 57:22 100:25 201:15

litigations 51:18

local 57:9 63:17 196:6,17

localized 185:11

located 55:16 94:25
95:25 106:16 209:8

locating 52:18

location 18:1,13,20,24
19:2,16,21,24 20:24 21:4,
10,14 22:1,3 59:1,4 63:24
64:3 90:2,9 93:1,17 95:14
96:8 101:18,22 109:9,21
118:24 119:19 124:1
127:10 145:10 149:5
150:8,9 160:19 190:21
195:9 213:3,4 214:10,11
220:2,6,18 221:22

locations 20:13,15,22,25
21:7,8 91:21 95:22,24
96:5 98:7 100:18,20
101:7 102:11 106:7,13
119:15 129:5 143:13
149:6 201:11

log 108:3 116:11 193:15

log-transform 81:18

logs 107:20 108:10
115:23 116:18 117:2,3
118:18,23 119:2,20
123:13,21 186:20,24
200:13

long 27:13 42:11 122:5
146:14 159:14 163:24
167:11 169:6,15 196:10

long-term 164:21

longer 47:9 60:1 148:17,
18 171:13

looked 64:9 76:9 87:4
95:23 115:16 117:2
118:20 119:3,17 123:21
136:5 149:21 158:7
178:24,25 180:20 183:23
184:8 185:11 187:7
189:12 198:6,7 199:18,23
200:4 202:9 205:7 217:7

loop 227:20

loosened 164:16

Los 57:11

losing 157:20

loss 168:8

lost 32:24

lot 103:16 143:19 169:12
174:6 188:11 204:20

lots 40:2 97:16 103:2,7
118:12 143:9,16 164:14

loud 9:25

love 5:1,25 6:21 8:1,4,9,
15 10:9 12:19 33:25 43:3
44:10 45:9 47:16 50:4
90:16 131:2 165:13 186:7
204:23 207:10

low 82:9,10 194:9

lower 106:22 127:4
128:19 197:11 199:12
223:23

LPG 49:6

lucky 135:17

lumped 97:19

lunch 41:15 104:21 105:2
126:14 129:11 130:23
131:3

**M**

Mack 16:22 107:24
108:15,18,24 111:11
112:1 116:8 123:23

made 9:6 15:6 17:22
23:15 66:22 78:2 96:21,
24 97:19 128:25 132:20
134:15 140:12 188:4
217:21 220:11 222:8

magic 128:11

magically 173:21

magnitude 22:4 66:18
95:20 125:19 134:1
147:25 189:18 227:7

main 28:15 40:1

maintains 62:17

maintenance 209:9

Major 207:12,13

make 6:10,12 7:4 9:12
17:8,9,13 18:20 20:12,22
21:5,21 42:6 48:13 64:1
80:22 82:25 89:19 91:6,7
100:8 108:25 149:16
160:18 164:10 174:23
182:16 183:10 186:9

189:17,19 198:23 202:17
204:21 214:8 215:11
218:25 219:4

maker 54:24

makes 19:19 87:24 123:5

making 80:12,13

manifests 209:25 210:3,
11,14

Mann 158:13

manufacturing 61:21

map 109:18 112:3 215:25

March 23:16 44:16 91:24

margins 147:19 154:5
174:9

mark 9:2

marked 8:9,15 9:5 10:9
12:19 43:3,5 44:10,14
45:9 47:16 50:4 90:14,16
165:13 186:7 204:23,25
213:23

marker 136:2

markers 111:17

marketing 29:3 31:10,12

marking 11:10 83:10,12

Marsden 41:2,16,20
42:1,11,12,17,23 43:7,14
44:21 48:6 50:21

Marsden's 42:5

Marshall 31:23 35:7

Martindale 95:9

masked 121:17

mass 102:11,16 134:1,4,
6 136:20 153:16 155:23
157:10,14,15,18 160:5,
21,22,24 161:25 162:16
166:14 167:7 170:10
171:2 173:17 174:8,24,25
177:13 191:9 196:3
200:17 208:1,4 226:6

masses 134:7 171:17

master's 31:21 35:2

match 142:18 184:22
189:4

matched 15:7

material 35:3 36:6 154:1
163:12 174:11

math 11:14

mathematically 166:10

mathematics 39:13,18,
20

matrix 178:17,18 179:13
183:14

matter 5:4 14:20 23:6,13
29:3 73:14 170:11 181:23
207:12 227:6,9

matters 5:6 28:10 29:21
41:6 80:6 169:19

maximum 154:13

Maxwell 74:5,6,7

Maxwell's 75:20

Mcinnes 5:25 44:2,8,15
45:6 49:19,23,24,25
50:20 57:24 58:11,14
64:9 66:25

Mcinnes' 153:2

Mcnabb 74:5 76:1,3
80:15

meaning 103:14 124:4
227:12

means 98:24 105:19
110:21 155:23 175:12
188:6 201:10 214:23
217:23

meant 93:4 98:6 126:5
177:23 198:5 208:4
221:20

measure 168:14 175:12

measured 153:22,23
225:7

mechanics 135:12

media 90:6,7

meet 61:24

Memorial 11:17

memorized 147:9

memory 15:24 58:15
92:4 94:4 223:2

Menkveld 24:15,22

mention 6:16 140:2

mentioned 35:22 43:13
60:19 127:11 152:18
183:23 186:2,3

mentions 47:12



**met** 207:11

**method** 14:6 103:16 119:11,24 129:9,11 130:17 142:6 167:8 183:17 200:1

**methodologies** 183:25

**methodology** 133:7 160:20 161:25 168:9 184:5 185:8 220:20

**methods** 120:2,7 121:2 154:15 159:15 183:21

**Michael** 43:7

**Michigan** 30:6

**micrograms** 82:11,17 88:21,24

**mid** 104:15

**middle** 67:11 112:11 113:21,22 141:12 180:10

**migrate** 173:22

**migrated** 67:6

**migrating** 119:5

**migration** 118:15 152:16

**Mike** 42:17 43:20 45:2

**Mile** 54:25

**millions** 129:21

**mind** 5:23 7:8 15:12 17:2, 7 18:5 47:7 86:20 123:3 128:3 217:21

**mine** 41:14 88:6 89:3 91:12 203:25

**Minerals** 29:19

**minimum** 162:1

**minus** 11:18 162:23 172:11,12

**minute** 53:3 178:8

**minutes** 216:22

**mislabeled** 111:9

**missed** 180:24 204:3

**missing** 107:10 151:5 167:25 174:24 187:17 224:21

**misstated** 114:14

**Misstates** 167:19 170:14

**mistakes** 116:20,22

**mixed** 227:17

**mixing** 166:3

**model** 125:21 126:11 184:1,8,9,18,19,23,25 185:3

**modeling** 39:3 183:24 184:17

**models** 184:21

**molecule** 136:3 169:22 182:21

**moment** 11:11,22 44:13 61:14 144:14 155:20

**money** 48:21 71:23

**monitored** 21:11 139:21

**monitoring** 18:1 19:13

**monolithic** 55:25

**month** 10:23 32:7 43:19, 25 44:22

**months** 150:5,6

**moonlighting** 54:19

**Moran** 9:7 11:3 17:21 51:19,20,24 62:21,23,24 63:4 67:24 68:1 69:5 98:6,8 100:11 126:19 132:23 137:8,14,23 140:13 141:4,5 143:25 146:10,13,16 152:4 205:8 212:5 223:24,25 224:25 226:1

