UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VON DUPRIN LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MORAN ELECTRIC SERVICE, INC., MAJOR HOLDINGS, LLC,, MAJOR TOOL & MACHINE, INC., AND ZIMMER PAPER PRODUCTS, INCORPORATED | ) ) ) ) ) ) |
| Defendants. | |

1:16-cv-01942-TWP-DML

## PLAINTIFF-COUNTERCLAIM DEFENDANT VON DUPRIN'S FINAL WITNESS AND EXHIBIT LISTS

Pursuant to the Second Revised Case Management Plan, Plaintiff-counterclaim defendant Von Duprin LLC ("Von Duprin") hereby submits the following Witness and Exhibit Lists:

### WITNESS LIST

1. Corporate representative(s) of Moran Electric Service, Inc., including but not limited to employees of its insurer, Fireman's Fund Insurance Company, such as John Letsinger, to testify regarding Moran's property ownership, operation, and/or any environmental investigation, remediation, or removal activities performed on Moran's behalf in the Source Area or downgradient comingled plume referenced in Von Duprin's First Amended Complaint.

2. Corporate representative(s) of Major Holdings, LLC., including, but not limited to Natalie Weir, to testify regarding Major Holdings' property ownership, operation, and/or any environmental investigation, remediation, or removal activities performed on Major Holdings' behalf in the Source Area referenced in Von Duprin's First Amended Complaint.

3. Corporate representative(s) of Major Tool & Machine, Inc., including but not limited to Natalie Weir, to testify regarding Major Tool's property ownership, operation, and/or any environmental investigation, remediation, or removal activities performed on Major Tool's behalf in the Source Area referenced in Von Duprin's First Amended Complaint.

4. Russell E. Eiler or other corporate representative of Von Duprin, LLC to testify regarding Von Duprin's ownership, operation, and environmental investigation, remediation, and/or removal activities performed in the Source Area and downgradient comingled plume referenced in Von Duprin's First Amended Complaint, including but not limited to Von Duprin's participation in the Voluntary Remediation Program, Von Duprin's communications and coordination with IDEM, and Von Duprin's Remediation Work Plan.

5. Corporate representative(s) of Zimmer Paper Products Incorporated, including but not limited to Ralph A. Denisco, Daniel J. Tillwick, and Howard B. Samuels, to testify regarding Zimmer Paper's property ownership, operation, and/or any environmental investigation, remediation, or removal activities performed on

Zimmer Paper's behalf in the Source Area referenced in Von Duprin's First Amended Complaint.

6. Corporate Representative(s) of Threaded Rod, including but not limited to Rebecca Branson, to testify regarding Threaded Rod's property ownership, operation, and/or any environmental investigation, remediation, or removal activities performed on Threaded Rod's behalf in the Source Area referenced in Von Duprin's First Amended Complaint.

7. Representative(s) of August Mack Environmental, Inc. with knowledge of August Mack's work in the Source Area to authenticate and discuss reports of August Mack for various sites within the Source Area, including but not limited to:

    (a) Environmental Property Assessment of the Moran Property dated October 13, 1993, the Phase II Environmental Assessment dated October 23, 1995,

    (b) Further Site Investigation Report for Threaded Rod dated October 13, 2013, the Vapor Intrusion Evaluation Work Plan dated February 28, 2014, and

    (c) Second Further Site Investigation Report of 2015.

8. Representative(s) of Enviroforensics, Inc. with knowledge of Enviroforensics' work in the Source Area to authenticate and discuss reports of Enviroforensics for various sites within the Source Area, including but not limited to:

    (a) Site Investigation – Summary Report for the Former Ertel Facility dated December 28, 2003,

    (b) Phase I Environmental Site Assessment of the Former Ertel Manufacturing Facility dated September 8, 2006,

(c) Groundwater Monitoring Event Report to IDEM dated February 24, 2011,

(d) January 21, 2011 update to IDEM regarding progress at the Threaded Rod Site,

(e) CVOC Distribution and Source Area Evaluation dated May 21, 2012, and

(f) Phase I Environmental Site Assessment for Zimmer Custom-Made Packaging dated November 16, 2006.

