# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VON DUPRIN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-01942-TWP-DML |
| | ) | |
| MORAN ELECTRIC SERVICE, INC., | ) | |
| MAJOR HOLDINGS, LLC, | ) | |
| MAJOR TOOL AND MACHINE, INC., | ) | |
| ZIMMER PAPER PRODUCTS | ) | |
| INCORPORATED, Defaulted on 7/24/2017, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| MAJOR HOLDINGS, LLC, | ) | |
| MORAN ELECTRIC SERVICE, INC., | ) | |
| MAJOR HOLDINGS, LLC, | ) | |
| MORAN ELECTRIC SERVICE, INC., | ) | |
| MAJOR TOOL AND MACHINE, INC., | ) | |
| MORAN ELECTRIC SERVICE, INC., | ) | |
| | ) | |
| Counter Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VON DUPRIN LLC, | ) | |
| MAJOR HOLDINGS, LLC, | ) | |
| VON DUPRIN LLC, | ) | |
| VON DUPRIN LLC, | ) | |
| MAJOR HOLDINGS, LLC, | ) | |
| VON DUPRIN LLC, | ) | |
| VON DUPRIN LLC, | ) | |
| MAJOR TOOL AND MACHINE, INC., | ) | |
| | ) | |
| Counter Defendants. | ) | |
| _____ | ) | |
| | ) | |
| MAJOR HOLDINGS, LLC, | ) | |
| MAJOR HOLDINGS, LLC, | ) | |
| MAJOR TOOL AND MACHINE, INC., | ) | |
| | ) | |

Cross Claimants,    )
    )
v.    )
    )
MORAN ELECTRIC SERVICE, INC.,    )
MORAN ELECTRIC SERVICE, INC.,    )
VON DUPRIN LLC,    )
    )
Cross Defendants.    )

## EXHIBITS ADMITTED INTO EVIDENCE DURING TRIAL

The Court admitted the following exhibits into the record during the jury trial held in this matter.

### JOINT

1001 - 1242

### VON DUPRIN

101, 103, 104, 105, 106, 107, 108

### MORAN

600, 602, 603, 614, 615, 619, 620, 621, 623, 624

### MAJOR

722 and 723

_____
COUNSEL FOR VON DUPRIN

_____
COUNSEL FOR MORAN

_____
COUNSEL FOR MAJOR

Distribution:

Glenn David Bowman
STOLL KEENON OGDEN, PLLC (Indianapolis)
Glenn.Bowman@skofirm.com

Alexandra Robinson French
BARNES & THORNBURG LLP
arobinson@btlaw.com

Samuel B. Gardner
ICE MILLER LLP
samuel.gardner@icemiller.com

Edward S. Griggs
BARNES & THORNBURG LLP (Indianapolis)
sean.griggs@btlaw.com

Bruce L. Kamplain
NORRIS CHOPLIN & SCHROEDER LLP
bkamplain@ncs-law.com

Angela Pease Krahulik
ICE MILLER LLP
krahulik@icemiller.com

Cynthia Elaine Lasher
NORRIS CHOPLIN & SCHROEDER LLP
clasher@ncs-law.com

Marc Andrew Menkveld
STOLL KEENON OGDEN, PLLC (Indianapolis)
Marc.Menkveld@skofirm.com

Nicholas B. Reuhs
ICE MILLER LLP
nicholas.reuhs@icemiller.com