**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| VON DUPRIN LLC, ) | |
|   ) | |
| Plaintiff, ) | |
|   ) | |
| v. ) | No. 1:16-cv-01942-TWP-DML |
|   ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MAJOR TOOL AND MACHINE, INC., ) | |
| ZIMMER PAPER PRODUCTS ) | |
| INCORPORATED & Defaulted on 7/24/2017, ) | |
|   ) | |
| Defendants. ) | |
|   ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
| MAJOR TOOL AND MACHINE, INC., ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
|   ) | |
| Counter Claimants, ) | |
|   ) | |
| v. ) | |
|   ) | |
| VON DUPRIN LLC, ) | |
| MAJOR HOLDINGS, LLC, ) | |
| VON DUPRIN LLC, ) | |
| VON DUPRIN LLC, ) | |
| MAJOR HOLDINGS, LLC, ) | |
| VON DUPRIN LLC, ) | |
| VON DUPRIN LLC, ) | |
| MAJOR TOOL AND MACHINE, INC., ) | |
|   ) | |
| Counter Defendants. ) | |
|   ) | |
| MAJOR HOLDINGS, LLC, ) | |

| | |
|---|---|
| MAJOR HOLDINGS, LLC, | ) |
| MAJOR TOOL AND MACHINE, INC., | ) |
| | ) |
| Cross Claimants, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MORAN ELECTRIC SERVICE, INC., | ) |
| MORAN ELECTRIC SERVICE, INC., | ) |
| VON DUPRIN LLC, | ) |
| | ) |
| Cross Defendants. | ) |
| | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

For the reasons detailed in the Court's Findings of Fact and Conclusions of Law, the Court now enters **FINAL JUDGMENT** in this action in favor of Plaintiff Von Duprin LLC and against Defendants Major Holdings, LLC; Major Tool and Machine, Inc.; and Moran Electric Service, Inc. Plaintiff Von Duprin LLC has shown by a preponderance of the evidence that it is entitled to an award of $510,000 plus interest from Defendants Major Holdings, LLC and Major Tool and Machine, Inc., and an award of $340,000 plus interest from Moran Electric Service, Inc under 42 U.S.C. § 9607(a).

Von Duprin's request for a declaratory judgment under § 9613(g) is granted. Thus, Von Duprin is entitled to an award of future costs in the same allocation percentage—30% from the Major Defendants, 20% from Moran—as those costs are incurred, provided they are cleanup costs for the properties upgradient or downgradient of the Von Duprin property and that they are not inconsistent with the National Contingency Plan.

Defendants Major Holdings, LLC, Major Tool and Machine, Inc., and Moran Electric Service, Inc. are compelled to pay money damages to Von Duprin as directed in the order. This action is **TERMINATED**.

**SO ORDERED.**

Date: 3/30/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Glenn David Bowman
STOLL KEENON OGDEN, PLLC (Indianapolis)
Glenn.Bowman@skofirm.com

Alexandra Robinson French
BARNES & THORNBURG LLP
arobinson@btlaw.com

Samuel B. Gardner
ICE MILLER LLP
samuel.gardner@icemiller.com

Edward S. Griggs
BARNES & THORNBURG LLP (Indianapolis)
sean.griggs@btlaw.com

Bruce L. Kamplain
NORRIS CHOPLIN & SCHROEDER LLP
bkamplain@ncs-law.com

Defendants Major Holdings, LLC, Major Tool and Machine, Inc., and Moran Electric Service, Inc. are compelled to pay money damages to Von Duprin as directed in the order. This action is **TERMINATED**.

**SO ORDERED.**

Date:    3/30/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Glenn David Bowman
STOLL KEENON OGDEN, PLLC (Indianapolis)
Glenn.Bowman@skofirm.com

Alexandra Robinson French
BARNES & THORNBURG LLP
arobinson@btlaw.com

Samuel B. Gardner
ICE MILLER LLP
samuel.gardner@icemiller.com

Edward S. Griggs
BARNES & THORNBURG LLP (Indianapolis)
sean.griggs@btlaw.com

Bruce L. Kamplain
NORRIS CHOPLIN & SCHROEDER LLP
bkamplain@ncs-law.com

Angela Pease Krahulik
ICE MILLER LLP
krahulik@icemiller.com

Cynthia Elaine Lasher
NORRIS CHOPLIN & SCHROEDER LLP
clasher@ncs-law.com

Marc Andrew Menkveld
STOLL KEENON OGDEN, PLLC (Indianapolis)
Marc.Menkveld@skofirm.com

Nicholas B. Reuhs
ICE MILLER LLP
nicholas.reuhs@icemiller.com