# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| VON DUPRIN LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-01942-TWP-MG |
| ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MAJOR TOOL AND MACHINE, INC., ) | |
| ZIMMER PAPER PRODUCTS ) | |
| INCORPORATED, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
| MAJOR TOOL AND MACHINE, INC., ) | |
| MORAN ELECTRIC SERVICE, INC., ) | |
| ) | |
| Counter Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| VON DUPRIN LLC, ) | |
| MAJOR HOLDINGS, LLC, ) | |
| VON DUPRIN LLC, ) | |
| VON DUPRIN LLC, ) | |
| MAJOR HOLDINGS, LLC, ) | |
| VON DUPRIN LLC, ) | |
| VON DUPRIN LLC, ) | |
| MAJOR TOOL AND MACHINE, INC., ) | |
| ) | |
| Counter Defendants. ) | |
| ) | |
| ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MAJOR HOLDINGS, LLC, ) | |
| MAJOR TOOL AND MACHINE, INC., ) | |
| ) | |

|  |  |
|---|---|
| Cross Claimants, | ) |
|  | ) |
| v. | ) |
|  | ) |
| MORAN ELECTRIC SERVICE, INC., | ) |
| MORAN ELECTRIC SERVICE, INC., | ) |
| VON DUPRIN LLC, | ) |
|  | ) |
| Cross Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on parties' Joint Motion for Contribution Protection (Filing No. 313). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts it.

The settlements between the Plaintiff and Defendants Moran Electric Services, Inc., Major Holdings, LLC, and Major Tool and Machine, Inc. (the "Settling Defendants") are hereby approved and, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), upon dismissal of this case, any federal, state, or common law contribution claim now or hereafter asserted against the Settling Defendants relating to environmental contamination at or emanating from the properties located at (1) 1931 Dr. Andrew J. Brown Avenue, Indianapolis, Indiana (sometimes referenced in documentation as 1401 East 20th Street, Indianapolis, Indiana) (Local Parcel Numbers 1090311 and 1090578), (2) 1931 Dr. Andrew J. Brown Avenue, Indianapolis, Indian (Local Parcel number 1104465); (3) 2045 Dr. Andrew J. Brown Avenue, Indianapolis, Indiana (Local Parcel umber 1006760); 1450 East 20th Street, Indianapolis, Indiana (Local Parcel number 1090308); (4) 1929 Columbia Avenue, Indianapolis, Indiana (Local Parcel numbers 1077482 and 1104806), asserted by any party to this lawsuit or any person, agency, or entity not currently named a party to this lawsuit shall be barred.

So ORDERED.

Date: 1/17/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Glenn David Bowman
STOLL KEENON OGDEN, PLLC (Indianapolis)
Glenn.Bowman@skofirm.com

Alexandra Robinson French
BARNES & THORNBURG LLP
alexandra.french@btlaw.com

Samuel B. Gardner
ICE MILLER LLP
samuel.gardner@icemiller.com

Edward S. Griggs
BARNES & THORNBURG LLP (Indianapolis)
sean.griggs@btlaw.com

Angela Pease Krahulik
ICE MILLER LLP
krahulik@icemiller.com

Marc Andrew Menkveld
Menkveld Law & Mediation LLC
marc@menkveldlaw.com

Adam C. Reeves
STOLL KEENON OGDEN PLLC
adam.reeves@skofirm.com

Nicholas B. Reuhs
ICE MILLER LLP
nicholas.reuhs@icemiller.com