**Moran's** 225:3

**morning** 205:2

**motivations** 140:21

**Motor** 100:11 223:24

**mouth** 75:2

**move** 42:15 53:3 107:4 152:12,14,18 155:9 211:3

**moved** 42:15 52:23 153:6 155:18 160:1

**movement** 155:5 156:4

**moves** 112:15,24

**moving** 127:17

**multiple** 5:10 193:14 200:12 208:8

**multiplying** 192:1

**MW-10-** 124:20

**mixed** — 

**MW-105** 111:1

**MW-105D** 107:15 108:13

**MW-106** 113:4,15

**MW-6** 194:8

**MW-9** 107:10 113:12 114:8 119:12 123:15 124:25 193:23 194:18 200:5

**N**

**named** 158:13

**names** 30:10 50:22 137:17

**navigate** 214:9

**NE** 110:21 111:19

**nearby** 95:1

**necessarily** 70:6 93:5 120:1 124:6 140:17 142:18 148:6 165:2 167:22 177:22 185:3,4

**needed** 34:18 80:10 81:1 150:12 202:24 206:3

**nested** 193:16 194:7,12

**nice** 11:24

**nodding** 10:1

**nods** 120:6

**noisy** 122:24

**non-expert** 72:2

**non-litigation** 29:21

**non-zero** 82:25

**Nonetheless** 112:6

**noon** 166:6

**normal** 9:23 27:8

**north** 96:13 133:16 137:4,13,23 146:13

**northeast** 110:21 111:19 112:20,23 116:21 124:16

**northern** 152:22

**note** 142:8,9 161:16,22

**noted** 125:13 183:6

**notice** 9:2 10:14,17 205:17

**noticeable** 200:25

**noticed** 32:23

**number** 8:16 9:2,4 11:11 12:17,21 30:17 32:12 33:7 43:6 44:12,14 45:15 47:14 50:6 51:15 53:7,21 59:2 68:14 104:18 113:5 115:20 125:7,8 128:8,10, 11 130:4 131:6 142:24 144:19 166:22 185:24 191:21,24 192:4 195:4 199:17 200:3 213:25 220:1,5,13

**numbered** 58:21

**numbers** 19:6 77:4 88:15 129:23 133:7 141:18 163:2 171:5 191:13,16 192:17,18,20, 25 199:11

**numeric** 134:8 138:16

**numerical** 191:5

**numerous** 104:17

**O**

**Oakland** 74:8

**oath** 58:8

**object** 22:15 61:19 64:12 65:7 114:11 156:23 163:14

**objected** 114:16

**objection** 22:7 26:22 62:12 66:6 71:10 98:22 125:10,13 146:20 167:19 170:14 183:5

**objections** 47:20,22

**objective** 64:22,23 181:12

**observation** 175:22 212:21

**observations** 158:11 211:24

**observed** 161:20 184:19,23

**observing** 175:2

**obtain** 52:6

**obtained** 15:2 72:22 73:1,10,12 84:24

**obvious** 206:13

**occasion** 40:24 51:13



**occasionally** 41:15 105:14

**occasions** 51:15

**occupied** 94:24 165:21

**occur** 61:10

**occurred** 49:10 63:11 66:9,13 97:17 98:16 145:12 211:8 225:12

**offer** 13:14 35:9 44:7

**offered** 28:21 56:24 57:5, 8,10,17,18

**offering** 207:24

**office** 41:14 74:8

**official** 30:10,15

**Oftentimes** 157:16

**Ogden** 24:23

**Oil** 29:18

**older** 205:17

**oldest** 148:10

**omit** 16:12 223:19

**ongoing** 61:17 227:1

**open** 115:20 167:10

**opened** 166:6,7

**operate** 62:9,19

**operated** 97:11 98:8 169:13 190:20,25 208:9 210:10 212:5,12 213:9

**operating** 59:18

**operation** 60:1,16 61:17, 18,22 103:9,11 122:24

**operational** 59:8 208:24 212:20

**operations** 59:10,15 60:6 61:1,11,16,25 63:6,9 66:10 86:25 87:5 94:25 95:5 97:17 98:16 99:12 103:6,14,19 104:6 210:9, 25 211:23

**operator** 102:4

**operators** 97:22 98:25 99:6,13 100:1 102:24 103:8

**opine** 48:10 49:22 114:5 131:8

**opined** 66:21 102:20

**opinion** 66:12 67:2,18,24 68:4 86:10 97:23 101:4, 13 104:18,23 105:11,20 112:6 114:12,15 115:11, 12,24 116:3,10,17 117:1, 24 125:7,8,15 129:10 131:6 133:3,8 140:9 160:20 171:16 180:11 200:2,3,17,20,23 201:3,5, 9,17 207:25 208:3 210:6, 12,17 211:18,19

**opinions** 12:9 13:13,16, 19 14:7,11 22:14,22 28:21 32:3 38:20 42:2 43:18 44:7 46:17 47:25 48:19 50:15 52:8,14 56:25 57:5,10,18 58:13, 18,20 64:8 75:18 84:25 145:3 154:24 155:1 199:24

**opportunity** 201:25

**opposed** 141:25 185:5 223:4

**option** 181:14

**oral** 24:9 41:25

**orange** 81:22 83:8 143:20 189:6

**oranges** 181:22

**order** 20:6 21:5 22:3 25:14 43:21 59:14 90:4 99:6 112:3 121:24 122:7 136:10 147:24 178:25 192:3 193:21 194:16

**organizations** 56:5

**orientation** 110:23 111:8,16,17 112:2 116:21

**original** 16:17 62:24 135:24 146:8 183:25 215:16 227:14,24

**originally** 136:3 168:4 173:19 215:7

**originated** 95:24 211:3

**orphan** 103:23

**outcome** 79:24

**outflow** 173:2

**outlier** 40:8

**outliers** 158:17

**output** 79:4 80:8 205:1

**overlap** 50:1 225:23

**overlapped** 158:8

**overlay** 84:15 190:5

**overlays** 188:16

**overlying** 196:14

**overview** 13:24 209:7

**owned** 208:8 212:5,8,11 213:8

**owner** 221:15,18

**owner-occupants** 131:20

**owner-operator** 101:18

---

**P**

**p.m.** 130:24 165:11,12 166:7,8,17 167:1

**Packaging** 9:6

**pages** 46:19 47:10 78:14 143:11 186:19

**paid** 54:1,4

**Paper** 9:6 70:9 86:19 100:23 137:7,9 147:13 212:1,6,17 213:9,11,17 224:11 227:22

**paragraph** 33:10 53:9 72:17 94:18 100:9 196:7, 9 212:2,3 223:24 224:11

**parameters** 79:19,22,24, 25 80:4,16 99:20 102:7 184:21 217:15

**parcel** 93:5 211:21

**parentheses** 172:11,12

**parenthetical** 191:7

**PARK** 113:13

**part** 9:12 14:3 17:17 20:21 22:13,21 23:1,14 40:5 52:8 54:22 59:13 69:23 72:19,23 73:2,4 77:18,21 81:10 83:13,14, 22,23 84:20,25 92:2 93:15 95:18 103:21 105:22,25 106:22 115:11 117:20,24 129:8 145:18 147:7 154:20 177:5 179:4 181:18 193:5 195:16 198:15 204:22 225:20

**particles** 178:20

**parties** 5:7 42:25 43:23 98:2,19,20 100:10,14,19,

**overlapped** 158:8

**21** 101:1 103:20 140:23 141:22 161:15 201:14 207:23 208:6 209:3 221:7

**partitioning** 182:18

**parts** 69:12,13 87:6 88:25 128:13,24 129:22 130:4 142:7 177:2 194:23 195:15 209:8

**party** 98:1

**pass** 10:3 185:1 202:3

**Passaic** 30:6

**passing** 220:11

**past** 25:3 38:20 39:7

**pathway** 67:1,4 213:6 218:3

**pathways** 140:20 141:8

**pattern** 118:14

**pay** 5:8,14 54:6

**PC** 135:7 136:11 161:5,17 188:21

**PCE** 83:3 94:19 104:14 112:22 135:2,3,5,14 136:3,9,21 143:16 161:2, 9 174:20 175:5 177:24 178:4,10 187:25 188:1, 14,16 189:5,11,22,25 190:1 191:10 192:4,6 194:9,23,24 195:19,22,24 196:13,19,23,25 197:9,19 198:6 199:9