9. Representative(s) of Geosyntec Consultants with knowledge of Geosyntec's work in the Source Area, including but not limited to Rob Ferree, Ryan Fimmen, Allison Kreinberg, Bryan VanDuinen, and Sam Williams, to testify regarding Geosyntec's work in and communications with interested persons in the Source Area and the downgradient comingled plume and to authenticate various documents related to such activities, including but not limited to:

(a) July 2017 Final Investigation Report to IDEM,

(b) High Volume Sub-Slab and Groundwater Sampling Work Plan Addendum for 1929 Columbia Avenue dated August 2014,

(c) October 17, 2014 memorandum to IDEM regarding On Site Vapor Intrusion Investigation,

(d) Passive Air and Sub-Slab Sampling Work Plan Addendum dated January 2015,

(e) High Resolution Groundwater Investigation Work Plan,

(f) Soil Gas Preferential Pathway Investigation Work Plan dated February 2015,

(g) April 22, 2015 memorandum to IDEM regarding On Site Vapor Intrusion Investigation,

(h) Interim Vapor Intrusion Mitigation Measures Work Plan for 1929 Columbia Avenue dated August 2015,

(i) Upgradient Delineation Work Plan dated September 4, 2015,

(j) Residential Vapor Intrusion Sampling Work Plan dated October 12, 2015,

(k) Residential Vapor Intrusion Sampling Work Plan dated November 2015,

(l) Vapor Intrusion Interim Measures Report dated November 2015,

(m) Addendum to Additional Downgradient Investigation Report dated March 2016,

(n) Second Vapor Intrusion Mitigation Measures Report for the Former Threaded Rod Facility dated April 2016,

(o) Vapor Intrusion Mitigation Work Plan for JTV Hill Park dated September 2016,

(p) November 23, 2016 Memorandum to IDEM regarding JTV Hill Park Building Sub-Slab Depressurization System Installation,

(q) Vertical Aquifer Profiling Groundwater Investigation and Soil Boring Work Plan for JTV Hill Park dated February 2017,

(r) Technical Memo to IDEM regarding Supplemental Soil and Groundwater Investigation at JTV Hill Park dated March 21, 2017,

(s) Supplemental Monitoring Network Installation Plan dated March 14, 2017,

(t) Quality Assurance Project Plan for IDEM VRP # 6160613 dated May 2017,

(u) June 15, 2017 Memorandum to IDEM regarding Groundwater and Soil Gas Preferential Pathway Investigations,

(v) Draft Biotreatability Study Work Plan dated October 2017,

(w) Draft Enhanced In-Situ Bioremediation Pilot Study Work Plan dated October 2017,

(x) 2018 Remediation Work Plan,

(y) Laboratory Treatability Study to Evaluate Anaerobic Remediation of cVOCs in Groundwater dated March 8, 2018,

(z) Long-Term Monitoring Groundwater Sampling results,

(aa) Geosyntec's Remediation Scope of Work,

(bb) Upgradient Delineation Investigation Report dated November 2015,

(cc) Additional Downgradient Investigation Report dated January 2016,

(dd) Preferential Pathway Investigation Report dated May 2015,

(ee) Supplemental Remedial Investigation Work Plan dated April 28, 2017,

(ff) Geosyntec's invoices to Von Duprin's parent company,

(gg) Geosyntec's communications and access agreements with property owners in the source area, including general contractors, private homeowners, business owners, and the City of Indianapolis, and

(hh) Geosyntec's communications with regulators, including IDEM.

10. Representative(s) of SME Environmental with knowledge of SME Environmental's work in the Source Area, including but not limited to Rob Walker, to testify regarding the investigation, remediation, and removal activities, if any, undertaken by SME on behalf of Major Tool and/or Major Holdings, and to authenticate and discuss SME's reports and submissions related to the Source Area, including but not limited to SME's Subsurface Investigation Report for the Former Moran Site dated March 1, 2016.