**pdf** 149:11,12 204:20,25

**Pennsylvania** 29:10 30:17

**penny** 53:21

**people** 5:10 27:25 31:7, 12 36:19 40:24 63:8 68:22 70:21 98:19 103:3, 13,15 126:23 188:11 217:19 220:3

**percent** 26:25 27:2 98:3, 11,15,18 101:9,12,21 103:1 162:11,14,18,21,23 192:21 196:3,5,15,20

**percentage** 101:4,24 102:9 207:25 208:12 217:15

**percentages** 171:19

**Perfect** 102:23



**perfectly** 20:9

**perform** 77:20

**performed** 14:21 36:2 76:13,25 77:21,22 80:3 88:3 176:12

**period** 21:12,25 55:1 154:9 160:4 164:18 208:10 212:9

**periods** 158:8

**person** 5:8

**persona** 32:17

**personally** 51:6

**persons** 103:21

**perspective** 37:6 61:8 164:21,22

**Petroleum** 29:3

**Ph.d.** 5:1 31:21 34:1

**phase** 59:22,24 127:9 170:5

**phenomena** 18:9 157:12

**phone** 48:4

**photo** 8:7,16,24

**physically** 121:22

**pick** 37:23 38:11 124:18 152:23

**picked** 48:3 87:7

**picking** 195:23

**pictorially** 116:17

**picture** 8:18 13:24 14:9 35:17 70:16 79:2 83:19 84:4,16 87:10,17 90:4 108:4 121:13 125:2 188:7,9,13 190:7,8

**pictures** 18:15 78:13,17, 21,23 84:1

**pie** 191:11 192:20

**pipe** 122:20 123:4 166:20 167:3

**place** 13:1 15:1 126:9 178:9 203:6

**places** 86:21 178:12

**plaintiff** 8:3

**plan** 218:11

**Plating** 92:16,21 93:11

**plausible** 126:4 154:18 185:6

**play** 74:20 102:14 120:24 154:16

**plot** 96:11

**plotted** 96:12

**plotting** 81:18

**plume** 18:6 19:1 67:10,22 68:2,9,23,24 69:1,2,7,8, 10,16,24 70:3,8,19,24 71:3,8 83:16 85:22 86:6 90:5 95:21 96:2,6,18 98:15 99:21 102:21 104:3 112:11,12,14,19 113:18 129:5,7 132:14 135:13 136:17 137:4 152:16 154:12,22 155:22 156:1, 7,10,14,16,19 157:2,13, 17,22,23 158:1,2,5,18,24 159:2,3,10,22 160:7,8,22, 23 162:5 165:21,24,25 167:18 175:19 176:5 177:13 191:19 192:11,14 195:10 196:3 197:2 198:10,15 199:7 201:13

**plumes** 133:15

**point** 11:7 16:3,9,16,23 18:2 19:16 43:24 60:23 84:9 86:9,10 114:24 119:17 125:16 133:4 141:1 144:17,19,20 149:4,22 151:10,12 154:4 155:11,16,19 195:8,12 196:4 198:9 199:7 220:7

**pointed** 215:9

**pointing** 93:2

**points** 17:1 18:12 19:3, 11 20:11 61:9 81:23 100:12,14,18 106:21 125:17 137:13,14 138:8, 10 139:5,6 142:24 143:3, 10,18,24 144:13,23,24 149:2 151:9 167:17 179:8 180:10,23 185:2,20,25 195:11 204:6 213:25 214:3,4 216:6 223:1 226:11

**political** 52:3

**polluted** 66:5

**pop** 88:10 203:3

**portion** 61:11 68:19 85:21 95:23 114:7 161:10,12 162:11 172:21

**197**:1,3 198:10,15 212:8 220:21

**portions** 224:21

**possession** 43:25

**possibility** 62:8 128:17 129:14

**post-excavation** 145:24 219:15

**post-remediation** 146:9,18

**potential** 103:3 127:1,24 129:14

**potentially** 99:17,24 128:15 179:1

**ppb** 196:18,19

**practice** 27:20,24 217:20,22,25

**practices** 99:14

**pre-1980** 104:7

**pre-mid** 104:3,9

**precise** 169:22

**predate** 148:13

**predated** 226:1,23

**preface** 120:25

**prejudiced** 170:5

**preliminarily** 7:12

**preliminary** 5:6 24:12

**premise** 159:10

**preparation** 74:9

**prepare** 23:24

**prepared** 15:18

**preparing** 73:25

**presence** 63:13,16 127:1 186:1

**present** 52:15 107:14 123:14 129:15 130:20

**presentations** 32:9

**presenting** 80:14

**president** 27:10,13,17

**pretty** 35:17 40:21 104:15,16 164:5 167:12 192:11 199:17

**prevalent** 61:17 104:14

**preventing** 118:3

**previous** 93:24 104:15 111:15

**previously** 126:19

**primarily** 76:17 116:10 117:2

**primary** 56:7 74:23 135:4 140:10

**principal** 27:10,14,16

**prior** 24:6,14 28:20 42:9 46:13 51:18 52:21 131:19 145:12 148:12 227:24

**private** 32:12 54:17,18

**problem** 39:15 147:21 182:19 204:15,16

**procedures** 9:20 59:19

**process** 36:18 59:13,18 61:6,8,9 131:11 132:16 134:13 136:19 151:8 167:8 175:25 176:14,19 182:23 200:1 219:23

**processes** 59:12,15

**produce** 22:21 139:15 158:23 184:7

**produced** 12:4 15:15 72:10 202:24

**producing** 12:5

**product** 77:23 81:12 136:11

**products** 135:24 175:4, 22

**professional** 28:2 33:23 34:1,3 41:23 42:20 55:10

**profile** 21:18 130:2 153:2 198:6

**profiling** 214:10

**program** 20:6 35:12 79:16 84:15 145:8

**programs** 39:6

**project** 70:6 74:7,19 91:8 140:1 184:3

**projects** 28:14,15 57:15

**promise** 54:6

**prone** 215:10

**propensity** 104:7



Adam Love, Ph.D.
June 07, 2018

**proper** 110:23

**properties** 133:24 142:25 152:23 197:17 201:15,17 208:6,25 219:19 220:16

**property** 17:21,22 85:16 94:23 95:5,6 97:18,20 98:7,17 106:16 112:8 116:13 125:20 131:16,17 134:16,19,23 135:11 136:9,23,24 137:8 141:4, 10 147:13 151:14 160:16, 17 161:3,6,11,19,24 162:4,17,18 197:23 199:14,19 200:14 209:3 210:19 211:25 212:22 218:18 220:24 221:8,15, 18 225:19 226:7 227:19

**proportion** 135:2

**proportional** 178:5 196:11,24

**proportions** 178:10

**provide** 12:7 53:7 62:5 103:16 193:21 216:13

**provided** 12:8 25:17 51:11 72:21 73:1,9 74:13 75:17 84:19 91:9 150:21 151:2 205:1 208:17,23 209:21 212:4 213:25

**providing** 28:17 30:25 43:16

**proving** 212:15

**public** 32:9,17 84:23

**publically** 202:23

**publication** 202:20

**publicly** 203:8

**pull** 42:6 43:12 214:8

**pulled** 84:7,9,11,12

**pulling** 43:5

**purple** 82:12,15,23 83:17 143:16

**purpose** 95:17 189:17

**purposes** 88:16 145:1 156:24 157:2,4 206:6

**push** 119:24 121:10,17, 21,23 122:22 174:12

**pushed** 123:2

**pushing** 121:2,24 123:2 176:1

**put** 8:7 39:19 44:8 47:14 50:2 61:21 75:2 79:16 94:4 122:14 123:9 136:25 138:14 139:14 145:7 165:22 168:5 186:17 187:14 204:19 205:6 223:2 227:19

**puts** 110:17

**Q**

**qualified** 127:11

**qualify** 169:5

**quality** 174:7

**quarter** 21:11

**question** 5:21 10:1 16:18 19:25 34:23 56:18,23 65:8,10,20 94:5 106:4 111:13 114:5 116:19 120:9,22 121:19 125:11 130:15 147:11 151:19 152:7,9 157:7,8 159:17 160:3,8 163:18 173:21 194:11 205:4 207:15,19 215:22 219:3 226:19,22