11. Representative(s) of ENVision Laboratories, Inc. with knowledge of ENVision Laboratories' work related to analysis of samples from the Source Area.

12. Representative(s) of Pace Analytical Services with knowledge of Pace Analytical Services' work related to analysis of samples from the Source Area to authenticate underlying data supporting certain of Geosyntec's reports and submissions related to the Source Area.

13. Representative(s) of Acuity E+S with knowledge of Acuity's work in the Source Area, including but not limited to Steven R. Irvin to testify regarding its reports and submissions related to the Source Area including but not limited to:

(a) November 2014 Evaluation of No Further Action Objectives and Evaluation of Compliance with the Commitments in the Agreed Order, and

(b) September 23, 2016 Upgradient and Onsite Delineation Investigation Report.

14. Representative(s) of Heartland Environmental Associates with knowledge of Heartland Environmental Associates' work in the Source Area, including but not limited to Nivas Vijay, to testify regarding the investigation, remediation, and removal activities, if any, undertaken by Heartland on behalf of Major Tool and/or Major Holdings, and to authenticate and discuss reports of Heartland for various sites within the Source Area including but not limited to:

(a) Further Site Investigation Report to IDEM dated June 6, 2011,

(b) Phase II Environmental Site Assessment of the Major Tool/Former Moran Property dated January 7, 2011,

(c) October 15, 2012 Exposure Pathway Risk Analysis and No Further Action Request for the Former Ertel Property,

(d) Soil Remediation Completion Report dated January 20, 2012,

(e) Annual Groundwater Monitoring Report dated October 15, 2013,

(f) Phase I Environmental Site Assessment for the Former Ertel Property dated January 17, 2013,

(g) Phase II Environmental Site Assessment for Former Zimmer Custom-Made Packaging dated February 23, 2013,

(h) Phase I Environmental Site Assessment for Former Zimmer Custom-Made Packaging dated February 23, 2013,

(i) Annual Groundwater Monitoring Report dated November 15, 2015,

(j) Further Site Investigation Report to IDEM dated November 16, 2012, and

(k) May 30, 2012 letter to IDEM regarding Site Status Update and No Further Action Request.

15. Representative(s) of the Indiana Department of Environmental Management ("IDEM") with knowledge of IDEM's work and IDEM's supervision of Von Duprin's in the Source Area, including but not limited to Ryan Groves and Jeff Bahling, to testify regarding investigation, removal, and remediation actions in the Source Area, Von Duprin's participation in the VRP, Von Duprin's efforts to engage defendants in the investigation, removal, and remediation process, defendants' refusal to participate in the same, IDEM's notices of liability and demand for compliance issued to defendants, IDEM's Commissioner's Order issued against defendants, and defendants' refusal to respond to IDEM's notices of liability, as well as to authenticate documents and communications issued by IDEM.

16. Representative(s) of the City of Indianapolis with knowledge of remediation efforts in the Source Area to testify regarding Von Duprin's vapor intrusion removal actions at JTV Hill Park and removal actions undertaken at the Former Ertel facility.

17. John McInnes will testify as Von Duprin's expert on defendants' contribution to the comingled chlorinated solvent plume, and will opine that: (a) operations on the former Zimmer facility property resulted in the release of chlorinated solvents that contributed to the comingled chlorinated solvent plume, (b) operations on the former Ertel facility property resulted in the release of chlorinated solvents that contributed to the comingled chlorinated solvent plume; (c) operations on the former Moran facility property resulted in the release of chlorinated solvents that contributed to the comingled chlorinated solvent plume; and (d) operations on the former Threaded Rod facility property resulted in the release of chlorinated solvents that contributed to the comingled chlorinated solvent plume.

18. Sam Williams will testify as Von Duprin's expert on NCP Compliance, and will opine that: (a) Von Duprin has incurred necessary response costs for site investigation and remediation activities associated with the releases and threatened releases of hazardous substances at and migrating from the Moran, Zimmer, Major Tool and Machine, and Major Holdings properties; (b) The site investigation activities performed at the Property and Study Area have been performed in substantial compliance with the National Contingency Plan (NCP); and (c) Vapor intrusion mitigation remedy selection and implementation within the Study Area has been performed in substantial compliance with the NCP.