**questions** 5:8,10 7:23 9:24 11:20 12:14 48:12 204:21 207:4,9,14,17 209:4 213:22 214:16 216:21 222:2

**queue** 42:7

**quick** 75:9

**quickly** 13:8 74:22

**quote** 179:7

**R**

**Rachelle** 74:5,6,7 75:20

**radical** 217:19

**ran** 78:6 149:1

**range** 82:12 108:12 189:7

**rate** 53:14 155:25 157:19 176:18

**rates** 166:8

**ratio** 135:2 136:10 161:5, 7 177:23 178:1 196:13 199:13

**Ratioed** 193:1

**reach** 17:15 144:4 152:11

**reached** 67:19 68:7 75:18 116:25 159:13

**reaching** 116:5

**read** 5:15 20:17,19 33:16 44:25 46:8,16,21 47:2 48:3,16 49:8,17 50:12 71:2,5 87:8 137:16 188:9 208:22 209:1 213:19

**reading** 17:12 24:12 46:13 47:8 49:10 98:9 194:25 197:5

**real** 113:3 158:17

**reality** 162:2

**realize** 202:23

**reason** 10:5 20:12,21 104:13 113:23 181:14 193:18 194:2,17

**reasonable** 5:14 184:22

**rebuttal** 45:12 47:4

**recall** 11:4 46:3 58:13 91:2 92:22 94:3 95:7 109:5 119:13 130:12 140:6 175:16 186:25 210:2 211:13 213:19,20

**receive** 6:8

**recent** 24:15 25:18,20 90:24

**recess** 54:9 55:5 58:3 105:4 130:23 165:11

**recognize** 49:4

**recognizes** 218:3

**recollection** 146:6 159:5

**reconstruct** 99:20

**record** 7:17,18,20,25 8:11,12 54:7 55:3 94:16 100:8 104:13 105:7 106:3 114:11 156:22 165:15 170:15,17 204:22 219:20

**records** 53:20 210:8

**rectangles** 85:11

**red** 81:22,23 106:14,15 109:1,2 128:14,21 188:23 194:22 195:11,14 214:18

**redirect** 222:1,3

**reduce** 174:4

**refer** 8:4 69:10 70:23

96:1 103:22 106:25

**reference** 75:9 108:1 185:12 186:4 202:19 209:8 213:12

**referenced** 203:7 209:18

**references** 72:11,14 73:15,16 85:2 191:10

**referred** 64:18 88:25 105:15 146:12 177:21

**referring** 69:11 100:19 114:4 117:11 186:10 216:4

**reflect** 72:15 116:17 117:5 123:24,25 125:18 127:9 130:8 153:25 168:24 182:9,12 190:23 192:6 214:13 215:21 219:18 220:17 227:15

**reflected** 25:22 31:16 32:4,8,14 57:15 119:20 181:25 182:3 190:8 197:6 214:12

**reflective** 127:17

**reflects** 117:8 130:13 197:11 212:22 220:22

**regulator** 156:23 157:1

**regulators** 62:11,15

**regulatory** 61:23

**relate** 72:8 100:14

**related** 14:19 29:21 36:8 38:22 61:12 70:4 99:18 102:3 200:5 210:1

**relates** 105:11

**relating** 5:4 211:9

**relation** 55:20

**relations** 54:24

**relationship** 24:14 32:16 42:21,22 43:22 45:21 82:4

**relative** 9:13 43:17 134:7 136:20 151:23 178:10 201:12

**release** 58:25 59:3,5,12 60:20 63:3,11,15,17 65:4, 6,9 66:9,13 99:16,18,21 152:24 154:17 212:23,25 213:4 217:2,9,24 219:14

**released** 67:16 136:12 169:7 173:24 211:1



Adam Love, Ph.D.
June 07, 2018

19                                                                    Index: releases..sample

**releases** 61:2,10 66:17 185:22 197:22 214:19 215:1,8,13,15,18,21

**releasing** 169:15

**reliable** 184:11,15

**relied** 14:1,11 52:19 72:5 141:24

**rely** 116:7 184:6

**remain** 219:7

**remainder** 220:25

**remaining** 168:16

**remains** 161:11,19

**remedial** 225:21

**remediated** 146:15,16 170:4

**remediation** 27:4 148:12 218:11,16

**remember** 16:15 23:14 50:25 51:2 55:15 57:12 58:8 82:7,8 84:18 85:6 92:25 106:4 123:21 126:22 185:19,24 193:22, 25 212:13

**remembering** 139:19

**removal** 169:4 225:11 226:1

**remove** 174:11

**removed** 145:20 147:14 151:13 154:1 163:12 169:17 170:7 174:3 223:22 224:5,8,13,24 225:4 226:4 227:13 228:2

**Renzel** 29:7

**reorientation** 114:18

**repeat** 23:11 52:10 56:18 207:17

**repeated** 85:4

**rephrase** 26:24

**report** 11:10,21 12:23 13:5,17,20 14:2,4,7,12 16:13 17:12,15 18:3 22:14 23:25 24:4,6 25:17 26:5 27:9 29:23 32:24 33:6 34:20 42:5 43:6,20, 25 44:1,2,5,6,15,17,22, 23,25 45:3,6,13 46:5,6, 11,12,14,16 47:3,5 48:3, 7,17 49:5,8,11,15,17,19, 20,25 50:1,7,10,19 51:17

52:9,15,25 53:7,16 54:14 57:23 58:10,14 64:13,14, 15 68:14 69:15 71:3,5,21 72:19 74:1,3,10 75:24 76:9 77:1,5 79:21 80:2 84:2 86:1,11 90:21 92:3, 22 93:23 94:10,14,17 98:9 100:7 101:11 106:11 107:24 108:16,18,24 109:21 112:19 116:2 117:5,11,14 123:23 131:5 139:16 153:2 159:21 174:17 176:3,21 178:12 185:9,13,16,21 186:2,15, 18,21 187:2,5,6,9,22 199:24 202:2,13,20 203:7,16 205:10,21 207:23 209:4,6 211:11 213:21 214:17 215:9,17 217:5,7 223:15

**reported** 59:11 62:15 128:23

**reporter** 7:18,19 20:20 228:13,16

**reports** 14:19,23 15:3,6,8 16:11 24:10 29:1 43:19 50:19,25 52:21,22 59:19, 22,24 60:2,15 62:6,10 71:24,25 72:2,3,4,7,9 73:19 87:8 94:1 95:3 105:15 106:25 126:22 128:22 140:3 151:16 186:3,6 200:4 203:14,17, 22 208:22 215:4

**represent** 15:11 81:25 102:9 130:5 144:8,9 145:9 155:15,19 165:24 188:19 189:2 201:16 207:12 208:6 228:11

**representation** 21:2 87:11 90:5

**representative** 93:4 145:21 220:1,5 221:23 228:1,5

**represented** 102:10 138:4 185:5

**represents** 18:22 82:1 184:25

**request** 77:22

**requested** 12:1 20:19

**requests** 12:2,6

**require** 101:13

**requirements** 61:23 62:3

**rerun** 81:1

**research** 147:11

**respect** 227:21

**respond** 6:17

**responded** 61:4

**response** 12:5 49:15

**responsibility** 208:12 224:20

**responsible** 98:1,2,20 100:10,14,19,21 101:12 207:23 221:9

**rest** 70:2 133:19

**restroom** 165:6

**result** 74:14 102:25 125:24 140:19 158:24 167:10 184:7 191:18,23 197:22

**resulted** 22:13 192:21

**results** 77:1,3 84:14 125:5 150:9 197:5,20

**retained** 23:5

**retention** 51:16

**reverse** 55:13

**review** 43:21 208:16 209:25 211:6,9

**reviewed** 12:9 14:19 15:3 49:15 71:25 72:9,14 203:15

**reviewing** 211:13

**Richard** 53:4

**rid** 154:4 174:8 177:18

**rig** 125:1

**right-hand** 110:13 189:10

**rigmarole** 9:24

**rise** 164:19

**risk** 103:10,19

**River** 30:2,5,6

**road** 29:16 141:5 160:12

**Rob** 94:14 202:2

**Robert** 29:7 49:5

**robust** 185:8

**rock** 123:6,10

**rocks** 35:20

**Rod** 68:8 69:6 85:16,20 91:22 95:5 97:18 109:11 112:8 113:12 114:7,10, 19,25 115:1 116:13 124:12,14,24 131:16,17, 18,19,25 132:1,3,14 134:16,18,23 135:10 136:9,18 137:21 141:6 144:1 160:16,17 161:3,6, 11,19,24,25 162:4,22,24 190:21 197:22 200:14 217:11 218:12,17 220:9, 24 221:6