19. Janna Stathyelich, to testify regarding and authenticate her July 29, 2014 report entitled Evaluation of Chlorinated Solvent Contamination, Vicinity of 1931 Dr.

Andrew J. Brown Avenue, Indianapolis, and her March 31, 2016 report entitled Evaluation of Chlorinated Solvent Contamination.

20. Other witnesses as may be necessary to authenticate documents and exhibits.

21. Any witness who may be used for impeachment or rebuttal.

## EXHIBIT LIST

1. Documents evidencing or related to Von Duprin's remediation efforts at the Columbia Avenue Facility and in the Source Area, including but not limited to the documents listed in paragraphs 9(a)-(hh) above.

2. Environmental reports that have been or will be prepared in the course of this litigation, including those listed in paragraphs 7-14 and 19 above.

3. E-mails and other correspondence between and among Von Duprin and others, including but not limited to IDEM and Geosyntec relating to Von Duprin's remediation efforts at the Columbia Avenue Facility and in the Source Area.

4. Documents supporting Von Duprin's damage claim.

5. Pleadings and other documents exchanged in *Threaded Rod Company, Inc. v. American Fire & Casualty Co.*, Marion County, Indiana Cause No. 49F12-1005-MI-022669.

6. Pleadings and other documents exchanged in *Indiana Dept. of Environmental Management v. Ertel*, Marion County Cause No. 49D07-1002-MI-006915 and related appeal in the Indiana Court of Appeals (Cause No. 49A02-1305-MI-432).

7. Pleadings and other documents exchanged in *Major Tool v. Moran Electric*, Marion County, Indiana Cause No. 49D02-1311-PL-017548;

8. All exhibits which have been or will be exchanged or obtained through formal or informal discovery.

9. Pleadings and other documents exchanged in Cause No. 12-S-J-4635 before the Indiana Office of Environmental Adjudication.

10. All affidavits, exhibits or other documents submitted in connection with any pre-trial proceeding.

11. All exhibits listed or offered by any other party.

12. All documents and tangible items identified in depositions, including but not limited to exhibits to depositions.

13. The discovery responses of any party to this action, including but not limited to answers to interrogatories, requests for admission, and requests for production.

14. All transcripts of all depositions and other testimony taken prior to trial or during the course of discovery in this matter.

15. Deposition transcripts from *Threaded Rod Company, Inc. v. American Fire & Casualty Co.*, Marion County, Indiana Cause No. 49F12-1005-MI-022669; *Indiana Dept. of Environmental Management v. Ertel*, Marion County Cause No. 49D07-1002-MI-006915 and related appeal in the Indiana Court of Appeals (Cause No. 49A02-1305-MI-432); or *Major Tool v. Moran Electric*, Marion County, Indiana Cause No. 49D02-1311-PL-017548.

16. All pleadings and any documents attached to any pleading in this matter.

17. All documents which may be needed for rebuttal or impeachment or demonstrative purposes.

18. Public records related to the properties, facilities, and environmental sites within the Source Area.

Von Duprin reserves the right to amend and finalize its exhibits and provide copies thereof at the time appointed for such exchanges in the Second Revised Case Management Plan (Dkt. 98) and Judge Pratt's Courtroom Practices and Procedures (Dkt. 67).

Dated: August 28, 2018

Respectfully submitted,

*/s/ Alexandra R. French*
E. Sean Griggs (17716-49)
Alexandra R. French (32737-29)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
sean.griggs@btlaw.com
alexandra.french@btlaw.com
Phone: (317) 231-7793 / (317) 231-7248
Facsimile: (317) 231-7433

*Attorneys for Plaintiff Von Duprin LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed on the below counsel of record on the 28th day of August, 2018 through the Court's electronic filing system. Notice of the filing was sent to all counsel of record by operation of the ECF notification system, and the parties may access the filing through ECF and/or PACER.

*/s/ Alexandra R. French*

DMS 13159548v2