**Rod's** 86:5

**Rod/von** 102:24 115:13 116:7 124:5 136:15

**role** 74:9,20 76:2

**rough** 53:18

**roughly** 44:16,22

**round** 50:3 88:15

**routinely** 100:1

**Roux** 27:16 41:21 42:15, 17 43:7

**RP** 97:25 98:10 201:10,14

**RPS** 97:25 100:10 201:18,21 207:23

**rule** 139:18

**Rules** 6:15,18

**run** 22:25 50:18,22 78:2 79:4 80:1,8,9,22 123:6 171:13

**running** 111:6

**runs** 38:16 76:7,18,20 137:19 139:22

**Russell** 29:13

---

**S**

**Safety** 30:16 56:12,15,23

**Sam** 6:10 44:2 45:13 50:7 207:10

**sample** 16:4 17:14,20 18:19 21:4,15,23 22:24 89:8,17,21 90:2 91:21 129:19 130:1 144:9,20,24 147:12,22 148:2,3 155:16,20 156:12 179:19, 20,23



Adam Love, Ph.D.
June 07, 2018

20                                                    Index: sampled..sites

**sampled** 21:15 129:16 130:1,20 149:23 151:17 167:20,21

**samples** 21:24 23:2 36:16,18 82:20 89:13 90:8 96:7 122:4 130:8,10 135:9 144:10,17 145:5, 13,16,17,19,20,24,25 146:2,3,11,14,18,24 147:17,18,24 149:6 153:25 156:5 178:21,24 179:11,13,14,24,25 180:13 181:1,11,19 219:1,5,13 222:5,9,10,12, 13,15,17,21 223:4,12,19, 20 224:3,15 225:6,9,14, 15,18,20,23,25 226:12, 20,21,23 227:1,3,9,14,23 228:3,4

**sampling** 20:25 91:23 119:14,24 130:6 143:13 167:16 227:18

**SAMUEL** 207:9

**San** 30:13 50:8

**sand** 123:3

**saturated** 179:25 180:17 219:1,6

**scale** 165:3 189:20

**scenario** 63:23 154:17

**scheduled** 10:17 11:8

**scheme** 189:4

**school** 35:8

**science** 35:3,10 36:6 38:8,10,13,17 74:8

**sciences** 35:10

**scientific** 58:24 63:12 68:23

**scientist** 27:10,14,16 74:7

**scope** 65:5 129:8

**scrambled** 227:16

**screen** 8:15 10:11 12:21 13:7 25:11 74:12 91:11 106:9 193:11 205:6

**Sean** 7:23 8:2 22:16 207:15,19 213:22 222:2

**search** 149:1 203:2,3

**Searles** 29:19

**section** 43:22 182:4 212:2 213:11

**sectioned** 122:1

**sections** 122:6

**security** 55:17,19,20 56:6

**selected** 10:21

**seminar** 32:7

**seminars** 32:12

**send** 73:20

**sense** 6:10 7:4 37:9

**sentence** 72:18 196:8,10 209:13,19

**separate** 6:23 19:5,6 20:5 60:5,8 61:14 86:2 89:22 102:15 103:16 127:9 131:24 134:2 150:10 172:21 193:10 216:2,7

**separated** 133:10

**separately** 133:24 149:22

**separates** 137:23

**separating** 117:25

**separation** 195:8

**sequences** 105:8

**sequential** 175:3

**series** 78:13 122:20

**serve** 54:20 95:18

**served** 28:20

**Service** 9:7

**services** 28:17

**serving** 51:23

**set** 63:6 72:18 76:23 84:13 168:10 180:10 204:5 210:11,13,14

**sets** 157:17

**settings** 139:15

**settled** 184:16

**setup** 85:24

**sewer** 111:3,10 140:3,8, 10 141:8 185:23 186:1 214:19,21,23,24 215:1,5, 6,13,14,18

**sewers** 214:22 215:4,9

**shallow** 63:14,17,18 64:4,10,15,18 65:9 66:11, 22 117:7,22,25 118:4 119:5 191:9 196:14 216:25 217:8,22 218:4 222:5,12 223:12,18 224:15

**shape** 69:1 188:21,22 189:18 190:11

**shapes** 189:22

**share** 88:9 101:8 129:1,2

**shared** 44:3 45:3 88:2

**shares** 103:23

**shift** 142:21,23 158:12 159:1

**shocked** 78:4

**shocking** 71:4

**Shop** 100:11 223:25

**short** 46:20 58:5

**short-term** 164:16

**shortly** 23:20

**shot** 167:11

**shoulder** 91:16

**show** 8:12 54:18 106:17 114:18 115:3,14 119:3 139:5 156:3 167:9 189:21 210:4

**showed** 43:20 113:7 210:15

**showing** 108:13 113:17 195:3,5 209:17,22 212:5, 15

**shown** 32:20 95:14 107:16 111:3 112:20 115:8 116:9 118:9,17 139:5 141:12 190:10 198:1

**shows** 114:8 136:25 137:3,4,6 176:5 191:4 212:19

**shrinking** 157:23

**shut** 115:22 171:6

**side** 54:19 55:14 108:4 109:17 110:13 112:19 138:7 146:1 153:24 189:10 194:8 198:11

**sides** 138:10

**signature** 134:21 161:2 228:10,12

**significance** 88:14 178:13

**significant** 17:6 156:3 164:18 169:5

**signs** 127:2

**silt** 107:7 113:24

**silty** 106:23 107:7,15,18 108:13 113:24 118:19

**similar** 63:5 113:2 186:6 207:21 218:21

**similarities** 189:21

**similarly** 49:16

**simple** 65:20 217:12

**simplest** 103:5 118:13

**simplify** 20:1

**simply** 65:8

**simulation** 39:2 76:7

**single** 17:25 18:1,21 21:22 22:1 70:2,19 89:14 90:4,10 123:19 150:7 155:12 172:25 193:13 220:1,4 221:22

**sink** 165:20,23,24 166:3, 4 167:14,16,22 168:3,13, 18 170:21,23 171:9 172:25 173:2,3

**sinks** 168:16 173:2,8,9, 11

**sit** 97:3 112:2

**site** 14:21 15:9 27:4 30:2, 5,6,7,12,14,17 48:12 56:12 57:12,13 60:3,4,15 62:17,23 63:4 68:1,8 73:16 81:7 85:3 93:11,13 96:14 98:4 99:8,9 100:3,4 102:20,25 105:22,25 106:19 109:11,16 116:7 125:21 126:11 131:21,22 132:1,3 133:18 134:9 136:16 138:3 144:7 146:8 148:1,18,19 160:23 170:4 175:8,9 196:3,12,16 205:8 208:9,13,21 211:8, 20 223:12 227:5,15 228:5

**sites** 14:20,22 29:22,23 30:1,18,23 37:19 64:16 81:6 100:2,6 101:16



103:13 119:16,23 131:24
132:5,15 143:2,8 144:4,7
169:3 170:2,6 224:19,20,
21

**sitting** 147:16

**situation** 62:14 157:17
163:23 183:12

**situations** 57:19

**sixth** 29:7

**size** 47:11 99:21

**skip** 75:22

**skipping** 44:12

**slow** 157:19 186:16

**sludge** 151:15,16,20

**slug** 164:4

**small** 70:7,15,17 133:14

**smear** 181:16

**smoking** 60:21 128:12

**snapshot** 160:3

**social** 42:22

**socialize** 43:1

**software** 20:2,8 76:14,15
78:6

**soil** 22:24 63:14,18 64:10,
18,19 66:11,22,23 90:12
91:22 117:7 118:4,16
121:25 132:21 133:22
136:10 139:3 140:23
141:17,25 142:4,8
145:14,19,20,22 147:14
151:21 152:5 153:3,17,
20,21 154:7 162:7 163:13
164:4,11 167:20 169:4,16
170:5,6,7 173:23 174:1,2,
8 177:24 178:1,11,18,20,
21,24 179:8,11,14,17,24,
25 180:13 181:1,19,20
182:1,3,8,11,15,21 183:1,
4,7,11,16 191:9 192:1,2,
9,12,13 195:19,22 196:14
206:2,4 210:19,22 211:2
213:1,5 216:24,25 217:8,
22 218:4,12,16,21,25
219:2,4,5,13 221:8 222:5,
12 223:12,13,16,18,21,22
224:1,4,5,7,8,13,15,16,
17,23 225:1,2,3,5,18
226:5 227:8,13,15,22,24
228:1,5

**soils** 63:17 134:18
180:17 181:13,15 224:8

225:4 226:1

**solely** 140:14 162:6

**solid** 137:10

**solution** 185:3,4

**solvent** 67:9 69:7 70:20
86:6 94:20 95:21 97:6,13
98:15 104:3,8,15 118:9
127:10 131:9,12 132:17
135:13 136:21 152:10
159:25 181:10 194:14
200:24 209:14,18,19,23

**solvents** 34:21 37:18
67:17 93:14 128:2,4
173:18 174:16,20 180:16
200:18 210:5 211:17
212:16,19

**sort** 10:2 63:10 72:7
74:14 84:4 133:16,25
141:4,6,10 151:15 154:16
155:24 168:8 179:13
180:9 191:21,22 194:2
218:22 219:2

**sorts** 101:25

**sounds** 51:2 124:12

**source** 16:17 39:23 64:2
84:23 92:19 107:24
127:6,12,13,14,16 135:24
161:6 163:12,13 166:19
174:11 180:7 181:11
196:6,17 199:13 208:5
210:20,21 213:6 215:6
217:1,16 218:4,7 219:8

**sources** 134:16 159:20
160:19 166:2 168:25
196:1 218:22 220:12
221:1

**south** 137:14,24 146:14

**southwest** 83:16 111:20
112:24 116:21 124:8,11

**space** 115:17 118:24

**speak** 51:13

**Speaking** 73:24

**speaks** 64:13

**specific** 32:5 43:15 51:3
73:17 85:3 90:6,7 93:5
106:20 119:19 128:1
136:21 143:5 153:16
157:12 169:22 192:23
207:25 208:20

**specifically** 10:22 35:22
53:17 91:2 92:6,25 95:7

117:12 119:18 123:15
136:12,16 139:7 144:2
147:10 158:6 159:16
185:24 186:25 210:25
212:14,19 213:19,20
226:15

**specificity** 81:20 169:25

**speculation** 61:20 62:13
71:11 98:23

**spend** 26:25 27:2 147:10

**spigots** 168:12,17,20

**spill** 59:19 61:3

**spill-reporting** 62:2

**spilled** 60:23

**spills** 59:11

**spit** 192:3

**split** 198:25 199:12
220:19

**spoke** 89:12

**spoken** 51:9,15

**spread** 118:3

**spreadsheet** 15:21
16:19 74:16 80:20 92:5,7
139:13 149:10 204:8,20
206:12 213:24 214:7
216:12,14

**square** 191:14,15

**squared** 191:17

**stability** 156:14 159:12

**stable** 155:23 156:7,16,
19 157:2,3,11,13,17,21
158:1,2,5,18,24 159:19
160:10

**staff** 73:22,24 74:2

**stage** 57:21 74:19

**stages** 14:22

**stand** 122:14 123:1
207:3,4

**standard** 175:7

**start** 14:10 41:20 114:1
128:12,16 130:16 180:18
195:23,25

**started** 53:15 142:19
226:11

**starting** 89:3 114:24
131:5

**starts** 13:11 112:15
128:20 160:21

**state** 6:19 7:24 29:10
57:6,7 159:14 175:1
224:18

**statement** 33:18 60:22
67:14 94:21 95:4 120:21
121:14 197:24 205:20

**statements** 58:21 175:2

**states** 67:5

**Stathyelich** 51:4,14,19
52:2,7,13 185:16,20

**Stathyelich's** 140:3

**stating** 200:23

**statistical** 40:16 158:3,4,
16

**statistics** 39:11,19,21,
24,25 40:3

**stayed** 170:9

**stays** 168:1

**step** 65:4 131:14 135:21
162:20 176:19

**steps** 184:18

**Steve** 50:23 51:1

**Stewart** 24:23

**Stoll** 24:22

**stop** 132:2 152:13

**stopped** 159:3 160:11

**stops** 89:20 124:18
160:11

**storage** 213:12,17
224:14

**strategies** 103:3

**strategy** 103:13

**stream** 115:21

**street** 95:10 110:7
113:15 114:2 124:10,11
137:15,17,18

**strict** 102:16

**strictly** 95:12 102:8

**strike** 208:18

**structures** 8:24 86:24

**struggling** 197:25

**stuff** 42:25 47:19 48:21



153:1 154:5 160:13,15,17 166:12 167:5 227:12

**sub-disciplines** 38:5

**subcontractor** 55:14,18

**subdivide** 103:1

**subdivided** 86:11

**subject** 62:2

**submitted** 45:13 46:13

**subpoena** 150:24

**subsequent** 42:9 88:3

**subset** 179:24

**substantially** 104:12

**subsurface** 140:11,17 175:18

**subtract** 161:17 162:22

**subtracted** 136:13

**sudden** 195:23

**sufficient** 65:3 144:3 163:18 174:18

**suggest** 6:25 63:10,17 175:23 190:20,24

**suggested** 184:9 200:15

**suggesting** 147:2

**suggests** 82:2 199:20

**sum** 76:11

**summaries** 24:5

**summary** 74:14

**summed** 204:7

**Superfund** 29:22,23 30:1,2,5,6,7,12,14,17 56:12

**supervised** 139:21

**support** 72:11 73:24 75:23 95:4 114:15 185:21 208:15

**supposed** 61:23

**surface** 63:23 64:6 108:5 122:4 126:1 127:20 134:18 178:16 210:22 211:1 213:1,5 228:5

**Surfer** 76:16,17,18,20,25 79:4,14,16,25 80:9 81:8 84:14 138:19 139:14,20, 24,25 150:13,15

**surprise** 119:24

**Surprised** 71:13

**surrounding** 151:21

**surrounds** 81:23

**suspect** 181:7

**suspected** 214:19 215:1,8,13,14,18 217:1

**suspicion** 129:1,3 185:21

**suspicious** 128:25 181:6

**SW** 111:18

**switch** 126:13

**sworn** 5:2

**symposium** 32:6

**synthesis** 36:5

---

**T**

**table** 75:4,7 91:18,20 162:15 176:20,22,23 177:6 193:3,8

**tables** 128:9

**tagged** 179:18

**takes** 226:3

**taking** 9:21 18:12 36:16 89:13 168:18 191:25 226:19 227:1

**talk** 32:22 40:10 49:19 58:10 72:2 76:1 178:8 185:11

**talked** 40:16 71:23 124:23 133:15 174:15 187:1 203:13 204:5 215:17 222:4

**talking** 33:5 36:1 61:25 67:7 69:5 70:19,25 76:6, 15 80:5 81:11 100:15 115:2 116:14 123:19 133:11 135:2,25 146:1 173:1 181:19 191:5 192:12,13,14 195:25

**talks** 31:8 208:23

**tank** 151:14,18,20 152:25 169:13 213:13,18 224:14

**tap** 166:6,7,17,22,25 167:1,6,10 170:9

**taps** 165:22 166:12 170:12

**TC** 161:5,17

**TCE** 83:3 112:11,12 135:3,16,18 136:3,10,21 143:20 161:2,10,12,19,20 174:20 175:5 177:24 178:3,5,11 185:11 188:10,19,22 189:2,13, 22,25 191:15 192:7 194:10,24 195:19,22 196:11,18,25 197:3,19 198:25 199:9,12,16,17,21 214:19 215:1,8,13,14

**TCE-PCE** 196:13

**teach** 32:6

**technical** 14:19 15:5,7 16:10 52:22 208:14,22

**technique** 119:14

**techniques** 119:19

**Technology** 57:13

**teeny** 133:17

**telephone** 24:10

**telling** 30:22 107:18 146:17

**tells** 218:15

**temporal** 142:21 155:3

**temporally** 144:10

**ten** 26:8 88:18,19 108:6 120:22 122:7 133:22 144:13,17,18,24 148:7 149:1,2,4,5,6 154:10 163:9 167:1 178:8,25 179:4,15 192:2 219:9,11 222:5,12 223:19 224:15

**tend** 62:11

**tentatively** 11:8

**term** 34:23 35:4 105:17, 18 157:14 184:12 207:22 215:13 221:10

**terms** 21:1 28:1,14 40:2, 7 49:21 65:22 70:17 102:3 137:3 144:16 151:15,22 154:12 168:18 177:6 179:14 181:22 219:7 227:7

**territory** 133:3

**test** 22:25 120:13 158:6, 16 167:15

**testified** 5:5 25:7 31:3 211:5,16

**testify** 26:13 57:16 157:5

**testifying** 28:18 30:24 57:21 74:21 208:10

**testimony** 10:6 26:17 28:5,8 31:1,6 44:20 47:6 56:14 60:10 63:7 167:20 206:22 211:7,9,13

**testing** 22:23

**tests** 22:5,12,16,19

**text** 20:19 81:5 191:4 197:6

**theoretically** 118:11

**thereof** 105:12

**thick** 107:18,22 125:5 192:2

**thing** 10:2 33:2 59:7 65:24 70:23 89:21 153:4 161:22 167:15 171:4 190:4 217:19

**things** 36:15,21 38:22 48:17 63:10 73:16 81:4, 13 82:20 86:1 89:23 92:14 97:16 103:4 146:1 155:17 161:16 191:22 202:11 204:17

**thinking** 147:23 165:5,8

**thought** 35:15 41:13 50:2 98:10 165:20 168:4 173:8 174:17 179:12 196:4 197:8 206:24 218:9

**thousand** 88:11

**thousands** 151:20 170:6 222:25

**Threaded** 68:8 69:6 86:5 91:22 95:5 102:24 109:11 112:8 113:12 114:7,9,19, 25 115:1,13 116:6,12 124:4,14,24 131:16,17, 18,19,25 132:1,3,14 134:15,18,23 135:10 136:9,15,18 137:21 141:6 144:1 160:16,17 161:3,6, 11,19,24,25 162:4,21,24 190:21 197:22 200:14 217:11 218:12,17 220:8, 9,24 221:6

**three-dimensional** 18:9,15 19:1 20:10 21:2

**three-quarters** 191:8



**thresholds** 218:5

**throws** 158:17

**thumb** 122:15

**Thursday** 60:23

**time** 5:9,16 7:15,16,18
11:5,21,24 15:16 16:9
17:10 21:19 23:17 24:21
25:8 26:20,22,25 27:3
42:16 43:24 44:1,3,20
45:3 49:1,2 52:5 55:1
56:13 57:14 74:18 84:12
85:5 86:25 89:24,25 90:9
94:11 101:23 103:6,9,10,
11,18 142:25 143:1
144:15 145:17 147:10
148:3 151:10 153:11
154:9,19 155:5,12,16,18
156:2,6,11,21 158:8
159:21,24 163:2,4 163:11
164:18,23 165:6 171:7,8,
10 174:18 176:15 177:1
202:3 208:10 212:9
216:18 219:14,15 220:3
221:21

**times** 25:2,8 26:3,9
138:24 139:25

**timing** 99:15,18,21
168:17,22,24 169:2

**tiny** 69:18 70:11 133:17

**tip** 70:13 122:16,17

**title** 27:9,18,21 189:10
213:16

**titled** 189:13

**titles** 33:23

**today** 10:7,18 11:20
13:25 14:8 15:15 26:1,3
39:16 44:20 54:1 75:12
97:3 101:19 159:11,19
163:5

**told** 7:13 47:2 87:1
119:22 187:16 212:13
222:20

**tons** 151:21 169:4 170:6
223:13,16,20 224:1,12
225:1,11 226:4,9,24

**Tooling** 207:13

**top** 16:21 69:19 81:5 82:8
109:10 110:2 122:15
143:17 176:4 179:16
187:25 188:1 190:1,7
191:4 194:18,19 198:11
199:2 205:15 215:22

216:8

**topic** 31:9

**topics** 31:2 49:21 52:3

**total** 26:20 53:13,14,23
68:20 82:2 87:11,13,14
102:21 136:5,20,22 139:3
141:2 160:21 161:24
162:16 171:18 172:5,7,
16,20 220:18,19

**totaled** 221:6

**touch** 33:3

**touched** 33:1 34:13
50:14 139:20 207:19,20

**toxicology** 38:19,22

**track** 7:18 213:2

**trade** 217:20

**Traditionally** 107:20

**training** 33:11 73:5

**tranche** 219:21

**transcript** 228:14

**transfer** 157:18

**transferred** 108:2

**translate** 191:23

**translated** 92:20

**transport** 33:14 99:20
117:10 126:11 140:19
157:10,15 213:6 218:2

**transported** 140:20
173:25

**trapezoid** 139:17

**treated** 145:3

**trench** 111:4 114:2

**trend** 165:2

**trial** 11:7

**trickle** 167:2

**TRM-** 106:7

**TRMW-106** 115:7

**TRMW-13** 107:4 114:3
115:6

**TRMW-8** 111:2

**TRMW-9** 106:13 109:11,
22 112:7 113:8,9 116:14,
18 193:7

**TRMW-9/9D/9DD** 110:4

**TRMW-9D** 193:6,10

**TRMW-9DD** 193:6,10

**true** 32:21 51:25 60:21
63:12 83:15 90:12 94:11
97:8 105:13 112:21,22
120:15,18 128:19 130:3
148:11 174:14 185:18
189:8,9 194:15 204:10
222:23 226:8

**truth** 5:2,3

**truthful** 10:6

**TRW** 109:10

**TRW-** 107:10

**turn** 14:6 57:23 71:19
97:2 138:16 142:4 166:17
167:1 206:20 212:1

**turned** 170:13,24

**two-dimensional** 69:1
191:19

**two-sink** 173:16

**type** 34:19 37:22,23 40:6
74:17,25 99:25 122:3
169:1

**types** 28:14,15 59:20
74:24 208:24 215:21

**typically** 56:2 59:17
61:10 63:16 77:4 99:11
122:2,6,9 152:14 182:24
214:22

**U**

**U.S.** 202:20

**Uh-huh** 12:18 140:5
184:13 222:7,11

**ultimately** 66:23 78:7
101:3 102:1 154:23 184:4
226:20

**ultrasonic** 121:5,9,11
125:1

**unaccounted** 103:25
161:12

**unaffected** 170:25

**uncertain** 187:3 210:20
222:22

**uncertainties** 170:1

**uncertainty** 168:17
184:5

**undergraduate** 31:22
35:16

**underground** 151:13
152:25 185:23 213:12
224:14

**underlay** 84:3

**underlying** 28:9 30:19,
20 66:23

**underneath** 100:13
107:10 110:3 111:6 112:7
113:12 114:7 116:6
127:16 161:8

**understand** 9:20 13:25
14:2,5 16:18 19:8,25
20:16 26:16 33:18 36:11
37:17 43:22 64:25 66:16,
18 69:11 70:24 72:3
102:9 105:18 111:13
116:19 139:2 155:7,8,13
160:8 166:16 170:3 173:6
188:15 191:24 194:16
198:23

**understanding** 15:19
37:9 48:13,14,20 51:22
61:7 79:14 87:4 102:17
107:3 108:8 109:19 111:5
112:17 122:25 141:7
147:19 207:22

**understood** 5:18 17:25
117:20

**undisturbed** 227:10

**unidentified** 97:10

**unimpacted** 181:3

**Union** 29:18

**unique** 161:1 185:3,4

**uniquely** 173:5

**units** 62:6,10 88:21
181:22 182:17

**unknown** 209:13,18

**unquote** 179:8

**unstable** 159:22 160:9

**update** 89:3

**updates** 24:5

**upgradient** 69:19 81:6
85:7,18,19,20,21,24 86:7,
12,13,17 110:12 112:19,
23 113:18,20 124:16



131:15,23,25 132:7,12,
13,15,22 133:10,11,13
134:16,20,24 135:6,8,10
140:22 141:9,22,23
142:3,4,7 151:23 152:1
160:1,16,25 161:4,14,21
162:5,12,17,25 163:4
171:18 172:14,18,23
177:3,4 183:18,19 184:2
194:5,8,12 195:6,9 196:1
197:17 198:4,6,12,15,17
199:4,16 200:19 218:20,
22 221:1,4

**upgradient-most** 198:9
199:7

**upgrading** 206:7

**uphill** 214:23

**upload** 149:14

**uploaded** 149:15

**upper** 111:1 199:20

**upward** 127:5,19

**USB** 12:10

**user** 39:8 79:15

**USGS** 203:6

**UST** 147:14

**usual** 84:13

**utilities** 140:11

**utility** 111:4,6 114:2
140:19

---

**V**

**vadose** 64:19 66:23
117:8

**vague** 22:15 26:22 65:10
183:5

**valid** 156:6

**validate** 184:19

**Valley** 29:19

**values** 19:6,9 20:5,23
150:3,11 155:14 193:9

**valve** 171:3

**valved** 168:7

**VAP-3** 214:11

**variability** 155:21 156:12
158:7,25 165:1 184:24
221:21

**variables** 79:15 164:8,14

**varied** 156:2 166:8
178:15

**varies** 27:4 175:9

**vary** 175:8

**velocity** 154:15

**verify** 45:5 53:21

**Vernon** 57:13

**version** 205:6

**versus** 29:2 127:19
143:24,25 144:1,14 170:5
172:14 183:7,18

**vertical** 21:18 118:3,15
119:9,10 127:15 149:24
214:10

**vertically** 67:6 119:5
127:5 140:21 144:10
173:25 174:5

**vice** 27:10,13,17

**vicinity** 116:12 124:3,7,8
196:4

**vineyard** 54:24 55:13

**vinyl** 135:20 175:14
176:2,8,11,17,18 177:4,
11,13

**Virtual** 73:19

**visibility** 32:10

**vitae** 9:17 13:4

**VOC** 136:5 162:16 226:6

**VOCS** 68:21 87:11,13,14
160:14

**volume** 99:13 102:10
134:1,5

**volumetric** 102:8,16

**Von** 81:7 85:15,20 94:23
95:6 97:12,18 98:2,4,5,7,
17 103:1 105:22,25
106:16 124:12,25 146:11
160:23,24 162:17,18
177:24 178:4,6 186:22
190:20,25 196:12,16
197:1,10,15,20 198:1,2,8,
21,22 199:3,14,19 218:11
220:8

---

**W**

**waiting** 9:25 88:10

**Walker** 47:15 49:5 50:20
71:2,17 94:14,17 97:9
202:2

**wall** 146:1 153:24

**Walt** 74:5 76:1,3,12,18,24
77:19,21,25

**Walt's** 77:18

**wanted** 20:10 31:14
76:22 89:4 154:16 168:4
178:21 191:22 202:1,6

**Wash-rite** 94:5 95:15,18
96:24

**washer** 209:8,14

**waste** 209:25 210:3,11

**wastes** 59:19

**watch** 122:19

**water** 97:6 111:2 152:13
153:10,12,13 155:18
165:22 166:2,3,4,8 168:2,
13 171:6 179:20,23
182:22 183:13 185:22
195:6

**ways** 59:2 71:14 103:3,7
118:21 126:10

**web** 203:2,3

**week** 10:25 11:8

**weekends** 11:17

**weeks** 71:19

**weigh** 16:16

**weight** 103:18

**wells** 106:15 107:21
113:3 193:16 194:7,22
200:5,8,10,12

**west** 49:1 96:15 109:17

**whirlwind** 11:21

**white** 8:23 85:10 92:13

**whomever** 7:3

**wide** 28:1

**width** 18:9

**Wilcox** 15:19 52:22,23
185:12 215:3,8,9

**Wilcox's** 215:17

**wild** 180:14

**Williams** 44:2 45:13
50:2,7,20

**wine** 54:24

**Wines** 54:25

**Wisconsin** 30:3,4

**Withdraw** 111:14

**wondering** 24:18 205:11

**word** 192:11 203:3

**words** 69:19 75:2 92:13,
20 224:25

**work** 6:24 9:12 20:7
23:17,21,25 24:2 26:20,
21 27:1,5,8 28:1,4,9
29:20 30:13 31:16 34:8,
19 36:2,5,9 38:2 40:6,24
42:25 43:2 54:14 55:9,12,
21,24 71:8 77:18,19,21,
23 95:19 122:3 132:24,25
154:20 167:3 184:7
227:24

**worked** 24:21 41:5,6
45:24,25 46:1 50:7 54:15
56:9,10 74:2 75:3 126:19

**working** 9:3 12:12 44:5
48:18,21 53:15 78:8
205:18

**works** 41:21 219:24

**worry** 6:24

**wow** 13:9 216:22

**wrap** 126:14

**Wright** 42:12,13

**write** 24:3 38:11 39:6
126:23

**writings** 32:19

**written** 13:17 23:24 24:8
38:12,14 39:7 42:1 46:13
48:9 50:25 217:7

**wrong** 32:25 111:18,24
116:22 165:10

**wrote** 12:24 38:16 155:1

---

**Y**

**Yandes** 113:15

**yards** 224:12,13 227:21

**year** 42:18 154:10 169:19

**year-to-year** 164:24
165:1

**years** 14:24 21:12,25



Case 1:16-cv-01942-TWP-DML   Document 140-10   Filed 09/27/18   Page 255 of 255 PageID #:
5594

Case 1:16-cv-01942-TWP-DML   Document 137-10   Filed 07/27/18   Page 255 of 255 PageID #:
5594

Adam Love, Ph.D.
June 07, 2018

25                                                                    Index: yellow..zooming

26:10 31:3 42:14 144:13
146:15 148:7,22 154:10,
11 163:9 169:19

**yellow**  69:18 70:11 138:2
143:19 189:6

**York**  29:16 30:12 55:16

---

**Z**

---

**Z's**  173:6

**Zimmer**  9:5,6 17:21 67:8,
16 69:5 70:5,8,9,10 83:6
86:17,18,19 98:5,8
100:21,22,23,25 101:5,
11,17,21 124:7 132:22
133:18 137:5,7,9 138:17
140:13 143:25 146:13,15
147:13 151:11 152:4,23,
24 154:7 169:5 209:7
210:1,4 211:10,14,17
212:1,3,6,17,20 213:9,11,
17 224:11 227:22

**zone**  64:19 66:23 117:8
181:16

**zooming**  83:5

